**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAPHNE SHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>SOLAREDGE TECHNOLOGIES, INC., ZVI LANDO, and RONEN FAIER,<br><br>          Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Daphne Shen ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, her counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by SolarEdge Technologies, Inc. ("SolarEdge" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by SolarEdge; and (c) review of other publicly available information concerning SolarEdge.

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a class action on behalf of persons and entities that purchased or otherwise acquired SolarEdge securities between May 3, 2023, and October 19, 2023, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      SolarEdge provides inverter solutions for a solar photovoltaic (PV) system. The Company's offerings include power optimizers, inverters, monitoring services, energy storage and smart energy management via a cloud-based monitoring platform. The Company sells its products worldwide through large distributors, electrical equipment wholesalers, as well as directly to large solar installers and engineering, procurement, and construction firms.

3.      On August 1, 2023, after the market closed, the Company held a conference call with investors and analysts regarding its second quarter 2023 results. During the call, Defendant Zvi Lando ("Lando") stated that "distribution channels in Europe are experiencing higher than optimal inventory levels, especially as it relates to solar modules."

4.      On this news the Company's share price fell $43.96 per share, or 18.3%, to close at $195.51 per share on August 2, 2023, on unusually high trading volume.

5.      Then, on October 19, 2023, after the market closed, SolarEdge issued a press release announcing its preliminary financial results for the third quarter of 2023. In the press release the Company disclosed that "[d]uring the second part of the third quarter of 2023, we experienced substantial unexpected cancellations and pushouts of existing backlog from our European distributors" and "[a]s a result, third quarter revenue, gross margin and operating income will be below the low end of the prior guidance range." As a result, the Company also disclosed that it "anticipates significantly lower revenues in the fourth quarter of 2023 as the inventory destocking process continues."

6.      On this news the Company's share price fell $31.08, or 27.2%, to close at $82.90 per share on October 20, 2023, on unusually heavily trading volume.

7.      Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company's distribution channels in Europe had higher than optimal inventory levels; (2) that, as a result, the Company was experiencing substantial cancellations and pushouts of existing backlog from its European distributors; (3) that, as a result, the Company's backlog and guidance was overstated; and (4) that, as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

8.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

9.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

11.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.

12.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

13.     Plaintiff Daphne Shen, as set forth in the accompanying certification, incorporated by reference herein, purchased SolarEdge securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

14.     Defendant SolarEdge is incorporated under the laws of Delaware with its principal executive offices located in Israel. SolarEdge trades on the NASDAQ exchange under the symbol "SEDG."

15.     Defendant Lando was the Company's Chief Executive Officer ("CEO") at all relevant times.

16.     Defendant Ronen Faier ("Faier") was the Company's Chief Financial Officer ("CFO") at all relevant times.

17.     Defendants Lando and Faier (together, the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     SolarEdge provides inverter solutions for a solar photovoltaic (PV) system. The Company's offerings include power optimizers, inverters, monitoring services, energy storage and smart energy management. via a cloud-based monitoring platform. The Company sells its products

4

worldwide through large distributors, electrical equipment wholesalers, as well as directly to large

solar installers and engineering, procurement, and construction firms.

## Materially False and Misleading
## Statements Issued During the Class Period

19.     The class period begins on May 3, 2023. On that day SolarEdge announced its first

quarter 2023 financial results in a press release (the "1Q2023 Press Release"). The Q1 2023 Press

Release stated, in relevant part:[1]

> "We are pleased with our first quarter results reflecting our strong global presence
> and execution capabilities," said Zvi Lando, Chief Executive Officer of SolarEdge.
> "***Our diverse geographic and segmental footprint enables us to continue to grow
> revenues without being overly dependent on any single market or segment***. As we
> see supply chain challenges gradually improving, we remain focused on execution
> and efficiencies to drive up margins and profitability."

20.      The 1Q2023 Press Release continues, stating:

**Outlook for the Second Quarter 2023**

> The Company also provides guidance for the second quarter ending June
> 30, 2023 as follows:

- Revenues to be within the range of $970 million to $1,010 million

- Non-GAAP gross margin expected to be within the range of 32% to 35%

- Non-GAAP operating profit to be within the range of $195 million to $215
million

- Revenues from the solar segment to be within the range of $930 million to
$980 million

- Gross margin from the solar segment expected to be within the range of
34% to 37%

21.     On that date, the Company held an earnings call, during which Defendant Lando

stated:

---

[1] All bolded and italicized emphasis herein is added unless otherwise noted.

