**MEMORANDUM ENDORSED**



Gregory B. Linkh
glinkh@glancylaw.com
230 Park Ave., Suite 358
New York, NY 10169
T: 212.682.5340

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

November 29, 2023

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Daphne Shen v. SolarEdge Technologies, Inc. et al*, Case No. 1:23-cv-9748-GHW

Dear Judge Woods:

We write jointly on behalf of Plaintiff Daphne Shen ("Plaintiff") and Defendants SolarEdge Technologies Inc., Zvi Lando and Ronen Faier (collectively, "Defendants," and with Plaintiff, the "Parties") in the above-referenced action. In accordance with Your Honor's Individual Rules of Practice, the Parties respectfully request the adjournment of the initial pretrial conference, currently scheduled for February 16, 2024 at 4:00 p.m.

This is a securities class action alleging claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq. (the "PSLRA"). The PSLRA provides the procedure to appoint a lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and requires that "discovery and other proceedings are stayed during the pendency of any motion to dismiss," 15 U.S.C. §78u-4(b)(3)(B). In accordance with the PSLRA, the deadline for any putative class member to move for appointment as lead plaintiff is January 2, 2024.

Due to the lead plaintiff process, Plaintiff and Defendants have agreed, among other things, that the Court-appointed lead plaintiff and counsel for Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and a motion to dismiss briefing schedule, as provided in the stipulation filed concurrently herewith. Accordingly, and in light of the discovery stay, the parties request that the initial pretrial conference in this action, currently scheduled for February 16, 2024, and any associated deadlines, be adjourned until after the resolution of the anticipated motion(s) to dismiss.

There have been no prior requests for adjournment or extension.

The Honorable Gregory H. Woods
November 29, 2023
Page 2

      We appreciate the Court's consideration of this request, and are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Gregory B. Linkh*
      Gregory B. Linkh

      *Counsel for Plaintiff*

      */s/ Christopher D. Belelieu*
      Christopher D. Belelieu

      *Counsel for Defendants*

Application granted. The conference scheduled for February 16, 2024 and the deadlines for the submission of the associated pre-conference submissions are adjourned sine die. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: November 30, 2023
New York, New York

                                    _____
                                    GREGORY H. WOODS
                                   United States District Judge