USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
DAPHNE SHEN, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

SOLAREDGE TECHNOLOGIES, INC., *et al.*,

                Defendants.
------------------------------------------------------------------- X

1:23-cv-9748-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The briefing schedule for the motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel, Dkt. Nos. 14, 17, 20, 21, 30, 32, is as follows: any opposition is due no later than January 18, 2024. Any reply is due no later than one week following service of the latest timely-filed opposition brief.

    SO ORDERED.

Dated: January 3, 2024

                                                   GREGORY H. WOODS
                                                United States District Judge