```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #: _____
                                                        DATE FILED: 2/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
IN RE SOLAREDGE TECHNOLOGIES, INC.,      :
SECURITIES LITIGATION                    :
-------------------------------------------------------------- :
THIS FILING RELATES TO:  ALL ACTIONS     :          1:23-cv-9748-GHW
                                         :
                                         :          CLASS ACTION
                                         :
--------------------------------------------------------------X          ORDER

GREGORY H. WOODS, United States District Judge:

        On February 7, 2023, the Court entered an order consolidating related actions, appointing

co-lead plaintiffs, and approving lead counsel for the consolidated action.  Dkt. No. 9.  The parties

are directed to submit a status letter regarding (1) the timeline for the submission of any

consolidated complaint, and (2) the timeline for any pre-motion conference request for any

anticipated motion to dismiss.  The parties must submit this letter by no later than February 20,

2024.  The initial conference scheduled for February 16, 2024, Dkt. No. 8, is adjourned *sine die*.

        SO ORDERED.

Dated:  February 15, 2024                    _____
New York, New York                               GREGORY H. WOODS
                                              United States District Judge