```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
IN RE SOLAREDGE TECHNOLOGIES, INC.,                               :
SECURITIES LITIGATION                                             :
-----------------------------------------------------------------  :    1:23-cv-9748-GHW
THIS FILING RELATES TO:  ALL ACTIONS                              :
                                                                  :         ORDER
----------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/30/2024

GREGORY H. WOODS, United States District Judge:

As stated on the record at the May 30, 2024 conference, Defendants' motion to dismiss is due no later than July 15, 2024.  Plaintiffs' opposition is due no later than six weeks from the date of service of Defendants' motion.  Defendants' reply, if any, is due no later than three weeks from the date of service of Plaintiffs' opposition.

Also as stated on the record at the conference, the parties are directed to confer regarding the length of their briefs for this motion.  The parties are directed to submit a joint letter to the Court proposing appropriate page limits for the briefs.

SO ORDERED.

Dated: May 30, 2024

_____
GREGORY H. WOODS
United States District Judge