# APPENDIX A

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 2/13/23 | 2022 Earnings Call | Lando | 121 | Lando reported that the Company had "**concluded the quarter with record revenues** of $890 million and record revenues for the year 2022 of $3.1 billion." During the call, Lando touted that "[a] key highlight of 2022 was the growth of our revenues coming from Europe," which he expressly attributed "**the increase in power prices prior to the beginning of the Ukraine-Russia conflict and the accelerated increases ever since, as well as the expansion of our portfolio to include inverters, EV chargers, and batteries, addressing the specific European market needs**." Later in the call, Lando touted, "[t]his quarter, we generated **record revenues for the company, led by record revenues from our global solar business driven from significant quarter-over-quarter growth in the United States**."[1] |
| 2/13/23 | 2022 Earnings Call | Lando | 149 | Lando touted, "[f]rom a demand and inventory point of view, **we continue to see very strong demand from Europe for all products and relatively low inventory levels in the channel**." Later during the 2022 Earnings Call, analyst Alex Vrabel of Bank of America Merrill Lynch followed up by asking, "[w]hat do you expect for European growth here in 2023?" and Lando responded, "**in many cases, we see that the demand is far exceeding our ability to manufacture and deliver**." |

---

[1] All alleged misstatements in this Appendix are direct quotes from the CAC.

1

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 2/13/23 | 2022 Earnings Call | Lando | 150 | Philip Shen, an analyst from Roth Capital Partners asked, "I know you just talked about how you can't quantify the '23 outlook for Europe. But I was wondering if you could talk through the trends you might be seeing by quarter. Are you seeing any signs of a slowdown?" Lando responded: "*[T]o a large extent, our 2023 in Europe will be similar to the condition we were in in 2022, which is more dependent on our ability to produce the volumes than the demand*. I can give you an indicator which is true for the company as a whole, but it's most pronounced in Europe, that our current backlog for 2023 is well above what we delivered in 2022 globally and in particular, in Europe. So, *as far as we can see, the market is – the demand is good, and the market is strong, and we are ramping production to meet demand*." |
| 2/13/23 | 2022 Earnings Call | Lando | 168 | Lando touted to investors that "*to a large extent, [SolarEdge's] 2023 in Europe will be similar to the condition we were in, in 2022, which is more dependent on our ability to produce the volumes than the demand*. I can give you an indicator which is true for the company as a whole, but it's most pronounced in Europe, that our current backlog for 2023 is well above what we delivered in 2022 globally and in particular, in Europe." Lando went on to say, "*So as far as we can see, the market is -- the demand is good and the market is strong, and we are ramping production to meet that demand*." |

2

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 3/13/23 | ROTH Conference | Danziger | 151 | Danziger, speaking on behalf of the Company as its Director of Investor Relations and Finance Operations, touted Defendants' expectations for SolarEdge's performance in Europe in 2023, stating, "*it's definitely the case that [Europe] will probably be the fastest-growing geographies for us* . . . . *[w]e're definitely looking ahead toward a very healthy and robust year in Europe again*." Later in the talk, Danziger not only reiterated that "*we're expecting extremely healthy and robust demand in Europe*," he also emphasized that prior sales in Europe had been held down by supply chain constraints, and thus sales in the second half of 2023 would be stronger: "*we're working very hard on solving those couple of bottlenecks that we have to solve. And then we can probably -- and I would say somewhere towards the second half of the year, we should expect some relief coming*." |
| 3/28/23 | Wells Symposium | Faier | 138 | When asked about backlog and lead times for SolarEdge products, Faier touted, "*when we are looking at the inventory on hand, when it comes to our distributors, the channels are pretty, I would say, low on inventory in most cases*." |
| 3/28/23 | Wells Symposium | Faier | 152 | During the Symposium an analyst observed, "I think you had a 6-month backlog [in Europe]," and asked, "Where does that stand today . . . . [M]aybe talk through like lead times you have in Europe right now and where that – where do you think that's going?" Faier responded, "*the situation is that . . . the demand is – continues to be very strong. And I think that today, most dynamics are related to the – more to the ability to supply rather than the demand*." Faier even went so far as to attribute this purportedly "booming" demand in Europe to "*the combination of relatively low interest rate environment . . . plus the fact that electricity prices hiked*." |

