# APPENDIX C

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS:**
**REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|
| CAC ¶ | Date | Event | Category | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | Inactionable Puffery or Corporate Optimism | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 121 | 2/13/23 | 2022 Earnings Call | Revenue | X | X | | | X | X |
| 123 | 5/3/23 | Q1 2023 Earnings Call | Revenue | X | X | | | X | X |
| 125 | 8/1/23 | Q2 2023 Earnings Call | Revenue | X | X | | | X | X |
| 128 | 5/3/23 | Q1 2023 Earnings Call | Inventory | X | X | X | X | X | X |
| 130 | 8/1/23 | Q2 2023 Earnings Call | Inventory | X | X | | X | X | X |
| 132 | 8/1/23 | Q2 2023 Earnings Call | Inventory | X | X | | X | X | X |
| 134 (same as 170) | 8/1/23 | Q2 2023 Earnings Call | Inventory | X | X | X | X | X | X |
| 138 | 3/28/23 | Wells Symposium | Inventory | X | X | | | X | X |
| 139 | 5/3/23 | Q1 2023 Earnings Call | Inventory | X | X | | | X | X |
| 141 | 8/1/23 | Q2 2023 Earnings Call | Inventory | X | X | | | X | X |
| 143 (same as 172) | 8/1/23 | Q2 2023 Earnings Call | Inventory | X | X | X | | X | X |
| 145 | 8/8/23 | Oppenheimer Conference | Inventory | X | X | | | X | X |
| 146 (same as 174) | 9/6/23 | Barclays Conference | Inventory | X | X | | | X | X |

1

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS:**
**REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|
| CAC ¶ | Date | Event | Category | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | Inactionable Puffery or Corporate Optimism | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 149 | 2/13/23 | 2022 Earnings Call | Demand | X | X | | X | X | X |
| 150 (same as 168) | 2/13/23 | 2022 Earnings Call | Demand | X | X | X | | X | X |
| 151 | 3/13/23 | ROTH Conference | Demand | X | X | X | X | X | X |
| 152 | 3/28/23 | Wells Symposium | Demand | X | X | | | X | X |
| 153 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | | | X | X |
| 154 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | | | X | X |
| 155 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | X | | X | X |
| 156 | 6/21/23 | JP Morgan Conference | Demand | X | X | X | | X | X |
| 157 | 6/21/23 | JP Morgan Conference | Demand | X | X | | | X | X |
| 158 | 8/1/23 | Q2 2023 Earnings Call | Demand | X | X | | | X | X |
| 159 | 8/1/23 | Q2 2023 Earnings Call | Demand | X | X | | X | X | X |
| 160 | 8/8/23 | Oppenheimer Conference | Demand | X | X | | | X | X |
| 161 | 8/1/23 | Q2 2023 Earnings Call | Demand | X | X | | | X | X |
| 162 | 9/6/23 | Barclays Conference | Demand | X | X | | X | X | X |

2

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS:**
**REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| | Statement Information | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|---|
| CAC ¶ | Date | Event | Category | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | Inactionable Puffery or Corporate Optimism | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 163 | 9/6/23 | Barclays Conference | Demand | X | X | | | X | X |
| 164 | 9/21/23 | KeyBanc Symposium | Demand | X | X | | | X | X |
| 168 (same as 150) | 2/13/23 | 2022 Earnings Call | Sell-through | X | X | X | | X | X |
| 170 (same as 134) | 8/1/23 | Q2 2023 Earnings Call | Sell-through | X | X | X | X | X | X |
| 172 (same as 143) | 8/1/23 | Q2 2023 Earnings Call | Sell-through | X | X | | | X | X |
| 174 (same as 146) | 9/6/23 | Barclays Conference | Sell-through | X | X | | | X | X |
| 176 | 9/21/23 | KeyBanc Symposium | Sell-through | X | X | X | | X | X |

3