**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
                                                         :
IN RE SOLAREDGE TECHNOLOGIES,                            :        No. 1:23-cv-09748-GHW
INC. SECURITIES LITIGATION                               :
------------------------------------------------------- :        **CLASS ACTION**
                                                         :
                                                         :        **ORAL ARGUMENT REQUESTED**
                                                         :
                                                         :
                                                         :
THIS DOCUMENT RELATES TO:                                :
ALL ACTIONS                                              :
                                                         :
                                                         :
                                                         X
-------------------------------------------------------


**DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**


I, Christopher D. Belelieu, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.   I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants SolarEdge Technologies, Inc., Zvi Lando, Ronen Faier, J.B. Lowe, and Lior Danziger in the above-captioned matter.  As such, I am fully familiar with the facts and circumstances stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of SolarEdge's February 22, 2023 Form 10-K for the year ended December 31, 2022.[1]

---

[1] Other than Exhibit 16, all 18 exhibits attached hereto are publicly available.  They are attached to this Declaration for the Court's convenience and ease of review.

3. Attached hereto as **Exhibit 2** is a true and correct copy of SolarEdge's May 8, 2023 Form 10-Q for the quarter ended March 31, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of SolarEdge's August 7, 2023 Form 10-Q for the quarter ended June 30, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of SolarEdge's Earnings Call for 2022 held on February 13, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q1 2023 held on May 3, 2023.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q2 2023 held on August 1, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q3 2023 held on November 1, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of SolarEdge's February 13, 2023 press release announcing SolarEdge's 2022 financial results.

10. Attached hereto as **Exhibit 9** is a true and correct copy of SolarEdge's May 3, 2023 press release announcing SolarEdge's Q1 2023 financial results.

11. Attached hereto as **Exhibit 10** is a true and correct copy of SolarEdge's August 1, 2023 press release announcing SolarEdge's Q2 2023 financial results.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a transcript of Lior Danziger and J.B. Lowe's statements on March 13, 2023 at the ROTH Conference.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a transcript of Ronen Faier's statements on March 28, 2023 at the Wells Fargo Clean Energy Symposium.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a transcript of Lior Danziger's statements on June 21, 2023 at the JPMorgan Energy, Power, & Renewables Conference.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a transcript of Ronen Faier's statements on August 8, 2023 at the Oppenheimer 26th Annual Technology, Internet & Communications Conference.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a transcript of Ronen Faier's statements on September 6, 2023 at the Barclays CEO Energy-Power Conference.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a transcript of J.B. Lowe's statements on September 21, 2023 at the KeyBanc Capital Markets Inc.'s Energy Transition Symposium. This document is incorporated by reference and quoted in the Complaint. *See, e.g.*, Compl. ¶¶ 16, 17, 108, 164, 176, 194.

18. Attached hereto as **Exhibit 17** is a true and correct copy of SolarEdge's February 26, 2024 Form 10-K for the year ended December 31, 2023.

19. Attached hereto as **Exhibit 18** is a true and correct copy of SolarEdge's February 22, 2022 Form 10-K for the year ended December 31, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2024 in New York, New York.

/s/ Christoper D. Belelieu
Christopher D. Belelieu

3