# EXHIBIT 10



Home  /  Investor Relations  /  News Releases  /  **Solaredge Announces Second Quarter 2023 Financial Results**

August 1, 2023

# SolarEdge Announces Second Quarter 2023 Financial Results

MILPITAS, Calif.--(BUSINESS WIRE)--Aug. 1, 2023-- SolarEdge Technologies, Inc. (Nasdaq: SEDG), a global leader in smart energy technology, today announced its financial results for the second quarter ended June 30, 2023.

**Second Quarter 2023 Highlights**

- Record revenues of $991.3 million

- Record revenues from solar segment of $947.4 million

- GAAP gross margin of 32.0%

- Non-GAAP gross margin* of 32.7%

- Gross margin from solar segment of 34.7%

- Record GAAP operating income of $150.4 million

- Record non-GAAP operating income* of $191.0 million

- GAAP net income of $119.5 million

- Non-GAAP net income* of $157.4 million

- GAAP net diluted earnings per share ("EPS") of $2.03

- Non-GAAP net diluted EPS* of $2.62

- Record 4.3 Gigawatts (AC) of inverters shipped

- 269 MWh of batteries shipped

"We are pleased with our results for the second quarter, in particular our strong performance in Europe in both the residential and commercial solar segments. While the U.S. residential solar market is currently seeing some headwinds primarily related to higher interest rates, we are navigating through this period by leveraging our geographic and multi-segment strengths in the solar markets and expect to benefit from the positive long-term outlook for this sector," said Zvi Lando, Chief Executive Officer of SolarEdge.

**Second Quarter 2023 Summary**

The Company reported record revenues of $991.3 million, up 5% from $943.9 million in the prior quarter and up 36% from $727.8 million in the same quarter last year.

Revenues from the solar segment were a record $947.4 million, up 4% from $908.5 million in the prior quarter and up 38% from $687.6 million in the same quarter last year.

GAAP gross margin was 32.0%, up from 31.8% in the prior quarter and up from 25.1% in the same quarter last year.

Non-GAAP gross margin* was 32.7%, up slightly from 32.6% in the prior quarter and up from 26.7% in the same quarter last year.

Gross margin from the solar segment was 34.7%, down slightly from 35.0% in the prior quarter and up from 28.1% in the same quarter last year.

GAAP operating expenses were $166.9 million, up 7% from $156.0 million in the prior quarter and up 14% from $146.6 million in the same quarter last year.

Non-GAAP operating expenses* were $133.3 million, up 8% from $123.6 million in the prior quarter and up 22% from $109.6 million in the same quarter last year.

GAAP operating income was a record $150.4 million, up 4% from $144.2 million in the prior quarter and up 318% from $36.0 million in the same quarter last year.

Non-GAAP operating income* was a record $191.0 million, up 4% from $183.8 million in the prior quarter and up 126% from $84.7 million in the same quarter last year.

GAAP net income was $119.5 million, down 14% from $138.4 million in the prior quarter and up 692% from $15.1 million in the same quarter last year.

Non-GAAP net income* was $157.4 million, down 10% from $174.5 million in the prior quarter and up 177% from $56.7 million in the same quarter last year.

GAAP net diluted EPS was $2.03, down from $2.35 in the prior quarter and up from $0.26 in the same quarter last year.

Non-GAAP net diluted EPS* was $2.62, down from $2.90 in the prior quarter and up from $0.95 in the same quarter last year.

Cash used in operating activities was $88.7 million, compared with $7.9 million generated from operating activities in the prior quarter and $77.4 million generated from operating activities in the same quarter last year.

As of June 30, 2023, cash, cash equivalents, bank deposits, restricted bank deposits and marketable securities totaled $853.5 million, net of debt, compared to $1.01 billion on March 31, 2023.

**Outlook for the Third Quarter 2023**

The Company also provides guidance for the third quarter ending September 30, 2023 as follows:

- Revenues to be within the range of $880 million to $920 million

- Non-GAAP gross margin** expected to be within the range of 28% to 31%

- Non-GAAP operating income** to be within the range of $115 million to $135 million

- Revenues from the solar segment to be within the range of $850 million to $890 million

- Gross margin from the solar segment expected to be within the range of 30% to 33%

\* Non-GAAP financial measure. See "Non-GAAP Financial Measures" for additional information on non-GAAP financial measures and a reconciliation to the most comparable GAAP measures.

