USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
 :
IN RE SOLAREDGE TECHNOLOGIES, INC. :
SECURITIES LITIGATION :
 :  1:23-cv-9748-GHW
 :
----------------------------------------------------------------- X

ORDER

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on the record on January 17, 2025, Defendants' request to file a motion to dismiss is granted. The deadline for Defendants to file their motion and any supporting materials is February 10, 2025. Plaintiffs' opposition to Defendants' motion must be filed no later than February 24, 2025. Defendants' reply, if any, must be filed no later than March 3, 2025. As discussed during the January 17, 2025 conference, discovery in this case is stayed pending resolution of the anticipated motion to dismiss.

SO ORDERED.

Dated: January 17, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge