# APPENDIX B

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:**
**CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| **SAC ¶ 148:** "As of March 31, our inventory level net of reserve was at a level of $874.2 million compared to $729.2 million in the prior quarter. It's important to note that ***our inventory levels this quarter include higher levels of finished goods products as a result of streamlined manufacturing. This finished goods inventory in the various regions will allow us to further improve our customer delivery time and reduce shipping and logistic expenses***."  <br><br>**SAC ¶¶ 168, 186:** "***[T]o a large extent, our 2023 in Europe will be similar to the condition we were in in 2022, which is more dependent on our ability to produce the volumes than the demand***. I can give you an indicator which is true for the company as a whole, but it's most pronounced in Europe, that our current backlog for 2023 is well above what we delivered in 2022 globally and in particular, in Europe. So, ***as far as we can see, the market is – the demand is good, and the market is strong, and we are ramping production to meet demand***." | 2022 Earnings Call | 2022 Earnings Call | • "Please note that this call will include forward-looking statements that involve risks and uncertainties that could cause actual results to differ materially from management's current expectations. We encourage you to review the safe harbor statements contained in our press release in the slides published today for a more complete description."  Belelieu Decl. Ex. 4 (Feb. 13, 2023 2022 Earnings Call) at 2. |
| | | Feb. 13, 2023 Press Release (incorporated by reference via Earnings Call language) | • "This release contains forward-looking statements which are made pursuant to the safe harbor provisions of the [PSLRA]. . . . Forward-looking statements are only predictions based on our current expectations and our projections about future events. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. Given these factors, you should not place undue reliance on these forward-looking statements. These factors include, but are not limited to, the matters discussed in the section entitled 'Risk Factors' of our Annual Report on Form 10-K for the year ended December 31, 2021, filed on February 22, 2022 and our quarterly reports filed on Form 10-Q, Current Reports on Form 8-K and other reports filed with the SEC."  Belelieu Decl. Ex. 8 (Feb. 13, 2023 Press Release) at 5. |
| | | 2021 10-K (incorporated by reference via Press Release) | • "Important factors that could cause actual results to differ materially from our expectations include . . . ."  <br>    o "future demand for renewable energy including solar energy solutions"  <br>    o "the retail price of electricity derived from the utility grid or alternative energy sources" |

1

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| | | | o "our ability to forecast demand for our products accurately and to match production with demand" <br> o "performance of distributors and large installers in selling our products" <br> o "our customers' financial stability, creditworthiness and debt leverage ratio" <br> o "our ability to retain, and events affecting, our major customers . . . ." Belelieu Decl. Ex. 18 (Feb. 22, 2022 10-K) at i. <br><br> • "We face risks related to our business and our industry, including those related to:" <br> o "Our ability to maintain our current level of profitability" <br> o "Demand for solar energy solutions" <br> o "The impact . . . on the ability of end-users to finance the cost of a solar PV system" <br> o "Our reliance on distributors and large installers to assist in selling our products." *Id.* at 18. <br><br> • "If demand for solar energy solutions does not continue to grow or grows at a slower rate than anticipated, our business and results of operations will suffer. . . . The solar industry is an evolving industry that has experienced substantial changes in recent years, and we cannot be certain that consumers, businesses, or utilities will adopt solar PV systems as an alternative energy source at levels sufficient to grow our business. If demand for solar energy solutions fails to continue to develop sufficiently, demand for our products will decrease, resulting in an adverse impact on our ability to increase our revenue and grow our business." *Id.* at 19. <br><br> • "An increase in interest rates . . . could make it difficult for end-users to finance the cost of a solar PV system and could |

