# APPENDIX C

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:
REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|
| SAC ¶ | Date | Event | Category(ies) | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 139 | 2/13/23 | 2022 Earnings Call | Revenue | X | X | | X | X |
| 141 | 5/3/23 | Q1 2023 Earnings Call | Revenue | X | X | | X | X |
| 143 | 8/1/23 | Q2 2023 Earnings Call | Revenue | X | X | | X | X |
| 146 | 5/3/23 | Q1 2023 Earnings Call | Inventory Explanation | X | X | X | X | X |
| 150 | 8/1/23 | Q2 2023 Earnings Call | Inventory Explanation | X | X | | X | X |
| 152 | 8/1/23 | Q2 2023 Earnings Call | Inventory Explanation | X | X | X | X | X |
| 156 | 3/28/23 | Wells Symposium | Low Inventory | X | X | | X | X |
| 157 | 5/3/23 | Q1 2023 Earnings Call | Low Inventory | X | X | | X | X |
| 159 | 8/1/23 | Q2 2023 Earnings Call | Sell-Through | X | X | | X | X |
| 161 | 8/1/23 | Q2 2023 Earnings Call | Sell-Through | X | X | X | X | X |
| 163 | 8/8/23 | Oppenheimer Conference | Inventory Explanation | X | X | | X | X |
| 164 (same as 192) | 9/6/23 | Barclays Conference | Inventory Explanation; Demand | X | X | | X | X |
| 167 | 2/13/23 | 2022 Earnings Call | Demand | X | X | | X | X |

1

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT: REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|
| SAC ¶ | Date | Event | Category(ies) | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 168 (same as 186) | 2/13/23 | 2022 Earnings Call | Demand | X | X | X | X | X |
| 169 | 3/13/23 | ROTH Conference | Demand | X | X | | X | X |
| 170 | 3/28/23 | Wells Symposium | Demand | X | X | | X | X |
| 171 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | | X | X |
| 172 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | | X | X |
| 173 | 5/3/23 | Q1 2023 Earnings Call | Demand | X | X | X | X | X |
| 174 | 6/21/23 | JP Morgan Conference | Demand | X | X | X | X | X |
| 175 | 6/21/23 | JP Morgan Conference | Demand | X | X | | X | X |
| 176 | 8/1/23 | Q2 2023 Earnings Call | Demand | X | X | | X | X |
| 177 | 8/1/23 | Q2 2023 Earnings Call | Demand | X | X | | X | X |
| 178 | 8/8/23 | Oppenheimer Conference | Demand | X | X | | X | X |
| 179 | 8/1/23 | Q2 2023 Earnings Call | Demand; Sell-Through | X | X | | X | X |
| 180 | 9/6/23 | Barclays Conference | Demand | X | X | | X | X |
| 181 | 9/6/23 | Barclays Conference | Demand | X | X | | X | X |

2

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT:**
**REASONS ALLEGED MISSTATEMENTS FAIL TO CREATE SECURITIES LIABILITY**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatements or Omissions | | | Failure to Adequately Plead Scienter | |
|---|---|---|---|---|---|---|---|---|
| SAC ¶ | Date | Event | Category(ies) | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | No Motive or Opportunity | No Conscious Misbehavior or Recklessness |
| 182 | 9/21/23 | KeyBanc Symposium | Demand; Sell-Through | X | X | | X | X |
| 186 (same as 168) | 2/13/23 | 2022 Earnings Call | Demand | X | X | X | X | X |
| 192 (same as 164) | 9/6/23 | Barclays Conference | Inventory Explanation; Demand | X | X | | X | X |
| 194 | 9/21/23 | KeyBanc Symposium | Sell-Through | X | X | X | X | X |

3