**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------
IN RE SOLAREDGE TECHNOLOGIES,
INC. SECURITIES LITIGATION
------------------------------------------------------

THIS DOCUMENT RELATES TO:
ALL ACTIONS

------------------------------------------------------

No. 1:23-cv-09748-GHW

**<u>CLASS ACTION</u>**

**<u>ORAL ARGUMENT REQUESTED</u>**

**<u>DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANTS'</u>**
**<u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

I, Christopher D. Belelieu, hereby declare under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to

practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and

counsel of record for Defendants SolarEdge Technologies, Inc., Zvi Lando, Ronen Faier,

J.B. Lowe, and Lior Danziger in the above-captioned matter. As such, I am fully familiar with the

facts and circumstances stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of SolarEdge's February 22,

2023 Form 10-K for the year ended December 31, 2022.[1]

3. Attached hereto as **Exhibit 2** is a true and correct copy of SolarEdge's May 8, 2023

Form 10-Q for the quarter ended March 31, 2023.

---

[1] Other than Exhibit 10, all exhibits attached hereto are publicly available. They are attached to
this Declaration for the Court's convenience and ease of review.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of SolarEdge's Earnings Call for 2022 held on February 13, 2023.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q1 2023 held on May 3, 2023.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q2 2023 held on August 1, 2023.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q3 2023 held on November 1, 2023.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of a transcript of Lior Danziger and J.B. Lowe's statements on March 13, 2023 at the ROTH Conference.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of a transcript of Ronen Faier's statements on March 28, 2023 at the Wells Fargo Clean Energy Symposium.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of Ronen Faier's statements on August 8, 2023 at the Oppenheimer 26th Annual Technology, Internet & Communications Conference.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of J.B. Lowe's statements on September 21, 2023 at the KeyBanc Capital Markets Inc.'s Energy Transition Symposium.  This document is incorporated by reference and quoted in the Second Amended Complaint.  *See, e.g.*, SAC ¶¶ 17, 18, 126, 182, 194, 212.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiffs' Second Amended Complaint, filed in this Court on January 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of February, 2025 in New York, New York.

_/s/ Christopher D. Belelieu_____
Christopher D. Belelieu

3