# EXHIBIT 4

FINAL TRANSCRIPT                                                        2023-05-03

SolarEdge Technologies Inc (SEDG US Equity)

# Q1 2023 Earnings Call

## Company Participants

- Erica Mannion, Sapphire Investor Relations
- Ronen Faier, Chief Financial Officer
- Zvi Lando, Chief Executive Officer

## Other Participants

- Ameet Thakkar, BMO Capital
- Brian Lee, Analyst, Goldman Sachs
- Colin Rusch, Analyst, Oppenheimer
- Corinne Blanchard, Analyst, Deutsche Bank
- David Benjamin, Analyst, Credit Suisse
- Joseph Osha, Guggenheim Partners
- Kashy Harrison, Analyst, Piper Sandler
- Mark Strouse, Analyst, JPMorgan
- Michael Blum, Analyst, Wells Fargo
- Morgan Reid, Analyst, Bank of America
- Philip Shen, Analyst, ROTH Capital Markets
- Steve Fleishman, Analyst, Wolfe Research

## Presentation

### Operator

Welcome to the SolarEdge Conference Call for the First Quarter ended March 31, 2023. This call is being webcast live on the company's website at www.solaredge.com in the Investors section on the Event Calendar page. This call is the sole property and copyright of SolarEdge with all rights reserved and any recording, reproduction, or transmission of this call without the expressed written consent of SolarEdge is prohibited. You may listen to a webcast replay of this call by visiting the Event/Calendar page of the SolarEdge Investor website.

I would now like to turn the call over to Erica Mannion at Sapphire Investor Relations, Investor Relations for SolarEdge.

### Erica Mannion  {BIO 22545637 <GO>}

Good afternoon. Thank you for joining us to discuss SolarEdge's operating results for the first quarter ended March 31, 2023, as well as the company's outlook for the

second quarter of 2023. With me today are Zvi Lando, Chief Executive Officer; and Ronen Faier, Chief Financial Officer. Zvi will begin with a brief review of the results for the first quarter ended March 31, 2023. Ronen will review the financial results for the first quarter, followed by the company's outlook for the second quarter of 2023. We will then open the call for questions.

Please note that this call will include forward-looking statements that involve risks and uncertainties that could cause actual results to differ materially from Management's current expectations. We encourage you to review the Safe-Harbor statements contained in our press release and the slides published today for a more complete description. All material contained in the webcast is the sole property and copyright of SolarEdge Technologies with all rights reserved.

Please note this presentation describes certain non-GAAP measures, including non-GAAP net income and non-GAAP net diluted earnings per share, which are not measures prepared in accordance with US GAAP. The non-GAAP measures are presented in this presentation, as we believe they provide investors with the means of evaluating and understanding how the Company's management evaluates the Company's operating performance. These non-GAAP measures should not be considered in isolation from, as substitutes for, or superior to financial measures prepared in accordance with US GAAP. Listeners who do not have a copy of the quarter-ending March 31, 2023, press release or the supplemental material may obtain a copy by visiting the Investors section of the company's website.

Now, I will turn the call over to Zvi.

## Zvi Lando {BIO 17728344 <GO>}

Thank you, Erica. Good afternoon, and thank you all for joining us on our conference call today. Starting with highlights of our first-quarter results, we concluded the quarter with record revenues of approximately $944 million. Revenues from our solar business were at a record $909 million, while revenues from our non-solar business was $35 million. This quarter, we shipped 6.4 million power optimizers and 330,000, inverters. This quarter, we also shipped 221 megawatt/hour of residential batteries, a slight increase from last quarter.

Our solar business revenue grew quarter-over quarter by 9% and by 49% year-over-year, mostly driven by record revenues in Europe and rest of worlds. We saw record revenues in many countries this quarter, including Germany, Austria, Switzerland, France, South Africa and Australia and very strong revenues from the Netherlands and Italy. Considering that this was a record revenue quarter from our non-US, non Europe region, I want to share a little more information about the geographic landscape, which we define as Rest of World's.

Revenue this quarter from these regions were up 30% quarter-over quarter and came from 24 countries across the Asia-Pacific, Africa and South America. Noteworthy countries in size of the market and revenue include Australia, Israel, Taiwan, Thailand, Korea, Brazil and South Africa. What I think is often overlooked is

the extent of our geographic presence and the growth opportunities in these regions. For example, in South Africa, where due to a significant increase in power outage frequency and duration, we are seeing unprecedented demand for solar products including our residential battery or in Japan, where recent regulation of the Tokyo Metropolitan Authorities had created a special incentive for PV systems with module level power electronics, for which we already have local certification.

As we have said in the past and is evident this quarter, our global presence in infrastructure provides us with stability in our business and access to many growth opportunities. Moving back to the core regions and segments, the European residential market continue to be very strong for us this quarter, as we ramp shipments of three-phase residential inverters in particular, our new backup inverter as well as the three-phase residential battery. We expect this momentum to continue in the coming quarters, as we are still increasing capacity of backup inverters to deliver on the significant backlog and the strong demand for this product.

In the US, revenues were down quarter-over quarter driven by weakness in the residential segment related to the general effective interest rates and lower battery sales. As we noted last quarter, residential originations in the fourth quarter were seasonally down more significantly than in prior years, but origination data has improved in the first quarter to the level of the same time last year and even slightly higher.

While we expect the uncertainties in the US residential market to continue in the short-term, we believe that the long-term dynamics of NEM 3.0 and our advantages under this regulation, which I will discuss further in a few moments as well as the expectation for PPO share growth cater well to our product offering and position in the market.

Moving to commercial. In the first quarter, we shipped a record 2.1 gigawatts of inverters, representing 36% quarter-over-quarter and 108% growth year-over-year. This record is a result of the strong demand we have been discussing in recent quarters around corporate ESG initiatives and the multiple C&I applications coupled with the ramp in production that we have achieved. Momentum of the C&I market is global and the inherent advantages of our solution in this market among them to safety, scalability and balance of system cost efficiencies, position us well plus the demand for our product is still outpacing capacity.

On top of the strong demand and market position of our commercial offering, part of our growth strategy includes providing our customers with energy management applications and services. In this context, this quarter we closed the previously announced acquisition of Hark Systems. Hark SaaS products allow companies to get granular level of energy, transparency and then start acting on what they are seeing.

