# EXHIBIT 7

FINAL TRANSCRIPT                                                    2023-03-13
SolarEdge Technologies Inc (SEDG US Equity)

# 35th Annual Roth Conference

## Company Participants

- J.B. Lowe, Investor Relations
- Lior Danziger, VP of IR and FP&A
- Unidentified Speaker, Unknown

## Presentation

### Unidentified Speaker

All right. Let's get started with our next one.

I have Lior Danziger with SolarEdge. He is VP of IR and FP&A. But we also have a new Investor Relations person with SolarEdge, J.B. Lowe.

J.B., why don't you come up on stage and –

### J.B. Lowe  {BIO 19694575 <GO>}

Sure.

### Unidentified Speaker

-- yes -- represent. So over time, investors will get to know J.B.

So SolarEdge, everyone should know, they produce optimized inverters. And it's in the MLPE category, module-level power electronics.

We -- just for full disclosure, I have known them for a long time. We're a part of the IPO with them, and they are old friends.

So, we'll get into a little fireside chat here. (Operator Instructions).

So, guys, welcome.

### J.B. Lowe  {BIO 19694575 <GO>}

Thank you.

### Lior Danziger

It's great to be here. It's great to have J.B. with me.

## J.B. Lowe  {BIO 19694575 <GO>}

Yes.

## Unidentified Speaker

And Lior is very thankful because he's doing two jobs right now. And soon enough, he's going to be able to get back to his day job, which is FP&A.

## Lior Danziger

And safe travels.

# Questions And Answers

## A - Unidentified Speaker

Right. And so -- but until then, we will talk through the opportunities that lay ahead.

So, let's talk about Europe. Europe has been a source of strength for the company. I think quarter -- Q1 growth, it might be something like 145% year-over-year, I mean this is just tremendous growth. We've been trying to follow the growth in Europe.

When we talk to our multitude of distributors there, they see kind of like 50% to 70% year-over-year growth. It's not 100% year-over-year growth, but there is a big backlog, right?

And so, I just want to check in, do you think 100% is realistic for you guys this year? Or do you think it might be 70-ish percent or somewhere in that ballpark?

## A - Lior Danziger

So, what I would say is that, first, you're right, and Europe is growing amazingly. I think although we do not guide for a specific growth rate for us in Europe in 2023, it's definitely the case that this will probably be the fastest-growing geographies for us. And by the way, this is driven both by residential and commercial, it's important to say that. And across the board, in the vast majority of the countries that we operate in, in Europe. So, without pinpointing a specific growth rate, we're definitely looking ahead towards a very healthy and robust year in Europe again.

## A - Unidentified Speaker

Yes. Just want to clarify that, 145% year-over-year growth was for Q4 and Q4 Europe –

## A - Lior Danziger

For Q4.

**SolarEdge Technologies Inc (SEDG US Equity)**

## A - Unidentified Speaker

Right? And so, Q1 there's no specific European outlook, but somewhere between 50% and 100% is all very much on the board. Is that fair?

## A - Lior Danziger

Correct.

## A - Unidentified Speaker

Hundred percent plus?

## A - Lior Danziger

So it depends on the supply constraints that we have and some of these moving pieces. But -- but in general, the answer is yes, we're expecting extremely healthy and robust demand in Europe –

## A - Unidentified Speaker

Great.

## A - Lior Danziger

-- and that we've been observing for more than a year now.

## A - Unidentified Speaker

Right.

## A - Lior Danziger

We were sitting here last year and starting to discuss about that.

The Russia-Ukraine war was, I think, only two weeks in, and now, a year in. I think it's a consensus now that probably Europe is not going to go back to the Russian gas. It lost 1/3 of its energy resources that needs to be -- that gap needs to be bridged. That there's a great expectation that a large portion of it will be bridged through renewables and from that solar, and this is probably driving the extremely healthy demand that we're seeing.

## A - Unidentified Speaker

Right. So, the backlogs in Europe, they were as long as six months. Have you started to see them come down? Or do you think they're still pretty high?

## A - Lior Danziger

They're still higher than when -- where we want them to be. So, we're still working on shortening the lead times, and we still have some bottlenecks that we want to

resolve and get into a point where we can deliver quicker to the customers. So, it hasn't changed dramatically, but we are working on trying to make it better.

## A - Unidentified Speaker

Right. Do you expect to be able to change it dramatically this year? Because when we talk to other suppliers and manufacturers, the constraints are all being relieved, right? The congestion, the shipment transit times are going down and then supply, availability of components are -- is improving. And so, do you expect to get to a point where you can get a normalized supply and really reduce the lead times that you have? I mean what are the lead times roughly now for Europe? And where do you think they can go?

