```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
:
IN RE SOLAREDGE TECHNOLOGIES, INC.   :
SECURITIES LITIGATION                :          1:23-cv-9748-GHW
:
:                      ORDER
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated May 6, 2025, Plaintiffs informed the Court that they do not intend to file an amended complaint at this time. Dkt. No. 82. It is therefore ordered that counsel for all parties participate in a pretrial conference with the Court on May 21, 2025 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Additionally, the parties are ordered to submit a joint status letter and a renewed proposed case management plan and scheduling order, as outlined in the Court's December 4, 2024 order, Dkt. No. 71, no later than May 16, 2025.

SO ORDERED.

Dated: May 7, 2025
       New York, New York
                                          _____
                                              GREGORY H. WOODS
                                           United States District Judge