**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
:
:  23-CV-9748 (GHW) (OTW)
IN RE SOLAREDGE TECHNOLOGIES, INC.  :
SECURITIES LITIGATION  :  **ORDER**
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This case was referred to me for general pretrial management on May 21, 2025. (ECF 87).

The parties are directed to file a joint status letter by **June 27, 2025, and on the last business Friday of each month thereafter**, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: June 4, 2025                **Ona T. Wang**
New York, New York                United States Magistrate Judge