**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE SOLAREDGE TECHNOLOGIES, INC.  :
SECURITIES LITIGATION,              :
                                    :         23-cv-9748 (GHW) (OTW)
                                    :
                                    :              **ORDER**
                                    :
                                    :
                                    :
                                    :
                                    :
                                    :
                                    :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, September 04, 2025 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: June 20, 2025 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |