June 27, 2025

**Via ECF**

The Honorable Ona T. Wang, U.S.M.J
United States District Court
Southern District of New York
United States Courthouse
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312
(212) 805-0296

Re: *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748-GHW

The parties[1] to this action, through their respective counsel, write pursuant to the Court's June 4, 2025 order directing the parties to submit by June 27, 2025, and on the last business Friday of each month thereafter, a joint letter apprising the Court on the status of discovery. *See* ECF No. 91.

The parties advise as follows:

1. The parties exchanged initial disclosures on June 4, 2025, in accordance with the Case Management Order in this action. *See* ECF No. 88 ("CMO"). Defendants indicated that they would produce the insurance policies described in their initial disclosures once a protective order was entered in this action. Judge Woods so-ordered the parties' proposed protective order on June 4, 2025 (*see* ECF No. 90) and Defendants have indicated that they are working on producing those policies.

2. Plaintiffs served their initial document requests on Defendants on June 20, 2025, in accordance with the CMO. Defendants' responses and objections to those requests are due July 21, 2025. Defendants served their initial document requests and interrogatories on Plaintiffs on June 26, 2025. Plaintiffs' responses and objections to those requests and interrogatories are due July 28, 2025. The parties continue to move discovery forward expeditiously.

---

[1] The parties are Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs") and SolarEdge Technologies, Inc. ("SolarEdge" or the "Company"), Zvi Lando ("Lando"), the Company's former Chief Executive Officer ("CEO"), Ronen Faier ("Faier"), the Company's former Chief Financial Officer ("CFO"), Lior Danziger, the Company's former Director of Investor Relations and Finance Operations, and J.B. Lowe, the Company's Head of Investor Relations (collectively, "Defendants").

June 27, 2025
Page 2

3. The parties are negotiating a proposed protocol to govern the search for and production of electronically stored information ("ESI") in this action. The parties anticipate filing the proposed ESI protocol with the Court in the next week or two.

4. As the parties relayed during the May 21, 2025 status conference before Judge Woods, they are open to settlement discussions before a third-party mediator.

The parties are available at the Court's convenience to discuss the contents of this status letter or to address any questions or concerns that the Court may have.

Respectfully submitted,

| **POMERANTZ LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By: */s/ Brian Calandra* | By: */s/ Christopher D. Belelieu* |
| Brian Calandra | Christopher D. Belelieu |
| Jeremy A. Lieberman | Nathan C. Strauss |
| Guy Yedwab | Bethany J. Saul |
| 600 Third Avenue, 20th Floor | 200 Park Avenue |
| New York, New York 10016 | New York, New York 10166-0193 |
| Telephone: (212) 661-1100 | Telephone: (212) 351-4000 |
| Facsimile: (917) 463-1044 | Facsimile: (212) 351-4035 |
| bcalandra@pomlaw.com | cbelelieu@gibsondunn.com |
| jalieberman@pomlaw.com | nstrauss@gibsondunn.com |
| gyedwab@pomlaw.com | bsaul@gibsondunn.com |
| *Attorneys for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd.; Named Plaintiff Javier Alcides Cascallar; and the Class* | *Attorneys for Defendants* |