July 25, 2025

**Via ECF**

The Honorable Ona T. Wang, U.S.M.J
United States District Court
Southern District of New York
United States Courthouse
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312
(212) 805-0296

Re: *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748-GHW-OTW

The parties[1] to this action, through their respective counsel, write pursuant to the Court's June 4, 2025 order directing the parties to submit on the last business Friday of each month a joint letter apprising the Court on the status of discovery. *See* ECF No. 91.

The parties advise as follows:

1. As stated in last month's status update, Plaintiffs served their initial document requests on June 20, 2025, and Defendants served their initial document requests and interrogatories on June 26, 2025. The parties are in the process of responding to those discovery requests, and have agreed to a one-week extension of the parties' deadline to respond.

2. The parties have continued to negotiate a proposed ESI protocol and are hopeful they will file the proposed ESI protocol with the Court before next month's status report. To the extent the parties reach an impasse over any remaining issues, they will submit two versions of the protocol with a letter laying out the parties' respective positions on any disputed provisions.

3. The parties anticipate being able to update the Court on negotiations over ESI search parameters in next month's status report.

---

[1] The parties are Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs") and SolarEdge Technologies, Inc. ("SolarEdge" or the "Company"), Zvi Lando ("Lando"), the Company's former Chief Executive Officer ("CEO"), Ronen Faier ("Faier"), the Company's former Chief Financial Officer ("CFO"), Lior Danziger, the Company's former Director of Investor Relations and Finance Operations, and J.B. Lowe, the Company's Head of Investor Relations (collectively, "Defendants").

July 25, 2025

Page 2

4. While the parties remain open to mediation before a third-party mediator at the appropriate time, no settlement discussions have taken place and the parties have not sought to retain a mediator.

The parties are available at the Court's convenience to discuss the contents of this status letter or to address any questions or concerns that the Court may have.

Respectfully submitted,

| **POMERANTZ LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By: */s/ Brian Calandra* <br> Brian Calandra <br> Jeremy A. Lieberman <br> Guy Yedwab <br> 600 Third Avenue, 20th Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> bcalandra@pomlaw.com <br> jalieberman@pomlaw.com <br> gyedwab@pomlaw.com | By: */s/ Christopher D. Belelieu* <br> Christopher D. Belelieu <br> Nathan C. Strauss <br> Bethany J. Saul <br> 200 Park Avenue <br> New York, New York 10166-0193 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-4035 <br> cbelelieu@gibsondunn.com <br> nstrauss@gibsondunn.com <br> bsaul@gibsondunn.com |
| *Attorneys for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd.; Named Plaintiff Javier Alcides Cascallar; and the Class* | *Attorneys for Defendants* |