UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

IN RE SOLAREDGE TECHNOLOGIES, INC.
SECURITIES LITIGATION

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2025
```

:
:
:
:
:
:

1:23-cv-9748-GHW-OTW

ORDER

GREGORY H. WOODS, United States District Judge:

Pursuant to the Court's case management order from May 21, 2025, the Court set a status conference to be held on September 16, 2025 at 3:00 p.m.  Dkt. No. 88.  The Court recently set a conference regarding Plaintiffs' proposed motion for class certification to be held on September 12, 2025.  Dkt. No. 100.  To avoid duplicative conferences, the Court will instead hold the pre-motion conference to discuss Plaintiffs' proposed motion for class certification during the status conference scheduled for September 16, 2025 at 3:00 p.m.

SO ORDERED.

Dated:  September 10, 2025
        New York, New York

_____
GREGORY H. WOODS
United States District Judge