**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE SOLAREDGE TECHNOLOGIES, INC.  :
SECURITIES LITIGATION,  :
:     23-cv-9748 (GHW) (OTW)
:
:     **ORDER**
:
------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court held a Preliminary Settlement Conference Call on Wednesday, September 10, 2025.

     Parties indicated that they are pursing mediation and are not seeking a stay of discovery at this time. Parties are directed to continue with the joint status letter submission schedule. If any disputes arise in between letter submissions, Parties are to refer to Judge Wang's individual practices for apprising the Court of any disputes.

     **SO ORDERED.**

                                                               _s/ Ona T. Wang_

Dated: September 11, 2025                                         **Ona T. Wang**
     New York, New York                                 United States Magistrate Judge