```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                   :

IN RE SOLAREDGE TECHNOLOGIES, INC.  :
SECURITIES LITIGATION                     :
                                                   :      1:23-cv-9748-GHW-OTW
----------------------------------------------------------------- X

ORDER

GREGORY H. WOODS, United States District Judge:

       In the conference held on September 16, 2025, the Court considered the parties' request to modify the briefing schedule for Plaintiffs' proposed motion for class certification. *See* Dkt. No. 101. As stated on the record, the parties' request is granted. The deadline for Plaintiffs' motion for class certification remains October 17, 2025. The deadline for Defendants' opposition is extended to January 16, 2026. The deadline for Plaintiffs' reply is extended to February 13, 2026.

       SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                                           _____
                                                              GREGORY H. WOODS
                                                            United States District Judge