**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW <br><br> **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS REPRESENTATIVES AND LEAD COUNSEL**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar in this action (collectively "Plaintiffs"). I am personally involved in the representation of Plaintiffs and the putative class and submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., together with exhibits.

1

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Nir Gavish in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Lead Counsel.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Roi Kadosh and Or Bitton in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Lead Counsel.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Javier Cascallar in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Lead Counsel.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Pomerantz LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October 2025, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra