# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW<br><br>**CLASS ACTION** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**DECLARATION OF NIR GAVISH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND LEAD COUNSEL**

I, Nir Gavish, declare as follows pursuant to 28 U.S.C. § 1746:

1.      Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., and the Hadassah Workers Pension Fund Ltd. (collectively the "Amitim Funds") are Lead Plaintiffs in this action.

2.      I submit this declaration in support of the motion for class certification, to be appointed class representatives, and for the appointment of class counsel filed by the Amitim Funds and the other lead and named plaintiffs in this action.

3.      I am Chief Investment Officer of the Amitim Funds, and I am fully authorized to enter into and execute this declaration on behalf of the Amitim Funds.

4.      I understand that this class action lawsuit is brought on behalf of:

> All persons and entities other than Defendants SolarEdge Technologies, Inc. ("SolarEdge" or the "Company") and Zvi Lando, Ronen Faier, Lior Danziger, and J.B. Lowe, current or former officers and directors of SolarEdge, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or

1

had a controlling interest, who purchased or otherwise acquired SolarEdge securities between February 13, 2023 and October 19, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Defendants.

5.      As set forth in my certification and supplemental declaration filed in this action (ECF No. 34-3); the Amitim Funds purchased SolarEdge securities and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

6.      I understand that this action is now in the discovery phase.

7.      The Amitim Funds have communicated with counsel throughout this action.

8.      I understand that the Amitim Funds are moving to be appointed as class representatives in this action, along with Hachshara Insurance Company Ltd. and Javier Alcides Cascallar.

9.      I am aware that a class action lawsuit, like this one, is brought on behalf of not only the Amitim Funds, but also other shareholders that have been wronged in the same way during the Class Period. I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation. I understand that a class representative oversees the litigation and ensures that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members.

10.     The Amitim Funds are willing to serve as class representatives either individually or together with Hachshara Insurance Company Ltd. and Javier Alcides Cascallar. The Amitim Funds have acted to protect their own and the Class's interests in this action by retaining competent counsel. They are well aware of the extensive experience of proposed Class Counsel Pomerantz LLP in protecting shareholder rights and class action litigation.

11.     The Amitim Funds have diligently pursued the effective prosecution of this action.

Among other things, the Amitim Funds authorized the filing of the motion seeking to be appointed Lead Plaintiffs and reviewed the initial complaint, the amended complaint, the second amended complaint, the briefings of motions to dismiss, and the Court's related orders and opinions. The Amitim Funds have participated in discovery by serving written discovery requests and responding to the defendants' discovery requests. The Amitim Funds are also prepared to engage in further, appropriate document and deposition discovery, pursuant to the governing rules, any agreements among counsel and/or any rulings by the Court. The Amitim Funds have also participated in and overseen strategic decisions and has communicated regularly with counsel concerning case status, Court orders, litigation papers, the Plaintiffs' motion for class certification, to be appointed class representatives, and for the appointment of class counsel.

12.    The Amitim Funds continue to be fully committed to actively prosecuting the action in the best interest of the Class. The Amitim Funds continue to discharge their obligations to participate in this action by supervising this litigation and their counsel, and (to the extent necessary and appropriate) by producing responsive documents and being prepared to give testimony at deposition and at trial.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 16, 2025 at Tel-Aviv, Israel

_____
Nir Gavish

*On behalf of the Amitim Funds*

3