# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW  **CLASS ACTION** |
| THIS DOCUMENT RELATES TO:  *ALL ACTIONS* |  |

**DECLARATION OF JAVIER ALCIDES CASCALLAR IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT**
**OF CLASS REPRESENTATIVES AND LEAD COUNSEL**

I, Javier Alcides Cascallar, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I understand that I am named as a plaintiff in this litigation.

2.  I submit this declaration in support of the motion for class certification, to be appointed class representatives, and for the appointment of class counsel filed by the Court-appointed Lead Plaintiffs and me in this action.

3.  I understand that this class action lawsuit is brought on behalf of:

> All persons and entities other than Defendants SolarEdge Technologies, Inc. ("SolarEdge" or the "Company") and Zvi Lando, Ronen Faier, Lior Danziger, and J.B. Lowe, current or former officers and directors of SolarEdge, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest, who purchased or otherwise acquired SolarEdge securities between February 13, 2023 and October 19, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Defendants.

4.  As set forth in the certification I filed in an action related to this action, *see* Cert.,

1



*Cascallar v. SolarEdge Technologies, Inc. ("Cascallar")*, No. 1:23-cv-10847-GHW (S.D.N.Y. Dec. 13, 2023) (ECF No. 1-1), I purchased SolarEdge securities and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5. I understand that this action is now in the discovery phase.

6. I have communicated with counsel throughout the course of this action.

7. I understand that I am moving to be appointed as a class representative in this action, along with Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., and the Hadassah Workers Pension Fund Ltd. (collectively the "Amitim Funds") and Hachshara Insurance Company Ltd. ("Hachshara").

8. I am aware that a class action lawsuit, like this one, is brought on behalf of not only me, but also other shareholders that have been wronged in the same way during the Class Period. I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation. I understand that a class representative oversees the litigation and ensures that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members.

9. I am willing to serve as a class representative either individually or together with the Amitim Funds and Hachshara. I have acted to protect my own and the Class's interests in this action by retaining competent counsel. I am well aware of the extensive experience of proposed Class Counsel Pomerantz LLP in protecting shareholder rights and class action litigation.

10. I have diligently pursued the effective prosecution of this action. Among other things, I reviewed the initial complaint in *Cascallar*, the amended and second amended complaints in this action, the briefings of motions to dismiss, and the Court's related orders and opinions. I have participated in discovery by serving written discovery requests and responding

1



to the defendants' discovery requests. I am also prepared to engage in further, appropriate document and deposition discovery, pursuant to the governing rules, any agreements among counsel and/or any rulings by the Court. I have also participated in and overseen strategic decisions and has communicated regularly with counsel concerning case status, Court orders, litigation papers, the Plaintiffs' motion for class certification, to be appointed class representatives, and for the appointment of class counsel.

11.    I continue to be fully committed to actively prosecuting the action in the best interest of the Class. I continue to discharge my obligations to participate in this action by supervising this litigation and my counsel, and (to the extent necessary and appropriate) by producing responsive documents and being prepared to give testimony at deposition and at trial.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____, 2025 at _____, _____

OCTOBER 16

_____
Javier Alcides Cascallar

1