October 31, 2025

**Via ECF**

The Honorable Ona T. Wang, U.S.M.J
United States District Court
Southern District of New York
United States Courthouse
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312
(212) 805-0296

Re: *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748-GHW-OTW

The parties[1] to this action, through their respective counsel, write pursuant to the Court's June 4, 2025 order directing the parties to submit on the last business Friday of each month a joint letter apprising the Court on the status of discovery.  *See* ECF No. 91.

The parties advise as follows:

**STATUS OF DISCOVERY**

1. Identification of Custodians: The parties have agreed to a set of 14 custodians for Defendants' production, with Plaintiffs reserving all rights to seek additional custodians from Defendants, and Defendants reserving all rights to oppose that requests.

2. Identification of Search Terms: The parties have begun negotiating search terms for both parties' productions and anticipate being able to update the Court on negotiations over ESI search parameters in next month's status report.

3. The parties have certain disagreements related to their respective requests for production and are conferring regarding the same.  To the extent the parties have reached an impasse on any issues, they will notify the Court in the coming weeks or month.

---

[1] The parties are Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs") and SolarEdge Technologies, Inc. ("SolarEdge" or the "Company"), Zvi Lando ("Lando"), the Company's former Chief Executive Officer ("CEO"), Ronen Faier ("Faier"), the Company's former Chief Financial Officer ("CFO"), Lior Danziger, the Company's former Director of Investor Relations and Finance Operations, and J.B. Lowe, the Company's Head of Investor Relations (collectively, "Defendants").

October 31, 2025

Page 2

## STATUS OF MEDIATION

1. The parties have engaged a third-party mediator and scheduled an in-person mediation session for December 11, 2025.

The parties are available at the Court's convenience to discuss the contents of this status letter or to address any questions or concerns that the Court may have.

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brian Calandra*
Brian Calandra
Jeremy A. Lieberman
Guy Yedwab
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com
jalieberman@pomlaw.com
gyedwab@pomlaw.com

*Attorneys for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd.; Named Plaintiff Javier Alcides Cascallar; and the Class*

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Christopher Belelieu*
Christopher D. Belelieu
Nathan C. Strauss
Bethany J. Saul
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
cbelelieu@gibsondunn.com
nstrauss@gibsondunn.com
bsaul@gibsondunn.com

*Attorneys for Defendants*