December 19, 2025

**Via ECF**

The Honorable Ona T. Wang, U.S.M.J
United States District Court
Southern District of New York
United States Courthouse
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312
(212) 805-0296

Re: *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748-GHW-OTW

The parties,[1] through counsel, provide this status letter pursuant to the Court's order directing the parties to submit a status letter on the last business Friday of each month.  *See* ECF No. 91.

The parties advise as follows:

**STATUS OF DISCOVERY**

1. Document Productions:  Defendants will transmit a production of documents to Plaintiffs by early next week.  Defendants intend to continue rolling productions in January 2026.

2. Lead Plaintiff Depositions:   Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants have taken the deposition of each Lead Plaintiff and named plaintiff Javier Alcides Cascallar.  Defendants expressly reserved the right to hold each deposition open to the extent later-produced documents warrant additional deposition testimony.  Due to scheduling conflicts, the parties have rescheduled the deposition of Lead Plaintiffs' expert witness, Matthew Cain, to January 8, 2025.

---

[1] The parties are Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs") and SolarEdge Technologies, Inc. ("SolarEdge" or the "Company"), Zvi Lando ("Lando"), the Company's former Chief Executive Officer ("CEO"), Ronen Faier ("Faier"), the Company's former Chief Financial Officer ("CFO"), Lior Danziger, the Company's former Director of Investor Relations and Finance Operations, and J.B. Lowe, the Company's Head of Investor Relations (collectively, "Defendants").

3. <u>Requests for Production</u>: The parties continue to confer regarding certain aspects of their respective requests for production. The parties will notify the Court should they reach an impasse.

**STATUS OF MEDIATION**

1. The parties have engaged a third-party mediator. Mediation will take place on February 5, 2025.

The parties are available at the Court's convenience to discuss the contents of this status letter or to address any questions or concerns that the Court may have.

Respectfully submitted,

| **POMERANTZ LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By: <u>*/s/ Brian Calandra*</u><br>Brian Calandra<br>Jeremy A. Lieberman<br>Guy Yedwab<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>bcalandra@pomlaw.com<br>jalieberman@pomlaw.com<br>gyedwab@pomlaw.com | By: <u>*/s/ Christopher D. Belelieu*</u><br>Christopher D. Belelieu<br>Nathan C. Strauss<br>Bethany J. Saul<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>cbelelieu@gibsondunn.com<br>nstrauss@gibsondunn.com<br>bsaul@gibsondunn.com |
| *Attorneys for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd.; Named Plaintiff Javier Alcides Cascallar; and the Class* | *Attorneys for Defendants* |