**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------   X
                  :
IN RE SOLAREDGE TECHNOLOGIES,  :     No. 1:23-cv-09748-GHW
INC. SECURITIES LITIGATION        :
---------------------------------------------------------   :     **<u>CLASS ACTION</u>**
                  :
                  :
                  :
THIS DOCUMENT RELATES TO:     :
ALL ACTIONS                :
                  :
                  :
                  :
---------------------------------------------------------   X

**DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Christopher D. Belelieu, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP and counsel of record for Defendants SolarEdge Technologies, Inc., Zvi Lando, Ronen Faier, J.B. Lowe, and Lior Danziger in the above-captioned matter. As such, I am fully familiar with the facts and circumstances stated herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of SolarEdge's 2022 Form 10-K, dated February 22, 2022.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Mark Garmaise, dated January 16, 2026.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q4 2022, dated February 14, 2023.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q2 2023, dated August 1, 2023.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q1 2023, dated May 3, 2023.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0015708.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0017081.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0017707.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0005942.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of SolarEdge's Earnings Call for Q3 2023, dated November 2, 2023.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0012062.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0012066.

14.    Attached hereto as **Exhibit 13** is a true and correct copy of an HSBC analyst report, dated August 2, 2023.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of a Roth MKM analyst report, dated August 3, 2023.

2

16.    Attached hereto as **Exhibit 15** is a true and correct copy of the Brokerage Statement of Javier A. Cascallar, dated August 2, 2023.

17.    Attached hereto as **Exhibit 16** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_0012072.

18.    Attached hereto as **Exhibit 17** is a true and correct copy of a SolarEdge press release, dated October 19, 2023.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of a certified translation of the document produced bearing Bates No. Plaintiffs_0000044, with verification appended thereto.[1]

20.    Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of the December 16, 2025 Rule 30(b)(6) deposition of Roi Kadosh.

21.    Attached hereto as **Exhibit 20** is a true and correct copy of an S&P Capital IQ report as of September 30, 2025.

22.    Attached hereto as **Exhibit 21** is a true and correct copy of *MarketBeat* article "Mivtachim The Workers Social Insurance Fund Ltd. Under Special Management Grows Stake in SolarEdge Technologies, Inc. $SEDG," dated November 17, 2025.

23.    Attached hereto as **Exhibit 22** is a true and correct copy of a certified translation of the document produced bearing Bates No. Plaintiffs_0000003, with verification appended thereto.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt of the December 11, 2025 deposition of Adi Heller.

25.    Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt of the December 18, 2025 Rule 30(b)(6) deposition of Ronen Hirsch.

---

[1] Due to the size of this document, only one sheet of the entire Excel file is included.

3

26.     Attached hereto as **Exhibit 25** is a true and correct copy of a Citibank analyst report, dated October 23, 2023.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of a Morgan Stanley analyst report, dated October 19, 2023.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of a Wells Fargo analyst report, dated October 19, 2023.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of a Bank of America analyst report, dated October 20, 2023.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of a Roth MKM analyst report, dated October 20, 2023.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of a Barclays analyst report, dated October 19, 2023.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of a Goldman Sachs analyst report, dated October 20, 2023.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of an Oppenheimer analyst report, dated October 20, 2023.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of a transcript of Ronen Faier's August 8, 2023 statements at the Oppenheimer 26th Annual Technology, Internet & Communications Conference.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of a transcript of Lior Danziger's June 6, 2023 statements at the JPMorgan Energy, Power, & Renewables Conference.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of a transcript of Ronen Faier's September 6, 2023 statements at the Barclays CEO Energy-Power Conference.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of an excerpt of the January 8, 2026 deposition of Matthew Cain.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of the document produced bearing Bates No. SEDG-Shen_000333.

39.    Attached hereto as **Exhibit 38** is a true and correct copy of a Guggenheim analyst report, dated August 2, 2023.

40.    Attached hereto as **Exhibit 39** is a true and correct copy of a Bank of America analyst report, dated June 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2026 in New York, New York.

*/s/ Christopher D. Belelieu*
Christopher D. Belelieu

5