# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW |

**EXPERT REPORT OF MARK GARMAISE, Ph.D.**

January 16, 2026

# Table of Contents

I.    Qualifications ................................................................................................... 1

II.    Assignment and Compensation .......................................................................... 2

III.    Summary of Opinions ........................................................................................ 2

IV.    Background and Summary of Allegations .......................................................... 6

    A.    Alleged Misrepresentations ..................................................................... 6

        1.    Alleged Misrepresentations Regarding Strength of Demand in Europe 7

        2.    Alleged Misrepresentations Characterizing Inventory Levels as "Low" ...................................................................................................... 12

    B.    Alleged Corrective Disclosures .............................................................. 13

        1.    August 1, 2023 ........................................................................... 13

        2.    October 19, 2023 ....................................................................... 14

V.    Selected Background on SolarEdge and the Solar Industry ................................ 15

    A.    Overview of SolarEdge's Business in the Solar Industry ............................... 16

    B.    Developments in the European Solar Industry Prior to and During the Putative Class Period ........................................................................................ 18

        1.    The European Solar Industry Experienced Rapid Growth Before and During the Putative Class Period ....................................................... 18

        2.    Macroeconomic Conditions Changed During the Putative Class Period, and the European Solar Industry Experienced a Slowdown in Growth Toward the End of the Putative Class Period .............................................. 24

VI.    Proposed Damages Methodology by Plaintiffs' Expert Dr. Cain in This Case ........... 32

VII.    Dr. Cain Fails to Provide a Methodology That is Capable of Measuring Damages Consistent with Plaintiffs' Theory of Liability ............................................. 34

    A.    The Stock Price Declines Following the Alleged Corrective Disclosures Are Not Reliable Indicators of Earlier Inflation Attributed to Alleged Misrepresentations... ...................................................................................................... 37

    B.    Dr. Cain Fails to Provide a Methodology That Can Properly Account for Movements in Stock Prices Due to Industry-wide Factors .......................................... 41

    C.    Dr. Cain Fails to Provide a Methodology Capable of Evaluating the Impact of the Alleged Misrepresentations When the Alleged Corrective Disclosures Reflect the Materialization of Risk ........................................................................... 47

        1.    Dr. Cain Fails to Provide a Methodology That Can Measure Inflation in a Case Involving Materialization of Risk .................................................... 48

        2.    Dr. Cain Fails to Provide a Methodology Capable of Measuring Inflation Attributed to the Alleged Misrepresentations Rather Than the Materialization of Known Risks About Demand and Inventories in Europe .. 51

D.      Dr. Cain Fails to Provide a Methodology Capable of Disentangling the Impact of Contemporaneous Confounding Factors from the Alleged Misrepresentations .....59

E.      Dr. Cain Fails to Provide a Methodology That Can Measure the Impact of the Different Categories of Alleged Misrepresentations on Inflation.................................63

VIII.    Conclusion .................................................................................................................64

## I.    Qualifications

1.    I am a Professor of Finance at the Anderson School of Management at The University of California, Los Angeles ("UCLA Anderson"), and I hold the Joel Fried Chair in Applied Finance.  I joined UCLA Anderson's faculty in 2001 and received tenure in 2008.  From 2016 to 2018, I served as area head of Finance for UCLA Anderson, and I was the Senior Associate Dean for the Full Time MBA Program at UCLA Anderson during the 2014–2015 term.  I received my A.B. in Mathematics and Philosophy from Harvard College and my Ph.D. in Finance from Stanford University.  Prior to joining the faculty at UCLA Anderson, I was an Assistant Professor at the University of Chicago Graduate School of Business.

2.    I am an expert in the areas of corporate finance, valuation, entrepreneurship, real estate, and banking.  In my research, I have examined the role of information in financial markets and the financing of entrepreneurial firms.

3.    My research has been widely cited and published in several top-tier peer-reviewed academic journals, including *Review of Financial Studies*, *The Journal of Finance*, and *Quarterly Journal of Economics*.  I have served as an Associate Editor of *Review of Financial Studies* and *Journal of Law, Finance, and Accounting*.  I act as a referee for several academic journals, including *The Journal of Finance*, *Review of Financial Studies*, and *Journal of Financial Economics*.

4.    I have taught courses on Corporate Finance and Venture Capital and Private Equity at UCLA Anderson for over twenty years.  I have received numerous awards for my research and teaching, including the 2004 BGI Brennan Award for the best paper published in the *Review of Financial Studies*, the 2005 BGI Brennan Runner-up Award for the best paper published in the *Review of Financial Studies*, the 2007 Citibank Teaching Award for most outstanding MBA teacher, and the Best Paper Award in 2017 for my paper published in *The Review of Corporate Finance Studies*.

5.    A copy of my curriculum vitae is included as **Appendix A**.  A list of my testimony over the last four years is included as **Appendix B**.

## II.    Assignment and Compensation

6.    I have been engaged by counsel for SolarEdge Technologies, Inc. ("SolarEdge" or "the Company"), Zvi Lando, Ronen Faier, Lior Danziger, and J.B. Lowe (together with SolarEdge, "Defendants") to review and respond to certain opinions expressed in the Expert Report of Matthew D. Cain, Ph.D., dated October 17, 2025 (the "Cain Report").  Specifically, I have been asked to review and assess whether Dr. Cain has proposed a methodology that is capable of estimating damages on a class-wide basis consistent with Plaintiffs' theory of liability and that adequately addresses the relevant economic issues pertaining to the solar industry.

7.    In formulating my opinions, I have relied on my knowledge, prior experience, academic research and teaching on relevant topics, and formal training in economics and finance.  In performing my analyses, I have examined a variety of materials, including legal pleadings, academic literature, securities analyst and public press commentary, and other public data.  Additionally, I have reviewed produced documents that I understand from counsel were shown to SolarEdge's Board of Directors and discuss channel inventories in Europe or indicators of European demand.  A complete list of the materials I considered in forming my opinions is contained in **Appendix C**.

8.    I am being compensated at my standard billing rate.  My standard billing rate increased to $1,350 per hour on January 1, 2026.  Prior to this date, I was compensated at my then-standard billing rate of $1,200 per hour.  The staff of Cornerstone Research, who have worked at my direction, have assisted me in this matter.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

9.    My work on this matter is ongoing, and I reserve the right to modify or supplement my opinions in the event that I become aware of additional facts, information, or contentions of the parties or any witnesses.

## III.    Summary of Opinions

10.    Plaintiffs allege that certain of Defendants' statements regarding demand and inventory levels in Europe "artificially inflated" SolarEdge's common stock from February

13, 2023 to October 19, 2023 (the "Putative Class Period").[1] According to Plaintiffs, the "truth underlying these misstatements began to emerge" on August 1, 2023 and October 19, 2023, thus resulting in "[t]he price of the Company's securities significantly declin[ing]" and "causing investors' losses."[2]

11.    As explained in the Company's filings with the Securities and Exchange Commission ("SEC"), SolarEdge designs and manufactures components used in photovoltaic ("PV") systems. During the year leading up to the Putative Class Period, based on my review of securities analyst reports and relevant data, geopolitical conflict in Europe resulted in increased energy price volatility and new government policies incentivizing PV system uptake. Thanks to these developments, securities analysts noted that payback periods for PV systems (*i.e.*, the time it takes a user to earn back the cost of installing the system in avoided energy costs) decreased substantially in Europe, making PV systems more attractive to consumers. As demand for PV systems increased in Europe, SolarEdge experienced record revenues every quarter between Q2 2021 and Q2 2023.

12.    Early in the Putative Class Period, securities analysts expressed optimism that demand for PV systems would remain elevated through 2023. During the Putative Class Period, however, the macroeconomic conditions that propelled the strong growth of the European solar industry changed, with securities analysts noting that growth in Europe was slowing. After an industry conference in June 2023, securities analysts expressed concerns about the outlook for Europe, citing the potential downside risk posed by the changing macroeconomic environment and rising channel inventories. As growth in the European solar industry softened in mid-2023, financial performance and stock prices for solar companies with exposure to this market declined.

13.    Dr. Cain opines in his report that he can calculate damages on a class-wide basis using the "out-of-pocket" damages approach.[3] The reference to the "out-of-pocket" damages approach, however, is not a guarantee that one can put forth a methodology to reliably

---

[1] Second Consolidated Amended Complaint for Violations of the Federal Securities Laws, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, January 3, 2025 ("Complaint"), p. 1, ¶ 135. The Complaint identifies several categories of statements alleged to be false or misleading, but I understand that the Court has determined that only two categories of these alleged misstatements remain actionable, namely (i) statements regarding "strong" demand in Europe, and (ii) statements characterizing inventory levels in Europe as "low." Memorandum Opinion & Order, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, December 4, 2024 ("First Order on Motion to Dismiss"), p. 33; Memorandum Opinion & Order, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, April 6, 2025 ("Second Order on Motion to Dismiss"), p. 28.
[2] Complaint, ¶¶ 197, 211, 231.
[3] Expert Report of Matthew D. Cain, October 17, 2025 ("Cain Report"), ¶ 3.d.

measure damages in this matter, and Dr. Cain's report fails to sufficiently articulate a methodology for calculating artificial inflation in a manner consistent with Plaintiffs' theory of liability. As I explain below, to the extent Dr. Cain is suggesting that artificial inflation could be measured using the stock price declines following the alleged corrective disclosures, Dr. Cain faces significant challenges in calculating artificial inflation due to the particular conditions facing the solar industry during the Putative Class Period.

14. *First*, Dr. Cain states that his calculation of artificial inflation would begin with the residual stock price declines measured by his event study. Dr. Cain does not provide, however, any support for the critical assumption that the price impact of the information revealed on the alleged corrective disclosure dates provides a reliable indication of the price impact of a hypothetical corrective disclosure occurring earlier in the Putative Class Period. Internal documents I have reviewed show that information available to the Company's Board regarding channel inventory levels in Europe was consistent with the Company's statements about European channel inventory on March 28, 2023 and May 3, 2023. Further, Dr. Cain does not address how he would assess what disclosures, if any, the Company could have made about "weak" demand in Europe earlier in 2023 given the Company experienced record revenues in both Q1 and Q2 2023 and internal board documents show that (1) new bookings increased in Q1 2023 and (2) sell-through was generally stable across both residential and commercial/industrial European distributors during the first half of 2023 and higher than sell-through levels observed in the prior year. Dr. Cain fails to account for the possibility that there might not have been inflation at various earlier points in time to the extent that what the Company could have disclosed about European demand and channel inventory levels was no different from the actual disclosures it made.

15. *Second*, academic literature suggests that when an industry-wide shock is primarily revealed to the market through the announcements of that industry's constituents, it may be challenging for investors to disentangle firm-specific information from industry-wide information that is incorporated in firms' announcements. Given the negative shock to the solar industry in the second half of 2023 and the observed repeated negative surprises announced in earnings releases by solar companies with European operations besides SolarEdge, the results of an event study on SolarEdge stock must be interpreted carefully in disentangling the portion of the Company's residual return attributed to this industry-wide shock as opposed to firm-specific announcements. In relying on the stock price declines following the alleged corrective disclosures, Dr. Cain fails to provide a methodology for

measuring alleged artificial inflation that can properly account for price movements stemming from the shock experienced by the solar industry in 2023.

16.     *Third*, Plaintiffs allege that Defendants concealed risks about SolarEdge, but the residual stock price declines measured by an event study following the materialization of an uncertain outcome do not, on their own, measure the economic value of the outcome before its materialization. This is because the stock price reaction to a but-for disclosure of the risk of an uncertain outcome (*i.e.*, inflation stemming from the concealed risk of that outcome) is not equal to the stock price reaction to the materialization of that outcome. Moreover, both prior to and during the Putative Class Period, securities analysts covering SolarEdge and the solar industry noted risks that growth in the European solar industry might soften and SolarEdge's performance might consequently be impacted. Likewise, SolarEdge itself disclosed these risks to investors in its SEC filings. Dr. Cain has not proposed a damages methodology capable of measuring the artificial inflation associated with the alleged misrepresentations, rather than materialization of the known risk that European demand would decline and inventories would rise.

17.     *Fourth*, Dr. Cain acknowledges that he would need to account for confounding information when using the residual returns from his event study to back-cast artificial inflation, but he does not explain how he would isolate the allegation-specific portions of the residual drops beyond making generic mention to several tools in financial economics. For example, on the August 1, 2023 earnings conference call containing the alleged corrective disclosures, securities analysts also commented on negative developments affecting SolarEdge's United States operations. Dr. Cain provides no indication of how he would identify the portion of the subsequent stock price decline that was due to a correction of the alleged misrepresentations about demand and inventories in Europe rather than confounding information regarding the United States market. Dr. Cain thus fails to provide a methodology that is capable of disaggregating the impact of confounding information from the impact of the alleged misrepresentations.

18.     *Fifth*, Dr. Cain does not explain how he would address the challenges in calculating artificial inflation via back-casting if the fact-finder dismisses some of the alleged misrepresentations.

19.     Given the issues discussed above, Dr. Cain fails to provide a methodology capable of reliably measuring damages in this matter.

## IV.     Background and Summary of Allegations

20.     Plaintiffs allege that certain of Defendants' statements "artificially inflated or artificially maintained the price of SolarEdge's publicly traded common stock" from February 13, 2023 to October 19, 2023.[4]  Plaintiffs further allege that the "truth underlying these misstatements began to emerge" on August 1, 2023 and October 19, 2023,[5] thus resulting in "[t]he price of the Company's securities significantly declin[ing]" and "causing investors' losses."[6]  The price and trading volume of SolarEdge common stock during and surrounding the Putative Class Period is illustrated in **Exhibit 1**.

### A.     Alleged Misrepresentations

21.     The Complaint identifies several categories of statements alleged to be false or misleading.[7]  I understand that the Court has determined that only two categories of these alleged misstatements remain actionable, namely (i) statements from February to October 2023 regarding "strong" demand in Europe, and (ii) statements in March and May 2023 characterizing inventory levels in Europe as "low."[8]  Specifically, according to the Second Order on Motion to Dismiss, the allegations were that "during the Class Period, demand in Europe was weak," and that "Defendants' statements regarding 'strong' demand in Europe were false;"[9] and that "Defendants knowingly misrepresented inventory levels at SolarEdge's distributors."[10]

---

[4] Complaint, p. 1, ¶ 135 ("[Defendants'] statements artificially inflated or artificially maintained the price of SolarEdge's publicly traded common stock and operated as a fraud or deceit on all persons or entities who purchased or otherwise acquired those securities during the Class Period.").
[5] Complaint, ¶¶ 197, 211.
[6] Complaint, ¶ 231.
[7] Complaint, Section VI.
[8] First Order on Motion to Dismiss, p. 33 ("Plaintiffs have adequately stated claims for Section 10(b) and Section 20(a) liability with respect to the statements by Defendants Lando and Faier that inventory levels in 2023 were low."); Second Order on Motion to Dismiss, p. 28 ("Plaintiffs have adequately stated claims for Section 10(b) and Section 20(a) liability with respect to the statements by the Individual Defendants that inventory levels in 2023 were low and that demand in Europe in 2023 was strong.").  The Complaint categorizes the statements about "low" inventories as "[m]isrepresentations [c]oncerning [c]hannel [i]nventory [l]evels in Europe."  Complaint, ¶ 155 ("Defendants repeatedly assured investors that 'channel inventories' in Europe, or inventories at SolarEdge's European customers, were low, which indicated strong demand for the Company's products in that region.").
[9] Second Order on Motion to Dismiss, pp. 16–17.
[10] Second Order on Motion to Dismiss, p. 10.

**1.    Alleged Misrepresentations Regarding Strength of Demand in Europe**

22.    Plaintiffs allege that "[t]hroughout the Class Period, Defendants misrepresented to investors that demand for SolarEdge's products in Europe was strong even though they knew or recklessly disregarded that demand was declining."[11]  Plaintiffs allege that these statements were false and misleading because "Defendants knowingly or recklessly failed to disclose that demand in Europe was falling, channel inventory levels at European distributors were high because of the Company's practice at the end of fiscal quarters of forcing customers to take delivery of unneeded products so that the Company could meet its revenue goals …, and, as a result, there was a material undisclosed risk that customers would cancel orders and SolarEdge's revenues would plummet."[12]

23.    According to the Complaint, these misrepresentations were:

> **2/13/23:**  [D]uring the 2022 Earnings Call, Lando touted, '[f]rom a demand and inventory point of view, *we continue to see very strong demand from Europe for all products and relatively low inventory levels in the channel*.'  Later during the 2022 Earnings Call, analyst Alex Vrabel of Bank of America Merrill Lynch followed up by asking, '[w]hat do you expect for European growth here in 2023?' and Lando responded, '*in many cases, we see that the demand is far exceeding our ability to manufacture and deliver*.'[13]

> **2/13/23:**  Also on the 2022 Earnings Call, Philip Shen, an analyst from Roth Capital Partners asked, 'I know you just talked about how you can't quantify the '23 outlook for Europe.  But I was wondering if you could talk through the trends you might be seeing by quarter.  Are you seeing any signs of a slowdown?'  Lando responded:  *[T]o a large extent, our 2023 in Europe will be similar to the condition we were in in 2022, which is more dependent on our ability to produce the volumes than the demand*.  I can give you an indicator which is true for the company as a whole, but it's most pronounced in Europe, that our current backlog for 2023 is well above what we delivered in 2022 globally and in particular, in Europe.  So, *as far as we can see, the [Europe] market is – the demand is good, and the market is strong, and we are ramping production to meet demand*.'[14]

---

[11] Complaint, ¶ 166.
[12] Complaint, ¶ 183.
[13] Complaint, ¶ 167 (emphasis in original).
[14] Complaint, ¶ 168 (emphasis in original).

**3/13/23:**  On March 13, in a talk with analysts at the ROTH Conference, Danziger, speaking on behalf of the Company as its Director of Investor Relations and Finance Operations, touted Defendants' expectations for SolarEdge's performance in Europe in 2023, stating, '***it's definitely the case that [Europe] will probably be the fastest-growing geographies for us … [w]e're definitely looking ahead toward a very healthy and robust year in Europe again***.'  Later in the talk, Danziger not only reiterated that '***we're expecting extremely healthy and robust demand in Europe***,' he also emphasized that prior sales in Europe had been held down by supply chain constraints, and thus sales in the second half of 2023 would be stronger: '***we're working very hard on solving those couple of bottlenecks that we have to solve.  And then we can probably -- and I would say somewhere towards the second half of the year, we should expect some relief coming***.'[15]

**3/28/23:**  On March 28, 2023, Faier participated in an interview with an analyst at the Wells Fargo Clean Energy Symposium ('Wells Symposium').  During the Symposium an analyst observed, 'I think you had a 6-month backlog [in Europe],' and asked, 'Where does that stand today. …  [M]aybe talk through like lead times you have in Europe right now and where that – where do you think that's going?'  Faier responded, '***the situation is that … the demand is – continues to be very strong.  And I think that today, most dynamics are related to the – more to the ability to supply rather than the demand***.'  Faier even went so far as to attribute this purportedly 'booming' demand in Europe to '***the combination of relatively low interest rate environment … plus the fact that electricity prices hiked***.'[16]

**5/3/23:**  Later in the Q1 2023 Call, Faier touted that the 'vast majority' of SolarEdge's batteries 'continue to be shifted to Europe, ***driven by the strong adoption and demand for our three-phase solution***.'[17]

**5/3/23:**  Analysts participating in the Q1 2023 Call also asked Lando and Faier directly about SolarEdge's prospects in Europe.  Brian Lee, an analyst from Goldman Sachs, stated, ['t]here's been more and more chatter, I feel like, to start the year around the potential slowdown in that region [Europe].'  Rather than disclose the truth, Lando responded, '***we don't see right now a change in the pattern of demand in the market in Europe. … [a]nd we don't see, at least until now any change in the dynamic and the market continues to be strong***.'[18]

---

[15] Complaint, ¶ 169 (emphasis in original).
[16] Complaint, ¶ 170 (emphasis in original).
[17] Complaint, ¶ 171 (emphasis in original).
[18] Complaint, ¶ 172 (emphasis in original).

**5/3/23:** Later in the Q1 2023 Call, Deutsche Bank analyst Corinne Blanchard said, 'I want to go back on the European market and try[] to get a sense on expectation in 2Q and 3Q versus the first quarter,' and asked, '[c]an we expect the same growth in the same cadence there?' Lando responded that the European residential market and C&I markets were 'three-phase based,' which meant that '***growth is less dependent on demand. It's more dependent on our ramp of manufacturing, which I mentioned, will take us another couple of quarters until we're at a full scale of matching the supply to demand***.' Moments later, in response to a follow-up question from Blanchard about the United States, Lando reiterated, '***[i]n Europe, the situation is more dependent on our supply and our intent is to continue and increase capacity of three-phase residential inverters. So the outlook is for likely growth***.'[19]

**6/21/23:** Several weeks later, on June 21, 2023, Danziger participated in a talk with analysts at the JPM Conference. JPMorgan analyst Mark Strouse began the talk by asking Danziger, '[c]an you just kind of give us the latest and greatest in what you're seeing in Europe? And I think especially in light of some of the kind of – some of the third-part forecasts that have come out for some flattening in the market?' Danziger responded by denying that there were any changes in demand in Europe: [W]hat we're still seeing and observing in Europe is not so much different than what we mentioned after our last earnings. … ***we're still looking at very healthy demand across the board in the markets and in the segments***. … But overall, and including both residential and commercial, ***we're still looking at a very healthy demand in Europe. And this would probably still be the fastest growing geographies for us in 2023***.'[20]

**6/21/23:** Strouse immediately followed up by asking 'do you think that, that is a function of the overall market growing still? Or is that kind of more share gains, do you think, or new customers, new geographies?' Danziger responded: I think it's a combination of all … it's still a very attractive economic investment to do to install a solar system in Europe and ***we're still seeing driving very strong demand on the residential front. On the C&I side, there's this layer of ESG-driven demand that we're seeing more and more corporations are starting to take their net zero emissions journey***. And usually, to start with the solar system is a fairly good step to start with.'[21]

**8/1/23:** On the Q2 2023 Call, Defendants acknowledged that SolarEdge's customers were experiencing high inventory levels, contrary to their repeated prior assurances channel inventory levels

---

[19] Complaint, ¶ 173 (emphasis in original).
[20] Complaint, ¶ 174 (emphasis in original).
[21] Complaint, ¶ 175 (emphasis in original).

were low.  To try to soften the blow, and to prop up the Company's share price, Lando emphasized, however, that the high inventory levels did not reflect declining demand for the Company's products and that distributors were overreacting by 'going to a – on the overall offering to low levels of inventory *that are maybe lower than those that they would normally carry in this type of a period, especially because the overall demand is still high* . … the market is very active.  *Installations are up and demand for equipment is strong*.'  Lando further assured investors that '*[i]n Europe, installation rates continue to be high in both residential and commercial*' and '*our growth in Europe in the second quarter was very strong*.'[22]

**8/1/23:**  On the Q2 2023 Call, in response to a question from Philip Shen, a ROTH MKM analyst, Faier reiterated that demand for solar products remained strong, stating that '[w]e've been and we've seen through various stages of the solar market.  *We do not see this stage, as well the case in German, let's say, or Europe in 2013 when the market disappeared.  Again, we see it more of a correction rather than a crisis that's going around overall*.'[23]

**8/1/23:**  During the question-and-answer period of the Q2 2023 Call, Faier further emphasized that '*when we are looking at the point-of-sale data of how much is being sold from the channels, we see record levels over the last two quarters that, to our understanding, are continuing, which means that in that case, the demand is there*.'[24]

**8/8/23:**  A week later, on August 8, 2023, at the Oppenheimer Conference, Faier touted the demand for SolarEdge products in Europe, stating:  Europe is growing only 30% to 40% year-over-year. It depends on the country, of course.  Europe is made out of many countries.  *And therefore, we still see very strong underlying demand for -- last quarter, for example, we get from our channels and distributors what we call point-of-sale data, is showing how much we're selling out of the channels.  We're talking about record high numbers that we haven't seen before*.  That in some cases, even for our products are close to 100% just compared to about a quarter ago. So the underlying demand is very strong, although not as strong as everyone thought.'[25]

**9/6/23:**  A month later, on September 6, 2023, Faier participated in a question-and-answer session with analysts at the Barclays Conference. Rather than acknowledge that SolarEdge's European customers were cancelling orders, trying to push orders into future quarters, and

---

[22] Complaint, ¶ 176 (emphasis in original).
[23] Complaint, ¶ 177 (emphasis in original).
[24] Complaint, ¶ 179 (emphasis in original).
[25] Complaint, ¶ 178 (emphasis in original).

refusing to take additional products because of declining demand, Faier told attendees that, in 2022, SolarEdge, '*directed a lot of our shipments to Europe, which by the way turned to be a relatively good move given the fact that we see Europe growing relatively quickly right now*.'[26]

**9/6/23:**  Moments later, the analyst hosting the talk observed, 'I think the market was generally a little surprised at your comments around the Europe kind of inventory for both the inverters and batteries' on the Q2 2023 Call, and asked '[s]o now that it has been a couple of months, can you give us an update on what you're seeing here today?' Faier responded:  I'll start by saying that *nothing changed from our call* with only colors being a little bit more vivid in where do we see things happening.  So starting from the underlying demand, *the underlying demand in Europe continues to be strong and continues to be very great. …  I can tell you that in both cases, we see a very nice uplift in all of Europe … we see it almost everywhere*.  It's a very good underlying demand, not as good as we thought.'[27]

**9/6/23:**  On September 6, 2023, Faier appeared at the Barclays Conference, where he attributed surplus channel inventories to the 'past 2 years' experience of [distributors] not being able to get all of the products that they wanted,' and thus distributors had 'simply overstocked, not just compared to the amount of revenues, but also because they thought that maybe they will not be able to get more products.  This resulted in a situation where although we see record high sell-through every month, we see that the channels are relatively packed,' but '*the underlying market in Europe is growing and growing very nicely*.'[28]

**9/21/23:**  On September 21, 2023, Lowe attended a question-and-answer session with analysts at the KeyBanc Symposium.  During the symposium, KeyBanc analyst Sophie Ksenia Karp ('Karp') asked Lowe to comment on the 'current inventory cycle'—'something [Lowe] probably get[s] asked a lot'—and provide 'incremental color since the last time you probably spoke about this.' Lowe responded that nothing had changed, touting to attendees that '[t]he situation that European distributors have in terms of having too much inventory … especially on solar panels, which is the largest cost component of the solar system. … [i]s a real problem for them' because solar panel prices had fallen, even though European '*underlying demand for solar is very, very strong*.' Lowe continued, '*like the data we see from our*

---

[26] Complaint, ¶ 180 (emphasis in original).
[27] Complaint, ¶ 181 (emphasis in original).
[28] Complaint, ¶ 192 (emphasis in original).

*distributors is continuing to show significant growth in terms of sell-through into Europe*.'[29]

### 2.    Alleged Misrepresentations Characterizing Inventory Levels as "Low"

24.    Plaintiffs allege that "[d]uring the first half of the Class Period, from February 13, 2023, to August 1, 2023, Defendants repeatedly assured investors that 'channel inventories' in Europe, or inventories at SolarEdge's European customers, were low" despite knowing that "channel inventory levels in Europe at this time were high because of declining demand and the Company's practice at the end of fiscal quarters of forcing customers to take delivery of unneeded products so that SolarEdge could meet its revenue goals."[30]  Plaintiffs further allege that the Company's statements "concealed the material risk that customers would start cutting, cancelling, or pushing orders out into later quarters, which would cause the Company's revenues to plummet."[31]  According to the Complaint, these misrepresentations were:

> **3/28/23:**  [O]n March 28, 2023, during the Wells Symposium, Faier assured investors that channel inventory in Europe was low.  When asked about backlog and lead times for SolarEdge products, Faier touted, "*when we are looking at the inventory on hand, when it comes to our distributors, the channels are pretty, I would say, low on inventory in most cases*."[32]
>
> **5/3/23:**  [D]uring the Q1 2023 Call on May 3, 2023, analyst Philip Shen of ROTH Capital Partners observed, based on Defendants' prior statements, that channel inventory in the U.S. was "heavy" (i.e., overstocked), while channel inventory in Europe was "tight" (i.e., understocked).  Shen then asked, "[d]o you expect massive destocking at some point?  Just talk us through what you're seeing with the channel?"  Rather than disclosed the truth, Lando reinforced Shen's misconception, and said, "in Europe, *we actually see low [channel] inventory days on hand*," and "not only … [do] we see that *the level of [channel] inventory is relatively not high, but it's actually that we see record sellout of products coming from the distribution channels*."[33]

---

[29] Complaint, ¶ 182 (emphasis in original).
[30] Complaint, ¶ 155.
[31] Complaint, ¶ 155.
[32] Complaint, ¶ 156 (emphasis in original).
[33] Complaint, ¶ 157 (emphasis in original).

B.    Alleged Corrective Disclosures

25.    Plaintiffs allege that the "truth underlying these misstatements began to emerge" on two occasions during the Putative Class Period, August 1, 2023 and October 19, 2023.[34]  In this section, I discuss the alleged corrective disclosures.

1.    August 1, 2023

26.    On August 1, 2023, SolarEdge held its Q2 2023 earnings call after markets closed. According to Plaintiffs, Mr. Lando "informed analysts and investors [during the call] that '[t]he solar market is going through a transition, emerging from the recent period of component shortages, high energy prices, and rapid growth to one now impacted by higher interest rates and excess inventory.'"[35]  Plaintiffs claim that this statement revealed to investors that "European solar markets and demand had been weak all along."[36] Plaintiffs further claim that Mr. Lando qualified his statement in noting "that the 'strength[] in the [European] market' was only 'somewhat more moderate than what was anticipated heading into 2023.'"[37]

27.    Plaintiffs also claim that Mr. Lando disclosed "that the Company's distribution channels in Europe were 'experiencing higher-than-optimal inventory levels, especially as it relates to solar modules" and that Mr. "Lando went on to state that although '[d]uring the recent period of shortages and expectations for high growth, distributors placed large orders for modules and inverters in order to ensure stability of supply to support the growing demand,'… 'growth in demand has tapered off [and] distributors are taking a more cautious approach in order to better manage their cash flow."[38]

28.    Plaintiffs also allege that "during the Q2 2023 [Mr.] Faier disclosed that the Company's guidance for the third quarter of 2023 predicted that quarterly solar revenues would decline from $947.4 million in Q1 2023 to between $850 million and $890 million, and gross margins would decline from 34.7% to between 30% and 33%."[39]

---

[34] Complaint, ¶¶ 197, 211.
[35] Complaint, ¶ 197 (emphasis removed).
[36] Complaint, ¶ 197.
[37] Complaint, ¶ 198.
[38] Complaint, ¶ 198.
[39] Complaint, ¶ 203.

29.    The Complaint states that "the Company's share price … fell $43.96 per share, or 18.3%" on the following date due to this news.[40]

30.    In addition to the disclosures referenced in the Complaint, during the Q2 2023 earnings call, the Company also disclosed a "decrease in revenue in the United States and the Rest of the World."[41]  Regarding the United States residential market, Mr. Lando stated that "[t]he combination of higher interest rates and the new net metering 3.0 regime in California [] led to a decrease in demand" and that "inventories of [their] product in the various channels [were] higher than normal as they were built in anticipation of substantial market growth that did not materialize."[42]  Regarding the "Rest of the World" (which excludes the United States and Europe), Mr. Lando disclosed that "some countries [were] experiencing headwinds due to a higher interest rate."[43]  During the earnings call, the Company also lowered guidance for Q3 2023 gross margins due to an increase in shipments of products "carrying the lowest gross margins of our inverters compared to any other product except for batteries" and greater reliance on air shipments that were "very expensive."[44]

### 2.    October 19, 2023

31.    On October 19, 2023, SolarEdge issued a press release announcing its preliminary financial results for Q3 2023 after markets closed.  Plaintiffs allege that, on this day, "the truth underlying Defendants' misrepresentations … fully emerged, and the material undisclosed risk that the Company's revenues would precipitously decline when customers were forced to cancel, push out, or reduce their orders of SolarEdge's products … fully materialized."[45]

32.    According to the Complaint, "[i]n the press release … the Company stated:"[46]

> 'During the second part of the third quarter of 2023, *we experienced substantial unexpected cancellations and pushouts of existing backlog from our European distributors*,' said Zvi Lando, Chief Executive Officer of SolarEdge.  '*We attribute these cancellations and pushouts to higher than expected inventory in the channels* and slower than expected installation

---

[40] Complaint, ¶ 209 (emphasis removed).
[41] "Edited Transcript Q2 2023 SolarEdge Technologies Inc Earnings Call," *Refinitiv Streetevents*, August 1, 2023 ("SolarEdge Q2 2023 Earnings Call"), p. 3.
[42] SolarEdge Q2 2023 Earnings Call, p. 3.
[43] SolarEdge Q2 2023 Earnings Call, p. 4.
[44] SolarEdge Q2 2023 Earnings Call, p. 10.
[45] Complaint, ¶ 211.
[46] Complaint, ¶ 211 (emphasis in original).

rates.  In particular, installation rates for the third quarter were much slower at the end of the summer and in September where traditionally there is a rise in installation rates.'

