# EXHIBIT 13

**HSBC** Global Research

2 August 2023

# SolarEdge (SEDG US)

## Buy: Managing down expectations

**Equities**
Energy Equipment & Services

Israel

- ◆ Softer 3Q23 guidance across the board in revenue, margin and operating income as channel inventory is piling up
- ◆ Shipments still look solid in Europe, but higher C&I in the sales mix lowers ASP and margin
- ◆ Maintain Buy, but lower PE-based TP from USD386 to USD371; current PE more than 1SD below mean

**Lower 3Q23 guide moderately:** SolarEdge's 2Q23 results came in with revenue of USD991m (+5% q-o-q, in line with expectations) and net income of USD157m (-10% q-o-q, below our estimate). But as we expected, management lowered the 3Q23 guidance moderately, as concerns on demand and competition have been rising in recent months (see *ENPH & SEDG: 2Q23 preview*, 19 July 2023). In particular:

- ◆ Revenue guidance is for USD880-920m, down 9% q-o-q on average
- ◆ Gross margin at 30-33%, down 12bps q-o-q on average
- ◆ Operating income at USD115-135m, down 20% q-o-q on average

**Europe - resetting expectations:** Although SolarEdge's business in Europe is still growing healthily (+19% q-o-q in revenue in 2Q23), the company is toning down the previous optimism a bit. According to the company, this is due to slightly higher than normal channel inventory as demand is tapering off amid lower power prices and less energy security concern. The latest guidance implies an even weaker residential but stronger C&I (Commercial & Industrial) segment in Europe. The additional C&I in the sales mix is leading to the guidance for faster q-o-q fall in operating income than revenue or shipment for 3Q23, as mentioned above, due to lower margins.

**US - may take more time to recover:** SolarEdge's revenue in the US was down 23% q-o-q last quarter. The company highlighted a worse situation in channel inventory, which it expects to take two quarters for destocking. This sounds more cautious than Enphase (ENPH US, CMP USD150.32, Buy) (see *Enphase: Biting the bullet*, 28 July 2023). But on the bright side for SolarEdge, the US now accounts for only just 21% of solar revenue.

**Maintain Buy with lower TP of USD371:** We lower our EPS estimates by 3-8% for 2023e-25e. Accordingly, we lower our PE-based TP from USD386 to USD371 but maintain our Buy rating. We remain positive on SolarEdge's long-term competitive position in the inverter market, and we think the company is set to benefit once market growth speeds up again. The company now trades at 26.7x 2023e PE, which is more than 1SD below its past-three-year mean, hence the valuation looks undemanding in our view. **Downside risks**: weaker-than-expected residential and C&I solar demand in Europe and intensifying competition.

→ **MAINTAIN BUY**

| TARGET PRICE (USD) | PREVIOUS TARGET (USD) |
|---|---|
| **371.00** | **386.00** |

| SHARE PRICE (USD) | UPSIDE/DOWNSIDE |
|---|---|
| **239.47** | **+54.9%** |
| (as of 01 Aug 2023) | |

MARKET DATA

| Market cap (USDm) | 13,493 | Free float | 99% |
|---|---|---|---|
| Market cap (USDm) | 13,493 | BBG | SEDG US |
| 3m ADTV (USDm) | 294 | RIC | SEDG.O |

FINANCIALS AND RATIOS (USD)

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| HSBC EPS | 6.51 | 8.96 | 11.10 | 14.17 |
| HSBC EPS (prev) | 6.51 | 9.34 | 12.01 | 14.67 |
| Change (%) | 0.0 | -4.0 | -7.6 | -3.5 |
| Consensus EPS | 4.71 | 10.98 | 12.68 | 15.06 |
| PE (x) | 36.8 | 26.7 | 21.6 | 16.9 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/EBITDA (x) | 54.6 | 18.4 | 14.4 | 10.8 |
| ROE (%) | 21.2 | 20.9 | 21.0 | 21.6 |

52-WEEK PRICE (USD)



• • • • • Target price: 371.00
◆ High: 365.41 Low: 193.39 Current: 239.47

Source: Refinitiv IBES, HSBC estimates

**Daniel Yang***
**Analyst, Asia Energy Transition**
The Hongkong and Shanghai Banking Corporation Limited
daniel.h.yang@hsbc.com.hk
+852 299 66976

**Evan Li***
**Head, Asia Energy Transition Research**
The Hongkong and Shanghai Banking Corporation Limited
evan.m.h.li@hsbc.com.hk
+852 2996 6619

**Vivian Zhou***
**Associate**
Guangzhou

*\* Employed by a non-US affiliate of HSBC Securities (USA) Inc, and is not registered/ qualified pursuant to FINRA regulations*

HSBC Global Emerging Markets Forum | 18 – 29 September 2023   Register

## Disclosures & Disclaimer
This report must be read with the disclosures and the analyst certifications in the Disclosure appendix, and with the Disclaimer, which forms part of it.

