# EXHIBIT 15

 **Interactive**Brokers

# Trade Confirmation Report

August 2, 2023

? Help

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## Account Information

| | |
|---|---|
| Name | Javier A Cascallar |
| Account | **Redacted** |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Cash |
| Base Currency | USD |

## Trades

| Acct ID | Symbol | Trade Date/Time | Settle Date | Exchange | Type | Quantity | Price | Proceeds | Comm | Fee | Order Type | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | | | |
| **USD** | | | | | | | | | | | | |
| U4200326 | SEDG | 2023-08-02, 09:36:08 | 2023-08-04 | - | BUY | 100 | 200.0000 | -20,000.00 | -1.00 | 0.00 | LMT | O |
| U4200326 | SEDG | 2023-08-02, 09:36:08 | 2023-08-04 | ISLAND | BUY | 100 | 200.0000 | -20,000.00 | -1.00 | 0.00 | LMT | O |
| Total SEDG (Bought) | | | | | | 100 | 200.0000 | -20,000.00 | -1.00 | 0.00 | | |
| Total | | | | | | | | -20,000.00 | -1.00 | 0.00 | | |

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Listing Exch | Multiplier | Type | Code |
|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | |
| SEDG | SOLAREDGE TECHNOLOGIES INC | 188625650 | US83417M1045 | NASDAQ | 1 | COMMON | |

## Order Types

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| ALERT | Alert | PEGMKTVOL | Peg Mkt Vol |
| FUNARI | Funari | PEGPRMVOL | Peg Prim Vol |
| LIT | Limit If Touched | PEGSRFVOL | Peg Surf Vol |
| LMT | Limit | REL | Relative |
| LMTOB | Limit Or Better | REL2MID | Relative Up To Mid |
| LOC | Limit On Close | RELSTK | Relative To Stock |

Highly Confidential Subject to Protective Order

Plaintiffs_0000065