# EXHIBIT 18

# Document Produced in Native Format

Highly Confidential Subject to Protective Order

| Account Name | Description Action | Paper no. | Paper Name | Date Action | Date Value | Date Financial Clearance | Quantity |
|---|---|---|---|---|---|---|---|
| Stock Training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 527.00 |
| General Training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 9,232.00 |
| Mizrahi - I Fund Participants | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 8,503.00 |
| Fund T - Life Insurance | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 303.00 |
| Training for 50 and Under 558757 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 1,275.00 |
| Training for persons aged 50-60 558935 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 383.00 |
| Training for those aged 60 and older 558978 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 135.00 |
| Training for pension recipients 559028 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 02/02/2020 | 01/30/2020 | 02/03/2020 | 38.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 02/19/2020 | 02/19/2020 | 02/21/2020 | -1,050.00 |
| Psagot Ofek - General 291459 | Sale | 470708 | SOLAREDGE SEDG US | 02/20/2020 | 02/20/2020 | 02/24/2020 | -298.00 |
| Psagot Ofek - Shares 291475 | Sale | 470708 | SOLAREDGE SEDG US | 02/20/2020 | 02/20/2020 | 02/24/2020 | -68.00 |
| Mor - General 178693 | Purchase | 470708 | SOLAREDGE SEDG US | 03/15/2020 | 03/12/2020 | 03/16/2020 | 1,400.00 |
| Mor - Shares 178715 | Purchase | 470708 | SOLAREDGE SEDG US | 03/15/2020 | 03/12/2020 | 03/16/2020 | 600.00 |
| Mor - Shares 178715 | Purchase | 470708 | SOLAREDGE SEDG US | 03/30/2020 | 03/30/2020 | 04/01/2020 | 180.00 |
| Meitav Best Invest Shares 475096 | Sale | 470708 | SOLAREDGE SEDG US | 08/04/2020 | 08/04/2020 | 08/06/2020 | -277.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 08/04/2020 | 08/04/2020 | 08/06/2020 | -600.00 |
| Meitav Best Invest Shares 475096 | Sale | 470708 | SOLAREDGE SEDG US | 08/05/2020 | 08/05/2020 | 08/07/2020 | -100.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 08/05/2020 | 08/05/2020 | 08/07/2020 | -550.00 |
| 291718 Yelin Lapidot Shares | Sale | 470708 | SOLAREDGE SEDG US | 08/09/2020 | 08/06/2020 | 08/10/2020 | -7.00 |
| Yelin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 08/09/2020 | 08/06/2020 | 08/10/2020 | -58.00 |
| 291718 Yelin Lapidot Shares | Sale | 470708 | SOLAREDGE SEDG US | 08/11/2020 | 08/10/2020 | 08/12/2020 | -7.00 |
| Yelin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 08/11/2020 | 08/10/2020 | 08/12/2020 | -49.00 |
| 291718 Yelin Lapidot Shares | Sale | 470708 | SOLAREDGE SEDG US | 08/16/2020 | 08/13/2020 | 08/17/2020 | -140.00 |
| Yelin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 08/16/2020 | 08/13/2020 | 08/17/2020 | -560.00 |
| 291718 Yelin Lapidot Shares | Sale | 470708 | SOLAREDGE SEDG US | 08/23/2020 | 08/20/2020 | 08/24/2020 | -50.00 |
| Yelin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 08/23/2020 | 08/20/2020 | 08/24/2020 | -450.00 |
| 291718 Yelin Lapidot Shares | Sale | 470708 | SOLAREDGE SEDG US | 10/01/2020 | 09/30/2020 | 10/02/2020 | -113.00 |
| Yelin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 10/01/2020 | 09/30/2020 | 10/02/2020 | -512.00 |
| Stock Training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 237.00 |
| General Training 291866 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 3,241.00 |
| Mizrahi - Fund I Participants | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 2,505.00 |
| Fund T - Life Insurance | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 93.00 |
| Training for 50 and Under 558757 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 400.00 |
| Training for persons aged 50-60 558935 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 136.00 |
| Training for persons aged 60 and over 558978 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 45.00 |
| Training for pension recipients 559028 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 43.00 |
| Meitav Best Invest Stocks 475096 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 744.00 |
| Meitav Best Invest General 475169 | Purchase | 470708 | SOLAREDGE SEDG US | 11/03/2020 | 11/03/2020 | 11/05/2020 | 1,376.00 |
| Meitav Best Invest Stocks 475096 | Sale | 470708 | SOLAREDGE SEDG US | 12/22/2020 | 12/22/2020 | 12/24/2020 | -633.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 12/22/2020 | 12/22/2020 | 12/24/2020 | -1,213.00 |
| Meitav Best Invest Stocks 475096 | Sale | 470708 | SOLAREDGE SEDG US | 01/11/2021 | 01/11/2021 | 01/13/2021 | -634.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 01/11/2021 | 01/11/2021 | 01/13/2021 | -1,213.00 |
| Stock training 291807 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -153.00 |
| General training 291866 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -2,494.00 |
