# EXHIBIT 20

## Table of Contents

**Mivtachim The Workers Social Insurance Fund Ltd**   **1**

Mivtachim The Workers Social Insurance Fund Ltd | Private Company   1

Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Summary   2

Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Detailed   6

Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History   8

# Mivtachim The Workers Social Insurance Fund Ltd | Private Company

(MI Key: 5804976; SPCIQ Key: 109096384)

## Corporate Data

### Company Data

| | |
|---|---|
| Status | Operating |
| Investor Type | Corporate Pension Plan Sponsor |
| Date of Incorporation | 1953 |

### Contact

| | |
|---|---|
| **Headquarters** | 125 Menachem Begin Street Tel Aviv-Yafo, Tel Aviv 61072 Israel |
| **Phone** | 972 77 7774451 |
| | |

### Industry Details (MI)

| Financials |
|---|
| **Asset Management** |

Historical Equity Pricing Data supplied by Interactive Data Pricing and Reference Data LLC

## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Summary

(MI KEY: 5804976; SPCIQ KEY: 109096384)

| Portfolio Statistics | |
|---|---|
| Median Price/Earnings (x) | 43.95 |
| Median Price/ Book Value (x) | 4.51 |
| Average Dividend Yield (%) | 0.38 |
| Average Beta | 1.11 |
| Equity Assets ($M) | 308.02 |
| **Positions Latest** | |
| Number of Positions (actual) | 14 |
| New Positions (actual) | 2 |
| Increased Positions (actual) | 0 |
| Decreased Positions (actual) | 2 |
| Sold Out Positions (actual) | 0 |
| **Calculated Holdings Based Style** | |
| Calculated Investment Style | Growth |
| Calculated Market Cap Emphasis | Large Cap |

## Equity Holding Summary - By Sector (MI)

| NAME | NUMBER OF POSITIONS | MARKET VALUE ($M) | % OF EQUITY | MEDIAN MARKET CAP ($M) |
|---|---|---|---|---|
| **Energy and Utilities** | **2** | **34.9** | **11.32** | **5,415.15** |
| Renewable Electricity | 2 | 34.9 | 11.32 | 5,415.15 |
| **Health Care** | **3** | **63.7** | **20.70** | **32,651.66** |
| Pharmaceuticals | 2 | 56.9 | 18.49 | 32,651.66 |
| Health Care Equipment | 1 | 6.8 | 2.21 | 911.48 |
| **Technology, Media & Telecommunications** | **9** | **209.4** | **67.98** | **12,793.12** |
| Semiconductors | 4 | 127.0 | 41.24 | 27,643.65 |
| Semiconductor Materials and Equipment | 3 | 58.0 | 18.83 | 5,357.86 |
| Interactive Media and Services | 1 | 17.4 | 5.64 | 1,697,373.69 |
| Application Software | 1 | 7.0 | 2.28 | NA |

© 2025, Powered by S&P Global | Page 2 of 14

## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Summary



● Energy and Utilities   ● Health Care   ● Technology, Media & Telecommunications

## Equity Holding Summary - By Geography

| REGION | NUMBER OF POSITIONS | MARKET VALUE ($M) | % OF EQUITY | MEDIAN MARKET CAP ($M) |
|---|---|---|---|---|
| **United States and Canada** | **5** | **70.3** | **22.82** | **904,615.16** |
| USA | 5 | 70.3 | 22.82 | 904,615.16 |
| **Asia-Pacific** | **1** | **14.4** | **4.66** | **NA** |
| Taiwan | 1 | 14.4 | 4.66 | NA |
| **Middle East** | **8** | **223.4** | **72.52** | **5,415.15** |
| Israel | 8 | 223.4 | 72.52 | 5,415.15 |

## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Summary



● United States and Canada   ● Asia-Pacific   ● Middle East

## Equity Holding Summary - By Market Cap

| RANGE | NUMBER OF POSITIONS | MARKET VALUE ($M) | % OF EQUITY | MINIMUM MARKET CAP ($M) | MAXIMUM MARKET CAP ($M) | MEDIAN MARKET CAP ($M) |
|---|---|---|---|---|---|---|
| Large Cap | 6 | 187.0 | 60.71 | 12,793.12 | 4,432,380.59 | 32,651.66 |
| Mid Cap | 4 | 80.3 | 26.07 | 5,357.86 | 9,620.74 | 5,415.15 |
| Small Cap | 2 | 19.3 | 6.28 | 911.48 | 1,765.30 | 911.48 |
| Unclassified | 2 | 21.4 | 6.94 | NA | NA | NA |



