# EXHIBIT 21

# Mivtachim The Workers Social Insurance Fund Ltd. Under Special Management Grows Stake in SolarEdge Technologies, Inc. $SEDG

**marketbeat.com**/instant-alerts/filing-mivtachim-the-workers-social-insurance-fund-ltd-under-special-management-grows-stake-in-solaredge-technologies-inc-sedg-2025-11-16

MarketBeat                                                                                             November 17, 2025



## Key Points

- **Mivtachim** boosted its stake in SolarEdge by **39.3%** in Q2, adding 120,000 shares to hold **424,982** shares (about **0.72%** of the company), making SEDG its 21st-largest holding.
- SolarEdge recently beat estimates with (−$0.31) EPS vs. (−$0.43) and revenue of **$339.7M** (up **30.4% YoY**), but it still reports a very weak profit profile with a **−177.64%** net margin and negative ROE.
- Analyst sentiment is bearish with a consensus rating of **"Reduce"** and a price target of **$24.62**; the stock trades at a market cap of about **$2.16 billion** and a one-year range of **$10.24–$48.60**.
- **Five stocks to consider instead of SolarEdge Technologies.**

Mivtachim The Workers Social Insurance Fund Ltd. Under Special Management increased its position in SolarEdge Technologies, Inc. (NASDAQ:SEDG - Free Report) by 39.3% in the 2nd quarter, according to its most recent disclosure with the Securities and Exchange Commission (SEC). The firm owned 424,982 shares of the semiconductor company's stock after acquiring an

additional 120,000 shares during the period. SolarEdge Technologies comprises about 1.3% of Mivtachim The Workers Social Insurance Fund Ltd. Under Special Management's investment portfolio, making the stock its 21st biggest holding. Mivtachim The Workers Social Insurance Fund Ltd. Under Special Management owned 0.72% of SolarEdge Technologies worth $8,670,000 at the end of the most recent reporting period.

### SolarEdge: A Surprising Bright Spot in a Troubled Solar Industry?

A number of other institutional investors also recently bought and sold shares of SEDG. Vanguard Group Inc. grew its stake in shares of SolarEdge Technologies by 4.4% during the 1st quarter. Vanguard Group Inc. now owns 3,028,018 shares of the semiconductor company's stock valued at $48,993,000 after purchasing an additional 126,246 shares during the period. Ion Asset Management Ltd. lifted its stake in shares of SolarEdge Technologies by 135.9% in the 1st quarter. Ion Asset Management Ltd. now owns 2,082,497 shares of the semiconductor company's stock worth $33,695,000 after purchasing an additional 1,199,801 shares during the period. Goldman Sachs Group Inc. boosted its holdings in shares of SolarEdge Technologies by 8.7% in the first quarter. Goldman Sachs Group Inc. now owns 997,962 shares of the semiconductor company's stock worth $16,147,000 after buying an additional 79,461 shares during the last quarter. Geode Capital Management LLC grew its position in SolarEdge Technologies by 1.0% during the second quarter. Geode Capital Management LLC now owns 749,589 shares of the semiconductor company's stock valued at $15,295,000 after buying an additional 7,552 shares during the period. Finally, Charles Schwab Investment Management Inc. increased its holdings in SolarEdge Technologies by 2.5% during the first quarter. Charles Schwab Investment Management Inc. now owns 533,758 shares of the semiconductor company's stock valued at $8,636,000 after buying an additional 12,830 shares during the last quarter. Institutional investors own 95.10% of the company's stock.

Get **SolarEdge Technologies** alerts:

## SolarEdge Technologies Trading Down 0.7%

Shares of SEDG opened at $36.18 on Friday. SolarEdge Technologies, Inc. has a 1 year low of $10.24 and a 1 year high of $48.60. The company has a 50 day simple moving average of $36.74 and a two-hundred day simple moving average of $28.10. The company has a debt-to-equity ratio of 0.72, a current ratio of 1.94 and a quick ratio of 1.42. The firm has a market cap of $2.16 billion, a P/E ratio of -1.21 and a beta of 1.63.

