# EXHIBIT 22

**Message**

| | |
|---|---|
| **From:** | Alon Rabi [alonr@amitim.com] |
| **Sent:** | 12/06/2025 09:19:35 |
| **To:** | Adi Heller [adih@amitim.com] |
| **Subject:** | FW: SolarEdge – Purchase Approval, Stock Outside the Index |
| **Attachments:** | image001.jpg; image003.jpg |

**Alon Rabi**
Investment Manager – Israeli Equities
Investments Division
☎ 077-7774437
✉ alonr@amitim.com

Amitim
Pension Funds

**From:** Adi Heller <adih@amitim.com>;
**Sent:** Thursday, August 31, 2023 3:30 PM
**To:** Alon Rabi <alonr@amitim.com>
**Cc:** Investment Control & Analysis <BakaraNituach@amitim.com>
**Subject:** Re: SolarEdge – Purchase Approval, Stock Outside the Index

Approved.

On August 31, 2023, at 15:02, Alon Rabi <alonr@amitim.com> wrote:

Hi Adi,

SolarEdge's stock has dropped sharply in recent weeks and approximately 50% over the past six months due to temporary weakness in its business.

Investors are concerned about the slowdown in the U.S. solar market and a deceleration in the growth rate of the European market (all full details are included in Oppenheimer's attached analysis). Yesterday, a meeting was held with the company's management, during which they conveyed optimism regarding the company's operations and the market in which it operates.

The U.S. market, which is showing relative weakness, represents only about 20% of the company's revenue, whereas the European market, which accounts for roughly 70% of revenue, is demonstrating high growth rates — though lower than before.

Confidential

Plaintiffs_0000003

Analysts' forecast for EPS is $9.53 for 2023 and $11.37 for the year [missing text]. Thus, at a market price of approximately $165, the stock trades at a P/E of 14.5 for 2024 — a very low P/E ratio for a growth company operating in one of the most promising and fast-growing sectors in the coming years, and the lowest historical P/E at which the company's stock has traded.

According to CFO Ron Faier, they expect improvements both in profitability and in net income in the second half of 2023.

It appears that the current price already reflects all negative scenarios facing the company, and the current valuation seems very attractive and represents a convenient entry point.

Please approve a purchase of the stock outside the index for up to approximately $15 million.

Regards,
Alon

---

**From:** Sergey Vastchenok <sergey.vastchenok@opco.co.il>
**Sent:** Thursday, August 31, 2023 9:38 AM
**To:** Oppenheimer Israel Research <Research@opco.co.il>
**Subject:** SolarEdge – Temporary weakness represents an opportunity: update from the meeting with company management

**<image001.jpg>**
**August 31, 2023**

**SolarEdge – Temporary Weakness Represents an Opportunity**
**Update from the meeting with company management, Outperform rating with target price of $314**

Confidential

Plaintiffs_0000004

**Yesterday we held a meeting with Ronen Faier, the CFO of SolarEdge (ticker: SEDG), a leading manufacturer of solar systems rated Outperform with a price target of $314. The SEDG share has fallen sharply – about 40% – following the recent reports, which reflected a slowdown in the market combined with inventory buildup. The stock is now trading at its pre-COVID price level, despite the company's significant improvement in performance since then. We are aware of the short-term risks, but believe they are already reflected in the stock's current valuation, and we view the current pricing of SEDG as a long-term investment opportunity.**

**Sergey Vastchenok**          03-5262601
Sergey.Vastchenok@opco.co.il

**Avivit Mannet Kalil**          03-5262621
Avivit.Mannet@opco.co.il

**Collin Rusch**          212-667-7787
Colin.Rusch@opco.com

**Solar Market Conditions:** Over the past three years, massive investments have been made in the solar sector, both in the U.S. and in Europe. In the U.S., this growth has been driven by the IRA legislation passed about a year ago, which allocates tax incentives totaling $369 billion. In Europe, a significant increase in solar installations has occurred since the outbreak of the war in Ukraine, as part of the region's effort to achieve energy independence and reduce reliance on imported Russian gas. These two parallel processes have led to accelerated growth in SolarEdge's revenue and profit, with revenue expanding from approximately $1.5 billion in 2020 to about $4 billion this year, alongside a doubling of net income.

**Market Challenges and SolarEdge's Positioning:** Despite the strong growth in the solar market and in SolarEdge's operations, the SEDG stock remained at similar price levels during 2020-2023 and recently fell sharply – around 50% – returning to its pre-COVID valuation. The recent decline stems from investor concerns regarding a slowdown in growth toward the end of the year and into 2024, driven by inventory buildup across the market. This situation is the result of several factors: high interest rates, declining electricity prices from their 2022 peaks, tighter U.S. regulations, and, lately, an influx of inexpensive solar panels from China, driving panel prices down by roughly 50%. As SEDG's management noted in the meeting, the U.S. solar market is currently particularly difficult due to high leverage levels combined with low electricity rates. However, this market accounts for only about 20% of the company's revenue. In contrast, Europe is expected to continue showing solid growth, at a rate of 30%–40% in 2024 (compared to over 100% annual growth in recent quarters), supported by short payback periods (4–6 years), low leverage among market participants, and flexible demand for solar systems due to lower panel prices.

