# EXHIBIT 23

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


Civil Action No. 1:23-cv-09748-GHW-OTW


IN RE:


SOLAREDGE TECHNOLOGIES, INC.
SECURITIES LITIGATION,

_____/



DEPOSITION OF
ADI HELLER


Thursday, December 11, 2025
9:14 a.m. - 12:13 p.m.


Remote Location
Via Zoom Videoconference
All Parties Remote



Stenographically reported by:
Erica Field, RDR, CRR, CA-CSR, TX-CSR,
GA-CSR, WA-CSR, NM-CCR, IL-CSR, NJ-CCR,
FL-FPR, OR-CSR, NY Notary, FL Notary,
AK Notary, DC Notary
Job No. 11574

8de760e3-0acc-468f-9411-0132fc47ef0c

plaintiffs for consolidation and appointment as lead plaintiffs and approval of selection of counsel.

Do you see that at the top of the document, Mr. Heller?

A.   Yeah.

Q.   Okay.

MS. SAUL:  Can you please turn to now Page 11?  I'm sorry, Josh.

Page 11, please.

BY MS. SAUL:

Q.   Okay.  Appended to the declaration, we can see this document here, which is Docket 34-3.

Do you see that Mivtachim is identified on the top right of this document?

A.   Yeah.

Q.   And SolarEdge with SolarEdge ticker -- SolarEdge's ticker is identified on the left side.

Do you see that?

A.   Yeah.

Q.   This document lists part of the buy history for Mivtachim in SolarEdge stock; is that correct?

8de760e3-0acc-468f-9411-0132fc47ef0c

Page 103

A.   Yeah.

Q.   On August 31, 2023, Mivtachim purchased, according to this declaration, 17,874 shares of SolarEdge stock.

Do you see that?

A.   Yeah.

Q.   Is that true, to the best of your knowledge?

A.   Yeah.

Q.   Who authorized that purchase?

A.   What do you mean by "authorized"? It's not -- Alon and I decided about it together.

Q.   The share price per unit is listed as 163.25; is that correct?

A.   Yes.  This is what didn't age well.

Q.   Was it your view at that time that this was a high risk investment in August 2023?

MR. CALANDRA:  Objection to form.

But go ahead.

A.   Yeah.

8de760e3-0acc-468f-9411-0132fc47ef0c

Page 104

BY MS. SAUL:

Q.   It was your --

(Simultaneous unreportable crosstalk occurs among parties.)

BY MS. SAUL:

Q.   Sorry.

A.   However, it was -- in my opinion, I assumed that it was high risk/high return, unlike the high risk/low return and higher price.

Q.   I think the record is a little unclear.  So I just want to go back.

The share price was listed as $163.25 on August 31, 2023; is that correct, Mr. Heller?

A.   Yeah.

Q.   Okay.  Thank you.

If we scroll to the next page, we also see that the Central Pension Fund also made an investment in SolarEdge on August 31, 2023; is that correct?

A.   I guess so, yeah.

Q.   For 426 shares; is that right?

A.   Again, I guess, if it's -- this is the report.  I don't remember it -- the exact

8de760e3-0acc-468f-9411-0132fc47ef0c

amount.

Q.    Was this part of the same decision that you and Mr. Rabi decided together?

A.    Yeah.

Q.    Were there any other people who were part of that decision, Mr. Heller?

A.    I assume no.

Q.    Okay.  This wouldn't have been an investment you discussed with the CIO at the time?

A.    I don't remember if I discussed this with the CIO.  Most of the investment I don't discuss with the CIO.

MS. SAUL:  Can we turn to the next page, please?

BY MS. SAUL:

Q.    Here we see a similar report on the right-hand side.  This is identified for Makefet.

Do you see that?

A.    Yes.

Q.    And also to the best of your knowledge, the company invested -- Makefet, sorry, invested in SolarEdge also on August 31, 2023?

8de760e3-0acc-468f-9411-0132fc47ef0c

Page 109

A.    Yeah.

Q.    Who is Mr. Vastchenok?

A.    He's an analyst in Oppenheimer.

Q.    Have you worked with Mr. Vastchenok in the past before you received these e-mails in August 2023?

A.    Yeah.

Q.    Had you asked him to research SolarEdge for you, or did he send this on his own accord?

A.    I did not ask.

Q.    You did not ask; is that correct?

A.    No.  I didn't not ask.  He sent it by his own.

MS. SAUL:  Could we scroll up, please, to Mr. Rabi's e-mail?  Thank you.

BY MS. SAUL:

Q.    So it appears that Mr. Rabi forwarded you Mr. Vastchenok's recommendation, or analysis, rather, on August 31, 2023, with his own e-mail text as well.

Do you see that?

A.    Yeah.

8de760e3-0acc-468f-9411-0132fc47ef0c

Q.   He makes various statements about SolarEdge's stock price.  He says SolarEdge's stock has dropped sharply in recent weeks and approximately 50 percent over the past six months due to temporary weakness in its business.

Do you see that?

A.   Yeah.

Q.   And could we scroll down further to the end of the e-mail, please?  At the bottom of the e-mail, Mr. Rabi requests that you approve a purchase of stock outside the index for up to approximately $15 million.

Do you see that?

A.   Yeah.

Q.   And you ultimately approved that purchase; is that correct?

A.   Yeah.

Q.   And why did you approve that purchase on August 31, 2023?

A.   Because I thought the risk/reward of the company is appealing.  We can -- it was a likely -- more likely that we gain from it than lose from it.

Q.   Did you read Mr. -- get his name

8de760e3-0acc-468f-9411-0132fc47ef0c

right -- did you read Mr. Vastchenok's report in coming to your conclusion?

A.   I don't remember.

Q.   Could we please scroll to Page 3 which is Mr. Vastchenok's report?  Do you want to take a moment to review the first paragraph, Mr. Heller?

A.   Okay.  What --

Q.   So Mr. Vastchenok at Oppenheimer reports to have -- to having a meeting with Ronen Faier, the CFO of SolarEdge, yesterday.

Do you see that?

A.   Yeah.

Q.   Did you attend that meeting?

A.   No.

Q.   And the report was sent on August 31st, correct?

A.   I think so, yeah.

Q.   Okay.  The second sentence reads: The SolarEdge -- the SEDG price has fallen sharply, about 40 percent, following the recent reports, which reflected a slowdown in the market combined with inventory buildup.

Do you see that?

A.   Yeah.

8de760e3-0acc-468f-9411-0132fc47ef0c