# EXHIBIT 24

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NO. 1:23-CV-09748-GHW-OTW


-------------------------------------------------

IN RE SOLAREDGE TECHNOLOGIES, INC.

SECURITIES LITIGATION

-------------------------------------------------

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-------------------------------------------



CONFIDENTIAL

REMOTE TESTIMONY OF RONEN HIRSCH

DECEMBER 18, 2025 -  6:30 A.M. PT




JOB NO. 11584

CONFIDENTIAL

Page 61

Q    And when you refer to devices, can you describe what devices, please?

A    There are files on the personal computers and cell phones.  We don't use other devices in order to manage our investments.

Q    You previously testified, Mr. Hirsch, that SolarEdge first made its investment -- sorry, that Amitin first made its investment in SolarEdge in August 2023.

Do you know if the company sold its shares at any point in time?

A    I can't recollect the exact time.  I don't do it on daily -- the investment on daily basis.

I saw when I went over the papers that we gathered before the decision to go ahead with the claim, the purchase was made on two occasions, in the end of August and the beginning of September.  The list ends on October 19, 2023.

I guess after the announcement by SolarEdge was made in the second part

CONFIDENTIAL

Page 62

of October, I guess they waited for the right time to sell the shares.  I don't know exactly in order to, you know, to minimize the losses but I don't know exactly when -- when and if they sold it.

Q    Do you know whether Amitin made additional investments in SolarEdge?

JEREMY LIEBERMAN:  I want to object.  Objection to this line of questioning.

Mr. Hirsch is not designated to answer any questions regarding investments.

As for Mr. Heller, if he knows, he can answer in his personal capacity, but that's not what he's been designated for.

You can answer, if you know.

THE WITNESS:  If Ms. Saul could repeat the question because --

BY BETHANY SAUL:

Q    Sure.

Do you know whether Amitin made additional investments in SolarEdge since

CONFIDENTIAL

the end of the class period?

A    I guess they did.  I know that nowadays they have SolarEdge equities.  I came across it during an occasional investment discussion but I guess that was after the collapse in the share price.

Q    Do you think it's appropriate to invest in the company that you are litigating against?

JEREMY LIEBERMAN:  Same objection.

BY BETHANY SAUL:

Q    You can answer, Mr. Hirsch.

A    I can answer, okay.  I think, as I said, our goal is to maximize the benefits of our beneficiaries.  And if there is an opportunity to make some profits in order to minimize the money we lost on other occasions with SolarEdge share, I think it is appropriate.  This is our purpose.  This is our goal.

As you can recall, when we invested in the share for the first time, it was, I guess, about 150, $160.  Now it

CONFIDENTIAL

Page 64

collapse to $30.

The prospect for SolarEdge in the beginning of 1923 [sic] was about 360, $370.  We are talking about less than third percent.

Often when share collapses that much, it becomes an investment opportunity.

And if I may add, most of the executives, the defendants are no longer executives in SolarEdge.  They finished their jobs due to poor achievements.

(Whereupon a Discussion is Held Off the Record.)

BY BETHANY SAUL:

Q   You are aware that by alleging that SolarEdge committed securities fraud, you're alleging that and its senior executives committed securities fraud, your position is that SolarEdge defrauded investors; is that correct?

JEREMY LIEBERMAN:  Objection to form.  Vague.

You could answer if you can.

THE WITNESS:  It's a