# EXHIBIT 27

# Equity Research



Price Target Change — October 19, 2023

**Clean Energy**

# SolarEdge Technologies, Inc. (SEDG)
## SEDG: Preannounces Weak Q3—Q4 Also Lower On Longer Destocking—Lowering PT

## Our Call

SEDG preannounced negative Q3 results & a weak Q4 outlook. The more cautious view is tied to longer inventory destocking in Europe. ENPH (and other resi solar names) should be weak on the news. SEDG didn't tie the revision to a softer US outlook.

**Europe Destocking Taking Longer Than Expected.** SEDG noted that a slower than expected pace of installations in Europe is causing channel inventories to take longer to normalize.

**Weak Prelim Q3 Results.** SEDG expects the following for Q3:

- Revenue of $720-730MM versus prior guidance of $880-920MM, Consensus of $910MM, and our prior estimate of $902MM.
- Gross margin (non-GAAP) of 20.1-21.1% versus prior guidance of 28-31%, Consensus of 30.5%, and our prior estimate of 29.5%.

**US Resi Market Not Flagged As Reason For Guide Down.** While SEDG has a smaller US resi footprint, the company notably did not pin the lower results on the US market. This could imply that the US is tracking SEDG's internal forecast. This doesn't imply that US resi solar is rebounding, but perhaps it was down in line with expectations. We remain cautious on US resi solar based on our survey and data checks.

**ENPH Is Primary Read through.** With 40% of revenue in international markets (primarily Europe), ENPH is the primary negative read through from the SEDG update. CSIQ could also be weak on Europe exposure. We'd expect US resi-solar names (RUN, NOVA, SPWR) to potentially be down in sympathy; though as noted SEDG did not point to the US as the reason for the revisions.

**Lowering Estimates.** We're lowering our 2023 and 2024 revenue estimates to $3.3B and $3.7B, respectively, from $3.7B and $4.7B to reflect more conservative shipment projections in both US and Europe. We're also lowering our 2023 and 2024 EBITDA estimates to $515MM and $713MM, respectively, from $710MM and $1,010MM.

**Lowering Price Target.** We're lowering our price target to $190/share from $253/share to reflect lower assumed residential growth in both Europe and US. Our price target is based on a blend of a discounted free cash flow model and EV/EBITDA valuation.

Equity Analyst(s)

**Michael Blum**
Equity Analyst | Wells Fargo Securities, LLC
Michael.J.Blum@wellsfargo.com | 212-214-5037

**Praneeth Satish**
Equity Analyst | Wells Fargo Securities, LLC
Praneeth.Satish@wellsfargo.com | 212-214-8056

**Ned Baramov, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Ned.Baramov@wellsfargo.com | 212-214-8021

**Eric Shiu**
Associate Equity Analyst | Wells Fargo Securities, LLC
Eric.Shiu@wellsfargo.com | 212-214-5038

| Rating | Overweight |
|---|---|
| Ticker | SEDG |
| Price Target/Prior: | $190.00/$253.00 |
| Upside/(Downside) to Target | 66.7% |
| Price (10/19/2023) | $113.98 |
| 52 Week Range | $116.56 - 345.80 |
| Shares Outstanding | 56,557,816 |
| Market Cap (MM) | $6,446 |
| Enterprise Value (MM) | $5,586 |
| Average Daily Volume | 2,416,149 |
| Average Daily Value (MM) | $275 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $(861) |
| ROIC - Current year est. | 89% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 32% |

| $ EBITDA (MM) | 2022A | 2023E Curr. | 2023E Prior | 2024E Curr. | 2024E Prior |
|---|---|---|---|---|---|
| Q1 (Mar) | 96.2 A | 195.4 A | NC | 135.0 E | 213.4E |
| Q2 (Jun) | 94.6 A | 203.0 A | NC | 184.4 E | 251.7E |
| Q3 (Sep) | 131.0 A | 44.5 E | 139.4E | 192.7 E | 265.7E |
| Q4 (Dec) | 160.7 A | 72.2 E | 172.8E | 201.1 E | 278.0E |
| FY | 482.5 A | 515.2 E | 710.7E | 713.1 E | 1.01BE |
| EV/ EBITDA | 11.6x | 10.8x | | 7.8x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 10/19/2023 unless otherwise stated. 10/19/2023 18:54:58EDT. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

