# EXHIBIT 29



# ROTH·MKM

**Philip Shen**, (949) 720-7198
pshen@roth.com

**Matthew Ingraham**, (949) 720-7149
mingraham@roth.com

**Robert Freeman, CFA**, (949) 720-7150
rfreeman@roth.com

**Sales** (800) 933-6830, **Trading** (203) 861-9060

**COMPANY NOTE   |   EQUITY RESEARCH   |   October 20, 2023**

Sustainability: Solar

**Earnings Preview**
Estimates Changed, Rating Changed, Target Price Changed

## SolarEdge Technologies, Inc.   |  SEDG - $113.98 - NASDAQ   |
*Neutral*

| Stock Data | |
|---|---|
| 52-Week Low - High | $113.43 - $345.80 |
| Shares Out. (mil) | 56.56 |
| Mkt. Cap.(mil) | $6,446.46 |
| 3-Mo. Avg. Vol. | 1,836,320 |
| 12-Mo.Price Target | $100.00 |
| Cash (mil) | $557.7 |
| Tot. Debt (mil) | $625.9 |

| Rev ($M) | | | | | |
|---|---|---|---|---|---|
| Yr Jun | —2022— | —2023E— | | —2024E— | |
| | | Curr | Prev | Curr | Prev |
| 1Q | 655.1A | 943.9A | 943.9A | 697.6E | 1,017.3E |
| 2Q | 727.8A | 991.3A | 991.3A | 794.0E | 1,078.5E |
| 3Q | 836.7A | 726.0E | 900.2E | 887.3E | 1,174.0E |
| 4Q | 890.7A | 680.7E | 930.0E | 934.0E | 1,230.3E |
| YEAR | 3,110.3A | 3,341.9E | 3,765.4E | 3,312.9E | 4,500.2E |

| EPS $ | | | | | |
|---|---|---|---|---|---|
| Yr Jun | —2022— | —2023E— | | —2024E— | |
| | | Curr | Prev | Curr | Prev |
| 1Q | 1.20A | 2.90A | 2.90A | 0.17E | 2.09E |
| 2Q | 0.95A | 1.99A | 1.99A | 0.56E | 2.35E |
| 3Q | 0.91A | 0.35E | 1.77E | 0.96E | 2.92E |
| 4Q | 2.86A | 0.14E | 1.88E | 1.26E | 3.16E |
| YEAR | 5.93A | 5.38E | 8.54E | 2.95E | 10.52E |
| P/E | 19.2x | 21.2x | 13.3x | 38.6x | 10.8x |



**SEDG One-Year Price and Volume History**

## SEDG: Preannounced Q3 Results to the Downside; Downgrading to Neutral

After market yesterday, SEDG preannounced Q3 results to the downside (see here). Management cited cancellations and pushouts by EU distributors, which we had previewed four weeks ago here. We expect EU/US resi challenges to continue ahead. Combine this with FX headwinds and the Israeli conflict, we are stepping aside and downgrading to Neutral from Buy until visibility improves. PT to $100 from $280. After market, SEDG is trading down 20% at $90. Our $100PT would represent a 34x multiple on our lowered 2024 EPS.

- **SEDG is scheduled to host its Q3'23 call on 11/1/23 at 4:30PM ET.**
- **Q3 revenue was preannounced 20% lower than consensus and Q3 margins came in 1000bps below consensus.** Due to substantial cancellations and pushouts of existing backlog from EU distributors, SEDG now expects Q3 revenue to be $720-730mn (mp: $725mn) vs. the guide of $880-920mn (mp: $900mn), prior consensus of $909mn and prior ROTH MKMe $900mn. Non-GAAP GM is expected to be 20.1-21.1% (mp: 20.6%) vs. the guide of 28-31% (mp: 29.5%) and prior consensus and ROTH MKMe of 30.3%. Non-GAAP operating income is now expected to be $12-31mn vs. SEDG's prior expectations of $115-135mn (mp: $125mn) and prior consensus and ROTH MKMe of $125mn. Additionally, SEDG anticipates significantly lower revenues in Q4 vs. Q3 as the inventory destocking process continues.
- **We continue to see significant channel inventory issues in EU resi for SEDG.** Two distributors recently shared that they believe some have more than four months of SEDG inventory, with others having double that amount or more (here). Enphase Energy (ENPH-Buy), on the other hand, may be at ~10-12 weeks in the EU. Our checks suggest distributors have cancelled SEDG orders and some are no longer taking delivery of SEDG products (see here). Of note, Tigo Energy (TYGO-Buy) recently preannounced a Q3 miss (see here), citing EU resi channel inventory issues as well as customer pushouts and order cancellations.
- **Chinese single-phase inverters are an additional threat in the EU (see takeaways from our recent Otovo webinar here), though we still have not seen any price concessions from SEDG**. That said, we believe SEDG may be offering more FCA-type pricing than normal (see here), which may allow for faster revenue recognition and may require SEDG to reimburse certain transport expenses in the following quarter. We also believe both SEDG and ENPH are still extending payment terms to help distributors that are struggling and both are discounting prices through SPAs (see here). Management mentioned at RE+ that many distributors in the EU are cash stressed and are doing "fire sales" to clear the elevated channel inventory (see here). Some distributors are asking for one to three months extensions to SEDG's standard 60-day payment terms. The company sees the risk of bankruptcies for distributors in the months ahead in both the US and EU.

**Important Disclosures & Regulation AC Certification(s) are located on page 15 to 17 of this report.**

*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

**SOLAREDGE TECHNOLOGIES, INC.**                                    **Company Note - October 20, 2023**

## SEDG: Preannounced Q3 Results to the Downside; Downgrading to Neutral

▪ **Tesla (TSLA-Neutral, Irwin), in our view, represents a non-trivial risk to SEDG's US resi solar business.** Last week, we published here that 26 US resi installers expect ~16% of their mix could be Tesla inverters. Our follow-up suggests roughly 2/3 of the TSLA share gain could come from SEDG, while the other third comes from ENPH.

▪ **We note, however, some recent data points suggest that the TSLA headwind may be less strong.** TSLA experienced issues with the inverter-only rollout (see here and here), although one distributor is less concerned with failures and is now ramping up inverter-only sales after previously selling Powerwalls (see here). Still, we see signs of potential plateauing of TSLA quote volumes on EnergySage (see here). SEDG may be winning back share on the platform, having increased its percentage of quotes from ~7.5% to ~9.5% in September.

▪ **In addition to the current issues in the EU, at RE+ management saw the US as potentially flat-to-down for the next 4-6 quarters.** We have heard renewed talk of SEDG failures and reliability issues, leaving some installers dissatisfied (see here). Overall, we see a number of challenges for SEDG while the channel inventory issues are sorted out in both the US and EU, which may take longer than originally anticipated.

▪ **At RE+, SEDG saw comparatively normal levels of ~1-2 months of channel inventory in EU C&I, and ~2-3 months for US C&I.** Management mentioned at RE+ that it has worked through many of the 3-phase component issues it was facing. According to our recent poll (see here), many US installers expect their C&I business to grow >10% in 2024, with a weighted average of ~16% expected growth. We, however, do not expect the potential strength in C&I to be enough to overcome the recent struggles in resi.

▪ **See Exhibit 1 for technical analysis from our colleague and Chief Market Technician JC O'Hara, CMT, CAIA.**

▪ **See Exhibits 2-15 for recent investor poll results.** Similar to ENPH, many investors see consensus estimates for SEDG's Q3, Q4, and 2024 revenue and margins as needing to come down a bit. Most investors came out of RE+ incrementally more pessimistic on the outlook for US resi and US resi dealer health.