*The European residential markets continue to be very strong for us this quarter*. As we ramped shipments of three phase residential inverters, in particular, our new backup inverter as well as the three phase residential battery. *We expect this momentum to continue in the coming quarters as we are still increasing capacity of backup inverters to deliver on the significant backlog and the strong demand for this product.*

\* \* \*

The ***backlog for C&I is very strong for the remaining of the year***. And as I mentioned in the remarks, ***we are still behind in terms of being able to increase capacity to meet it and this is true globally***[.]

22.    On May 8, 2023, the company filed its quarterly report on form 10-Q with the SEC for the period ending March 31, 2023 ("1Q2023 10-Q"). The 1Q2023 10-Q described the impact of inventory and European channels:

Revenues increased by $288.8 million, or 44.1%, in the three months ended March 31, 2023 as compared to the three months ended March 31, 2022, primarily due to (i) an increase of $245.4 million related to the number of inverters and power optimizers sold, with ***significant growth in revenues coming from Europe***; and (ii) ***an increase of $64.6 million related to the number of residential batteries, sold primarily in Europe***. Revenues from outside of the U.S. comprised 72.6% of our revenues in the three months ended March 31, 2023 as compared to 59.4% in the three months ended March 31, 2022.

23.    The 1Q2023 10-Q continued:

Operating cash flows consists primarily of net income adjusted for certain non-cash items and changes in assets and liabilities. Cash provided by operating cash flows in the three months ended March 31, 2023 was $7.9 million as compared to $163.0 million used in operating activities in the three months ended March 31, 2022, mainly due to higher net income adjusted for certain non-cash items and favorable changes in working capital due to a decrease in shipping times to customers which shortened the period of time between payment to our vendors and delivery to and collection from our customers, ***partially offset by an increase in inventory procurement in response to increased demand for our products and increased purchasing of battery cells for our residential storage solution***.

24.    The above statements identified in ¶¶ 19-23 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company's

distribution channels in Europe had higher than optimal inventory levels; (2) that, as a result, the Company was experiencing substantial cancellations and pushouts of existing backlog from its European distributors; (3) that, as a result, the Company's backlog and guidance was overstated; and (4) that, as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

25.     On August 1, 2023, the Company issued a press release announcing its second quarter 2023 financial results. Therein, the Company, in relevant part, stated:

> SolarEdge Technologies, Inc. (Nasdaq: SEDG), a global leader in smart energy technology, today announced its financial results for the second quarter ended June 30, 2023.
>
> **Second Quarter 2023 Highlights**
>
> - Record revenues of $991.3 million
>
> - Record revenues from solar segment of $947.4 million
>
> - GAAP gross margin of 32.0%
>
> - Non-GAAP gross margin* of 32.7%
>
> - Gross margin from solar segment of 34.7%
>
> - Record GAAP operating income of $150.4 million
>
> - Record non-GAAP operating income* of $191.0 million
>
> - GAAP net income of $119.5 million
>
> - Non-GAAP net income* of $157.4 million
>
> - GAAP net diluted earnings per share ("EPS") of $2.03
>
> - Non-GAAP net diluted EPS* of $2.62
>
> - Record 4.3 Gigawatts (AC) of inverters shipped
>
> - 269 MWh of batteries shipped
>
> "***We are pleased with our results for the second quarter, in particular our strong performance in Europe in both the residential and commercial solar segments***.

While the U.S. residential solar market is currently seeing some headwinds primarily related to higher interest rates, *we are navigating through this period by leveraging our geographic and multi-segment strengths in the solar markets and expect to benefit from the positive long-term outlook for this sector*," said Zvi Lando, Chief Executive Officer of SolarEdge.

\*          \*          \*

**Outlook for the Third Quarter 2023**

The Company also provides guidance for the third quarter ending September 30, 2023 as follows:

- Revenues to be within the range of $880 million to $920 million

- Non-GAAP gross margin** expected to be within the range of 28% to 31%

- Non-GAAP operating income** to be within the range of $115 million to $135 million

- Revenues from the solar segment to be within the range of $850 million to $890 million

- Gross margin from the solar segment expected to be within the range of 30% to 33%

26.     On the same day, August 1, 2023, after trading closed, the Company held a conference call with investors and analysts regarding its second quarter financial year 2023 results. During the call, Defendant Lando stated that "distribution channels in Europe are experiencing higher than optimal inventory levels, especially as it relates to solar modules." In greater part, Lando stated:

*On the supply side, the distribution channels in Europe are experiencing higher than optimal inventory levels, especially as it relates to solar modules*. During the recent period of shortages and expectations for high growth, distributors placed large orders for modules and inverters in order to ensure stability of supply to support the growing demand. As growth in demand has tapered off, distributors are taking a more cautious approach in order to better manage their cash flow.