3

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 5/3/23 | Q1 2023 Earnings Call | Lando | 123 | Lando reported that the Company had achieved "*[r]evenues from [its] solar business . . . at a record $909 million*," an increase of 9% over Q1 2022, "*mostly driven by record revenues in Europe and Rest of World*." During the Call, Lando touted that "*the European residential markets continue to be very strong for us this quarter. As we ramped shipments of three phase residential inverters, in particular, our new backup inverter as well as the three phase residential battery*." |
| 5/3/23 | Q1 2023 Earnings Call | Faier | 128 | Faier asserted that the increased finished products inventory reflected the strength of SolarEdge's business and would benefit the Company: "As of March 31, our inventory level net of reserve was at a level of $874.2 million compared to $729.2 million in the prior quarter. It's important to note that *our inventory levels this quarter include higher levels of finished goods products as a result of streamlined manufacturing. This finished goods inventory in the various regions will allow us to further improve our customer delivery time and reduce shipping and logistic expenses*." |
| 5/3/23 | Q1 2023 Earnings Call | Faier | 130 | Faier emphasized to analysts and investors that there was nothing unusual about SolarEdge's increased inventory levels: "Over the last 2 years, we have dealt with challenges around components availability, supply chain issues and logistic constraints. The general improvement in the market combined with the actions that we have taken have *allowed us to return to a more normal mode of operation. In most product areas, we are at a point where our manufacturing capacity is able to meet demand and we can use normal shipping routes, build inventory, and reduce lead times*." |
| 5/3/23 | Q1 2023 Earnings Call | Lando | 139 | Lando . . . said "in Europe, *we actually see low [channel] inventory days on hand*," and "not only . . . [do] we see that *the level of [channel] inventory is relatively not high*, but it's actually that we see *record sellout of products coming from the distribution channels*." |

4

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|------|-------|---------|-------|----------------------|
| 5/3/23 | Q1 2023 Earnings Call | Faier | 153 | Later in the Q1 2023 Call, Faier touted that the "vast majority" of SolarEdge's batteries "continue to be shifted to Europe, *driven by the strong adoption and demand for our three-phase solution*." |
| 5/3/23 | Q1 2023 Earnings Call | Lando | 154 | Brian Lee, an analyst from Goldman Sachs, stated, "[t]here's been more and more chatter, I feel like, to start the year around the potential slowdown in that region [Europe]." . . . Lando responded, "*we don't see right now a change in the pattern of demand in the market in Europe . . . . [a]nd we don't see, at least until now any change in the dynamic and the market continues to be strong*." |
| 5/3/23 | Q1 2023 Earnings Call | Lando | 155 | Later in the Q1 2023 Call, Deutsche Bank analyst Corinne Blanchard said, "I want to go back on the European market and try[] to get a sense on expectation in 2Q and 3Q versus the first quarter," and asked, "[c]an we expect the same growth in the same cadence there?" Lando responded that the European residential market and C&I markets were "three-phase based," which meant that "*growth is less dependent on demand. It's more dependent on our ramp of manufacturing, which I mentioned, will take us another couple of quarters until we're at a full scale of matching the supply to demand*." Moments later, in response to a follow-up question from Blanchard about the United States, Lando reiterated, "*[i]n Europe, the situation is more dependent on our supply and our intent is to continue and increase capacity of three-phase residential inverters. So the outlook is for likely growth*." |

5

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 6/21/23 | JPM Conference | Danziger | 156 | JPMorgan analyst Mark Strouse began the talk by asking Danziger, "[c]an you just kind of give us the latest and greatest in what you're seeing in Europe? And I think especially in light of some of the kind of – some of the third-part [sic] forecasts that have come out for some flattening in the market?" Danziger responded . . . "[W]hat we're still seeing and observing in Europe is not so much different than what we mentioned after our last earnings . . . . *we're still looking at very healthy demand across the board in the markets and in the segments* . . . . But overall, and including both residential and commercial, *we're still looking at a very healthy demand in Europe. And this would probably still be the fastest-growing geographies for us in 2023.*" |
| 6/21/23 | JPM Conference | Danziger | 157 | Strouse immediately followed up by asking "do you think that, that is a function of the overall market growing still? Or is that kind of more share gains, do you think, or new customers, new geographies?" Danziger responded: "I think it's a combination of all . . . it's still a very attractive economic investment to do to install a solar system in Europe and *we're still seeing driving very strong demand on the residential front. On the C&I side, there's this layer of ESG-driven demand that we're seeing more and more corporations are starting to take their net zero emissions journey.* And usually, to start with the solar system is a fairly good step to start with." |
| 8/1/23 | Q2 2023 Earnings Call | Lando | 125 | Lando reported that in the quarter the Company had achieved "*[r]evenues from [its] solar business* . . . *at a record $947 million,*" an increase 38% over Q2 2022, "*mostly driven by record revenues in Europe.*" |