\*\* Non-GAAP gross margin and Non-GAAP operating income are non-GAAP financial measures and have not been reconciled to the most comparable GAAP outlook because it is not possible to do so without unreasonable efforts due to the uncertainty and potential variability of reconciling items, which are dependent on future events and often outside of management's control and which could be significant. Because such items cannot be reasonably predicted with the level of precision required, we are unable to provide outlook for the comparable GAAP measures. Forward-looking estimates of Non-GAAP gross margin and Non-GAAP operating income are made in a manner consistent with the relevant definitions and assumptions noted herein and in our filings with the SEC.

## Conference Call

The Company will host a conference call to discuss these results at 4:30 p.m. ET on Tuesday, August 1, 2023. The call will be available, live, to interested parties by dialing 877-888-4294. For international callers, please dial +1 785-424-1881. The Conference ID is SEDG. **To avoid a delay in connecting to the call, please dial in 10 minutes prior to the start time.** A live webcast will also be available in the Investors Relations section of the Company's website at: http://investors.solaredge.com

A replay of the webcast will be available in the Investor Relations section of the Company's web site approximately two hours after the conclusion of the call and will remain available for approximately 30 calendar days.

## About SolarEdge

SolarEdge is a global leader in smart energy technology. By leveraging world-class engineering capabilities and with a relentless focus on innovation, SolarEdge creates smart energy solutions that power our lives and drive future progress. SolarEdge developed an intelligent inverter solution that changed the way power is harvested and managed in photovoltaic (PV) systems. The SolarEdge DC optimized inverter seeks to maximize power generation while lowering the cost of energy produced by the PV system. Continuing to advance smart energy, SolarEdge addresses a broad range of energy market segments through its PV, storage, EV charging, batteries, electric vehicle powertrains, and grid services solutions. SolarEdge is online at www.solaredge.com

## Use of Non-GAAP Financial Measures

The Company has presented certain non-GAAP financial measures in this release, such as non-GAAP net income, non-GAAP net diluted EPS, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP operating income and non-GAAP gross margin from sale of solar products. Generally, a non-GAAP financial measure is a numerical measure of a company's performance, financial position, or cash flows that either exclude or include amounts that are not normally excluded or included in the most directly comparable measure calculated and presented in accordance with generally accepted accounting principles in the United States, or GAAP. Reconciliation of each non-GAAP financial measure to the most directly comparable GAAP financial measure can be found in the accompanying tables to this release. These non-GAAP financial measures do not reflect a comprehensive

11/7/23, 6:14 PM    SolarEdge Announces Second Quarter 2023 Financial Results / SolarEdge Technologies Inc.

Case 1:23-cv-09748-JHW-GTW   Document 62-10   Filed 07/15/24   Page 5 of 14

system of accounting, differ from GAAP measures with the same captions and may differ from non-GAAP financial measures with the same or similar captions that are used by other companies. As such, these non-GAAP measures should be considered as a supplement to, and not as a substitute for, or superior to, financial measures calculated in accordance with GAAP.

The Non-GAAP measures are presented in this press release because we believe that they provide investors with a means of evaluating and understanding how the Company's management evaluates the company's operating performance. The non-GAAP financial measures in this earnings release may differ from similarly titled measures used by other companies.

**Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995**

This release contains forward looking statements which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include information, among other things, concerning: our possible or assumed future results of operations; future demands for solar energy solutions; business strategies; technology developments; financing and investment plans; dividend policy; competitive position; industry and regulatory environment; general economic conditions; potential growth opportunities; and the effects of competition. These forward-looking statements are often characterized by the use of words such as "anticipate," "believe," "could," "seek," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "will," "would" or similar expressions and the negative or plural of those terms and other like terminology.