2

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| | | | reduce . . . demand for our products. Many end-users depend on financing to fund the initial capital expenditure required to develop, build, or purchase a solar PV system. . . . An increase in interest rates could lower such end-user's return on investment on a solar PV system . . . and . . . could cause such end-users to seek alternative investments." *Id.* at 20. <br><br> • "We rely on distributors and large installers to assist in selling our products, and the failure of these customers to perform as expected could reduce our future revenues. . . . Our customers' decisions to purchase our products are influenced by several factors outside of our control. . . . The agreements we have with some of our largest customers do not have long-term purchase commitments and are generally cancellable by either party after a relatively short notice period. The loss of, or events affecting, one or more of these customers could have a material adverse effect on our business, financial condition, and results of operations." *Id.* at 24. |
| | | | |
| **SAC ¶ 152:** "[T]here is a built inventory within the channels there that needs to be cleared in order to continue and grow," "***this will be cleared mostly through the adoption or getting more inverters from us during the third and the fourth quarter***." <br><br> **SAC ¶ 161:** "[W]e believe that the inventory corrections, at least in Europe, are going to be a little bit quicker," and "I'd say that in Europe, I think that, yes, ***the correction within the distributors should be relatively quick***, | Q2 2023 Earnings Call | Q2 2023 Earnings Call | • "Please note that this call will include forward-looking statements that involve risks and uncertainties that could cause actual results to differ materially from management's current expectations. We encourage you to review the safe harbor statements contained in our press release in the slides published today for a more complete description." Belelieu Decl. Ex. 6 (Aug. 1, 2023 Q2 2023 Earnings Call) at 2. <br><br> • "In addition to taking actions to reduce inventory levels, distributors are also reducing the number of suppliers in their portfolio, which had expanded during the period of shortages. This is the dynamic seen before in the industry during a shift from a period of extreme shortage and accelerated growth to |

3

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| *given the fact that the inventories levels that Zvi mentioned before are not so high when it reflects inventory days while we still see very high – record-high point-of-sale data*." | | | a period of more gradual growth and undisrupted product availability. We expect this inventory adjustment period could continue for the next two quarters . . . ." *Id.* at 3.<br><br>• "Moving to the U.S. residential market. The combination of higher interest rates and the new net metering 3.0 regime in California has led to a decrease in demand compared to the second half of last year. As a result, inventories of our product in the various channels are higher than normal as they were built in anticipation of substantial market growth that did not materialize. . . . We expect the process of inventory normalization to last at least through the end of the year." *Id.*<br><br>• "We do identify some excess battery inventory in the European channels, which will lead to lower battery shipments in the second half of the year." *Id.* at 6.<br><br>• "In the U.S., we do see that the inventory levels are higher, much higher than the supply – than the distributors would like to see. We do see that, as Zvi mentioned, point of sale for our products at least improved in the last quarter, but it is still at a relatively lower level. And therefore, we believe that overall, it's going to be more than one or two quarter until the situation is being changed. So to summarize everything, I would say that we're cautiously optimistic to see Q4 being flat to up rather the opposite." *Id.* at 12.<br><br>• Analyst Corrine Blanchard asked: "[Y]ou mentioned having probably still two quarters to clean the channel in the U.S. But . . . you mentioned that the sales of your products did increase by 10% this quarter. So, I just wanted to clarify this . . . ." Defendant Lando responded: "[I]t's a bit about magnitude. . . . So, we are seeing a positive indicator, I would say, of sell-through by our distributors that has increased in the U.S. by 10% quarter over quarter. But as I described, I |

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| | | | think the inventory levels are still such that this is not a sufficient enough increase to drain the inventories quickly. . . . at the current rate, it will take at least a couple of quarter to get through the inventory." *Id.* at 19. |
| | | August 1, 2023 Press Release (incorporated by reference via Earnings Call language) | • "This release contains forward-looking statements which are made pursuant to the safe harbor provisions of the [PSLRA]. . . . Forward-looking statements are only predictions based on our current expectations and our projections about future events. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. Given these factors, you should not place undue reliance on these forward-looking statements. These factors include, but are not limited to, the matters discussed in the section entitled 'Risk Factors' of our Annual Report on Form 10-K for the year ended December 31, 2022, filed on February 22, 2023 and our quarterly reports filed on Form 10-Q, Current Reports on Form 8-K and other reports filed with the SEC." Belelieu Decl. Ex. 10 (Aug. 1, 2023 Press Release) at 4. |
| | | Q2 2023 10-Q (incorporated by reference via Press Release) | • "Important factors that could cause actual results to differ materially from our expectations include . . . ."<br>  ○ "future demand for renewable energy including solar energy solutions"<br>  ○ "the retail price of electricity derived from the utility grid or alternative energy sources"<br>  ○ "our ability to forecast demand for our products accurately and to match production with demand" |