It integrates with solar, storage, EV charging, HVAC, factory machinery, building management systems, smart meters and other assets. Now that the acquisition is closed, we will use Hark's capabilities to augment our software offering for C&I

customers by providing additional monitoring and connectivity capabilities, as our customers from solar only installation to system with storage, EV charging and other advanced energy needs.

I want to now return to the topic of NEM 3.0, which became effective in California in April and the suitability of our product offering to address this regulation. The main impact of an NEM 3.0 regulation is significant reduction in the economic benefit of exporting power to the grid and as such, it is to the systems owners' advantage to use their energy, the solar system produces during most times of the day, other than in specific instances when the utility pays an exceptionally high rate for the power exported from the system.

Our large installed-base of solar plus batteries in time-of-use or self-consumption markets, predominantly in European countries has enabled us to gain experience managing such use cases as well as develop specific algorithms to maximize the import and export optimization. Our analysis shows that the best return on investment under NEM 3.0 is achieved with the solar plus battery combination, but exact payback times can be affected by many different factors.

Among these factors are system size consumption patterns, oversizing ratio of DC panels to the inverter AC power, battery capacity and power and the local utility providers policy. In specific use cases, payback can be met within six to seven years. More importantly, homeowners can offset their monthly electricity bill by up to 95% using solar plus battery, when paying for the system in cash, while using alone monthly electricity bill can be reduced by approximately 30%.

To achieve best economics and the solar plus battery solution, the battery needs to be sized and managed in an optimal way. For example, under NEM 3.0 during the month of September, the export rates in some of the California Utilities is as high as $3 per kilowatt/hour for two hours in the afternoon after the sun is down and there is no solar power. To take full advantage of this high rate, the battery needs to have the right capacity and power. The SolarEdge Home battery with its 10 kilowatt/hour capacity and 5 kilowatts of continuous power can discharge in-full during this two-hour duration, contributing to maximum savings.

In addition, with our DC coupled battery, there is only one AC to DC conversion of the energy stored in the battery compared to three conversions with an AC coupled battery. We estimate that approximately 5% to 7% of the energy is lost in every charge cycle of an AC battery. DC coupled batteries also make maximum use the system oversizing since the battery is connected directly to the inverter and not to the AC panel, the system can store all excess energy generated from the panels above inverter AC capacity in the battery generating as much as 3% more power during the peak summer months.

Finally, in self-consumption mode, DC coupled batteries are simple to install and commission, as they only require one DC connection to the inverter and does not require a main panel upgrade. Homeowners can choose to start with a more cost-

effective self-consumption battery, what we call rate saver mode and as a backup option when desired. In conclusion, we feel that our hardware plus software solution addresses the NEM 3.0 requirements in an optimal way, and we look-forward to good adoption of our offering in this market.

Before handing it over to Ronen, I would like to give a brief update on our operational stability and growth. Over the last few years, we have dealt with challenges around component availability, supply-chain issues and logistics constraints. The general improvement in the market, combined with the actions that we've taken has allowed us to return to a more normal mode of operations. In most product areas, we are at a point, where our manufacturing capacity is able to meet demand and we can use normal shipping routes, build inventory and reduce lead times.

For other products, in particular, three-phase inverters for commercial and residential use, we are still ramping and expect to reach stability within the next couple of quarters. Our operational plan is adding manufacturing sites in the US to increase capacity and benefit from their manufacturing credits of the IRA, where we are on-track to have US manufactured products in the third quarter of this year.

With this, I hand it over to Ronen, who will review our financial results.

## Ronen Faier  {BIO 17728323 <GO>}

Thank you, Zvi, and good afternoon, everyone. This financial review includes the GAAP and non-GAAP discussion. Full reconciliation of the pro-forma to GAAP results discussed on this call is available on our website and in the press release issued today. Segment profit is comprised of gross profit for the segment, less operating expenses that do not include amortization of purchased intangible assets, impairments of goodwill and intangible assets, stock-based compensation expenses and certain other items.

Total revenues for the first quarter were a record $943.9 million, 6% increase compared to $890.7 million last quarter and a 44% increase compared to $655.1 million for the same quarter last year. Revenues from our solar segment, which include the sales of residential batteries were a record $908.5 million, a 9% increase compared to $837 million last quarter and a 49% increase compared to $608 million for the same quarter last year.

Solar revenues from the United State this quarter were $255.5 million, a 16% decrease from the last quarter and a 4% decrease from the same quarter last year, representing 28.1% of our solar revenues. Solar revenues from Europe were a record $577.1 million, a 22% increase from the last quarter and 102% increase from the same quarter last year, representing 63.5% of our solar revenues. Two countries in Europe represented well above $100 million each and we achieved record revenue in several countries.

In particular, we saw meaningful quarter-over-quarter growth in Germany with 17%, Switzerland with 177%, Austria with 253% and France with 31% growth. Revenues from batteries grew slightly this quarter in Europe, limited by the fact that we are still ramping three-phase inverter supply, which is needed for battery coupled systems. Rest of the World solar revenues were a record $75.9 million, a 30% increase compared to the last quarter and a 32% increase from last year, representing 8.4% of total solar revenues.

On a MW basis, we shipped a record 975 MW of inverters to the United States, a record 2.1 GW to Europe and a record 493 MW to the rest of the world, surpassing 3.6 GW of record quarterly inverter shipments. 58% of the MW shipments this quarter were a commercial product and the remaining 42% were residential, a result of higher European and Rest of the World revenues in the total mix. In the first quarter, we shipped 221 megawatt/hour of residential batteries, a slight increase from 217.6 last quarter. The vast majority of our batteries continue to be shipped to Europe, driven by the strong adoption and the demand of -- and the demand for our three-phase solution.

ASP per Watt this quarter, excluding battery revenues was $0.22, a 7% decrease from $23.7 last quarter. This ASP per Watt decrease is predominantly a result of increased commercial products in our overall mix, partially offset by stronger euro. On a unit basis, our prices did not change this quarter. Our battery ASP per kilowatt/hour was $475, slightly up from $473 in the last quarter, mostly a result of stronger euro and customer mix changes.

Revenue this quarter from our non-solar business were a $35.2 million, a decrease from $53.6 million in the last quarter, a result of seasonality in the storage business. Consolidated GAAP gross margin for the quarter was 31.8% compared to 29.3% in the prior quarter and 27.3% in the same quarter last year. Our non-GAAP gross margin this quarter was 32.1 -- sorry 32.6% compared to 30.2% in the prior quarter and 28.4% in the same quarter last year.