## A - Lior Danziger

So first, I agree with everything you mentioned.

We also made a similar commentary as well. We are seeing things getting better. And it's definitely not where we were a year or two years ago. So, things are getting better on component side and logistics and everything you mentioned. But at the same time, we're growing very, very fast.

So, it's still a challenge to continue and be able to get the components to be able to ramp up the capacity. So, lead times are still longer than where we want them to be, probably above the 18 weeks roughly, and we want to shorten those. We're working very hard on solving those couple of bottlenecks that we have to solve.

Then we can probably -- and I would say somewhere towards the second half of the year, we should expect some relief coming.

## A - Unidentified Speaker

Okay. So, 18 weeks roughly now, back half some relief. Does that mean we go to 14 weeks? Or does that mean we can get to six to eight weeks?

## A - Lior Danziger

I don't know about six to eight, it will be a gradual process, definitely. So first, let's get to 14 weeks. And then we will work our best to try and continuously shorten the lead times even further.

## A - Unidentified Speaker

Okay. Good. And are those lead times similar in the U.S. as well?

## A - Lior Danziger

Not really. So right now, maybe in the U.S., they are probably two, three weeks shorter and we can deliver. So, there is a change. There is a difference between Europe and what we're seeing –

2023-03-13

### A - Unidentified Speaker

Right. And so, this -- three weeks shorter. So Lior, can you use the microphone closer?

### A - Lior Danziger

Yes. Sorry.

### A - Unidentified Speaker

Yes. That's okay. So thanks, Cynthia [ph].

As it relates to -- so let's shift gears to the U.S. So, shorter lead times. We've been writing for a while about a slowdown. The origination slowed down in Q4. I think Ronen when he was at the Goldman conference, he kind of echoed that a little bit. On your Q4 call, you guys kind of said that as well.

So, I'm guessing that is supporting why the lead times are going down there as well. Since then, we've been running that January, February, we've seen a pickup in the originations. Are you starting to see that in your business as well, do you -- in the U.S?

### A - Lior Danziger

So, not yet. We're still -- I would still be consistent with what we mentioned because this is still what we're seeing and maybe we're taking a cautious approach here. But we are seeing some softness still in the U.S.

We definitely expect that to bounce back, and we're very bullish on where this market is going. And right now, it could be a near-term thing that will definitely bounce back and pick up and then we will see installations being translated into demand on our site as well –

### A - Unidentified Speaker

Yes. So, that's -- I think one tailwind that you guys might have is with the Sunruns and NOVAs out there growing their lease offering and gaining share, I think, in this kind of slowdown of the loan originations, that should be a benefit for you because you guys sell a lot into those two companies --

### A - Lior Danziger

Correct.

### A - Unidentified Speaker

-- I guess. Can you give us a mix of how much of their inverter volume you think you have?

FINAL TRANSCRIPT                                                                    2023-03-13

SolarEdge Technologies Inc (SEDG US Equity)

## A - Lior Danziger

No. I cannot.

## A - Unidentified Speaker

I mean I think it might be in the 10-Ks. And they recently just came out. I think we – yes, have to check it out, but –

## A - Lior Danziger

But I think it's common knowledge, is we're probably more pronounced with the Tier 1, Tier 2 players –

## A - Unidentified Speaker

Right

## A - Lior Danziger

So, yes.

## A - Unidentified Speaker

Okay. So, that should be a bit of a tailwind. That was a headwind for a while –

## A - Lior Danziger

Right.

## A - Unidentified Speaker

-- when all the loan guys are growing so much. Okay. So in U.S., let me just ask this question around growth overall. So, do you think with that TPO potential tailwind and the overall -- my outlook for resi solar's flat year-over-year growth. Can you grow in the U.S. in 2023?

## A - Lior Danziger

I think we can. And again, I think it will be this path of maybe observing some slowdown, softness that will then pick up.

If the pickup, if the bouncing back in Q3, Q4 will be meaningful, then yes, on an annual level, we maybe be able to grow. At the same time, we think it's important to mention that any such softness that we might see in the U.S. for us is not something that poses a risk for the overall plans that we have for 2023 simply because we just mentioned Europe.

Our ability to move that or any slowdown that we might see here to recover that through some of the booming markets in Europe is something that we can relatively easy get done.