*As a result, third quarter revenue, gross margin and operating income will be below the low end of the prior guidance range.  Additionally, the Company anticipates significantly lower revenues in the fourth quarter of 2023 as the inventory destocking process continues.*

*** 

*Third quarter revenue is now expected to be in the range of $720 million to $730 million, compared to the previous expectation of $880 million to $920 million.*

33.     The information disclosed by the Company on that date is limited to the press release above.[47]  The Complaint states that "the Company's share price fell $31.08 per share, or 27.2%" on the following date due to this news.[48]

## V.     Selected Background on SolarEdge and the Solar Industry

34.     Dr. Cain concludes that he can calculate damages in a manner consistent with Plaintiffs' theory of liability without addressing the economic context of SolarEdge and the broader European solar industry during the Putative Class Period,[49] even though this context is an important economic consideration in putting forth a reliable methodology to measure artificial inflation.  As I explain in this section, securities analysts documented that in the year leading up to the Putative Class Period, geopolitical conflict and favorable macroeconomic conditions in Europe sparked rapid growth in the European solar industry.  In conjunction with the rapid growth experienced by the solar industry in Europe, SolarEdge experienced record revenues every quarter between Q2 2021 and Q2 2023.  During the Putative Class

---

[47] The only financial information disclosed in the October 19, 2023 press release that the Complaint does not cite is the Company's revised ranges for Q3 2023 GAAP and Non-GAAP gross margin and operating income, as well as the Company's clarification that the "adjusted guidance [was] unrelated to the tragic events that [] unfolded in Israel." *See* Business Wire Press Release, "SolarEdge Announces Preliminary Financial Results; Will Announce Financial Results for the Third Quarter 2023 on Wednesday, November 1, 2023," October 19, 2023, available at https://www.businesswire.com/news/home/20231019170033/en/SolarEdge-Announces-Preliminary-Financial-Results-Will-Announce-Financial-Results-for-the-Third-Quarter-2023-on-Wednesday-November-1-2023.
[48] Complaint, ¶ 215.
[49] Deposition of Matthew Cain, Ph.D., January 8, 2026 ("Cain Deposition"), 149:17–150:8 ("Q. Did you look at any trends affecting the solar industry generally prior to and during the proposed class period?  A. I do recall the Complaint talking about analysts' questions that may have come up based on their assessment of industry trends and concerns that they may have had, and that the company was providing reassuring answers to those. So, I do recall the Complaint talking about that topic as part of my review.  Q. So beyond the allegations in the Complaint, did you review any trends related to the solar industry either prior, during or after the class period?  A. Not outside the Complaint, no.").

Period, however, the macroeconomic conditions that propelled the strong growth of the European solar industry changed, and securities analysts later noted that growth in Europe was slowing. As growth declined in mid-2023, the financial performance and stock prices for solar companies with exposure to the European market deteriorated.

A.     Overview of SolarEdge's Business in the Solar Industry

35.     According to the Company's SEC filings, SolarEdge manufactures components of PV systems,[50] which are used to generate solar electricity.[51] SolarEdge primarily sells two types of components of PV systems, namely power optimizers and inverters. Power optimizers manage the settings of individual modules in a PV system to maximize the electric power generated by the system.[52] Inverters are devices that convert the flow of electricity from direct current ("DC"), as generated by the PV system, to alternating current ("AC"), for residential use or transmission to the grid.[53] Collectively, sales of power optimizers and inverters accounted for 73%–87% of SolarEdge's revenues between 2020 and 2023.[54] The rest of SolarEdge's revenue was derived from a line of batteries for PV systems—first introduced in 2021 and which had grown to approximately 13% of revenues by 2023—and software and smart energy management solutions.[55] Securities analysts following SolarEdge noted that demand for PV system components, such as inverters, optimizers, or batteries that SolarEdge manufactures, is correlated with demand for PV systems.[56]

---

[50] SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2022, Filed on February 22, 2023 ("2022 10-K"), p. 1.

[51] The basic unit of a PV system is the PV cell. PV cells are small semiconductor devices that convert sunlight into electrical energy. PV cells are chained together in "modules" or "panels." *See* "Solar Photovoltaic Technology Basics," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/solar-photovoltaic-technology-basics; "Photovoltaic Cell and Module Design," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/photovoltaic-cell-and-module-design ("A single PV device is known as a cell, and these cells are connected together in chains to form larger units known as modules or panels.").

[52] 2022 10-K, p. 1 ("Our Power Optimizers provide module-level Maximum Power Point Tracking or MPPT, and real-time adjustments of current and voltage to the optimal performance level of each individual PV module. This enables each PV module to continuously produce its maximum power potential independent of other modules in the same string, minimizing module mismatch and partial shading losses.").

[53] 2022 10-K, p. 4 ("Our DC-to-AC inverters contain sophisticated digital control technology with efficient power conversion architecture resulting in superior solar power harvesting and high reliability."); "Solar Photovoltaic System Design Basics," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/solar-photovoltaic-system-design-basics ("Inverters are used to convert the direct current (DC) electricity generated by solar photovoltaic modules into alternating current (AC) electricity, which is used for local transmission of electricity, as well as most appliances in our homes.").

[54] SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 26, 2024 ("2023 10-K"), p. F-57; 2022 10-K, p. F-53.

[55] 2022 10-K, p. 4, F-53; 2023 10-K, p. F-57.

[56] *See, e.g.*, "Leaning into Europe/C&L as US Resi Remains Cloudy, 4Q Beat & In-Line Guide - Reiterate Buy/$370PT," *Truist Securities*, February 13, 2023, p. 6 ("Demand for SEDG's inverter products is directly correlated to demand for solar energy systems. To the extent this demand decreases, solar suppliers such as SEDG could be adversely impacted.").

36.     From a geographic perspective, Europe and the United States were SolarEdge's largest markets in terms of revenue during 2020 to 2023, with Europe being the larger of the two.  As shown in **Exhibit 2**, Europe accounted for 43%–64% of SolarEdge's revenue during this period.  Approximately two-thirds of SolarEdge's European revenue traced to three jurisdictions—Germany, the Netherlands, and Italy.[57]  The United States accounted for 36%–42% of SolarEdge's revenues between 2020 and 2022, but its share declined to 26% in 2023.

37.     SolarEdge's products are used in PV systems targeted at both the residential market and the commercial and industrial ("C&I") market.[58]  During the Putative Class Period, the C&I market was SolarEdge's largest market, with commercial products accounting for 58%–66% of SolarEdge's megawatts ("MW") shipped during Q1 2023 to Q3 2023.[59]

38.     SolarEdge does not sell its products directly to end users; rather its products are sold "indirectly to thousands of solar installers through large distributors and electrical equipment wholesalers and directly to large solar installers and engineering, procurement, and construction firms."[60]  Its "customers include leading providers of solar PV systems to residential and commercial end users, key solar distributors, and electrical equipment wholesalers."[61]  Distributors in particular are an important channel for SolarEdge,[62] with its top 3 distributors (which were also its three largest customers) accounting for 34.8% of the Company's revenues in fiscal year 2022.[63]

39.     As SolarEdge depends primarily on wholesale distribution channels, according to Mr. Faier, SolarEdge's Chief Financial Officer ("CFO"), SolarEdge relies on "point of sale data that [it] see[s] coming out from [] distributors" to "analyze the business and see where [it is]

---

[57] *See* Workpaper 1.

[58] 2022 10-K, p. 1.

[59] "Edited Transcript Q1 2023 SolarEdge Technologies Inc Earnings Call," *Refinitiv Streetevents*, May 3, 2023 ("SolarEdge Q1 2023 Earnings Call"), p. 5 ("58% of the megawatt shipments this quarter were commercial products and the remaining 42% were residential, a result of higher European and rest of the world revenues in the total mix."); SolarEdge Q2 2023 Earnings Call, p. 6 ("60% of our megawatt shipped this quarter were commercial products and the remaining 40% were residential, a result of strong European adoptions of our products and higher European revenues in the total mix."); "Edited Transcript Q3 2023 SolarEdge Technologies Inc Earnings Call," *Refinitiv Streetevents*, November 1, 2023 ("SolarEdge Q3 2023 Earnings Call"), p. 5 ("During the quarter, 66% of our megawatt shipments were commercial products and the remaining 34% were residential."). *See also* 2023 10-K, p. 40 ("We provide the 'megawatts shipped' and 'megawatts hour shipped' metrics, which are calculated based on inverter or battery nameplate capacity shipped respectively, to show adoption of our system on a nameplate capacity basis.  Nameplate capacity shipped is the maximum rated power output capacity of an inverter or battery.").

[60] 2022 10-K, p. 1.

[61] 2022 10-K, p. 1; 2023 10-K, p. 1.

[62] SolarEdge made clear that it "rel[ied] on distributor and large installers to assist in selling [its] products."  *See* 2022 10-K, p. 24 ("We rely on distributors and large installers to assist in selling our products, and the failure of these customers to perform as expected could reduce our future revenues."); 2023 10-K, p. 22.

[63] 2022 10-K, p. 40.  SolarEdge's top 3 distributors accounted for 31.1% of revenue in fiscal year 2023.  *See* 2023 10-K, p. 40.

going."[64]  This data is received "on a monthly basis" with some delay, "usually … around the 20th of the following month[]."[65]  Thus, according to above, SolarEdge does not have access to reliable, real-time information on end-user demand and related trends.[66]

### B.    Developments in the European Solar Industry Prior to and During the Putative Class Period

#### 1.    The European Solar Industry Experienced Rapid Growth Before and During the Putative Class Period

40.    The solar industry experienced rapid growth in Europe during the year leading up the Putative Class Period.  As I will discuss below, securities analysts noted that as a result of geopolitical conflict, there was increased energy price volatility in Europe, as well as new government policies that incentivized PV system uptake.  In conjunction with these developments, securities analysts documented that payback periods for PV systems (*i.e.*, the time it takes a user to earn back the cost of installing the system in avoided energy costs) decreased substantially in Europe, making these systems more attractive to consumers.  As I discuss in this section, SolarEdge benefited from this booming European demand, posting record revenues through mid-2023.  I also show in this section that immediately prior to the Putative Class Period, securities analysts noted their expectations that the solar energy boom would continue into 2023.

41.    Specifically, demand for PV systems in Europe increased substantially in the years leading up to the Putative Class Period, with installed generating capacity for solar energy in Europe growing by approximately 75% between 2020 and 2023.[67]  As discussed below, securities analysts attributed the increase in solar energy demand in Europe to geopolitical conflict, government policies incentivizing solar adoption, and a favorable macroeconomic environment.

---

[64] SolarEdge Q3 2023 Earnings Call, p. 14.

[65] SolarEdge Q3 2023 Earnings Call, pp. 14–15.

[66] Mr. Lando explained that SolarEdge also had "a much more live view" of an indicator described as "installation rate[s] and connection[s] to the monitoring" but noted that this indicator is "less accurate."  *See* SolarEdge Q3 2023 Earnings Call, p. 13 ("We are looking at installation rates because the indicator of sell-through, we receive it at a later date until the -- all of the distributors collect their information and provide it to us.  The indicator that is less accurate, but we have a much more live view is the indicator of installation rate and connection to the monitoring.  And the connection to the monitoring in recent weeks in the last couple of months in Europe has been up in places like Germany, Austria, Switzerland, some of the other countries and has been down in the Netherlands as we reported.").

[67] *See* Workpaper 2.

42.     First, geopolitical conflict in Europe during 2022 led to substitution away from natural gas to other energy sources.[68]  As stated by the International Energy Agency ("IEA"), after the start of the war in Ukraine on February 24, 2022, "Russia cut 80 billion cubic metres [*sic*] (bcm) of pipeline gas supplies to Europe, plunging the region into an energy crisis."[69] **Exhibit 3** shows the price of natural gas in Europe following the onset of the war in Ukraine. As shown in the chart, natural gas prices began rising in Europe in the second half of 2021 and continued experiencing substantial volatility in 2022.  By August 2022, the price of natural gas had reached $70.04 per million metric British thermal units ("MMBtu"), a 354% increase relative to August 2021.[70]

43.     Following the start of this geopolitical conflict, wholesale electricity prices in Europe "reached record highs in 2022."[71]  For example, as shown in the IEA's 2024 electricity report, quarterly average wholesale prices in France and Germany increased by more than 400% between the first quarter of 2021 and the third quarter of 2022.[72]  **Exhibit 4** shows monthly wholesale electricity prices in Germany, Italy, and the Netherlands—SolarEdge's largest European markets—between January 2020 and December 2023.  As shown in the chart, electricity prices in these three countries, which accounted for two-thirds of SolarEdge's revenue in Europe during this period, increased from less than 100 € per megawatt-hour ("MWh") in January 2021 to more than 400 €/MWh in August 2022.  Academic literature has also documented that the war in Ukraine in 2022 resulted in increased energy (and electricity) prices in Europe.[73]

---

[68] According to IEA analysis on the European Union ("EU"), "alternative sources of supply – most notably liquefied natural gas (LNG) from the United States – met over 40% of [the natural gas deficit in the EU following the Ukraine invasion in 2022].  However, the main adjustments were on the demand side.  Gas use in industry fell by almost 25%, while a mild winter reduced consumption by 10%.  New renewable energy capacity and efficiency improvements together lowered gas demand by another 10%.  Burning more coal filled less than 4% of the gap."   *See* "Russia's War on Ukraine—Analysing the Impacts on Energy Markets and Energy Security," *IEA*, available at https://www.iea.org/topics/russias-war-on-ukraine.

[69] "Russia's War on Ukraine—Analysing the Impacts on Energy Markets and Energy Security," *IEA*, available at https://www.iea.org/topics/russias-war-on-ukraine.

[70] *See* Workpaper 3.

[71] "Clean Sources of Generation are Set to Cover All of the World's Additional Electricity Demand Over the Next Three Years," *IEA*, January 24, 2024, available at https://www.iea.org/news/clean-sources-of-generation-are-set-to-cover-all-of-the-worlds-additional-electricity-demand-over-the-next-three-years ("Wholesale electricity prices in Europe declined by more than 50% on average in 2023 after having reached record highs in 2022 following Russia's invasion of Ukraine.").

[72] Quarterly average wholesale prices in France and Germany were below $75/MWh in the first quarter of 2021 and increased to more than $400/MWh by the third quarter of 2022.  See "Electricity 2024," *IEA*, May 2024, available at https://iea.blob.core.windows.net/assets/18f3ed24-4b26-4c83-a3d2-8a1be51c8cc8/Electricity2024-Analysisandforecastto2026.pdf, p. 65.

[73]  *See e.g.*, Tie-Ying Liu and Chien-Chiang Lee, "Impacts of the Russia-Ukraine War on Energy Prices: Evidence from OECD Countries," *Policy Studies*, 46(3), 2025, pp. 460–492; Michiyuki Yagi and Shunsuke Managi, "The Spillover Effects of Rising Energy Prices Following 2022 Russian Invasion of Ukraine," *Economic Analysis and Policy*, 77, 2023, pp. 680–695.

44.     Securities analysts noted that European policymakers responded to the conflict with a desire to increase the continent's independence from Russian energy sources.  They also noted that demand for solar energy increased in the wake of the conflict.  For example (see **Exhibit 5** for additional examples):

> **Piper Sandler, 3/13/22:**  [I]t is apparent that European demand for non-Russian energy supply will skyrocket.  …  In order to eliminate the EU's dependence on Russian gas, the EU has released its REPowerEU plan. …  Under REPEU, solar/wind deployments increase by 20% y/y during '22.[74]

> **B. Riley, 3/30/22:**  Demand for renewable energy is rising in Europe as electricity and oil & gas prices continue to increase.  The war in Ukraine has also raised energy independence as a priority for European countries.[75]

> **Susquehanna, 5/3/22:**  Inverter demand remains strong, with a particular focus on Europe as countries look to increase energy independence in the wake of high energy prices and, more recently, the Ukraine invasion.[76]

45.     Second, during the same period, both the European Union ("EU") and individual European countries also enacted or maintained policies designed to incentivize solar energy adoption.  In May 2022, the EU adopted the REPowerEU, a "compulsory plan requir[ing] that every new residential building in the EU have rooftop solar starting in 2029."[77]  At the individual country level, Germany stopped assessing value-added tax ("VAT") on purchases of PV systems.[78]  Similarly, as part of its economic response to the COVID-19 pandemic, Italy offered a "Superbonus" tax credit allowing homeowners to deduct 110% of the cost of installation of PV systems.[79]  Likewise, several European countries (*e.g.*, Netherlands,

---

[74] "Perspectives: EU Dashes into Renewables at Lightning Speed Amid Dynamic Supply-Chain Environment," *Piper Sandler*, March 13, 2022, p. 1.

[75] "Analyst Day Recap: Expansion of Portfolio and Core Markets Driving Impressive EPS Growth; Maintain Buy, Price Target from $297 to $359," *B Riley*, March 30, 2022, p. 3.

[76] "SolarEdge Technologies: 1Q Review: Strong European Demand; Margin Pressures Weigh on EPS," *Susquehanna*, May 3, 2022, p. 1.

[77] "European Residential Solar + Storage Poised for Continued Growth," *Barclays*, April 4, 2023, p. 4.

[78] "SolarEdge Technologies: Earnings Update: 4Q22 Preview: Expect Strong Fundamentals Message and Margin Expansion," *Cowen*, January 20, 2023, p. 1 ("Under the Annual Tax Act of 2022, Germany implemented new tax rules where operators of small solar power plants will not pay tax on income from the feed-in of solar power. In addition, Germany eliminated the 19% VAT on the purchase of PV systems including battery storage effective January 1, 2023.").

[79] "Italy 2023, Energy Policy Review," *IEA*, March 2023, https://iea.blob.core.windows.net/assets/71b328b3-3e5b-4c04-8a22-3ead575b3a9a/Italy_2023_EnergyPolicyReview.pdf, pp. 77–78 ("Individuals or businesses can

Turkey, Italy, Spain, and Poland) had net metering schemes in place.[80]  Various securities analysts noted the importance of governmental subsidies for sustaining European solar demand.[81]

46.     Third, securities analysts noted that macroeconomic conditions during this period were supportive of PV system demand as interest rates in Europe remained low through most of 2022 and a high cost of financing a PV system would have been a headwind to solar demand.[82]  As shown in **Exhibit 6**, the European Central Bank's ("ECB") main policy rate (the Deposit Facility Rate) remained at or below zero until September 14, 2022.  It rose gradually but remained below 2% until February 8, 2023.

47.     As energy price volatility increased due to geopolitical risk and governmental subsidies (in certain regions) reduced the effective price of PV systems, payback periods for PV systems decreased.[83]  Securities analysts noted that by the end of 2022, payback periods had declined, making PV systems more attractive for consumers.  Further, analysts continued to comment on payback periods remaining attractive for European consumers into the Putative Class Period.  For example (see **Exhibit 7** for additional examples):

> **Barclays, 12/14/22:**  [P]ower prices have risen so rapidly in some regions that the payback periods are still very attractive despite the higher system costs (i.e. Netherlands went from 6-7 years to 4-5 years,

---

receive, in the form of tax credits, a share of the expenditure incurred for energy efficiency interventions in existing buildings. … In 2020, the government increased the maximum deduction rate to 110% (the so-called Superbonus), as part of the post-Covid economic recovery package.").  *See also* "Superbonus 110% for building renovation," *IEA*, June 24, 2025, available at https://www.iea.org/policies/15098-superbonus-110-for-building-renovation ("The Superbonus is divided into two types of interventions … Super Ecobonus, facilitating energy efficiency works. The subsidized interventions also include the installation of photovoltaic systems.").

[80]  "Perfect Storm: Pre A-Day, SEDG in the Thick of All the Right Themes. PO to $411," *Bank of America*, March 11, 2022, p. 1.  Net metering is an incentive mechanism by which residential adopters of solar power can sell excess electricity generated by their PV systems into the grid.  *See* "Homeowner's Guide to Solar," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/homeowners-guide-solar ("Net metering is an arrangement between solar energy system owners and utilities in which the system owners are compensated for any solar power generation that is exported to the electricity grid.").

[81] *See, e.g.,* "SEDG: 2022 Investor Day Takeaways," *Roth Capital Partners*, March 30, 2022, p. 4 ("The solar power market is highly subsidized and the reduction, elimination, or expiration of solar subsidies could significantly diminish demand for solar produced electricity and adversely affect SEDG."); "SEDG: Demand Outpaces Expectations, Margin Recovery on Track," *Truist Securities*, November 8, 2022, p. 4 ("The solar industry has historically benefited from government and state incentive programs. To the extent less favorable policies are enacted and/or existing benefits are eliminated, this could materially impact demand for solar power and SEDG's products.").

[82] *See, e.g.,* "European Residential Solar + Storage Poised for Continued Growth," *Barclays*, April 4, 2023, p. 13 ("Cash purchases and solar loans are the two primary methods of paying for solar in Europe. In a rising rate environment, the affordability of solar loans may pose a challenge, potentially constraining solar and particularly, the higher priced solar-plus storage growth.").

[83] A PV system's payback period is the time it takes a consumer to earn back the cost of system installation in avoided energy costs.  *See* "Balancing Upfront Costs and Ongoing Savings in Commercial Solar Systems," *SolarEdge*, available at https://www.solaredge.com/aus/for-home/info-centre/commercial/upfront-costs-ongoing-savings ("The payback period is the time it takes for the savings generated by the solar system to cover the initial investment.").

Germany is currently at ~2.5 years for standalone solar). … [In Germany] the payback period for a solar-only system is 2.5 years while a storage-paired solar system is 3.5 years, making it one of the best investments a homeowner can make today.[84]

**Daiwa Capital Markets, 12/22/22:** [M]arkets like the ones in Europe should grow significantly, albeit off a small base. Soaring fossil fuel prices caused by the Ukraine war are reducing payback periods to less than five years in many countries.[85]

**Bank of America, 4/18/23:** Payback periods are … compelling across Europe (SEDG mgmt. quoted 2.5 years during our March fireside) and relatively lower interest rates keep deployment growth healthy.[86]

**J.P. Morgan, 6/22/23:** Customer payback periods for SEDG in Europe remain compelling as power prices remain elevated by historical standards, despite some easing since 2H22.[87]

48.    Analysts at the time also expressed optimism that demand for PV systems would remain elevated and that the European solar industry would continue growing during 2023, and thus into the Putative Class Period, based on the outlook of various macroeconomic factors. Analysts expressed optimism with respect to the European solar industry and not just SolarEdge. For example:

**Scotiabank, 3/1/23:** The EU has shown significant strength in 2022, with Nordstream/Ukraine events an obvious demand-creation point. Growth is likely to continue here, in our opinion, despite a mild winter and high gas storage inventories, as consumers seem keenly focused on future energy costs.[88]

**Barclays 4/4/23:** European solar + storage surged 155% in 2022 and is set to grow at ~30% CAGR through 2031. … In 2022, European standalone residential solar PV grew 46% y/y while solar-plus-storage grew 155 % (per Woodmac), supported by factors such as the European energy crisis and a broad array of government tax breaks and subsidies. Per Woodmac, 2023+ looks to be trending in a similar direction, with solar-plus-storage growth forecast to increase 21% in

---

[84] "On the Road with SEDG; Upgrade to Overweight," *Barclays*, December 14, 2022, pp. 4–5.
[85] "You are My Sunshine: ENPH, SEDG, FSLR Initiation," *Daiwa Capital Markets*, December 22, 2022, p. 5.
[86] "1Q23 Preview: Can the Preferred 2023 Cleantech Long Remain in Favor?" *Bank of America*, April 18, 2023, p. 3.
[87] "Alternative Energy and Services: Residential Solar Update," *J.P. Morgan*, June 22, 2023, p. 2.
[88] "Long-Term Solar Adoption; Cautious Outlook for 2023," *Scotiabank*, March 1, 2023, p. 8 (emphasis removed).

2023 and at a ~28% CAGR between 2022 and 2031, with 27 GW of solar-plus-storage capacity to be added over that time period.[89]

**Roth Capital Partners, 4/17/23:** Our recent checks suggest the outlook for EU resi solar remains strong, though things are slowing down. Our sense is Q1 and Q2 should continue to be strong for SEDG and ENPH. One distributor shared, 'Things are going well for us. Q1 was the best ever in our history at +80% YoY, and Q2 also looks very strong. Our order book (orders to be delivered) for this Q has already reached levels above Q2 last year and our daily order intake pushes this number to new record heights.'[90]

49.    As demand for PV systems increased in Europe, SolarEdge, as a manufacturer for PV system components, experienced record revenues, especially in Europe.[91] **Exhibit 8** shows annual revenue from customers located in Europe reported by SolarEdge between 2020 and 2023. As shown in the exhibit, SolarEdge experienced record revenues in this region every year since 2020, including in 2023.[92] **Exhibit 9** shows quarterly revenues (across all regions) reported by SolarEdge between 2020 and 2023. As shown in the chart, SolarEdge posted record quarterly revenues *every quarter* between Q2 2021 and Q2 2023. Indeed, SolarEdge stated during its Q3 2022 earnings call that "demand for our products still outpaces our production and supply chain capacity."[93] SolarEdge also explained during this call that "[p]oint-of-sale data from our distribution channels are at record levels and growing month-over-month" and that SolarEdge's "focus [wa]s to increase factory output to meet the demand efficiently."[94]

50.    According to SolarEdge statements and internal data, channel inventory levels (*i.e.*, inventories held by distributors) decreased during 2022 as well. Mr. Faier stated during the December 1, 2022, Bank of America Renewables Symposium that "[w]hen we look at what we call sell-out from our channels, you see peak selling point of sale, what we call peak

---

[89] "European Residential Solar + Storage Poised for Continued Growth," *Barclays*, April 4, 2023, p. 1.
[90] "The Solar Snapshot — ENPH/SEDG, US/EU Resi, ABS/NEM3, Tsy, IX/TXM," *Roth Capital Partners*, April 17, 2023, p. 1.
[91] *See*, *e.g.*, "Edited Transcript Q3 2022 SolarEdge Technologies Inc Earnings Call," *Refinitiv Streetevents*, November 7, 2022 ("SolarEdge Q3 2022 Earnings Call"), p. 3 ("Our revenue growth this quarter is mostly driven by strong momentum in Europe, where revenues grew by 42% from last quarter and by 90% compared to the same quarter last year.").
[92] SolarEdge posted record revenues in Europe in 2020. As shown in **Exhibit 8**, SolarEdge exceeded that record every year between 2020 and 2023. *See* SolarEdge Presentation, "Fourth Quarter 2020: Earnings Summary," February 16, 2020, p. 7 ("Record annual solar revenue in Europe and in Australia, YoY growth of 11% and 30%, respectively").
[93] SolarEdge Q3 2022 Earnings Call, p. 3.
[94] SolarEdge Q3 2022 Earnings Call, p. 3.

demand unprecedently high and the lowest ever inventory levels in the channels."[95]

████████████████████████████████████████

████████████████████████████████████████

51.    Securities analysts at the time noted that demand for PV systems outpaced supply and that inventory constraints were a challenge:

> **Roth Capital Partners, 8/3/22:**  There are two key challenges that we see for [SEDG].  The first is the FX headwind on margins, which ultimately is not in management's control.  The second is higher than expected demand outpacing capacity/production, which could be argued as a good problem to have.[97]

> **Tudor, Pickering, Holt & Co., 8/3/22:**  With SEDG indicating that demand is outstripping manufacturing capacity and in some cases, necessitating supplier capacity buildouts, we expect 2H'22 to be focused on fortifying the supply chain with the market looking for a stabilization of unit margin trends (if not aggregate due to mix shift) before buying in further on the long-term growth story.[98]

> **Roth Capital Partners, 5/4/23:**  Part of the limitation in the Q2 revenue growth is due to constraints around manufacturing 3-phase inverters.  A lot of the growth in the EU is coming from 3-phase inverter countries, so the capacity for 3-phase inverters needs to come up to support faster demand.  All in, we see this as a strong print for SEDG.[99]

### 2.    Macroeconomic Conditions Changed During the Putative Class Period, and the European Solar Industry Experienced a Slowdown in Growth Toward the End of the Putative Class Period

52.    The macroeconomic conditions that propelled the strong growth of European solar demand changed during the Putative Class Period.  Correspondingly, European solar growth began slowing down relative to 2022.  Securities analysts attributed this industry dynamic to publicly observable shifts in macroeconomic conditions.

---

[95] "Edited Transcript SolarEdge Technologies Inc at Bank of America Renewables Symposium," *Refinitiv Streetevents*, December 1, 2022, p. 16.

[96] ████████████████████████████████, SEDG220_0000225–50 at 042. *See* Section VII.A of this report for more detail on this metric.

[97] "SEDG: FX Thorn Overshadows Margin Tailwinds," *Roth Capital Partners*, August 3, 2022, p. 1.

[98] "SEDG Q2'22 Earnings Call Notes 8.3.22," *Tudor, Pickering, Holt & Co.*, August 3, 2022, p. 1.

[99] "SEDG: Strong Q1 Beat/Q2 Margin Guide, Positive Outlook; Reiterate Buy," *Roth Capital Partners*, May 4, 2023, p. 1.

53.    As I discuss below, energy prices declined in 2023 from their post-conflict peaks as countries found alternate sources of energy to Russian natural gas.  The interest rate environment tightened as the ECB raised rates to combat inflation.  At the same time that these macroeconomic developments occurred, certain incentives for solar power adoption expired or came under review.  Given these trends, securities analysts began raising questions and concerns by June 2023 that growth in the European solar industry was at risk of softening due to the changes in macroeconomic conditions.  As this risk materialized later, solar power companies experienced broad-based stock price declines.

54.    First, energy prices in Europe declined in 2023 from their post-conflict peak as countries adapted to the supply disruptions caused by war in Ukraine and found alternate sources of energy.  As shown in **Exhibit 3**, natural gas prices in Europe declined from a peak of $70.04 per MMBtu in August 2022 to $9.55 per MMBtu in July 2023.[100]  Correspondingly, the IEA reported that "[w]holesale electricity prices in Europe declined by more than 50% on average in 2023 after having reached record highs in 2022."[101]  Also, **Exhibit 4** shows that electricity prices in Germany, Italy, and Netherlands decreased from more than 400 €/MWh in August 2022 to around 100 €/MWh in May 2023.  As noted above, the payback period of a PV system measures how long it takes the user to earn back the cost of installation in energy cost savings.[102]  Payback periods are negatively related to energy prices because lower energy prices mean lower energy cost savings from installing solar systems, thus taking the user longer to earn back the cost of installation.[103]  Longer payback periods reduce the incentives for consumers to invest in a PV system.[104]

---

[100] *See* Workpaper 3.

[101] "Clean Sources of Generation are Set to Cover All of the World's Additional Electricity Demand Over the Next Three Years," *IEA*, January 24, 2024, available at https://www.iea.org/news/clean-sources-of-generation-are-set-to-cover-all-of-the-worlds-additional-electricity-demand-over-the-next-three-years.

[102] "Balancing Upfront Costs and Ongoing Savings in Commercial Solar Systems," *SolarEdge*, available at https://www.solaredge.com/aus/for-home/info-centre/commercial/upfront-costs-ongoing-savings#title-4.

[103] "Will I Save Money with Solar Energy?" *U.S. Department of Energy*, August 1, 2024, available at https://www.energy.gov/eere/solar/articles/will-i-save-money-solar-energy ("This U.S. Department of Energy (DOE) Solar Energy Technologies Office (SETO) blog post will walk you through calculating the solar payback period, or how long it takes for a rooftop solar system to pay for itself.  When calculating the amount of potential savings, there are several factors to consider.  … To calculate the amount you save on electricity, multiply the average monthly cost on your utility bills by 12 to get your annual savings.").

[104] Indeed, securities analysts attributed the slowdown of the solar industry in the United States to "longer payback period[s]," among other factors.  *See, e.g.*, "4Q22 Preview: Expect Strong Fundamentals Message and Margin Expansion," *Cowen*, January 20, 2023, p. 1 ("We see decelerating growth from the U.S. in 2023 given a longer payback period, higher interest rates, and long-term incentive visibility provided by the IRA, which does not create a sense of urgency to install."); "2Q23 Solar Preview; Residential Demand Deteriorating, Prefer Utility Exposure," *TD Cowen*, July 21, 2023, p. 1 ("For U.S. residential, channel inventories remain elevated and solar permit data indicates a slowdown has continued into July with significant deterioration over the last few weeks. Elevated payback periods attributed to high interest rates and NEM 3.0 remain challenges heading into 2024.").

55.     Second, the interest rate environment became less favorable in Europe as the ECB's policy rate continued to rise throughout 2023.  The ECB began raising its policy rate in July 2022 in response to rising inflation in the Euro area.[105]  By February 13, 2023, the ECB's policy rate had risen from -0.50% to 2.50% (**Exhibit 6**).  The ECB increased its policy rate five times during the Putative Class Period, reaching a peak of 4.00% in September 2023.  The ECB would not begin paring down rates until after the Putative Class Period on June 6, 2024.[106]

56.     In addition, several countries rescinded their solar energy incentives and tax credits during 2023.  As discussed above, Italy had offered a tax credit (dubbed the "Superbonus") that permitted homeowners to deduct 110% of the cost of installing a PV system (among other eligible home renovations).[107]  Uptake of this tax credit exceeded substantially the level that policymakers had anticipated, causing a strain on Italy's public finances.[108]  The Italian government trimmed the level of and eligibility for the Superbonus in 2023.[109]  A TD Cowen analyst noted that because "very few homeowners will qualify for [the] new [Superbonus] rate," that analyst expected to "see acute pressure on residential systems in Italy from April 2023 onward until a new program replaces" the Superbonus.[110]  Consistent with this commentary, during the November 1, 2023 earnings call, SolarEdge noted that "the residential market [in Italy] has been sluggish since the super bonus tax credit ended earlier this year[,]" with SolarEdge seeing a 48% year-on-year decline for residential products in this market.[111]

---

[105] ECB Press Release, "Monetary Policy Decisions," July 21, 2022, available at https://www.ecb.europa.eu/press/pr/date/2022/html/ecb.mp220721~53e5bdd317.en.html ("Today, in line with the Governing Council's strong commitment to its price stability mandate, the Governing Council took further key steps to make sure inflation returns to 2% target over the medium term. The Governing Council decided to raise the three key ECB interest rates by 50 basis points.").