**Issuer of report:** The Hongkong and Shanghai Banking Corporation Limited

**View HSBC Global Research at:**
*https://www.research.hsbc.com*



# Financials & valuation: SolarEdge

**Buy**

## Financial statements

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| **Profit & loss summary  (USDm)** | | | | |
| Revenue | 3,110 | 3,895 | 4,240 | 5,099 |
| EBITDA | 228 | 658 | 803 | 1,015 |
| Depreciation & amortisation | -62 | -44 | -51 | -57 |
| Operating profit/EBIT | 166 | 614 | 753 | 957 |
| Net interest | 4 | 4 | 4 | 4 |
| PBT | 177 | 617 | 757 | 961 |
| HSBC PBT | 453 | 617 | 757 | 961 |
| Taxation | -83 | -109 | -127 | -157 |
| Net profit | 94 | 509 | 630 | 804 |
| HSBC net profit | 369 | 509 | 630 | 804 |
| **Cash flow summary  (USDm)** | | | | |
| Cash flow from operations | 31 | 448 | 714 | 737 |
| Capex | -169 | -130 | -140 | -140 |
| Cash flow from investment | -417 | -130 | -140 | -140 |
| Dividends | 0 | 0 | 0 | 0 |
| Change in net debt | -323 | -318 | -574 | -597 |
| FCF equity | -138 | 318 | 574 | 597 |
| **Balance sheet summary  (USDm)** | | | | |
| Intangible fixed assets | 51 | 47 | 43 | 39 |
| Tangible fixed assets | 626 | 715 | 809 | 896 |
| Current assets | 2,900 | 3,660 | 4,432 | 5,537 |
| Cash & others | 1,024 | 1,343 | 1,917 | 2,514 |
| Total assets | 4,266 | 5,112 | 5,974 | 7,162 |
| Operating liabilities | 1,464 | 1,802 | 2,034 | 2,418 |
| Gross debt | 626 | 626 | 626 | 626 |
| Net debt | -399 | -717 | -1,291 | -1,888 |
| Shareholders' funds | 2,176 | 2,685 | 3,315 | 4,119 |
| Invested capital | 1,088 | 1,278 | 1,334 | 1,541 |

## Ratio, growth and per share analysis

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| **Y-o-y % change** | | | | |
| Revenue | 58.4 | 25.2 | 8.9 | 20.3 |
| EBITDA | -12.0 | 188.4 | 22.2 | 26.3 |
| Operating profit | -19.8 | 269.3 | 22.7 | 27.2 |
| PBT | -5.4 | 248.5 | 22.6 | 27.0 |
| HSBC EPS | 21.3 | 37.7 | 23.9 | 27.6 |
| **Ratios (%)** | | | | |
| Revenue/IC (x) | 3.4 | 3.3 | 3.2 | 3.5 |
| ROIC | 10.9 | 43.0 | 48.2 | 55.9 |
| ROE | 21.2 | 20.9 | 21.0 | 21.6 |
| ROA | 2.6 | 10.8 | 11.3 | 12.2 |
| EBITDA margin | 7.3 | 16.9 | 18.9 | 19.9 |
| Operating profit margin | 5.3 | 15.8 | 17.8 | 18.8 |
| EBITDA/net interest (x) | | | | |
| Net debt/equity | -18.3 | -26.7 | -39.0 | -45.8 |
| Net debt/EBITDA (x) | -1.7 | -1.1 | -1.6 | -1.9 |
| CF from operations/net debt | | | | |
| **Per share data  (USD)** | | | | |
| EPS Rep (diluted) | 1.65 | 8.96 | 11.10 | 14.17 |
| HSBC EPS (diluted) | 6.51 | 8.96 | 11.10 | 14.17 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Book value | 38.35 | 47.32 | 58.41 | 72.58 |

## Key forecast drivers

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| Inverter shipment (MW) | 10,490 | 14,709 | 14,586 | 16,935 |
| Inverter ASP (USD/KW) | 238 | 214 | 225 | 231 |
| Battery shipment (MWh) | 890 | 1,100 | 1,540 | 2,002 |