| Mizrahi - Fund I participants | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -2,202.00 |
| Fund T - Life Insurance | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -79.00 |
| Training for persons aged 50 and under 558757 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -335.00 |
| Training for persons aged 50-60 558935 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -104.00 |
| Training for persons aged 60 and over 558978 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -36.00 |
| Training for pension recipients 559028 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/22/2021 | 01/21/2021 | 01/25/2021 | -16.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 02/17/2021 | 02/16/2021 | 02/18/2021 | -60.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 02/17/2021 | 02/16/2021 | 02/18/2021 | -240.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 02/18/2021 | 02/17/2021 | 02/19/2021 | -60.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 02/18/2021 | 02/17/2021 | 02/19/2021 | -240.00 |
| Stock training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 800.00 |
| General training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 5,202.00 |
| Mizrahi - Fund I participants | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 2,590.00 |
| Fund T - Life Insurance | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 105.00 |
| Training for persons aged 50 and under 558757 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 445.00 |
| Training for persons aged 50-60 558935 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 159.00 |
| Training for persons aged 60 and over 558978 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 73.00 |
| Training for pension recipients 559028 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/05/2021 | 05/04/2021 | 05/06/2021 | 126.00 |
| Stock training 291807 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -1,411.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| General training 291866 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -15,181.00 |
| Mizrahi - Fund I participants | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -11,396.00 |
| Fund T - Life Insurance | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -422.00 |
| Training for persons aged 50 and under 558757 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -1,785.00 |
| Training for persons aged 50-60 558935 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -574.00 |
| Training for persons aged 60 and over 558978 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -217.00 |
| Training for pension recipients 559028 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 07/19/2021 | 07/15/2021 | 07/19/2021 | -191.00 |
| Stock training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2022 | 01/03/2022 | 01/05/2022 | 1,392.00 |
| Stock training 291807 | Sale | 470708 | SOLAREDGE SEDG US | 03/03/2022 | 03/03/2022 | 03/07/2022 | -696.00 |
| Stock training 291807 | Sale | 470708 | SOLAREDGE SEDG US | 03/07/2022 | 03/07/2022 | 03/09/2022 | -696.00 |
| 291718 Yellin Lapidot shares | Purchase | 470708 | SOLAREDGE SEDG US | 04/26/2022 | 04/26/2022 | 04/28/2022 | 183.00 |
| Yellin Lapidot General 291726 | Purchase | 470708 | SOLAREDGE SEDG US | 04/26/2022 | 04/26/2022 | 04/28/2022 | 428.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 07/21/2022 | 07/21/2022 | 07/25/2022 | -675.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 07/25/2022 | 07/25/2022 | 07/27/2022 | -400.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 07/27/2022 | 07/27/2022 | 07/29/2022 | -318.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 07/28/2022 | 07/28/2022 | 08/01/2022 | -20.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 08/02/2022 | 08/02/2022 | 08/04/2022 | -428.00 |
| Mor - General 178693 | Purchase | 470708 | SOLAREDGE SEDG US | 09/12/2022 | 09/12/2022 | 09/14/2022 | 1,700.00 |
| Meitav Best Invest Stocks 475096 | Purchase | 470708 | SOLAREDGE SEDG US | 10/24/2022 | 10/24/2022 | 10/26/2022 | 1,369.00 |
| Meitav Best Invest General 475169 | Purchase | 470708 | SOLAREDGE SEDG US | 10/24/2022 | 10/24/2022 | 10/26/2022 | 2,101.00 |
| Stock training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 11/08/2022 | 11/08/2022 | 11/10/2022 | 622.00 |
| Stock training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 11/09/2022 | 11/09/2022 | 11/14/2022 | 28.00 |