● Large Cap   ● Mid Cap   ● Small Cap   ● Unclassified

**S&P Capital IQ**

## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Summary

[1] Large Cap (> $10 billion), Mid Cap (between $2 billion and $10 billion), Small Cap (between $250 million and $2 billion), and Micro Cap (less than $250 million)
[2] Market Value calculated using last available close price



# Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Detailed

(MI KEY: 5804976; SPCIQ KEY: 109096384)

**Position Date:** Latest Filings
**Industries (MI):** All
**Positions:** Decreased, Increased, New, Sold Out, Unchanged
**Geographies:** United States and Canada, Europe, Asia-Pacific, Middle East, Latin America and Caribbean, Africa

### Holdings

| COMPANY NAME | EXCHANGE | SECURITY TYPE | SHARES EQUIVALENT HELD (ACTUAL) | PERCENT OF COMMON SHARES OUTSTANDING (%) | % OF EQUITY | MARKET VALUE ($M) | CHANGE IN SHARES (ACTUAL) | CHANGE IN SHARES (%) | POSITION DATE | SOURCE | FUNDS | REGION | CORPORATE HEADQUARTERS | SECTOR (MI) | PRIMARY INDUSTRY (MI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tower Semiconductor Ltd. | NASDAQGS:TSEM | Common Equity | 816,334 | 0.73 | 13.441 | 96.6 | 0 | NA | 9/30/2025 | 13F | NA | Middle East | Israel | Technology, Media & Telecommunications | Semiconductors |
| SPDR S&P 500 ETF | ARCA:SPY | Common Equity | 134,556 | 0.01 | 12.803 | 92.0 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| The Select Sector SPDR Trust - State Street Technology Select Sector SPDR ETF | ARCA:XLK | Common Equity | 555,600 | 0.09 | 11.416 | 82.0 | (156,000) | (21.92) | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| Teva Pharmaceutical Industries Limited | NYSE:TEVA | Depositary Receipt | 1,716,731 | NA | 6.769 | 48.6 | 0 | NA | 9/30/2025 | 13F | NA | Middle East | Israel | Health Care | Pharmaceuticals |
| Nova Ltd. | NASDAQGS:NVMI | Common Equity | 128,865 | 0.42 | 5.969 | 42.9 | (14,000) | (9.80) | 9/30/2025 | 13F | NA | Middle East | Israel | Technology, Media & Telecommunications | Semiconductor Materials and Equipment |
| iShares Trust - iShares China Large-Cap ETF | ARCA:FXI | Common Equity | 937,000 | 0.55 | 5.147 | 37.0 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | California | Financials | Asset Management |
| The Select Sector SPDR Trust - State Street Financial Select Sector SPDR ETF | ARCA:XLF | Common Equity | 673,600 | 0.06 | 5.014 | 36.0 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| Vanguard Index Funds - Vanguard S&P 500 ETF | ARCA:VOO | Common Equity | 53,557 | 0.00 | 4.686 | 33.7 | (40,450) | (43.03) | 9/30/2025 | 13F | NA | United States and Canada | Pennsylvania | Financials | Asset Management |
| The Select Sector SPDR Trust - State Street Health Care Select Sector SPDR ETF | ARCA:XLV | Common Equity | 176,800 | 0.07 | 3.726 | 26.8 | (38,500) | (17.88) | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| The Select Sector SPDR Trust - State Street Communication Services Select Sector | ARCA:XLC | Common Equity | 221,100 | NA | 3.578 | 25.7 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| Ormat Technologies, Inc. | NYSE:ORA | Common Equity | 223,937 | 0.37 | 3.440 | 24.7 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Nevada | Energy and Utilities | Renewable Electricity |
| First Trust NASDAQ Clean Edge Smart Grid Infrastructure Index Fund | NASDAQGM:GRID | Common Equity | 133,000 | NA | 2.853 | 20.5 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Illinois | Financials | Asset Management |
| Meta Platforms, Inc. | NASDAQGS:META | Common Equity | 25,800 | 0.00 | 2.394 | 17.2 | (5,500) | (17.57) | 9/30/2025 | 13F | NA | United States and Canada | California | Technology, Media & Telecommunications | Interactive Media and Services |
| Taiwan Semiconductor Manufacturing Company Limited | NYSE:TSM | Depositary Receipt | 48,702 | NA | 2.046 | 14.7 | 0 | NA | 9/30/2025 | 13F | NA | Asia-Pacific | Taiwan | Technology, Media & Telecommunications | Semiconductors |
| KraneShares Trust - KraneShares | ARCA:KWEB | Common Equity | 367,000 | NA | 1.918 | 13.8 | 367,000 | NA | 9/30/2025 | 13F | NA | United States and Canada | New York | Financials | Asset Management |

## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings Detailed

| COMPANY NAME | EXCHANGE | SECURITY TYPE | SHARES EQUIVALENT HELD (ACTUAL) | PERCENT OF COMMON SHARES OUTSTANDING (%) | % OF EQUITY | MARKET VALUE ($M) | CHANGE IN SHARES (ACTUAL) | CHANGE IN SHARES (%) | POSITION DATE | SOURCE | FUNDS | REGION | CORPORATE HEADQUARTERS | SECTOR (MI) | PRIMARY INDUSTRY (MI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSI China Internet ETF | | | | | | | | | | | | | | | |
| SolarEdge Technologies, Inc. | NASDAQGS:SEDG | Common Equity | 424,982 | 0.71 | 1.800 | 12.9 | 0 | NA | 9/30/2025 | 13F | NA | Middle East | Israel | Technology, Media & Telecommunications | Semiconductor Materials and Equipment |
| NVIDIA Corporation | NASDAQGS:NVDA | Common Equity | 66,500 | 0.00 | 1.717 | 12.3 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | California | Technology, Media & Telecommunications | Semiconductors |
| Invesco Exchange-Traded Fund Trust - Invesco Aerospace & Defense ETF | ARCA:PPA | Common Equity | 72,000 | 0.19 | 1.523 | 10.9 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Illinois | Financials | Asset Management |
| Invesco Exchange-Traded Fund Trust II - Invesco KBW Bank ETF | NASDAQGM:KBWB | Common Equity | 127,000 | NA | 1.453 | 10.4 | 127,000 | NA | 9/30/2025 | 13F | NA | United States and Canada | Illinois | Financials | Asset Management |
| The Select Sector SPDR Trust - State Street Utilities Select Sector SPDR ETF | ARCA:XLU | Common Equity | 242,000 | 0.05 | 1.439 | 10.3 | 118,000 | 95.16 | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| Enlight Renewable Energy Ltd | TASE:ENLT | Common Equity | 235,000 | 0.18 | 1.306 | 9.4 | 0 | NA | 9/30/2025 | 13F | NA | Middle East | Israel | Energy and Utilities | Renewable Electricity |
| Eli Lilly and Company | NYSE:LLY | Common Equity | 8,000 | 0.00 | 1.111 | 8.0 | 8,000 | NA | 9/30/2025 | 13F | NA | United States and Canada | Indiana | Health Care | Pharmaceuticals |
| The Select Sector SPDR Trust - State Street Consumer Discretionary Select Sector | ARCA:XLY | Common Equity | 64,210 | 0.03 | 1.054 | 7.6 | 0 | NA | 9/30/2025 | 13F | NA | United States and Canada | Massachusetts | Financials | Asset Management |
| First Solar, Inc. | NASDAQGS:FSLR | Common Equity | 29,000 | 0.03 | 1.033 | 7.4 | 29,000 | NA | 9/30/2025 | 13F | NA | United States and Canada | Arizona | Technology, Media & Telecommunications | Semiconductors |
| NICE Ltd. | NASDAQGS:NICE | Depositary Receipt | 66,098 | NA | 0.973 | 7.0 | 0 | NA | 9/30/2025 | 13F | NA | Middle East | Israel | Technology, Media & Telecommunications | Application Software |


**S&P Capital IQ** PRO

# Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

(MI KEY: 5804976; SPCIQ KEY: 109096384)

**Primary Data Item:** Common Stock Equivalent Held
**Enter Keyword:**
**Industries (MI):**  All
**Geographies:**  United States and Canada, Europe, Asia-Pacific, Middle East, Latin America and Caribbean, Africa
**Date Range:**  From 1/1/2021 To 6/30/2024
**Security Type:**  All

Common Stock Equivalent Held displaying as the Primary Data Item.