SolarEdge Technologies (NASDAQ:SEDG - Get Free Report) last issued its earnings results on Wednesday, November 5th. The semiconductor company reported ($0.31) earnings per share for the quarter, topping analysts' consensus estimates of ($0.43) by $0.12. The firm had revenue of $339.70 million during the quarter, compared to analyst estimates of $331.13 million. SolarEdge

Technologies had a negative net margin of 177.64% and a negative return on equity of 191.53%. SolarEdge Technologies's revenue for the quarter was up 30.4% on a year-over-year basis. During the same quarter in the prior year, the business earned ($15.33) earnings per share. SolarEdge Technologies has set its Q4 2025 guidance at EPS. On average, equities analysts expect that SolarEdge Technologies, Inc. will post -4.54 earnings per share for the current fiscal year.

## Analyst Upgrades and Downgrades

A number of brokerages have recently issued reports on SEDG. Citigroup boosted their price objective on shares of SolarEdge Technologies from $9.00 to $30.00 and gave the company a "sell" rating in a research report on Tuesday, October 21st. Barclays lifted their target price on SolarEdge Technologies from $29.00 to $36.00 and gave the company an "equal weight" rating in a research report on Thursday, October 9th. Guggenheim raised their price objective on SolarEdge Technologies from $5.00 to $7.00 and gave the stock a "sell" rating in a research note on Monday, August 25th. The Goldman Sachs Group lifted their price objective on SolarEdge Technologies from $27.00 to $31.00 and gave the company a "neutral" rating in a research report on Thursday, September 11th. Finally, Roth Capital raised their target price on shares of SolarEdge Technologies from $15.00 to $25.00 and gave the stock a "neutral" rating in a research note on Tuesday, August 5th. Eighteen analysts have rated the stock with a Hold rating and ten have assigned a Sell rating to the company. According to MarketBeat, the stock currently has a consensus rating of "Reduce" and a consensus price target of $24.62.

[SolarEdge Stock Climbs Back: Goldman Sachs Sees 40% Upside](#)

**[View Our Latest Stock Report on SolarEdge Technologies](#)**

## SolarEdge Technologies Company Profile

([Free Report](#))
SolarEdge Technologies, Inc, together with its subsidiaries, designs, develops, manufactures, and sells direct current (DC) optimized inverter systems for solar photovoltaic (PV) installations in the United States, Germany, the Netherlands, Italy, rest of Europe, and internationally. It operates in two segments, Solar and Energy Storage.

## See Also

- [Five stocks we like better than SolarEdge Technologies](#)
- [How Investors Can Find the Best Cheap Dividend Stocks](#)
- [Meta's Pain May Be Your Gain: Is This a Rare Buying Window?](#)
- [What is the Euro STOXX 50 Index?](#)
- [3 Under-the-Radar AI Stocks to Buy on the Dip](#)
- [Growth Stocks: What They Are, Examples and How to Invest](#)

- [Your Thanksgiving Playbook: 3 Stocks Set to Benefit From Football Fever](#)



*This instant news alert was generated by narrative science technology and financial data from MarketBeat in order to provide readers with the fastest reporting and unbiased coverage. Please send any questions or comments about this story to contact@marketbeat.com.*

## Should You Invest $1,000 in SolarEdge Technologies Right Now?

Before you consider SolarEdge Technologies, you'll want to hear this.

MarketBeat keeps track of Wall Street's top-rated and best performing research analysts and the stocks they recommend to their clients on a daily basis. MarketBeat has identified the [five stocks](#) that top analysts are quietly whispering to their clients to buy now before the broader market catches on... and SolarEdge Technologies wasn't on the list.

While SolarEdge Technologies currently has a Reduce rating among analysts, top-rated analysts believe these five stocks are better buys.

[View The Five Stocks Here](#)