**Competition and Growth Drivers:** Competitive conditions in SolarEdge's target markets remain unchanged. In the U.S. residential solar market, SEDG shares the segment mainly with ENPH, alongside some competitive threat from TSLA. However, this segment accounts for a relatively small portion of SolarEdge's sales and is not considered a major growth driver for the coming years. In Europe, SolarEdge holds a market share of 15%–30%, depending on the country (with particularly strong positions in Germany, the Netherlands, and the UK). Competition comes from

Plaintiffs_0000005

Chinese companies such as Sungrow, Huawei, and GoodWe, as well as European manufacturers like Fronius and SMA, and from ENPH, which operates mainly in the residential segment. SolarEdge has a competitive advantage through the integration of inverters, optimizers, and batteries—both from external manufacturers such as Samsung, and starting in 2024, from its own production at Sela 2.

**Summary and valuation:**
Following the recent decline, SEDG is trading at a P/E ratio of 15 and an EBITDA multiple of 14 based on 2024 forecasts, a deep discount relative to its historical valuation. Even assuming a slowdown in demand, we believe the company will be able to maintain its cash-generation pace and even improve it in the second half of the year, positioning it well for a recovery in the solar market after the current temporary weakness.

Click here to read the full review on the website

---

This review was prepared by Oppenheimer Israel, a company controlled by the Oppenheimer Group, an international corporation engaged in securities trading, underwriting, distribution, and investment management. Oppenheimer Israel and any person employed by it in preparing this review are not licensed to provide investment marketing and/or investment advice. Therefore, this review is intended solely for classified (as defined in the Securities Law) investors as defined in the Securities Law, and is not intended for distribution and/or display to others. The recipient of this review is prohibited from transferring or presenting it to anyone who is not a classified investor. This report does not constitute a recommendation to execute transactions in the security under review, is not based on and/or does not take into account the reader's needs or personal circumstances, and does not constitute a substitute for investment advice tailored to the client.

This review was prepared based on public information, including publicly available data and/or information published by the company under review, without Oppenheimer Israel conducting independent verification of such information. Oppenheimer Israel believes the information to be reliable.

At the same time, neither we nor anyone acting on our behalf can guarantee the completeness or accuracy of the report's content. This report does not purport to be a full analysis of all facts relating to the company, the industry in which it operates, or the stock. It is only one of several factors that may influence the reader's investment decisions, and we assume it will be read together with other available reports and additional data. The opinions expressed in the report are based on information available at the time of preparation and may change without further notice. Oppenheimer Israel does not undertake to update the report in any event of changed circumstances and/or data.

An investor reading this report cannot assume that reliance on the opinions and recommendations herein will result in profits. Investment and/or execution of transactions in the securities reviewed may not be suitable for all types of investors.

The analysis of the securities and/or financial assets discussed and the conclusions of the report's authors do not take into account any specific tax considerations relevant to the investor; readers are advised to consult tax advisors before making any investment in securities and/or financial assets.

**Potential Conflicts of Interest:**
The Oppenheimer Group, Oppenheimer Israel, and/or persons employed by them or acting on their behalf may hold, sell, or purchase the securities and/or financial assets reviewed, and/or securities issued by the companies reviewed, at the time of distribution of this report or at any other time.

The Oppenheimer Group and/or Oppenheimer Israel and/or persons acting on their behalf may serve as an underwriter and/or distributor of the securities and/or financial assets reviewed, and/or of other securities or financial assets issued by the companies reviewed.

The Oppenheimer Group, through its controlled companies, acts as a market maker in the stock, and/or served as an underwriter or co-underwriter in a public or private offering of this company or any related company, and/or provided financial advisory services to the company or any related company during the three years preceding this report.

* No part of this report may be copied in any form without written permission from Oppenheimer Israel ©.

* All rights reserved to Oppenheimer Israel.

* This report was written in Israel, in Hebrew, by Oppenheimer Israel, for use outside the United States only.

**Research Department – Oppenheimer Israel Ltd. www.opcol.co.il | 03 5262601 | research@opco.co.il**

This e-mail (including any attachments) is for the sole use of the intended recipient and contains confidential information which is protected by Law. Notwithstanding the aforementioned, if you are not the intended recipient, please immediately notify us, delete this e-mail and destroy any copies of it.
[bilingual text]



Confidential Subject to Protective Order                                                    Plaintiffs_0000008



### SolarEdge Technologies Inc - Outperform

| Ticker | SEDG |
|---|---|
| Price Target | $314 |
| Price | $165.34 |
| Market Cap | $9,351M |
| Shares Outstanding | 56.6M |
| Net Cash | $934M |
| Common Equity | $2,176M |
| Average Volume (3M) | 1,363,718 |

| | 2022 | 2023E | 2024E |
|---|---|---|---|
| Revenues ($M) | 3,110 | 3,825 | 4,541 |
| EBITDA ($M) | 482 | 678 | 866 |
| Adj. EPS ($) | 5.95 | 9.54 | 11.37 |
| | | | |
| EV/Sales | 2.7x | 2.2x | 1.9x |
| P/E | 27.8x | 17.3x | 14.5x |
| EV/EBITDA | 17.5x | 12.4x | 9.7x |

*\*\* All estimates consensus, blended calendar years*

*Source: Oppenheimer Israel Research, Bloomberg*

### Price Performance:



*Source: Oppenheimer Israel Research, Bloomberg*

Confidential Subject to Protective Order

Plaintiffs_0000009



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| File Name(s): | Tab [X] 2023.08.31 - Email from A. Heller to A. Rabi re. SolarEdge Purchase Confirmation Plaintiffs_0000003 |
|---|---|
| Source Language(s): | Hebrew |
| Target Language(s): | English |

*Authorized Signature:*

*Signature, Notary Public:*

*Name:*    Jacqueline Yorke

*Title:*    Project Manager

*Date:*    December 10, 2025

**WENDY POON**
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20_27_

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written