Clean Energy

Equity Research

# Wells Fargo Express Takeaways

**SolarEdge Technologies, Inc. (SEDG) | Rating: Overweight | Price Target: $190.00**
**Analyst: Michael Blum**

## Financials

| FY (Dec)<br>$ | 2022A | 2023E | 2024E |
|---|---|---|---|
| **ESTIMATES** | | | |
| **EBITDA (MM)** | | | |
| Q1 | 96.2 A | 195.4 A | 135.0 E |
| Q2 | 94.6 A | 203.0 A | 184.4 E |
| Q3 | 131.0 A | 44.5 E | 192.7 E |
| Q4 | 160.7 A | 72.2 E | 201.1 E |
| AN | 482.5 A | 515.2 E | 713.1 E |
| **Rev. (MM)** | 3,109.7 A | 3,320.3 A | 3,687.2 E |
| **EPS** | 6.27 A | 6.98 E | 8.98 E |
| **FCF (MM)** | (138.1) A | 672.0 E | (65.4) E |

| WELLS FARGO vs. CONSENSUS | | | |
|---|---|---|---|
| Consensus Estimate | 482.54 A | 714.56 E | 887.77 E |
| Difference from Consensus | | (27.9)% | (19.7)% |

| VALUATION | | | |
|---|---|---|---|
| EV/EBITDA | 11.6x | 10.8x | 7.8x |
| EV/Revenue | 1.8x | 1.7x | 1.5x |
| P/E | 18.2x | 16.3x | 12.7x |
| EV/FCF | NM | 8.3x | NM |
| FCF Yield | NM | 4.1% | NM |

*Consensus Estimate: Consensus EBITDA Estimate; Source: FactSet.*
*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, NE = No Estimate*

## Investment Thesis

We have an Overweight rating on SEDG given significant exposure to the growing European and C&I markets.

### Risk vs. Reward – Upside/Downside Price Target Scenarios



| | |
|---|---|
| Upside Scenario | $203.00 |
| Base Case | $190.00 |
| | * $113.98 |
| Downside Scenario | $177.00 |

$0   $61   $122   $183   $244

*As of 10/19/23*
*Source: Wells Fargo Securities, LLC estimates and Refinitiv.*

## Base Case | $190.00

Our price target of $190/share is based on a blend of two valuation methodologies:

- Three stage DCF model, which assumes a weighted average cost of capital (WACC) of ~8% and a long-term growth rate of 2%;
- Target EV/EBITDA multiple (2024E) of 14.5x. The multiple utilized in our EV/EBITDA valuation is based on a regression of other comparable companies using growth and gross margin as inputs.

## Upside Scenario | $203.00

- In our upside scenario, we assume a 1x increase in our EV/EBITDA multiple and a 100 bps cost of equity decrease in our DCF valuation;
- Lower interest rates improve stock performance and solar economics;
- Robust European demand continues;
- Inventory de-stocking ends faster than expected;
- Three-phase inverter supply constraints are resolved.

## Downside Scenario | $177.00

- In our downside scenario, we assume a 1x decrease in our EV/EBITDA multiple and a 100 bps cost of equity increase in our DCF valuation;
- Higher interest rates pressure stock performance and solar economics;
- SEDG loses market share to lower-cost competitors;
- Inventory de-stocking lasts longer than expected;
- Three-phase inverter constraints remain;
- Price cuts in 2024+.

## Upcoming Catalysts

- The European inventory de-stocking concludes, allowing SEDG's inverter shipments to catch up with strong end-market demand
- Three-phase inverter supply constraints are resolved, allowing SEDG's European battery shipments to catch up with demand
- Margins recover earlier than expected
- SEDG's optimizers qualify for the $0.11/W microinverter production tax credit (versus the $0.06/W string inverter PTC)

## Company Description

SolarEdge Technologies, Inc. designs, develops, and sells inverters, power optimizers, and energy storage products. SEDG is headquartered in Herzliya, Israel and was founded in 2006.

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

SolarEdge Technologies, Inc.

Equity Research

## SolarEdge Technologies, Inc. (SEDG) Operational Summary

Year ended December 31
($ in millions, except for per Share data)