▪ **Cutting our estimates.**

▪ **Q3'23 Estimates**
  ▪ Revenues: Consensus of $909mn and ROTH MKMe of $726mn vs. prior ROTH MKMe of $900mn
  ▪ Non-GAAP GM: Consensus of 30.3% and ROTH MKMe of 20.6% vs. prior ROTH MKMe of 30.3%
  ▪ Non-GAAP EPS: Consensus of $1.81 and ROTH MKMe of 35c vs. prior ROTH MKMe of $1.77

▪ **Q4'23 Estimates**
  ▪ Revenues: Consensus of $931mn and ROTH MKMe of $681mn vs. prior ROTH MKMe of $930mn
  ▪ Non-GAAP GM: Consensus of 30.6% and ROTH MKMe of 20% vs. prior ROTH MKMe of 30.3%
  ▪ Non-GAAP EPS: Consensus of $1.92 and ROTH MKMe of 14c vs. prior ROTH MKMe of $1.88

▪ **2024 Estimates**
  ▪ Revenues: Consensus of $4.4bn and ROTH MKMe of $3.3bn vs. prior ROTH MKMe of $4.5bn
  ▪ Non-GAAP GM: Consensus of 31.7% and ROTH MKMe of 22.8% vs. prior ROTH MKMe of 31.6%
  ▪ Non-GAAP EPS: Consensus of $10.50 and ROTH MKMe of $2.95 vs. prior ROTH MKMe of $10.52

▪ **2025 Estimates**
  ▪ Revenues: Consensus of $5.3bn and ROTH MKMe of $4.0bn
  ▪ Non-GAAP GM: Consensus of 31.8% and ROTH MKMe of 28.6%
  ▪ Non-GAAP EPS: Consensus of $13.41 and ROTH MKMe of $7.30

**SOLAREDGE TECHNOLOGIES, INC.**                    **Company Note - October 20, 2023**

## PREANNOUNCED Q3 RESULTS TO THE DOWNSIDE; DOWNGRADING TO NEUTRAL

**Exhibit 1: SEDG is in a difficult position right here. It is very oversold (Weekly RSI under 30), however there is not a real concrete level to point to on the absolute price chart for support. There is a minor level of potential support in the $130 area but by no means high conviction. Short interest continues to climb. I would like to see some sort of capitulation (high volume up day) to scare the shorts into covering. That may turn out to be the start of a bottoming process.**
**\*Short-term technical analyses do not affect ROTH MKM's long-term fundamental ratings\***



Source: ROTH MKM – JC O' Hara, CMT, CAIA.

**Exhibit 2: : The majority of the investors who were polled expect SEDG's Q3 revenue to be $850-909mn, given consensus of $909mn.**



Source: ROTH MKM Investor Poll from 10/2/23.

**Exhibit 3: Many of the investors who were polled were split between 29.5-30.3% and in line with consensus of 30.3% in their views of SEDG's Q3 gross margins, while the majority expect a Q3 margin miss.**



Source: ROTH MKM Investor Poll from 10/2/23.

**Exhibit 4: Most of the investors who were polled were fairly split between $850-900mn and $900-942mn in their views of SEDG's Q4 revenue, given consensus of $942mn.**



Source: ROTH MKM Investor Poll from 10/2/23.

**SOLAREDGE TECHNOLOGIES, INC.**                    **Company Note - October 20, 2023**

**Exhibit 5: A significant number of the investors who were polled expect SEDG's Q4 gross margins to be 28.5-29.5%, given consensus of 30.6%.**



Source: ROTH MKM Investor Poll from 10/2/23.

**Exhibit 6: The majority of the investors who were polled were expect SEDG's 2024 revenue to be $4.1-4.3bn, given consensus of $4.5bn.**



Source: ROTH MKM Investor Poll from 10/2/23.

**Exhibit 7: The majority of investors who were polled expect SEDG's Q3 revenue to miss consensus of $909mn.**



Source: ROTH MKM Investor Poll from 9/25/23.

**Exhibit 8: The majority of investors who were polled expect SEDG's Q4 revenue guidance to miss consensus of $947mn.**

9. What are your expectations for SEDG's Q4 guide? (Single Choice) *

33/33 (100%) answered

| | |
|---|---|
| Beat consensus revenue of $947mn | (0/33) 0% |
| In-line with consensus revenue of $947mn | (4/33) 12% |
| Miss consensus revenue of $947mn | (21/33) 64% |
| Beat consensus margins of 30.6% | (0/33) 0% |
| In-line with consensus margins of 30.6% | (0/33) 0% |
| Miss consensus margins of 30.6% | (4/33) 12% |
| No view | (4/33) 12% |

Source: ROTH MKM Investor Poll from 9/25/23.

**SOLAREDGE TECHNOLOGIES, INC.**                    **Company Note - October 20, 2023**

**Exhibit 9: Post RE+, most of the investors who were polled did not change their view or became incrementally more negative about 2024 US resi solar.**



Source: ROTH MKM Investor Poll from 9/18/23.

**Exhibit 10: In our poll from 9/18, most of the investors who were polled expected US resi solar to be down 10% to flat in 2024.**

2. What is your current outlook for 2024 U.S. resi solar? (Single Choice) *

35/35 (100%) answered

| | |
|---|---|
| >Down 10% | (10/35) 29% |
| Down 10% to flat | (21/35) 60% |
| flat | (3/35) 9% |
| flat to 10% | (0/35) 0% |
| >10% | (1/35) 3% |

Source: ROTH MKM Investor Poll from 9/18/23.

**SOLAREDGE TECHNOLOGIES, INC.**                              **Company Note - October 20, 2023**

**Exhibit 11: Most of the investors who were polled expect US resi solar to bottom in H1'24.**



Source: ROTH MKM Investor Poll from 9/18/23.

**Exhibit 12: In our poll from 8/14, most of the investors who were polled expected (5)%-5% growth for US resi solar in 2024.**



Source: ROTH MKM Investor Poll from 8/14/23.

**SOLAREDGE TECHNOLOGIES, INC.**                                      **Company Note - October 20, 2023**

**Exhibit 13: Most of the investors who were polled expect the first rate cut to happen in H1'24 or H2'24.**



Source: ROTH MKM Investor Poll from 8/14/23.

**Exhibit 14: Most of the investors who were polled think US resi solar dealers are somewhat unhealthy.**



Source: ROTH MKM Investor Poll from 8/14/23.

**SOLAREDGE TECHNOLOGIES, INC.**                    **Company Note - October 20, 2023**

**Exhibit 15: Most of the investors who were polled think it is very unlikely the IRA gets repealed.**



Source: ROTH MKM Investor Poll from 8/14/23.

**SOLAREDGE TECHNOLOGIES, INC.**                                    **Company Note - October 20, 2023**

## VALUATION

- We reach our $100 price target by applying a ~34x multiple to our 2024 EPS estimate of $2.95.
- Factors that could impede shares of SEDG from reaching our price target include (1) competition from incumbents or new entrants, (2) a material decline in ASPs, (3) share loss at top residential solar installers.

## RISKS

- **Solar energy demand.** As a solar inverter supplier, SEDG's future success depends on increased demand for solar energy solutions. A material decrease in demand could negatively affect SEDG.
- **Electricity pricing.** A reduction in the retail price of electricity could be unfavorable to SEDG. This could result in decreased demand for residential/commercial PV.
- **Subsidies.** The solar power market is highly subsidized and the reduction, elimination, or expiration of solar subsidies could significantly diminish demand for solar produced electricity and adversely affect SEDG.
- **Competition.** SEDG competes with traditional string/central inverter manufacturers, microinverter manufacturers and companies that are developing competing MLPE technologies. A continued increase in competition could negatively affect SEDG.
- **Seasonal trends.** Due to the seasonality of demand in the solar power market, SEDG revenues could substantially fluctuate throughout the year.
- **Manufacturers and suppliers.** SEDG depends on a number of outside contract manufacturers. If these entities are unable or unwilling to adequately meet anticipated demand, company revenues and market share could be adversely affected.
- **Distribution channels.** SEDG relies heavily on distributors for product sales. If these entities fail to allocate appropriate resources to market products or do not meet sales expectations, company revenues could be negatively affected.
- **Major customers.** SEDG relies on a number of key customers for a large portion of the company's revenue. The loss of, or events affecting, one of SEDG's major customers could have an adverse effect on company revenues.
- **Foreign exchange.** A significant portion of SEDG's operating expenses are accrued in New Israeli Shekels. Fluctuations in currency exchange rates may negatively affect SEDG's financial condition and results of operations.
- **Foreign risks.** Although incorporated in the U.S., SEDG's headquarters and R&D center are located in Israel. Consequently, political, economic and military conditions in Israel directly affect SEDG and could have a negative impact on business.