*In addition to taking actions to reduce inventory levels, distributors are also reducing the number of suppliers in their portfolio, which had expanded during the period of shortages*. This is a dynamic seen before in the industry during a shift from a period of extreme shortage and accelerated growth to a period of more

gradual growth and undisrupted product availability. We expect this inventory adjustment period could continue for the next two quarters, especially when also taking into account the typical fourth quarter seasonality effect in Europe.

27.     On this news the Company's share price fell $43.96, or 18.3%, to close at $195.51 per share on August 2, 2023, on unusually heavily trading volume.

28.     On August 7, 2023, the company filed its quarterly report on form 10-Q with the SEC for the period ending June 30, 2023 ("2Q2023 10-Q"). The 2Q2023 10-Q stated in relevant part:

> Revenues increased by $263.5 million, or 36.2%, in the three months ended June 30, 2023, as compared to the three months ended June 30, 2022, primarily due to (i) an increase of $256.3 million related to the number of inverters and power optimizers sold, *with significant growth in revenues coming from Europe*; and (ii) *an increase of $34.7 million related to the number of residential batteries sold mainly in Europe*. These increases were offset by a decrease of $28.6 million related to a decrease in the number of ancillary solar products sold. Revenues from outside of the U.S. comprised 80.3% of our revenues in the three months ended June 30, 2023 as compared to 57.3% in the three months ended June 30, 2022.

29.     The 2Q2023 10-Q continued, discussing revenue and growth in Europe specifically:

> Revenues increased by $552.3 million, or 39.9%, in the six months ended June 30, 2023 as compared to the six months ended June 30, 2022, primarily due to (i) an increase of $501.6 million related to an increase in the number of inverters and power optimizers sold, *with significant growth in revenues coming from Europe*; and (ii) *an increase of $99.3 million related to an increase in the number of residential batteries sold mainly in Europe.* Revenues from outside of the U.S. comprised 76.7% of our revenues in the six months ended June 30, 2023 as compared to 58.3% in the six months ended June 30, 2022.

30.     The 2Q2023 10-Q also discussed the impact of operating activities in the supply chain:

> Operating cash flows consists primarily of net income adjusted for certain non-cash items and changes in assets and liabilities. Cash used in operating activities decreased by $4.8 million in the six months ended June 30, 2023 as compared to the six months ended June 30, 2022, mainly due to higher net income adjusted for certain non-cash items. This was partially offset by a *significant increase in*

*inventory procurement as part of our investment in building inventory in order to minimize potential supply disruptions and meet future demand*.

31.     The above statements identified in ¶¶ 25-26, 28-30 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company's distribution channels in Europe had higher than optimal inventory levels; (2) that, as a result, the Company was experiencing substantial cancellations and pushouts of existing backlog from its European distributors; (3) that, as a result, the Company's backlog and guidance was overstated; and (4) that, as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

## Disclosures at the End of the Class Period

32.     On October 19, 2023, after the market closed, SolarEdge issued a press release announcing its preliminary financial results for the third quarter 2023. In the press release the Company disclosed that "[d]uring the second part of the third quarter of 2023, we experienced substantial unexpected cancellations and pushouts of existing backlog from our European distributors" and "[a]s a result, third quarter revenue, gross margin and operating income will be below the low end of the prior guidance range." As a result, the Company also disclosed that it "anticipates significantly lower revenues in the fourth quarter of 2023 as the inventory destocking process continues." In greater part, the Company stated:

> "During the second part of the third quarter of 2023, *we experienced substantial unexpected cancellations and pushouts of existing backlog from our European distributors,"* said Zvi Lando, Chief Executive Officer of SolarEdge. "*We attribute these cancellations and pushouts to higher than expected inventory in the channels* and slower than expected installation rates. In particular, installation rates for the third quarter were much slower at the end of the summer and in September where traditionally there is a rise in installation rates."
>
> *As a result, third quarter revenue, gross margin and operating income will be below the low end of the prior guidance range. Additionally, the Company*

*anticipates significantly lower revenues in the fourth quarter of 2023 as the inventory destocking process continues.*

\*           \*           \*

*Third quarter revenue is now expected to be in the range of $720 million to $730 million, compared to the previous expectation of $880 million to $920 million.*

GAAP gross margin is now expected to be within the range of 19% to 20%.

Non-GAAP gross margin* is now expected to be within the range of 20.1% to 21.1%, compared to the previous expectation of 28% to 31%.

GAAP operating loss is now expected to be within the range of $9 million to $28 million.

Non-GAAP operating income* is now expected to be within the range of $12 million to $31 million, compared to the previous expectation of $115 million to $135 million.

33.     On this news the Company's share price fell $31.08, or 27.2%, to close at $82.90 per share on October 20, 2023, on unusually heavily trading volume.