6

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 8/1/23 | Q2 2023 Earnings Call | Faier | 132 | Faier stated that "[a]s of June 30, our inventory level net of reserve was $984.2 million compared to $874.2 million the prior quarter. *As a result of the slowdown in the shipments to the United States, slower growth rates in Europe, and more streamlined manufacturing, our finished goods inventory increased substantially this quarter*." He further assured investors that the high finished goods inventory levels benefitted the Company because it was "*a healthy way to reduce shipment costs, in the various regions*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 134 | Faier then assured attendees on the Q2 2023 Call that while, "there is a built inventory within the channels there that needs to be cleared in order to continue and grow," "*this will be cleared mostly through the adoption or getting more inverters from us during the third and the fourth quarter*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 141 | During the call, analyst Brian Lee of Goldman Sachs asked about the "timing of inventory balance," and Faier responded, "[i]n Europe today, what we see is that the inventory levels, on one hand, are relatively high. *But when you look at the days outstanding, which is a result of the sell-through from the channel, they are not high at all. They're actually at the normal level*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 143 | Citi analyst Vikram Bagri observed, "on Europe, it sounds like, the inventory rebalancing required is not – the magnitude is not that big. So, it seems like most of the rebalancing happens in third quarter." Bagri then asked, "if you can comment on the magnitude, if you can characterize what the impact on revenue is, and the cadence. How much of the rebalancing happens in fourth quarter or third quarter?" Faier responded, "we believe that the inventory corrections, at least in Europe, are going to be a little bit quicker,["] and "I'd say that in Europe, I think that, yes, *the correction within the distributors should be relatively quick*, *given the fact that the inventories levels that Zvi mentioned before are not so high when it reflects inventory days while we still see very high – record-high point-of-sale data*." |

7

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|------|-------|---------|-------|----------------------|
| 8/1/23 | Q2 2023 Earnings Call | Lando | 158 | On the Q2 2023 Call, . . . Lando emphasized . . . "going to a – on the overall offering to low levels of inventory *that are maybe lower than those that they would normally carry in this type of a period, especially because the overall demand is still high* . . . . the market is very active. *Installations are up and demand for equipment is strong*." Lando further assured investors that "*[i]n Europe, installation rates continue to be high in both residential and commercial*" and "*our growth in Europe in the second quarter was very strong*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 159 | Faier reiterated that demand for solar products remained strong, stating that "[w]e've been and we've seen through various stages of the solar market. *We do not see this stage, as well the case in German* [sic]*, let's say, or Europe in 2013 when the market disappeared. Again, we see it more of a correction rather than a crisis that's going around overall*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 161 | During the question-and-answer period of the Q2 2023 Call, Faier further emphasized that "*when we are looking at the point-of-sale data of how much is being sold from the channels, we see record levels over the last two quarters that, to our understanding, are continuing, which means that in that case, the demand is there*." |
| 8/1/23 | Q2 2023 Earnings Call | Faier | 170 | Faier assured attendees that while "there is a built inventory within the channels there that needs to be cleared in order to continue and grow," "*this will be cleared mostly through the adoption or getting more inverters from us during the third and the fourth quarter*." |