Forward-looking statements are only predictions based on our current expectations and our projections about future events. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. Given these factors, you should not place undue reliance on these forward-looking statements. These factors include, but are not limited to, the matters discussed in the section entitled "Risk Factors" of our Annual Report on Form 10-K for the year ended December 31, 2022, filed on February 22, 2023 and our quarterly reports filed on Form 10-Q, Current Reports on Form 8-K and other reports filed with the SEC. All information set forth in this release is as of August 1, 2023. The Company undertakes no duty or obligation to update any forward-looking statements contained in this release, whether as a result of new information, future events or changes in its expectations or otherwise, except as may be required by applicable law, regulation or other competent legal authority.

**SOLAREDGE TECHNOLOGIES INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(in thousands, except per share data)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| | Unaudited | | | |
| Revenues | $ 991,290 | $ 727,774 | $ 1,935,179 | $ 1,382,854 |
| Cost of revenues | 673,985 | 545,132 | 1,317,748 | 1,021,254 |

| | | | | |
|---|---|---|---|---|
| Gross profit | 317,305 | 182,642 | 617,431 | 361,600 |
| Operating expenses: | | | | |
| Research and development | 86,526 | 74,847 | 166,399 | 141,196 |
| Sales and marketing | 44,222 | 38,975 | 85,188 | 74,291 |
| General and administrative | 36,199 | 28,121 | 72,766 | 54,550 |
| Other operating expense (income), net | — | 4,687 | (1,434) | 4,687 |
| Total operating expenses | 166,947 | 146,630 | 322,919 | 274,724 |
| Operating income | 150,358 | 36,012 | 294,512 | 86,876 |
| Financial income (expense), net | 3,384 | (14,311) | 27,058 | (18,916) |
| Other loss | — | — | (125) | (844) |
| Income before income taxes | 153,742 | 21,701 | 321,445 | 67,116 |
| Income taxes | 34,232 | 6,617 | 63,557 | 18,909 |
| Net income | $ 119,510 | $ 15,084 | $ 257,888 | $ 48,207 |

## SOLAREDGE TECHNOLOGIES INC.
## CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except per share data)

| | June 30, 2023 | December 31, 2022 |
|---|---|---|
| ASSETS | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 557,744 | $ 783,112 |
| Marketable securities | 493,176 | 241,117 |
| Trade receivables, net of allowances of $6,890 and $3,202, respectively | 1,149,820 | 905,146 |
| Inventories, net | 984,194 | 729,201 |
| Prepaid expenses and other current assets | 264,188 | 241,082 |
| Total current assets | 3,449,122 | 2,899,658 |
| LONG-TERM ASSETS: | | |
| Marketable securities | 435,800 | 645,491 |
| Deferred tax assets, net | 49,993 | 44,153 |
| Property, plant and equipment, net | 580,503 | 543,969 |
| Operating lease right-of-use assets, net | 66,387 | 62,754 |
| Intangible assets, net | 43,656 | 19,929 |
| Goodwill | 42,332 | 31,189 |
| Other long-term assets | 28,772 | 18,806 |
| Total long-term assets | 1,247,443 | 1,366,291 |
| Total assets | $4,696,565 | $4,265,949 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| CURRENT LIABILITIES: | | |
| Trade payables, net | 434,602 | 459,831 |
| Employees and payroll accruals | 74,709 | 85,158 |
| Warranty obligations | 146,150 | 103,975 |
| Deferred revenues and customers advances | 28,135 | 26,641 |
| Accrued expenses and other current liabilities | 214,133 | 214,112 |
| Total current liabilities | 897,729 | 889,717 |
| LONG-TERM LIABILITIES: | | |
| Convertible senior notes, net | 625,914 | 624,451 |
| Warranty obligations | 342,437 | 281,082 |

11/7/23, 6:14 PM    SolarEdge Announces Second Quarter 2023 Financial Results | SolarEdge Technologies Inc.