5

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT: CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| | | | ○ "performance of distributors and large installers in selling our products"<br>○ "our customers' financial stability, creditworthiness and debt leverage ratio"<br>○ "our ability to retain, and events affecting, our major customers . . . ." Belelieu Decl. Ex. 3 (Aug. 7, 2023 10-Q) at 3-4.<br>• "In addition to the other information set forth in this report, you should carefully consider the risk factors as described in Part I, Item 1A, 'Risk Factors', in our Annual Report on Form 10-K for the year ended December 31, 2022. There were no material changes to the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2022." *Id.* at 19. |
| | | | |
| **SAC ¶ 146:** "As of March 31, our inventory level net of reserve was at a level of $874.2 million compared to $729.2 million in the prior quarter. It's important to note that ***our inventory levels this quarter include higher levels of finished goods products as a result of streamlined manufacturing***. ***This finished goods inventory in the various regions will allow us to further improve our customer delivery time and reduce shipping and logistic expenses***." | Q1 2023 Earnings Call | Q1 2023 Earnings Call | • "Please note that this call will include forward-looking statements that involve risks and uncertainties that could cause actual results to differ materially from management's current expectations. We encourage you to review the safe harbor statements contained in our press release in the slides published today for a more complete description." Belelieu Decl. Ex. 5 (May 3, 2023 Q1 2023 Earnings Call) at 2.<br>• "In most product areas, we are at a point where our manufacturing capacity is able to meet demand . . . . For other products, in particular, three-phase inverters for commercial and residential use, we are still ramping and expect to reach stability within the next couple of quarters." *Id.* at 5. |
| **SAC ¶ 173:** *"[G]rowth is less dependent on demand. It's more dependent on our ramp of manufacturing, which I mentioned, will take* | | May 3, 2023 Press Release | • "This release contains forward-looking statements which are made pursuant to the safe harbor provisions of the [PSLRA]. . . . Forward-looking statements are only |

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| *us another couple of quarters until we're at a full scale of matching the supply to demand*." Moments later, in response to a follow-up question from Blanchard about the United States, Lando reiterated, "*[i]n Europe, the situation is more dependent on our supply and our intent is to continue and increase capacity of three-phase residential inverters. So the outlook is for likely growth*." | | (incorporated by reference via Earnings Call language) | predictions based on our current expectations and our projections about future events. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. Given these factors, you should not place undue reliance on these forward-looking statements. These factors include, but are not limited to, the matters discussed in the section entitled 'Risk Factors' of our Annual Report on Form 10-K for the year ended December 31, 2022, filed on February 22, 2023 and our quarterly reports filed on Form 10-Q, Current Reports on Form 8-K and other reports filed with the SEC."  Belelieu Decl. Ex. 9 (May 3, 2023 Press Release) at 4. |

7

**APPENDIX B TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:**
**CAUTIONARY LANGUAGE PROTECTING FORWARD-LOOKING STATEMENTS**

| Protected Forward-Looking Statement | | Cautionary Language | |
|---|---|---|---|
| **Forward-Looking Statement (Alleged Misstatement Emphasized)** | **Source of Statement** | **Source of Cautionary Language** | **Cautionary Language** |
| | | Q1 2023 10-Q (incorporated by reference via Press Release) | • "Important factors that could cause actual results to differ materially from our expectations include . . . ." <br>    ○ "future demand for renewable energy including solar energy solutions" <br>    ○ "the retail price of electricity derived from the utility grid or alternative energy sources" <br>    ○ "our ability to forecast demand for our products accurately and to match production with demand" <br>    ○ "performance of distributors and large installers in selling our products" <br>    ○ "our customers' financial stability, creditworthiness and debt leverage ratio" <br>    ○ "our ability to retain, and events affecting, our major customers . . . ." Belelieu Decl. Ex. 2 (May 8, 2023 10-Q) at 3-4. <br> • "In addition to the other information set forth in this report, you should carefully consider the risk factors as described in Part I, Item 1A, 'Risk Factors', in our Annual Report on Form 10-K for the year ended December 31, 2022." *Id.* at 16. |
| | | | |
| **SAC ¶ 194:** "*[A]t the end of the day, 1Q is going into the spring installation season and sell-through being as strong as it is, distributor inventories are going to be depleted fairly quickly*." | KeyBanc Symposium | KeyBanc Symposium | • "The inventory situation in Europe is the distributors are in some cases, have working capital issues, and they want our help as much as possible. And so while we're being very careful with who we do business with in Europe because there probably will be some short-term upheavals in the distributor market." Belelieu Decl. Ex. 16 (Sept. 21, 2023 KeyBanc Symp.) at 9. |