Gross margin for the solar segment was 35% compared to 32.4% in the prior quarter and 30.2% in the same quarter last year. Before diving into the gross margin details, I would like to note that this quarter we have exceeded our financial targets as presented in our Analyst Day in March 2022. In the solar division, our inverter and optimizer margins have exceeded 37%, our residential inverter and optimizer products margin exceeded 40% and our battery margins exceeded 25%.

We continue to improve our gross margin through cost-reduction activities and higher efficiency within our supply-chain and we expect that future gross margin trends will be mostly driven by product, customer and geographic mix. This quarter, our gross margin results were primarily driven by an improved exchange rate between the euro and the US dollar, further improvement in our shipping and logistics costs, a result of stabilized component availability and manufacturing, which also resulted in lower charges from our contract manufacturers. Offsetting our gross margin improvement was a higher portion of commercial sales that are characterized by lower gross margins, an adjustment made to our warranty obligations.

**SolarEdge Technologies Inc (SEDG US Equity)**

Good subject to tariff excluding batteries shipped into the United States from China accounted for 12% of our US shipments this quarter, a level that we expect to slightly decrease in the next quarters. Gross margin for our non-solar segment was minus 31.3% compared to minus 4.6% in the previous quarter, a result of process stabilization costs associated with our Sella 2 ramp in Korea.

On a non-GAAP basis, operating expenses for the first quarter were $123.6 million or 13.1% of revenues compared to $119 million or 13.4% of revenues in the prior quarter and $98.9 million or 15.1% of revenue for the same quarter last year. We expect to continue to see our operational leverage expanding during 2023, as our revenues continue to grow faster than our operating expenses. However, in the second quarter of 2023, we will see relatively flat percentage of operating expenses to revenue, a result of our annual employee merit process that takes place in the second quarter of each year.

Our solar segment operating expenses as a percentage of solar revenue were 12.3% compared to 13% last quarter. Non-GAAP operating income for the quarter was a record $183.8 million compared to $149.6 million in the previous quarter and $87.2 million for the same-period last year. This quarter, the solar segment generated a record operating profit of $206.7 million compared to an operating profit of $162.2 million last quarter.

The non-solar segment generated an operating loss of $22.9 million compared to an operating loss of $12.5 million in the previous quarter. Non-GAAP financial income for the quarter was $24 million compared to a non-GAAP financial income of $59.4 million in the previous quarter, a result of the appreciation of our euro-denominated cash and customer balances. At a prevailing exchange rate, we will gradually decrease our balance sheet exposure to the euro by converting some of our cash balances from euro to US dollar at a higher frequency.

Our non-GAAP tax expense was $33.2 million compared to $37.5 million in the previous quarter and $13.5 million for the same-period last year. GAAP net income for the first quarter was a record $138.4 million compared to a GAAP net income of $20.8 million in the previous quarter and $33.1 million in the same quarter last year. Our non-GAAP net income was a record $174.5 million compared to a non-GAAP net income of $171.5 million in the previous quarter and $68.8 million in the same quarter last year.

GAAP net diluted earnings per share was a record $2.35 for the first quarter compared to $0.36 in the previous quarter and $0.60 for the same quarter last year. Non-GAAP diluted earnings per share was a record $2.90 compared to $2.86 in the previous quarter and $1.20 in the same quarter last year.

Turning now to the balance sheet. As of March 31, 2023, cash, cash equivalents, bank deposits, restricted bank deposits, and investments were $1.6 billion. Net of debt this amount is $1 billion. Accounts receivable net increased this quarter to $969.5 million compared to $905.1 million last quarter, a reflection of our increased revenues. As of

March 31st, our inventory level net of reserves was at a level of $874.2 million compared to $729.2 million for the prior quarter. It's important to note that our inventory levels this quarter include higher levels of finished good products, a result of streamlined manufacturing. These finished goods inventories in the various regions will allow us to further improve our customer delivery time and reduce shipping and logistics expenses.

Turning to our guidance for the second quarter of 2023. We're guiding revenues to be within the range of $970 million to $1.01 billion. We expect non-GAAP gross margins to be within the range of 32% to 35%. We expect our non-GAAP operating profit to be within the range of $195 million to $215 million. Revenues from the solar segment are expected to be within the range of $930 million to $980 million. Gross margins from the solar segment is expected to be within the range of 34% to 37%.

I will now turn the call over to the operator to open it up for questions.

# Questions And Answers

## Operator

(Operator Instructions) We'll move first to Brian Lee with Goldman Sachs. Your line is open.

## Q - Brian Lee {BIO 17472882 <GO>}

Hey guys, good afternoon. Thanks for taking the questions. I just had two. First one, kudos on the gross margin execution here. Clearly, the outlook for 2Q as you acknowledged Ronen is ahead of the long-term model, so just wondering if this should be the new level for the rest of this year to be thinking about or maybe kind of what the levers are here going forward and then what would make you consider adjusting the long-term targets at some point and then I have a follow-up.

## A - Ronen Faier {BIO 17728323 <GO>}

Okay. So first of all, thank you -- thank you, Brian. So currently, we're not adjusting our numbers compared to what we've guided before, although indeed the gross margins that we presented for the next quarter are above what we've guided. In many senses, we've improved the margin drivers, especially related to the logistic cost and of course, some of the pricing differences related to the fact that the euro was a little bit better and indeed affect some increases of prices at the beginning of the first quarter and this is very much impacting the gross margin favorably.

At the same time, we do know that we expect to see some changes to the mix of our product offering and sales over the next few quarters, especially with a higher amount of batteries that will be shipped, and these are characterized with a little bit of a lower gross margin. So on one-hand, we still have opportunities to continue to grow gross margins after a long-time that we dealt with component changes, we are doing our cost-reduction activities within our R&D organization.

There are still places to improve the shipment cost and the higher inventory that we have in general sense certainly in our warehouses at least certainly helped this one, but since we do expect that we'll see some changes at least right now we are guiding for a higher-level will remain for a few quarters, looking at what are the market trends that we see and what is the adoption rate feature of our product and then we will decide whether we need to change anything.