## A - Unidentified Speaker

Right. We wrote in our Q4 note for SolarEdge that your inverters are effectively fungible, right? So, whatever you make in for the U.S. market, if it -- there is a bit of a slowdown, I mean not if, but since we're seeing a bit of a slowdown, there is the ability to shift that volume to Europe. Have you actually done that where you've shifted some volume to Europe more than expected or volume that you would have thought was expected for the U.S. market?

## A - Lior Danziger

Not yet. We did -- in Q3, if you remember, intentionally diverted some products to Europe in light of the upcoming winter over there. But we still haven't seen this type of behavior right now. But what's important to say is that, in case we do see this softness, we have the ability to do so.

And by the way, if it's not and some of the other commentary that we've been hearing around here is true, and maybe the U.S. resi space is actually going in optimistic place, then we will have the ability to solve that as well.

## A - Unidentified Speaker

Okay. Good. So, let's shift over to the manufacturing side.

So, the U.S. Inflation Reduction Act –

## A - Lior Danziger

Right.

## A - Unidentified Speaker

-- has some nice incentives for inverters, $0.11 for microinverters, $0.065 for residential solar inverters. You guys make not a microinverter. But I do believe you guys expect to qualify for that $0.11 per watt subsidy.

So, help us understand the confidence you have in that? What is that based on? What do you think the probability is? Do you think it's closer to 1% or like 90% probability that you think you can get that $0.11?

## A - Lior Danziger

So, we feel quite confident that we're entitled and we will get the full $0.11, simply because it makes sense to look on a system basis. When you compare the microinverters that are entitled to $0.11 and you want to compare it to the residential system that one might choose, then you should add the optimizers that makes sense.

This is also the confidence that we get from our legal guys working on that. This is really the operating assumption under which we're working, so.

FINAL TRANSCRIPT                                                    2023-03-13

**SolarEdge Technologies Inc (SEDG US Equity)**

## A - Unidentified Speaker

Okay. So, sometimes government doesn't make sense.

## A - Lior Danziger

Most of the times.

## A - Unidentified Speaker

So, I get it makes sense. I recognize it because it's a very unfair playing field because you and Enphase serve the same customer. Have you gotten some degree of confidence from the people in Washington, D.C. that it should work out as you expected?

## A - Lior Danziger

We did. And basically, this is part of why we're feeling confident about assuming the $0.11. But at the same time, even without them, we have plans on what we're going to do. And we should also remember, power optimizers if you just change the word of microinverters in the bill to power optimizers, it's –

## A - Unidentified Speaker

I mean, it should just the MLP or something like that? Right?

## A - Lior Danziger

Correct. Yes.

## A - Unidentified Speaker

So, when do you think the treasury guidance comes out for the Section 45X , which is for the manufacturing production tax credit?

## A - Lior Danziger

Do you know?

## A - Unidentified Speaker

I – well, I've been writing that it could be as long as a year. But right now, my contacts are expecting sometime before August. If you get to August, you won't be able to get anything done, then it goes into Q4 or September. So, you have this confidence, right? I'm wondering if your contacts are also being able to share with you the timing of when treasury comes out.

## A - Lior Danziger

I don't have any good answer about the timing.

## A - Unidentified Speaker

Okay.

## A - Lior Danziger

Hopefully as soon as possible.

## A - Unidentified Speaker

Yes.

## A - Lior Danziger

A bunch of clarifications that should be out. And at the same time, what we are doing is we're pushing very strongly on both the contract manufacturing model that we're planning as well as our own manufacturing site that we're also planning. So once the clarifications are out, we will be able to run very quickly on both.

## A - Unidentified Speaker

So, I've heard energy community comes out maybe May. Domestic content for the ITCRA [ph] comes out maybe June. And then, hopefully, after that soon is 45X July-ish, but otherwise, maybe Q4.

So, hopefully, not a year.

## A - Lior Danziger

Hopefully.

## A - Unidentified Speaker

But I did hear from a good contract that it could be a year. So, having said all that, let's say it takes a year, right? Then, how much of a delay does that result in for your up your manufacturing capacity expansion? So, do you want to wait for all the clarification to come out before you guys signed the contracts with the CMs and pursue it and put down money? Or do you think you can go ahead before the guidance actually comes out?

## A - Lior Danziger

So, what we're doing is we're basically promoting both of these contract manufacturer side as well as the own manufacturer side. So, we will be able to be as quick as possible once the clarifications are out. It's probably going to be quicker on the contract manufacturer alternative than it is on the own manufacturer side. But again, we need to wait for the clarifications. As soon as they are out, we will be ready.