[106] ECB Press Release, "Monetary Policy Decisions," June 6, 2024, available at https://www.ecb.europa.eu/press/pr/date/2024/html/ecb.mp240606~2148ecdb3c.en.html.

[107] "Explainer: Why Italy's Superbonus Blew a Hole in State Accounts," *Reuters*, April 9, 2024, available at https://www.reuters.com/world/europe/why-italys-superbonus-blew-hole-state-accounts-2024-04-09/.

[108] "Explainer: Why Italy's Superbonus Blew a Hole in State Accounts," *Reuters*, April 9, 2024, available at https://www.reuters.com/world/europe/why-italys-superbonus-blew-hole-state-accounts-2024-04-09/ ("The government initially predicted the Superbonus would cost 35 billion euros over a 15-year period. After just four years the Treasury says it has already forked out roughly 160 billion euros, an outlay that far outstrips the benefit to the economy.").

[109] "Dispatches from Munich: Puts and Takes in European Rooftop Solar," *TD Cowen*, June 19, 2023, p. 8 ("We note that the 100% Superbonus program meant to attract investment for building renovations and energy efficiency projects came to a close for single family homes at the end of 1Q23, and thus the market dynamics likely switch from residential to utility scale projects. For 2 years, residential solar was effectively free with buyers receiving 110% of the value of the system cost back, and the program was prone to fraud as well. Now a 90% tax credit has replaced the scheme and the funds are no longer directly assignable to installers as they were in the past."). *See also* "Italy's Tax Credit Experiment Puts Meloni Government in a Bind," *Financial Times*, March 24, 2023, available at https://www.ft.com/content/a393a4bf-418e-418e-9905-f182914b5a7e.

[110] "Dispatches from Munich: Puts and Takes in European Rooftop Solar," *TD Cowen*, June 19, 2023, p. 8.

[111] SolarEdge Q3 2023 Earnings Call, p. 4.

57.    There was also political uncertainty on whether the remaining countries would also follow in pulling back their own solar energy incentives and tax credits.[112]  For example, net metering in the Netherlands was first adopted in 2004.[113]  Beginning in 2017, various Dutch governments made failed attempts at phasing out the policy.  In February 2023, the lower house of the States General (the Dutch Parliament) passed a bill outlining a plan for phasing out the scheme, but the bill stalled thereafter and was not voted on by the upper house until February 2024 (when it was rejected).[114]  Consistent with this delay, in its November 1, 2023 earnings call, SolarEdge noted that demand in the Netherlands was "dramatically down from peak levels due to uncertainty around government policies and the phaseout of net metering" and that this uncertainty was likely to remain until "after the elections in November [22, 2023]."[115]  Another solar company also noted in 2023 a similar softening of Dutch demand given uncertainty about the future of net metering.[116]

58.    As discussed in the prior section, although many securities analysts had a positive outlook about growth in the European solar industry in the first half of 2023,[117] some securities analysts began to raise concerns about the changing environment (*e.g.*, rising interest rates in Europe) during the second quarter of 2023.  For example:

> **Goldman Sachs, 4/18/23:**  Europe growth/IRA benefit clarity.  Our checks suggest that EU demand remains strong, while we have received increased investor questions on the EU demand growth on the

---

[112] *See e.g.*, SolarEdge Q3 2023 Earnings Call, pp. 3–4 ("The market in the Netherlands is dramatically down from peak levels due to uncertainty around government policies and the phaseout of net metering which may become clearer after the elections in November. …  In Italy, the residential market has been sluggish since the super bonus tax credit ended earlier this year.").

[113] "Net Metering in the Netherlands: The Latest Updates," *Zonnefabriek*, November 27, 2024, available at https://www.zonnefabriek.nl/en/faq/everything-about-the-net-metering-system-in-the-netherlands/.  Zonnefabriek is an installer for Dutch SunPower.  TD Cowen cites this timeline in its June 19, 2023, report to explain the evolution of net metering in the Netherlands.  *See* "Dispatches from Munich: Puts and Takes in European Rooftop Solar," *TD Cowen*, June 19, 2023, p. 7 ("more can be read HERE from an installer for Dutch SunPower (now Maxeon) and SMA.").

[114] "Net Metering in the Netherlands: The Latest Updates," *Zonnefabriek*, November 27, 2024, available at https://www.zonnefabriek.nl/en/faq/everything-about-the-net-metering-system-in-the-netherlands/.

[115] SolarEdge Q3 2023 Earnings Call, p. 3.

[116] "Edited Transcript Q3 2023 Enphase Energy Inc Earnings Call," *Refinitiv Streetevents,* October 26, 2023 ("Enphase Q3 2023 Earnings Call"), p. 4. ("In Netherlands, our largest European market, our Q3 sell-through was down 40% compared to Q2. This was our first sequentially down quarter in the last 2 years. Installers tell us that the customers fear of an export penalty and confusion around ending of the net metering has caused the market pull back.").

[117] *See e.g.,* "SolarEdge Technologies: 4Q Review: Robust Europe Demand, Improving Margins, and Manufacturing Expansion," *Susquehanna*, February 13, 2023, pp. 1–2 ("European demand remains strong, with elevated electricity prices the catalyst for demand tailwinds.  …  The European market remains red-hot, with solar revenues +145% y/y.  Elevated electricity prices and energy security concerns have boosted demand, which should continue into '23.  Demand far exceeds supply in Europe, and SEDG's backlog for '23 in Europe is well above total MW shipped in '22").

back of lower energy prices and higher rates.  To that end, we look for more commentary on the demand expectations for EU growth.[118]

**Janney Montgomery Scott, 5/4/23:**  While management continues to be bullish about EU solar market growth in FY23, they did acknowledge increasing availability of supply from inverter companies, which we think is worth monitoring throughout FY23 as some investors believe increasing supply will yield a more competitive EU solar market in 2H23.[119]

59.    Several securities analysts expressed increased concern about the outlook for Europe after the Intersolar Munich conference that took place in June 2023, citing the potential downside risk posed by the changing macroeconomic environment (*e.g.*, lower electricity prices and less supportive government policies), increasing competition from Chinese companies, and rising channel inventories.  For example:

**Roth Capital Partners, 6/18/23:**  Chinese single phase inverters appear to be oversupplied in the EU.  We met with three distributors on our booth tour and connected with two others on our own.  The key takeaway from our Intersolar booth tour is that there appears to be a substantial amount of inverter (and module) inventory in the channel — too much inventory at the installer level and too much inventory at the distributor level.  Installers typically have 2-3 weeks of inventory, and some now have three months worth.  Some distributors also have three months vs. normal of 8-10 weeks.  Most of the extra inventory appears to be Chinese inverters.  That said, some distributors shared that SEDG single phase inverters (but not three phase) also appear oversupplied, while others said SEDG had healthy channel inventory or may even not have enough stock.  ENPH channel inventory appears to be OK for now.  The oversupplied Chinese inverter inventory is an incremental negative for SEDG and ENPH as the EU has recently been a relief valve for both.  As a large EU distributor shared with us, 'the EU market is flooded.  The sponge is full of water.  EU was the dumping ground, and it is no longer.'[120]

**TD Cowen, 6/19/23:**  We came away from the 4-day conference in Munich a bit more concerned about the status of the PV sector in Europe than we were going in.  ...  We see risk to '24 estimates for the group, and we go into detail further in the note on why we are trimming now.  We see commercial and utility scale in Europe faring

---

[118] "1Q23 Preview: Expect Beats in Resi While Utility-Scale Catalysts More Post 1Q; Focus on SEDG, RUN, ENPH," *Goldman Sachs*, April 18, 2023, p. 8 (emphasis removed).

[119] "SEDG: 2Q23 Guidance Tops Estimates Primarily Driven by Margin Outlook," *Janney Montgomery Scott*, May 4, 2023, p. 1 (emphasis removed).

[120] "The Solar Snapshot — Intersolar Munich Takeaways," *Roth Capital Partners*, June 18, 2023, p. 1.

better than residential.  While all segments are doing well in Germany, our concerns are centered on a slowdown in both Spain and Italy due to lower electricity prices in Spain paired with a weak consumer and the expiration of the Superbonus tax credit in Italy at the end of 1Q.  In addition, while inverter vendors have between 1 and 3 quarters of backlog (shortest for residential, longest for commercial and utility), we'd flag our checks suggest Chinese inverter vendors are offering 10-25% discounts versus 3 months ago as inventory has built, likely due to slower seasonal Chinese demand coupled with increased IGBT/analog chip availability, which crimped growth in '22.[121]

60.    Throughout the rest of the summer and fall, securities analysts continued expressing concerns over risks to industry-wide growth in Europe due to the deteriorating macroeconomic environment and high channel inventory levels.  The analyst discussions of market slowdown over time reflect the dynamic nature of the European solar industry and demand outlook during the second half of 2023.  For example (see **Exhibit 10** for additional examples):

> **Bank of America, 8/16/23:**  Our latest industry conversations highlighted overflowing solar + storage components distribution channels in Europe.  Module inventories remain acutely high and inverter channel health is worse than we previously understood.  SEDG flagged distributors sitting on excess components from non-preferred vendors, and international distributor confirmed channel inventories in excess of 3-6 months, which strains SEDG unit sales.  Weak distributer credit and working capital obfuscate real channel demand, and now, market recovery timing looks uncertain.  … We lower our European and rest of world (ROW) forecasts for FY24+ to reflect the broader channel congestion and broader market slowdown we are observing.  Mgmt. continues to look for a flat to down y/y growth in 2023 US resi, and data points from 2Q23 earnings combined with recent checks with installers and distributors leave us increasingly bearish on the resi and C&I solar growth components outlook in Europe, as well.[122]

> **Bank of America, 10/5/23:**  We reduce our 4Q23 estimates [for SolarEdge], due to softer European resi contribution (seasonally weak quarter) and still challenged distribution channels or European C&I.  In our conversations following RE+ (leading renewables industry conference), we grow more skeptical of the volumetric outlook into 2024.  Macro challenges linger and the industry faces acute financing

---

[121] "Dispatches From Munich: Puts and Takes in European Rooftop Solar," *TD Cowen*, June 19, 2023, p. 1.
[122] "Caught in the Perfect Storm of Overflowing Channel Inventory; Downgrade to Neutral," *Bank of America*, August 16, 2023, pp. 1, 5.

and working capital pressures; we see limited ability for installers to combat these headwinds. … Much of SEDG's collapse is attributable to the deteriorating channel environment in Europe. Module liquidation is happening, and distributors are shifting ordering habits as working capital strain critically escalates. … The health of the European solar components channel has deteriorated further, and SEDG's sell in to the European commercial and industrial (C&I) and resi channels remains relatively opaque with prevalent downside risk to 4Q23 guidance with further risk lingering into 2024.[123]

**Piper Sandler, 10/12/23:** Have There Been Meaningful Improvements in Europe? Not to our knowledge. On one hand, inverter manufacturer, SMA[] delivered 3Q'23 results above consensus given large-scale/C&I strength. On the other, smaller inverter manufacturer TYGO[] highlighted elevated channel inventory and a 'general market slowdown' as drivers of a 3Q miss. Panel manufacturer MAXN[] cited an 'industry-wide demand slowdown in the global DG markets' as a partial driver of the 3Q'23 miss. The data suggest that European panel imports from China remain far too elevated … and our industry discussions suggest distributor cash flows remain challenged. The European outlook is dynamic and some key data points to monitor include ENPH/SEDG sales into/out of the channel, the trajectory of global gas prices, and retail electricity prices.[124]

61.    As discussed in Section V.A, SolarEdge primarily sells certain components of PV systems. Securities analysts noted that demand for PV system components is, not surprisingly, correlated with overall demand for PV systems.[125] In mid-2023, securities analysts reported that prices of solar modules (i.e., another PV systems component that SolarEdge does not produce) declined,[126] following "a significant decline" in polysilicon prices.[127] For example, a Bank of America analyst report published on June 30, 2023 stated:

---

[123] "Adverse Exposure on Too Many Fronts; Reiterate Neutral," *Bank of America*, October 5, 2023, pp. 1, 3.

[124] "Resi Perspectives: Fall Blues Following Cruel Red Summer," *Piper Sandler*, October 12, 2023, p. 1 (emphasis removed).

[125] *See*, *e.g.*, "Leaning into Europe/C&I as US Resi Remains Cloudy, 4Q Beat & In-Line Guide - Reiterate Buy/$370PT," *Truist Securities*, February 13, 2023 ("Demand for SEDG's inverter products is directly correlated to demand for solar energy systems. To the extent this demand decreases, solar suppliers such as SEDG could be adversely impacted.").

[126] "Solar Photovoltaic Technology Basics," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar-photovoltaic-technology-basics; "Photovoltaic Cell and Module Design," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/photovoltaic-cell-and-module-design ("PV modules and arrays are just one part of a PV system. Systems also include mounting structures that point panels toward the sun, along with the components that take the direct-current (DC) electricity produced by modules and convert it to the alternating-current (AC) electricity used to power all of the appliances in your home.").

[127] "2Q23 Preview: Diversification Benefits Propping Up the Outlook; Reiterate Buy," *Bank of America*, June 30, 2023, p. 4.

> Given the rapid and consistent volumetric growth across several European markets for the last 6+ quarters, distributors heavily ordered solar modules, but today, these modules are worth much less after the collapse in Chinese polysilicon (-74% since February, today at ~$8/kg). The concern is that distributors are sitting on module inventory that is difficult to sell, and installations are slowing, as a consequence.[128]

As new module prices declined, securities analysts noted that distributors found themselves selling existing module inventory below cost, straining their finances.[129] Securities analysts also noted that the glut in module inventory had "knock-on effects" on other components of PV systems, including products sold by SolarEdge. For example, a Wells Fargo analyst noted on August 3, 2023, that "[b]ecause distributors are holding excess module inventory, *they're moving to a just-in-time model across all components* to work off the inventory and manage cash flows."[130] Similarly, a J.P. Morgan analyst noted on September 15, 2023, that "[m]any European distributors remain stuck with underwater panel inventory leading to some financial distress, *leading to spillover effects to other areas of the value chain including inverters.*"[131]

62.     As the European solar industry's growth softened in mid-2023, financial performance and stock prices for solar companies with exposure to this market declined. **Exhibit 11** plots the performance of the MAC Global Solar Index during the Putative Class Period. Between June 30, 2023 and the end of the Putative Class Period, this index declined by approximately 34%.[132] As I discuss in Section VII.B below, companies that are constituents of this index with substantial exposure to the European market, like SolarEdge, experienced negative stock price movements after posting results for Q2 2023 and Q3 2023 (**Exhibit 12**).

63.     These solar companies commented on worsening conditions in Europe through and immediately after the end of the Putative Class Period. For example, on November 15, 2023, Maxeon Solar Technologies, Ltd. ("Maxeon") explained that "[s]ince June of this year,

---

[128] "2Q23 Preview: Diversification Benefits Propping Up the Outlook; Reiterate Buy," *Bank of America*, June 30, 2023, p. 4.

[129] *See*, *e.g.*, "Adverse Exposure on too Many Fronts; Reiterate Neutral," *Bank of America*, October 5, 2023, p. 3 ("Module liquidation is happening, and distributors are shifting ordering habits as working capital strain critically escalates. As we understand it, modules are being sold in the EU at EUR 0.15/W (i.e. further price collapse), which signals to us that distributors are willing to sell modules below cost to avoid contract termination / breakage fees.").

[130] "SEDG: Q2 In Line — Q3 Guidance Miss — Lowering PT — Maintain Overweight," *Wells Fargo*, August 3, 2023, p. 2 (emphasis added).

[131] "What Happened in Vegas: Takeaways from Two Days of Management and Industry Meetings at RE+," *J.P. Morgan*, September 15, 2023, p. 8 (emphasis added).

[132] *See* Workpaper 4.

conditions have deteriorated rapidly due to an oversupply of Chinese commodity modules in Europe, and [a customer] falling short of their contractual purchase obligations."[133]  Maxeon further noted that "we and many others were surprised by the speed and magnitude of the changes in the DG industry this year" and that "those headwinds [] have developed over the course of only a few short months."[134]

64.      Similarly, on October 26, 2023, Enphase Energy, Inc. ("Enphase") reduced guidance for Q4 2023, noting that it "ha[d] seen a substantial demand reduction in Europe."  Enphase also noted:

> We are facing 2 challenges in Europe, and the situation has dramatically changed from the last quarter -- from 90 days ago.  We saw a much weaker demand recovery from summer.  We also see a lot of distributors facing oversupply of solar equipment, particularly panels, leading to much more aggressive destocking.[135]

65.      In addition, another solar company, Tigo Energy, Inc. ("Tigo"), previewed in their preliminary financial results for Q3 2023 released on October 9 that "a significant number of customers requested that Tigo delay purchase order deliveries to the fourth quarter of 2023 or early 2024" and "[a]s a result, [Tigo's] third quarter revenue w[ould] be below the low end of [their] prior guidance range."[136]  Tigo's CEO, Zvi Alon, also noted that channel inventory levels "remain[ed] elevated and that these order pushouts reflect[ed] the ongoing inventory digestion that [Tigo's] customers [we]re experiencing, along with a general market slowdown affecting [Tigo's] customers in the quarter."[137]

## VI.      Proposed Damages Methodology by Plaintiffs' Expert Dr. Cain in This Case

66.      Dr. Cain opines that "damages for each of Plaintiffs' claims can be calculated on a class-wide basis through a common methodology, the out-of-pocket damages methodology,

---

[133] "Edited Transcript Q3 2023 Maxeon Solar Technologies Ltd Earnings Call," *Refinitiv Streetevents*, November 15, 2023 ("Maxeon Q3 2023 Earnings Call"), p. 3.
[134] Maxeon Q3 2023 Earnings Call, p. 5–6.
[135] Enphase Q3 2023 Earnings Call, p. 4.
[136] Tigo Press Release, "Tigo Energy Announces Preliminary Financial Results and Reporting Date of November 7, 2023 for Fiscal Third Quarter 2023," October 9, 2023, available at https://www.tigoenergy.com/post/tigo-energy-announces-preliminary-financial-results-and-reporting-date-of-november-7-2023-for-fiscal-third-quarter-2023.
[137] Tigo Press Release, "Tigo Energy Announces Preliminary Financial Results and Reporting Date of November 7, 2023 for Fiscal Third Quarter 2023," October 9, 2023, available at https://www.tigoenergy.com/post/tigo-energy-announces-preliminary-financial-results-and-reporting-date-of-november-7-2023-for-fiscal-third-quarter-2023.

which is also consistent with Plaintiffs' liability theory."[138]  Dr. Cain states that "[t]his approach calculates investor damages formulaically as the artificial inflation in the stock price at the time of purchase minus the artificial inflation in the stock price at the time of sale."[139]  Dr. Cain recognizes that this approach requires the "quantification of an artificial inflation ribbon per share … based upon a detailed loss causation analysis" that he "ha[s] not been asked to perform … at this time."[140]  Nevertheless, Dr. Cain opines that "the method employed to eventually calculate artificial inflation can be applied Class-wide as an input to the out-of-pocket formula."[141]

67.     Dr. Cain identifies event studies as a "widely employed [method] to calculate artificial inflation" as they "measure stock price reactions to disclosures and materializations of the risks that dissipated the effect of alleged fraudulent misrepresentations" without "rely[ing] on individual class member-specific information."[142]  Dr. Cain explains that his calculation of damages "would thus begin with the declines in SolarEdge's Common Stock price following these alleged corrective disclosures" estimated by his event study.[143] Dr. Cain concedes the possibility that "a portion of the decline in SolarEdge's Common Stock price" estimated by his event study may be "caused by non-fraud-related factors," but asserts that he can assess "the impact of such 'confounding information' … using various accepted methodologies, such as valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research."[144]

68.     Dr. Cain describes in his report two assumptions for quantifying artificial inflation, namely constant dollar inflation and constant percentage inflation.[145]  Although Dr. Cain does not identify which of these approaches he would use to measure damages, he asserts each of these methods would permit him to "address confounding information" and "changes in the alleged relevant truth over time."[146]

---

[138] Cain Report, ¶ 95.
[139] Cain Report, ¶ 97.  Dr. Cain further states that "[i]f investors' shares are not sold prior to the full revelation of the fraud, then the Private Securities Litigation Reform Act of 1995 caps these investors' damages at the difference between the purchase price for the security and the 'mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market.'" Cain Report, ¶ 97.
[140] Cain Report, ¶ 99.
[141] Cain Report, ¶ 99.
[142] Cain Report, ¶ 99.
[143] Cain Report, ¶ 101.
[144] Cain Report, ¶ 102.
[145] Cain Report, ¶¶ 104–105.
[146] Cain Report, ¶¶ 104–105.

69.     My understanding is that at the class certification stage, Plaintiffs need to identify a methodology that can calculate damages on a class-wide basis consistent with Plaintiffs' theory of liability.  Further, I understand that at this stage, Dr. Cain does not need to implement his methodology to calculate inflation or damages.  Neither does he need to provide a loss causation analysis.  Rather, my understanding is that Dr. Cain is required to describe a methodology that is capable of estimating inflation consistent with Plaintiffs' theory of liability.  As I will discuss in the next section, Dr. Cain has not done this.

## VII.    Dr. Cain Fails to Provide a Methodology That is Capable of Measuring Damages Consistent with Plaintiffs' Theory of Liability

70.     Dr. Cain opines in his report that he can calculate damages on a class-wide basis using the "out-of-pocket" damages approach.[147]  Dr. Cain explains that this approach measures damages as the "artificial inflation in the stock price at the time of purchase minus the artificial inflation in the stock price at the time of sale."[148]  The mere reference to this approach, however, is not a guarantee that Dr. Cain can put forth a methodology to reliably measure damages in this matter.  From an economic perspective, the out-of-pocket calculation of damages is not a "methodology."  The calculation instead describes a particular formula prescribing how damages ought to be computed once the amount of inflation is determined.  In order to implement the out-of-pocket formula, a *methodology* is required to estimate the amount of per share inflation throughout the class period.

71.     In the context of this matter, Dr. Cain's report fails to sufficiently articulate a methodology for calculating artificial inflation "at the time of purchase" or "at the time of sale" in a manner consistent with Plaintiffs' theory of liability.  As I explain in this section, to the extent Dr. Cain is suggesting that inflation could be measured using the stock price declines following the alleged corrective disclosures, Dr. Cain faces significant challenges in calculating artificial inflation due to the particular conditions facing the solar industry during the Putative Class Period.  Dr. Cain fails to explain how he plans to handle these issues in a reliable manner, effectively asking the Court to rely on his unsubstantiated assertion that he

---

[147] Cain Report, ¶ 3.d.
[148] Cain Report, ¶ 97.

can calculate artificial inflation reliably and input this figure into his "out-of-pocket" formula.[149]

72.    *First*, Dr. Cain states that his calculation of artificial inflation would begin with the residual stock price declines measured by his event study. Dr. Cain does not provide, however, any support for the critical assumption that the price impact of the information revealed on the alleged corrective disclosure dates provides a reliable indication of the price impact of a hypothetical corrective disclosure occurring earlier in the Putative Class Period. To the extent that the information the Company could have disclosed at the time of a hypothetical corrective disclosure would have been consistent with Defendants' earlier statements to investors about channel inventory and demand in Europe, Dr. Cain fails to account for the possibility that there would be no inflation attributable to the alleged misrepresentations.

73.    *Second*, academic literature suggests that when an industry-wide shock is primarily revealed to the market through the announcements of that industry's constituents, it could be challenging for investors to disentangle firm-specific information from industry-wide information that is incorporated in firms' announcements. In such a case, residual returns following a firm-specific earnings announcement from an event study could reflect industry-wide information and must be interpreted with caution. By chiefly relying on the stock price declines following the alleged corrective disclosures in August and October 2023, Dr. Cain fails to provide a methodology for measuring alleged artificial inflation that can properly account for price movements stemming from a negative industry-wide demand shock, such as the one experienced by the solar industry in the second half of 2023.

---

[149] In his deposition, Dr. Cain acknowledges that his conclusion that the "out-of-pocket damages methodology [is] reasonable and appropriate in this case" is based on the assumption "that the corrective disclosures are linked in some way to the alleged misstatements" and his determination that "there was a sufficient economic coherence between the alleged misrepresentations and alleged corrective disclosures that gave rise to allegations of an inflated stock price[.]" Dr. Cain further acknowledges that his conclusion of "sufficient economic coherence" is "based on [his] professional and expert experience, [his] qualifications and background" and that he has not "undertaken any sort of loss causation or damages analysis" to make this determination. Cain Deposition, 287:17–288:10 ("Q. So is it fair to say you assumed, based on Plaintiffs' theory of liability, for purposes of your report, that the corrective disclosures are linked in some way to the alleged misstatements? MR. CALANDRA: Objection to form, but go ahead. A. Yes. Like I described earlier, I start with that assumption, but I also conducted my own independent review of the allegations contained within the Complaint. And I concluded that there was a sufficient economic coherence between the alleged misrepresentations and alleged corrective disclosures that gave rise to allegations of an inflated stock price, which renders the out-of-pocket damages methodology to be reasonable and appropriate in this case."), 290:6–22 ("Q. What I guess I am trying to figure out is like, how is that economic coherence -- anybody could allege that any misstatements are tied to, you know, some corrective disclosure. How do you make the conclusion that it's economically coherent? MR. CALANDRA: Objection. Outside the scope. Go ahead. A. It's based on my professional and expert experience, my qualifications and background. But ultimately, like we have discussed today, it is also based on an assumption that Plaintiffs will ultimately prove their case. So, I am certainly not opining that in fact there are any damages as of today. I have not undertaken any sort of loss causation or damages analysis.").

74.     *Third*, Plaintiffs allege that Defendants concealed risks about SolarEdge, but the residual stock price declines measured by an event study following the materialization of an uncertain outcome do not, on their own, measure the economic value of the outcome before its materialization.  This is because the stock price reaction to a but-for disclosure of the risk of an uncertain outcome (*i.e.*, inflation stemming from the concealed risk of that outcome) is not equal to the stock price reaction to the materialization of that outcome.  In addition, both the Company and securities analysts discussed the risk that growth in the European solar industry might soften prior to and during the Putative Class Period.  Dr. Cain has not proposed a damages methodology capable of measuring the artificial inflation associated with the alleged misrepresentations, rather than materialization of the known risk that European demand would decline and inventories would rise.

75.     *Fourth*, Dr. Cain acknowledges that he would need to account for confounding information when using the residual returns from his event study to back-cast artificial inflation, but he does not explain how he would isolate the allegations-specific portions of the residual drops beyond making generic mention to several tools in financial economics.  For example, on the August 1, 2023 earnings conference call containing the alleged corrective disclosures, securities analysts also commented on negative developments affecting SolarEdge's United States operations.  Dr. Cain provides no indication of how he would identify the portion of the subsequent stock price decline that was due to a correction of the alleged misrepresentations about demand and inventories in Europe rather than confounding information regarding the United States market.  Dr. Cain thus fails to provide a methodology that is capable of disaggregating the impact of confounding information from the impact of the alleged misrepresentations.

76.     *Fifth*, Dr. Cain does not explain how he would address the challenges in calculating artificial inflation via back-casting if the fact-finder dismisses some of the alleged misrepresentations.

77.     Given the issues discussed above, Dr. Cain fails to provide a methodology capable of reliably measuring damages consistent with the theory of liability in this matter.

**A.**    **The Stock Price Declines Following the Alleged Corrective Disclosures Are Not Reliable Indicators of Earlier Inflation Attributed to Alleged Misrepresentations**

78.    Dr. Cain states that his "calculation of the inputs to the out-of-pocket damages methodology would [] begin with the declines in SolarEdge's Common Stock price" following the alleged corrective disclosures that his event study estimates.[150]  Relying on "the declines in SolarEdge's Common Stock price following the[] alleged corrective disclosures" to estimate inflation, however, assumes that the price impact of the information revealed on the alleged corrective disclosure dates provides a reliable indication of the price impact of a hypothetical corrective disclosure occurring earlier in the Putative Class Period.[151]

79.    Dr. Cain does not demonstrate that such a critical assumption holds in this case.  As an initial matter, Dr. Cain has not shown that the same information with the same value implications as the alleged corrective disclosures could have been disclosed earlier during the Putative Class Period.  In light of the changing macroeconomic conditions widely affecting the European solar industry described in Section V.B above, it may well be that what the Company could have disclosed at various points in time about the strength of demand in Europe and the relative level of channel inventories was consistent with what the Company actually disclosed earlier in the Putative Class Period.

80.    My understanding of Plaintiffs' theory of liability with respect to the alleged misrepresentations about European channel inventory is that Defendants falsely stated that channel inventories in Europe were "low" despite knowing that channel inventory levels in Europe at this time were high.[152]  Internal documents I have reviewed, however, show that information available to the Company's Board regarding channel inventory levels in Europe was consistent with the Company's statements about European channel inventory on March 28, 2023 and May 3, 2023.

81.    According to a ████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████

---

[150] Cain Report, ¶ 101.

[151] Cain Report, ¶ 101 ("My calculation of the inputs to the out-of-pocket damages methodology would thus begin with the declines in SolarEdge's Common Stock price following these alleged corrective disclosures.").

[152] See e.g., Complaint, ¶ 155.

████████████████.[153]  During the November 1, 2023 earnings call, the Company explained that "days inventory on hand [] ranging between 60 to 90 days" was "the normal level that [SolarEdge] would usually see."[154]  Thus, the residential inventory days on hand in Europe in February 2023 was at the low end of the normal range and the commercial/industrial inventory days on hand was well below the normal range.

82.    ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████.[155]  ██████████████████████████
████████████████████████████████████████████████████████████

████████████████I also understand from counsel that information on distributor inventory days on hand for a particular month was not made available to the Company until approximately 20 days after the end of the month.  To the extent the Company had a roughly 20-day delay in receiving such data, at the time of the Company's Q1 2023 earnings call on May 3, 2023 (*i.e.,* the date of the second and final alleged misrepresentation regarding European channel inventory), only February and March data, which show channel inventory days on hand in Europe at the low end or below the normal range, would have been available.

83.    Dr. Cain therefore fails to explain how he can measure the stock price impact, if any, of a but-for disclosure about channel inventory levels earlier in the Putative Class Period, given the apparent lack of information asymmetry.  In other words, to the extent that the information the Company could have disclosed at that time would have been consistent with Defendants' statements to investors about channel inventory, Dr. Cain fails to account for the

---



[153] ████████████████████████████████████████  SEDG220_0000225–50 at 42.
████████████████████████████████  I understand from counsel that distribution inventory refers to channel inventory, *i.e.*, the amount of SolarEdge product held in distributors' inventory.  I further understand from counsel that "C&I" stands for "Commercial & Industrial," "IOH MW" refers to inventory on hand measured in MW, "POS MW" refers to point-of-sale (*i.e.*, the amount of product sold by distributors, or sell-through) measured in MW, and "DOH" refers to inventory days on hand, calculated as inventory on hand divided by POS, multiplied by 30.  I further understand from counsel that the abbreviation "EU" in this document refers to Europe rather than the European Union.
[154] SolarEdge Q3 2023 Earnings Call, p. 14.  Indeed, consistent with these statements, ████████████
████████████████████████████████████████████████████████
████████████████████████  SEDG-Shen_0022897, p. 18.  *See also* "Edited Transcript Q1 2020 SolarEdge Technologies Inc Earnings Call," *Refinitiv Streetevents*, May 6, 2020, p. 7 ("I would say that in general, we usually see 60% to 90% -- 90 days of inventory levels within large distributors, usually smaller distributors are holding a smaller amount because of the working capital needed to do this.").
[155] ████████████████████████████████████  SEDG220_0000225–50 at 42.

possibility that there was no inflation attributable to the alleged misrepresentations regarding channel inventory.

84.     Further, as discussed above, my understanding of Plaintiffs' theory of liability with respect to the alleged misrepresentations about European demand is that SolarEdge's statements about "'strong' demand" in Europe were false and that instead the Company knew that "demand in Europe was weak."[156]  I note, however, that SolarEdge experienced record revenues in Europe in both Q1 and Q2 2023.[157]  I am not aware of any actionable allegations pertaining to the revenue recognition by SolarEdge or questioning the reliability of the revenues reported by SolarEdge during the Putative Class Period.  Moreover, ███████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████.[158]

In addition, ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ███████████████████████████████████.[159]  Dr. Cain does not address how he would take these indicators of demand into account when assessing what disclosures, if any, the Company could have made about "weak" demand in Europe earlier in 2023.

85.     As another example, Plaintiffs claim that on the Q2 2023 earnings call on August 1, 2023, Defendants' statement that "[i]n Europe, installation rates continue to be high in both residential and commercial" was false and misleading.[160]  ██████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████

---

[156] See, for example, Second Order on Motion to Dismiss, pp. 16, 17.

[157] SolarEdge Q1 2023 Earnings Call, p. 5 ("Solar revenues from Europe were a record $577.1 million, a 22% increase from the last quarter and 102% increase from the same quarter last year, representing 63.5% of our Solar revenues. 2 countries in Europe represented well above $100 million each and we achieved record revenue in several countries."); SolarEdge Q2 2023 Earnings Call, p. 5 ("Solar revenues from Europe were a record $688.5 million, a 19% increase from the last quarter and 112% increase from the same quarter last year, representing 73% of our solar revenues. In Europe, we continue to see meaningful quarter-over-quarter revenue growth in general and noticeable records in Germany with 64% growth, reaching close to $300 million of quarterly revenues. Sweden with 106% growth, the United Kingdom with 50% quarter-over-quarter growth and Slovenia with 54% growth.").