## Valuation data

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| EV/sales | 4.0 | 3.1 | 2.7 | 2.1 |
| EV/EBITDA | 54.6 | 18.4 | 14.4 | 10.8 |
| EV/IC | 11.4 | 9.5 | 8.7 | 7.1 |
| PE* | 36.8 | 26.7 | 21.6 | 16.9 |
| PB | 6.2 | 5.1 | 4.1 | 3.3 |
| FCF yield (%) | -1.0 | 2.4 | 4.3 | 4.4 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |

* Based on HSBC EPS (diluted)

## ESG metrics

| Environmental Indicators | 12/2021a | Governance Indicators | 12/2022a |
|---|---|---|---|
| GHG emission intensity* | 14.4 | No. of board members | 7 |
| Energy intensity* | 27.5 | Average board tenure (years) | 5.9 |
| $CO_2$ reduction policy | Yes | Female board members (%) | 28.6 |
| **Social Indicators** | **12/2021a** | Board members independence (%) | 85.7 |
| Employee costs as % of revenues | n/a | | |
| Employee turnover (%) | n/a | | |
| Diversity policy | Yes | | |

Source: Company data, HSBC

* GHG intensity and energy intensity are measured in kg and kWh respectively against revenue in USD '000s

## Issuer information

| | | | |
|---|---|---|---|
| Share price (USD) | 239.47 | Free float | 99% |
| Target price (USD) | 371.00 | Sector | Energy Equipment |
| RIC (Equity) | SEDG.O | Country/Region | Israel |
| Bloomberg (Equity) | SEDG US | Analyst | Daniel Yang |
| Market cap (USDm) | 13,493 | Contact | +852 299 66976 |

## Price relative



Source: HSBC

Note: Priced at close of  01 Aug 2023

2

**HSBC**

**Equities** ● Energy Equipment & Services
2 August 2023

## SolarEdge quarterly results, shipment and guidance

| | | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 1Q23 | 2Q23 | | | | 3Q23e |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Guidance | Consensus | HSBCe | Actual | Guidance |
| Revenue (USDm) | | 556 | 583 | 622 | 732 | 944 | 970-1,010 | 995 | 990 | 991 | 880-920 |
| | GPM | 27.3% | 25.1% | 26.5% | 29.3% | 32.6% | 32-35% | 33.6% | 34.0% | 32.7% | 30%-33% |
| Operating profit (USDm) | | 87 | 85 | 120 | 150 | 184 | 195-215 | 168 | NA | 191 | 115-135 |
| | OPM | 15.7% | 14.5% | 19.3% | 20.4% | 19.5% | 22.2%-19.3% | 16.9% | NA | 19.3% | 12.5%-15.3% |
| Net income (Non-GAAP) (USDm) | | 69 | 57 | 54 | 172 | 174 | 174-187* | 153 | 180 | 157 | 93-109* |
| | NPM | 10.5% | 7.8% | 6.5% | 19.3% | 18.5% | 17.2%-19.3% | 15.4% | 18.2% | 15.9% | 10.1-12.4% |
| Solar shipment (MW) | | 2,130 | 2,516 | 2,703 | 3,141 | 3,608 | NA | 3,611 | 3,620 | 4,324 | NA |
| -Europe | | 1,100 | 1,222 | 1,374 | 1,781 | 2,140 | NA | 2,160 | 2,200 | 3,261 | NA |
| -US | | 721 | 936 | 859 | 880 | 975 | NA | 947 | 920 | 666 | NA |
| -RoW | | 309 | 357 | 470 | 481 | 493 | NA | 504 | 500 | 397 | NA |
| Storage shipment (MWh) | | 100 | 251 | 321 | 218 | 221 | NA | 261 | 245 | 269 | NA |

Source: Company data, Bloomberg, HSBC estimates
Note: * calculated based on company guidance