| Stock training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 11/09/2022 | 11/09/2022 | 11/14/2022 | 395.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 11/21/2022 | 11/21/2022 | 11/23/2022 | -80.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 11/21/2022 | 11/21/2022 | 11/23/2022 | -250.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 12/01/2022 | 12/01/2022 | 12/05/2022 | -223.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 12/01/2022 | 12/01/2022 | 12/05/2022 | -447.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 12/06/2022 | 12/06/2022 | 12/08/2022 | -45.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 12/06/2022 | 12/06/2022 | 12/08/2022 | -182.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 12/07/2022 | 12/07/2022 | 12/09/2022 | -150.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 12/07/2022 | 12/07/2022 | 12/09/2022 | -600.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 01/11/2023 | 01/11/2023 | 01/13/2023 | -100.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 01/11/2023 | 01/11/2023 | 01/13/2023 | -200.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 01/17/2023 | 01/17/2023 | 01/19/2023 | -100.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 01/17/2023 | 01/17/2023 | 01/19/2023 | -210.00 |
| 291718 Yellin Lapidot shares | Sale | 470708 | SOLAREDGE SEDG US | 02/08/2023 | 02/08/2023 | 02/10/2023 | -171.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 02/08/2023 | 02/08/2023 | 02/10/2023 | -341.00 |
| Yellin Lapidot General 291726 | Sale | 470708 | SOLAREDGE SEDG US | 02/14/2023 | 02/14/2023 | 02/16/2023 | -370.00 |
| Meitav Best Invest Stocks 475096 | Sale | 470708 | SOLAREDGE SEDG US | 02/16/2023 | 02/16/2023 | 02/21/2023 | -352.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 02/16/2023 | 02/16/2023 | 02/21/2023 | -506.00 |
| General training 291866 | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 5,827.00 |
| Mizrahi - Fund I participants | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 2,192.00 |
| Fund T - Life Insurance | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 89.00 |
| Training for persons aged 50 and under 558757 | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 370.00 |
| Training for persons aged 50-60 558935 | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 180.00 |
| Training for persons aged 60 and over 558978 | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 93.00 |
| Training for pension recipients 559028 | Purchase | 470708 | SOLAREDGE SEDG US | 04/04/2023 | 04/04/2023 | 04/06/2023 | 174.00 |
| Stock training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 999.00 |
| Stock training 291807 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -1,336.00 |
| General training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 6,872.00 |
| General training 291866 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -6,872.00 |
| Mizrahi - Fund I participants | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 2,618.00 |
| Mizrahi - Fund I participants | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -2,618.00 |
| Fund T - Life Insurance | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 100.00 |
| Fund T - Life Insurance | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -100.00 |
| Training for persons aged 50 and under 558757 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 444.00 |
| Training for persons aged 50 and under 558757 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -444.00 |
| Training for persons aged 50-60 558935 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 218.00 |
| Training for persons aged 50-60 558935 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -218.00 |
| Training for persons aged 60 and over 558978 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 169.00 |
| Training for persons aged 60 and over 558978 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -169.00 |
| Training for pension recipients 559028 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/03/2023 | 05/05/2023 | 208.00 |
| Training for pension recipients 559028 | Sale | 470708 | SOLAREDGE SEDG US | 05/04/2023 | 05/04/2023 | 05/08/2023 | -208.00 |
| Stock training 291807 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 170.00 |
| General training 291866 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 2,290.00 |
| Mizrahi - Fund I participants | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 877.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| Fund T - Life Insurance | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 36.00 |
| Training for persons aged 50 and under 558757 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 152.00 |
| Training for persons aged 50-60 558935 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 75.00 |
| Training for persons aged 60 and over 558978 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 40.00 |
| Training for pension recipients 559028 | Purchase | 470708 | SOLAREDGE SEDG US | 06/15/2023 | 06/15/2023 | 06/20/2023 | 71.00 |
| Meitav Best Invest Stocks 475096 | Purchase | 470708 | SOLAREDGE SEDG US | 06/20/2023 | 06/20/2023 | 06/22/2023 | 1,412.00 |
| Meitav Best Invest General 475169 | Purchase | 470708 | SOLAREDGE SEDG US | 06/20/2023 | 06/20/2023 | 06/22/2023 | 1,871.00 |