**Holdings**

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMAZON.COM INC. | 105,000.00 | 140,000.00 | 117,300.00 | 117,300.00 | 117,300.00 | | | | | | | | | | | |
| WALMART INC. | | | | | | NASDAQGS:WMT | Common Equity | 509,400.00 | 509,400.00 | 509,400.00 | 509,400.00 | 0.00 | | | | |
| NEXTERA ENERGY INC. | | | | 156,000.00 | 0.00 | NYSE:NEE | Common Equity | | | | | | | | | |
| FREEPORT-MCMORAN INC. | | | | 150,000.00 | 0.00 | | | 461,810.00 | 0.00 | | 592,700.00 | 592,700.00 | 592,700.00 | 592,700.00 | 592,700.00 | 0.00 |
| APPLE INC. | | | | | 48,000.00 | | | | | | | | | | | |
| MICROSOFT CORP. | | | | | 31,500.00 | | | | | | | | | | | |
| ADVANCED MICRO DEVICES INC. | | | | | 61,500.00 | | | | | | | | | | | |
| LIVEPERSON INC. | | | | | | NASDAQGS:LPSN | Common Equity | 12,700.00 | 14,604.00 | 14,604.00 | 12,376.00 | 12,376.00 | 25,710.00 | 0.00 | | |
| LAM RESEARCH CORP. | | 102,000.00 | 102,000.00 | 88,000.00 | 113,000.00 | | | | | | | | | | | |
| WESTERN DIGITAL CORP. | | | | | 160,820.00 | | | | | | | | | | | |
| ORMAT TECHNOLOGIES INC. | 142,390.00 | 142,390.00 | 142,390.00 | 142,390.00 | 142,390.00 | | | 117,071.00 | 157,071.00 | 157,071.00 | 142,390.00 | 142,390.00 | 142,390.00 | 142,390.00 | 142,390.00 | 142,390.00 |
| NVIDIA CORP. | 0.00 | | | 130,000.00 | 0.00 | | | | | | | | | | | 335,000.00 |
| CHENIERE ENERGY INC. | 79,500.00 | 0.00 | | | | | | | | 102,000.00 | 192,500.00 | 192,500.00 | 79,500.00 | 79,500.00 | 79,500.00 | 79,500.00 |
| ALBEMARLE CORP. | 68,800.00 | 0.00 | | | | NYSE:ALB | Common Equity | | | | | | | 24,200.00 | 68,800.00 | 68,800.00 |
| META PLATFORMS INC. | 70,810.00 | 0.00 | 32,000.00 | 0.00 | 24,000.00 | | | | | | | | | 73,810.00 | 73,810.00 | 140,810.00 |
| CARRIER GLOBAL CORP. | 222,000.00 | 110,000.00 | 0.00 | | | NYSE:CARR | Common Equity | | 222,000.00 | 222,000.00 | 222,000.00 | 222,000.00 | 222,000.00 | 222,000.00 | 222,000.00 | 222,000.00 |
| SALESFORCE INC. | 67,000.00 | 88,300.00 | 44,300.00 | 33,300.00 | 0.00 | NYSE:CRM | Common Equity | | | | | | | | | 36,000.00 |
| SAPIENS INTERNATIONAL CORP. NV | | | 64,324.00 | 64,324.00 | 64,324.00 | | | | | | 172,937.00 | 81,613.00 | 81,613.00 | 0.00 | | |