| | 2022A | Q1'23A | Q2'23A | Q3'23E | Q4'23E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary Operating Metrics** | | | | | | | | | | | | | | |
| Megawatts shipped (inverters) | 10,490 | 3,608 | 4,324 | 3,627 | 3,145 | 14,704 | 14,534 | 16,059 | 17,424 | 18,687 | 19,837 | 20,873 | 21,798 | 22,618 |
| Megawatt hours shipped (batteries) | 890 | 221 | 269 | 100 | 100 | 690 | 1,094 | 1,356 | 1,570 | 1,755 | 1,941 | 2,125 | 2,308 | 2,489 |
| | | | | | | | | | | | | | | |
| **Revenue Breakdown** | | | | | | | | | | | | | | |
| Inverters & Optimizers - Solar | 2,494.1 | 803.5 | 818.5 | 645.4 | 573.7 | 2,841.2 | 3,024.2 | 3,346.7 | 3,576.7 | 3,778.4 | 3,950.8 | 4,094.7 | 4,212.0 | 4,304.9 |
| Batteries - Solar | 427.1 | 105.0 | 128.9 | 47.9 | 47.9 | 329.6 | 497.9 | 586.2 | 644.7 | 684.7 | 719.3 | 748.4 | 772.2 | 790.9 |
| Non-PV Storage - Other | 86.0 | 9.9 | 18.6 | 9.9 | 9.9 | 48.5 | 64.0 | 105.3 | 136.6 | 156.2 | 167.1 | 172.9 | 175.9 | 177.4 |
| e-Mobility & Automation Machines (SMRE) - Other | 102.4 | 25.3 | 25.3 | 25.3 | 25.3 | 101.0 | 101.0 | 101.0 | 101.0 | 101.0 | 101.0 | 101.0 | 101.0 | 101.0 |
| **Total revenues** | **3,109.7** | **943.7** | **991.3** | **728.5** | **656.8** | **3,320.3** | **3,687.2** | **4,139.1** | **4,459.1** | **4,720.3** | **4,938.3** | **5,117.1** | **5,261.1** | **5,374.2** |
| *Year/year growth (%)* | *58%* | *44%* | *36%* | *(13%)* | *(26%)* | *7%* | *11%* | *12%* | *8%* | *6%* | *5%* | *4%* | *3%* | *2%* |
| | | | | | | | | | | | | | | |
| **EBITDA Breakdown** | | | | | | | | | | | | | | |
| **Revenues** | **3,109.7** | **943.7** | **991.3** | **728.5** | **656.8** | **3,320.3** | **3,687.2** | **4,139.1** | **4,459.1** | **4,720.3** | **4,938.3** | **5,117.1** | **5,261.1** | **5,374.2** |
| Cost of revenues | (2,232.1) | (636.3) | (667.1) | (575.6) | (493.4) | (2,372.3) | (2,528.4) | (2,816.0) | (3,039.2) | (3,218.9) | (3,367.3) | (3,488.2) | (3,585.1) | (3,660.9) |
| Production tax credits | 0.0 | 0.0 | 0.0 | 0.5 | 4.4 | 5.0 | 41.3 | 70.9 | 80.6 | 85.6 | 90.2 | 94.2 | 97.9 | 101.0 |
| Research and development | (225.4) | (62.4) | (70.2) | (58.6) | (50.3) | (241.4) | (278.0) | (314.9) | (341.4) | (362.1) | (378.7) | (391.9) | (402.3) | (410.3) |
| Sales and marketing | (127.8) | (32.7) | (34.4) | (32.2) | (26.0) | (125.3) | (145.6) | (163.5) | (176.2) | (186.6) | (195.2) | (202.3) | (207.9) | (212.4) |
| General and administrative | (82.6) | (28.5) | (28.7) | (28.8) | (29.0) | (114.9) | (117.3) | (119.6) | (122.0) | (124.5) | (127.0) | (129.6) | (132.2) | (134.8) |
| Depreciation and amortization | 40.2 | 13.5 | 13.3 | 10.6 | 9.6 | 46.9 | 53.8 | 60.4 | 65.1 | 68.9 | 72.1 | 74.7 | 76.8 | 78.4 |
| Other | 0.6 | (1.8) | (1.2) | 0.0 | 0.0 | (3.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBITDA** | **482.5** | **195.4** | **203.0** | **44.5** | **72.2** | **515.2** | **713.1** | **856.4** | **925.9** | **982.7** | **1,032.3** | **1,074.1** | **1,108.3** | **1,135.3** |
| *Year/year growth (%)* | *38%* | *103%* | *115%* | *(66%)* | *(55%)* | *7%* | *38%* | *20%* | *8%* | *6%* | *5%* | *4%* | *3%* | *2%* |
| | | | | | | | | | | | | | | |
| **Margins** | | | | | | | | | | | | | | |
| Gross margin *(Non-GAAP)* | 28% | 33% | 33% | 21% | 26% | 29% | 33% | 34% | 34% | 34% | 34% | 34% | 34% | 34% |
| Operating margin *(Non-GAAP)* | 14% | 19% | 19% | 5% | 10% | 14% | 18% | 19% | 19% | 19% | 20% | 20% | 20% | 20% |
| Net profit margin *(Non-GAAP)* | 11% | 18% | 16% | 5% | 9% | 13% | 15% | 16% | 16% | 16% | 16% | 16% | 16% | 16% |
| Adjusted EBITDA margin | 16% | 21% | 20% | 6% | 11% | 16% | 19% | 21% | 21% | 21% | 21% | 21% | 21% | 21% |
| FCF margin | (4%) | (3%) | (14%) | 76% | 43% | 20% | (2%) | 10% | 11% | 11% | 12% | 12% | 12% | 13% |
| | | | | | | | | | | | | | | |
| **Metrics** | | | | | | | | | | | | | | |
| Revenue | 3,109.7 | 943.7 | 991.3 | 728.5 | 656.8 | 3,320.3 | 3,687.2 | 4,139.1 | 4,459.1 | 4,720.3 | 4,938.3 | 5,117.1 | 5,261.1 | 5,374.2 |
| Net income *(non-GAAP)* | 351.2 | 174.5 | 157.4 | 32.9 | 55.9 | 420.7 | 545.2 | 652.3 | 702.6 | 744.8 | 781.8 | 813.1 | 838.9 | 859.3 |
| Adjusted EBITDA | 482.5 | 195.4 | 203.0 | 44.5 | 72.2 | 515.2 | 713.1 | 856.4 | 925.9 | 982.7 | 1,032.3 | 1,074.1 | 1,108.3 | 1,135.3 |
| Free cash flow (FCF) | (138.1) | (30.4) | (134.4) | 551.4 | 285.5 | 672.0 | (65.4) | 399.8 | 476.2 | 528.7 | 576.7 | 618.9 | 655.3 | 686.2 |
| FCF per share | ($2.46) | ($0.51) | ($2.23) | $9.13 | $4.72 | $11.15 | ($1.08) | $6.66 | $8.03 | $8.85 | $9.58 | $10.20 | $10.72 | $11.14 |
| Diluted EPS *(non-GAAP)* | $6.27 | $2.90 | $2.62 | $0.55 | $0.92 | $6.98 | $8.98 | $10.87 | $11.84 | $12.46 | $12.99 | $13.41 | $13.73 | $13.95 |
| Diluted average shares outstanding *(non-GAAP)* | 56.1 | 60.1 | 60.2 | 60.4 | 60.5 | 60.3 | 60.7 | 60.0 | 59.3 | 59.8 | 60.2 | 60.7 | 61.1 | 61.6 |
| | | | | | | | | | | | | | | |
| **Financing** | | | | | | | | | | | | | | |
| Capex spending | 145.0 | 43.8 | 56.8 | 63.6 | 60.2 | 224.5 | 257.6 | 184.9 | 195.7 | 203.5 | 209.0 | 212.6 | 214.4 | 214.9 |
| Common equity issuance | 650.5 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Preferred equity issuance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Credit Metrics** | | | | | | | | | | | | | | |
| Total debt outstanding | 624 | 625 | 626 | 627 | 627 | 627 | 630 | - | - | - | - | - | - | - |
| (-) Cash, bank deposits and marketable securities | 1,670 | 1,648 | 1,487 | 2,038 | 2,324 | 2,324 | 2,262 | 2,031 | 2,507 | 3,036 | 3,613 | 4,232 | 4,887 | 5,573 |
| Net debt | (1,045) | (1,023) | (861) | (1,411) | (1,697) | (1,697) | (1,631) | (2,031) | (2,507) | (3,036) | (3,613) | (4,232) | (4,887) | (5,573) |
| Net debt / Adjusted EBITDA | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x |
| Debt / Adjusted EBITDA | 1.3x | 1.1x | 0.9x | 1.0x | 1.2x | 1.2x | 0.9x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x |