## COMPANY DESCRIPTION

- **SolarEdge Technologies, Inc. (NASDAQ: SEDG) designs and sells DC optimized inverter systems.** The company was founded in 2006, went public on the NASDAQ on March 2015, and is headquartered in Israel. A SEDG DC optimized inverter system comprises two parts including (1) a DC optimizer, which regulates DC output at the module level, and (2) a string inverter, which converts electricity from direct current (DC) to alternating current (AC). SEDG sells its DC optimized inverter system primarily to solar installers, EPCs, distributors, and equipment wholesalers. The company's products are primarily sold in North America and Europe.

## MENTIONED COMPANIES

Valuation and risks for the mentioned covered companies can be found at the following links: ENPH, TSLA, TYGO.

**SOLAREDGE TECHNOLOGIES, INC.**                    Company Note - October 20, 2023

**SolarEdge Technologies, Inc.**                    *Philip Shen, Roth MKM*
*(NASDAQ:SEDG)*                    *pshen@roth.com, 949 720-7198*

| Income Statement (1) (2) | Q1'22 | Q2'22 | Q3'22 | Q4'22 | 2022 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2023E | Q1'24E | Q2'24E | Q3'24E | Q4'24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *USD in millions (except per share data)* | *Mar-22* | *Jun-22* | *Sep-22* | *Dec-22* | *Dec-22* | *Mar-23* | *Jun-23* | *Sep-23* | *Dec-23* | *Dec-23* | *Mar-24* | *Jun-24* | *Sep-24* | *Dec-24* | *Dec-24* | *Dec-25* |
| Revenue | 655.1 | 727.8 | 836.7 | 890.7 | 3,110.3 | 943.9 | 991.3 | 726.0 | 680.7 | 3,341.9 | 697.6 | 794.0 | 887.3 | 934.0 | 3,312.9 | 3,958.5 |
| *Consensus revenues (Oct 11, 2023)* | *636.0* | *730.4* | *822.4* | *878.4* | *3,104.6* | *932.5* | *992.3* | *909.0* | *930.5* | *3,772.1* | *1,018.7* | *1,093.1* | *1,158.7* | *1,234.2* | *4,417.7* | *5,326.3* |
| *YoY growth* | *61.6%* | *51.6%* | *59.0%* | *61.4%* | *58.4%* | *44.1%* | *36.2%* | *-13.2%* | *-23.6%* | *7.4%* | *-26.1%* | *-19.9%* | *22.2%* | *37.2%* | *-0.9%* | *19.5%* |
| *QoQ growth* | *18.7%* | *11.1%* | *15.0%* | *6.5%* | | *6.0%* | *5.0%* | *-26.8%* | *-6.2%* | | *2.5%* | *13.8%* | *11.7%* | *5.3%* | | |
| Cost of revenues | 469.0 | 533.5 | 608.2 | 622.1 | 2,232.3 | 636.5 | 674.0 | 576.4 | 544.4 | 2,431.3 | 556.0 | 619.8 | 680.0 | 701.3 | 2,557.1 | 2,827.3 |
| **Gross profit -- Core** | **186.1** | **194.3** | **228.6** | **268.6** | **878.1** | **307.4** | **317.3** | **149.6** | **136.2** | **910.5** | **141.6** | **174.2** | **207.2** | **232.8** | **755.8** | **1,131.2** |
| *Gross margin -- Core* | *28.4%* | *26.7%* | *27.3%* | *30.2%* | *28.2%* | *32.6%* | *32.0%* | *20.6%* | *20.0%* | *27.2%* | *20.3%* | *21.9%* | *23.4%* | *24.9%* | *22.8%* | *28.6%* |
| *Consensus gross margins (Oct 11, 2023)* | *29.4%* | *27.5%* | *26.9%* | *28.4%* | *27.7%* | *30.0%* | *33.0%* | *30.3%* | *30.6%* | *31.1%* | *30.6%* | *31.4%* | *31.3%* | *31.5%* | *31.7%* | *31.8%* |
| R&D | 51.1 | 57.7 | 69.7 | 61.8 | 240.3 | 62.4 | 86.5 | 65.0 | 66.0 | 279.9 | 67.0 | 68.0 | 69.0 | 70.0 | 274.0 | 290.0 |
| *% of revenue* | *7.8%* | *7.9%* | *8.3%* | *6.9%* | *7.7%* | *6.6%* | *8.7%* | *9.0%* | *9.7%* | *8.4%* | *9.6%* | *8.6%* | *7.8%* | *7.5%* | *8.3%* | *7.3%* |
| *YoY growth* | *33.8%* | *34.7%* | *60.1%* | *25.7%* | *38.3%* | *22.1%* | *49.9%* | *-6.7%* | *6.8%* | *16.5%* | *7.5%* | *-21.4%* | *6.2%* | *6.1%* | *-2.1%* | *5.8%* |
| Sales & marketing | 28.4 | 31.7 | 42.7 | 34.6 | 137.4 | 32.7 | 44.2 | 33.0 | 34.0 | 143.9 | 35.0 | 36.0 | 37.0 | 38.0 | 146.0 | 162.0 |
| *% of revenue* | *4.3%* | *4.4%* | *5.1%* | *3.9%* | *4.4%* | *3.5%* | *4.5%* | *4.5%* | *5.0%* | *4.3%* | *5.0%* | *4.5%* | *4.2%* | *4.1%* | *4.4%* | *4.1%* |
| *YoY growth* | *33.6%* | *35.2%* | *82.5%* | *27.3%* | *44.2%* | *15.2%* | *39.5%* | *-22.8%* | *-1.6%* | *4.8%* | *7.0%* | *-18.6%* | *12.1%* | *11.8%* | *1.4%* | *11.0%* |
| G&A | 19.1 | 20.2 | 27.9 | 23.0 | 90.2 | 28.5 | 36.2 | 30.0 | 31.0 | 125.7 | 32.0 | 33.0 | 34.0 | 35.0 | 134.0 | 150.0 |
| *% of revenue* | *2.9%* | *2.8%* | *3.3%* | *2.6%* | *2.9%* | *3.0%* | *3.7%* | *4.1%* | *4.6%* | *3.8%* | *4.6%* | *4.2%* | *3.8%* | *3.7%* | *4.0%* | *3.8%* |
| *YoY growth* | *14.1%* | *33.0%* | *65.5%* | *29.2%* | *35.5%* | *49.6%* | *79.3%* | *7.4%* | *34.8%* | *39.4%* | *12.2%* | *-8.8%* | *13.3%* | *12.9%* | *6.6%* | *11.9%* |