## CLASS ACTION ALLEGATIONS

34.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired SolarEdge securities between SolarEdge securities between May 3, 2023, and October 19, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

35.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, SolarEdge's shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or

thousands of members in the proposed Class. Millions of SolarEdge shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by SolarEdge or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

36.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

37.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

38.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of SolarEdge; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

39.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden

of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

40.     The market for SolarEdge's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, SolarEdge's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired SolarEdge's securities relying upon the integrity of the market price of the Company's securities and market information relating to SolarEdge, and have been damaged thereby.

41.     During the Class Period, Defendants materially misled the investing public, thereby inflating the price of SolarEdge's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about SolarEdge's business, operations, and prospects as alleged herein.

42.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about SolarEdge's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other

members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

43.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

44.     During the Class Period, Plaintiff and the Class purchased SolarEdge's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

45.     As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding SolarEdge, their control over, and/or receipt and/or modification of SolarEdge's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning SolarEdge, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

46.     The market for SolarEdge's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, SolarEdge's securities traded at artificially inflated prices during the Class Period. On May 15, 2023, the Company's share price closed at a Class Period high of $307.32 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of SolarEdge's securities and market information relating to SolarEdge, and have been damaged thereby.

47.     During the Class Period, the artificial inflation of SolarEdge's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about SolarEdge's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of SolarEdge and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

48.     At all relevant times, the market for SolarEdge's securities was an efficient market for the following reasons, among others:

(a)     SolarEdge shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)      As a regulated issuer, SolarEdge filed periodic public reports with the SEC and/or the NASDAQ;

(c)      SolarEdge regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)      SolarEdge was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

49.      As a result of the foregoing, the market for SolarEdge's securities promptly digested current information regarding SolarEdge from all publicly available sources and reflected such information in SolarEdge's share price. Under these circumstances, all purchasers of SolarEdge's securities during the Class Period suffered similar injury through their purchase of SolarEdge's securities at artificially inflated prices and a presumption of reliance applies.

50.      A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the

importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

51.      The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of SolarEdge who knew that the statement was false when made.

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and
### Rule 10b-5 Promulgated Thereunder
### Against All Defendants

52.      Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

53.      During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and

other members of the Class to purchase SolarEdge's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

54.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for SolarEdge's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

55.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about SolarEdge's financial well-being and prospects, as specified herein.

56.     Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of SolarEdge's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about SolarEdge and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

57.   Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

58.   Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing SolarEdge's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

59.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of SolarEdge's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired SolarEdge's securities during the Class Period at artificially high prices and were damaged thereby.

60.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that SolarEdge was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their SolarEdge securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

61.     By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

62.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

63.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

64.     Individual Defendants acted as controlling persons of SolarEdge within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

65.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

66.     As set forth above, SolarEdge and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the

Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

DATED: November 3, 2023               **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

Facsimile: (310) 201-9160

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Daphne Shen*

## SWORN CERTIFICATION OF PLAINTIFF

SolarEdge Technologies, Inc., SECURITIES LITIGATION

I, Daphne Shen , certify:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2. I did not purchase SolarEdge Technologies, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in SolarEdge Technologies, Inc., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/2/2023

Dated: _____

DocuSigned by:

*Daphne Shen*

98368C80B2F64FE...

Daphne Shen

**Daphne Shen's Transactions in SolarEdge Technologies, Inc. (SEDG)**

| Date | Transaction Type | Quantity | Unit Price |
| --- | --- | --- | --- |
| 7/31/2023 | Bought | 3,000 | $239.4500 |
| 8/4/2023 | Bought | 200 | $183.7800 |
| 8/10/2023 | Bought | 200 | $182.4500 |
| 8/10/2023 | Bought | 800 | $181.3200 |
| 8/17/2023 | Sold | -200 | $164.2000 |
| 8/21/2023 | Sold | -100 | $163.2000 |
| 8/21/2023 | Sold | -100 | $163.8600 |
| 8/25/2023 | Sold | -300 | $157.7000 |
| 8/25/2023 | Sold | -200 | $158.2000 |
| 8/25/2023 | Sold | -1,000 | $157.1844 |
| 8/25/2023 | Sold | -200 | $158.1000 |
| 8/25/2023 | Sold | -300 | $158.2500 |
| 8/25/2023 | Sold | -500 | $156.9238 |
| 8/25/2023 | Sold | -500 | $157.1000 |
| 8/25/2023 | Sold | -200 | $156.9248 |
| 8/25/2023 | Sold | -300 | $157.2000 |
| 8/25/2023 | Sold | -300 | $157.1200 |