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 8/1/23 | Q2 2023 Earnings Call | Faier | 172 | Citi analyst Vikram Bagri observed, "on Europe, it sounds like, the inventory rebalancing required is not – the magnitude is not that big. So, it seems like most of the rebalancing happens in third quarter." Bagri then asked, "if you can comment on the magnitude, if you can characterize what the impact on revenue is, and the cadence. How much of the rebalancing happens in fourth quarter or third quarter?" Faier responded, "we believe that the inventory corrections, at least in Europe, are going to be a little bit quicker,["] and "I'd say that in Europe, I think that, yes, ***the correction within the distributors should be relatively quick, given the fact that the inventories levels that Zvi mentioned before are not so high when it reflects inventory days while we still see very high – record-high point-of-sale data***." |
| 8/8/23 | Oppenheimer Conference | Faier | 145 | Faier affirmatively attributed inventory surpluses at SolarEdge's customers to changes in distributors' inventory preferences: "***The second thing distributors are doing is since they can rely better on our supply right now*** instead of holding 3 months or sometimes even 4 months of inventory . . . at the end of Q2, we saw in average 2 months of inventory of our product in the channel. And now they're even sometimes reduced to 5 or 4 weeks. And ***this creates a situation or on one hand, you see amazing demand***. ***But at the same time, since the inventory is still being cleared from the channel going to lower levels, the orders to us or other companies is not happening***." |
| 8/8/23 | Oppenheimer Conference | Faier | 160 | Faier touted the demand for SolarEdge products in Europe, stating: "Europe is growing only 30% to 40% year-over-year. It depends on the country, of course. Europe is made out of many countries. ***And therefore, we still see very strong underlying demand for -- last quarter, for example, we get from our channels and distributors what we call point-of-sale data, is showing how much we're selling out of the channels***. ***We're talking about record high numbers that we haven't seen before***. That in some cases, even for our products are close to 100% just compared to about a quarter ago. So the underlying demand is very strong, although not as strong as everyone thought." |

9

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 9/6/23 | Barclays Conference | Faier | 146 | Faier assured Barclays Conference attendees that surplus channel inventories were because after the "*past 2 years' experience of not being able to get all of the products that they wanted*," distributors had "*simply overstocked, not just compared to the amount of revenues, but also because they thought that maybe they will not be able to get more products*. This resulted in a situation where although we see record high sell-through every month, we see that the channels are relatively packed," but "*the underlying market in Europe is growing and growing very nicely*." |
| 9/6/23 | Barclays Conference | Faier | 162 | Faier told attendees that, in 2022, SolarEdge, "*directed a lot of our shipments to Europe, which by the way turned to be a relatively good move given the fact that we see Europe growing relatively quickly right now*." |
| 9/6/23 | Barclays Conference | Faier | 163 | Moments later, the analyst hosting the talk observed, "I think the market was generally a little surprised at your comments around the Europe kind of inventory for both the inverters and batteries" on the Q2 2023 Call, and asked "[s]o now that it has been a couple of months, can you give us an update on what you're seeing here today?" Faier responded: "I'll start by saying that *nothing changed from our call* with only colors being a little bit more vivid in where do we see things happening. So starting from the underlying demand, *the underlying demand in Europe continues to be strong and continues to be very great . . . . I can tell you that in both cases, we see a very nice uplift in all of Europe . . . we see it almost everywhere*. It's a very good underlying demand, not as good as we thought." |
| 9/6/23 | Barclays Conference | Faier | 174 | Faier . . . attributed surplus channel inventories to the "past 2 years' experience of [distributors] not being able to get all of the products that they wanted," and thus distributors had "simply overstocked, not just compared to the amount of revenues, but also because they thought that maybe they will not be able to get more products. This resulted in a situation where although we see record high sell-through every month, we see that the channels are relatively packed," but "*the underlying market in Europe is growing and growing very nicely*." |

10

**APPENDIX A TO DEFENDANTS' MOTION TO DISMISS:**
**ALLEGED MISSTATEMENTS IN CHRONOLOGICAL ORDER**

| Date | Event | Speaker | CAC ¶ | Alleged Misstatement |
|---|---|---|---|---|
| 9/21/23 | KeyBanc Symposium | Lowe | 164 | KeyBanc analyst Sophie Ksenia Karp ("Karp") asked Lowe to comment on the "current inventory cycle"—"something [Lowe] probably get[s] asked a lot"—and provide "incremental color since the last time you probably spoke about this." Lowe . . . tout[ed] to attendees that "[t]he situation that European distributors have in terms of having too much inventory . . . especially on solar panels, which is the largest cost component of the solar system . . . . [i]s a real problem for them" because solar panel prices had fallen, even though European "***underlying demand for solar is very, very strong***." Lowe continued, "***like the data we see from our distributors is continuing to show significant growth in terms of sell-through into Europe***." |
| 9/21/23 | KeyBanc Symposium | Lowe | 176 | Lowe assured attendees that "***at the end of the day, 1Q is going into the spring installation season and sell-through being as strong as it is, distributor inventories are going to be depleted fairly quickly***." |

11