Case 1:23-cv-09748-CM-GTW    Document 67-10    Filed 07/15/24    Page 7 of 14

| | | |
|---|---:|---:|
| Deferred revenues | 204,693 | 186,936 |
| Finance lease liabilities | 42,208 | 45,385 |
| Operating lease liabilities | 47,046 | 46,256 |
| Other long-term liabilities | 16,349 | 15,756 |
| Total long-term liabilities | 1,278,647 | 1,199,866 |
| COMMITMENTS AND CONTINGENT LIABILITIES | | |
| STOCKHOLDERS' EQUITY: | | |
| Common stock of $0.0001 par value - Authorized: 125,000,000 shares as of June 30, 2023 and December 31, 2022; issued and outstanding: 56,556,340 and 56,133,404 shares as of June 30, 2023 and December 31, 2022, respectively | 6 | 6 |
| Additional paid-in capital | 1,595,890 | 1,505,632 |
| Accumulated other comprehensive loss | (77,432) | (73,109) |
| Retained earnings | 1,001,725 | 743,837 |
| Total stockholders' equity | 2,520,189 | 2,176,366 |
| Total liabilities and stockholders' equity | $4,696,565 | $4,265,949 |

## SOLAREDGE TECHNOLOGIES INC.
### CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(in thousands, except per share data)

| | Six Months Ended June 30, | |
|---|---:|---:|
| | **2023** | **2022** |
| Cash flows from operating activities: | | |
| Net income | $ 257,888 | $ 48,207 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 26,725 | 24,138 |
| Loss (gain) from exchange rate fluctuations | (23,214) | 20,398 |
| Stock-based compensation expenses | 78,200 | 71,181 |
| Impairment of goodwill and intangible assets | — | 4,008 |
| Deferred income taxes, net | (7,636) | (1,092) |
| Other items | 4,783 | 11,396 |
| Changes in assets and liabilities: | | |
| Inventories, net | (246,193) | (93,348) |
| Prepaid expenses and other assets | (33,285) | (79,215) |
| Trade receivables, net | (235,086) | (235,316) |
| Trade payables, net | (22,304) | (7,339) |
| Employees and payroll accruals | 8,283 | 5,202 |
| Warranty obligations | 103,524 | 59,588 |
| Deferred revenues and customers advances | 17,222 | 32,277 |
| Accrued expenses and other liabilities, net | (9,695) | 54,341 |
| Net cash used in operating activities | (80,788) | (85,574) |
| Cash flows from investing activities: | | |
| Investment in available-for-sale marketable securities | (124,138) | (362,119) |
| Proceed from sales and maturities of available-for-sale marketable securities | 86,813 | 126,287 |
| Purchase of property, plant and equipment | (84,075) | (91,884) |
| Business combinations, net of cash acquired | (16,653) | — |
| Purchase of intangible assets | (10,000) | — |
| Investment in privately-held companies | (6,750) | — |

11/7/23, 6:14 PM SolarEdge Announces Second Quarter 2023 Financial Results | SolarEdge Technologies Inc.

Case 1:23-cv-09748-GHW-GTW Document 67-10 Filed 07/15/24 Page 8 of 14

|  | | |
|---|---|---|
| Proceed from government grants in relation to capital expenditures | 6,797 | — |
| Other investing activities | 3,552 | 1,783 |
| Net cash used in investing activities | (144,454) | (325,933) |
| Cash flows from financing activities: | | |
| Tax withholding in connection with stock-based awards, net | (8,811) | (2,318) |
| Payment of finance lease liability | (1,428) | (1,374) |
| Proceeds from secondary public offering, net of issuance costs | — | 650,526 |
| Other financing activities | 98 | 1,572 |
| Net cash provided by (used in) financing activities | (10,141) | 648,406 |
| Increase (decrease) in cash and cash equivalents | (235,383) | 236,899 |
| Cash and cash equivalents at the beginning of the period | 783,112 | 530,089 |
| Effect of exchange rate differences on cash and cash equivalents | 10,015 | (21,454) |
| Cash and cash equivalents at the end of the period | 557,744 | 745,534 |