## Q - Brian Lee {BIO 17472882 <GO>}

Okay. Makes sense Ronen. And then just, again, kudos on executing well in Europe here. There has been more and more chatter, I feel like to start the year-around the potential slowdown in that region and then also some concerns around maybe pricing getting tougher there, so and maybe Ronen, maybe walk us through how much visibility you have in Europe for the second half -- like that's a region that has more visibility, historically has had more visibility the way ordering happens there versus the US, but maybe if you could walk us through that and then also on pricing, what you're doing there commercial, resi, and then also what you're seeing from competition on the pricing front. Thanks guys.

## A - Ronen Faier {BIO 17728323 <GO>}

Yeah, Brian. In regard to market dynamics, we don't see right now a change in the pattern of demand in the market in here. Power prices have reduced to a certain extent, but they are still quite significantly higher than in the past and the return on the investment is good for both consumers and businesses, and we don't see, at least until now any change in the dynamic in the market continues to be strong.

On the competitive side, yes, many companies have availability of product has increased and the market become more competitive in that -- in that regard and more similar to-market dynamics of the past, where we are competing less on the basis of availability and more on the basis of value and the premium capabilities of our solution and the other advantages and service and present, so we -- so it's a dynamic that we've lived with for more than 10 years and are quite comfortable with our ability to obtain premium pricing for our to our products and installations.

## Operator

We'll take our next question from Colin Rusch with Oppenheimer. Your line is open.

## Q - Colin Rusch {BIO 15823117 <GO>}

Thanks so much guys. Can you talk a little bit about the R&D staff returning to product evolution and cost programs rather than just qualify new components and when we might start to see some incremental improvements on the underlying cost structure for both solar and battery products.

## A - Zvi Lando {BIO 17728344 <GO>}

So definitely, there has been -- there's been a share -- can't quantify it exactly, but this if at the peak times during last year, we would have suggested that about 60% of the R&D organization is dealing with finding alternative components in order to

maintain and keep manufacturing product. That number has declined significantly and on top of -- and we've been able to redirect the

R&D resources to focus on, first of all, our NAV development of new products and cost reduction in parallel to adding R&D resources globally.

I don't want to give these acquisitions, just because I don't remember right now just the spot TCs and ratios, but there's definitely been a change in that regard. Typically, cycles for cost reduction are a few quarter -- quarters long, until we implement the changes and then put out initial units for qualification. So usually, that type of effort translates to actual cost reduction in the production line, probably in the range of two to three quarters after we actually put the R&D resources on it.

## Q - Colin Rusch  {BIO 15823117 <GO>}

That's it.

## A - Zvi Lando  {BIO 17728344 <GO>}

Does that answer the question, Colin?

## Q - Colin Rusch  {BIO 15823117 <GO>}

Yeah, it sure does. Thank you so much. And then looking at the battery production, obviously, there's been a lot of movement in and around raw materials, can you talk a little bit about what your supply-chain looks like in terms of pricing and how that's trending here over the next several quarters and how much of that -- those input pressures you've been able to pass-on in some of your forward contracts and models to some these customers.

## A - Zvi Lando  {BIO 17728344 <GO>}

Sure. So when it comes to the battery, we have basically two streams for the battery cells, one is the agreement that we have with Samsung, and the other one with the second player that came up is close. In both cases -- as is the case in all major battery supply, there is a dynamic where the cost of battery cell is following the ability or actually the price -- the index of raw materials used by the various manufacturers, and therefore, it's a very technical process, where at the end of every quarter, there is an adjustment of the price of the battery sales based on the changes in the various raw materials that are comprising it. On top of these, there are of course, all of the elements related to the mechanical parts, and manufacturing and here, in general, the bigger the amounts are and bigger the volumes are, you see economies of scale, they're getting a little bit more of a buying power when buying those.

The other element that we need to take into account is the fact that we are of course are ramping Sella 2 and once we will have our own battery manufacturing, then the cost of our products will be tied again to the actual cost-related to the material manufacturers, not the cell manufacturers anymore, but actually the materials manufacturers and here the agreements that we have are following again price indices. In general, what we see right now is that Index is related to the materials that

are making batteries are generally moving down, although not yet at the level that we used to see before. So this is a dynamic that we see right now and we believe that generally as we grow, we will be able to take more advantages given our economies of scale here.

### Q - Colin Rusch  {BIO 15823117 <GO>}

Okay. I'll take the rest of it offline. Thanks guys.

### A - Zvi Lando  {BIO 17728344 <GO>}

Thank you.

### Operator

Next, we'll go to Philip Shen with Roth MKM. Your line is open.

### Q - Philip Shen  {BIO 15211204 <GO>}

Hey everyone, thanks for taking my questions. Congrats on the strong results. First question here is on pricing as a follow-up. Our checks with a bunch of your customers in the US suggest home hub inverter pricing may have been lowered by 10%-ish effective May 1st in the US, can you talk about that at all, is it true? How do you expect pricing in the US trend there, you still are guiding really strong margins in-spite of this, if true. And also, we are in touch with our European distributor recently and they are seeing more and more availability of inverters, and I think Zvi, you were just talking about, you're not -- you're competing less on the availability of inverters, but curious to see if you can talk about pricing as well In Europe, they are expecting and looking for a price reduction on that continent as well. So thanks for the additional questions on pricing here. Thanks.

### A - Zvi Lando  {BIO 17728344 <GO>}

Yes. So starting from the US, so at least in the US we did some repricing of the single sales offering in order to encourage usage and what the market needs of the energy hub that leads to the easier attachment of batteries later on. So, it is -- in effect, it's more expensive than the normal inverter and on some of the models it's slight lower than it was -- it was prior, the overall effect is actually a price increase, and we think it will improve or for sure not hamper the bottom-line.

In terms of the dynamic in Europe, yeah, as I mentioned, it's a -- it's that score in a mode of competitive environment as you know in Europe, some of the elements that I discussed before in terms of the importance of software solutions and energy management component is becoming a very critical differentiating factor between technologies and alternative, so it continues to be driven type of the application and that's among other reasons why at this point at least we don't have a plan for any type of broad-based price reductions in Europe.

### Q - Philip Shen  {BIO 15211204 <GO>}

Okay. Great. Thanks for that clarity. And then, in terms of the channel inventory, can you talk us through what it might look like in the US, our checks suggest it might have been -- it might be a little bit heavier in the US, whereas in Europe, it seems like it might be still tight there, do you expect massive stocking at some point, just talk us through what you're seeing with channel.