## A - Unidentified Speaker

So, you'll wait. I mean, you have to wait before because you want to have very --

FINAL TRANSCRIPT

2023-03-13

**SolarEdge Technologies Inc (SEDG US Equity)**

## A - Lior Danziger

Yes.

## A - Unidentified Speaker

-- there's ambiguity to the theory that you want certainty.

## A - Lior Danziger

Correct.

## A - Unidentified Speaker

Okay. All right. Just checking in, anybody else out there or anybody want to jump in with a question? Go ahead.

So, the question is, can you talk about the commercial business in Europe? There's a -- there's a theme. She's asked a lot of questions about commercial throughout the day, but go ahead.

## A - Lior Danziger

So, we've seen -- I think there's no other way to say it, but we're seeing unprecedented demand in the commercial space, actually, not only in Europe, but also in the U.S.

I think what we're seeing is we've seen many organizations and corporations that are looking to go green, whether with a desire to do better or whether because they are being forced to. In 2023, we will have the SEC requirements out asking companies to really show on the financial statements on a line item what they're doing.

## A - Unidentified Speaker

The question is at what scale commercial can you –

## A - Lior Danziger

So, I think we're pretty privileged to have an architecture that can fit a wide range of installation sizes.

## A - Unidentified Speaker

These guys can do 20 megawatts -- they can do utility scale.

## A - Lior Danziger

Exactly. And so, pretty much we can play throughout the commercial segment as a whole, and we're even planning to penetrate the utility space as well. And actually, what we're seeing is even in this handful of projects that we already have on the utility side, we're actually utilizing large commercial inverters.

So, actually, and a good example would be we have a 77-megawatt project in Taiwan. It is actually utilizing 120 kilowatts of inverters. That's a fleet of inverters, but -- but that is a great sign that the value proposition is already there and it's working. And to that extent, we have an architecture that is good for 15 kilowatts of installation or 16 that can be considered as commercial as well as the very big ones.

## A - Unidentified Speaker

So, let's shift gears back to the IRA. You said you're going to wait likely to -- until the treasury guidance comes out. Once the guidance comes out, how long will it take to ramp up the first line?

## A - Lior Danziger

Probably within a few months. The contract manufacturer one, probably within a few months. And this is why we said if clarifications will be out throughout Q1, we want to be able to have first units out as soon as Q3 of 2023 throughout the contract manufacturer side, and then it's going to take a bit longer to get their own site up and running.

## A - Unidentified Speaker

I'm hearing a little something, but around -- I wonder if you have some partnerships beyond the contract manufacturers that where you guys might be able to collaborate with some other players. Is that -- are those opportunities on the table at all?

## A - Lior Danziger

They are, but not something that we can disclose and talk about.

## A - Unidentified Speaker

Okay. Interesting. Yes. So, I'll stop asking questions. Okay. Good.

Let's shift gears. Storage, how is the ramp-up going in the U.S.? And from a geo-target, are you equally serving the European and U.S. market? Or are you emphasizing more of a ramp-up in the U.S. market first? Our checks kind of before the Q4 call where the distributors hadn't seen much of your European storage product yet. Is the focus more in the U.S.? Or have you already ramped up Europe since the Q4 call?

## A - Lior Danziger

So actually, we're doing most of the batteries actually in Europe.

## A - Unidentified Speaker

In Europe?

## A - Lior Danziger

In Europe, yes. And I think the attach rates here in the U.S. are probably not where people thought they would be a year and two years ago. So, we look forward to seeing the attach rates picking up here in the U.S.

And when that is to happen and California and M3 and the potential of that becoming a booming storage market, then we will be able to capitalize on that as well and put more and more batteries into the U.S. space as well. Right now, most of our batteries are actually going into Europe.

## A - Unidentified Speaker

Okay. So, how are the commissioning times for batteries in Europe? Are you down to sub 30 minutes?

## A - Lior Danziger

Minutes.

## A - Unidentified Speaker

Minutes?

## A - Lior Danziger

That's the commissioning time.

## A - Unidentified Speaker

So two minutes or are we –

## A - Lior Danziger

It could be a minute, it could be four or five –

## A - Unidentified Speaker

Okay. Good.

## A - Lior Danziger

-- too, but minutes.

## A - Unidentified Speaker

So let's -- that's interesting. So -- but on average, what do you think it is?.

## A - Lior Danziger

Probably a few minutes that would be the blended average.

## A - Unidentified Speaker

How many?

## A - Lior Danziger

Few minutes.

## A - Unidentified Speaker

Oh, really?