[158] █████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████ SEDG-Shen_0005504, p. 3; ███████████████████, SEDG-Shen_0005503; ████████ SEDG-Shen_0022897, p. 11; ███████████████ SEDG220_0000225–50 at 35.

[159] ███████████████████████████████████████████ SEDG220_0000173–98 at 90.

[160] Complaint, ¶¶ 176, 183 (emphasis removed).

████████████████████████████████████████████████████████████

██████████████████████████████ [161] Thus, it is not clear what additional information the Company could (or should) have disclosed on August 1, 2023 regarding installations that could have changed the stock price.[162]

86.    Dr. Cain therefore fails to explain how he can measure the stock price impact, if any, of a but-for disclosure about European demand earlier in the Putative Class Period, given the apparent lack of information asymmetry at various points in time.  In other words, to the extent that the information the Company could have disclosed at those times would have been consistent with Defendants' statements to investors about demand, Dr. Cain fails to account for the possibility that there was no inflation attributable to the alleged misrepresentations regarding European demand.

87.    Moreover, during the November 1, 2023 earnings call, the Company explained that June 2023 was a strong month with record sell-through but then July and August showed a decrease in sales, consistent with management's experience of seasonal patterns in Europe.[163] Management further explained that it was not until the Company learned of a further decline in September 2023 sales—a month when sales typically go *up*—that the change in conditions became apparent.[164]  To the extent what SolarEdge could (or should) have disclosed about European channel inventory and demand in Europe at a given point in time was not different from what SolarEdge actually disclosed, any but-for hypothetical corrective disclosure would

---

[161] ██████████████████████████████████████████████████████, SEDG220_0000173–98 at 90.

[162] I understand from counsel that the July point-of-sale data from distributors likely would not have been available to the Company at the time of the Q1 2023 earnings call on August 1, 2023.  *See e.g.*, SolarEdge Q3 2023 Earnings Call, pp. 14–15 ("The point of sale data that we see coming out from our distributors …[is] something that we measure on a monthly basis" where "usually, it happens around the 20th of the following month[].").

[163] SolarEdge Q3 2023 Earnings Call, p. 13 ("Actually, our highest ever sell-through month globally or actually in Europe, ever was June. So in June of 2023, we reached a record or our distributors reached a record of sell-through of our products. So -- and then July, the sell-through was a bit lower, but July is typically a vacation month in Europe."); p. 15 ("So I would say that when -- we started July, we -- at the 20th of July, approximately got the June numbers from Europe that were significantly higher than everything that we've seen before. These were record high numbers. And as such, our customers continue to make orders and -- or to accept orders because the backlog was already there. If you remember, we had a very large backlog. Comes the end of August, we are receiving the July data, which is lower than June, but this is again typical because we see a lot of vacations happening in Europe around this time. And we see a decline. But by the way, not a huge decline, but we do see a decline. Usually, August numbers are either flat or, I would say, relatively similar to the ones that we see in July. So comes the end after the 20th of September that we're getting the August numbers from Europe and the United States, and we see that August is down compared to July, again, not dramatically down, but it is down.").

[164] SolarEdge Q3 2023 Earnings Call, p. 15 ("And usually, the pattern that we used to see over the last, I would say, several years, is that usually you see a slower July and August compared to June, but then you see a jump in September. Actually, we were told by [our distributors] that the expectation is to see a very strong September and they acted upon this. But when they started to see that September is not materializing, this is the last, I would say, 2 weeks of the quarter. We saw an increasing declines of orders and a much more pressure to delay orders. And when we received actually close to, I would say, again, 15 to 20 of October, the September data, we actually found that September, for the first time for many years was lower than the actual August numbers. And this is the area that was a little bit surprising.").

not have led to a negative price reaction, *i.e.*, there would be no artificial inflation. The observed stock price drops following the alleged corrective disclosures, instead, could be attributed to the interim events that took place or changes in the market conditions and therefore could not serve as reliable indicators of inflation created by the alleged misrepresentations. Dr. Cain fails to explain how he would account for any of the information in the Board presentations.

### B.    Dr. Cain Fails to Provide a Methodology That Can Properly Account for Movements in Stock Prices Due to Industry-wide Factors

88.    While Dr. Cain acknowledges the importance of controlling for industry effects when measuring artificial inflation,[165] his proposed event study does not properly account for the context of the solar industry in late 2023. As I explain in this section, academic literature suggests that when there is an industry-wide "shock" that is primarily revealed through the announcements of that industry's constituents, it could be challenging for investors to disentangle firm-specific information from industry-wide information that is incorporated in firms' announcements, in which case residual returns following a firm-specific earnings announcement from an event study could reflect industry-wide information and must be interpreted with caution.[166]

89.    As discussed in Section V.B, the European solar industry experienced an industry-wide shock in mid-2023 after macroeconomic conditions changed and growth in the European solar industry slowed down. In such a situation, relying alone on "the declines in SolarEdge's Common Stock price following the[] alleged corrective disclosures" would be an unreliable measure of artificial inflation.[167] Dr. Cain fails to provide a methodology for measuring artificial inflation that is robust to a negative, industry-wide demand shock, such as the one experienced by the solar industry in 2023.

---

[165] Cain Report, ¶ 63.

[166] *See*, *e.g.*, Pavel Savor and Mungo Wilson, "Earnings Announcements and Systematic Risk," *The Journal of Finance*, 71(1), 2016, pp. 83–138 ("Savor and Wilson (2016)") at 89, 127 ("In essence, the firm's systematic cash flow risk spikes around its announcements because investors face a signal extraction problem: firm *i*'s cash flow news is a noisy signal about market cash flow news, which means that, for an earnings surprise of *X*, investors revise their aggregate earnings expectations by less than *X*. Thus, the announcing firm's cash flow risk effectively 'superloads' on market cash flow risk….We show that, if investors are unable to perfectly distinguish the common component of a firm's earnings announcement news from the firm-specific component, then the announcing firm 'superloads' on the revision to expected market cash flows, making it especially exposed to aggregate cash flow risk.").

[167] Cain Report, ¶ 101.

90.    Suppose there is a negative industry-wide "shock," but the extent of this shock's impact on companies in that industry is not yet known.  Because the impact of the industry-wide shock is not yet transparent, when the first firm (or first several firms) to report earnings in this industry discloses the negative impact of the shock on its performance, the market could interpret the negative news as mostly, if not wholly, firm-specific and other firms in the industry would not experience commensurate stock price declines.  An event study on this company's stock price would attribute most, if not all, of the stock price decline (*e.g.*, -5%) to firm-specific news, even if the industry shock actually accounts for most of the drop (*e.g.*, -4%) and only a small portion of the drop is truly firm-specific (*e.g.,* -1%).  In such a situation, as other firms in the industry also announce earnings, the industry sequentially sees the release of a series of negative earnings "surprises."  Eventually, as enough firms announce "surprises," the industry-wide nature of the very negative shock becomes clear.

91.    Academic literature examining the transfer of information establishes that price movements upon an individual firm's earnings announcement could reflect the market's incorporation of industry-wide information revealed through such announcements.  For example, a study by Savor and Wilson (2016) explains that while "earnings reports provide valuable information about the prospects of not only the issuing firms but also their peers and more generally the entire economy," both firm-specific news and systematic (industry or economy-wide) news within the earnings announcements can lead announcing firms to experience residual returns.[168]

92.    In particular, Savor and Wilson (2016) find higher residual returns for the firms that make earnings announcements earlier within a particular reporting period as "investors learn, all else equal, more from early announcements than from late ones."[169]  Similarly, a study by Hou (2007) finds an "intra-industry lead-lag effect" in which the stock returns of larger companies tend to "lead" the future returns of smaller companies in the same industry when

---

[168] Savor and Wilson (2016) at 83, 89–90 ("In essence, the firm's systematic cash flow risk spikes around its announcements because investors face a signal extraction problem: firm *i*'s cash flow news is a noisy signal about market cash flow news, which means that, for an earnings surprise of *X*, investors revise their aggregate earnings expectations by less than *X*. … This causes the earnings announcement portfolio to exhibit a positive residual return relative to the market model (and other factor models that do not fully capture cash flow news). Taken together, these two assumptions also imply that the announcement portfolio return will have greater predictive power than the market return for forecasting future market cash flows, which we proxy by aggregate earnings growth.").

[169] Savor and Wilson (2016) at 111 ("We expect that the market should react more to earlier announcements. The intuition behind this hypothesis, which is again confirmed by our model, is straightforward: investors learn, all else equal, more from early announcements than from late ones, since a lot of information about aggregate earnings has already been released by the time late announcements take place.  Thus, it is not time per se that determines how much information a particular announcement provides, but rather how many firms have already reported their earnings previously in the same quarter.").

industry-wide information is diffused within the industry from larger to smaller firms.[170] Likewise, a study by Sundaresh (2002) finds that the earnings surprise of the first firm to announce earnings in an industry is a good predictor of subsequent earnings surprises for other firms in that industry.[171]

93.    Importantly, an event study must be carefully designed or it will not account for the possibility that industry-wide news may be incorporated in an individual firm's announcements. When substantial industry-wide information is revealed through a firm's disclosure, the output of an event study, including firm-specific residual returns, should be interpreted with caution. In such instances, an event study that does not address this context can estimate statistically significant firm-specific residual returns even if the announcements actually reflect industry-wide effects, making it challenging to disentangle the price effect of industry information from the price effect of firm-specific news.[172]

94.    As I demonstrate below, my review of the stock price performance of other solar companies with European operations following their Q2 and Q3 2023 earnings releases is consistent with the market learning the extent to which the European solar industry was suffering gradually through the earnings releases of various companies in the industry. As shown in **Exhibit 12**, many of SolarEdge's peer companies with European operations experienced stock price declines following their Q2 and Q3 earnings releases during the period from July 2023 to November 2023. Specifically, I analyzed the stock or ADR price returns of SolarEdge and five companies that were included in the MAC Global Solar Index during the Putative Class Period. I selected these five companies (which I refer to as the "Europe Peers") because their annual reports or investor materials indicate that at least 20% of their revenue was derived from Europe in 2023 and their stock or ADR is listed on an exchange in the United States.

95.    **Exhibit 12** shows the returns of Solar Edge and the Europe Peers following their respective earnings releases for Q2 2023 and Q3 2023.[173] As shown, all but one Europe Peer also experienced price declines following their respective earnings release. On all 11 of the Europe Peer earnings release dates during the period analyzed, the peer company residual

---

[170] Kewei Hou, "Industry Information Diffusion and the Lead-Lag Effect in Stock Returns," *The Review of Financial Studies*, 20(4), 2007, pp. 1113–1138.

[171] Sundaresh Ramnath, "Investor and Analyst Reactions to Earnings Announcements of Related Firms: An Empirical Analysis," *Journal of Accounting Research*, 40(5), 2002, pp. 1351–1376.

[172] Alternatively, if the earnings announcement contains both company-specific and industry-wide negative news, a standard event study could overestimate the firm-specific residual decline.

[173] Releases of preliminary financial results are also considered.

return was negative.  On seven (64%) of Europe Peer earnings release dates, the peer company residual return was negative and statistically significant at the 95% confidence level.  I conduct a commonly used statistical test on the residual returns of the Europe Peers and reject the null hypothesis that observing consistently negative residual returns across 11 Europe Peer earnings releases is likely the result of random chance.[174]

96.     My review of the earnings releases and earnings conference call transcripts of the Europe Peers finds that some of these companies specifically discussed disappointments regarding Europe during this time period.  For example, Enphase was the first Europe Peer to report Q2 2023 earnings, after market hours on July 27, 2023.[175]  While Enphase reported strong growth in revenues from Europe and reiterated its expectations for growth going forward (similar to SolarEdge), the Company also disclosed that it expected Europe to be "slightly down" in Q3 compared to the prior quarter due to "typical summer seasonality" and that it is "cautious now" because "[c]hannel inventory is a little bit high" in Europe.[176]

97.     Following Enphase and SolarEdge's Q2 2023 earnings announcements, Maxeon released its Q2 2023 earnings in August 2023 and commented on weakness in Europe.  Maxeon noted on August 10, 2023 that the company "experienced an unexpectedly rapid change in the market demand environment late in Q2" caused by "high levels of industry-wide channel inventory in both the U.S. and Europe."[177]  With respect to Europe, Maxeon attributed the inventory issues to "abundance of low-priced Chinese modules" and noted that conditions in Europe "deteriorated faster than most of us in the industry expected."[178]  Maxeon noted that while it is "somewhat immune to that because [it] sell[s] with a different value proposition," they are "not isolated from it."  And such issues have "created some pressure for [Maxeon]."[179]

---

[174] I conduct a nonparametric two-sided sign test on the 11 residual returns following Europe Peer earnings releases in Q2 2023 and Q3 2023.  This test evaluates the likelihood of observing the recorded proportion of negative residual returns against a null hypothesis that positive and negative residual returns are equally likely (50/50 chance).  The sign test yielded a p-value of 0.00098, and the null hypothesis is therefore rejected at 1% statistical significance, demonstrating that observing 11 negative residual returns is statistically unlikely to occur by random chance.  *See* Workpaper 5.

[175] *See* "Edited Transcript Q2 2023 Enphase Energy Inc Earnings Call," *Refinitiv Streetevents*, July 27, 2023 ("Enphase Q2 2023 Earnings Call"); Nasdaq Press Release, "Enphase Energy Reports Financial Results for the Second Quarter of 2023," July 27, 2023, https://www.nasdaq.com/press-release/enphase-energy-reports-financial-results-for-the-second-quarter-of-2023-2023-07-27.

[176] Enphase Q2 2023 Earnings Call, pp. 10–11.

[177] "Edited Transcript Q2 2023 Maxeon Solar Technologies Ltd Earnings Call," *Refinitiv Streetevents*, August 10, 2023 ("Maxeon Q2 2023 Earnings Call"), p. 3.

[178] Maxeon Q2 2023 Earnings Call, pp. 4, 6.

[179] Maxeon Q2 2023 Earnings Call, p. 6.

98.    On August 1, 2023, Atlantica Sustainable Infrastructure plc ("Atlantica") also reported declines in revenue and adjusted EBITDA in the EMEA region "due to lower revenue in [Atlantica's] solar assets in Spain … mainly due to lower electricity prices compared with those in the same period last year."[180]  Similarly, on August 9, 2023, Enlight Renewable Energy Ltd. ("Enlight") commented on "lower-than-expected" revenue growth due to lower electricity prices in Spain and lowered their 2023 revenue guidance.[181]

99.    Following Solar Edge's pre-announcement of Q3 2023 earnings on October 19, 2023, several additional peer companies reported a worsening outlook for Europe.  Those peers also experienced statistically significant price declines following their earnings releases.  For example, on October 26, 2023, Enphase reduced guidance for Q4 2023 and stated:  "[s]o what has changed since 90 days ago when we told you that the inventory levels would normalize by the end of Q3.  We have seen a substantial demand reduction in Europe."[182]  Enphase explained that it is "managing through a slowdown in [its] overall demand" which, in the case of Europe, is "due to broad macroeconomic conditions."[183]  Enphase further clarified that it saw "a much weaker demand recovery from summer" and that distributor oversupply had led to aggressive destocking:

> Let's talk about Europe demand a little bit.  We are facing 2 challenges in Europe, and the situation has dramatically changed from the last quarter -- from 90 days ago.  We saw a much weaker demand recovery from summer.  We also see a lot of distributors facing oversupply of solar equipment, particularly panels, leading to much more aggressive destocking.  Despite this temporary weakness, we think that the pullback in Europe will be temporary as the fundamentals remain strong and we are relatively underpenetrated in the U.S.  We are entering a lot -- lots of new geographies with our IQ8 microinverters and batteries.  So we remain very bullish about Europe.
>
> Let me spend a few minutes discussing our 3 largest markets in Europe, the Netherlands, France and Germany in detail.  In Netherlands, our largest European market, our Q3 sell-through was down 40% compared to Q2.  This was our first sequentially down quarter in the last 2 years.  Installers tell us that the customers fear of an export penalty and confusion around ending of the net metering has caused the market pull back.  I was in Netherlands 2 weeks ago.  I visited with our leading installers, I came away confident that

---

[180] "Edited Transcript Q2 2023 Atlantica Sustainable Infrastructure PLC Earnings Call," *Refinitiv Streetevents*, August 1, 2023, p. 3.

[181] "Edited Transcript Q2 2023 Enlight Renewable Energy Ltd Earnings Call," *Refinitiv Streetevents*, August 9, 2023, pp. 2, 3, 6.

[182] Enphase Q3 2023 Earnings Call, p. 3.

[183] Enphase Q3 2023 Earnings Call, p. 5.

this pullback will be short lived.  We think that the plan for net metering will be clarified after the country's elections in November.  The payback period are continuing to be attractive in Netherlands.  In addition, total system solutions, which includes batteries, solar and EV chargers are going to become the norm as dynamic tariffs become more prevalent in Netherlands.  We are well positioned to take advantage of these changes.  In France, our Q3 sell-through was down 34% compared to Q2, driven by seasonality.  We see potential for this market to rebound very quickly.  We are already seeing that as utility rates recently moved higher and are expected to increase even more in early 2024.  In Germany, our Q3 sell-through was down 32% compared to Q2.  We saw strong sequential growth in installer count and activations, and we are continuing to gain traction there.[184]

100.    Similarly, on November 15, 2023, Maxeon reported a decline in European shipment volumes and noted that it faced significant demand challenges in its distributed generation business caused in part by "the effects of a broad market dislocation in Europe."[185]   Maxeon further explained that "[s]ince June of this year, conditions have deteriorated rapidly due to an oversupply of Chinese commodity modules in Europe, and [a customer] falling short of their contractual purchase obligations."[186]  Maxeon additionally explained that its "outlook for Europe for next year is fairly sober" given the "very high levels of inventory in the European channel right now."[187]  On November 8, 2023, Atlantica again reported declines in revenue and adjusted EBITDA in the EMEA region due to "lower revenues at [Atlantica's] solar assets in Spain … mainly due to lower electricity prices compared with the same period last year."[188]  Similarly, on November 20, 2023, Enlight reported lower revenues at their Gecama plant in Spain "driven by lower power price relative to last year's peak electricity pricing."[189]

101.    As discussed in Section V.B, there was a shift over time and growing uncertainty regarding growth in the European solar industry in 2023, and during the second half of the year solar firms, as a group, were experiencing worse financial outcomes than the market expected.  Analyst commentary is consistent with this understanding of the European solar industry dynamics during the second half of 2023 (see **Exhibit 10**).

---

[184] Enphase Q3 2023 Earnings Call, p. 4.

[185] Maxeon Q3 2023 Earnings Call, p. 3.

[186] Maxeon Q3 2023 Earnings Call, p. 3.

[187] Maxeon Q3 2023 Earnings Call, pp. 7, 10.

[188] "Edited Transcript Q3 2023 Atlantica Sustainable Infrastructure PLC Earnings Call," *Refinitiv Streetevents*, November 8, 2023, p. 4.

[189] "Edited Transcript Q3 2023 Enlight Renewable Energy Ltd Earnings Call," *Refinitiv Streetevents*, November 20, 2023, p. 6.

102.    In sum, given the negative shock to the solar industry in the second half of 2023 and the observed repeated negative surprises announced in earnings releases by Europe Peers, the results of an event study on SolarEdge stock must be interpreted carefully in disentangling the portion of the Company's residual return attributed to this industry-wide shock as opposed to firm-specific announcements.  By primarily relying on the stock price declines following the alleged corrective disclosures in August and October 2023, Dr. Cain fails to provide a methodology for measuring alleged artificial inflation that can properly account for price movements stemming from a negative industry-wide demand shock, such as the one experienced by the solar industry in the second half of 2023.

### C.    Dr. Cain Fails to Provide a Methodology Capable of Evaluating the Impact of the Alleged Misrepresentations When the Alleged Corrective Disclosures Reflect the Materialization of Risk

103.    I understand that Plaintiffs allege that the "misstatements also concealed the material undisclosed risk that channel inventories would rise so high that customers would need to cancel or push out orders of SolarEdge's products and the Company's revenues would plummet" and that "[a]s the truth emerged and the concealed risk materialized, SolarEdge's share price plummeted."[190]

104.    Rather than providing a damages methodology tailored to Plaintiffs' theory of liability, Dr. Cain provides a generic description of how damages could be calculated for a securities fraud claim generally.  That generalized description does not address the distinctive features of Plaintiffs' theory of liability in this case nor the unusual economic events that took place during the Putative Class Period.

105.    As discussed in Section V.B, securities analysts documented that the solar energy industry experienced a boom in Europe in 2022 because of various geopolitical and macroeconomic factors.  In conjunction with this boom, SolarEdge posted record revenues through Q2 2023 (see **Exhibit 9**).  As conditions changed, growth in the European solar industry softened and SolarEdge's revenue declined.  SolarEdge disclosed risks that demand for its products would decrease in its SEC filings prior to and during the Putative Class Period.  Similarly, market observers commented on these risks.  As such, any calculation of inflation needs to be based *not* on the price decline when these risks materialized, but on the

---

[190] Complaint, ¶ 1.

value implication of the extent to which the market was misled regarding these risks by the alleged misrepresentations by SolarEdge. Dr. Cain has not provided a methodology to calculate inflation in this manner consistent with Plaintiffs' materialization of risk theory of liability.

### 1. Dr. Cain Fails to Provide a Methodology That Can Measure Inflation in a Case Involving Materialization of Risk

106. Dr. Cain acknowledges that Plaintiffs allege "that the undisclosed risk of customer order cancellations materialized and led to a decline in revenue" but does not explain how he would calculate damages in a manner consistent with Plaintiffs' theory of liability beyond noting that event studies can "measure stock price reactions to disclosures and materializations of [] risks."[191]

107. The stock price reaction to the materialization of an uncertain outcome, however, is not a measure of that outcome's market value prior to its materialization.[192] If investors think an outcome may or may not occur, and that there would be a likely impact if it did, then the *full* value of that outcome will not be reflected in the stock price in advance of the outcome's realization, simply because it is not certain the outcome will in fact happen. In an efficient market, the stock price would only incorporate the expected value of the loss stemming from an uncertain outcome prior to the outcome's materialization—not the *full* value of the loss. Therefore, the stock price reaction to a but-for disclosure of the risk of an uncertain outcome (*i.e.*, inflation stemming from the concealed risk of that outcome) is not equal to the stock price reaction to the materialization of that outcome.

108. In a case such as this one, in which Plaintiffs' allegations relate to concealed risks, any price declines following alleged corrective disclosures do not represent a correction of inflation, because even had the true risk been known by the market prior to its materialization, the price still would have declined by some amount when that risk ultimately materialized. Instead, any calculation of inflation must be based on the extent to which the market was misled about the risk by any alleged misrepresentations before the risk materialized.

---

[191] Cain Report, ¶¶ 19, 99.

[192] As an example, one might consider a winning lottery ticket. Prior to the draw, a prospective buyer of this ticket would not value the ticket at the amount of the jackpot because he or she has no way of knowing that this will be the winning ticket—*i.e.*, whether the ticket is a winner is uncertain. Only once the draw occurs will the ticket be worth the full amount of the jackpot.

109.    As a hypothetical and stylized example, suppose Corporation A were a multinational firm whose operating license in Canada were under review.  Suppose further there were only two possible outcomes to the uncertainty about whether Corporation A could continue to operate in Canada, either: (i) its license is renewed, or (ii) its license is revoked and the equity value of Corporation A declines by $100 million.  Suppose further that the market assigns only a 5% probability to the risk that the license would be revoked.  In an efficient market, an expected loss of $5 million (*i.e.*, 5% *times* $100 million) would be incorporated into the equity value of Corporation A and the price of its common stock.  In the event that its Canadian license does get revoked (*i.e.*, the risk materializes), the probability of the loss would increase to 100%, and the equity value of the company would be expected to decline by an additional $95 million to reflect the resulting certainty of the loss caused by the license revocation.

110.    Suppose that absent certain misrepresentations about the strength of Corporation A's case with the Canadian government, the market would have expected instead that the license getting revoked had a 25% chance of occurring.  In other words, the market expectation that there was only a 5% chance that Corporation A's Canadian license would be revoked was a product of Corporation A's misrepresentations.  Had the true risk been disclosed before a decision on the license was released, an additional $20 million expected loss ($100 million *times* (25% – 5%)) would have been factored into the price of Corporation A's stock (**Figure 1**).  In other words, the equity value of the company was inflated by $20 million because of the alleged misrepresentations.  Importantly, even if the alleged misrepresentations were corrected, the market price would not have reflected at that time the full impact of the $100 million loss that would follow the revocation of Corporation A's license because whether Corporation A could continue to operate in Canada or not *remained uncertain*.  Even in this scenario, in which the alleged misrepresentations are corrected, Corporation A's equity value would not have decreased by the remaining $75 million ($100 million total loss – $25 million expected loss) until the risk that the license would be revoked *actually materialized*.

|  | Market Expectation | True Risk | Artificial Inflation Implied |
|---|---|---|---|
| *Market expects 5% risk* | 5% × $100 million = $5 million | 25% × $100 million = $25 million | $25 – $5 million = $20 million |
| *Market is unaware of risk* | 0% × $100 million = $0 | 25% × $100 million = $25 million | $25 million – $0 = $25 million |

*Figure 1*

111.    I note that even if the risk had been fully concealed from the market, the stock drop following the materialization of the risk is still not an appropriate measure of artificial inflation.  Suppose that due to the alleged misrepresentations, the market expects that Corporation A's operating license in Canada being revoked has a 0% chance of occurring (*i.e.*, the risk is fully concealed) but Corporation A makes a corrective disclosure explaining that the true risk that it would lose its Canadian license is 25%.  In an efficient market, the market price of Corporation A would decline by $25 million upon such a disclosure (**Figure 1**).  Here again, artificial inflation would only amount to $25 million (*i.e.*, the economic value of the concealed risk), not the full amount of the loss after the risk materializes.

112.    Suppose now that the market does not learn about the risk that Corporation A's Canadian license could be revoked until a ruling comes out canceling the license (*i.e.*, the existence of the risk and the materialization of the risk are revealed at the same time).  An event study performed on Corporation A's stock would detect a $100 million drop in Corporation A's equity value on this day, but it could not differentiate how much of the drop was attributable to the economic value of the concealed risk (*i.e.*, artificial inflation) and how much was attributable to the materialization itself.  In other words, even if the materialization of the concealed risk is the only information revealed to the market about Corporation A on this day (*i.e.*, there is no confounding information), the stock price reaction alone would be insufficient to measure (and/or back-cast) artificial inflation.

113.    As these illustrative examples show, the full price decline following the realization of a risk is not a reliable measure of inflation resulting from an alleged misrepresentation about the risk prior to its realization.  In SolarEdge's case, unless the "true risk" is 100%, *i.e.*, the company knew with *certainty* the orders would be cancelled or pushed out and growth would soften, relying on the price decline following the alleged corrective disclosures would be insufficient to measure any inflation and damages.  Instead, from an economic perspective, in order to measure inflation consistent with Plaintiffs' theory of liability in such a situation, it

would be necessary to analyze: (i) the true likelihood that "customers would need to cancel or push out orders of SolarEdge's products and the Company's revenues would plummet" at any given point during the Putative Class Period,[193] and (ii) how the market estimate for this likelihood was affected by the alleged misrepresentations at that time.  Dr. Cain fails to propose a methodology that could address this challenge.  Instead, Dr. Cain appears to ask the Court to assume that he will discover at a later stage some unspecified data or approach for measuring the economic value of the concealed risk (*i.e.*, artificial inflation) that he can plug into the "out-of-pocket" formula and that these unspecified elements will be consistent with Plaintiffs' theory of liability.

> **2.** **Dr. Cain Fails to Provide a Methodology Capable of Measuring Inflation Attributed to the Alleged Misrepresentations Rather Than the Materialization of Known Risks About Demand and Inventories in Europe**

114.    Dr. Cain fails to provide a methodology for measuring artificial inflation that is capable of addressing uncertainty about the performance of the solar industry in Europe given changing macroeconomic conditions.  Plaintiffs allege that Defendants "concealed the material risk that customer inventories would become saturated, orders would be canceled or pushed out, and SolarEdge's revenues would plummet," and that these "undisclosed risks" materialized on August 1, 2023 and October 19, 2023.[194]  Indeed, Dr. Cain does not claim that SolarEdge had known with certainty prior to the alleged corrective disclosures that the growth of the solar industry in Europe would decline and customers would cancel or push out orders.  In addition, as I have discussed, the macroeconomic environment was changing and posed uncertainty to the European solar industry's growth throughout the Putative Class Period.

115.    In fact, both prior to and during the Putative Class Period, as I discuss below, securities analysts covering SolarEdge and the solar industry noted risks that the growth in the European solar industry might soften and SolarEdge's performance might consequently be impacted.  Likewise, SolarEdge itself disclosed these risks to investors in its SEC filings.  Dr. Cain fails to provide a damages methodology capable of disentangling the materialization

---

[193] Complaint, ¶ 1.
[194] Complaint, ¶¶ 118, 125, 197.

of known risks about the performance of the European solar industry from the impact (if any) of the alleged misrepresentations.

116.     Throughout the Putative Class Period, securities analysts identified risks to the performance of the solar industry in Europe, and to SolarEdge's own performance, due to macroeconomic conditions and to the excess supply in panel inventory held by distributors. For example, securities analysts noted the following about SolarEdge and the European solar industry between February 13, 2023 and July 31, 2023:

> **Barclays, 4/4/23:**  We are fairly confident in the prospects of rooftop solar in Europe over the course of the next several years, but ***risks do exist that could serve to slow growth***.  While we don't believe that any of the risks noted below are material enough to bring rooftop solar growth to a halt, we do think they are worth highlighting.  … ***Falling wholesale power prices*** … ***Weaker than expected subsidies and programs*** … ***Rising rates***.[195]

> **TD Cowen, 6/19/23:**  We descended upon Munich for the InterSolar trade show, the largest global solar event outside China.  ***The boom of '22 is easing in many countries*** ex. Germany, in our view, leading to decelerating growth, especially in residential.  ... While all segments are doing well in Germany, ***our concerns are centered on a slowdown in both Spain and Italy due to lower electricity prices in Spain paired with a weak consumer and the expiration of the Superbonus tax credit in Italy at the end of 1Q***.  … ***Net metering programs in some countries are being replaced by less generous compensation*** for "prosumer" electricity grid exports.  … 2022 was the most pivotal year for energy markets in Europe given the war in Ukraine.  Surging power prices in many countries in the region led to outsized demand for alternatives.  We note that ***power prices have come down in most regions to pre-war levels that for now has taken away the urgency in some end markets***.[196]

> **Bank of America, 6/30/23:**  The European solar and storage growth opportunity remains the critical question for SEDG fundamentals for the foreseeable future.  Coming out of Intersolar Munich, the renewable industry's latest product conference, investor fixation on the European outlook clearly increased.  For the first time in recent memory, ***it seems investors have become concerned about the cadence of resi growth in Europe in the immediate term***.  Against the significant decline in polysilicon prices, some investors are weary that

---

[195] "European Residential Solar + Storage Poised for Continued Growth," *Barclays*, April 4, 2023, pp. 12, 13 (emphasis added).
[196] "Dispatches from Munich: Puts and Takes in European Rooftop Solar," *TD Cowen*, June 19, 2023, pp. 1, 4, 9 (emphasis added).

> ***solar installations may slow while distributors sit on out of the money solar panels***.[197]

117.    SolarEdge itself identified risks to its performance in its SEC filings. Specifically, in the Form 10-K it filed for fiscal year 2022, SolarEdge disclosed its performance would be negatively impacted if demand for its products were to decline as a result of a decline in prices for alternate electricity sources, higher interest rates, lower performance by distributors, or a reduction in government subsidies:

> A drop in the retail price of electricity derived from the utility grid or from alternative energy sources may harm our business, financial condition, results of operations, and prospects. ***Decreases in the retail prices of electricity from the utility grid, or other renewable energy resources, would make the purchase of solar PV systems less economically attractive*** and would likely lower sales of our products. The ***price of electricity derived from the utility grid could decrease as a result of … reductions in the price of natural gas***, or alternative energy resources other than solar.[198]

> ***An increase in interest rates*** or tightening of the supply of capital in the global financial markets ***could make it difficult for end-users to finance the cost of a solar PV system*** and could reduce the demand for smart energy products and thus demand for our products. ***Many end-users depend on financing to fund the initial capital expenditure required to develop, build, or purchase a solar PV system.***[199]

> We rely on distributors and large installers to assist in selling our products, and ***the failure of these customers to perform as expected could reduce our future revenues.*** … The agreements we have with some of our largest customers do not have long-term purchase commitments and are generally cancellable by either party after a relatively short notice period. … Termination of agreements with current distributors or large installers, ***failure by these distributors or large installers to perform as expected***, or failure by us to cultivate new distributor or large installer relationships, ***could*** hinder our ability to expand our operations and ***harm our revenue and results of operations***.[200]

> The ***reduction, elimination or expiration of government subsidies and economic incentives for on-grid solar electricity applications could***

---

[197] "2Q23 Preview: Diversification Benefits Propping Up the Outlook; Reiterate Buy," *Bank of America*, June 30, 2023, p. 4 (emphasis added).
[198] 2022 10-K, p. 20 (emphasis removed and added).
[199] 2022 10-K, p. 20 (emphasis removed and added).
[200] 2022 10-K, p. 24 (emphasis removed and added).