## SolarEdge: 2Q23 Non-GAAP result

| (USDm) | 2Q22 | 1Q23 | 2Q23 | YoY(%)/ppt chg | QoQ(%)/ppt chg |
| --- | --- | --- | --- | --- | --- |
| **Net revenues** | **728** | **944** | **991** | **36%** | **5%** |
| Solar | 688 | 909 | 947 | 38% | 4% |
| Non-solar | 40 | 35 | 44 | 9% | 24% |
| **Gross profit** | **194** | **307** | **324** | **67%** | **5%** |
| GPM | 26.7% | 32.6% | 32.7% | 6.0ppts | 0.1ppts |
| | | | | | |
| Selling and marketing | (32) | (33) | (36) | 14% | 11% |
| General and administrative | (20) | (29) | (28) | 40% | -1% |
| Research and development | (58) | (62) | (69) | 19% | 11% |
| Other operating expenses | 0 | - | 0 | nm | nm |
| **Income from operations** | **85** | **184** | **191** | **126%** | **4%** |
| | | | | | |
| Net finance income (expenses) | (21) | 24 | 4 | -121% | -82% |
| Profit before taxes | 64 | 208 | 195 | 206% | -6% |
| Income tax (provision) benefit | (7) | (33) | (38) | 442% | 14% |
| **Net income** | **57** | **174** | **157** | **177%** | **-10%** |
| | | | | | |
| **Profit for the year attributable to:** | | | | | |
| **Equity shareholders of the company** | **57** | **174** | **157** | **177%** | **-10%** |
| Non-controlling interests | - | - | - | - | - |
| NPM | 7.8% | 18.5% | 15.9% | 8.1ppts | -2.6ppts |
| | | | | | |
| **Inverter and optimizers shipment (MW)** | | | | | |
| United States | 936 | 975 | 666 | -29% | -32% |
| Europe | 1,222 | 2,140 | 3,261 | 167% | 52% |
| ROW | 357 | 493 | 397 | 11% | -19% |
| Residential | 1,244 | 1,529 | 1,725 | 39% | 13% |
| Commercial | 1,271 | 2,079 | 2,599 | 104% | 25% |
| **Storage System shipment (MWh)** | **251** | **221** | **269** | **7%** | **22%** |

Source: Company data



# Earnings estimate revisions

We cut our earnings estimates by 3-8% in 2023e-25e, as a result of lower blended ASP assumptions (due to higher C&I in the sales mix) and higher inverter/optimizer shipment. Our revised earnings forecasts are now 2-17% lower than Bloomberg consensus estimates.

**SolarEdge: earnings estimate revisions**

| USDm | 2023e | 2024e | 2025e |
|---|---|---|---|
| **Revenue** | | | |
| New | 3,895 | 4,240 | 5,099 |
| Old | 3,801 | 4,421 | 5,187 |
| % change | 2% | -4% | -2% |
| **Net profit** | | | |
| New | 509 | 630 | 804 |
| Old | 530 | 682 | 833 |
| % change | -4% | -8% | -3% |

Source: HSBC estimates

**HSBC estimates versus Bloomberg consensus**

| USDm | 2023e | 2024e | 2025e |
|---|---|---|---|
| **Revenues** | | | |
| HSBC | 3,895 | 4,240 | 5,099 |
| Consensus | 4,113 | 5,031 | 5,835 |
| % difference | -5% | -16% | -13% |
| **Net profit** | | | |
| HSBC | 509 | 630 | 804 |
| Consensus | 520 | 762 | 915 |
| % difference | -2% | -17% | -12% |

Source: Bloomberg consensus, HSBC estimates

# Related reports

*Global Solar Inverters: ENPH and SEDG: 2Q23 preview*, 19 July 2023

*Solaredge: Takeaways from group meeting with CFO – growth, demand, and more*, 24 May 2023

*Global Solar Inverter: Marketing feedback and read-across from Chinese peers' 1Q results*, 15 May 2023

*SolarEdge: Buy: Another beat and raise*, 4 May 2023

*Spotlight: Global Solar Inverters: The 'brain' of solar power system*, 13 April 2023

*SolarEdge: Initiate at Buy: The market leader finds fresh growth opportunities*, 13 April 2023

**HSBC**

**SolarEdge: 12-month forward PE**



Source: Refinitiv Datastream, HSBC estimates

## Valuation and risks

| SolarEdge SEDG US | | Valuation | Risks to our view |
|---|---|---|---|
| | Current price: **USD239.47** | We value SolarEdge using a PE methodology. Our TP is cut from USD386 to USD371, still based on company's past three-year average PE at 41.4x (unchanged), applied to our revised 2023e EPS of USD8.96 (previously: USD9.34). With 55% implied upside, we maintain a Buy rating. | **Downside risks:** 1) slower-than-expected residential and C&I solar demand in Europe, 2) stronger-than-expected increase in competition in Europe and the US, 3) slower-than-expected energy storage system (ESS) market growth, 4) supply chain challenges. |
| | Target price: **USD371.00** | | |
| **Buy** | Up/downside: **+54.9%** | | |