| Mor - General 178693 | Sale | 470708 | SOLAREDGE SEDG US | 08/01/2023 | 08/01/2023 | 08/03/2023 | -3,100.00 |
| Mor - Shares 178715 | Sale | 470708 | SOLAREDGE SEDG US | 08/01/2023 | 08/01/2023 | 08/03/2023 | -780.00 |
| 291718 Yelin Lapidot Shares | Purchase | 470708 | SOLAREDGE SEDG US | 08/03/2023 | 08/02/2023 | 08/04/2023 | 653.00 |
| Yelin Lapidot General 291726 | Purchase | 470708 | SOLAREDGE SEDG US | 08/03/2023 | 08/02/2023 | 08/04/2023 | 800.00 |
| Stock Training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 1,603.00 |
| General Training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 10,662.00 |
| Mizrahi - Fund I Participants | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 4,115.00 |
| Fund T - Life Insurance | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 170.00 |
| Training for persons aged 50 and under 558757 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 711.00 |
| Training for 50-60 year olds 558935 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 388.00 |
| Training for people aged 60 and over 558978 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 191.00 |
| Training for pension recipients 559028 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 08/23/2023 | 08/22/2023 | 08/24/2023 | 340.00 |
| Stock Training 291807 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -1,910.00 |
| General Training 291866 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -13,896.00 |
| Mizrahi - Fund I Participants | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -5,316.00 |
| Fund T - Life Insurance | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -218.00 |
| Training for persons aged 50 and under 558757 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -961.00 |
| Training for 50-60 year olds 558935 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -514.00 |
| Training for people aged 60 and over 558978 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -252.00 |
| Training for pension recipients 559028 | Sale | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | -432.00 |
| Meitav Best Invest Stocks 475096 | Purchase | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | 830.00 |
| Meitav Best Invest General 475169 | Purchase | 470708 | SOLAREDGE SEDG US | 09/18/2023 | 09/18/2023 | 09/20/2023 | 1,100.00 |
| Meitav Best Invest General 475169 | Sale | 470708 | SOLAREDGE SEDG US | 12/26/2023 | 12/26/2023 | 12/28/2023 | -4,566.00 |
| Meitav Best Invest Stocks 475096 | Sale | 470708 | SOLAREDGE SEDG US | 12/27/2023 | 12/27/2023 | 12/29/2023 | -3,259.00 |
| Stock Training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 4,984.00 |
| General Training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 32,297.00 |
| Mizrahi - Fund I Participants | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 12,843.00 |
| Fund T - Life Insurance | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 526.00 |
| Training for persons aged 50 and under 558757 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 2,208.00 |
| Training for 50-60 year olds 558935 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 1,231.00 |
| Training for people aged 60 and over 558978 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 599.00 |
| Training for pension recipients 559028 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/03/2024 | 01/02/2024 | 01/04/2024 | 1,142.00 |
| Stock Training 291807 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -5,555.00 |
| General Training 291866 | Custodian Purchase | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -37,180.00 |
| Mizrahi - I Fund Participants | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -14,711.00 |
| Fund T - Life Insurance | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -603.00 |
| Training for persons aged 50 and under 558757 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -2,480.00 |
| Training for 50-60 year olds 558935 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -1,360.00 |
| Training for people aged 60 and over 558978 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -671.00 |
| Training for pension recipients 559028 | Custodian Sale | 470708 | SOLAREDGE SEDG US | 01/18/2024 | 01/17/2024 | 01/19/2024 | -1,295.00 |
| Meitav Best Invest Stocks 475096 | Purchase | 470708 | SOLAREDGE SEDG US | 02/14/2024 | 02/14/2024 | 02/16/2024 | 6,400.00 |
| | | | | | | | |
| **General total:** | | | | | | | **-3,908.00** |



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| File Name(s): | Plaintiffs_0000044 |
| --- | --- |
| Source Language(s): | Hebrew |
| Target Language(s): | English |

*Authorized Signature:*

*Name:*     *Jacqueline Yorke*

*Title:*     *Project Manager*

*Date:*     *December 11, 2025*

*Signature, Notary Public:*

WENDY POON
Notary Public - State of New York
No. 01PO00000184
Qualified in Queens County
My Commission Expires February 02, 20 27

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written