Licensed to rking@gibsondunn.com



# Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN TOWER CORP. | | | | | | NYSE:AMT | Common Equity | 0.00 | | | | | | | | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | 1,453,343.00 | 1,453,343.00 | 1,453,343.00 | 1,453,343.00 | 1,453,343.00 | | | 3,333,343.00 | 3,603,343.00 | 3,603,343.00 | 4,253,343.00 | 4,253,343.00 | 3,153,343.00 | 1,453,343.00 | 1,453,343.00 | 1,453,343.00 |
| TRANE TECHNOLOGIES PLC | 43,800.00 | 43,800.00 | 0.00 | | | NYSE:TT | Common Equity | | | 43,800.00 | 43,800.00 | 43,800.00 | 43,800.00 | 43,800.00 | 43,800.00 | 43,800.00 |
| TESLA INC. | 80,000.00 | 80,000.00 | 0.00 | | | NASDAQGS:TSLA | Common Equity | | | | | | 21,000.00 | 60,000.00 | 80,000.00 | 80,000.00 |
| PAYPAL HOLDINGS INC. | | | | | | NASDAQGS:PYPL | Common Equity | | | | | | | 121,000.00 | 121,000.00 | 0.00 |
| PERRIGO CO. PLC | | | | | | NYSE:PRGO | Common Equity | 2,922,185.00 | 2,922,185.00 | 2,922,185.00 | 2,164,285.00 | 300,000.00 | 0.00 | | | |
| SOLAREDGE TECHNOLOGIES INC. | | 45,000.00 | 45,000.00 | 106,784.00 | 106,784.00 | | | | | | | | | | | |
| NOVA LTD. | 0.00 | 122,865.00 | 122,865.00 | 142,865.00 | 142,865.00 | | | 261,165.00 | 231,165.00 | 231,165.00 | 210,865.00 | 210,865.00 | 180,865.00 | 122,865.00 | 122,865.00 | 122,865.00 |
| TOWER SEMICONDUCTOR LTD. | 863,539.00 | 931,334.00 | 931,334.00 | 931,334.00 | 931,334.00 | | | 903,511.00 | 903,511.00 | 903,511.00 | 903,511.00 | 903,511.00 | 903,511.00 | 693,539.00 | 693,539.00 | 863,539.00 |
| CAESARSTONE LTD. | 354,382.00 | 354,382.00 | 354,382.00 | 3,968.00 | 0.00 | NASDAQGS:CSTE | Common Equity | | | | | | 281,853.00 | 354,382.00 | 354,382.00 | 354,382.00 |
| GENERAC HOLDINGS INC. | | | | | | NYSE:GNRC | Common Equity | | | | | | | 27,400.00 | 84,400.00 | 0.00 |
| ENLIGHT RENEWABLE ENERGY LTD. | 235,000.00 | 235,000.00 | 235,000.00 | 235,000.00 | 235,000.00 | | | | | | | | | | | 235,000.00 |
| INMODE LTD. | 425,978.00 | 471,778.00 | 471,778.00 | 471,778.00 | 471,778.00 | | | | | 232,178.00 | 0.00 | 222,702.00 | 231,402.00 | 425,978.00 | 425,978.00 | 425,978.00 |
| JFROG LTD. | | | | | | NASDAQGS:FROG | Common Equity | 86,394.00 | 0.00 | | | | | | | |
| MONDAY.COM LTD. | 0.00 | 19.00 | 0.00 | | | NASDAQGS:MNDY | Common Equity | | | | | | | | 9.00 | 9.00 |
| THE SELECT SECTOR SPDR TRUST - STATE ST CNSMR STAPLES SELECT SECTOR SPDR ETF | 783,988.00 | 783,988.00 | 491,900.00 | 0.00 | | | | 224,900.00 | 224,900.00 | 224,900.00 | 224,900.00 | 519,900.00 | 519,900.00 | 519,900.00 | 779,900.00 | 820,540.00 |
| VANECK ETF TRUST - VANECK PHARMACEUTICAL ETF | | | | | | | | 0.00 | | | | | | | | |
| VANECK ETF TRUST - VANECK SEMICONDUCTOR ETF | 0.00 | 129,500.00 | 129,500.00 | 31,825.00 | 0.00 | | | | | | | | | | | 162,600.00 |
| SPDR S&P 500 ETF | 246,428.00 | 234,628.00 | 464,126.00 | 214,978.00 | 191,872.00 | | | 307,586.00 | 303,656.00 | 309,891.00 | 241,188.00 | 241,188.00 | 232,548.00 | 232,248.00 | 232,248.00 | 246,428.00 |



## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISHARES INC. - ISHARES MSCI BRAZIL ETF | 1,114,200.00 | 1,114,200.00 | 0.00 | | | ARCA:EWZ | Common Equity | 0.00 | 435,563.00 | 1,445,563.00 | 823,063.00 | 0.00 | | | | |
| THE SELECT SECTOR SPDR TRUST - STATE STREET UTILITIES SELECT SECTOR SPDR ETF | 630,000.00 | 0.00 | 5,200.00 | 5,200.00 | 5,200.00 | | | | | | | 424,000.00 | 424,000.00 | 0.00 | | 630,000.00 |
| THE SELECT SECTOR SPDR TRUST - STATE ST CNSMR DISCRETIONARY SELECT SECTOR SPDR | 272,000.00 | 0.00 | | 172,000.00 | 120,000.00 | | | 1,070,200.00 | 1,070,200.00 | 1,070,200.00 | 1,102,740.00 | 639,340.00 | 639,340.00 | 642,752.00 | 642,752.00 | 0.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET ENERGY SELECT SECTOR SPDR ETF | | 1,271,310.00 | 1,048,800.00 | 308,800.00 | 300,000.00 | | | 2,410,486.00 | 1,746,746.00 | 177,226.00 | 154,886.00 | 0.00 | | | 1,245,800.00 | 0.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET FINANCIAL SELECT SECTOR SPDR ETF | 1,836,270.00 | 1,246,270.00 | 1,669,570.00 | 1,669,570.00 | 1,309,570.00 | | | 3,118,470.00 | 3,118,470.00 | 3,118,470.00 | 3,118,470.00 | 3,118,470.00 | 3,118,470.00 | 1,850,470.00 | 1,850,470.00 | 1,842,870.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET HEALTH CARE SELECT SECTOR SPDR ETF | 584,112.00 | 560,045.00 | 329,300.00 | 221,300.00 | 109,300.00 | | | 391,000.00 | 391,000.00 | 942,300.00 | 775,600.00 | 931,350.00 | 939,245.00 | 936,745.00 | 936,745.00 | 736,125.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET INDUSTRIAL SELECT SECTOR SPDR ETF | 0.00 | | | 1,400.00 | 1,400.00 | 1,400.00 | | 23,665.00 | 218,465.00 | 218,465.00 | 194,800.00 | 194,800.00 | 194,800.00 | 194,800.00 | 0.00 | 2,900.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET MATERIALS SELECT SECTOR SPDR ETF | 7,320.00 | 7,320.00 | 0.00 | | | ARCA:XLB | Common Equity | | 469,400.00 | 469,400.00 | 469,400.00 | 923,400.00 | 930,720.00 | 930,720.00 | 7,320.00 | 7,320.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET TECHNOLOGY | 1,238,584.00 | 190,000.00 | 193,420.00 | 580,000.00 | 580,000.00 | | | 1,095,400.00 | 1,095,400.00 | 1,635,900.00 | 1,880,040.00 | 1,876,440.00 | 1,018,980.00 | 1,022,980.00 | 1,017,980.00 | 724,680.00 |

© 2025, Powered by S&P Global | Page 10 of 14



# Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECT SECTOR SPDR ETF | | | | | | | | | | | | | | | | |
| ISHARES TRUST - ISHARES SEMICONDUCTOR ETF | | | | | | NASDAQGM:SOXX | Common Equity | 350,100.00 | 450,186.00 | 299,367.00 | 299,367.00 | 299,367.00 | 0.00 | | | |
| ISHARES TRUST - ISHARES EXPANDED TECH-SOFTWARE SECTOR ETF | 0.00 | 717,500.00 | 717,500.00 | 5,000.00 | 5,000.00 | | | 365,555.00 | 0.00 | | | | 475,000.00 | 0.00 | | 5,000.00 |
| ISHARES TRUST - ISHARES IBOXX $ INVESTMENT GRADE CORPORATE BOND ETF | | | | | | ARCA:LQD | Common Equity | 0.00 | | | | | | | | |
| ISHARES TRUST - ISHARES RUSSELL 2000 ETF | | | 267,750.00 | 0.00 | | | | | | | 212,400.00 | 3,055.00 | 0.00 | | | |
| ISHARES TRUST - ISHARES RUSSELL 2000 GROWTH ETF | | | | | | ARCA:IWO | Common Equity | | | | | | | | 135,000.00 | 0.00 |
| ISHARES TRUST - ISHARES CORE S&P 500 ETF | | 39,235.00 | 39,235.00 | 43,610.00 | 36,520.00 | | | | | | | | | | | |
| VANGUARD INTERNATIONAL EQUITY INDEX FUNDS - VANGUARD FTSE EMERGING MARKETS ETF | 4,349,240.00 | 3,391,640.00 | 2,126,140.00 | 2,126,140.00 | 643,140.00 | | | 8,496,710.00 | 7,897,710.00 | 7,897,710.00 | 7,897,710.00 | 7,064,440.00 | 6,541,240.00 | 6,001,240.00 | 6,001,240.00 | 6,001,240.00 |
| VANGUARD SPECIALIZED FUNDS - VANGUARD REAL ESTATE ETF | 0.00 | 3,629,854.00 | 3,654,504.00 | 3,291,504.00 | 2,084,929.00 | | | 8,638,304.00 | 8,638,304.00 | 8,638,304.00 | 8,638,304.00 | 8,638,304.00 | 8,638,304.00 | 0.00 | 6,424,154.00 | 3,629,854.00 |
| INVESCO EXCHANGE-TRADED FUND TRUST - INVESCO AEROSPACE & DEFENSE ETF | 0.00 | | 371,700.00 | 171,700.00 | 1,700.00 | | | | | | | | | | | 575,000.00 |
| SPDR SERIES TRUST - STATE STREET SPDR S&P BANK ETF | | | | | | ARCA:KBE | Common Equity | 1,115,800.00 | 1,115,800.00 | 678,130.00 | 678,130.00 | 678,130.00 | 0.00 | | | |
| INVESCO EXCHANGE-TRADED FUND TRUST - INVESCO S&P 500 PURE | | | | | | ARCA:RPV | Common Equity | 463,500.00 | 463,500.00 | 463,500.00 | 463,500.00 | 463,500.00 | 463,500.00 | 463,500.00 | 463,500.00 | 0.00 |



## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VALUE ETF** | | | | | | | | | | | | | | | | |
| **SPDR SERIES TRUST - STATE STREET SPDR S&P BIOTECH ETF** | | | | 150,000.00 | 0.00 | ARCA:XBI | Common Equity | | | | | | | | | |
| **VANECK ETF TRUST - VANECK GOLD MINERS ETF** | | | | | | ARCA:GDX | Common Equity | 0.00 | | | | | | | | |
| **ISHARES TRUST - ISHARES U.S. HOME CONSTRUCTION ETF** | 31,355.00 | 0.00 | 23,434.00 | 0.00 | | | | | 265,000.00 | 0.00 | | | | | | |
| **ISHARES TRUST - ISHARES U.S. MEDICAL DEVICES ETF** | | | 385,600.00 | 0.00 | | | | | | | | | | | | |
| **VANGUARD INDEX FUNDS - VANGUARD S&P 500 ETF** | 158,236.00 | 66,166.00 | 64,696.00 | 43,434.00 | 69,318.00 | | | 128,531.00 | 128,531.00 | 128,531.00 | 192,726.00 | 178,556.00 | 176,936.00 | 170,836.00 | 163,936.00 | 169,536.00 |
| **INVESCO EXCHANGE-TRADED FUND TRUST - INVESCO S&P 500 EQUAL WEIGHT CNSMR DISCRETI** | | | | | | ARCA:RSPD | Common Equity | 1,372,800.00 | 1,372,800.00 | 1,372,800.00 | 929,790.00 | 598,290.00 | 0.00 | | | |
| **FIRST TRUST EXCHANGE-TRADED FUND - FIRST TRUST NATURAL GAS ETF** | | | | | | ARCA:FCG | Common Equity | | 1,260,000.00 | 2,860,000.00 | 3,461,600.00 | 767,600.00 | 1,404,800.00 | 1,404,800.00 | 0.00 | |
| **VANECK ETF TRUST - VANECK AGRIBUSINESS ETF** | | | | | | ARCA:MOO | Common Equity | 436,500.00 | 436,500.00 | 0.00 | | | | | | |
| **FIRST TRUST NASDAQ CLEAN EDGE SMART GRID INFRASTRUCTURE INDEX FUND** | 422,220.00 | 0.00 | | 130,000.00 | 130,000.00 | | | | | | 12,150.00 | 12,150.00 | 422,220.00 | 422,220.00 | 422,220.00 | 422,220.00 |
| **GLOBAL X FUNDS - GLOBAL X URANIUM ETF** | | | | | | ARCA:URA | Common Equity | | | | | 750,000.00 | 1,330,000.00 | 2,080,000.00 | 1,050,000.00 | 0.00 |
| **INVESCO EXCHANGE-TRADED FUND TRUST II - INVESCO S&P 500 LOW VOLATILITY** | 0.00 | 325,000.00 | 0.00 | | | ARCA:SPLV | Common Equity | | | | 470,000.00 | 809,000.00 | 809,000.00 | 1,209,000.00 | 1,209,000.00 | 1,209,000.00 |