Source: Company reports and Wells Fargo Securities, LLC estimates

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

## Investment Thesis, Valuation and Risks

**SolarEdge Technologies, Inc. (SEDG)**
**Investment Thesis**
We have an Overweight rating on SEDG given significant exposure to the growing European and C&I markets.
**Target Price Valuation for SEDG: $190.00 from $253.00**
Our price target of $190/share is based on a blend of two valuation methodologies:
- Three stage DCF model, which assumes a weighted average cost of capital (WACC) of ~8% and a long-term growth rate of 2%;
- Target EV/EBITDA multiple (2024E) of 14.5x. The multiple utilized in our EV/EBITDA valuation is based on a regression of other comparable companies using growth and gross margin as inputs.

**Risks to Our Price Target and Rating for SEDG**
Risks to SEDG trading below our price target include: (1) supply chain shortages impacting SEDG's margins and revenue potential, (2) weaker-than-expected European demand, and (3) heightened competition from the low-cost inverter providers (primarily an ex-U.S. risk).

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

SolarEdge Technologies, Inc.                                                                              Equity Research

# Required Disclosures

I, Michael Blum, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

# Additional Information Available Upon Request



**SolarEdge Technologies, Inc. Rating History as of 10-18-2023**

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, maintains a market in the common stock of SolarEdge Technologies, Inc..

**STOCK RATING**

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of October 18, 2023**
49.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
43.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
7.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 31.4% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 30.5% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 23.2% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

Clean Energy                                                                                           Equity Research

does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Canadian Investment Regulatory Organization (CIRO) and, Member – Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts'

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.

SolarEdge Technologies, Inc.

Equity Research

top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. Copyright © 2023 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for mhurtado-lora@sapphireir.com and should not be distributed further.