| Other | 0.4 | (0.0) | (2.7) | (0.3) | (2.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *% of revenue* | *0.1%* | *0.0%* | *-0.3%* | *0.0%* | *-0.1%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* |
| *YoY growth* | *561.3%* | *NA* | *-7462.2%* | *NA* | *-2799.0%* | *-100.0%* | *-100.0%* | *-100.0%* | *-100.0%* | *-100.0%* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* |
| **Total opex -- Non-GAAP** | **98.9** | **109.6** | **108.3** | **119.0** | **435.9** | **123.6** | **166.9** | **128.0** | **131.0** | **549.5** | **134.0** | **137.0** | **140.0** | **143.0** | **554.0** | **602.0** |
| *% of revenue* | *15.1%* | *15.1%* | *12.9%* | *13.4%* | *14.0%* | *13.1%* | *16.8%* | *17.6%* | *19.2%* | *16.4%* | *19.2%* | *17.3%* | *15.8%* | *15.3%* | *16.7%* | *15.2%* |
| *YoY growth* | *29.8%* | *34.5%* | *29.2%* | *26.5%* | *29.9%* | *24.9%* | *52.3%* | *18.2%* | *10.1%* | *26.1%* | *8.4%* | *-17.9%* | *9.4%* | *9.2%* | *0.8%* | *8.7%* |
| EBIT | 87.2 | 84.7 | 120.2 | 149.6 | 442.2 | 183.8 | 150.4 | 21.6 | 5.2 | 361.0 | 7.6 | 37.2 | 67.2 | 89.8 | 201.8 | 529.2 |
| *Operating margin* | *13.3%* | *11.6%* | *14.4%* | *16.8%* | *14.2%* | *19.5%* | *15.2%* | *3.0%* | *0.8%* | *10.8%* | *1.1%* | *4.7%* | *7.6%* | *9.6%* | *6.1%* | *13.4%* |
| Financial income/(expense) | (4.9) | (20.9) | (31.6) | 59.4 | 1.9 | 24.0 | 3.4 | 5.0 | 5.0 | 37.4 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 20.0 |
| Other income/(expense) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EBT | 82.3 | 63.8 | 88.6 | 209.0 | 444.1 | 207.7 | 153.7 | 26.6 | 10.2 | 398.3 | 12.6 | 42.2 | 72.2 | 94.8 | 221.8 | 549.2 |
| Tax benefit/(expense) | (13.5) | (7.0) | (34.5) | (37.5) | (92.4) | (33.2) | (34.2) | (5.3) | (2.0) | (74.8) | (2.5) | (8.4) | (14.4) | (19.0) | (44.4) | (109.8) |
| *Effective tax rate* | *16.4%* | *11.0%* | *38.9%* | *17.9%* | *20.8%* | *16.0%* | *22.3%* | *20.0%* | *20.0%* | *18.8%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* |
| Net loss attributable to NCI | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income -- Core** | **68.8** | **56.7** | **54.1** | **171.5** | **351.2** | **174.5** | **119.5** | **21.3** | **8.2** | **323.5** | **10.1** | **33.7** | **57.8** | **75.8** | **177.4** | **439.4** |
| *Net margin* | *10.5%* | *7.8%* | *6.5%* | *19.3%* | *11.3%* | *18.5%* | *12.1%* | *2.9%* | *1.2%* | *9.7%* | *1.4%* | *4.2%* | *6.5%* | *8.1%* | *5.4%* | *11.1%* |
| Non-GAAP adjustments | 35.7 | 41.7 | 29.4 | 150.7 | 257.4 | 36.1 | (37.9) | 0.0 | 0.0 | (1.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net income -- GAAP** | **33.1** | **15.1** | **24.7** | **20.8** | **93.8** | **138.4** | **157.4** | **21.3** | **8.2** | **325.2** | **10.1** | **33.7** | **57.8** | **75.8** | **177.4** | **439.4** |
| | | | | | | | | 5.52% | | | | | | | | |
| **EPS -- GAAP, diluted** | **$1.20** | **$0.95** | **$0.91** | **$2.86** | **$5.93** | **$2.90** | **$1.99** | **$0.35** | **$0.14** | **$5.38** | **$0.17** | **$0.56** | **$0.96** | **$1.26** | **$2.95** | **$7.30** |
| *YoY growth* | *22.9%* | *-25.4%* | *-37.3%* | *154.9%* | *22.7%* | *141.5%* | *108.1%* | *-61.1%* | *-95.2%* | *-9.2%* | *-94.2%* | *-71.8%* | *171.5%* | *826.2%* | *-45.2%* | *147.7%* |
| *Consensus EPS (Oct 11, 2023)* | *$1.28* | *$1.39* | *$1.44* | *$1.55* | *$4.71* | *$1.93* | *$2.52* | *$1.81* | *$1.92* | *$9.24* | *$2.33* | *$2.65* | *$2.62* | *$2.74* | *$10.50* | *$13.41* |
| Non-GAAP adjustments | $0.60 | $0.69 | $0.49 | $2.51 | $4.30 | $0.60 | ($0.63) | $0.00 | $0.00 | ($0.03) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Discontinued operations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **EPS -- Core, diluted** | **$0.60** | **$0.26** | **$0.42** | **$0.35** | **$1.63** | **$2.30** | **$2.62** | **$0.35** | **$0.14** | **$5.41** | **$0.17** | **$0.56** | **$0.96** | **$1.26** | **$2.95** | **$7.30** |
| *YoY growth* | *10.2%* | *-66.8%* | *-57.0%* | *-52.6%* | *-46.4%* | *282.4%* | *892.0%* | *-14.9%* | *-60.8%* | *232.0%* | *-92.7%* | *-78.6%* | *171.5%* | *826.2%* | *-45.5%* | *147.7%* |
| Weighted avg shares -- Basic | 56.3 | 58.6 | 58.7 | 58.7 | 58.7 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 |
| Weighted avg shares -- Diluted | 57.2 | 59.5 | 59.5 | 60.0 | 60.0 | 60.1 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 | 60.2 |