**SOLAREDGE TECHNOLOGIES INC.**

**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES (Unaudited)**

(in thousands, except per share data and percentages)

| | Reconciliation of GAAP to Non-GAAP | | | | |
|---|---|---|---|---|---|
| | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 |
| **Gross profit (GAAP)** | $182,642 | $222,001 | $ 261,047 | $300,126 | $ 317,305 |
| Revenues from finance component | (146) | (159) | (174) | (187) | (202) |
| Stock-based compensation | 5,286 | 4,661 | 6,810 | 5,927 | 5,923 |
| Amortization of stock-based compensation capitalized in inventories | — | — | — | — | 316 |
| Disposal of assets related to Critical Power | 4,314 | — | — | — | — |
| Amortization and depreciation of acquired asset | 2,184 | 2,064 | 961 | 1,515 | 872 |
| **Gross profit (Non-GAAP)** | $194,280 | $228,567 | $268,644 | $307,381 | $324,214 |
| | | | | | |
| **Gross margin (GAAP)** | 25.1% | 26.5% | 29.3% | 31.8% | 32.0% |
| Revenues from finance component | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Stock-based compensation | 0.7% | 0.6% | 0.8% | 0.6% | 0.6% |

11/7/23, 6:14 PM     SolarEdge Announces Second Quarter 2023 Financial Results | SolarEdge Technologies Inc.

Case 1:23-cv-09748-GHW-GTW   Document 67-10   Filed 07/15/24   Page 9 of 14

| | | | | | |
|---|---|---|---|---|---|
| Amortization of stock-based compensation capitalized in inventories | —% | —% | —% | —% | 0.0% |
| Disposal of assets related to Critical Power | 0.6% | —% | —% | —% | —% |
| Amortization and depreciation of acquired assets | 0.3% | 0.2% | 0.1% | 0.2% | 0.1% |
| **Gross margin (Non-GAAP)** | 26.7% | 27.3% | 30.2% | 32.6% | 32.7% |
| | | | | | |
| **Operating expenses (GAAP)** | $146,630 | $137,594 | $266,210 | $155,972 | $166,947 |
| Stock-based compensation - R&D | (16,819) | (14,553) | (16,854) | (17,209) | (17,272) |
| Stock-based compensation - S&M | (7,047) | (9,341) | (7,928) | (8,079) | (7,822) |
| Stock-based compensation - G&A | (7,922) | (7,196) | (7,015) | (8,020) | (7,948) |
| Amortization and depreciation of acquired assets - R&D | (300) | (302) | (301) | (313) | (289) |
| Amortization and depreciation of acquired assets - S&M | (226) | (187) | (173) | (181) | (235) |
| Amortization and depreciation of acquired assets - G&A | (5) | (6) | (4) | (26) | 17 |
| Assets impairment | (4,696) | 19 | (114,473) | — | — |
| Gain (loss) from assets sales and disposal | — | 2,303 | (102) | 1,434 | — |
| Acquisition costs | — | — | (350) | — | (135) |
| **Operating expenses (Non-GAAP)** | $109,615 | $108,331 | $119,010 | $123,578 | $133,263 |

**SOLAREDGE TECHNOLOGIES INC.**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(Unaudited)**
(in thousands, except per share data and percentages)

**Reconciliation of GAAP to Non-GAAP**

| | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 |
|---|---|---|---|---|---|
| **Operating income (loss) (GAAP)** | $ 36,012 | $ 84,407 | $ (5,163) | $ 144,154 | $150,358 |
| Revenues from finance component | (146) | (159) | (174) | (187) | (202) |
| Disposal of assets related to Critical Power | 4,314 | — | — | — | — |
| Stock-based compensation | 37,074 | 35,751 | 38,607 | 39,235 | 38,965 |
| Amortization of stock-based compensation capitalized in inventories | — | — | — | — | 316 |
| Amortization and depreciation of acquired assets | 2,715 | 2,559 | 1,439 | 2,035 | 1,379 |
| Assets impairment | 4,696 | (19) | 114,473 | — | — |
| Loss (gain) from assets sales and disposal | — | (2,303) | 102 | (1,434) | — |
| Acquisition costs | — | — | 350 | — | 135 |
| **Operating income (Non-GAAP)** | $ 84,665 | $120,236 | $149,634 | $183,803 | $190,951 |
| | | | | | |
| **Financial income (expense), net (GAAP)** | $ (14,311) | $ (33,025) | $ 56,101 | $ 23,674 | $ 3,384 |
| Non cash interest expense | 2,427 | 2,505 | 2,685 | 2,892 | 3,105 |
| Unrealized losses (gains) | — | — | (170) | — | — |
| Currency fluctuation related to lease standard | (9,028) | (1,116) | 749 | (2,519) | (2,107) |
| **Financial income (expense), net (Non-GAAP)** | $(20,912) | $ (31,636) | $ 59,365 | $ 24,047 | $ 4,382 |
| | | | | | |
| **Other income (loss) (GAAP)** | $ — | $ 7,533 | $ 186 | $ (125) | $ — |
| Gain from sale of investment in privately-held company | — | (7,533) | (186) | — | — |