## A - Ronen Faier {BIO 17728323 <GO>}

So, Phil, I think that you are -- the notion here is right, we do see higher levels of inventory in the channel when it comes to what we call weeks or days inventory on-hand compared to Europe, where I would say that US I would say, is relatively okay when it comes to levels of inventory, but because of the fact that some of the sell-out, a little bit lower than you see that the weeks of inventory on-hand are a little bit higher and in Europe, we actually see low inventory days on-hand.

This is by the way, the dynamic that we said related to be a higher inventories in US are actually more related to our single-phase inverter, because wherever we are looking at our three-phase inverter inventory in the channel this is a place that we see almost across-the-board in C&I that we see a relatively lower levels of inventory. But on that regard, that's something that I think important to mention and this is that when we are looking at Europe, for example, not only that we see that the level of inventory is relatively not high, but it's actually that we see record fell out of products coming from the distribution channels. So here again, it's a kind of a double impact not only that, you don't have a very-high level, it's actually being so much quicker and this is something that at least in the US right now, we see again relatively normal levels, but the sellout is a little bit lower.

## Operator

And we'll move next to Mark Strouse with JPMorgan. Your line open.

## Q - Mark Strouse {BIO 15131871 <GO>}

Yes. Good afternoon and thanks for taking our questions. Wanted to talk about the C&I business. We talked about this on the last call, the amount of backlog that you have, giving you a visibility for the rest of this year. I'm just at a high-level though curious -- some of the weakness that we're hearing about kind of on a macro perspective, from just the general commercial real estate market, is that starting to impact your pipeline funnel opportunities that might manifest in 2024 or later.

## A - Zvi Lando {BIO 17728344 <GO>}

No. The backlog for C&I is very strong for the remaining of the year and as I mentioned in the remarks, we are still behind in terms of being able to increase capacity to meet it and this is true globally, there might be here and there are some markets that are slowing down a little bit, but other markets that are accelerating. So overall, as we also when you -- the report that I've seen regarding the expectation for the year-over-year growth in C&I in the US market is expected to be higher than that of the residential and this is a phenomenon that to best of our knowledge we are seeing globally for the same combination of reasons that they mentioned, the higher power prices and the ESG Motivations and we are engaged in several portfolios of

multinational companies are installing systems in several countries on their facilities, be it warehouses manufacturing sites et cetera for ESG purposes. So as far as we see that the C&I market is robust and our backlog is very strong.

## Q - Mark Strouse  {BIO 15131871 <GO>}

Okay. Very clear. Thanks. And then I wanted to come back to the comments about US manufacturing in 3Q, are you able to provide more color there as far as where you are in that process as far as building of tooling, whatever it might be. And then, is there any initial color you can give us as far as kind of quantifying what that output might look like in 3Q and kind of what the expectation is for that to ramp over the next few quarters.

## A - Zvi Lando  {BIO 17728344 <GO>}

Sure. So first of all, as we mentioned before, our approach to US manufacturing is divided between first, starting with the contract manufacturer. In order to be very fast to the market and to be able to capture US manufacturing as soon as possible. So since we are already of course engaged with the contract manufacturers, we already have seen that we're trained on how to make our products, one of the bigger benefits that we have by having Sella 1 is that when we have a new factory that's supposed to ramp-up, we can bring people from that factory to Sella 1 to learn how to make our products, how to build them and how to basically configure the line. This is something that was already done and I can tell you that we are in-process of getting equipment to start manufacturing in Q3, starting to build -- training the employees around it.

In Q3, still we're going to see relatively small amount and we believe that within three to four quarters, the contract manufacturer capacity will be built, one of the reasons for these processes, because we want to make sure that the quality of the manufacturing also is the right level and we want to make sure that we take the right time to do this. At the same time, we are working on our own factory that we also built -- been operated by us. We're already in advanced negotiations related to the location of these place and here, as mentioned, I think it will require a little bit more innovation, it is something that will take us, I believe, at least a year to start having product coming out from the end of Q3 this year. So I believe is going to be in the second half of next year.

In general, we intend to have all products coming to the United States to be manufactured in the United States, so here I think it's more related to the pull from the market rather than our capabilities, we will make sure that our excess EBITDAR -- we will have excess capacity or enough capacity to cover any demand that comes from the US once we have these two factories ramped-up.

## Q - Mark Strouse  {BIO 15131871 <GO>}

Very helpful. Thank you.

## Operator

**SolarEdge Technologies Inc (SEDG US Equity)**

And we'll move next to Michael Blum with Wells Fargo. Your line is open.

## Q - Michael Blum {BIO 6739027 <GO>}

Thanks. Good afternoon. Wanted to go back to batteries for a minute, it looks like shipments are still not quite taking off and just wondering if you can talk about where attach rates are trending, both in US and rest of world, and should we expect battery shipments to be somewhat constrained until the three-phase inverter supply catches up with demand. Thanks.

## A - Zvi Lando {BIO 17728344 <GO>}

Yeah. So in the US, attach rates our growing, let's put it is growing very slowly, we expected the shift to the NEM 3.0 and as people begin to understand how to sell it and for the reasons that I mentioned during the comments before, we expect the attach rates to gradually increase in the next quarters.

In regard to Europe, this is as Ronen referenced in our comments that we are seeing very strong demand for the batteries and actually the constraint is the availability of our inverters. So we are trying to ramp inverter shipments as much as possible, because without that inverter, people don't have much to do with the batteries. So as we continue to increase capacity on the inverters, we believe that the volumes of batteries will increase as well. So generally speaking, we are expecting, and we also referred to that in the comments about the model and the impact of on the margin, but the ratio of batteries in our overall -- our overall shipments will be increasing in the coming quarters.

## Q - Michael Blum {BIO 6739027 <GO>}

Great. Thanks for that. And then, I wanted to just go back to your prepared remark comments about rest of world growth opportunities, really the countries outside of Europe, are those markets, primarily residential or are you also seeing strong demand for C&I and any color you can provide there would be really helpful. Thanks.