## A - Lior Danziger

Yes.

## A - Unidentified Speaker

That's very good.

## A - Lior Danziger

I know.

## A - Unidentified Speaker

It's -- because Tesla and (inaudible) might be at the 40-, 45-minute level.

Okay. Go ahead, Cynthia [ph]. They just launched their battery. So -- and so this is all kind of pretty fresh.

So, Enphase is at and closer to 90 minutes. So, I think that can be very compelling. Have you been able to prove that out in the U.S. as well?

## A - Lior Danziger

Yes. I think here, there's also it's a function of us being connected to batteries already from 2017. So, when you're installing and commissioning a SolarEdge system or when an installer is coming to do that, they're already familiar with the architecture and have been doing so for years. So, one should assume that it only makes sense, it will be an even shorter experience when they use our battery. This is where we are.

## A - Unidentified Speaker

Okay. Let's talk through margins in the remaining time that we have. So Q1, I think your guide is 29-ish percent, 30% solar.

## A - Lior Danziger

31% to 34%.

## A - Unidentified Speaker

Sorry, 32 – hold on -- 32.5% for solar and 29.5% midpoint for overall.

## A - Lior Danziger

Right.

## A - Unidentified Speaker

As we get through the year, I think pricing -- you probably can maintain pricing. Cost structure should come down. My guess is you have margin expansion. And do you see sequential margin expansion by quarter, Q2, Q3 and Q4? Or do you think it is flattish Q2 and then it jumps more in Q3 and Q4?

## A - Lior Danziger

So, it's definitely logical to think about it the way you just mentioned that you can still see this gradual improvement coming into. But at the same time, we do plan to do more in Europe. We do plan to do more commercial. We do plan to blend in more and more batteries. These are, as you know, characterized with lower gross margin.

So, at the same time, I think what we should focus on is that we're probably going to stay in those long-term targets that we communicated for solar, it's going to be between 30% to 32% gross margin on a non-GAAP basis. We already exceeded that in Q4 with the 32.4%. And for the inverters and optimizers business, the 36%, give or take 1%, is also still valid, still in place.

So, as we blend in more commercial, more Europe, more batteries, these are taking the margin down and actually maybe -- not maybe we're actually doing just as good, maybe better on some of the other fronts as we keep the margins, the targets in the same place.

## A - Unidentified Speaker

Great. Then FX has been a headwind for a while, but then it's flipped around and now it's a tailwind. And so, when you think about your Q1 guide, what's your baked-in assumption for FX Euro? Is it 1.03, 1.02?

## A - Lior Danziger

We do not disclose what we actually baked in –

## A - Unidentified Speaker

No longer. You used to.

## A - Lior Danziger

Yes, no longer. We used to.

But what I can say, is that the sensitivity is roughly the same, around 40 to 60 basis points for every movement of EUR0.01. And here, I think one should also remember

that it's not just looking at the average exchange rate that you might see out there because it's not evenly distributed in terms of the operations. When you're actually invoicing customers, et cetera, and this is where we are in --

## A - Unidentified Speaker

Okay. But philosophically, what's the typical approach? Like when you do your Q4 earnings and you're giving your Q1 guide, I'm guessing you're looking at the recent -- you have a month or so -- a month two months in the quarter.

## A - Lior Danziger

Right. It's usually the exchange rate that was around those days.

(Multiple Speakers)

## A - Unidentified Speaker

It is few months. And so, then you see what has happened, which is the Euro has appreciated more since the earnings have been reported. So, there's maybe incrementally and a little bit of upside or –

## A - Lior Danziger

Maybe, and again subject to the actual shipments and invoicing –

## A - Unidentified Speaker

All right. Okay. Yes. All right. I know investors care about that. Can you quantify how much shipping costs are coming down, or have come down like in the Q1 period versus Q4? Any sense?

## A - Lior Danziger

So, the rates themselves are going down. Freight costs are going down and container cost, probably these days around 4,500. At the peak of COVID days, it was 20,000. So, these are going down. And at the same time, that means that we will probably have some still more room for improvement on our side on logistics front. Without exactly quantifying the basis points, so we can probably still improve.

## A - Unidentified Speaker

Okay. Good. Well, I think we're out of time here.

## A - Lior Danziger

That was quick.

## A - Unidentified Speaker

Lior, J.B. Thank you very much. Looking forward to continuing to follow the story. I think you have a lot of exciting news ahead.

So with that, let's give these guys a round of applause.

## A - Lior Danziger

Thank you for having us.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*