> ***reduce demand for solar PV systems*** and harm our business. … ***The market for on-grid applications … often depends in large part on the availability and size of government and economic incentives***. Because our customers' sales are typically into the on-grid market, the reduction, elimination or expiration of government subsidies and incentives for on-grid solar electricity may negatively affect the desirability of solar electricity and could harm or halt the growth of the solar electricity industry and our business.[201]

> ***Changes to net metering policies may reduce demand for electricity from solar PV systems*** and harm our business. Our business benefits from favorable net metering policies in most U.S. states and some European countries, that allow a solar PV system owner to pay his or her electric utility only for power usage net of production from the solar PV system. … The absence of favorable net metering policies or of net metering entirely, ***or the imposition of new charges that only or disproportionately affect end-users that use net metering would significantly limit demand for our products*** and could have a material adverse effect on our business, financial condition, results of operations and future growth.[202]

118.    During its August 1, 2023 earnings announcement, SolarEdge disclosed (without referring to any particular geographic region) that "[t]he solar market is going through a transition, emerging from the recent period of component shortages, high energy prices and rapid growth to one now impacted by higher interest rates and excess inventory."[203] The Company further stated with respect to Europe that "the strength in the market is somewhat more moderate than what was anticipated heading into 2023" and that "distributors are taking a more cautious approach in order to better manage their cash flow" as "growth in demand has tapered off."[204]

119.    During investor conferences that took place in between the two alleged corrective disclosures, SolarEdge noted to investors that the financial health of its distributors was deteriorating due to the glut in panel inventory. SolarEdge noted distributors' financial distress was resulting in lower new order volume and requests to delay existing orders.

> **Oppenheimer Conference, 8/8/23:** On one hand, in Europe, ***we see demand that is still strong but a little bit smaller than everyone expected to see***. But at the same time, we do see the product

---

[201] 2022 10-K, p. 31 (emphasis in original and added).
[202] 2022 10-K, p. 32 (emphasis in original and added).
[203] SolarEdge Q2 2023 Earnings Call, p. 3.
[204] SolarEdge Q2 2023 Earnings Call, p. 3.

availability has improved dramatically over the last few months. And by the way, not just for us, it's mostly for solar modules. The situation just in, let's say, Q4 2022 was that a very severe demand or shortage of supply to weak demand created a situation where every distributor laid their hands on whatever piece of equipment that they could get. It means that on modules, a lot of distributors went into either purchase agreements that are over longer term at relevant – relatively higher prices. When it comes to inverters, sometimes some of the players needed to take Chinese inverters that are usually not selling outside of China, simply in order to fulfill demand. And the result was that everyone was stocking knowing that first of all, they're going to see very strong demand, and they will not see sufficient supply. … ***And the result was that now there are a lot of products in the channel***, and at the same time, supply for new product is very short. But the main issue is actually the story of the modules because some of the Chinese module manufacturers that needs to make their factory work on all the time because they have very high fixed costs are continuing to ship products into Europe, but now they are reducing prices substantially. ***And we see a situation where the majority, if not all of the distributors across Europe are holding very large amount of modules that were purchased in prices that are sometimes double than the prices that they pay today for new modules, and at the same time, there is a constant flow of modules going into Europe. And since modules are usually the most expensive part of the installation, what we see is that now, everyone, as you mentioned before, is much more conscious to working capital. So the first thing that they do is that they try sometimes to pay a little bit later or to ask for extended terms***. The second thing the distributors are doing is since they can rely better on our supply right now instead of holding 3 months or sometimes even 4 months of inventory, let's say, at the end of Q4 -- at the end of Q2, we saw in average 2 months of inventory of our product in the channel. And now they're even sometimes reduced to 5 or 4 weeks. And this creates a situation or on one hand, you see amazing demand. ***But at the same time, since the inventory is still being cleared from the channel going to lower levels, the orders to us or other companies is not happening***.[205]

**Barclays Conference, 9/6/23:** So what do we see right now? So first of all, we do see that, yes, ***the cash flow is something that is very much burdening distributors around Europe***. In some cases, they ask for a little bit of help there. By the way, more important for them then reducing prices, because this is where they feel the pain. ***We do see that in some cases, they ask to delay orders***. Sometimes even delay orders that they know that they will need in Q4, they will ask to delay right now, because they do not want to take any cash flow obligations that they will not be able to meet. And they're relying on the fact that

---

[205] "Edited Transcript SolarEdge Technologies Inc at Oppenheimer Technology, Internet & Communications Conference (Virtual)," *Refinitiv Streetevents*, August 8, 2023, p. 3 (emphasis added).

we're able to actually provide inventory at a much quicker pace than we used to do before.  Today, we can provide in Europe some products even within 2 to 3 weeks.[206]

120.     Securities analysts similarly commented on risks related to the financial health of SolarEdge's distributors.  Securities analysts continued to identify risks to the growth of the solar industry in Europe, and SolarEdge's performance, after the alleged corrective disclosure on August 1, 2023.  For example, securities analysts noted the following about SolarEdge and the European solar industry between August 1, 2023 and October 18, 2023 (see **Exhibit 10** for additional commentary):

> **Bank of America, 8/16/23:**  Module inventories [in Europe] remain acutely high and ***inverter channel health is worse than we previously understood***.  SEDG flagged distributors sitting on excess components from non-preferred vendors, and international distributor confirmed channel inventories in excess of 3-6 months, which strains SEDG unit sales.  ***Weak distributer credit and working capital obfuscate real channel demand, and now, market recovery timing looks uncertain***. … The 2Q23 earnings cycle solidified that ***channel inventory challenges are here to stay for solar and storage components businesses***. … Coupled with SEDG's comments that distributors are working capital strained, changing ordering habits, and sitting on inventory of non-core products, ***we argue there is ample room for a softer volumetric growth case, as the market digests this bloated inventory***.  Our other conversations support a potential slowdown in sales across resi in Europe.[207]

> **Citi, 9/13/23:**  Path to inventory normalization in Europe, to which SEDG is primarily exposed, appears achievable by 1Q23 [*sic*] with channel inventories lower in EU than in the US and resi/C&I sell-through rates still strong at ~60%+/100% Y/Y, respectively.  ***Downside risk*** to this timeframe could come from (1) ***larger than expected distributor cancellations and order delays*** and (2) if winter is abnormally harsh in Europe. … Distributors in Europe are in "fragile" but not in "critical" health, which we note is a relatively better take than the case for some European module providers.  ***CFO Faier is directly assisting customers during the current challenging period of***

---

[206] "Edited Transcript SolarEdge Technologies Inc at Barclays CEO Energy-Power Conference," *Refinitiv Streetevents*, September 6, 2023, p. 5 (emphasis added).
[207] "Caught in the Perfect Storm of Overflowing Channel Inventory; Downgrade to Neutral," *Bank of America*, August 16, 2023, pp. 1, 3, 4 (emphasis added).

*higher rates and slower demand, offering more flexible delivery of product and better credit terms*[.][208]

**Roth Capital Partners, 9/22/23:** Many *EU distributors have a substantial amount of SEDG inventory*. Two distributors shared that they believe some have more than four months of SEDG inventory, while others may be double or more. Last week, we wrote here *one distributor canceled orders and has stopped taking delivery of SEDG*. This week, another *distributor shared it has canceled about 60% of its SEDG orders for Q4 and Q1, while a third has also canceled orders with SEDG*.[209]

**Bank of America, 10/5/23:** In our conversations following RE+ (leading renewables industry conference), we grow more skeptical of the volumetric outlook into 2024. *Macro challenges linger and the industry faces acute financing and working capital pressures* … Much of *SEDG's collapse is attributable to the deteriorating channel environment in Europe*. … The *health of the European solar components channel has deteriorated further*, and SEDG's sell in to the European commercial and industrial (C&I) and resi channels remains relatively opaque with prevalent downside risk to 4Q23 guidance with further risk lingering into 2024. In our view, the European and US resi solar industries have not lapsed supply chain issues, and *we see material risk that channel inventory congestion and weaker sell in lingers throughout early next year*.[210]

121. Plaintiffs allege that these risks "fully materialized" on October 19, 2023, when "the truth underlying Defendants' misrepresentations [] fully emerged."[211] Following this earnings announcement, some securities analysts noted they had previously commented on these risks facing SolarEdge. For example:

**Barclays, 10/19/23:** SEDG release preliminary 3Q results that were materially below expectations and "anticipated significantly lower revenues in the fourth quarter of 2023 as the inventory destocking process continues." …*We can't say we are surprised by the revenue guide-down as it was only a matter of time* before SEDG was going to have to follow in ENPH's steps and do a more drastic "reset" as it

---

[208] "Hoping for Sunshine; Management Dinner Takeaways," *Citi*, September 13, 2023, pp. 1–2 (emphasis added).
[209] "The Solar Snapshot – New UFLPA Detention Confirmed, Mod Px, SEDG/ENPH EU, 45X," *Roth Capital Partners*, September 22, 2023, p. 1 (emphasis removed and added).
[210] "Adverse Exposure on too Many Fronts; Reiterate Neutral," *Bank of America*, October 5, 2023, pp. 1, 3 (emphasis added).
[211] Complaint, ¶ 211.

appeared that Europe was ~6 months behind the US with respect to a slowdown and channel inventory issues.[212]

**Citi, 10/20/23:** SEDG sharply missed 3Q outlook and guided for "significantly" lower 4Q revenues due to unexpected cancellations and order pushouts in Europe. … *We had warned of a rough 3Q earnings season* for residential solar and the potential for reduction in SEDG outlook[.][213]

**TD Cowen, 10/20/23:** *The top line miss is not a huge surprise given the fluid market in Europe and precipitous drop in panel prices* that is likely leading to a pause in some commercial projects[.][214]

**Scotiabank, 10/20/23:** EU slowing. *We noted in our preview risks for the EU channel seem to be similar to the US* only lagging by a quarter or two and in our view, this could extend beyond 4Q. SEDG is down 60% YTD on the general weakness in resi solar but has outperformed the group on views of a more resilient demand case in the EU, which seems to be reversing.[215]

**Roth Capital Partners, 10/20/23:** After market yesterday, SEDG preannounced Q3 results to the downside. … *Management cited cancellations and pushouts by EU distributors, which we had previewed four weeks ago*[.] We expect EU/US resi challenges to continue ahead.[216]

122.    In sum, from an economic perspective, a reliable damages methodology would need to account for the level of risk that was already disclosed or publicly known, and be able to measure damages due to the allegedly "concealed" level of risk, if any. Dr. Cain has not proposed a damages methodology capable of measuring the artificial inflation associated with the alleged misrepresentations, rather than materialization of the ***known*** risk that growth of the European solar industry would decline.

---

[212] "Here Comes the Bad News," *Barclays*, October 19, 2023, p. 1 (emphasis added).
[213] "3Q Miss Shows There is Nowhere to Hide; Approaching Bottom," *Citi*, October 20, 2023, p. 1 (emphasis added).
[214] "Channel Inventory Worse than Feared; Big Preannounced Miss on Europe Softness," *TD Cowen*, October 20, 2023, p. 1 (emphasis added).
[215] "3Q Pre-Release on EU Weakness, Cutting Estimates," *Scotiabank*, October 20, 2023, p. 1 (emphasis removed and added).
[216] "SEDG: Preannounced Q3 Results to the Downside; Downgrading to Neutral," *Roth Capital Partners*, October 20, 2023, p. 1 (emphasis added).

**D.    Dr. Cain Fails to Provide a Methodology Capable of Disentangling the Impact of Contemporaneous Confounding Factors from the Alleged Misrepresentations**

123.    Dr. Cain acknowledges that he would need to account for confounding information when using the residual returns from his event study to back-cast artificial inflation.[217] Dr. Cain does not explain, however, how he would isolate the allegation-specific portions of the residual drops beyond making generic mention to several tools in financial economics.[218] As I explain in this section, securities analysts commented on value relevant information about SolarEdge's operations following the August 1, 2023 alleged corrective disclosure. Dr. Cain has not proposed a damages methodology capable of disentangling the value of confounding information about SolarEdge's operations from the price impact of information correcting the alleged misrepresentations.

124.    Dr. Cain claims that "[e]vent studies measure stock price reactions to disclosures and materializations of the risks that dissipated the effect of alleged fraudulent misrepresentations,"[219] but fails to explain how he would use an event study to separate the causal impact of multiple company-specific news released at the same time.  Similarly, Dr. Cain claims that he could use several other "accepted methodologies, such as valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research" to account for the "impact of such 'confounding information' on the price of SolarEdge's [c]ommon [s]tock,"[220] but never explains how or assesses whether these methods apply in this matter.

125.    SolarEdge made several disclosures to investors during the Q2 2023 earnings press release and call.  For example, management revealed a downturn in the solar industry in the United States following macroeconomic and regulatory changes.  According to SolarEdge's management, "[t]he combination of higher interest rates and the new net metering 3.0 regime in California … led to a decrease in demand compared to the second half of last year."[221] SolarEdge further noted that United States inventory levels were higher because they "were

---

[217] Cain Report, ¶ 102 ("If I were to conclude that a portion of the decline in SolarEdge's Common Stock price described above was caused by non-fraud-related factors, the impact of such 'confounding information' on the price of SolarEdge's Common Stock would be determined on a common, Class-wide basis using various accepted methodologies, such as valuation analysis, analyst reports, principles of finance and valuation analysis, and peer-reviewed academic research.").
[218] Cain Report, ¶ 102.
[219] Cain Report, ¶ 99.
[220] Cain Report, ¶ 102.
[221] SolarEdge Q2 2023 Earnings Call, p. 3.

built in anticipation of substantial market growth that did not materialize."[222]  To the extent that information about the solar industry in the United States was responsible for the price movement following the August 1, 2023 alleged corrective disclosures, Dr. Cain would need to account for this information in any methodology of measuring artificial inflation.

126.    In addition to providing information about the downturn in the United States, SolarEdge also revised its firm-level gross margin guidance for Q3 2023.  SolarEdge explained that changes in its product mix in Europe were expected to result in lower margins, as SolarEdge now anticipated shipping a higher proportion of commercial inverters which typically had lower margins than their residential equivalents.[223]  Gross margins were also impacted by higher freight costs, as SolarEdge turned to "air shipments" to address supply constraints in Europe.[224]  To the extent that changes in the European product mix and the need to rely on air freight are not corrective of the alleged misrepresentations about "inventory levels [being] 'low'" and "the strength of demand in Europe,"[225] any price impact of this information would have to be accounted for in Dr. Cain's calculation of artificial inflation.

127.    **Exhibit 13** lists analyst commentary on SolarEdge's Q2 2023 earnings release and conference call and the potential causes of SolarEdge's stock price decline on August 2, 2023.  As shown in the exhibit, analyst reports published following the after-market Q2 2023 earnings call held on August 1, 2023 discuss information that could have contributed to the stock price decline on August 2, 2023.  Specifically, analyst reports identify poor solar industry performance in the United States, increases in client inventories in the United States, and erosion in gross margins due to a product mix shift and higher freight costs as potential drivers of the decline in SolarEdge's common stock price.  For example (see **Exhibit 13** for additional examples):

> **Guggenheim, 8/2/23:**  Looking at the stock, it's clear that disappointment over the magnitude of US weakness, and [SolarEdge]'s margin outlook, may put some pressure on valuation for the near term.

---

[222] SolarEdge Q2 2023 Earnings Call, p. 3.
[223] SolarEdge Q2 2023 Earnings Call, p. 10 ("[W]e are going to ship much more inverters that are 3-phase commercial inverters during Q3 and Q4. This is the product that is mostly missing in Europe, and this is the product that is usually carrying the lowest gross margins of our inverters compared to any other product except for batteries.").
[224] SolarEdge Q2 2023 Earnings Call, p. 5 ("[O]n certain products such as 3-phase inverters in the European market, even though we increased output significantly in the second quarter, we are still delivering below demand and, thus, air shipments have been required.").
[225] First Order on Motion to Dismiss, p. 8.

Our expectations were clearly too high, and we have taken our 2024 numbers down considerably[.][226]

**HSBC, 8/2/23:** US - may take more time to recover: SolarEdge's revenue in the US was down 23% q-o-q last quarter. The company highlighted a worse situation in channel inventory, which it expects to take two quarters for destocking. This sounds more cautious than Enphase … [b]ut on the bright side for SolarEdge, the US now accounts for only just 21% of solar revenue.[227]

**Morgan Stanley, 8/2/23:** 3Q margin erosion impacted by product mix shift and higher freight costs: The company attributed a weaker than expected 3Q gross margin guidance to a mix shift towards lower-margin 3-phase commercial inverters.[228]

**Roth Capital Partners, 8/3/23:** While we had written about the excessive US resi[dential] channel inventory here, we were surprised to hear the magnitude.[229]

128.    As further indication that the stock price decline on August 2, 2023 may have been driven by confounding information, several analyst contributors that provide regional estimates lowered their forecasts for 2023 megawatts shipped, a performance measure of SolarEdge tracked by analysts,[230] for the United States but not for the non-United States market following the Q2 2023 earnings call held on August 1, 2023.[231] For example, analyst reports from Barclays, Deutsche Bank, and Guggenheim published on August 2, 2023, and Wells Fargo published on August 3, 2023 decreased 2023 MW shipment estimates for the

---

[226] "SEDG: US Weakness Drives Disappointing Outlook," *Guggenheim*, August 2, 2023, p. 1.

[227] "Buy: Managing Down Expectations," *HSBC*, August 2, 2023, p. 1 (emphasis removed).

[228] "SEDG + SHLS Earnings Quick Take," *Morgan Stanley*, August 2, 2023, p. 1 (emphasis removed).

[229] "SEDG: Weak H2'23 Outlook for Volume/Margins, High Channel Inventory, PT to $280," *Roth Capital Partners*, August 3, 2023, p. 1.

[230] 2023 10-K, p. 40 ("We provide the 'megawatts shipped' and 'megawatts hour shipped' metrics, which are calculated based on inverter or battery nameplate capacity shipped respectively, to show adoption of our system on a nameplate capacity basis. Nameplate capacity shipped is the maximum rated power output capacity of an inverter or battery, and corresponds to our financial results in that higher total nameplate capacities shipped are generally associated with higher total revenues. However, revenues may increase in a non-correlated manner to the 'megawatt shipped' metric since other products such as Power Optimizers, are not accounted for in this metric.").

[231] Of the 31 contributors for which I reviewed analyst reports published between August 1, 2023 and August 4, 2023, I identified four that provided regional MW shipment estimates. The four contributors are Barclays, Wells Fargo, Guggenheim, and Deutsche Bank. *See* "Soft 3Q Guide, But Expect 4Q Improvement," *Barclays*, August 2, 2023, p. 3; "SEDG: Q2 In Line — Q3 Guidance Miss — Lowering PT — Maintain Overweight," *Wells Fargo*, August 3, 2023, p. 4; "SEDG: US Weakness Drives Disappointing Outlook," *Guggenheim*, August 2, 2023, p. 6; "Looking Ahead - Challenges on the Horizon; But Diversification will be Key," *Deutsche Bank*, August 2, 2023, p. 3.

United States or North America but not for Europe or the International (including European) region relative to their earlier publications.[232]  Specifically:

- Barclays lowered its 2023 MW shipment estimate for the United States from 3,576 (as of July 18, 2023) to 3,119, while increasing its estimate for the International region from 11,030 to 13,137.[233]

- Deutsche Bank lowered its 2023 MW shipment estimate for the North America from 4,311 (as of May 7, 2023) to 3,481 and for the Rest of the World ("ROW") from 2,007 to 1,769, while increasing its estimate for Europe from 8,654 to 10,652.[234]

- Guggenheim lowered its 2023 MW shipment estimate for the United States from 3,633 (as of July 31, 2023) to 2,946 and for ROW from 1,975 to 1,663, while increasing its estimate for Europe from 9,063 to 11,588.[235]

- Wells Fargo lowered its 2023 MW shipment estimate for the United States from 4,021 (as of May 4, 2023) to 3,023, while increasing its estimate for the International region from 11,512 to 13,877.[236]

129.    Beyond simply referencing various methodologies by name, Dr. Cain provides no indication of how he would identify the portion of the stock price decline on August 2, 2023, that was due to a correction of the inflation attributed to the alleged misrepresentations about demand and inventories in Europe, as distinct from that attributed to confounding information.  Dr. Cain thus fails to provide a methodology that is capable of disaggregating the impact of information about the United States market and SolarEdge's gross margin from the impact of the alleged misrepresentations.

---

[232] *See* "SEDG: Q1 Beat & Raise—Margin Expansion Continues; Maintain Overweight," *Wells Fargo*, May 4, 2023, p. 2; "1Q23 Earnings Recap - SEDG, RUN, SPWR," *Deutsche Bank*, May 7, 2023, p. 5; "2Q SEDG/ENPH Preview - Tesla Takes a Bite," *Barclays*, July 18, 2023, p. 9; "Soft 3Q Guide, But Expect 4Q Improvement," *Barclays*, August 2, 2023, p. 3; "Looking Ahead - Challenges on the Horizon; But Diversification will be Key," *Deutsche Bank*, August 2, 2023, p 3.

[233] In its analyst reports, Barclays provides estimates for Residential MWac, U.S. (est.), Residential MWac, international (est.), Commercial MWac, U.S. (est.), and Commercial MWac, international (est.).  MW shipment estimates for the United States are calculated as the sum of Residential MWac, U.S. (est.) and Commercial MWac, U.S. (est.), and estimates for the International region are calculated as the sum of Residential MWac, international (est.) and Commercial MWac, international (est.).  *See e.g.*, "2Q SEDG/ENPH Preview - Tesla Takes a Bite," *Barclays*, July 18, 2023, p. 9, "Soft 3Q Guide, But Expect 4Q Improvement," *Barclays*, August 2, 2023, p. 3.  MWac is an abbreviation for "Megawatt Alternating Current."  *See* "Capital Cost and Performance Characteristics for Utility-Scale Electric Power Generating Technologies," *IEA*, January 2024, available at https://www.eia.gov/analysis/studies/powerplants/capitalcost/pdf/capital_cost_AEO2025.pdf.

[234] "1Q23 Earnings Recap - SEDG, RUN, SPWR," *Deutsche Bank*, May 7, 2023, p. 5; "Looking Ahead - Challenges on the Horizon; But Diversification will be Key," *Deutsche Bank*, August 2, 2023, p. 3.

[235] "SEDG: Still Positioned for Growth," *Guggenheim*, July 31, 2023, p. 7; "SEDG: US Weakness Drives Disappointing Outlook," *Guggenheim*, August 2, 2023, p. 6.

[236]  "SEDG: Q1 Beat & Raise—Margin Expansion Continues; Maintain Overweight," *Wells Fargo*, May 4, 2023, p. 2; "SEDG: Q2 in Line — Q3 Guidance Miss — Lowering PT — Maintain Overweight," *Wells Fargo*, August 3, 2023, p. 3.

**E.    Dr. Cain Fails to Provide a Methodology That Can Measure the Impact of the Different Categories of Alleged Misrepresentations on Inflation**

130.    Dr. Cain does not explain how he would address the challenges in calculating artificial inflation via back-casting if the fact-finder dismisses some of the alleged misrepresentations.  Indeed, Dr. Cain does not provide any methodology for linking the specific alleged misrepresentations to the alleged corrective disclosures for purposes of measuring inflation during the Putative Class Period.

131.    I understand that the Court has determined that only two categories of alleged misrepresentations remain actionable relative to the Complaint, namely (i) statements from February to October 2023 regarding demand in Europe, and (ii) statements in March and May 2023 characterizing inventory levels in Europe as low.[237]  As discussed in Section IV.A, Plaintiffs allege that Defendants made 17 misrepresentations about demand in Europe on nine different days during the Putative Class Period.  On two of those days, Plaintiffs also allege that Defendants made two misrepresentations about inventory levels in Europe.  Neither Plaintiffs nor Dr. Cain specify which of the 19 alleged misrepresentations were corrected on August 1, 2023, and which were corrected on October 19, 2023.

132.    Dr. Cain fails to provide a methodology to link the different alleged misrepresentations with the alleged corrective disclosures.  Thus, Dr. Cain fails to explain how he would measure artificial inflation if the fact-finder finds that damages should be determined based on only certain alleged misrepresentations.  For example, the first alleged misstatement concerning inventories in Europe did not occur until March 28, 2023,[238] but Dr. Cain does not propose a methodology that can measure the amount of artificial inflation introduced into the stock price on February 13, 2023 (the start of the Putative Class Period).  In the event that the fact-finder were to determine only the statements concerning inventories were actionable, Dr. Cain does not explain how he would use the stock price declines following the alleged corrective disclosures to back-cast artificial inflation only attributable to the inventory misrepresentations.

---

[237] First Order on Motion to Dismiss, p. 33; Second Order on Motion to Dismiss, p. 28.
[238] Complaint, ¶ 156.

## VIII.  Conclusion

133.    Dr. Cain fails to provide a methodology that is capable of calculating damages on a class-wide basis given the particular conditions that the solar industry faced during the Putative Class Period.  Specifically, after experiencing rapid growth before and early in the Putative Class Period, the European solar industry experienced a slowdown in growth in mid-2023, which Dr. Cain fails to analyze or account for.  Based on this and my review of analyst reports and internal documents, Dr. Cain fails to establish that the stock price declines following the alleged corrective disclosures are reliable indicators of earlier inflation attributable to the alleged misrepresentations.  Dr. Cain proposes to measure inflation relying on the residual stock price declines measured by an event study, but he fails to provide a methodology that can disentangle firm-specific and industry-wide factors in a context in which the market was learning about the extent of an industry-level shock from firm returns.  Furthermore, he fails to provide a methodology capable of (1) evaluating the impact of the alleged misrepresentations when the alleged corrective disclosures reflect the materialization of risk as is alleged by Plaintiffs in this case, (2) accounting for the impact of confounding information disclosed at the same time as information purportedly correcting the alleged misrepresentations (such as information about SolarEdge's operations in the United States), and (3) measuring the impact on artificial inflation of the different categories of misrepresentations alleged by Plaintiffs.

Executed this 16th of January, 2026

_____
Mark Garmaise, Ph.D.

**Appendix A**

## MARK J. GARMAISE

**Office Address**
Finance Dept.- Room C416
UCLA Anderson
110 Westwood Plaza
Los Angeles, CA 90095-1481
Tel.: (310) 794 - 4118
E-mail: mark.garmaise@anderson.ucla.edu

### ACADEMIC EMPLOYMENT

| | |
|---|---|
| *Joel Fried Chair in Applied Finance* | UCLA Anderson, 2023-present. |
| *Professor of Finance* | UCLA Anderson,  2014-present. |
| *Robert D. Beyer '83 Term Chair in Management* | UCLA Anderson, 2015-2018. |
| *Area Head, Finance* | UCLA Anderson, 2016-2018. |
| *Senior Associate Dean, Full Time MBA Program* | UCLA Anderson,  2014-2015. |
| *Associate Professor of Finance (with tenure)* | UCLA Anderson,  2008-2014. |
| *Assistant Professor of Finance* | UCLA Anderson,  2002-2008. |
| *Visiting Assistant Professor of Finance* | UCLA Anderson,  2001- 2002. |
| *Assistant Professor of Financ*e | University of Chicago, 1998- 2002. |

### EDUCATION

*Stanford University, Graduate School of Business*
Ph.D. degree in Finance, June 1998.

*Harvard College*
Bachelor of Arts degree, Magna Cum Laude, in Mathematics and Philosophy, 1994.

### RESEARCH INTERESTS

Corporate Finance
Real Estate
Entrepreneurship
Banking

### PEER REVIEWED JOURNAL ARTICLES PUBLISHED

Garmaise, Mark J., "Rational Beliefs and Security Design," *Review of Financial Studies,* Winter 2001, 14.4, pp. 1183-1213.

Garmaise, Mark J., and Tobias Moskowitz, "Informal Financial Networks: Theory and Evidence," *Review of Financial Studies,* Winter 2003, 16.4, pp. 1007-1040. Granted the *Barclays Global Investor/ Michael Brennan Award* for the best paper published in Vol. 16 of the *Review of Financial Studies.*

**Appendix A**

Garmaise, Mark J., and Tobias Moskowitz, "Confronting Information Asymmetries: Evidence from Real Estate Markets," *Review of Financial Studies,* Summer 2004, 17.2, pp. 405-437. Granted the *Barclays Global Investor/ Michael Brennan Runner-Up Award* for the best paper published in Vol. 17 of the *Review of Financial Studies.*

Benmelech, Efraim, Mark J. Garmaise and Tobias Moskowitz, "Do Liquidation Values Affect Financial Contracts? Evidence from Commercial Zoning Laws," *Quarterly Journal of Economics*, August 2005, 120.3, pp. 1121-1154.

Garmaise, Mark J., and Tobias Moskowitz, "Bank Mergers and Crime: The Real and Social Effects of Credit Market Competition," *Journal of Finance*, April 2006, 61.2, pp. 495-538.

Garmaise, Mark J., "Production in Entrepreneurial Firms: The Effects of Financial Constraints on Labor and Capital," *Review of Financial Studies*, March 2008, 21.2, pp. 543-577.

Garmaise, Mark J., and Tobias Moskowitz, "Catastrophic Risk and Credit Markets," *Journal of Finance*, April 2009, 64.2, pp.657-707.

Garmaise, Mark J., and Gabriel Natividad, "Information, the Cost of Credit and Operational Efficiency: An Empirical Study of Microfinance," *Review of Financial Studies*, June 2010, 23.6, pp. 2560-2590.

Garmaise, Mark J., "Ties that Truly Bind: Noncompetition Agreements, Executive Compensation and Firm Investment," *Journal of Law, Economics, and Organization*, Volume 27, Number 2, August 2011, pp. 376-425.

Carlin, Bruce, Bhagwan Chowdhry and Mark J. Garmaise, "Investment in Organization Capital," *Journal of Financial Intermediation*, Volume 21, Issue 2, April 2012, pp. 268-286.

Garmaise, Mark J., and Gabriel Natividad, "Cheap Credit, Lending Operations and International Politics: The Case of Global Microfinance," *Journal of Finance*, Volume 68, Number 4, August 2013, pp. 1551-1576.

Garmaise, Mark J., "The Attractions and Perils of Flexible Mortgage Lending," *Review of Financial Studies*, Volume 26, Number 10, October 2013, pp. 2548-2582.

Garmaise, Mark J. "Borrower Misreporting and Loan Performance." *Journal of Finance*, Volume 70, Number 1, February 2015, pp. 449-484.

Fracassi, Cesare, Mark J. Garmaise, Gabriel Natividad and Shimon Kogan, "Business Microloans for U.S. Subprime Borrowers," *Journal of Financial and Quantitative Analysis*, Volume 51, Issue 1, February 2016, pp. 55-83.

Garmaise, Mark J., and Gabriel Natividad, "Spillovers in Local Banking Markets," *Review of Corporate Finance Studies*, Volume 5, Issue 2, September 2016, pp. 139-165. Editor's Choice article. Granted the Best Paper Award in 2017 for the *Review of Corporate Finance Studies*.

Garmaise, Mark J., and Gabriel Natividad, "Consumer Default, Credit Reporting and Borrowing Constraints," *Journal of Finance*, Volume 72, Number 5, October 2017, pp. 2331–2368.

Garmaise, Mark J., and Gabriel Natividad, "Financial Flexibility: At What Cost?," *Journal of Financial and Quantitative Analysis*, Volume 56 , Issue 1, February 2021 , pp. 249 – 282

Aiello, Darren, Mark J. Garmaise and Gabriel Natividad, "Competing for Deal Flow in Local Mortgage Markets," *Review of Corporate Finance Studies*, Volume 12, Number 2, May 2023, pp. 366-401.

Garmaise, Mark J., Yaron Levi and Hanno Lustig, "Spending Less After (Seemingly) Bad News," *Journal of Finance*, Volume 79, Number 4, August 2024, pp. 2429-2471.

Garmaise, Mark J., and Gabriel Natividad, "Fiscal Windfalls and Entrepreneurship: Fostering Entry or Promoting Incumbents?," *Small Business Economics*, Volume 62, Number 1, 2024, pp. 133-158.

**Appendix A**

Aiello, Darren, Mark J. Garmaise and Taylor Nadauld, "What Problem Do Intermediaries Solve? Evidence From Real Estate Markets," *Review of Financial Studies*, forthcoming.

Garmaise, Mark J., Mark Jansen and Adam Winegar, "Collateral Damage: Low-Income Borrowers Depend on Cash Flow-Based Lending," *Journal of Financial and Quantitative Analysis*, forthcoming.

### OTHER- PUBLISHED COMMENT AND OVERVIEW ARTICLE

Garmaise, Mark J., "Marketing Issues in Corporate Finance." *Journal of Marketing Research* Volume 46, 2009, pp. 324-26.

Garmaise, Mark J., "Alternative mortgage contracts and affordability- overview." *Regional Science and Urban Economics*, January 2020, 103386.

### WORKING PAPERS

"Demand Surges and Intermediary Profits," (with Mark Jansen and Jason Snyder), working paper, UCLA Anderson.

"Bargaining over Loan Pricing: An Auto Finance Field Study," (with Mark Jansen), working paper, UCLA Anderson.

"Corruption, Firm Governance and the Cost of Capital," (with Jun Liu), working paper, UCLA Anderson.

"Informed Investors and the Financing of Entrepreneurial Projects," working paper, UCLA Anderson.