Priced at 1 Aug 2023
Source: HSBC estimates

5

**HSBC**

# Disclosure appendix

**Analyst Certification**

The following analyst(s), economist(s), or strategist(s) who is(are) primarily responsible for this report, including any analyst(s) whose name(s) appear(s) as author of an individual section or sections of the report and any analyst(s) named as the covering analyst(s) of a subsidiary company in a sum-of-the-parts valuation certifies(y) that the opinion(s) on the subject security(ies) or issuer(s), any views or forecasts expressed in the section(s) of which such individual(s) is(are) named as author(s), and any other views or forecasts expressed herein, including any views expressed on the back page of the research report, accurately reflect their personal view(s) and that no part of their compensation was, is or will be directly or indirectly related to the specific recommendation(s) or views contained in this research report: Daniel Yang and Evan Li

**Important disclosures**

**Equities: Stock ratings and basis for financial analysis**

HSBC and its affiliates, including the issuer of this report ("HSBC") believes an investor's decision to buy or sell a stock should depend on individual circumstances such as the investor's existing holdings, risk tolerance and other considerations and that investors utilise various disciplines and investment horizons when making investment decisions. Ratings should not be used or relied on in isolation as investment advice. Different securities firms use a variety of ratings terms as well as different rating systems to describe their recommendations and therefore investors should carefully read the definitions of the ratings used in each research report. Further, investors should carefully read the entire research report and not infer its contents from the rating because research reports contain more complete information concerning the analysts' views and the basis for the rating.

**From 23rd March 2015 HSBC has assigned ratings on the following basis:**

The target price is based on the analyst's assessment of the stock's actual current value, although we expect it to take six to 12 months for the market price to reflect this.  When the target price is more than 20% above the current share price, the stock will be classified as a Buy; when it is between 5% and 20% above the current share price, the stock may be classified as a Buy or a Hold; when it is between 5% below and 5% above the current share price, the stock will be classified as a Hold; when it is between 5% and 20% below the current share price, the stock may be classified as a Hold or a Reduce; and when it is more than 20% below the current share price, the stock will be classified as a Reduce.

Our ratings are re-calibrated against these bands at the time of any 'material change' (initiation or resumption of coverage, change in target price or estimates).

Upside/Downside is the percentage difference between the target price and the share price.

**Prior to this date, HSBC's rating structure was applied on the following basis:**

For each stock we set a required rate of return calculated from the cost of equity for that stock's domestic or, as appropriate, regional market established by our strategy team. The target price for a stock represented the value the analyst expected the stock to reach over our performance horizon. The performance horizon was 12 months. For a stock to be classified as Overweight, the potential return, which equals the percentage difference between the current share price and the target price, including the forecast dividend yield when indicated, had to exceed the required return by at least 5 percentage points over the succeeding 12 months (or 10 percentage points for a stock classified as Volatile*). For a stock to be classified as Underweight, the stock was expected to underperform its required return by at least 5 percentage points over the succeeding 12 months (or 10 percentage points for a stock classified as Volatile*).  Stocks between these bands were classified as Neutral.

*A stock was classified as volatile if its historical volatility had exceeded 40%, if the stock had been listed for less than 12 months (unless it was in an industry or sector where volatility is low) or if the analyst expected significant volatility.  However, stocks which we did not consider volatile may in fact also have behaved in such a way.  Historical volatility was defined as the past month's average of the daily 365-day moving average volatilities.  In order to avoid misleadingly frequent changes in rating, however, volatility had to move 2.5 percentage points past the 40% benchmark in either direction for a stock's status to change.

 **HSBC**

**Rating distribution for long-term investment opportunities**

**As of 30 June 2023, the distribution of all independent ratings published by HSBC is as follows:**

| | | |
|---|---|---|
| **Buy** | 61% | (13% of these provided with Investment Banking Services in the past 12 months) |
| **Hold** | 33% | (13% of these provided with Investment Banking Services in the past 12 months) |
| **Sell** | 6% | (7% of these provided with Investment Banking Services in the past 12 months) |

For the purposes of the distribution above the following mapping structure is used during the transition from the previous to current rating models: under our previous model, Overweight = Buy, Neutral = Hold and Underweight = Sell; under our current model Buy = Buy, Hold = Hold and Reduce = Sell.  For rating definitions under both models, please see "Stock ratings and basis for financial analysis" above.

For the distribution of non-independent ratings published by HSBC, please see the disclosure page available at *http://www.hsbcnet.com/gbm/financial-regulation/investment-recommendations-disclosures*.