© 2025, Powered by S&P Global | Page 12 of 14



## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETF | | | | | | | | | | | | | | | | |
| ISHARES TRUST - ISHARES MSCI INDIA ETF | 35,000.00 | 115,355.00 | 35,000.00 | 35,000.00 | 35,000.00 | | | 287,400.00 | 0.00 | | | | | | | 35,000.00 |
| KRANESHARES TRUST - KRANESHARES CSI CHINA INTERNET ETF | | | | | | | | | | | 811,000.00 | 0.00 | | | | |
| ARK ETF TRUST - ARK NEXT GENERATION INTERNET ETF | | | | | | BATS:ARKW | Common Equity | | | | | | | 465,000.00 | 465,000.00 | 0.00 |
| WISDOMTREE TRUST - WISDOMTREE EMERGING MARKETS EX-STATE-OWNED ENTERPRISES FUND | 47,241.00 | 47,241.00 | 47,241.00 | 47,241.00 | 47,241.00 | | | 106,865.00 | 84,241.00 | 84,241.00 | 61,241.00 | 61,241.00 | 61,241.00 | 61,241.00 | 61,241.00 | 47,241.00 |
| THE SELECT SECTOR SPDR TRUST - STATE STREET REAL ESTATE SELECT SECTOR SPDR ETF | 540,000.00 | 0.00 | 816,000.00 | 416,000.00 | 16,000.00 | | | | | | 430,000.00 | 830,000.00 | 830,000.00 | 830,000.00 | 469,500.00 | 0.00 |
| GLOBAL X FUNDS - GLOBAL X ROBOTICS & ARTIFICIAL INTELLIGENCE ETF | 725,700.00 | 761,200.00 | 0.00 | | | NASDAQGM:BOTZ | Common Equity | 2,513,732.00 | 1,885,941.00 | 1,233,241.00 | 680,911.00 | 1,025,911.00 | 1,025,911.00 | 2,577,675.00 | 2,577,675.00 | 2,577,675.00 |
| GLOBAL X FUNDS - GLOBAL X U.S. INFRASTRUCTURE DEVELOPMENT ETF | 650,000.00 | 650,000.00 | 0.00 | 509,000.00 | 939,000.00 | | | 107,860.00 | 107,860.00 | 107,860.00 | 68,460.00 | 68,460.00 | 0.00 | | | |
| ZIM INTEGRATED SHIPPING SERVICES LTD. | | | | | | NYSE:ZIM | Common Equity | 2,836,220.00 | 2,836,220.00 | 1,758,859.00 | 304,484.00 | 154,484.00 | 0.00 | | | |
| ISHARES, INC. - ISHARES MSCI EMERGING MARKETS EX CHINA ETF | | | 7,500.00 | 7,500.00 | 7,500.00 | | | | | | | | | | | |
| THE SELECT SECTOR SPDR TRUST - STATE ST COMMUNICATION SVCS SELECT SECTOR SPDR E | 579,846.00 | 577,010.00 | 360,530.00 | 360,530.00 | 360,530.00 | | | 1,135,100.00 | 1,135,100.00 | 1,135,100.00 | 1,135,100.00 | 1,135,100.00 | 802,100.00 | 1,162,100.00 | 1,362,100.00 | 1,008,646.00 |

Licensed to rking@gibsondunn.com



## Mivtachim The Workers Social Insurance Fund Ltd | Public Holdings History

| COMPANY NAME | JUN-30-2023 | SEP-30-2023 | DEC-31-2023 | MAR-31-2024 | JUN-30-2024 | EXCHANGE TICKER | SECURITY TYPE | MAR-31-2021 | JUN-30-2021 | SEP-30-2021 | DEC-31-2021 | MAR-31-2022 | JUN-30-2022 | SEP-30-2022 | DEC-31-2022 | MAR-31-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLOBAL X FUNDS - GLOBAL X VIDEO GAMES & ESPORTS ETF | | | | | | NASDAQGM:HERO | Common Equity | 2,999,370.00 | 2,999,370.00 | 2,999,370.00 | 2,999,370.00 | 1,357,720.00 | 1,357,720.00 | 0.00 | | |
| GLOBAL X FUNDS - GLOBAL X CYBERSECURITY ETF | 870,000.00 | 0.00 | | | | NASDAQGM:BUG | Common Equity | | 690,000.00 | 1,962,000.00 | 1,962,000.00 | 2,235,000.00 | 2,875,000.00 | 2,875,000.00 | 2,875,000.00 | 2,875,000.00 |
| KRANESHARES TRUST - KRANESHARES GLOBAL CARBON STRATEGY ETF | 336,000.00 | 0.00 | | | | ARCA:KRBN | Common Equity | | | | | 233,000.00 | 336,000.00 | 336,000.00 | 336,000.00 | 336,000.00 |
| BAIT VEGAG REAL ESTATE DEVELOPMENT LTD. | 4,023,595.00 | 4,023,595.00 | 4,023,595.00 | 4,023,595.00 | 4,023,595.00 | | | | | | 4,471,561.00 | 4,471,561.00 | 4,471,561.00 | 4,471,561.00 | 4,471,561.00 | 4,471,561.00 |
| GLOBAL X FUNDS - GLOBAL X DEFENSE TECH ETF | | | | | 450,000.00 | | | | | | | | | | | |

Licensed to rking@gibsondunn.com