(1) Historical EPS figures are pro forma estimates based on pre-IPO share count.
(2) Historical quarterly EPS may not sum to annual EPS due the effect of the IPO.

# SOLAREDGE TECHNOLOGIES, INC.

**Company Note - October 20, 2023**

**SolarEdge Technologies, Inc.**
*(NASDAQ:SEDG)*

*Philip Shen, Roth MKM*
*pshen@roth.com, 949 720-7198*

| Balance Sheet | Q1'22 | Q2'22 | Q3'22 | Q4'22 | 2022 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2023E | Q1'24E | Q2'24E | Q3'24E | Q4'24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in millions (except per share data) | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | Dec-23 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | Dec-24 | Dec-25 |
| Surplus funds | | | | | | | | 601.1 | 617.7 | 617.7 | 621.8 | 655.5 | 685.6 | 697.2 | 697.2 | 837.5 |
| Cash | 1,002.8 | 745.5 | 678.3 | 783.1 | 783.1 | 727.8 | 557.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total cash** | 1,002.8 | 745.5 | 678.3 | 783.1 | 783.1 | 727.8 | 557.7 | 601.1 | 617.7 | 617.7 | 621.8 | 655.5 | 685.6 | 697.2 | 697.2 | 837.5 |
| Short term bank deposits | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Marketable securities | 158.6 | 150.3 | 202.6 | 241.1 | 241.1 | 410.8 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 | 493.2 |
| A/R | 676.8 | 669.1 | 785.3 | 905.1 | 905.1 | 969.5 | 1,149.8 | 970.6 | 984.7 | 984.7 | 1,032.0 | 1,087.7 | 1,166.8 | 1,228.3 | 1,228.3 | 1,814.9 |
| Prepaid expenses and other A/R | 191.7 | 248.6 | 224.2 | 241.1 | 241.1 | 259.6 | 264.2 | 230.6 | 217.8 | 217.8 | 222.4 | 248.0 | 272.1 | 280.6 | 280.6 | 287.1 |
| Inventories | 432.5 | 470.3 | 561.4 | 729.2 | 729.2 | 874.2 | 984.2 | 852.7 | 805.5 | 805.5 | 792.1 | 842.3 | 894.3 | 960.6 | 960.6 | 1,258.3 |
| Deferred income (customer) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allowance for bad debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total current assets** | 2,462.3 | 2,283.8 | 2,451.8 | 2,899.7 | 2,899.7 | 3,242.1 | 3,449.1 | 3,148.2 | 3,118.9 | 3,118.9 | 3,165.5 | 3,330.7 | 3,515.9 | 3,663.9 | 3,663.9 | 4,695.1 |
| Long-term marketable securities | 449.7 | 709.6 | 688.8 | 645.5 | 645.5 | 509.1 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 | 435.8 |
| Operating lease right-of-use assets | 59.8 | 58.4 | 62.5 | 62.8 | 62.8 | 69.7 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 |
| PPE, net | 473.5 | 489.1 | 491.4 | 544.0 | 544.0 | 556.1 | 580.5 | 607.2 | 633.2 | 633.2 | 653.6 | 673.6 | 693.1 | 712.2 | 712.2 | 784.1 |
| Deferred tax assets | 31.2 | 33.4 | 38.3 | 44.2 | 44.2 | 46.6 | 50.0 | 50.0 | 50.0 | 50.0 | 49.99 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Intangible assets, net | 55.7 | 50.4 | 46.3 | 19.9 | 19.9 | 17.9 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 | 43.7 |
| Goodwill | 127.1 | 116.2 | 108.9 | 31.2 | 31.2 | 29.9 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 | 42.3 |
| Other assets | 23.6 | 32.0 | 15.6 | 18.8 | 18.8 | 24.9 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 |
| LT deferred charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total assets** | 3,682.9 | 3,772.8 | 3,903.5 | 4,265.9 | 4,265.9 | 4,496.4 | 4,696.6 | 4,422.3 | 4,419.0 | 4,419.0 | 4,486.1 | 4,671.2 | 4,876.0 | 5,043.0 | 5,043.0 | 6,146.1 |
| Necessary to finance | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Trade payables | 241.6 | 253.4 | 311.6 | 459.8 | 459.8 | 408.5 | 434.6 | 315.8 | 298.3 | 298.3 | 304.6 | 339.6 | 372.6 | 384.3 | 384.3 | 393.2 |
| Employee and payroll accruals | 84.3 | 68.2 | 71.9 | 85.2 | 85.2 | 90.9 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 | 74.7 |
| Current maturities of bank loans | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Warranty obligations | 82.3 | 91.8 | 97.2 | 104.0 | 104.0 | 129.3 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 | 146.2 |
| Deferred revenues | 25.5 | 30.5 | 31.9 | 26.6 | 26.6 | 27.5 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 | 28.1 |
| Accrued expense and other A/P | 135.0 | 168.4 | 181.9 | 214.1 | 214.1 | 243.9 | 214.1 | 174.2 | 163.4 | 163.4 | 167.4 | 190.6 | 212.9 | 224.2 | 224.2 | 248.4 |
| **Total current liabilities** | 568.7 | 612.2 | 694.5 | 889.7 | 889.7 | 900.0 | 897.7 | 739.1 | 710.7 | 710.7 | 721.0 | 779.2 | 834.5 | 857.4 | 857.4 | 890.6 |
| Bank loans | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Convertible senior notes, net | 622.3 | 623.0 | 623.7 | 624.5 | 624.5 | 625.2 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 |
| Warranty obligations | 210.3 | 232.4 | 248.9 | 281.1 | 281.1 | 313.7 | 342.4 | 217.8 | 204.2 | 204.2 | 209.3 | 238.2 | 266.2 | 280.2 | 280.2 | 310.5 |
| Deferred revenues | 158.7 | 170.2 | 176.8 | 186.9 | 186.9 | 196.9 | 204.7 | 152.5 | 142.9 | 142.9 | 139.5 | 158.8 | 177.5 | 186.8 | 186.8 | 207.0 |
| Operating lease liabilities | 48.5 | 42.8 | 46.4 | 46.3 | 46.3 | 43.7 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 |
| Deferred tax liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other non-current liabilities | 10.4 | 17.9 | 15.6 | 15.8 | 15.8 | 50.9 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 |
| Finance lease liabilities | 53.4 | 46.7 | 45.5 | 45.4 | 45.4 | 15.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 | 42.2 |
| Warrants (Convert preferred stock) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non current tax liability | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total liabilities** | 1,672.4 | 1,745.2 | 1,851.4 | 2,089.6 | 2,089.6 | 2,145.6 | 2,176.4 | 1,840.8 | 1,789.3 | 1,789.3 | 1,801.3 | 1,907.7 | 2,009.7 | 2,055.9 | 2,055.9 | 2,139.7 |
| **Total equity** | 2,010.5 | 2,027.5 | 2,052.1 | 2,176.4 | 2,176.4 | 2,350.8 | 2,520.2 | 2,581.5 | 2,629.7 | 2,629.7 | 2,684.7 | 2,763.5 | 2,866.3 | 2,987.1 | 2,987.1 | 4,006.4 |
| **Total liabilities and equity** | 3,682.9 | 3,772.8 | 3,903.5 | 4,265.9 | 4,265.9 | 4,496.4 | 4,696.6 | 4,422.3 | 4,419.0 | 4,419.0 | 4,486.1 | 4,671.2 | 4,876.0 | 5,043.0 | 5,043.0 | 6,146.1 |