11/7/23, 6:14 PM    SolarEdge Announces Second Quarter 2023 Financial Results / SolarEdge Technologies, Inc.

Case 1:23-cv-09748-SHW-OTW    Document 37-10    Filed 07/15/24    Page 11 of 14

**Other income (loss) (Non-GAAP)**

| | | | | | |
|---|---|---|---|---|---|
| | $ — | $ — | $ — | $ (125) | $ — |

**Income tax benefit (expense) (GAAP)**

| | | | | | |
|---|---|---|---|---|---|
| | $ (6,617) | $ (34,172) | $ (30,295) | $ (29,325) | $ (34,232) |
| Income tax adjustment | (389) | (291) | (7,186) | (3,901) | (3,735) |

**Income tax benefit (expense) (Non-GAAP)**

| | | | | | |
|---|---|---|---|---|---|
| | $ (7,006) | $ (34,463) | $ (37,481) | $ (33,226) | $ (37,967) |

## SOLAREDGE TECHNOLOGIES INC.
## RECONCILIATION OF NON-GAAP FINANCIAL MEASURES
### (Unaudited)
(in thousands, except per share data and percentages)

| | Reconciliation of GAAP to Non-GAAP | | | | |
|---|---|---|---|---|---|
| | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 |
| **Net income (GAAP)** | $15,084 | $24,743 | $ 20,829 | $138,378 | $ 119,510 |
| Revenues from finance component | (146) | (159) | (174) | (187) | (202) |
| Disposal of assets related to Critical Power | 4,314 | — | — | — | — |
| Stock-based compensation | 37,074 | 35,751 | 38,607 | 39,235 | 38,965 |
| Amortization of stock-based compensation capitalized in inventories | — | — | — | — | 316 |
| Amortization and depreciation of acquired assets | 2,715 | 2,559 | 1,439 | 2,035 | 1,379 |
| Assets impairment | 4,696 | (19) | 114,473 | — | — |
| Loss (gain) from assets sales and disposal | — | (2,303) | 102 | (1,434) | — |
| Acquisition costs | — | — | 350 | — | 135 |
| Non cash interest expense | 2,427 | 2,505 | 2,685 | 2,892 | 3,105 |
| Unrealized losses (gains) | — | — | (170) | — | — |
| Currency fluctuation related to lease standard | (9,028) | (1,116) | 749 | (2,519) | (2,107) |
| Gain from sale of investment in privately-held company | — | (7,533) | (186) | — | — |
| Income tax adjustment | (389) | (291) | (7,186) | (3,901) | (3,735) |
| **Net income (Non-GAAP)** | $56,747 | $ 54,137 | $ 171,518 | $174,499 | $157,366 |

11/7/23, 6:14 PM    SolarEdge Announces Second Quarter 2023 Financial Results / SolarEdge Technologies Inc.