## A - Zvi Lando {BIO 17728344 <GO>}

So most of those markets are actually much more tilted to the C&I and to residential, among the markets that I mentioned, the strongest residential market are Australia and Israel is a good residential market and South Africa is evolving as a reasonable residential market as well as Brazil, but the C&I portion in almost all of these markets and in particular in the Asian markets like Taiwan and Thailand places like that are heavily tilted towards C&I, but they are sizable market. I don't remember right now for each of these markets, but they're in the 100 MW if not GW scale for many of these countries in terms of the size of the market overall and like I say C&I in many cases.

## Q - Michael Blum {BIO 6739027 <GO>}

Thank you.

## Operator

SolarEdge Technologies Inc (SEDG US Equity)

And we'll move next to Corinne Blanchard with Deutsche Bank. Your line is open.

## Q - Corinne Blanchard {BIO 20746697 <GO>}

Great. Thank you for taking my question. The first question I want to go back on the European market and trying to get a sense on expectation in 2Q and 3Q versus the first quarter, can we expect the same growth in the same cadence there?

## A - Zvi Lando {BIO 17728344 <GO>}

So, we -- without getting into specifically what growth rate we expect in each market and how that fits into the guidance. As I commented, we see continued strength in the European market for both applications of residential and commercial and in both cases, most of the European residential market, not all of it, but a lot of it is three-phase based and obviously all of the C&I market is three-phase base, so there our growth is less dependent on demand, it's more dependent on our ramp of manufacturing, which I mentioned will take us another couple of quarters until we're at full-scale of matching the supply to the demand. But right now, we continue to see the European markets strong and we are sitting on the Robust backlog that we intend to deliver between now and the end of the year.

## Q - Corinne Blanchard {BIO 20746697 <GO>}

Okay. And then my follow-up is assuming that question more from the residential versus commercial megawatt/hour shift, you had a very -- if I could 7% decrease quarter-over-quarter for the residential one, do you -- how should we think about this going forward and I believe the slowdown is mostly driven by the US, should we expect like flat number or do you expect further decrease there?

## A - Zvi Lando {BIO 17728344 <GO>}

So again, I mean, separate for a minute between the US and in Europe, in Europe the situation is more dependent on our supply and our intent is to continue and increase capacity of three-phase residential inverters, so the outlook for likely growth. In the US, the dynamic is more market-related and as I mentioned in the remarks, we think that like it happened by the way in many markets, where there is a significant change in regulation or in the financial atmosphere, it takes the market some time to and just and to learn how to sale under this environment and how to install under this environment. So it's true for then 3.0 in California and true for the rest of the market and the interest rate, so how long it will take for the market to adjust and is the bottom level or -- and is it going to begin to increase or is that going remain flat, I don't think we have a good specific indication on that. But as I mentioned, in terms of mid-term, we feel that the dynamics are positive, both from solar adoption point of view and the ITC and everything around it and from our position and technology.

## Q - Corinne Blanchard {BIO 20746697 <GO>}

All right. Thank you. I appreciate it.

## Operator

And we'll move next to Julien Dumoulin-Smith from Bank of America. Your line is open.

## Q - Morgan Reid  {BIO 22760305 <GO>}

Hi, this is Morgan Reid on for Julien. Can you walk through the moving pieces to get to the gross margin improvement quarter-over-quarter, what's coming from cost declines and price increases, FX benefits shift in mix, things like that, just curious to trying to understand what's driving that?

## A - Zvi Lando  {BIO 17728344 <GO>}

Sure. So first of all, again without going into the numbers themselves, because the amount of moving parts is growing, I would say that we divided to basically, I would say two main areas. The first area is the difference between the price of the product that we're manufacturing, the product that we're selling and this is mostly related usually to currency changes and to mix changes. In these cases, the currency changes, definitely help because of the fact that Euro came back to a level of about 1.8, 1.9 and as we mentioned before a Euro of the $1.10 per euro were almost on par and margins when it comes to the United States and therefore of course stronger euro is helping there.

At the same time, we did see and I think that you see it in our numbers our commercial products within the mix that are characterized, with lower gross margin was substantially higher this quarter. So in that sense, the two phenomena were relatively similar in size and not contributing or reducing dramatically the margin difference. Most of the improvement that we saw this quarter came from all other elements that are not related to pricing or manufacturing cost and these are all better costs related to the supply-chain.

So by definition, the more streamlined manufacturing we had, the shipment costs that used to be elevated went down, not yet to level that they were before, so there is still a little bit of a room to grow there and I think that it's evident in our margin for the next quarter and we also saw, because of the fact that we have a very streamlined manufacturing defect that some of the charges that we used to get from our contract manufacturers, did not exist this quarter, because they were working at full steam, having all of the ships occupied, and that's where most of our, I would say, advantage came this year.

As mentioned before, we are already getting close to where we see ourselves in our model from the various costs and from now on, we expect that most of the changes will be related to the mix of the products, so definitely more batteries will reduce the gross margin even though again on operating profit margins, we are talking about an increase because of the operational leverage that they create. We still see some tailwinds that can help us on shipping and other manufacturing costs and of course, the currency is always a mystery, because we do not know how to project it. At least right now, it seems to be either stable or possibly favorable, but again this is something that very much changes. So in all aspects, I think that we're getting closer to where we want to be on a module and I think that right now the mix of the

products will be the thing that will take most of the I would call it a driver of -- driving forces when it comes to our gross margin.

## Q - Morgan Reid {BIO 22760305 <GO>}

That's really helpful. Thank you and I guess you alluded to it earlier that improvement in the operating margin, kind of throughout the year, I know previously you had given the guidance of maybe about 20% to 22% operating margin towards the end of this year as we exit, I'm just curious how that's faring given sort of the stronger gross margin and maybe we'd expected midyear here. So just curious if your operating margin expectations are changing at all, given the strength of the gross margin line and operating leverage, still to fold-in here.

## A - Ronen Faier {BIO 17728323 <GO>}

Sure. So here, definitely, we continue to see the operating leverage, we've mentioned -- mentioned before that we expected to see our gross margin is getting to the target levels by the end of Q2 and the operating profit margins at the end of the year to exit the year. In that sense, we are already at 19.5% of operating profit margins on a consolidated level and on a consolidated level, we said it will be between 19% to 20% on solar, we did say that will be 20% to 22% and again we're very close to this number. Again, we feel very comfortable as we guided before, and we'll exit the year with operating margins to be at the level that we have guided before and as it relates to our financial model.

## Q - Morgan Reid {BIO 22760305 <GO>}

Got it. Thank you. I will take the rest offline.