### SYNERGISTIC ACTIVITIES

Associate Editor, *Journal of Law, Finance and Accounting*, 2015-present.

Associate Editor, *Review of Financial Studies*, 2002-2005.

American Finance Association Nominating Committee, 2007.

Referee for the *Journal of Finance, Review of Financial Studies, Journal of Financial Economics, Journal of Political Economy, Review of Economic Studies, Journal of Economic Behavior and Organization, Journal of Law, Economics and Organization*, 1998-present.

### AWARDS

Cátedra Renzo Rossini (Renzo Rossini Chair Award), 2023.

Executive MBA Teaching Excellence Award, 2018.

Neidorf Decade Teaching Award, 2012.

Full-time MBA Teaching Excellence Award, 2011.

Fully Employed MBA Teaching Excellence Award, 2009.

**Appendix A**

Citibank Teaching Award for Most Outstanding MBA teacher, 2007.

Eric and "E" Juline Faculty Excellence in Research Award, 2006.

Dean George W. Robbins Assistant Professor Teaching Award, 2005.

**TEACHING EXPERIENCE**

*Assistant, Associate and Full Professor.*                                    UCLA Anderson, Autumn 2001-present.
Venture Capital, Corporate Finance: campus and evening MBA programs, MFE program.

*Assistant Professor.*                                    University of Chicago, Autumn 1998-2001.
Corporation Finance: campus, evening and executive programs.

# Appendix B

**Testimony Experience of Mark J. Garmaise, Ph.D.**
**Since 2022**

**Alameda County Employees' Retirement Association, et. al. v. Portola Pharmaceuticals, Inc., et al., No. 3:20-cv-00367-VC (N.D. Cal.)**

I was retained by Portola Pharmaceuticals, Inc. and individual employee defendants.  I filed an expert report, and I was deposed in May 2022.

**Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:18-cv-00343 (D.N.J)**

I was retained by Valeant Pharmaceuticals International Inc.  I filed an expert report, and I was deposed in June 2022.

**Sheet Metal Workers' Nat'l Pension Fund, et al. v. Bayer AG, et al., No. 3:20-cv-04737-RS (N.D. Cal)**

I was retained by Bayer AG.  I filed two expert reports, and I was deposed in March 2023 and November 2024.

**JFF Cecilia LLC, both in its individual capacity and derivatively on behalf of ADG Scotia Holdings, LLC; and Suffolk Construction Company, Inc. v. Weiner Ventures, LLC; Stephen R. Weiner; and Adam J. Weiner (Defendants); and ADG Scotia Holdings, LLC (Nominal Defendant), Civil Action No. 1984CV03317-BLS2 (Massachusetts Superior Court, Suffolk County)**

I was retained by Defendants.  I filed an expert report, and I was deposed in August 2023.

**Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund, Individually and on Behalf of All Others Similarly Situated v. Olo Inc., et. al., No. 1:22-cv-08228-JSR (S.D. NY)**

I was retained by Defendants.  I filed an expert report, and I was deposed in December 2023.

**Carl Shupe, et al. vs. Rocket Companies, Inc., et al., No. 1:21-cv-11528 (E.D. Mich.)**

I was retained by Defendants.  I filed two expert reports, and I was deposed in January and June 2024.

**Appendix B**

**In re Rocket Companies, Inc. Stockholder Derivative Litigation, No. 2021-1021-KSJM (Delaware Chancery Court)**

I was retained by Defendants.  I filed an expert report, I was deposed in April 2024, and testified at trial in May 2024.

**Perella Weinberg Partners LLC, et al. v. Michael A. Kramer, et al., Index No. 653488/2015 (N.Y. Sup. Ct.)**

I was retained by PWP.  I filed an expert report, and I was deposed in November 2019.  I testified at trial in February 2025.

**In re The Boeing Company Aircraft Securities Litigation, No. 1:19-cv-02394 (N.D. Illinois)**

I was retained by Defendants.  I filed an expert report, and I was deposed in May 2025.

**David Dinkevich, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of T-Mobile US Inc. vs. Deutsche Telekom AG et al., No. 2021-0479-PAF (Delaware Chancery Court)**

I was retained by Defendants Softbank Group Corp., Marcelo Claure, and Ronald Fisher.  I filed an expert report, and I was deposed in June 2025.

**Darshan Hasthantra, Individually and on Behalf of All Others Similarly Situated vs. CleanSpark, Inc. et al., No. 1:21-cv-00511-LAP (S.D. NY)**

I was retained by CleanSpark, Inc.  I filed an expert report, and I was deposed in September 2025.

**Appendix C**

# Documents Considered List

## Academic Articles

- Kewei Hou, "Industry Information Diffusion and the Lead-Lag Effect in Stock Returns," *The Review of Financial Studies*, 20(4), 2007, pp. 1113–1138

- Michiyuki Yagi and Shunsuke Managi, "The Spillover Effects of Rising Energy Prices Following 2022 Russian Invasion of Ukraine," *Economic Analysis and Policy*, 77, 2023, pp. 680–695

- Pavel Savor and Mungo Wilson, "Earnings Announcements and Systematic Risk," *The Journal of Finance*, 71(1), 2016, pp. 83–138

- Sundaresh Ramnath, "Investor and Analyst Reactions to Earnings Announcements of Related Firms: An Empirical Analysis," *Journal of Accounting Research*, 40(5), 2002, pp. 1351–1376

- Tie-Ying Liu and Chien-Chiang Lee, "Impacts of the Russia-Ukraine War on Energy Prices: Evidence from OECD Countries," *Policy Studies*, 46(3), 2025, pp. 460–492

## Analyst Reports

- "SolarEdge Technologies Inc. (SEDG): 2022 Global Energy and Clean Technology Conference Key Takeaways," *Goldman Sachs,* January 5, 2022

- "Revisiting the Numbers: Compelling 2023 Growth with Option Value," *Bank of America,* January 7, 2022

- "2022 Outlook: Less Trade Policy and Supply Chain Risk, More Battery Storage Growth; Add SEDG to CL, Nova Off CL (Still Buy)," *Goldman Sachs,* January 9, 2022

- "Upgrading SolarEdge, Enphase to Buy from Neutral," *Guggenheim,* January 13, 2022

- "Upgrade SEDG to Buy; Reaction to BBB and Nem Creates a Buying Opportunity," *Needham & Company,* February 3, 2022

- "California Delays Final Decision on Rooftop Solar Regulatory Proposal; Maintaining Our FVEs," *Morningstar,* February 4, 2022

- "SEDG: Q4'21 Preview," *Roth Capital Partners,* February 4, 2022

- "Perfect Storm: Pre A-Day, SEDG in the Thick of All the Right Themes. PO to $411," *Bank of America,* March 11, 2022

- "Perspectives: EU Dashes Into Renewables at Lightning Speed Amid Dynamic Supply-Chain Environment," *Piper Sandler,* March 13, 2022

- "Research Bulletin SolarEdge Technologies (SEDG.OQ) What to Do with $600M," *Credit Suisse,* March 17, 2022

**Appendix C**

- "SEDG Offering at Notable Discount, Use Case is Unclear Ahead of Analyst Day," *Truist Securities,* March 17, 2022

- "SolarEdge Technologies Inc. (SEDG): Going on the Offensive as Capital Raise Positions for Potential M&A, Accelerating Growth; CL-Buy," *Goldman Sachs,* March 17, 2022

- "SolarEdge Technologies Inc. (SEDG): Updating Estimates to Reflect Capital Raise; CL-Buy," *Goldman Sachs,* March 17, 2022

- "SolarEdge Technologies," *Bank of America,* March 17, 2022

- "Weekly Synthesis Volume 8: Shamrock Surprise as SEDG Issues Equity," *BMO Capital Markets,* March 20, 2022

- "SEDG: Capital Raise Expands War Chest," *Roth Capital Partners,* March 21, 2022

- "SEDG Analyst Day Preview: An Opportunity to Clarify an Attractive LT Story," *BMO Capital Markets,* March 24, 2022

- "Watts Happening: SEDG, ORA and SPWR Analyst Days on Deck," *Cowen,* March 25, 2022

- "It is the Best of Times and the Worst of Times; SEDG Analyst Day Preview," *Needham & Company,* March 28, 2022

- "2022 Analyst Day: Expanding the Tam," *UBS,* March 29, 2022

- "Analyst Day Highlights Growth Vectors & Resilient Manufacturing," *Cowen,* March 29, 2022

- "SEDG: Quick Takeaways from Investor Day— 2022 May Disappoint But LT Growth Better than Forecast," *Wells Fargo*, March 29, 2022

- "SolarEdge Technologies, Inc. Analyst Day Takeaways," *Oppenheimer,* March 29, 2022

- "Analyst Day Quick Take: Financial Framework Implies LT EBITDA Above Consensus," *Piper Sandler,* March 30, 2022

- "Analyst Day Recap: Expansion of Portfolio and Core Markets Driving Impressive EPS Growth; Maintain Buy, Price Target from $297 to $359," *B Riley,* March 30, 2022

- "Analyst Day Takeaways: Scale and Scope Drive Positive Outlook; Increasing PT to $375," *JP Morgan,* March 30, 2022

- "Analyst Meeting Takeaway SEDG's Eyes are Bigger than Their Stomach," *Northland Securities,* March 30, 2022

- "Increasing SolarEdge FVE to $260 on Improved Outlook Following Its Analyst Day; Shares Overvalued," *Morningstar,* March 30, 2022

- "Investor Day Takeaways; Lift TP to $405, Buy," *Citi,* March 30, 2022

- "New Business Growth Drives Lower Margins But Strategic Benefits; Remain Equal-Weight," *Morgan Stanley,* March 30, 2022

**Appendix C**

- "New SiC and GaN Product Efficiency Hopes to Offset New Lower-Margin Businesses; Maintain Hold, Adjust PT to $300 Investment Recommendation," *Canaccord Genuity,* March 30, 2022

- "Post A-Day Review, Building the Scale That Translates to the Bottom Line. Buy.," *Bank of America,* March 30, 2022

- "Research Bulletin SolarEdge Technologies (SEDG.OQ) Analyst Day - First Impression," *Credit Suisse,* March 30, 2022

- "SEDG Analyst Day Highlights: Moving Up in Weight Class," *BMO Capital Markets,* March 30, 2022

- "SEDG: 2022 Investor Day Takeaways," *Roth Capital Partners,* March 30, 2022

- "SEDG: How Do You Get to Carnegie Hall? EPS, EPS, EPS; A.D. Takeaways," *Wolfe Research,* March 30, 2022

- "SolarEdge Technologies Inc. (SEDG)," *Goldman Sachs,* March 30, 2022

- "SolarEdge Technologies: SEDG Analyst Day: Scale Drives EPS Accretive Growth Call to Action," *Susquehanna,* March 30, 2022

- "SEDG: Investor Day Takeaways Raising Price Target Maintain Positive Outlook," *Wells Fargo,* March 31, 2022

- "Initiating Ow as #1 Inverter Supplier Looks to Benefit from Growing Storage Opportunity," *Stephens,* April 13, 2022

- "Solar Panel Trade Uncertainty Freezes the U.S. Solar Market," *Morningstar,* April 22, 2022

- "1Q22 Preview: Robust Demand; Supply Chain in Focus for 2H22," *Cowen,* April 26, 2022

- "1Q'22 Earnings Review: 1Q Beat; 2Q Gross Profit Inline w Cns; Europe = Strong," *Piper Sandler,* May 2, 2022

- "Europe Demand Accelerating; FX and Semis Lead to Q2 Trough in Gross Margins," *Cowen,* May 2, 2022

- "Q1 Bottom Line Snagged by Logistics and Product Mix, Localized Production and Price Increases Kick in Q3; Hold, PT to $255 Investment Recommendation," *Canaccord Genuity,* May 2, 2022

- "SolarEdge Technologies Inc. (SEDG)," *Goldman Sachs,* May 2, 2022

- "SEDG: Q1 in Line Q2'22 Guidance Mixed; Neutral Reaction," *Wells Fargo,* May 2, 2022

- "SEDG: Sizzling Demand Outweighs Margin Headwinds," *Wolfe Research,* May 2, 2022

- "1Q Results: Surging Demand Somewhat Offset by Supply Constraints; Increasing PT to $382," *JP Morgan,* May 3, 2022

**Appendix C**

- "1Q'22 Results Mixed; Expect More of the Same in 2Q, But 2H 22+ Setting Up Well," *BMO Capital Markets,* May 3, 2022

- "1Q22 Earnings Takeaways: A Continuation of Robust Demand & Cost Pressures," *Morgan Stanley,* May 3, 2022

- "1Q22: Solid Results, Strong 2Q22 Revenue Guide," *UBS,* May 3, 2022

- "Demand Impresses as Management Focuses on Margin Headwinds; Maintain Buy, $359 PT," *B Riley,* May 3, 2022

- "First Look at SEDG 1Q22 Results," *Stephens,* May 3, 2022

- "Gm Faces Near-Term Headwinds, Line of Sight to Improvement," *Truist Securities,* May 3, 2022

- "SEDG Misses Consensus EPS on Higher Revenue and Lower GM," *Northland Securities,* May 3, 2022

- "SEDG: Q2'22 Margin Trough Followed by H2'22 Recovery; Reiterate Buy," *Roth Capital Partners,* May 3, 2022

- "SEDG: Raising Price Target to $348, Reiterating Buy," *Guggenheim,* May 3, 2022

- "SEDG: Scale, Explore, Develop and Grow; Strong Execution in 1Q22," *Needham & Company,* May 3, 2022

- "SolarEdge Experiences Record Demand as it Navigates Supply Chain Constraints; FVE to $254," *Morningstar,* May 3, 2022

- "SolarEdge Technologies Q1 Review - Europe Strong, Gm% Recovery Likely by Q4," *Credit Suisse,* May 3, 2022

- "SEDG Sales Growth Impresses; Margins in Focus," *Oppenheimer,* May 3, 2022

- "SolarEdge Technologies: 1Q Review: Strong European Demand; Margin Pressures Weigh on EPS," *Susquehanna,* May 3, 2022

- "Strong Revenues, Lower Margins; Reiterating Overweight and $400 PT," *Makor Securities,* May 3, 2022

- "SEDG: Q1 in Line Strong Demand But Margin Pressure Persists; Maintain Positive Outlook," *Wells Fargo,* May 4, 2022

- "SEDG Q1'22 Follow-Up," *Tudor, Pickering, Holt,* May 10, 2022

- "SolarEdge Technologies: Beating Against Lofty Expectations, with the Best Days Still in the Forward View," *Bank of America,* May 11, 2022

- "Renewable Energy Renewables: Q1 Earnings Roundup: PLUG, BLDP, CLNE, TPIC, & SEDG," *Webber Research,* May 13, 2022

- "SolarEdge Technologies Inc. (SEDG): Data Update: Updating Estimates for 1Q22 10-Q," *Goldman Sachs,* May 23, 2022

- "Updating Models Post 1Q22 Earnings," *Citi,* May 26, 2022

**Appendix C**

- "Upgrade Wolf SEDG to OP on Secular Growth Strength," *Oppenheimer,* June 2, 2022

- "Expecting Strong 2Q Print, But FX Dampens Results; Reiterate Buy," *Bank of America,* June 16, 2022

- "U.S. Convertibles Strategy SolarEdge (SEDG): Attractive Solar Exposure with Global Diversification," *Barclays,* June 27, 2022

- "SEDG: Q2'22 Preview," *Roth Capital Partners,* July 14, 2022

- "Manchin Says No to Additional Clean Energy Incentives, But Impact is Limited," *Morningstar,* July 18, 2022

- "2022 Earnings Preview," *Goldman Sachs,* July 20, 2022

- "In a Surprise Move, Manchin Reverses Course and Throws Support Behind Clean Energy Incentives," *Morningstar,* July 28, 2022

- "2Q'22 Earnings Quick Look: More Challenging Update than Anticipated," *Piper Sandler,* August 2, 2022

- "2Q22: Solid Demand; FX & Supply Chain Headwinds," *UBS,* August 2, 2022

- "Messy Quarter with FX and China Impacting 2Q Results and 3Q Guide," *Cowen,* August 2, 2022

- "SEDG: Q2 Fell Off the Edge of Glory; Euro Troubles," *Wolfe Research,* August 2, 2022

- "SEDG: Q2 Revenue in Line; EBITDA Miss Weak Q3'22 Margin Guidance; Negative Reaction," *Wells Fargo,* August 2, 2022

- "SolarEdge Technologies: 2Q Review: Margin Pressures Continue," *Susquehanna,* August 2, 2022

- "2Q Review: Solid Demand Seems Likely to Outlast Temporary Margin Headwinds; PT Goes to $373," *JP Morgan,* August 3, 2022

- "Demand Remains Impressive, Lower Margins in Focus," *Truist Securities,* August 3, 2022

- "First Look at SEDG 2Q22 Earnings," *Stephens,* August 3, 2022

- "Lost in Translation; FX Drives 2Q Miss," *Needham & Company,* August 3, 2022

- "Margins Recovery Halted by FX Headwind, Long-Term Fundamentals are Intact; Reiterating Overweight and $400 PT," *Makor Securities,* August 3, 2022

- "Overwhelming Demand and Underwhelming Results," *Northland Securities,* August 3, 2022

- "SEDG: FX Thorn Overshadows Margin Tailwinds," *Roth Capital Partners,* August 3, 2022

- "SEDG: Temporary Margin Problems, Strong Demand - Reiterate Buy Rating, Raising Price Target to $389," *Guggenheim,* August 3, 2022

# Appendix C

- "SEDG Q2'22 Earnings Call Notes 8.3.22," *Tudor, Pickering, Holt & Co.*, August 3, 2022

- "Shanghai Surprise & FX Headwinds; Lowering '22 Est., Demand Strong - Outperform," *BMO Capital Markets,* August 3, 2022

- "SolarEdge Technologies FX Headwinds in Q2/Q3 Delays Margin Recovery; Maintain Neutral," *Credit Suisse,* August 3, 2022

- "SolarEdge Technologies Inc. (SEDG)," *Goldman Sachs,* August 3, 2022

- "SEDG: St Headwinds Offer Buying Opportunity," *Oppenheimer,* August 3, 2022

- "SolarEdge Technologies," *Bank of America,* August 3, 2022

- "We See Buying Opportunity as Margin Pressure Likely Transitory, in Our View; Maintain Buy, PT from $359 to $385," *B Riley,* August 3, 2022

- "Comin' in Hot: Initiating on Solar," *Barclays,* August 4, 2022

- "SEDG: Q2 EBITDA Miss Margin Headwinds Overshadow Robust Demand; Maintain Overweight," *Wells Fargo,* August 4, 2022

- "Renewable Energy Renewables: Q2 Earnings Roundup: ENPH, SEDG, & TPIC," *Webber Research,* August 8, 2022

- "SolarEdge Technologies, Inc. (SEDG)," *Piper Sandler,* August 8, 2022

- "SEDG: Investor Meetings Takeaways; Buy (on CL)," *Goldman Sachs,* August 9, 2022

- "Oppenheimer 25th Annual Technology, Internet & Communications Conference Virtual Schedule," *Oppenheimer,* August 10, 2022

- "SEDG: OPCO Technology, Internet & Communications Conference Update," *Oppenheimer,* August 10, 2022

- "The Solar Snapshot - UFLPA, AntiCirc, IRA, SEDG Lawsuit, GNRC Updates," *Roth Capital Partners,* August 12, 2022

- "Inverter Gross Margins Deep Dive: Move SEDG to Neutral, Maintain ENPH at Neutral," *Bank of America,* August 15, 2022

- "SEDG," *Tudor, Pickering, Holt,* August 23, 2022

- "Faro Technologies," *Battle Road,* August 24, 2022

- "SolarEdge Technologies Inc. (SEDG): Takeaways from Sella 2 Battery Storage Plant Visit in South Korea; Buy (on CL)," *Goldman Sachs,* August 24, 2022

- "Key Industry Takeaways," *Goldman Sachs,* September 21, 2022

- "SPI Anaheim Takeaways — Day 1," *Roth Capital Partners,* September 21, 2022

- "SPI Conference Takeaways: Welcome to the Future, It's All About the IRA Industry Overview," *Bank of America,* September 22, 2022

**Appendix C**

- "Nuclear in 2022: What You Need to Know. Pink is the New Green? A Mini Nuke Primer Industry Overview," *Bank of America,* October 6, 2022

- "3Q22 Preview: Focus on Margin Execution (Improvement) Names; Reiterate Buys on ENPH, RUN, SEDG, and ARRY," *Goldman Sachs,* October 19, 2022

- "3Q22 Preview: Unfortunately, Life is More Complex," *Bank of America,* October 20, 2022

- "Monthly Musings - CA Data," *Barclays,* October 25, 2022

- "SEDG: Q3'22 Preview," *Roth Capital Partners,* October 25, 2022

- "Solar Flash: ENPH Read Throughs for SEDG; Resi Tracking Movement in Rates Industry Overview," *Bank of America,* October 27, 2022

- "Model Updates - ARRY, BE, and SEDG," *Morgan Stanley,* November 2, 2022

- "Risk Reward for SolarEdge Technologies Inc (SEDG.O) Has Been Updated," *Morgan Stanley,* November 3, 2022

- "3Q'22 Earnings Review: Raising Pricing to Offset Currency Headwinds," *Piper Sandler,* November 7, 2022

- "First Look at SEDG 3Q22 Results," *Stephens,* November 7, 2022

- "Moving Past Margin Trough; Risk-Reward Sets Up Well from Here; Buy (on CL)," *Goldman Sachs,* November 7, 2022

- "SolarEdge Technologies Inc 3Q22: Europe Driven Growth," *UBS,* November 7, 2022

- "SEDG: Q3 Beat Strong Q4'22 Guidance Positive Reaction," *Wells Fargo,* November 7, 2022

- "SolarEdge Technologies: 3Q Review: Robust Demand and Margins Starting to Rebound Call to Action," *Susquehanna,* November 7, 2022

- "3Q Review: Revenue and Margin Execution Improving; Trimming PT to $358 on Higher Tax," *JP Morgan,* November 8, 2022

- "3Q22 Earnings Takeaways," *Morgan Stanley,* November 8, 2022

- "3Q22 Recap: Not a Lot to Dislike But We Think Investors Still Wait and See," *Bank of America,* November 8, 2022

- "Gm% Ramp on Target, Onboard for Onshoring," *Credit Suisse,* November 8, 2022

- "Margin Improvement on Track with 2Q23 as New Goal Post," *Barclays,* November 8, 2022

- "Robust European Demand Drives SolarEdge's Record Results," *Morningstar,* November 8, 2022

- "SEDG 3Q Results and 4Q Guidance: A Step in the Right Direction," *BMO Capital Markets,* November 8, 2022

**Appendix C**

- "SEDG: Accelerating Demand with Margin Upside," *Needham & Company,* November 8, 2022

- "SEDG: Margin Recovering; Demand Remains Strong," *Oppenheimer,* November 8, 2022

- "SEDG: Q3 Beat—Strong Demand & Margin Recovery in Progress; Maintain Overweight," *Wells Fargo,* November 8, 2022

- "SEDG: Strong EU & Clear Margin Expansion Path; Reiterate Buy," *Roth Capital Partners,* November 8, 2022

- "SEDG: Strong Quarter Signals an End to Underperformance," *Guggenheim,* November 8, 2022

- "SEDG: Turning the Corner," *Wolfe Research,* November 8, 2022

- "SEDG: Demand Outpaces Expectations, Margin Recovery on Track," *Truist Securities,* November 8, 2022

- "Solid Quarter and Margin Update as Stock Trades at Deep Discount to Closest Peer; Maintain Buy and Price Target Falls from $377 to $370," *B Riley,* November 8, 2022

- "Strong 4Q Guide and a 3Q Margin Rebound Likely to Push Shares Higher," *Cowen,* November 8, 2022

- "Upgrading SEDG to MP from UP it is Becoming Harder to Screw Up," *Northland Securities,* November 8, 2022

- "Flash: FTCI & ARRY UFLPA Impact; AY & PLUG Earnings + SEDG 10-Q Data Points Earnings Review," *Bank of America,* November 9, 2022

- "SEDG 3Q22 Follow-Up - Upgrading to Focus List," *PEP Research,* November 9, 2022

- "Like the Story, Cautious on Near-Term Headwinds," *Deutsche Bank,* November 14, 2022

- "Renewable Energy Renewables: Q3 Earnings Roundup: ENS, SEDG, & CLNE," *Webber Research,* November 18, 2022

- "Best Ideas for 2023: Secular Demand + Margin Expansion Support Rerating," *Cowen,* December 2, 2022

- "Waiting Game is Over & Story Looks Better than We Thought; U/G to Buy," *Bank of America,* December 7, 2022

- "SGRO: Weekly Snapshot 12/12/2022," *Oppenheimer,* December 12, 2022

- "On the Road with SEDG; Upgrade to Overweight," *Barclays,* December 14, 2022

- "Renewable Energy Technology Sector," *Daiwa Capital Markets,* December 22, 2022

- "Monthly Musings - Insights on the Europe Residential Solar Market," *Barclays,* January 4, 2023

**Appendix C**

- "Solar Flash: SEDG Acquisition, RNW Asset Sale, FTCI Settlement, FLNC Exec. Changes Industry Overview," *Bank of America,* January 4, 2023

- "Solar Flash: Upstream Solar Outlook, Run Financing, SEDG + Utes Year Ahead Industry Overview," *Bank of America,* January 5, 2023

- "Cleantech & Renewables," *Needham & Company,* January 6, 2023

- "The Solar Snapshot - US Resi, SEDG/ENPH, UFLPA, IRA Guidance, SPWR/MAXN Updates," *Roth Capital Partners,* January 6, 2023

- "Key Solar 2023 Industry Trends & 4Q Preview," *Deutsche Bank,* January 16, 2023

- "SiC Survey 1Q23 - Now Default for EVs," *Jefferies,* January 18, 2023

- "4Q22 Preview: Expect Strong Fundamentals Message and Margin Expansion," *Cowen,* January 20, 2023

- "SEDG: Q4'22 Preview," *Roth Capital Partners,* January 24, 2023

- "4Q22 Preview: Cleantech's 2023 Favorite Live Should Meet and Exceed: Reit. Buy," *Bank of America,* January 25, 2023

- "4Q22 Preview: Expect Resi to be Challenged, Utility-Scale and IRA Winners to Outperform; Buy SEDG, FSLR, ARRY," *Goldman Sachs,* January 30, 2023

- "SEDG: Still Attractively Valued - Reiterating Buy," *Guggenheim,* February 2, 2023

- "4Q Preview: International Strength and Margin Improvement Position SEDG Well for 2023," *B Riley,* February 9, 2023

- "4Q'22 Review: Strong Global Demand (Ex-US Resi) & Improving Operating Margins," *Piper Sandler,* February 13, 2023

- "Dexterity Allows for Opportunity, 2023 US Resi Softness Offset by Other Markets," *Cowen,* February 13, 2023

- "Leaning into Europe/C&I as US Resi Remains Cloudy, 4Q Beat & In-Line Guide - Reiterate Buy/$370PT," *Truist Securities,* February 13, 2023

- "SEDG: Q4 Beat & Raise - Robust Europe Demand to Offset Soft US Resi-Market - Positive," *Wells Fargo,* February 13, 2023

- "SolarEdge is Well Insulated Against a U.S. Residential Solar Slowdown," *Morningstar,* February 13, 2023

- "SEDG: A Tale of Two Continents Part 2," *Wolfe Research,* February 13, 2023

- "SolarEdge Technologies: 4Q Review: Robust Europe Demand, Improving Margins, and Manufacturing Expansion," *Susquehanna,* February 13, 2023

- "4Q Results: Further Monitoring Costs (Stella 2 Ramp-Up) - Fairly Priced," *Deutsche Bank,* February 14, 2023

- "4Q22 Recap: Delivers Against High Expectations with Better to Come in '23," *Bank of America,* February 14, 2023

**Appendix C**

- "Beat and Strong Guide; Demand Appears Very Strong, But Supply Constraints May Temper Enthusiasm," *B Riley,* February 14, 2023

- "Cautious Tone on Us Resi Solar; EU + US C&L Serves as a Natural Offset," *Morgan Stanley,* February 14, 2023

- "Europe Overshadowing US; Raise TP by $10," *Credit Suisse,* February 14, 2023

- "Good Quarter, Outlook Has More Headwinds than Tailwinds," *Northland Securities,* February 14, 2023

- "Robust Demand, Not Enough Supply," *Barclays,* February 14, 2023

- "SEDG 4Q Earnings and 1Q Outlook: Europe, C&I Should Help Offset U.S. Uncertainty," *BMO Capital Markets,* February 14, 2023

- "SEDG: Healthy Q4'22/Strong Q1 Guide; EU Backlog Strong, Soft US Outlook," *Roth Capital Partners,* February 14, 2023

- "SEDG: Improving Margins, Good Growth, Attractive Valuation - What's Not to Like?," *Guggenheim,* February 14, 2023

- "SEDG: Q4 & Guidance Beat European Demand Robust; PTC an Additional Tailwind," *Wells Fargo,* February 14, 2023

- "SEDG: Steady Execution; Growth Drivers Remain in Place," *Oppenheimer,* February 14, 2023

- "SolarEdge 4Q22 Quick Look (SEDG $310.71 - FL) - Margin Recovery Ahead of Schedule; Kevin Pollard, CFA," *PEP Research,* February 14, 2023

- "SolarEdge Technologies Inc 4Q22: Strong Result & Guidance," *UBS,* February 14, 2023

- "SolarEdge Technologies Inc. (SEDG)," *Goldman Sachs,* February 14, 2023

- "SolarEdge Technologies, Inc. 4Q'22 Review: Strong Global Demand (Ex-US Resi)," *Piper Sandler,* February 14, 2023

- "Strong 4Q Results and 1Q Guidance; Europe Offsetting Potential Near-Term US Slowing; PT Goes to $361," *JP Morgan,* February 14, 2023

- "Strong Demand in Europe Sets SEDG Well for Another Solid Growth Year Reiterating Overweight with $370 PT," *Makor Securities,* February 14, 2023

- "US Activity Remains Seasonally Soft, While Global Activity Surges w/w to a Post-Covid High VS '19 Levels," *Tudor, Pickering, Holt,* February 14, 2023

- "SEDG: Q4 Margin Inflection Point - Assessing the Puts & Takes in 2023," *Webber Research,* February 15, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* February 15, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* February 22, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* February 23, 2023

**Appendix C**

- "Long-Term Solar Adoption; Cautious Outlook for 2023," *Scotiabank,* March 1, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* March 1, 2023

- "SEDG Model Update," *Northland Securities,* March 3, 2023

- "The Clean Energy Beantown Takeaway: An Improving Backdrop Indeed Industry Overview," *Bank of America,* March 3, 2023

- "Weekly Synthesis: When TSLA Speaks People Listen; Plug 4Q Feedback," *BMO Capital Markets,* March 5, 2023

- "SEDG: Initiating Coverage with Sector Weight Rating," *KeyBanc,* March 6, 2023

- "SolarEdge Technologies: Management Meeting Takeaways: More Room to Run Call to Action," *Susquehanna,* March 6, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* March 8, 2023

- "North America Alternative/Renewable Energy," *Citi,* March 9, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* March 15, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* March 22, 2023

- "SEDG: 2023 Clean Energy Symposium Takeaways," *Wells Fargo,* March 28, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* March 29, 2023

- "European Residential Solar + Storage Poised for Continued Growth," *Barclays,* April 4, 2023

- "SEDG: Initiating Coverage with Buy Rating and $351 Fair Value Estimate," *Janney Montgomery Scott,* April 5, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* April 5, 2023

- "Initiate at Buy: The Market Leader Finds Fresh Growth Opportunities," *HSBC,* April 13, 2023

- "Clean Tech 1Q23 Preview: Capital Access Seems Overblown, Consumer Health and Bookings Primary Focus," *Scotiabank,* April 17, 2023

- "Sustainability: IRA Review Shows Significant Upside to Solar Suppliers (ARRY, NXT, ENPH, SEDG)," *Truist Securities,* April 17, 2023

- "The Solar Snapshot — ENPH/SEDG, US/EU Resi, ABS/NEM3, Tsy, IX/TXM," *Roth Capital Partners,* April 17, 2023

- "1Q23 Preview: Can the Preferred 2023 Cleantech Long Remain in Favor?," *Bank of America,* April 18, 2023

- "1Q23 Preview: Expect Beats in Resi While Utility-Scale Catalysts More Post 1Q; Focus on SEDG, RUN, ENPH," *Goldman Sachs,* April 18, 2023

- "North America Alternative Energy 1Q23 Earnings Preview," *UBS,* April 18, 2023

**Appendix C**

- "AD/CVD Noise Growing Louder…Again, But Just Noise for Now," *BMO Capital Markets,* April 19, 2023

- "Q1 Preview - Waiting Game," *Wolfe Research,* April 19, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* April 19, 2023

- "1Q 2023 Earnings Preview: Time to Start Catching Up," *BMO Capital Markets,* April 20, 2023

- "1Q Preview of SEDG/ENPH," *Barclays,* April 20, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* April 20, 2023

- "1Q23 Preview: Commercial and Europe Keep US Constructive," *TD Cowen,* April 25, 2023

- "1Q23 Solar and Storage Preview: Favor Asset Ownership Models in Uncertain Residential Market," *B Riley,* April 25, 2023

- "Big Options Implied Moves; Tactical trades: PYPL, ANET, SEDG, ADI, ON," *Goldman Sachs,* April 26, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* April 27, 2023