**Share price and rating changes for long-term investment opportunities**

**SolarEdge (SEDG.O) share price performance USD Vs HSBC rating history**



Source: HSBC

**Rating & target price history**

| From | To | Date | Analyst |
|---|---|---|---|
| N/A | Buy | 13 Apr 2023 | Daniel Yang |
| **Target price** | **Value** | **Date** | **Analyst** |
| Price 1 | 418.00 | 13 Apr 2023 | Daniel Yang |
| Price 2 | 386.00 | 19 Jul 2023 | Daniel Yang |

Source: HSBC

To view a list of all the independent fundamental ratings disseminated by HSBC during the preceding 12-month period, please use the following links to access the disclosure page:

Clients of HSBC Private Banking: *www.research.privatebank.hsbc.com/Disclosures*

All other clients: *www.research.hsbc.com/A/Disclosures*

**HSBC & Analyst disclosures**

**Disclosure checklist**

| Company | Ticker | Recent price | Price date | Disclosure |
|---|---|---|---|---|
| SOLAREDGE | SEDG.O | 239.47 | 01 Aug 2023 | – |

Source: HSBC

1    HSBC has managed or co-managed a public offering of securities for this company within the past 12 months.

2    HSBC expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

3    At the time of publication of this report, HSBC Securities (USA) Inc. is a Market Maker in securities issued by this company.

4    As of 30 June 2023, HSBC beneficially owned 1% or more of a class of common equity securities of this company.

5    As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of investment banking services.

6    As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-investment banking securities-related services.

**HSBC**

7   As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-securities services.

8   A covering analyst/s has received compensation from this company in the past 12 months.

9   A covering analyst/s or a member of his/her household has a financial interest in the securities of this company, as detailed below.

10  A covering analyst/s or a member of his/her household is an officer, director or supervisory board member of this company, as detailed below.

11  At the time of publication of this report, HSBC is a non-US Market Maker in securities issued by this company and/or in securities in respect of this company.

12  As of 28 July 2023, HSBC beneficially held a net long position of more than 0.5% of this company's total issued share capital, calculated according to the SSR methodology.

13  As of 28 July 2023, HSBC beneficially held a net short position of more than 0.5% of this company's total issued share capital, calculated according to the SSR methodology.

14  HSBC Qianhai Securities Limited holds 1% or more of a class of common equity securities of this company.

HSBC and its affiliates will from time to time sell to and buy from customers the securities/instruments, both equity and debt (including derivatives) of companies covered in HSBC Research on a principal or agency basis or act as a market maker or liquidity provider in the securities/instruments mentioned in this report.

Analysts, economists, and strategists are paid in part by reference to the profitability of HSBC which includes investment banking, sales & trading, and principal trading revenues.

Whether, or in what time frame, an update of this analysis will be published is not determined in advance.

Non-U.S. analysts may not be associated persons of HSBC Securities (USA) Inc, and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with the subject company, public appearances and trading securities held by the analysts.

Economic sanctions imposed by the EU, the UK, the USA and certain other jurisdictions generally prohibit transacting or dealing in any debt or equity issued by Russian SSI entities on or after 16 July 2014 (Restricted SSI Securities). Economic sanctions imposed by the USA also generally prohibit US persons from purchasing or selling publicly traded securities issued by companies designated by the US Government as "Chinese Military-Industrial Complex Companies" (CMICs) or any publicly traded securities that are derivative of, or designed to provide investment exposure to, the targeted CMIC securities (collectively, Restricted CMIC Securities). This report does not constitute advice in relation to any Restricted SSI Securities or Restricted CMIC Securities, and as such, this report should not be construed as an inducement to transact in any Restricted SSI Securities or Restricted CMIC Securities.

For disclosures in respect of any company mentioned in this report, please see the most recently published report on that company available at _www.hsbcnet.com/research_. HSBC Private Banking clients should contact their Relationship Manager for queries regarding other research reports. In order to find out more about the proprietary models used to produce this report, please contact the authoring analyst.

**Additional disclosures**

1   This report is dated as at 02 August 2023.

2   All market data included in this report are dated as at close 01 August 2023, unless a different date and/or a specific time of day is indicated in the report.

3   HSBC has procedures in place to identify and manage any potential conflicts of interest that arise in connection with its Research business. HSBC's analysts and its other staff who are involved in the preparation and dissemination of Research operate and have a management reporting line independent of HSBC's Investment Banking business. Information Barrier procedures are in place between the Investment Banking, Principal Trading, and Research businesses to ensure that any confidential and/or price sensitive information is handled in an appropriate manner.

4   You are not permitted to use, for reference, any data in this document for the purpose of (i) determining the interest payable, or other sums due, under loan agreements or under other financial contracts or instruments, (ii) determining the price at which a financial instrument may be bought or sold or traded or redeemed, or the value of a financial instrument, and/or (iii) measuring the performance of a financial instrument or of an investment fund.