| *Check* | 0.0 | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Balance Sheet Supporting Schedules | Q1'22 | Q2'22 | Q3'22 | Q4'22 | 2022 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2023E | Q1'24E | Q2'24E | Q3'24E | Q4'24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in millions (except per share data) | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | Dec-23 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | Dec-24 | Dec-25 |
| **Working capital** | | | | | | | | | | | | | | | | |
| A/R turnover | 4.6x | 4.3x | 4.6x | 4.2x | 4.6x | 4.0x | 3.7x | 2.7x | 2.8x | 3.5x | 2.8x | 3.0x | 3.1x | 3.1x | 3.0x | 2.6x |
| Inventory turnover | 4.6x | 4.7x | 4.7x | 3.9x | 4.0x | 3.2x | 2.9x | 2.5x | 2.6x | 3.2x | 2.8x | 3.0x | 3.1x | 3.0x | 2.9x | 2.5x |
| A/P turnover | 7.6x | 8.6x | 8.6x | 6.5x | 6.3x | 5.9x | 6.4x | 6.1x | 7.1x | 6.4x | 7.4x | 7.7x | 7.6x | 7.4x | 7.5x | 7.3x |
| Days sales outstanding (DSO) | 94 | 84 | 86 | 93 | 93 | 94 | 106 | 122 | 132 | 132 | 135 | 125 | 120 | 120 | 120 | 160 |
| Days inventory on hand (DOH) | 84 | 80 | 84 | 107 | 107 | 125 | 133 | 135 | 135 | 135 | 130 | 124 | 120 | 125 | 125 | 160 |
| Days payables outstanding (DPO) | 47 | 43 | 47 | 67 | 67 | 59 | 59 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 54 |
| **Cash conversion cycle** | 131 | 121 | 123 | 132 | 132 | 160 | 180 | 207 | 217 | 217 | 215 | 199 | 190 | 195 | 195 | 266 |
| **Change in working capital** | | | | | | | | | | | | | | | | |
| Current assets (excluding cash) | 1,459.5 | 1,538.3 | 1,773.4 | 2,116.5 | 2,116.5 | 2,514.2 | 2,891.4 | 2,547.2 | 2,501.1 | 2,501.1 | 2,543.7 | 2,675.2 | 2,830.3 | 2,966.7 | 2,966.7 | 3,857.6 |
| Current liabilities (excluding ST debt) | 568.7 | 612.2 | 694.5 | 889.7 | 889.7 | 900.0 | 897.7 | 739.1 | 710.7 | 710.7 | 721.0 | 779.2 | 834.5 | 857.4 | 857.4 | 890.6 |
| **Working capital** | 890.8 | 926.1 | 1,079.0 | 1,226.8 | 1,226.8 | 1,614.2 | 1,993.6 | 1,808.1 | 1,790.5 | 1,790.5 | 1,822.6 | 1,896.0 | 1,995.8 | 2,109.3 | 2,109.3 | 2,966.9 |
| **(Increase)/decrease in working capital** | (234.8) | (35.3) | (152.9) | (147.9) | (570.8) | (387.3) | (379.5) | 185.6 | 17.6 | (563.6) | (32.2) | (73.3) | (99.8) | (113.5) | (318.8) | (857.7) |
| WC as % of revenue | 34.0% | 31.8% | 32.2% | 34.4% | 39.4% | 42.8% | 50.3% | 62.3% | 65.8% | 53.6% | 65.3% | 59.7% | 56.2% | 56.5% | 63.7% | 75.0% |
| **Other drivers -- % of sales or COGS** | | | | | | | | | | | | | | | | |
| Prepaid expenses and other current assets | 10.2% | 11.7% | 9.2% | 9.7% | 10.8% | 10.2% | 9.8% | 10.0% | 10.0% | 9.0% | 10.0% | 10.0% | 10.0% | 10.0% | 11.0% | 10.2% |
| Accrued expenses | 20.6% | 23.1% | 21.7% | 24.0% | 6.9% | 25.8% | 21.6% | 24.0% | 24.0% | 4.9% | 24.0% | 24.0% | 24.0% | 24.0% | 6.8% | 6.3% |
| Employee and payroll accruals | 18.0% | 12.8% | 11.8% | 13.7% | 3.8% | 14.3% | 11.1% | 13.0% | 13.0% | 3.1% | 13.0% | 13.0% | 13.0% | 13.0% | 2.9% | 2.6% |
| Warranty liability | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Warranty obligations | 32.1% | 31.9% | 29.7% | 31.6% | 9.0% | 33.2% | 34.5% | 30.0% | 30.0% | 6.1% | 30.0% | 30.0% | 30.0% | 30.0% | 8.5% | 7.8% |
| Deferred revenues | 24.2% | 23.4% | 21.1% | 21.0% | 6.0% | 20.9% | 20.6% | 21.0% | 21.0% | 4.3% | 20.0% | 20.0% | 20.0% | 20.0% | 5.6% | 5.2% |
| **Liquidity** | | | | | | | | | | | | | | | | |
| Current ratio | 4.3x | 3.7x | 3.5x | 3.3x | 3.3x | 3.6x | 3.8x | 4.3x | 4.4x | 4.4x | 4.4x | 4.3x | 4.2x | 4.3x | 4.3x | 5.3x |
| Quick ratio | 3.6x | 3.0x | 2.7x | 2.4x | 2.4x | 2.6x | 2.7x | 3.1x | 3.3x | 3.3x | 3.3x | 3.2x | 3.1x | 3.2x | 3.2x | 3.9x |
| Cash ratio | 1.8x | 1.2x | 1.0x | 0.9x | 0.9x | 0.8x | 0.6x | 0.8x | 0.9x | 0.9x | 0.9x | 0.8x | 0.8x | 0.8x | 0.8x | 0.9x |
| **Financial leverage, ending** | | | | | | | | | | | | | | | | |
| Debt, ending | 622.3 | 623.0 | 623.7 | 624.5 | 624.5 | 625.2 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 0.0 |
| Debt, average | 621.9 | 622.6 | 623.4 | 624.1 | 623.0 | 624.8 | 625.5 | 625.9 | 625.9 | 625.5 | 625.9 | 625.9 | 625.9 | 625.9 | 625.9 | 125.2 |
| Debt / equity | 0.3x | 0.3x | 0.3x | 0.3x | 0.3x | 0.3x | 0.2x | 0.2x | 0.2x | 0.2x | 0.2x | 0.2x | 0.2x | 0.2x | 0.2x | 0.0x |
| Debt / total capital | 24% | 24% | 23% | 22% | 22% | 21% | 20% | 20% | 19% | 19% | 19% | 18% | 18% | 17% | 17% | 0% |
| Debt / EBITDA, annualized | 1.6x | 1.6x | 1.2x | 1.0x | 0.3x | 0.8x | 1.0x | 4.5x | 8.2x | 0.4x | 7.1x | 3.0x | 1.9x | 1.5x | 0.6x | 0.0x |
| Net debt / equity | -0.2x | -0.1x | 0.0x | -0.1x | -0.1x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | -0.2x |
| Net debt / total capital | -14% | -5% | -2% | -6% | -6% | -3% | 2% | 1% | 0% | 0% | 0% | -1% | -2% | -2% | -2% | -21% |
| Net debt / EBITDA, annualized | -1.0x | -0.3x | -0.1x | -0.2x | -0.3x | -0.1x | 0.1x | 0.2x | 0.1x | 0.0x | 0.0x | -0.1x | -0.2x | -0.2x | -0.3x | -1.4x |
| **Financial returns** | | | | | | | | | | | | | | | | |
| **ROE decomposition - Dupont formula** | | | | | | | | | | | | | | | | |
| Net profit margin | 10.5% | 7.8% | 6.5% | 19.3% | 11.3% | 18.5% | 12.1% | 2.9% | 1.2% | 9.7% | 1.4% | 4.2% | 6.5% | 8.1% | 5.4% | 11.1% |
| Asset turnover | 0.8x | 0.8x | 0.9x | 0.9x | 0.8x | 0.9x | 0.9x | 0.6x | 0.6x | 0.7x | 0.6x | 0.7x | 0.7x | 0.8x | 0.7x | 0.7x |
| Return on assets, after taxes | 8.4% | 6.1% | 5.6% | 16.8% | 9.5% | 15.9% | 10.4% | 1.9% | 0.7% | 7.3% | 0.9% | 2.9% | 4.8% | 6.1% | 3.8% | 7.9% |
| Financial leverage | 2.0x | 1.8x | 1.9x | 1.9x | 1.9x | 1.9x | 1.9x | 1.8x | 1.7x | 1.8x | 1.7x | 1.7x | 1.7x | 1.7x | 1.7x | 1.6x |
| **Return on equity (avg equity)** | 16.6% | 11.2% | 10.6% | 32.4% | 18.3% | 30.8% | 19.6% | 3.3% | 1.3% | 13.2% | 1.5% | 5.0% | 8.2% | 10.4% | 6.4% | 12.6% |
| *Check* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Return on equity (beginning equity) | 21.0% | 11.3% | 10.7% | 33.4% | 26.8% | 32.1% | 20.3% | 3.4% | 1.3% | 14.9% | 1.5% | 5.0% | 8.4% | 10.6% | 6.7% | 14.7% |
| Return on invested capital (ROIC) | 12.8% | 11.4% | 11.0% | 17.9% | 13.8% | 21.4% | 15.3% | 2.2% | 0.5% | 9.5% | 0.7% | 3.6% | 6.3% | 8.1% | 4.7% | 11.7% |