Case 1:23-cv-09748-SHW-OTW    Document 67-10    Filed 07/15/24    Page 12 of 14

| | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 |
|---|---|---|---|---|---|
| **Net basic earnings per share (GAAP)** | $  0.27 | $  0.44 | $  0.37 | $  2.46 | $  2.12 |
| Revenues from finance component | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| Disposal of assets related to Critical Power | 0.08 | — | — | — | — |
| Stock-based compensation | 0.67 | 0.64 | 0.69 | 0.70 | 0.70 |
| Amortization of stock-based compensation capitalized in inventories | — | — | — | — | 0.00 |
| Amortization and depreciation of acquired assets | 0.04 | 0.05 | 0.02 | 0.03 | 0.03 |
| Assets impairment | 0.09 | 0.00 | 2.05 | — | — |
| Loss (gain) from assets sales and disposal | — | (0.04) | 0.00 | (0.02) | — |
| Acquisition costs | — | — | 0.01 | — | 0.00 |
| Non cash interest expense | 0.04 | 0.04 | 0.05 | 0.05 | 0.05 |
| Unrealized losses (gains) | — | — | (0.01) | — | — |
| Currency fluctuation related to lease standard | (0.16) | (0.02) | 0.02 | (0.05) | (0.03) |
| Gain from sale of investment in privately-held company | — | (0.13) | (0.01) | — | — |
| Income tax adjustment | (0.01) | (0.01) | (0.13) | (0.07) | (0.07) |
| **Net basic earnings per share (Non-GAAP)** | $  1.02 | $  0.97 | $  3.06 | $  3.10 | $  2.79 |

**SOLAREDGE TECHNOLOGIES INC.**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES (Unaudited)**
(in thousands, except per share data and percentages)

| | Reconciliation of GAAP to Non-GAAP | | | | |
|---|---|---|---|---|---|
| | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 |
| **Net diluted earnings per share (GAAP)** | $  0.26 | $  0.43 | $  0.36 | $  2.35 | $  2.03 |
| Revenues from finance component | 0.00 | 0.00 | 0.00 | (0.01) | (0.01) |
| Disposal of assets related to Critical Power | 0.08 | — | — | — | — |
| Stock-based compensation | 0.62 | 0.59 | 0.64 | 0.62 | 0.62 |

11/7/23, 6:14 PM
SolarEdge Announces Second Quarter 2023 Financial Results / SolarEdge Technologies, Inc.

Case 1:23-cv-09748-SHW-OTW Document 67-10 Filed 07/15/24 Page 13 of 14

| | | | | | |
|---|---|---|---|---|---|
| Amortization of stock-based compensation capitalized in inventories | — | — | — | — | 0.00 |
| Amortization and depreciation of acquired assets | 0.04 | 0.05 | 0.02 | 0.03 | 0.03 |
| Assets impairment | 0.08 | 0.00 | 1.91 | — | — |
| Loss (gain) from assets sales and disposal | — | (0.04) | 0.00 | (0.02) | — |
| Acquisition costs | — | — | 0.01 | — | 0.00 |
| Non cash interest expense | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 |
| Unrealized losses (gains) Currency fluctuation related to lease standard | — | — | 0.00 | — | — |
| | (0.15) | (0.02) | 0.01 | (0.04) | (0.03) |
| Gain from sale of investment in privately-held company | — | (0.13) | 0.00 | — | — |
| Income tax adjustment | (0.01) | 0.00 | (0.12) | (0.07) | (0.06) |
| **Net diluted earnings per share (Non-GAAP)** | $ 0.95 | $ 0.91 | $ 2.86 | $ 2.90 | $ 2.62 |
| **Number of shares used in computing net diluted earnings per share (GAAP)** | 58,564,734 | 58,747,538 | 58,734,719 | 59,193,831 | 59,183,666 |
| Stock-based compensation | 904,781 | 784,228 | 1,237,266 | 939,571 | 986,527 |
| **Number of shares used in computing net diluted earnings per share (Non-GAAP)** | 59,469,515 | 59,531,766 | 59,971,985 | 60,133,402 | 60,170,193 |

View source version on businesswire.com:
https://www.businesswire.com/news/home/20230801762615/en/

**Investor Contacts**
SolarEdge Technologies, Inc.
JB Lowe, Head of Investor Relations
investors@solaredge.com

Sapphire Investor Relations, LLC
Erica Mannion or Michael Funari
investors@solaredge.com

Source: SolarEdge Technologies, Inc.

📄 PDF Version

# Stay Informed

Don't want to miss any events or news? Subscribe today!

Get Alerts