## A - Ronen Faier {BIO 17728323 <GO>}

Thank you.

## Operator

(Operator Instructions) We'll move next to Kashy Harrison with Piper Sandler. Your line is open.

## Q - Kashy Harrison {BIO 19689887 <GO>}

Hi, good afternoon and thanks for taking the questions. So as your results show operating performance was very robust in Q1. While we are seeing significant amount of operating income in Q1 and Q2 guide, working capital was another big use of cash this quarter and so maybe just like -- can you provide some context on how you're thinking about working capital and maybe some of that conversion from income to operating cash throughout the year. And then maybe even just at a high-level structurally, how you think about that conversion on a multiyear basis and then I have a follow-up.

## A - Zvi Lando {BIO 17728344 <GO>}

Okay. Sure. So first of all, usually, the three elements that are impacting dramatically, the working capital is of course days sales outstanding when it comes to collections from our customers. Actually, this quarter we our DSO decreased a little bit, which means that we did not see any major change. When it comes to customer to vendor payments, again our terms have not changed significantly. The thing that changed significantly this quarter is actually related to our inventories, that grew by about $150 million and this has actually almost been missing cash the formula that they will give you in a second. And this is related to the fact that based on our agreement with Samsung, we needed to buy battery cells, up until the end of Q1 and pay for them, while the batteries that are coming from these sales that are the single-phase batteries mostly going the United States are simply being sold a little bit slower given all of the aspects of the -- before, related to the US market attachment rate and battery growth and as a result, we find ourselves where at least in Q1, we're buying battery sales, while we have less batteries sales.

And again, this is about $150 million of difference in our inventory. What we expect to see during this year is that since we've already bought all of these battery cells, we will start clearing them out and therefore we will reverse this phenomena, we expect to see on an annual basis that approximately 80% of our operating profit is turning into cash within the same period and this is simply a result of the fact that we do see that our first of all, we're growing, which of course means that usually we are paying quicker than we collect and secondly, is the fact that we do see that in general, our sales are more inclined towards the end-of-the quarter and the result of this is that we believe that about 80% of operational profit will turn into cash on an annual basis. I think that this is something that didn't happen in Q1, so actually in Q1 -- Q2 to Q3, we should see a little bit of a reversed situation, where actually and especially in the other second-half of the year, where we're going to generate more than 80%, but in general the number that we have is 80% conversion.

## Q - Kashy Harrison {BIO 19689887 <GO>}

Thanks for -- thanks for that added color there. And then from my second Question, I was wondering if you could just maybe give us a bit more of a detailed update on the Sella 2 ramp process. When do you expect Sella 2 to achieve your targeted, desired output level, when do you expect to start selling Sella 2 residential batteries, is there a possibility to maybe simply end-up selling the sales of battery demand isn't and where you like it to be, just any sort of detailed update on Sella 2 would be great.

## A - Zvi Lando {BIO 17728344 <GO>}

Sure, certainly. So first of all and I apologize for maybe a little bit of education, both at the beginning, but when you ramping a battery manufacturing factory, there is a process or stage within the ramp-up that is called process optimization, you basically adjust various elements within the manufacturing process itself like temperature, like the concentration of materials in the air, level of traction within vacuum chamber and even the flow of goods on the production floor to the processes that you're using and this is exactly where we were in Q1. And that means that the deadline, we are consuming a little bit more materials because we're making a lot of care and we are stabilizing the process, not all of the material can basically be used and therefore the yield of the factory is not yet there. This is a process that's supposed to and

sometimes within Q1, Q2 or actually, Q1 and Q2 this year and at that time, we simply start to grow over time the manufacturing capacity by ramping and increasing the speed of the movement of components within the manufacturing stations themselves. And this is what we expect to happen in the second half of this year.

In general, the manufacturing capacity of silicon is supposed to be 1.7 -- it's 2 -- it's 2 gigawatt/hour at the beginning because of yields, we expected to be around 1.7 gigawatts. And we expect to get to this level, either by the end-of-the-year or beginning of next year simply because of the fact that you need to ramp. So what are going to be the usages, first of all, we need to remember that there is a business that is actually growing very nicely for us of the storage division itself, we are selling today within the storage division to outside customers both battery sales that later on using to make their own battery or battery packs.

And we also sell such products that are going to applications that are not fairly tied to solar and these are spinning reserve and other storage containers that you see in various places. We sell in Australia, we sell in Asia. So first of all, there is a demand that is already fulfilled and that is already manufactured from Sella 2 for these products and actually to date or at least until Sell 2 existed, we had limitations on our supply and not the demand for new products. So this is something that we see we expect to grow and to your question, yes, we don't take enough sales to our asset, we believe that we can utilize Sella 2 for these kind of activities.

The second activity is to have our own residential storage system based on our Sella 2 products. And as we mentioned here, we are basically now in advanced stages of developing this product and we expect to have first manufacturing batches coming towards the end of this year. So all in all, we believe that throughout 2024, we will consume the majority if not all of the Sella 2 sell production capability.

## Operator

We'll take our next question from Maheep Mandloi with Credit Suisse. Your line is open.

## Q - David Benjamin {BIO 2168077 <GO>}

Hi, this is David Benjamin on for Maheep. I just -- I guess a follow-up on that, on one of your earlier responses, you mentioned that you foresee all US products being manufactured in the US, but can you detail any of your thoughts on battery manufacturing plans for the US.

## A - Zvi Lando {BIO 17728344 <GO>}

So at this point, we're focused on getting inverters and optimizers manufactured in the United States, starting with residential and moving on to commercial. We're also waiting to understand clarifications around some of the regulation for batteries and we will -- and we'll make decisions once we understand in terms of potentially doing battery assembly in the US, obviously cell manufacturing in the US is much -- much more complex and long-term question. But right now, we're focusing on inverters

**SolarEdge Technologies Inc (SEDG US Equity)**

and optimizers and once we understand the regulations on batteries, we'll decide if and how to assemble in the US.

## Operator

And we'll take our next question from Joseph Osha with Guggenheim Partners. Your line is open.

## Q - Joseph Osha {BIO 1499003 <GO>}

Hi there, thanks guys. Two questions. First, I appreciate the operating margin target towards the end of this year, but thinking about the longer-term financial model, how quickly is OpEx likely to grow relative to the topline, how should we think about that in the out years?