- "2023 Set Up Remains Strong Amidst U.S. Resi Uncertainty; Reiterate $370 PT," *Truist Securities,* May 2, 2023

- "1Q Beat w/Qtrly Guide Ahead of Estimates as C&L Picks Up Slack for Resi," *Truist Securities,* May 3, 2023

- "SEDG: International Operations Carry the Day; U.S. Sales Soft; Remain Sector Weight on Valuation," *KeyBanc,* May 3, 2023

- "SEDG: Q1'23 Preview," *Roth Capital Partners,* May 3, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* May 3, 2023

- "SolarEdge Technologies Inc. (SEDG)," *Goldman Sachs,* May 3, 2023

- "SolarEdge Technologies Inc. Getting Back to More Normal Margins," *Barclays,* May 3, 2023

- "SEDG: Q1 Beat & Raise Positive," *Wells Fargo,* May 3, 2023

- "SolarEdge Technologies, Inc. (SEDG)," *Piper Sandler,* May 3, 2023

- "Strong 1Q and Solid 2Q Guide as Commercial and Europe Strength Continues," *TD Cowen,* May 3, 2023

- "1Q Beat; SEDG Indeed Has an Edge; Maintain Buy," *Citi,* May 4, 2023

- "1Q23: Delivering VS. High Expectations with Plenty of Room to Run," *Bank of America,* May 4, 2023

- "Diversified Revenue Base and Strong Execution Drive 1Q23 Beat; Reiterating Overweight with $370 PT," *Makor Securities,* May 4, 2023

**Appendix C**

- "Exposure to Growing Markets and Margin Upside Drive a 1Q Beat and Strong 2Q Guide," *B Riley,* May 4, 2023

- "Global Solar/Storage Reach Increasingly Attractive w/Margin Tailwinds; Increase PT to $380," *Truist Securities,* May 4, 2023

- "Residential Solar Earnings Takeaways: SPWR, RUN, SEDG, NOVA and ENPH Recap," *Morgan Stanley,* May 4, 2023

- "SEDG: 2Q23 Guidance Tops Estimates Primarily Driven by Margin Outlook," *Janney Montgomery Scott,* May 4, 2023

- "SEDG: Q1 Beat & Raise—Margin Expansion Continues; Maintain Overweight," *Wells Fargo,* May 4, 2023

- "SEDG: Q1 First Look," *Guggenheim,* May 4, 2023

- "SEDG: Strong Q1 Beat/Q2 Margin Guide, Positive Outlook; Reiterate Buy," *Roth Capital Partners,* May 4, 2023

- "SEDG: Updating Our Model," *Guggenheim,* May 4, 2023

- "Solar is the Bright Spot in the Quarter Storage Issues a Minor Headwind for Now," *Northland Securities,* May 4, 2023

- "SolarEdge Earnings: End Market Diversification Drives Robust Results," *Morningstar,* May 4, 2023

- "SolarEdge Technologies (SEDG US) Buy: Another Beat and Raise," *HSBC,* May 4, 2023

- "SolarEdge Technologies 1Q23 Quick Look - the Power of the Portfolio on Full Display," *PEP Research,* May 4, 2023

- "SolarEdge Technologies Inc 1Q23: Strong Quarter," *UBS,* May 4, 2023

- "SEDG: Europe and C&L Outweigh US Resi Weakness," *Wolfe Research,* May 4, 2023

- "SEDG: Demonstrating Leverage in the Platform," *Oppenheimer,* May 4, 2023

- "SolarEdge Technologies: 1Q Review: Results Beat; Margins Expanding," *Susquehanna,* May 4, 2023

- "Solid 1Q Results and 2Q Guidance Owing to International and C&L Demand, Gross Margin Tailwinds," *JP Morgan,* May 4, 2023

- "There is a Big World Outside of California, SEDG 1Q'23 Earnings Call Positive," *BMO Capital Markets,* May 4, 2023

- "U/G to Buy as Previous Concerns on Costs Have Faded," *Deutsche Bank,* May 4, 2023

- "Energy, Utilities & Mining Pulse: Investors Asking: What Stories are Idiosyncratic, Quality and Undervalued?," *Goldman Sachs,* May 5, 2023

**Appendix C**

- "Q1 Review, Model Update," *Credit Suisse,* May 5, 2023

- "Renewable Energy Renewables: Q1 Earnings Roundup: SEDG & TPIC," *Webber Research,* May 5, 2023

- "SolarEdge Technologies Q1 Review, Model Update," *Credit Suisse,* May 5, 2023

- "1Q23 Earnings Recap - SEDG, RUN, SPWR," *Deutsche Bank,* May 7, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* May 10, 2023

- "Alternative Energy: Model Sweep (FSLR, HASI, SEDG)," *KeyBanc,* May 11, 2023

- "SEDG: Raising Estimates as Commercial PV and Margins Drive Upside to Our Modeling," *Janney Montgomery Scott,* May 12, 2023

- "SolarEdge Technologies (SEDG US)," *Haitong Securities,* May 14, 2023

- "Marketing Feedback and Read-Across from Chinese Peers' 1Q Results," *HSBC,* May 15, 2023

- "Moving Estimate to Consensus on Lower GM Assumptions," *Northland Securities,* May 16, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* May 17, 2023

- "Sustainability Earnings Recap - Cleaning Up Margins & Spend Remain Key to Success," *Truist Securities,* May 18, 2023

- "DB Solar Conference Key Takeaways," *Deutsche Bank,* May 19, 2023

- "North America Alternative & Renewable Energy," *Citi,* May 19, 2023

- "Weekly Synthesis: What We Heard While Marketing," *BMO Capital Markets,* May 21, 2023

- "The U.S. Debt Ceiling: Here We Go Again," *Barclays,* May 22, 2023

- "Buy: Takeaways from Group Meeting with CFO Growth, Demand, and More," *HSBC,* May 24, 2023

- "Renewable Energy Technology Sector," *Daiwa Capital Markets,* May 24, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* May 24, 2023

- "What We Learned from 1Q Earnings for the Inverter Companies," *Barclays,* May 24, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* May 31, 2023

- "SolarEdge Technologies Inc," *The Insight Partners,* May 31, 2023

- "Weekly Synthesis: Additional LMI Guidance from IRS; Latest from HFC Companies," *BMO Capital Markets,* June 4, 2023

- "Navigating the Climate Rally: Commentary on Topical Trends," *Oppenheimer,* June 5, 2023

**Appendix C**

- "Stock Constrain by Gloomy Environment," *Crispidea,* June 6, 2023

- "Energy: Alternative AMP'ed - Alternative Energy Weekly (FCEL, BE, PLUG, SEDG, CEG, RUN, Polysilicon Prices) 368-2361," *KeyBanc,* June 12, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* June 13, 2023

- "Battery Tech Talk: Getting Back to Basics for NEM 3.0," *Bank of America,* June 14, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* June 14, 2023

- "SolarEdge Technologies, Inc. SEDG: 2Q23 Check-Up," *Janney Montgomery Scott,* June 14, 2023

- "The Solar Snapshot – Intersolar Munich Takeaways," *Roth Capital Partners,* June 18, 2023

- "Dispatches from Munich: Puts and Takes in European Rooftop Solar," *TD Cowen,* June 19, 2023

- "J.P. Morgan Energy Conference Takeaways," *JP Morgan,* June 21, 2023

- "Alternative Energy and Services: Residential Solar Update," *J.P. Morgan,* June 22, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* June 22, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* June 28, 2023

- "Americas Clean Technology: Solar: Re-Assessing the Inverter Debate V2.0; Risk-Reward Attractive on SEDG," *Goldman Sachs,* June 29, 2023

- "2Q23 Preview: Diversification Benefits Propping Up the Outlook; Reiterate Buy," *Bank of America,* June 30, 2023

- "Solar and Storage Update: Upgrading ENPH from Neutral to Buy on More Attractive Valuation; Downgrading EOSE as DOE Loan Win Likely Fully Priced in to Show Me Story," *B Riley,* June 30, 2023

- "The Solar Snapshot — CBP, EU Inventory, ENPH, RUN, US C&I Upside for SEDG," *Roth Capital Partners,* July 1, 2023

- "Highlights from Management Meetings and Sella 1 Visit," *TD Cowen,* July 5, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* July 5, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* July 12, 2023

- "Meet w/ ENPH, SEDG, RUN & NOVA at RE+ - Sept 11-13 (Las Vegas)," *Deutsche Bank,* July 13, 2023

- "2Q Resi Solar Preview - Mkt Diversification Key to NT Growth as Survey Results Support Positive LT Outlook," *Truist Securities,* July 14, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* July 17, 2023

**Appendix C**

- "2Q Preview: Expect Tougher Setup and More Bifurcation; Buy SEDG/FLNC/FSLR, Downside Risk for ENPH/SPWR," *Goldman Sachs,* July 18, 2023

- "2Q SEDG/ENPH Preview - Tesla Takes a Bite," *Barclays,* July 18, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* July 18, 2023

- "ENPH and SEDG: 2Q23 Preview," *HSBC,* July 19, 2023

- "European New Energy Deep Dive; Unappreciated European New Energy Growth; Geopolitics Structurally Changed Clean Energy Outlook," *Haitong Securities,* July 20, 2023

- "SEDG: Q2'23 Preview," *Roth Capital Partners,* July 20, 2023

- "2Q23 Solar Preview; Residential Demand Deteriorating, Prefer Utility Exposure," *TD Cowen,* July 21, 2023

- "North America Alternative Energy Equipment & Services," *Citi,* July 21, 2023

- "Watts Happening: Reflections on Investor Meetings," *TD Cowen,* July 21, 2023

- "2Q 2023 Earnings Preview: Difficult Setup into Earnings After Recent Rally," *BMO Capital Markets,* July 24, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* July 26, 2023

- "Addressing the Key Debates: SEDG on European C&L Solar and NXT on Trackers Industry Overview," *Bank of America,* July 31, 2023

- "SEDG: Still Positioned for Growth," *Guggenheim,* July 31, 2023

- "2023: Weak 3Q23 Guide, Europe Providing Some Support," *UBS,* August 1, 2023

- "2Q Results Ahead of Our Estimates, Notable Sequential Dip in 3Q Guide," *Scotiabank,* August 1, 2023

- "2Q'23 Earnings Review: European Inventories Drive 2H'23 Setback," *Piper Sandler,* August 1, 2023

- "Issues with the Channel, Who Has the Remote?," *TD Cowen,* August 1, 2023

- "Mixed 2Q Results & Below-Street 3Q Guide as US Resi Headwinds Continue," *Truist Securities,* August 1, 2023

- "More Signs of Inventory Stress in the Inverter Supply Chain; Execution in Focus Through Year-End; Buy," *Goldman Sachs,* August 1, 2023

- "SEDG: In-Line Results and Weak Guidance Consistent with Peers; Remain Sector Weight," *KeyBanc,* August 1, 2023

- "SolarEdge Technologies (SEDG)," *Daiwa Capital Markets,* August 1, 2023

- "SEDG: Q2 in Line; Q3 Guidance Miss Negative," *Wells Fargo,* August 1, 2023

- "SolarEdge Technologies: 2Q Review: Weaker 3Q Guide," *Susquehanna,* August 1, 2023

**Appendix C**

- "2Q23 Quick Look - Inventory Destocking Drives Disappointing Guidance," *PEP Research,* August 2, 2023

- "2Q23 Review: Losing Some Luster, But Headwinds will Pass," *Bank of America,* August 2, 2023

- "3Q Guidance Well Below Consensus; European Demand Moderation; Distributor Inventory Impacts," *Haitong Securities,* August 2, 2023

- "A Day During Solar Q2 Earnings Season is a Day Without Sunshine," *Northland Securities,* August 2, 2023

- "Buy: Managing Down Expectations," *HSBC,* August 2, 2023

- "Channel Inventories Weigh on Near Term Outlook; Reiterating Overweight and Adjusting PT to $300," *Makor Securities,* August 2, 2023

- "Different Flavor Same Bad Taste on 3Q Guidance," *BMO Capital Markets,* August 2, 2023

- "Looking Ahead - Challenges on the Horizon; But Diversification will be Key," *Deutsche Bank,* August 2, 2023

- "Mixed 2Q Results, 3Q Guide Disappoints Owing to Direct and Indirect Channel Inventory Impacts," *JP Morgan,* August 2, 2023

- "Riding the Inventory Pogo Stick; 3Q Outlook Disappoints," *Citi,* August 2, 2023

- "SEDG + SHLS Earnings Quick Take," *Morgan Stanley,* August 2, 2023

- "SEDG Q2'23 Follow-Up European Inventory Overhang Drives Lower H2'23 Outlook," *Tudor, Pickering, Holt,* August 2, 2023

- "SEDG: Negative - 3Q23 Guidance Disappoints as SEDG Flags Channel Inventories and Battery Shipments," *Janney Montgomery Scott,* August 2, 2023

- "SEDG: Solid 2Q; Elevated Inventory Levels Impacting 2H23 Outlook," *Johnson Rice & Co.,* August 2, 2023

- "SEDG: US Weakness Drives Disappointing Outlook," *Guggenheim,* August 2, 2023

- "Soft 3Q Guide, But Expect 4Q Improvement," *Barclays,* August 2, 2023

- "SEDG: Et Tu, Europe? 3Q Guide Whiffs on Inventory Builds," *Wolfe Research,* August 2, 2023

- "SolarEdge Technologies, Inc. SEDG: Working Through Market Transition Summary," *Oppenheimer,* August 2, 2023

- "SolarEdge Technologies, Inc.," *Hanwha Securities,* August 2, 2023

- "Value of Diversification Remains Despite NT Headwinds; Reduce PT to $340 & Reiterate Buy," *Truist Securities,* August 2, 2023

- "Weaker 2H Outlook as Channel Dynamics and Low 3-Phase Supply More than Offset Better Market Positioning, Buy, $356 PT," *B Riley,* August 2, 2023

**Appendix C**

- "SEDG: Q2 In Line — Q3 Guidance Miss — Lowering PT — Maintain Overweight," *Wells Fargo,* August 3, 2023

- "SEDG: Weak H2'23 Outlook for Volume/Margins, High Channel Inventory, PT to $280," *Roth Capital Partners,* August 3, 2023

- "Meet w/ ENPH, SEDG, FSLR, RUN & NOVA at RE+ - Sept 11-13 (Las Vegas)," *Deutsche Bank,* August 4, 2023

- "2Q23 Earnings Recap - SEDG, RUN, SPWR," *Deutsche Bank,* August 6, 2023

- "Energy Transition Weekly: ENPH and SEDG Hit New 52W Lows, Highlighting Pushback to Residential Solar OEM Outlooks; Earnings Season for Clean Gets Busier This Week," *Janney Montgomery Scott,* August 7, 2023

- "SEDG: Opco Technology, Internet & Communications Conference Update," *Oppenheimer,* August 8, 2023

- "SolarEdge Technologies (SEDG US)," *Haitong Securities,* August 8, 2023

- "Alternative Energy: Model Sweep (AY, FSLR, NEP, SEDG)," *KeyBanc,* August 9, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* August 9, 2023

- "Renewable Energy Renewables: Q2 Earnings Roundup = ENPH & SEDG," *Webber Research,* August 10, 2023

- "Caught in the Perfect Storm of Overflowing Channel Inventory; Downgrade to Neutral," *Bank of America,* August 16, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* August 16, 2023

- "Will Rooftop Solar Inverters Become Commoditized? What Current Valuations Tell Us," *Morningstar,* August 22, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* August 23, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* August 30, 2023

- "Reshuffling the Deck — BE is Our Top Pick; Upgrade FSLR & Downgrade STEM, Both to EW," *Morgan Stanley,* September 6, 2023

- "Conference Takeaways," *Barclays,* September 7, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* September 11, 2023

- "Americas Clean Technology: Solar: RE+ 2023 Takeaways - Utility-Scale Inflection Pending Offset by Limited Signs of Greens Shoots in Resi," *Goldman Sachs,* September 13, 2023

- "Hoping for Sunshine; Management Dinner Takeaways," *Citi,* September 13, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* September 13, 2023

- "Takeaways from RE+/SPI Las Vegas – Day 1," *Roth Capital Partners,* September 13, 2023

**Appendix C**

- "The Solar Snapshot – Additional RE+ Datapoints, EU Resi," *Roth Capital Partners,* September 15, 2023

- "Takeaways from RE+/SPI Las Vegas – Day 2," *Roth Capital Partners,* September 15, 2023

- "What Happened in Vegas: Takeaways from Two Days of Management and Industry Meetings at RE+," *JP Morgan,* September 15, 2023

- "Takeaways After RE+," *Janney Montgomery Scott,* September 19, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* September 20, 2023

- "Comparing and Contrasting SEDG and ENPH Commentary at Our Conference," *Barclays,* September 21, 2023

- "The Solar Snapshot – New UFLPA Detention Confirmed, Mod Px, SEDG/ENPH EU, 45X," *Roth Capital Partners,* September 22, 2023

- "Energy Transition Weekly: Shorted Names Underperform," *Janney Montgomery Scott,* September 25, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* September 25, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* September 27, 2023

- "Valuation Looking More Compelling But Can't Ignore the Outstanding Risks," *Bank of America,* September 28, 2023

- "Outlook: Not Sunny Yet; Downgrade SEDG to Equal Weight," *Barclays,* October 2, 2023

- "Resi Solar Preview: Demand Recovery Slower than Expected," *Susquehanna,* October 2, 2023

- "3Q Solar Preview: Higher-for-Longer Favors Reweighting to Suppliers on FCF+ LT Growth, Downgrade Installers to Hold," *Truist Securities,* October 4, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* October 4, 2023

- "Adverse Exposure on Too Many Fronts; Reiterate Neutral," *Bank of America,* October 5, 2023

- "SEDG: Negative Today on Exposure in Israel and Tygo's Guide Lower," *Janney Montgomery Scott,* October 9, 2023

- "Resi Perspectives: Fall Blues Following Cruel Red Summer," *Piper Sandler,* October 12, 2023

- "SGRO: 3Q23 Renewables Preview," *Oppenheimer,* October 12, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* October 12, 2023

- "Can't Get Much Worse For SEDG, Friday 13th Upgrade," *Northland Securities,* October 13, 2023

- "Powering the Clean Energy Revolution," *Crispidea,* October 15, 2023

**Appendix C**

- "Q3 Preview – Rate Overhang Continues; Still Prefer Utility-Scale to Resi," *Wolfe Research,* October 18, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* October 18, 2023

- "3Q 2023 Earnings Preview: When the Going Gets Tough, Sometimes it Gets Tougher," *BMO Capital Markets,* October 19, 2023

- "3Q Earnings Setup: Seems Early for 'Green Shoots' in Resi Solar, Utility Scale Remains Attractive," *Scotiabank,* October 19, 2023

- "ENPH and SEDG: 3Q23 Preview," *HSBC,* October 19, 2023

- "Here Comes the Bad News," *Barclays,* October 19, 2023

- "Into the 3Q23 Print: Results Should Calm the Storm for Better Positioned Stocks; Prefer Utility-Scale Solar," *JP Morgan,* October 19, 2023

- "More Pain in the Distributed Solar Market; Estimates Under Review," *Morgan Stanley,* October 19, 2023

- "Pre-Announces 3Q Results Well Beneath Expectations; Destocking Continues in 4Q," *Piper Sandler,* October 19, 2023

- "Pre-Released 3Q with Numbers Cut 20% - Negative Read Through on 4Q," *Deutsche Bank,* October 19, 2023

- "Reduced 3Q Outlook Shows Resi Challenges Not Limited to U.S.," *Truist Securities,* October 19, 2023

- "SEDG Throws 3Q Guidance Over the Edge and Warns on 4Q; Negative," *BMO Capital Markets,* October 19, 2023

- "SEDG: Preannounces Weak Q3 Q4 Also Lower on Longer Destocking Lowering PT," *Wells Fargo,* October 19, 2023

- "SEDG: Distributor Disconnect; Prelim 3Q Report Misses Big," *Wolfe Research,* October 19, 2023

- "SolarEdge Technologies: 3Q Preannounce Well Below Guide," *Susquehanna,* October 19, 2023

- "Will One Large Cut be Enough? Downgrading SEDG,Nova & RUN," *Deutsche Bank,* October 19, 2023

- "3Q Miss Shows There is Nowhere to Hide; Approaching Bottom," *Citi,* October 20, 2023

- "3Q Pre-Release on EU Weakness, Cutting Estimates," *Scotiabank,* October 20, 2023

- "Channel Inventory Worse than Feared; Big Preannounced Miss on Europe Softness," *TD Cowen,* October 20, 2023

- "Downgrade to Neutral as Visibility Seemingly Getting Worse, and Now So are Margins," *Goldman Sachs,* October 20, 2023

**Appendix C**

- "European Solar Slowdown Hits SEDG - Downgrade to Neutral," *PEP Research,* October 20, 2023

- "Lingering Questions Need Addressing Post Sell-Off; Maintain Buy on LT Value & Reduce PT to $120," *Truist Securities,* October 20, 2023

- "Negative 3Q Preannouncement; Surprising Not in Form But in Magnitude, Lowering Estimates and PT," *JP Morgan,* October 20, 2023

- "Not Just Another Destock Story. SEDG to Underperform. Ramifications for ENPH," *Bank of America,* October 20, 2023

- "Panic Overdone, Long-Term Opportunity Outweighs Short- Term Risks," *BNP Paribas,* October 20, 2023

- "SEDG Cut 3Q Guidance by 20% - Where Next? + Read-Across to ENPH," *Deutsche Bank,* October 20, 2023

- "SEDG Pre-Announces 20% Revenue Miss," *Northland Securities,* October 20, 2023

- "SEDG: 3Q23 Pre-Release Surprises to the Downside; Estimates Under Review," *Janney Montgomery Scott,* October 20, 2023

- "SEDG: Downgrade to Perform; Channel Correction Worsens," *Oppenheimer,* October 20, 2023

- "SEDG: Europe Inventory Problems Hit Home," *Guggenheim,* October 20, 2023

- "SEDG: Preannounced Q3 Results to the Downside; Downgrading to Neutral," *Roth Capital Partners,* October 20, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* October 20, 2023

- "SolarEdge Technologies Inc 3Q23: Earnings Warning Season Begins," *UBS,* October 20, 2023

- "SolarEdge: Lowering Valuation to $147 Following Large Miss on Expectations," *Morningstar,* October 20, 2023

- "Weak Preliminary 3Q Results Reflect Elevated Channel Inventory and Slower Installations," *B Riley,* October 20, 2023

- "所乐太阳能科技 (SEDG US)," *Haitong Securities,* October 20, 2023

- "Mind the Gap: Estimating the Gross Margin Bridge," *Citi,* October 23, 2023

- "SEDG: Updating Numbers and Sensitivity Analysis in the Eye of the Storm," *BMO Capital Markets,* October 23, 2023

- "Weekly Synthesis: Investor Reaction to SEDG News; ENPH Downgrade; 3Q Preview," *BMO Capital Markets,* October 23, 2023

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* October 24, 2023

- "NOVA, ENPH, SEDG Earning Preview: U.S. Resi Headwinds and European Growth Deceleration; Nova Best Positioned in Near Term," *B Riley,* October 25, 2023

**Appendix C**

- "SolarEdge Technologies (SEDG)," *Zacks Equity Research,* October 25, 2023

- "SolarEdge Technologies Inc (NAS:SEDG)," *Argus Research,* October 25, 2023

- "SEDG: Cutting Numbers, PT Again," *Guggenheim,* October 31, 2023

- "SEDG: Q3 in Line with Preannouncement, But Q4 Guide Weak Negative Reaction," *Wells Fargo,* November 1, 2023

- "SolarEdge Technologies (SEDG)," *Daiwa Capital Markets,* November 1, 2023

- "SolarEdge Technologies, Inc. SEDG: Still Looking for the Bottom," *KeyBanc,* November 1, 2023

- "3Q Aligns with Negative Preannouncement, 4Q Guide Well Below as Channel Clearing Deeper than Expected," *JP Morgan,* November 2, 2023

- "3Q23 Earnings Quick Look - The Other Shoe (Margins) Drops," *PEP Research,* November 2, 2023

- "3Q23 Earnings: Quick Take," *Morgan Stanley,* November 2, 2023

- "4Q Guide Well Below Consensus; Destocking to Continue Over Next 2-3 Quarters," *TD Cowen,* November 2, 2023

- "A Severe Deterioration in Visibility, Margins Collapse; Downgrading to Hold with $85 PT," *Makor Securities,* November 2, 2023

- "A Tough Quarter to Digest and Multiple More Ahead for Normalization in Volume/Margins; Neutral," *Goldman Sachs,* November 2, 2023

- "Another Shoe Drops in Resi Solar W/Rapid Europe Declines; Dig to Hold & Decrease PT to $70," *Truist Securities,* November 2, 2023

- "Downgrade to Neutral; We Thought the Scary was Over," *Citi,* November 2, 2023

- "Good Grief Charlie Brown," *Northland Securities,* November 2, 2023

- "Margin Collapse; Downgrade to Neutral," *BNP Paribas,* November 2, 2023

- "Miss on Higher Costs; First Net Loss Since 4Q14; 4Q23 Guidance Well Below Consensus," *Haitong Securities,* November 2, 2023

- "No Màs: Downgrade SEDG to Market Perform; Lowering Target to $68," *BMO Capital Markets,* November 2, 2023

- "One Shoe Drops at 3Q23 Results with Another to Come in 4Q23 +," *Bank of America,* November 2, 2023

- "Outlook is Even More Challenged than Expected," *Barclays,* November 2, 2023

- "SEDG: 3Q23 Results In-Line with Pre-Release; Guidance Below Consensus," *Johnson Rice & Co.,* November 2, 2023

- "SEDG: Challenged Q4 Guide & 2024 Outlook; Maintain Neutral," *Roth Capital Partners,* November 2, 2023

**Appendix C**

- "SEDG: The Hits Keep Coming; Downgrade to PP Following Major Guide Down," *Wolfe Research,* November 2, 2023

- "SEDG: We Give Up - Downgrading to Neutral," *Guggenheim,* November 2, 2023

- "SolarEdge Earnings: End Market Slowdown, Increasing Commoditization Drive Disappointing Outlook," *Morningstar,* November 2, 2023

- "SolarEdge Technologies Inc 3Q23: Inventory Correction Cycle," *UBS,* November 2, 2023

- "SolarEdge Technologies, Inc. SEDG: Approaching Low-Point of Expectations," *Oppenheimer,* November 2, 2023

- "SolarEdge Technologies: 3Q Review: Inventory Glut Weighs on Outlook Call to Action," *Susquehanna,* November 2, 2023

- "We Now Need to Look at Normalized Run- Rate - PT Cut to $65," *Deutsche Bank,* November 2, 2023

- "Weak 4Q Outlook Reflects Continued Macro Headwinds and Channel Inventory Issues; 2-3 Quarters to Reset," *B Riley,* November 2, 2023

- "Cutting Long-Term Growth Outlook, Finding Valuation Bottom," *Scotiabank,* November 3, 2023

- "Buy: Managing Down Expectations," *HSBC,* November 4, 2023

- "3Q23 Earnings Follow-Up - Unpacking What the New Normal Looks Like," *PEP Research,* November 6, 2023

- "SEDG: Downgrading to Equal Weight Uncertainties Outweigh Discounted Valuation," *Wells Fargo,* November 6, 2023

- "The Solar Snapshot —- SEDG Post-Q3, ENPH, US Module Pricing, CBP Data," *Roth Capital Partners,* November 6, 2023

- "Is SEDG Seeing Higher Product Failure?," *Barclays,* November 15, 2023

- "500+ Scenarios of Normalized Earnings — ENPH & SEDG," *BNP Paribas,* November 16, 2023

- "Initiating Coverage on Clean Energy & Renewables: Solar, Inverters, Developers," *Mizuho,* November 20, 2023

- "SEDG and ENPH: Lowering Ests. to Reflect Slowing Demand and Ongoing Inventory De-Stocking," *Morgan Stanley,* November 20, 2023

- "Top 10 NDR Takeaways; Solar from the Land of Rising Sun," *Citi,* November 30, 2023

**Data**

- Bloomberg

**Appendix C**

- CRSP
- Ember
- Factiva
- FRED
- IRENASTAT
- LSEG Workspace
- World Bank Monthly Commodity Prices

**Depositions**

- Deposition of Matthew Cain, Ph.D., January 8, 2026

**Earnings Calls, Conference Calls, and Presentations**

- "Edited Transcript Q2 2023 Atlantica Sustainable Infrastructure PLC Earnings Call," *Refinitiv Streetevents*, August 1, 2023
- "Edited Transcript Q3 2023 Atlantica Sustainable Infrastructure PLC Earnings Call," *Refinitiv Streetevents*, November 8, 2023
- "Edited Transcript Q2 2023 Enlight Renewable Energy Ltd Earnings Call," *Refinitiv Streetevents*, August 9, 2023
- "Edited Transcript Q3 2023 Enlight Renewable Energy Ltd Earnings Call," *Refinitiv Streetevents*, November 20, 2023
- "Edited Transcript Q2 2023 Enphase Energy Inc Earnings Call," *Refinitiv Streetevents*, July 27, 2023
- "Edited Transcript Q3 2023 Enphase Energy Inc Earnings Call," *Refinitiv Streetevents*, October 26, 2023
- "Edited Transcript Q2 2023 Maxeon Solar Technologies Ltd Earnings Call," *Refinitiv Streetevents*, August 10, 2023
- "Edited Transcript Q3 2023 Maxeon Solar Technologies Ltd Earnings Call," *Refinitiv Streetevents*, November 15, 2023
- SolarEdge Presentation, "Fourth Quarter 2020: Earnings Summary," February 16, 2020
- Earnings and other conference call transcripts for SolarEdge from May 7, 2015, to February 20, 2024

**Expert Reports**

- Expert Report of Matthew D. Cain, October 17, 2025

# Appendix C

**Internal Documents**

- ███████████████████████████████████████████████, SEDG-Shen_0005503
- ████████████████████████████████ SEDG220_0000147–72
- ██████████████████████████████████ SEDG220_0000078–100
- ████████████████████████████████████████████ SEDG220_0000031–34
- ████████████████████████████████████████████ SEDG220_0000212–13
- ████████████████████████████████████████████ SEDG220_0000028–30
- ███████████████████████████████████ EDG220_0000005–18
- █████████████████████████████████ EDG220_0000001–04
- ████████████████████████████████████ SEDG220_0000025–27
- ███████████████████████████████████ SED220_0000019–24
- ██████████████████████████████████ SEDG220_0000101–46
- ██████████████████████████████████ SEDG220_0000035–77
- ██████████████████████████ SEDG-Shen_0005504
- █████████████████████████████████████████ SEDG-Shen_0005793
- █████████████████████████████████████ SEDG-Shen_0005942
- █████████████████████████████████████████████ SEDG-Shen_0022897
- ███████████████████████████████████ SEDG220_0000225–50
- ████████████████████████████████████████ SEDG220_0000173–98
- ████████████████████████████████████ SEDG220_0000214–24
- ████████████████████████████████ SEDG220_0000199–211

**Appendix C**

**Legal Documents**

- Memorandum Opinion & Order, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, December 4, 2024

- Memorandum Opinion & Order, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, April 6, 2025

- Second Consolidated Amended Complaint for Violations of the Federal Securities Laws, *In Re SolarEdge Technologies, Inc. Securities Litigation*, Case No. 1:23-cv-09748-GHW, January 3, 2025


**Press Releases**

- Business Wire Press Release, "SolarEdge Announces Preliminary Financial Results; Will Announce Financial Results for the Third Quarter 2023 on Wednesday, November 1, 2023," October 19, 2023, https://www.businesswire.com/news/home/20231019170033/en/SolarEdge-Announces-Preliminary-Financial-Results-Will-Announce-Financial-Results-for-the-Third-Quarter-2023-on-Wednesday-November-1-2023

- Business Wire Press Release, "SolarEdge Announces Third Quarter 2023 Financial Results," November 1, 2023, https://www.businesswire.com/news/home/20231101275481/en/SolarEdge-Announces-Third-Quarter-2023-Financial-Results

- ECB Press Release, "Monetary Policy Decisions," June 6, 2024, available at https://www.ecb.europa.eu/press/pr/date/2024/html/ecb.mp240606~2148ecdb3c.en.html

- ECB Press Release, "Monetary Policy Decisions," July 21, 2022, available at https://www.ecb.europa.eu/press/pr/date/2022/html/ecb.mp220721~53e5bdd317.en.html

- GlobeNewswire Press Release, "Atlantica Reports Third Quarter 2023 Financial Results," November 8, 2023, https://www.globenewswire.com/news-release/2023/11/08/2776140/33705/en/Atlantica-Reports-Third-Quarter-2023-Financial-Results.html

- GlobeNewswire Press Release, "Enlight Renewable Energy Reports Third Quarter 2023 Financial Results," November 20, 2023, https://www.globenewswire.com/news-release/2023/11/20/2783123/0/en/Enlight-Renewable-Energy-Reports-Third-Quarter-2023-Financial-Results.html

- GlobeNewswire Press Release, "Enphase Energy Reports Financial Results for the Third Quarter of 2023," October 26, 2023, https://www.globenewswire.com/news-release/2023/10/26/2767977/20176/en/Enphase-Energy-Reports-Financial-Results-for-the-Third-Quarter-of-2023.html

**Appendix C**

- Nasdaq Press Release, "Atlantica Sustainable Infrastructure (AY) Beats Q2 Earnings Estimates," August 1, 2023, https://www.nasdaq.com/articles/atlantica-sustainable-infrastructure-ay-beats-q2-earnings-estimates