**HSBC**

**Production & distribution disclosures**

1.  This report was produced and signed off by the author on 02 Aug 2023 08:15 GMT.

2.  In order to see when this report was first disseminated please see the disclosure page available at
    https://www.research.hsbc.com/R/34/zXrxsdW



# Disclaimer

**Legal entities as at 30 June 2023:**
**'UAE' HSBC Bank Middle East Limited, DIFC; HSBC Bank Middle East Limited, UAE branch; 'HK' The Hongkong and Shanghai Banking Corporation Limited, Hong Kong; 'TW' HSBC Securities (Taiwan) Corporation Limited; 'CA' HSBC Securities (Canada) Inc.; 'France' HSBC Continental Europe; 'Spain' HSBC Continental Europe, Sucursal en España; 'Italy' HSBC Continental Europe, Italy; 'Sweden' HSBC Continental Europe Bank, Sweden Filial; 'DE' HSBC Continental Europe S.A., Germany; 000 HSBC Bank (RR), Moscow; 'IN' HSBC Securities and Capital Markets (India) Private Limited, Mumbai; 'JP' HSBC Securities (Japan) Limited, Tokyo; 'EG' HSBC Securities Egypt SAE, Cairo; 'CN' HSBC Investment Bank Asia Limited, Beijing Representative Office; The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch; The Hongkong and Shanghai Banking Corporation Limited, Seoul Securities Branch; The Hongkong and Shanghai Banking Corporation Limited, Seoul Branch; HSBC Securities (South Africa) (Pty) Ltd, Johannesburg; HSBC Bank plc, London, Tel Aviv; 'US' HSBC Securities (USA) Inc., New York; HSBC Yatirim Menkul Degerler AS, Istanbul; HSBC México, SA, Institución de Banca Múltiple, Grupo Financiero HSBC; HSBC Bank Australia Limited; HSBC Bank Argentina SA; HSBC Saudi Arabia Limited; The Hongkong and Shanghai Banking Corporation Limited, New Zealand Branch incorporated in Hong Kong SAR; The Hongkong and Shanghai Banking Corporation Limited, Bangkok Branch; PT Bank HSBC Indonesia; HSBC Qianhai Securities Limited; Banco HSBC SA**

**Issuer of report**
**The Hongkong and Shanghai Banking Corporation Limited**
Level 19, 1 Queen's Road Central
Hong Kong SAR
Telephone: +852 2843 9111
Fax: +852 2596 0200
Website: www.research.hsbc.com

This document has been issued by The Hongkong and Shanghai Banking Corporation Limited ("HSBC") in the conduct of its Hong Kong regulated business for the information of its institutional and professional investor (as defined by Securities and Future Ordinance (Chapter 571)) customers; it is not intended for and should not be distributed to retail customers in Hong Kong. The Hongkong and Shanghai Banking Corporation Limited is regulated by the Hong Kong Monetary Authority. All enquires by recipients in Hong Kong must be directed to your HSBC contact in Hong Kong. If it is received by a customer of an affiliate of HSBC, its provision to the recipient is subject to the terms of business in place between the recipient and such affiliate. This document is not and should not be construed as an offer to sell or the solicitation of an offer to purchase or subscribe for any investment. HSBC has based this document on information obtained from sources it believes to be reliable but which it has not independently verified; HSBC makes no guarantee, representation or warranty and accepts no responsibility or liability as to its accuracy or completeness. Expressions of opinion are those of the Research Division of HSBC only and are subject to change without notice. From time to time research analysts conduct site visits of covered issuers. HSBC policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits. HSBC and its affiliates and/or their officers, directors and employees may have positions in any securities mentioned in this document (or in any related investment) and may from time to time add to or dispose of any such securities (or investment). HSBC and its affiliates may act as market maker or have assumed an underwriting commitment in the securities of companies discussed in this document (or in related investments), may sell them to or buy them from customers on a principal basis and may also perform or seek to perform investment banking or underwriting services for or relating to those companies.

HSBC Securities (USA) Inc. accepts responsibility for the content of this research report prepared by its non-US foreign affiliate. The information contained herein is under no circumstances to be construed as investment advice and is not tailored to the needs of the recipient. All US persons receiving and/or accessing this report and wishing to effect transactions in any security discussed herein should do so with HSBC Securities (USA) Inc. in the United States and not with its non-US foreign affiliate, the issuer of this report.