Source: Company filings and press releases; Roth MKM estimates.

**SOLAREDGE TECHNOLOGIES, INC.**                                           Company Note - October 20, 2023

**SolarEdge Technologies, Inc.**                                                                     *Philip Shen, Roth MKM*
*(NASDAQ:SEDG)*                                                                              *pshen@roth.com, 949 720-7199*

| Cash Flow Statement | Q1'22 | Q2'22 | Q3'22 | Q4'22 | 2022 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2023E | Q1'24E | Q2'24E | Q3'24E | Q4'24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *USD in millions (except per share data)* | *Mar-22* | *Jun-22* | *Sep-22* | *Dec-22* | *Dec-22* | *Mar-23* | *Jun-23* | *Sep-23* | *Dec-23* | *Dec-23* | *Mar-24* | *Jun-24* | *Sep-24* | *Dec-24* | *Dec-24* | *Dec-25* |
| Net income | 33.1 | 15.1 | 24.7 | 20.8 | 93.8 | 138.4 | 119.5 | 21.3 | 8.2 | 287.4 | 10.1 | 33.7 | 57.8 | 75.8 | 177.4 | 439.4 |
| D&A | 9.0 | 9.9 | 10.7 | 11.0 | 40.6 | 13.5 | 13.3 | 13.4 | 14.0 | 54.0 | 14.6 | 15.0 | 15.5 | 15.9 | 61.0 | 68.0 |
| Amortization of intangible assets | 2.7 | 2.6 | 2.5 | 1.4 | 9.1 | | | | | 0.0 | | | | | | |
| Amortization of debt discount and debt issuance costs | 0.7 | 0.7 | 0.7 | 0.7 | 2.9 | | | | | 0.0 | | | | | | |
| Amortization of premiums marketable securities | 2.6 | 2.8 | 2.5 | 1.4 | 9.3 | | | | | 0.0 | | | | | | |
| Impairment of goodwill and intangible assets | | 4.0 | 0.0 | 114.5 | 118.5 | | | | | 0.0 | | | | | | |
| Stock based compensation | 34.1 | 37.1 | 35.8 | 38.6 | 145.5 | 39.2 | 39.0 | 40.0 | 40.0 | 158.2 | 45.0 | 45.0 | 45.0 | 45.0 | 180.0 | 60.0 |
| Deferred income tax benefit, net | (1.0) | (0.1) | (2.7) | (7.2) | (11.1) | (3.9) | (3.7) | | | (7.6) | | | | | | |
| Other adjustments | | 0.0 | | | | | 4.8 | | | | | | | | | |
| Capital loss from disposal of property | (0.4) | 0.7 | (0.8) | | (0.5) | | | | | 0.0 | | | | | | |
| Exchange rate fluctuations and other items, net | 3.0 | 21.6 | 40.0 | (54.6) | 10.1 | (17.6) | (5.6) | | | (23.2) | | | | | | |
| Realized loss from sale of available-for-sale | | | | | | | | | | | | | | | | |
| Loss (Gain) from sale of business | | | (7.5) | (0.2) | (7.7) | | | | | 0.0 | | | | | | |
| Other liabilities | | | | | 0.0 | | | (176.9) | (23.1) | (200.0) | 1.6 | 48.2 | 46.6 | 23.4 | 119.9 | 50.5 |
| Other assets | | | | | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Change in operating assets and liabilities:** | | | | | 0.0 | | | | | | | | | | 0.0 | 0.0 |
| Inventories | (51.3) | (42.0) | (95.2) | (152.5) | (341.1) | (141.5) | (104.7) | | | (246.2) | | | | | 0.0 | 0.0 |
| Prepaid expenses and other assets | (17.2) | (62.1) | 23.7 | (9.5) | (65.0) | (20.6) | (12.7) | | | (33.3) | | | | | 0.0 | 0.0 |
| A/R | (224.9) | (10.5) | (141.8) | (80.5) | (457.6) | (55.0) | (180.1) | | | (235.1) | | | | | 0.0 | 0.0 |
| Operating lease right of use assets | | (7.3) | 7.3 | | | | | | | | | | | | | |
| A/P, accrued and other liabilities | (28.0) | 28.0 | 53.7 | 140.8 | 194.5 | (50.4) | 28.1 | | | (22.3) | | | | | 0.0 | 0.0 |
| Employee and payroll accruals | 9.2 | (4.0) | 6.9 | 14.1 | 26.2 | 10.2 | (1.9) | | | 8.3 | | | | | 0.0 | 0.0 |
| Warranty obligations | 27.6 | 32.0 | 22.4 | 38.1 | 120.2 | 57.9 | 45.7 | | | 103.5 | | | | | 0.0 | 0.0 |
| Deferred revenues | 15.0 | 17.2 | 9.2 | 2.9 | 44.4 | 9.3 | 7.9 | | | 17.2 | | | | | 0.0 | 0.0 |
| Other liabilities | 22.8 | 31.6 | 13.4 | 30.9 | 98.7 | 28.5 | (38.2) | | | (9.7) | | | | | | |
| Deferred tax assets | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 |
| Accrued expense and other A/P | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 |
| Lease incentive obligation | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 |
| **Net change in working capital** | **(246.7)** | **(17.1)** | **(100.3)** | **(15.6)** | **(379.7)** | **(161.6)** | **(255.9)** | **185.6** | **17.6** | **(214.3)** | **(32.2)** | **(73.3)** | **(99.8)** | **(113.5)** | **(318.8)** | **(857.7)** |
| **CFO** | **(163.0)** | **77.4** | **5.5** | **110.8** | **30.8** | **7.9** | **(88.7)** | **83.3** | **56.7** | **59.2** | **39.1** | **68.7** | **65.1** | **46.6** | **219.5** | **(239.7)** |
| Proceeds from sales and maturities of available-for-sale | 53.1 | 73.2 | 52.1 | 52.8 | 231.2 | 11.6 | 75.2 | | | 86.8 | | | | | 0.0 | 0.0 |
| Purchase of PPE | (43.2) | (48.7) | (33.2) | (44.3) | (169.3) | (38.3) | (45.7) | (40.0) | (40.0) | (164.1) | (35.0) | (35.0) | (35.0) | (35.0) | (140.0) | (140.0) |
| Investment in available-for-sale marketable securities | (26.7) | (335.4) | (99.4) | (45.7) | (507.2) | (39.0) | (85.2) | 0.0 | 0.0 | (124.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Withdrawal from bank deposits | | | | | | | | | | 0.0 | | | | | | |
| Investment in privately held company | | | | | | (5.5) | (1.3) | | | (6.8) | | | | | | |
| Payment for asset acquisition, net of cash acquired | | | | | | | | | | 0.0 | | | | | | |
| Business combinations, net of cash acquired | | | | | | | (16.7) | | | (16.7) | | | | | | |
| Proceed from gov't grants in relation to capex | | | | | | | 6.8 | | | | | | | | | |
| Other investing activities | 1.7 | 0.1 | 1.7 | 0.7 | 4.1 | 3.4 | 0.1 | | | 3.6 | | | | | | |
| Proceeds from sale of a private-held company | | | 24.2 | 0.2 | 24.4 | | | | | 0.0 | | | | | | |
| Purchase of intangible assets | | | | | 0.0 | | (10.0) | 0.0 | 0.0 | (10.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Investment in short-term bank deposits | | | | (0.2) | | | | | | 0.0 | | | | | | |
| Restricted cash | | | | | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LT lease deposit | | | | | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **CFI** | **(15.1)** | **(310.8)** | **(54.6)** | **(36.5)** | **(417.0)** | **(67.8)** | **(76.7)** | **(40.0)** | **(40.0)** | **(224.5)** | **(35.0)** | **(35.0)** | **(35.0)** | **(35.0)** | **(140.0)** | **(140.0)** |
| Proceeds from issuance of convertible senior notes, net | | | | | | | | | | | | | | | | |
| Repayment of bank loans | | | (0.1) | (0.0) | (0.1) | | | | | 0.0 | | | | | | |
| Proceeds from bank loans | | | | | | | | | | | | | | | | |
| Exercise of employee stock options | | | | | | | | | | | | | | | | |
| Change in NCI | | | | | | | | | | | | | | | | |
| Payment of finance lease liabilities | | | | | | | (1.4) | | | | | | | | | |
| Other financing activity | (0.5) | (1.0) | (0.7) | (0.7) | (2.8) | (0.8) | 0.9 | | | 0.1 | | | | | | |
| Debt (net) | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance of Series E Convertible | | | | | | | | | | 0.0 | | | | | | |
| Proceeds from exercise of stock-based awards | 1.5 | 0.2 | 1.9 | 0.5 | | 0.1 | (0.1) | | | 0.0 | | | | | | |
| Tax withholding in connection with stock-based awards, ne | 0.8 | (3.1) | (2.4) | 7.7 | | (4.5) | (4.3) | | | (8.8) | | | | | | |
| Share issuance/(repurchase) | 650.5 | 0.0 | | | 650.5 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 520.0 |
| Issuance costs | | | | | | | | | | | | | | | | |
| Purhase of land and building under finance lease | | | | | | | | | | | | | | | | |
| Necessary to finance | | | | | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **CFF** | **652.3** | **(3.9)** | **(1.3)** | **7.5** | **647.6** | **(5.2)** | **(4.9)** | **0.0** | **0.0** | **(8.7)** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **520.0** |
| Effects of exchange rate on cash | (1.5) | (19.9) | (16.9) | 22.5 | | 9.8 | 0.2 | | | | | | | | | |
| Cash at beginning of period | 530.1 | 1,002.8 | 745.6 | 678.3 | 530.1 | 783.1 | 727.8 | 557.7 | 601.1 | 783.1 | 617.7 | 625.8 | 659.5 | 689.6 | 617.7 | 701.2 |
| **Cash at end of period** | **1,002.8** | **745.6** | **678.3** | **783.1** | **783.1** | **727.8** | **557.7** | **601.1** | **617.7** | **617.7** | **625.8** | **659.5** | **689.6** | **701.2** | **701.2** | **841.6** |
| Net increase/(decrease) in cash | 472.7 | (257.2) | (67.2) | 104.8 | 253.0 | (55.3) | (170.1) | 43.3 | 16.7 | (165.4) | 8.1 | 33.7 | 30.1 | 11.6 | 83.5 | 140.3 |
| B/S Beginning cash | 530.1 | 1,002.8 | 745.6 | 678.3 | 530.1 | 783.1 | 727.8 | 557.7 | 601.1 | 783.1 | 617.7 | 625.8 | 659.5 | 689.6 | 617.7 | 701.2 |
| B/S Ending cash | 1,002.8 | 745.6 | 678.3 | 783.1 | 783.1 | 727.8 | 557.7 | 601.1 | 617.7 | 617.7 | 625.8 | 659.5 | 689.6 | 701.2 | 701.2 | 841.5 |
| **B/S Net change in cash** | **472.7** | **(257.2)** | **(67.2)** | **104.8** | **253.0** | **(55.3)** | **(170.1)** | **43.3** | **16.7** | **(165.4)** | **8.1** | **33.7** | **30.1** | **11.6** | **83.5** | **140.3** |
| *Check* | *0.0* | *0.0* | *0.0* | *0.0* | *(0.0)* | *0.0* | *0.0* | *0.0* | *0.0* | *0.0* | *(0.0)* | *(0.0)* | *(0.0)* | *(0.0)* | *(0.0)* | *0.0* |