## A - Ronen Faier {BIO 17728323 <GO>}

So it's -- I'm not sure that I have a very good answer for it, because I'll try to give you what moves this ratio, because it's a little bit tricky. First of all, it's revenue growth and as we've mentioned before, we do believe that in the next few years, we can grow at a rate of 20% to 30%, we said it on the Analyst Day last year, we've actually exceeded it dramatically by growing 58% year-over-year and I think that with the demand that we see there are chances to maybe our grow even faster than what we think this year as long as the demand is there and we're able to cope and get the components needed to make sure -- and that the capacity to make sure that we made it. So potentially, it's high growth.

The second part of work is how quickly we can ramp the expenses and about two-thirds of our expenses, operating expenses are actually employee cost. These are salaries to employees. And when it comes to hiring employees, it's very hard to grow them at the pace of 30%, where you already have more than 5,200 employees working for you. In R&D, this is in particular hard simply because of the fact that you need very skilled people and actually in where we do R&D today, we've already attracted a lot of the tenants, so you're actually going into a tool that is getting a little bit more shallow. So here, I would tell you that we would like to grow as much as we can. I think we do not believe that we can grow at 30% or more year-over-year.

When it comes to sales and marketing and G&A, here we usually used to say that we would like to see sales and marketing and G&A growing in average, let's say, it's about 50% to 60% of the growth of revenues when we're looking at expenses, so that by definition, of course, is widening the level. So these are the moving parts. We believe that yes, we can overtime go beyond this 22% of operating margins. But then again, we need to remember that we need to see also what's going to be the impact of batteries on the gross margin, because this is the other part. So we feel confident that we can increase the operational lever, I think that we gave you what's moving and we'll have to see again if and when we need to address the overall operating margin target.

## Q - Joseph Osha {BIO 1499003 <GO>}

Yes. Thank you. That's very helpful. And then my follow-up, I guess, I feel like we've kind of been tap dancing around this, so let me just ask directly. How long is it going to take until you have all of your US bound commercial and residential inverters and optimizers, not batteries, but inverters and optimizers being made in the US?

## A - Zvi Lando {BIO 17728344 <GO>}

Yeah. Generally, we were targeting to try and have all of that capacity produced in the US by the end of '24 beginning of '25.

## Q - Joseph Osha {BIO 1499003 <GO>}

Okay. Great, thanks. I'm sorry, maybe I may have missed that, but thank you I appreciate the clarity. Have a good day.

## A - Zvi Lando {BIO 17728344 <GO>}

Thank you.

## Operator

And follow up move next to Ameet Thakkar with BMO Capital. Your line is open.

## Q - Ameet Thakkar {BIO 15999981 <GO>}

Hi. Thanks for squeezing me in. Just one more quick one for me. I was wondering, you guys talk a lot about kind of NEM 3.0 transition, but during the quarter, do you guys have a sense for how much of your revenues kind of came from California.

## A - Ronen Faier {BIO 17728323 <GO>}

Not really. No, generally speaking, when we look at California and our historical distribution of our revenue globally. And then within the US and between the segments of residential and commercial, so California by itself has never been a huge part of our ongoing business. But specifically, in Q1, how much is related to California or even what are the install rate of our products in California during the first quarter, we don't have that type of information in front of us, right now.

## Q - Ameet Thakkar {BIO 15999981 <GO>}

All right. Thanks. I'll take the rest offline.

## Operator

And we'll move next to Steve Fleishman with Wolfe Research. Your line is open.

## Q - Steve Fleishman {BIO 1512318 <GO>}

Yeah. Hi. Thank you. You mentioned the trends in the US that one of them was the shift to GPO and I'm curious kind of how much did you see that actually happening in Q1 versus kind of expecting it to happen the rest of '23, '24.

## A - Zvi Lando {BIO 17728344 <GO>}

So, it's definitely more of an expectation based on what you read and see in the market, it's not something that I can say that we have seen a clear indication in the first quarter. It's what is generally discussed and related to the IRA advantages that would go to GPO and this has been a market segment that historically we have been strong in and make some announcements recently and continue to strengthen and build those relationships further.

## Q - Steve Fleishman {BIO 1512318 <GO>}

Okay. And then just on the on the C&I growth, maybe just -- could you just talk to more trends of how quickly that's growing relative to residential and just -- is it something that any trends that you're seeing particular relative to just overall economics of solar. Thank you.

## A - Zvi Lando {BIO 17728344 <GO>}

Yeah. So that's really what -- just related to some of the previous questions about the C&I market in Europe, so while we were discussing the other -- with the other questions, they pulled up some data, so an interesting data point will be that our point-of-sale data from our distribution channels in the US -- in Europe grew from the fourth quarter to the first-quarter by 40% and from the third quarter to the fourth quarter of '22 by 25% almost.

So we're -- these are the types of accelerating factors we're seeing for the growth of the C&I markets in Europe. Again, this is the data points related to how much our distributors are selling to installers and EPCs in the C&I market in Europe. So the dynamic is positive and strong over there also. Again, in the US, we didn't grow significantly quarter-over-quarter and MW shipments in C&I, but the general assessments in the market is that the expectation is for a stronger year-over-year growth in C&I in the US market compared to residential.

So when we look at the three geographies that we typically consider of US, Europe and rest of world, we are seeing a momentum of accelerated growth for C&I and if you like to do everything that we discussed in terms of corporates, but as well as the broad deductions and push, France just passed a legislation that mandates solar installations on car parks and that regulation is being adopted by other European countries. So you'll also see a range of government legislations in different countries, encouraging growth of the C&I market. So when we collect all of these indicators together, that's where are we conclude that this market has a good momentum and is going to grow at a relatively fast rate.

## Q - Steve Fleishman {BIO 1512318 <GO>}

Okay. Thank you.

## Operator

SolarEdge Technologies Inc (SEDG US Equity)

And it does appear that there are no further questions at this time, I would now like to turn it back to CEO, Zvi Lando.

## A - Zvi Lando  {BIO 17728344 <GO>}

Thank you. So in summary, we are pleased with our results this quarter, which demonstrate the advantages of our strong position across the diverse markets and applications and so I want to thank you for joining us on our call today and have a good evening.

## Operator

This does conclude today's program. Thank you for your participation. You may disconnect at any time and have a wonderful evening.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*