- Nasdaq Press Release, "Enphase Energy Reports Financial Results for the Second Quarter of 2023," July 27, 2023, https://www.nasdaq.com/press-release/enphase-energy-reports-financial-results-for-the-second-quarter-of-2023-2023-07-27

- PR Newswire Press Release, "Emeren Announces Second Quarter 2023 Financial Results," August 31, 2023, https://www.prnewswire.com/news-releases/emeren-announces-second-quarter-2023-financial-results-301915015.html

- PR Newswire Press Release, "Emeren Announces Third Quarter 2023 Financial Results," November 21, 2023, https://www.prnewswire.com/news-releases/emeren-announces-third-quarter-2023-financial-results-301995210.html

- PR Newswire Press Release, "Maxeon Solar Technologies Announces Second Quarter 2023 Financial Results," August 10, 2023, https://www.prnewswire.com/news-releases/maxeon-solar-technologies-announces-second-quarter-2023-financial-results-301898313.html

- PR Newswire Press Release, "Maxeon Solar Technologies Announces Third Quarter 2023 Financial Results," November 15, 2023, https://www.prnewswire.com/news-releases/maxeon-solar-technologies-announces-third-quarter-2023-financial-results-301989171.html

- PR Newswire Press Release, "Maxeon Solar Technologies provides Business Update and Announces Preliminary Third Quarter Revenue and Shipment Results," October 10, 2023, https://www.prnewswire.com/news-releases/maxeon-solar-technologies-provides-business-update-and-announces-preliminary-third-quarter-revenue-and-shipment-results-301952265.html

- Reuters Press Release, "SolarEdge Forecasts Third-Quarter Revenue Below Estimates as Demand Wanes," August 1, 2023, https://www.reuters.com/business/energy/solaredge-forecasts-third-quarter-revenue-below-estimates-demand-wanes-2023-08-01/

- Seeking Alpha Press Release, "Enlight Renewable Energy Reports Second Quarter 2023 Financial Results," August 9, 2023, https://seekingalpha.com/pr/19426454-enlight-renewable-energy-reports-second-quarter-2023-financial-results

- Tigo Press Release, "Tigo Energy Announces Preliminary Financial Results and Reporting Date of November 7, 2023 for Fiscal Third Quarter 2023," October 9, 2023, https://www.tigoenergy.com/post/tigo-energy-announces-preliminary-financial-results-and-reporting-date-of-november-7-2023-for-fiscal-third-quarter-2023

**SEC Filings**

- Altus Power, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on December 6, 2024

**Appendix C**

- Array Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 28, 2024

- Atlantica Sustainable Infrastructure plc, Form 20-F for Fiscal Year Ended December 31, 2023, Filed on March 1, 2024

- Canadian Solar Inc., Form 20-F for Fiscal Year Ended December 31, 2023, Filed on April 26, 2024

- Clearway Energy, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 22, 2024

- Daqo New Energy Corp., Form 20-F for Fiscal Year Ended December 31, 2023, Filed on April 29, 2024

- Emeren Group Ltd, Form 10-K for Fiscal Year Ended December 31, 2023, Filed on August 1, 2024

- Enlight Renewable Energy Ltd., Form 20-F for Fiscal Year Ended December 31, 2023, Filed on March 28, 2024

- Enphase Energy, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 11, 2024

- First Solar, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 27, 2024

- Hannon Armstrong Sustainable Infrastructure Capital, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 16, 2024

- JinkoSolar Holding Co., Ltd., Form 20-F for Fiscal Year Ended December 31, 2023, Filed on April 25, 2024

- Maxeon Solar Technologies, Ltd., Form 20-F for Fiscal Year Ended December 31, 2023, Filed on May 30, 2024

- Renew Energy Global PLC, Form 20-F for Fiscal Year Ended March 31, 2023, Filed on July 31, 2023

- Shoals Technologies Group, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 28, 2024

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2017, Filed on February 2, 2018

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2018, Filed on February 28, 2019

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2019, Filed on February 27, 2020

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2021, Filed on February 22, 2022

**Appendix C**

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2022, Filed on February 22, 2023

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 26, 2024

- SolarEdge Technologies, Inc., Form 10-K for Fiscal Year Ended June 30, 2015, Filed on August 20, 2015

- SolarEdge Technologies, Inc., Form 10-K/A for Fiscal Year Ended December 31, 2020, Filed on February 19, 2021

- SolarEdge Technologies, Inc., Form 10-K/A for Fiscal Year Ended June 30, 2016, Filed on February 6, 2017

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended June 30, 2020, Filed on August 6, 2020

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended June 30, 2021, Filed on August 4, 2021

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended June 30, 2022, Filed on August 4, 2022

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended June 30, 2023, Filed on August 7, 2023

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended March 31, 2020, Filed on May 7, 2020

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended March 31, 2021, Filed on May 4, 2021

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended March 31, 2022, Filed on May 4, 2022

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended March 31, 2023, Filed on May 8, 2023

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2020, Filed on November 4, 2020

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2021, Filed on November 3, 2021

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2022, Filed on November 8, 2022

- SolarEdge Technologies, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2023, Filed on November 6, 2023

- SunPower Corporation, Form 10-K/A for Fiscal Year Ended January 1, 2023, Filed on December 18, 2023

- SunPower Corporation, Form 12b-25, Filed on February 29, 2024

**Appendix C**

- Sunrun Inc., Form 10-K for Fiscal Year Ended December 31, 2023, Filed on February 21, 2024

**Websites**

- "Balancing Upfront Costs and Ongoing Savings in Commercial Solar Systems," *SolarEdge*, available at https://www.solaredge.com/aus/for-home/info-centre/commercial/upfront-costs-ongoing-savings

- "Capital Cost and Performance Characteristics for Utility-Scale Electric Power Generating Technologies," *IEA*, January 2024, available at https://www.eia.gov/analysis/studies/powerplants/capitalcost/pdf/capital_cost_AEO2025.pdf

- "Clean Sources of Generation Are Set to Cover All of the World's Additional Electricity Demand Over the Next Three Years," *IEA*, January 24, 2024, available at https://www.iea.org/news/clean-sources-of-generation-are-set-to-cover-all-of-the-worlds-additional-electricity-demand-over-the-next-three-years

- "Electricity 2024," *IEA*, May 2024, available at https://iea.blob.core.windows.net/assets/18f3ed24-4b26-4c83-a3d2-8a1be51c8cc8/Electricity2024-Analysisandforecastto2026.pdf

- "Explainer: Why Italy's Superbonus Blew a Hole in State Accounts," *Reuters*, April 9, 2024, available at https://www.reuters.com/world/europe/why-italys-superbonus-blew-hole-state-accounts-2024-04-09/

- "Homeowner's Guide to Solar," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/homeowners-guide-solar

- "Investor Fact Sheet," *Atlantica Sustainable Infrastructure*, December 2024, available at https://www.atlantica.com/wp-content/uploads/documents/Factsheet-Atlantica-December-2024_VF.pdf

- "Italy 2023, Energy Policy Review," *IEA*, March 2023, available at https://iea.blob.core.windows.net/assets/71b328b3-3e5b-4c04-8a22-3ead575b3a9a/Italy_2023_EnergyPolicyReview.pdf

- "Italy's Tax Credit Experiment Puts Meloni Government in a Bind," *Financial Times*, March 24, 2023, available at https://www.ft.com/content/a393a4bf-418e-418e-9905-f182914b5a7e

- "Net Metering in the Netherlands: The Latest Updates," *Zonnefabriek*, November 27, 2024, available at https://www.zonnefabriek.nl/en/faq/everything-about-the-net-metering-system-in-the-netherlands/

- "Photovoltaic Cell and Module Design," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/photovoltaic-cell-and-module-design

- "Residential Solar: Down, Not Out," *McKinsey & Company*, February 3, 2025, available at https://www.mckinsey.com/industries/electric-power-and-natural-gas/our-insights/residential-solar-down-not-out

**Appendix C**

- "Russia's War on Ukraine—Analysing the Impacts on Energy Markets and Energy Security," *IEA*, available at https://www.iea.org/topics/russias-war-on-ukraine

- "Solar Photovoltaic System Design Basics," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/solar-photovoltaic-system-design-basics

- "Solar Photovoltaic Technology Basics," *U.S. Department of Energy*, available at https://www.energy.gov/eere/solar/solar-photovoltaic-technology-basics

- "Superbonus 110% for Building Renovation," *IEA*, June 24, 2025, available at https://www.iea.org/policies/15098-superbonus-110-for-building-renovation

- "Will I Save Money with Solar Energy?" *U.S. Department of Energy*, August 1, 2024, available at https://www.energy.gov/eere/solar/articles/will-i-save-money-solar-energy

**Note:  In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.**

**EXHIBIT 1**



## SolarEdge Technologies, Inc.
## Closing Stock Price and Volume
8/1/22–12/29/23

Source: *CRSP*; 1/3/25 Complaint

**EXHIBIT 2**



## SolarEdge Technologies, Inc.
## Percentage of Revenue by Geography
### 2020–2023

Source:  2/22/23 SolarEdge Technologies, Inc. Form 10-K; 2/26/24 SolarEdge Technologies, Inc. Form 10-K

**EXHIBIT 3**

# Price of Natural Gas in Europe
## January 2020–December 2023



Source:  World Bank Monthly Commodity Prices

Note:  Price of natural gas in Europe is shown in nominal U.S. dollars per Million Metric British Thermal Unit (mmbtu).

**EXHIBIT 4**

# European Wholesale Electricity Prices
## January 2020–December 2023



Source: *Ember*; Annual Reports

Note:  Prices are average day-ahead spot prices per megawatt-hour (MWh) sold per month.  Germany, Italy, and the Netherlands are SolarEdge's largest markets in Europe.  Collectively, these three countries account for two-thirds of SolarEdge's European revenue.

**EXHIBIT 5**

# SolarEdge Technologies, Inc.
## Select Securities Analyst Commentary on Energy Independence and Increased Demand Following the Ukraine-Russia Conflict
### 3/13/22–4/4/23

| Date | Contributor | Analyst Commentary |
|---|---|---|
| 3/13/22 | Piper Sandler | [I]t is apparent that European demand for non-Russian energy supply will skyrocket. … In order to eliminate the EU's dependence on Russian gas, the EU has released its REPowerEU plan....  Under REPEU, solar/wind deployments increase by 20% y/y during '22. |
| 3/17/22 | Goldman Sachs | In addition, with the potential of further energy policy shifts, particularly in Europe, in light of the Russia-Ukraine conflict, we see the potential for an inflection in solar demand which we believe SEDG would be well positioned to capture given its strong presence in country markets throughout Europe. |
| 3/29/22 | Oppenheimer | We note expectations for Germany to grow from 5GW to 20GW of installations by 2027 may prove a common growth rate across the continent as the EU works to reduce dependence on Russian natural gas. |
| 3/30/22 | B. Riley | Demand for renewable energy is rising in Europe as electricity and oil & gas prices continue to increase.  The war in Ukraine has also raised energy independence as a priority for European countries.  Residential PV installation size is growing and PV module power increases are expected to continue. |
| 5/3/22 | Susquehanna | Inverter demand strength continues, with a particular focus on the European market, driven by increased demand for energy independence.  … Inverter demand remains strong, with a particular focus on Europe as countries look to increase energy independence in the wake of high energy prices and, more recently, the Ukraine invasion. |
| 6/16/22 | Bank of America | We continue to emphasize the growth opportunity in Europe and [the Rest of the World], and we believe these resi and C&I markets will drive SEDG's outperformance as global power and energy prices are elevated and energy independence ambitions mount. |
| 8/4/22 | Barclays | Europe – Due to the escalation of Russia-Ukraine tensions, expectations for the European market (EU and non-EU) have been revised higher in the near term with the limitations being availability of labor on the residential side and delays around permits for utility-scale projects.  In June, the EU countries agreed on a binding 40% renewable energy target by 2030, with solar accounting for >500GW... |
| 11/14/22 | Deutsche Bank | Attractive growth is also anticipated in Europe,on the back of rising utility costs, grid uncertainty and geopolitical issues (Russia/Ukraine). |

**EXHIBIT 5**

| 3/6/23 | KeyBanc | The European market has significant growth opportunities as the current energy crisis exacerbated by the war in Ukraine has accelerated the clean energy transition. |
|---|---|---|
| 4/4/23 | Barclays | The rush for solar rooftops comes amidst soaring energy prices across Europe and concerns about reliance on Russian gas. At its height, Europe saw a 200% - 400% electricity price surge vs. the beginning of 2021.  While prices have and are expected to continue to fall, the energy market has structurally changed in that Europe can no longer reliably depend on Russian gas supply on a go-forward basis.  Energy independence is sought after - with countries and homeowners alike wanting more control over their energy bills and security. |

Source:  Analyst Reports

**EXHIBIT 6**



## European Central Bank Deposit Facility Rate
### 1/1/20–12/31/23

Source: *FRED*

**EXHIBIT 7**

# SolarEdge Technologies, Inc.
## Select Securities Analyst Commentary on Payback Periods
12/14/22–6/22/23

| Date | Contributor | Analyst Commentary |
|---|---|---|
| 12/14/22 | Barclays | [P]ower prices have risen so rapidly in some regions that the payback periods are still very attractive despite the higher system costs (i.e. Netherlands went from 6-7 years to 4-5 years, Germany is currently at ~2.5 years for standalone solar). … [In Germany] the payback period for a solar-only system is 2.5 years while a storage-paired solar system is 3.5 years, making it one of the best investments a homeowner can make today. |
| 12/22/22 | Daiwa Capital Markets | [M]arkets like the ones in Europe should grow significantly, albeit off a small base.  Soaring fossil fuel prices caused by the Ukraine war are reducing payback periods to less than five years in many countries. |
| 1/20/23 | Cowen and Company | Healthy residential demand in Europe is driven by elevated electricity prices and a 2-3 year average payback period. |
| 3/6/23 | Susquehanna | EU demand is expected to remain strong for an extended period on both the commercial and resi side, with new backlog records hit every day.  The company is seeing exceptional demand across the continent (but emphasized specific pockets of strength in Germany, Netherlands, UK, and France) given strong economics and short payback periods. |
| 4/18/23 | Bank of America | Payback periods are … compelling across Europe (SEDG mgmt. quoted 2.5 years during our March fireside) and relatively lower interest rates keep deployment growth healthy. |
| 5/19/23 | Deutsche Bank | European market has been and remains strong, which on the residential side has been driven by a combination of higher cost of energy over the last 12 months and low rates.  CFO, Ronen Faier, mentioned seeing good ROI for customers, with an estimated payback period of 3 to 4 years in Germany, even less in Italy (~3 years).  Further growth is supported by government policies and subsidies. |
| 6/22/23 | J.P. Morgan | Customer payback periods for SEDG in Europe remain compelling as power prices remain elevated by historical standards, despite some easing since 2H22. |

Source:  Analyst Reports

**EXHIBIT 8**



## SolarEdge Technologies, Inc.
## Revenue from Customers Located in Europe
2020–2023

Source: 2/22/23 SolarEdge Technologies, Inc. 10-K; 2/26/24 SolarEdge Technologies, Inc. 10-K

**EXHIBIT 9**



# SolarEdge Technologies, Inc.
# Quarterly Revenue
## 2020–2023

Source: SolarEdge Technologies, Inc. Quarterly and Annual Reports

**EXHIBIT 10**

# SolarEdge Technologies, Inc.
# Select Securities Analyst Commentary on Deteriorating Macroeconomic Environment and Channel Inventory Levels
## 8/3/23–10/18/23

| Date | Contributor | Analyst Commentary |
|---|---|---|
| 8/3/23 | Wells Fargo | Europe: Demand remains robust (though not quite as strong as expected) but distribution channel inventory is high across C&I and residential.  Because distributors are holding excess module inventory, they're moving to a just-in-time model across all components to work off the inventory and manage cash flows.  This could take 1-2 quarters to clear given the strong underlying strength in the market. |
| 8/16/23 | Bank of America | Our latest industry conversations highlighted overflowing solar + storage components distribution channels in Europe.  Module inventories remain acutely high and inverter channel health is worse than we previously understood.  SEDG flagged distributors sitting on excess components from non-preferred vendors, and international distributor confirmed channel inventories in excess of 3-6 months, which strains SEDG unit sales.  Weak distributer credit and working capital obfuscate real channel demand, and now, market recovery timing looks uncertain.  ... The 2Q23 earnings cycle solidified that channel inventory challenges are here to stay for solar and storage components businesses.  In the US and Europe, dealers and installers are sitting on excess inventories of modules, inverters, and storage systems.  Although the issues remain most challenging for modules (sharp decline in global polysilicon prices driving inventory out of the money), company comments and our conversations with installers and distributors confirm that inverter inventories have accumulated, as well.  ... In Europe ... [d]istributors, wholesalers, and installers are presently sitting on months of excess inventories in Europe, and our latest conversations with an international distributor confirm that there are many months (3-6+ months) of components inventory available across the channel.  Coupled with SEDG's comments that distributors are working capital strained, changing ordering habits, and sitting on inventory of non-core products, we argue there is ample room for a softer volumetric growth case, as the market digests this bloated inventory.  Our other conversations support a potential slowdown in sales across resi in Europe. |

**EXHIBIT 10**

| | | |
|---|---|---|
| 8/16/23 | Bank of America | In C&I, distributors are already beginning to change ordering habits (as reflected in the disappointing 3Q23 guidance), where constrained working capital will weigh on current sales visibility.  Moreover, the oversupply of power electronics becomes acute in C&I, where customers are price sensitive and able to take advantage of a number of competitor's solutions.  While SEDG is product constrained, we argue C&I customers may be increasingly more likely to substitute a project for an alternative solution, especially while cheaper alternatives are readily available in the market today.  Although mgmt. is signaling a burn off of the excess channel inventories exiting 2023, we argue supply dynamics may persist longer than expected and weigh on near term volumetric growth.  ... We lower our European and rest of world (ROW) forecasts for FY24+ to reflect the broader channel congestion and broader market slowdown we are observing.  Mgmt. continues to look for a flat to down y/y growth in 2023 US resi, and data points from 2Q23 earnings combined with recent checks with installers and distributors leave us increasingly bearish on the resi and C&I solar growth components outlook in Europe, as well. |
| 9/7/23 | Barclays | [U]nderlying demand [in Europe] is still strong, though not as strong as previously expected at the beginning of the year, and both distributors and installers overstocked inventory due to supply chain uncertainty that has since gone away.  The combined situation has led to a packed channel that management expects to improve in 1Q24 once installations pick back up.  There is some concern around the financial health/solvency of European distributors, who overstocked inventory in the face of supply chain uncertainty and are now facing rapidly declining costs.  SEDG is doing everything it can to work with its more cash-strapped distribution partners, sometimes spreading out orders over a longer period of time than agreed upon, or providing more lenient payment terms to ease the cash crunch on the distributors. |
| 9/13/23 | Citi | We hosted Ronen Faier (CFO) and JB Lowe (Head of IR) for dinner at RE+ in Las Vegas.  … Mgmt indicated they have better understanding of the inventory situation now than at the time of 2Q CC. Europe inventory normalization may hinge on weather.  … Distributors still carry multiple brands, which they stocked when supply was tight.  ... Distributors in Europe are in "fragile" but not in "critical" health, which we note is a relatively better take than the case for some European module providers.  CFO Faier is directly assisting customers during the current challenging period of higher rates and slower demand, offering more flexible delivery of product and better credit terms (customers' biggest concern currently).  We think this move is differentiated, especially from a ~$8B+ company, and could help solidify relationships with distributors.  Mr. Faier indicated that distributors are more interested in better credit terms than discounts, which will help stem any order delays/cancelations. |
| 9/15/23 | J.P. Morgan | Commentary from companies under coverage regarding the timing of equipment channel inventory clearing remained in-line with the 2Q earnings calls, mostly with expectations to normalize over the coming couple of quarters.  That said, discussions with other industry participants suggested there could be some risk of inventory overhangs lasting into mid-24.  … Europe update.  The European single-phase residential inverter market remains relatively oversupplied….  Many European distributors remain stuck with underwater panel inventory leading to some financial distress, leading to spillover effects to other areas of the value chain including inverters. |

**EXHIBIT 10**

| | | |
|---|---|---|
| 9/19/23 | Janney Montgomery Scott | Channel-level destocking in Europe could extend into 1Q24 (prior 3Q/4Q23), with distribution partners trying to reduce inventory aggressively; noted [SolarEdge] wouldn't be surprised to see some smaller, more stressed distributors file for bankruptcy. |
| 9/22/23 | Roth Capital Partners | Many EU distributors have a substantial amount of SEDG inventory.  Two distributors shared that they believe some have more than four months of SEDG inventory, while others may be double or more.  Last week, we wrote here one distributor canceled orders and has stopped taking delivery of SEDG.  This week, another distributor shared it has canceled about 60% of its SEDG orders for Q4 and Q1, while a third has also canceled orders with SEDG.  Notably, two distributors shared that SEDG is offering 1.5-5% price discounts for FCA pricing with 120-150 day payment terms.  While this may happen every quarter, the volume going through this type of sales may be much higher right now. |
| 9/28/23 | Bank of America | As latest data points indicate continued deterioration of channel health across several geographies, we lower our volumetric assumptions again across US and Europe.  We now model more modest 10% y/y volumetric growth in 2024 in US C&I, European resi and C&I, and rest of world resi and C&I to reflect the distribution difficulties across geographies.  Note, this more modest growth in 2024 will layer in on top of softer 2023 numbers where SEDG is most acutely impacted by excess channel inventories.  … Given the rapid deterioration of the European solar components supply chain and fluidity of the current situation, we highlight incremental downside risk to European estimates in 2024.  We flag that despite our below Street estimates, we see risks that volumetric trends could be flattish to negative in '24, especially given the volumetric situation today.  … Lacking visibility into the severity of the inverter demand situation, we do not assume further volumetric declines in 2024 nor do we model punitive price cuts.  This outsized downside risk mutes the risk reward in our view. |
| 10/2/23 | Barclays | [W]e expect growth in the low single-digits next year as we expect channel inventory corrections to persist through the beginning of 2024 while market share will likely be challenged, especially in markets that ENPH may be looking to enter (Germany, Austria, Switzerland, and Poland).  … While it appears that the channel inventory should take 2-3 quarters to clear out in Europe, the risk is that customers could also potentially go below the typical 8-10 weeks they usually keep as there are no longer any issues getting product from manufacturers.  Distributors and installers are also not incentivized to keep much inventory on the shelves in an environment where prices are continuing to drop.  Lastly, it does appear SEDG is supporting its customers with respect to payments, which continues to negatively impact its cash conversion cycle and increases the risk profile in the current environment. |

**EXHIBIT 10**

| 10/2/23 | Susquehanna | We are updating estimates for our residential solar coverage prior to 3Q'23 reports.  Recent conversations with covered companies and other industry participants indicate rooftop installations continue to be weighed down by higher interest rates.  While originations likely troughed in early summer, recovery has been very tepid across the country.  High channel inventories remain an additional headwind for inverter suppliers.  As a result, we have lowered revenue/earnings estimates and price targets across the board.  That said, we think lower expectations are mostly priced in.  As we look towards next year, interest rate outlook remains the biggest wildcard for the sector.  Otherwise, potential tailwinds include continued rise in utility rates, falling equipment prices, and potential recovery in electricity prices supported by natural gas prices.  Thus, we remain positive on the long-term outlook for the resi sector.  … We took down shipment estimates in '23/'24/'25 to reflect resi sector headwinds, softening European demand and excess channel inventory, especially in Europe. |
|---|---|---|
| 10/5/23 | Bank of America | We reduce our 4Q23 estimates, due to softer European resi contribution (seasonally weak quarter) and still challenged distribution channels or European C&I.  In our conversations following RE+ (leading renewables industry conference), we grow more skeptical of the volumetric outlook into 2024.  Macro challenges linger and the industry faces acute financing and working capital pressures; we see limited ability for installers to combat these headwinds.  … Much of SEDG's collapse is attributable to the deteriorating channel environment in Europe.  Module liquidation is happening, and distributors are shifting ordering habits as working capital strain critically escalates.  As we understand it, modules are being sold in the EU at EUR 0.15/W (i.e. further price collapse), which signals to us that distributors are willing to sell modules below cost to avoid contract termination / breakage fees.  The health of the European solar components channel has deteriorated further, and SEDG's sell in to the European commercial and industrial (C&I) and resi channels remains relatively opaque with prevalent downside risk to 4Q23 guidance with further risk lingering into 2024. |
| 10/9/23 | Janney Montgomery Scott | We see TYGO's guide lower as having negative implications for SEDG and ENPH in Europe, but more specifically for SEDG as TYGO offers a MLPE optimizer product that can compete with SEDG across residential and C&I end markets.  … TYGO's pre-released guide lower serves as a reminder that this subsector faces several challenges over the near-term including end-market demand trends, channel inventory de-stocking trends (potentially extending into 1H24), and potential pricing competition. |
| 10/12/23 | Oppenheimer | Our checks indicate that channel destocking remains in process in the United States and Europe, which is likely to result in A/R and inventories remaining at elevated levels in the near-term.  Paired with the conservative revenue guidance from ENPH, SEDG, and SPWR for 3Q, we anticipate that this could translate into upward pressure on sales and inventory days for the companies.  … In Europe … [w]e view prices stabilizing significantly below prior-year highs as a potential headwind for residential solar demand, which in turn might extend the destocking process among distributors in the region. |

**EXHIBIT 10**

| 10/12/23 | Piper Sandler | The data suggest that European panel imports from China remain far too elevated … and our industry discussions suggest distributor cash flows remain challenged.  The European outlook is dynamic and some key data points to monitor include ENPH/SEDG sales into/out of the channel, the trajectory of global gas prices, and retail electricity prices.  … We expect the next several quarters may remain challenging for SEDG mainly due to elevated panel inventories within Europe.  SEDG indicated at RE+ that while channel sell-through remains in positive territory on an annual basis (indicating end-market is still growing), the distributors are doing everything they can to conserve cash and are not purchasing as much ancillary equipment (i.e. inverters, optimizers, batteries). |
|---|---|---|
| 10/15/23 | Crispidea | Situation in Europe:  … The solar market is growing, but not as fast as expected at the start of 2023.  This is mainly because the winter was milder, people are less worried about energy security, and electricity prices are lower.  …  We expect that the distributors will be slower in placing orders due to the decline in demand. |
| 10/18/23 | Wolfe Research | Resi stocks have held up better in recent trading but we see continued weakness due to rising interest rates, NEM 2.0 roll-off and more slowdown in Europe too.  … SEDG continues to speak to record high 'sell through' of its products in Europe which suggests continued demand strength, but distributors in the region are under severe stress due to a glut of panels/modules which are now underwater following price declines. |

Source:  Analyst Reports

**EXHIBIT 11**



## MAC Global Solar Energy Index
### 6/30/23–10/31/23

Source: 1/3/25 Complaint; Cain Report

Note:  The value of the MAC Global Solar Energy Index ("Index") is pegged to 100 on 6/30/23.

**EXHIBIT 12**

# SolarEdge Technologies, Inc.
# Returns and Residual Returns on Earnings Releases of Peers
# with a European Presence[1]
## 7/1/23–11/30/23

| Company | Average Weight in MAC Global Solar Energy Index During Putative Class Period | Portion of 2023 Revenues Attributed to Europe | Release of Quarterly Earnings Report | | | |
|---|---|---|---|---|---|---|
| | | | Date[2] | Stock or ADR Return | Stock or ADR Residual Return[3] | Statistical Significance[4] |
| Enphase Energy, Inc. | 9.1% | 31% | 7/28/23 | -7.5% | -6.6% | *** |
| Atlantica Sustainable Infrastructure Ltd. | 1.8% | 35% | 8/1/23 | -1.9% | -1.1% | |
| SolarEdge Technologies, Inc. | 9.0% | 64% | 8/2/23 | -18.4% | -12.0% | *** |
| Enlight Renewable Energy Ltd. | 1.4% | 69% | 8/9/23 | -3.1% | -3.7% | * |
| Maxeon Solar Technologies | 0.9% | 34% | 8/11/23 | -32.0% | -30.6% | *** |
| Emeren Group Ltd. | 0.4% | 85% | 9/1/23 | -5.5% | -5.6% | ** |
| Maxeon Solar Technologies Ltd[5] | 0.9% | 34% | 10/10/23 | 3.7% | -3.3% | |
| SolarEdge Technologies Inc[5] | 9.0% | 64% | 10/20/23 | -27.3% | -21.3% | *** |
| Enphase Energy, Inc. | 9.1% | 31% | 10/27/23 | -14.6% | -9.5% | *** |
| SolarEdge Technologies, Inc. | 9.0% | 64% | 11/2/23 | -4.0% | -8.5% | *** |
| Atlantica Sustainable Infrastructure Ltd. | 1.8% | 35% | 11/8/23 | -5.6% | -4.1% | *** |
| Maxeon Solar Technologies | 0.9% | 34% | 11/16/23 | -14.9% | -12.0% | *** |
| Enlight Renewable Energy Ltd. | 1.4% | 69% | 11/20/23 | -1.1% | -2.8% | |
| Emeren Group Ltd. | 0.4% | 85% | 11/22/23 | -13.0% | -13.2% | *** |

Source: Annual Reports; *Bloomberg*; Cain Report; Company Websites; *LSEG Workspace*; Public Press

Note:
[1] Peers with a European presence are companies in the MAC Global Solar Energy Industry Index that trade on a U.S. exchange (common stock or ADR) and for which the minimum portion of 2023 revenues attributed to Europe was more than 20% based on the company's 2023 annual report or company website.
[2] Earnings release time stamps are obtained from public press to determine the impact date of the earnings release.
[3] The residual returns for SolarEdge are obtained from Dr. Cain's event study. The residual returns for each peer company are based on a rolling 120 trading day two-factor model event study using the S&P 500 market return and the MAC Global Solar Industry Index return (the same as Dr. Cain's methodology with the exception that the industry index return is not adjusted to remove SolarEdge), with no trading days excluded from the regression windows.
[4] "***" denotes statistical significance at the 99% confidence level or greater. "**" denotes statistical significance at the 95% confidence level or greater. "*" denotes statistical significance at the 90% confidence level or greater.
[5] Maxeon Solar Technologies Ltd announced preliminary financial results for Q3 2023 on 10/10/23. Results were announced after market hours on 11/15/23. SolarEdge announced preliminary financial results for Q3 2023 after market hours on 10/19/23. Results were announced after market hours on 11/1/23.

**EXHIBIT 13**

# SolarEdge Technologies, Inc.
## Select Securities Analyst Commentary on Confounding Factors
### 8/2/23–8/8/23

| Date | Contributor | Analyst Commentary |
|---|---|---|
| 8/2/23 | Bank of America | We lower our PO to $320/share ($396/share prior) on estimate revisions, MtM for stronger peer multiples, and a reduction in the relative premium.  We tweak our volumetric growth outlook to reflect further US resi[dential] softness and continued strength across European resi[dential] but changes in C&I ordering habits. |
| 8/2/23 | Guggenheim | Looking at the stock, it's clear that disappointment over the magnitude of US weakness, and [SolarEdge]'s margin outlook, may put some pressure on valuation for the near term.  Our expectations were clearly too high, and we have taken our 2024 numbers down considerably. |
| 8/2/23 | HSBC | US - may take more time to recover: SolarEdge's revenue in the US was down 23% q-o-q last quarter.  The company highlighted a worse situation in channel inventory, which it expects to take two quarters for destocking.  This sounds more cautious than Enphase … [b]ut on the bright side for SolarEdge, the US now accounts for only just 21% of solar revenue. |
| 8/2/23 | Morgan Stanley | 3Q margin erosion impacted by product mix shift and higher freight costs:  The company attributed a weaker than expected 3Q gross margin guidance to a mix shift towards lower-margin 3-phase commercial inverters. |
| 8/2/23 | Oppenheimer | At the same time we believe investor concerns about competition, structural changes in the US market, EU electricity price declines, and interest rate headwinds will remain near-term.  As we lower estimates and our PT to reflect changing market dynamics, we anticipate [SolarEdge] will work its way through channel rebalancing by year-end and return to more normalized growth in 2024. |
| 8/2/23 | Truist Securities | Adjusting our estimates to reflect a more pronounced 2H slowdown in U.S./Europe resi[dential] inverter + battery sales along w/a heavier sales weighting toward C&I, we reduce our 3Q/FY23 topline ests by 14%/8% respectively & reduce our 3Q/FY23 EBITDA est[imate]s by 41%/20% respectively. |
| 8/2/23 | Wolfe Research | The push-pull dynamics driving the 3Q guide are enough to make your head spin.  There are lots of factors at play but it ultimately comes down to [near-term] demand undershooting expectations, both in the US and Europe....  US weakness was expected but mgmt's comments on the [near-term] outlook were sobering. |
| 8/3/23 | Roth Capital Partners | While we had written about the excessive US resi[dential] channel inventory here, we were surprised to hear the magnitude. |

**EXHIBIT 13**

| 8/8/23 | Haitong Securities | [A]djustments to our earnings forecast assumption following SolarEdge's recent 2Q23 earnings and lower-than-expected outlook.... We have cut our revenue forecast for FY23-25 by c5% to reflect recent results and outlook that both the European and US market facing demand moderation and high inventories for some products for distributors in 2H23 and potentially 1H24.... We take a more conservative view on gross profit margin and ASP excluding battery to reflect higher contribution from commercial customers and less optimizer (which provide higher margin in the product mix) per inverter sold in the medium term. |
|---|---|---|

Source:  Analyst Reports