In the UK, this publication is distributed by HSBC Bank plc for the information of its Clients (as defined in the Rules of FCA) and those of its affiliates only. Nothing herein excludes or restricts any duty or liability to a customer which HSBC Bank plc has under the Financial Services and Markets Act 2000 or under the Rules of FCA and PRA. A recipient who chooses to deal with any person who is not a representative of HSBC Bank plc in the UK will not enjoy the protections afforded by the UK regulatory regime. HSBC Bank plc is regulated by the Financial Conduct Authority and the Prudential Regulation Authority. In Singapore, this publication is distributed by The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch for the general information of institutional investors or other persons specified in Sections 274 and 304 of the Securities and Futures Act (Chapter 289) ("SFA") and accredited investors and other persons in accordance with the conditions specified in Sections 275 and 305 of the SFA. Only Economics or Currencies reports are intended for distribution to a person who is not an Accredited Investor, Expert Investor or Institutional Investor as defined in SFA. The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch accepts legal responsibility for the contents of reports. This publication is not a prospectus as defined in the SFA. This publication is not a prospectus as defined in the SFA. It may not be further distributed in whole or in part for any purpose. The Hongkong and Shanghai Banking Corporation Limited Singapore Branch is regulated by the Monetary Authority of Singapore. Recipients in Singapore should contact a "Hongkong and Shanghai Banking Corporation Limited, Singapore Branch" representative in respect of any matters arising from, or in connection with this report. Please refer to The Hongkong and Shanghai Banking Corporation Limited Singapore Branch's website at www.business.hsbc.com.sg for contact details. In Australia, this publication has been distributed by The Hongkong and Shanghai Banking Corporation Limited (ABN 65 117 925 970, AFSL 301737) for the general information of its "wholesale" customers (as defined in the Corporations Act 2001). Where distributed to retail customers, this research is distributed by HSBC Bank Australia Limited (ABN 48 006 434 162, AFSL No. 232595). These respective entities make no representations that the products or services mentioned in this document are available to persons in Australia or are necessarily suitable for any particular person or appropriate in accordance with local law. No consideration has been given to the particular investment objectives, financial situation or particular needs of any recipient. This publication is distributed in New Zealand by The Hongkong and Shanghai Banking Corporation Limited, New Zealand Branch incorporated in Hong Kong SAR.

In the European Economic Area, this publication has been distributed by HSBC Continental Europe or by such other HSBC affiliate from which the recipient receives relevant services.

In Japan, this publication has been distributed by HSBC Securities (Japan) Limited. It may not be further distributed in whole or in part for any purpose. In Korea, this publication is distributed by The Hongkong and Shanghai Banking Corporation Limited, Seoul Securities Branch ("HBAP SLS") for the general information of professional investors specified in Article 9 of the Financial Investment Services and Capital Markets Act ("FSCMA"). This publication is not a prospectus as defined in the FSCMA. It may not be further distributed in whole or in part for any purpose. HBAP SLS is regulated by the Financial Services Commission and the Financial Supervisory Service of Korea.

In Canada, this document has been distributed by HSBC Securities (Canada) Inc. (member IIROC), and/or its affiliates. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offense. In Brazil, this document has been distributed by Banco HSBC SA ("HSBC Brazil"), and/or its affiliates. As required by Resolution No. 20/2021 of the Securities and Exchange Commission of Brazil (Comissão de Valores Mobiliários), potential conflicts of interest concerning (i) HSBC Brazil and/or its affiliates; and (ii) the analyst(s) responsible for authoring this report are stated on the chart above labelled "HSBC & Analyst Disclosures".

If you are a customer of HSBC Wealth & Personal Banking ("WPB"), including Global Private Banking, you are eligible to receive this publication only if: (i) you have been approved to receive relevant research publications by an applicable HSBC legal entity; (ii) you have agreed to the applicable HSBC entity's terms and conditions and/or customer declaration for accessing research; and (iii) you have agreed to the terms and conditions of any other internet banking, online banking, mobile banking and/or investment services offered by that HSBC entity, through which you will access research publications (collectively with (ii), the "Terms"). If you do not meet the above eligibility requirements, please disregard this publication and, if you are a WPB customer, please notify your Relationship Manager or call the relevant customer hotline. Distribution of this publication is the sole responsibility of the HSBC entity with whom you have agreed the Terms. Receipt of research publications is strictly subject to the Terms and any other conditions or disclaimers applicable to the provision of the publications that may be advised by WPB.

© Copyright 2023, The Hongkong and Shanghai Banking Corporation Limited, ALL RIGHTS RESERVED. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, on any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of The Hongkong and Shanghai Banking Corporation Limited. MCI (P) 017/01/2023, MCI (P) 027/10/2022

[1217666]