| Cash Flow Ratios | Q1'22 | Q2'22 | Q3'22 | Q4'22 | 2022 | Q1'23 | Q2'23 | Q3'23E | Q4'23E | 2023E | Q1'24E | Q2'24E | Q3'24E | Q4'24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | 96.2 | 94.5 | 130.9 | 160.6 | 482.8 | 197.3 | 163.6 | 35.0 | 19.2 | 415.1 | 22.2 | 52.2 | 82.7 | 105.7 | 262.8 | 597.3 |
| *EBITDA margin* | *14.7%* | *13.0%* | *15.6%* | *18.0%* | *15.5%* | *20.9%* | *16.5%* | *4.8%* | *2.8%* | *12.4%* | *3.2%* | *6.6%* | *9.3%* | *11.3%* | *7.9%* | *15.1%* |
| *EBITDA growth -- YoY* | *22.1%* | *6.9%* | *27.5%* | *38.4%* | *15.5%* | *105.1%* | *73.1%* | *-73.3%* | *-88.1%* | *-14.0%* | *-88.8%* | *-68.1%* | *136.7%* | *450.6%* | *-36.7%* | *127.3%* |
| *Consensus EBITDA (EBITDA)* | *101.5* | *186.1* | *201.8* | *208.6* | *727.9* | *168.7* | *204.3* | *143.4* | *161.9* | *672.7* | *193.4* | *212.0* | *231.4* | *252.2* | *826.1* | *1,051.5* |
| | | | | | | | | | | | | | | | | |
| CFO | (163.0) | 77.4 | 5.5 | 110.8 | 30.8 | 7.9 | (88.7) | 83.3 | 56.7 | 59.2 | 39.1 | 68.7 | 65.1 | 46.6 | 219.5 | (239.7) |
| Less: Capex | 43.2 | 48.7 | 33.2 | 44.3 | 169.3 | 38.3 | 45.7 | 40.0 | 40.0 | 164.1 | 35.0 | 35.0 | 35.0 | 35.0 | 140.0 | 140.0 |
| CFO - Capex | (206.2) | 28.7 | (27.7) | 66.6 | (138.6) | (30.4) | (134.4) | 43.3 | 16.7 | (104.9) | 4.1 | 33.7 | 30.1 | 11.6 | 79.5 | (379.7) |
| Less: Stock based comp | 34.1 | 37.1 | 35.8 | 38.6 | 145.5 | 39.2 | 39.0 | 40.0 | 40.0 | 158.2 | 45.0 | 45.0 | 45.0 | 45.0 | 180.0 | 60.0 |
| **FCFE** | **(240.3)** | **(8.3)** | **(63.4)** | **28.0** | **(284.1)** | **(69.7)** | **(173.4)** | **3.3** | **(23.3)** | **(263.1)** | **(40.9)** | **(11.3)** | **(14.9)** | **(33.4)** | **(100.5)** | **(439.7)** |
| | | | | | | | | | | | | | | | | |
| EBIT | 87.2 | 84.7 | 120.2 | 149.6 | 442.2 | 183.8 | 150.4 | 21.6 | 5.2 | 361.0 | 7.6 | 37.2 | 67.2 | 89.8 | 201.8 | 529.2 |
| *Effective tax rate* | *16.4%* | *11.0%* | *38.9%* | *17.9%* | *20.8%* | *16.0%* | *22.3%* | *20.0%* | *20.0%* | *18.8%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* |
| EBIT, tax adjusted | 72.9 | 75.4 | 73.5 | 122.8 | 350.1 | 154.4 | 116.9 | 17.3 | 4.2 | 293.2 | 6.1 | 29.7 | 53.8 | 71.8 | 161.4 | 423.4 |
| D&A | 9.0 | 9.9 | 10.7 | 11.0 | 40.6 | 13.5 | 13.3 | 13.4 | 14.0 | 54.0 | 14.6 | 15.0 | 15.5 | 15.9 | 61.0 | 68.0 |
| Change in working capital | (246.7) | (17.1) | (100.3) | (15.6) | (379.7) | (161.6) | (255.9) | 185.6 | 17.6 | (214.3) | (32.2) | (73.3) | (99.8) | (113.5) | (318.8) | (857.7) |
| Capex and other PPE | 43.2 | 48.7 | 33.2 | 44.3 | 169.3 | 38.3 | 45.7 | 40.0 | 40.0 | 164.1 | 35.0 | 35.0 | 35.0 | 35.0 | 140.0 | 140.0 |
| **FCFF** | **(208.1)** | **19.5** | **(49.3)** | **73.9** | **(164.0)** | **(32.1)** | **(171.5)** | **176.2** | **(4.2)** | **(31.6)** | **(46.5)** | **(63.6)** | **(65.5)** | **(60.7)** | **(236.4)** | **(506.2)** |

Source: Company filings and press releases; Roth MKM estimates.

**SOLAREDGE TECHNOLOGIES, INC.**                                              **Company Note - October 20, 2023**

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

ROTH makes a market in shares of SolarEdge Technologies, Inc. and Enphase Energy, Inc. and as such, buys and sells from customers on a principal basis.

A Research Analyst and/or a member of the Analyst's household own(s) debt or equity securities of Enphase Energy, Inc..

Within the last twelve months, ROTH Capital Partners, or an affiliate to ROTH Capital Partners, has received compensation for investment banking services from Tigo Energy, Inc..

Within the last twelve months, ROTH Capital Partners, or an affiliate to ROTH Capital Partners, has managed or co-managed a public offering for Tigo Energy, Inc..





**SOLAREDGE TECHNOLOGIES, INC.**                    **Company Note - October 20, 2023**





Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

**Distribution of IB Services Firmwide**

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 10/19/23 Count | Percent |
|---|---|---|---|---|
| **Buy [B]** | 357 | 73.31 | 219 | 61.34 |
| **Neutral [N]** | 83 | 17.04 | 30 | 36.14 |
| **Sell [S]** | 2 | 0.41 | 1 | 50.00 |
| **Under Review [UR]** | 42 | 8.62 | 9 | 21.43 |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - ROTH MKM employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**SOLAREDGE TECHNOLOGIES, INC.**                                    **Company Note - October 20, 2023**

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH MKM does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2023. Member: FINRA/SIPC.