# EXHIBIT 32

**EQUITY RESEARCH**

# RATING CHANGE

October 20, 2023

SUSTAINABLE GROWTH AND RESOURCE OPTIMIZATION

**Stock Rating:**

# PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| SEDG - NASDAQ | $113.98 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | 32% |
| 52-Wk Range | $345.80-$113.43 |
| Shares Outstanding | 60.1M |
| Float | 59.5M |
| Market Capitalization | $6,446.5M |
| Avg. Daily Trading Volume | 1,836,320 |
| Dividend/Div Yield | NA/NM |
| Book Value | $42.58 |
| Fiscal Year Ends | Dec |
| 2023E ROE | 19.0% |
| LT Debt | $625.9M |
| Preferred | $0.0M |
| Common Equity | $2,520M |
| Convertible Available | Yes |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2022A | 655.1 | 727.8 | 836.7 | 890.7 | 3.1B | NM |
| 2023E | 943.9A | 991.3A | 725.3 | 633.0 | 3.3B | NM |
| *Prior (E)* | *--* | *--* | *882.8* | *885.0* | *3.7B* | *NM* |
| 2024E | -- | -- | -- | -- | 3.2B | NM |
| *Prior (E)* | *--* | *--* | *--* | *--* | *4.3B* | *NM* |
| 2025E | -- | -- | -- | -- | 4.2B | NM |
| *Prior (E)* | *--* | *--* | *--* | *--* | *5.2B* | *NM* |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2022A | 0.60 | 0.26 | 0.42 | 0.35 | 1.65 | 69.1x |
| 2023E | 2.35A | 2.02A | (0.33) | (0.51) | 3.51 | 32.5x |
| *Prior (E)* | *--* | *--* | *1.05* | *1.16* | *6.57* | *NM* |
| 2024E | -- | -- | -- | -- | 2.28 | 50.0x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *8.06* | *NM* |
| 2025E | -- | -- | -- | -- | 5.85 | 19.5x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *11.56* | *NM* |

| EPS Non-GAAP | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2022A | 1.20 | 0.95 | 0.90 | 2.86 | 5.95 | 19.2x |
| 2023E | 2.90A | 2.63A | 0.29 | 0.14 | 6.01 | 19.0x |
| *Prior (E)* | *--* | *--* | *1.63* | *1.78* | *9.00* | *NM* |
| 2024E | -- | -- | -- | -- | 4.80 | 23.7x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *10.46* | *NM* |
| 2025E | -- | -- | -- | -- | 8.31 | 13.7x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *13.90* | *NM* |

**Colin Rusch**
212-667-7787
Colin.Rusch@opco.com

**Noah Kaye**
212-667-7936
Noah.Kaye@opco.com

**Kristen Owen, CFA**
212-667-7794
Kristen.Owen@opco.com

**Andre Adams**
212-667-7278
Andre.Adams@opco.com

**Jason Vernoff**
212-667-8130
Jason.Vernoff@opco.com

Disseminated: October 20, 2023 06:30 EDT; Produced: October 19, 2023 23:26 EDT

# SolarEdge Technologies, Inc.

## SEDG: Downgrade to Perform; Channel Correction Worsens

### SUMMARY

With Thursday's pre-announcement, SEDG signaled much deeper challenges than previously suggested by management commentary. To us, the magnitude of this inventory rebalance appears to require at least two quarters to work through, as working capital challenges for distributors/installer plus module price dislocations and somewhat skittish consumers are driving a harsh correction in the distributed solar space. While we continue to see distributed power assets as crucial for a zero emissions economy and are encouraged to see SEDG maintaining profitability through this cycle, we step to the sidelines looking for industry fundamentals to stabilize. We look at early spring as the first opportunity for that sort of stabilization and believe investors will have multiple opportunities to re-engage on the name before then.

### KEY POINTS

- **Slower European installations gate destocking.** SEDG reported experiencing substantial cancellations and pushouts of existiing backlog from its European customers. The company cited slower-than-expected installations in the 3Q as delaying these customers' destocking of elevated channel inventory.

- **Why is this such a big miss?** We note SEDG had seen DSOs expand in recent quarters, partially due to commercial systems' longer cycle times, but largely driven by extending payment terms to longer-term customers. We believe higher channel inventory levels compounded demand headwinds from regional policy shifts and higher rates. We believe SEDG is course correcting its cash management practices with these changes.

- **Read-throughs.** With the EU likely following the US into a prolonged correction on channel inventories we expect other inverter and module names in our coverage to see ongoing impact from working capital reduction. While we believe the channel dynamics noted above have made SEDG more vulnerable to this correction, we expect further caution from industry participants as they guide for 4Q23.

- **Lowering 3Q guidance, headwinds to persist through YE.** SEDG lowered 3Q23 guidance to revenue of $720-730M, vs. prior guidance of $880–920M and consensus $910M estimate. Non-GAAP GM now seen at 20.1-21.1% vs. prior 28-31%/consensus 30.5%E. Non-GAAP operating income guidance was lowered to $12-31M vs. prior $115-135M and consensus $129M. The company guided to significantly lower 4Q23 revenue (consensus $930M), citing ongoing destocking.

- **Estimates/PT.** Our FY23 estimates go to revenue of $3,293M and GAAP EPS of $3.51 (from $3,703M/$6.57). FY24 estimates go to $3,198M and $2.28 (from $4,311M/$8.06), while FY25 estimates go to $4,177M and $5.85 (from $5,171M $11.56). We remove our PT and downgrade to Perform (from OP with a PT of $314 based on 30x 2024E Non-GAAP EPS $10.46).

### Stock Price Performance

1 Year Price History for SEDG

### Company Description

SolarEdge provides distributed solar power harvesting and PV monitoring. Offerings include PV inverters and power optimizers.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel: 800-221-5588 Fax: 212-667-8229

SolarEdge Technologies, Inc.                                                    SEDG (PERFORM) - NA

**5-YEAR PRICE PERFORMANCE**



Source: Bloomberg

**INVESTMENT THESIS**

SEDG is the clear leader in DC optimizers and associated architectures and continues to grow with core markets while expanding its addressable market segments. As SEDG leverages its power management expertise into adjacent markets such as energy storage and EV power train, we expect the company to go through a certain amount of up-front investment near-term with associated growth accelerating over the medium-term.

## BASE CASE ASSUMPTION

- SEDG executes on existing opportunity in residential and small commercial markets.
- Channel inventor clear lasts into 2Q24
- SEDG maintains share in the EU market.

## CATALYSTS

- Rollout of new topology and potential to realize lower COGS and higher GM.
- Increased sales of energy storage solutions.
- Stabilization of revenue levels and GM improvement

## UPSIDE SCENARIO

- SEDG's new topology realizes potential cost reduction ahead of market price erosion over the next two to three years.
- SEDG stationary energy storage products outperform expectations for a modest ramp.
- SEDG makes material progress introducing EV chargers to residential and commercial solar companies.

## DOWNSIDE SCENARIO

- Cost reduction assumptions prove to be too aggressive.
- US/EU demand slows further driving increased price competition

## ESG CONSIDERATIONS *

| | |
|---|---|
| ESG Rating | B- |
| ESG Rating Environment | B- |
| ESG Rating Social | A- |
| ESG Rating Governance | A- |

*Environmental/Social/Governance (ESG) scores are courtesy of Refinitiv's ESG product which are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. Refinitiv's ESG ratings are independent of Oppenheimer's stock ratings and are not taken into consideration when assigning a rating. For full details about Refinitiv's ESG scores, please click here

OPPENHEIMER

emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

**Oppenheimer & Co. Review of ESG Considerations**

---

**Annual Sustainability Report:** ☒

**Reporting Compliant with:** SASB ☒ GRI ☒ CDP ☐

**Key Environmental Considerations:** Ecological Impacts (√), Energy Management (√), Materials Sourcing & Efficiency (*), Product Design & Lifecycle Management (*), Waste & Hazardous Materials Management, Water & Wastewater Management (√)

**Key Social Considerations:** N/A

**Key Governance Considerations:** N/A

**Analyst Commentary:** In addition to the annual sustainability report, in 2021 SEDG enhanced their ESG disclosure with the publication of policies and positions that cover topics such as compliance, human rights, supplier management, environmental stewardship and climate resilience. SEDG is now SASB compliant and also publishes detailed GRI disclosures.  We believe this company has a positive environmental impact, but it has room for growth when it comes to diversity. SEDG has shown improvement in its gender equality and inclusiveness, ethics and compliance, cyber security and data privacy.

---

(√) – denotes factor where the company provides disclosures, and in some cases, may represent a potential area of opportunity

(*) – denotes factor where there could be potential risks or factor we are unable to evaluate due to insufficient information



emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

SolarEdge Technologies, Inc.                                                                                                    SEDG (PERFORM) - NA

**Oppenhemier & Co.**
**SolarEdge Technologies, Inc.**
**Income Statement**
Last Reported Quarter:   6/30/2023
Last Updated:             10/20/2023

| FY end: Dec (in $M, except per share data) | FY 2015A | FY 2016A | FY 2017A | FY 2018A | FY 2019A | FY 2020A | FY 2021A | MAR 1QA | JUN 2QA | SEP 3QA | DEC 4QA | FY 2022A | MAR 1QA | JUN 2QA | SEP 3QE | DEC 4QE | FY 2023E | FY 2024E | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2022A | | | | | 2023E | | | | | |
| **Sales** | $424.7 | $490.0 | $607.0 | $937.2 | $1,425.7 | $1,459.3 | $1,963.9 | $655.1 | $727.8 | $836.7 | $890.7 | $3,110.3 | $943.9 | $991.3 | $725.3 | $633.0 | $3,293.4 | $3,197.5 | $4,177.5 |
| Cost of goods sold | $300.6 | $329.2 | $392.3 | $618.0 | $946.3 | $997.9 | $1,334.5 | $476.1 | $545.1 | $614.7 | $629.7 | $2,265.6 | $643.8 | $674.0 | $583.8 | $512.7 | $2,414.3 | $2,375.1 | $3,007.8 |
| **Gross profit** | $124.1 | $160.7 | $214.8 | $319.2 | $479.3 | $461.4 | $629.3 | $179.0 | $182.7 | $222.0 | $261.0 | $844.7 | $300.1 | $317.3 | $141.4 | $120.3 | $879.1 | $822.4 | $1,169.7 |
| Research and Development | $27.5 | $38.2 | $55.0 | $82.2 | $121.4 | $163.1 | $219.6 | $66.3 | $74.8 | $69.7 | $79.0 | $289.8 | $79.9 | $86.5 | $82.0 | $76.0 | $324.3 | $319.8 | $359.1 |
| Sales and Marketing | $30.9 | $38.2 | $50.0 | $68.3 | $88.0 | $96.0 | $119.0 | $35.3 | $39.0 | $42.7 | $42.7 | $159.7 | $41.0 | $44.2 | $47.1 | $44.3 | $176.6 | $179.1 | $208.9 |
| General and Administrative | $9.9 | $13.3 | $18.7 | $28.8 | $49.4 | $63.1 | $82.2 | $26.4 | $28.1 | $27.9 | $30.0 | $112.5 | $36.6 | $36.2 | $37.0 | $38.0 | $147.7 | $154.4 | $167.1 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $30.7 | ($3.4) | $1.4 | $0.0 | $4.7 | ($2.7) | $114.6 | $116.5 | ($1.4) | $0.0 | $0.0 | $0.0 | ($1.4) | $0.0 | $0.0 |
| **Total expenses** | $68.3 | $89.7 | $123.7 | $179.4 | $289.4 | $318.8 | $422.2 | $128.1 | $146.6 | $137.6 | $266.2 | $678.5 | $156.0 | $166.9 | $166.1 | $158.3 | $647.3 | $653.2 | $735.1 |
| **Operating profit (loss)** | $55.8 | $71.0 | $91.1 | $139.9 | $189.9 | $142.6 | $207.1 | $50.9 | $36.0 | $84.4 | ($5.2) | $166.1 | $144.2 | $150.4 | ($24.7) | ($38.0) | $231.9 | $169.2 | $434.6 |
| **Total interest and other income (expense), net** | ($6.3) | ($1.3) | $9.2 | ($2.7) | ($11.3) | $21.1 | ($19.9) | ($5.4) | ($14.3) | ($25.5) | $56.3 | $11.0 | $23.5 | $3.4 | $0.0 | $0.0 | $26.9 | $0.0 | $0.0 |
| **Net income (loss) before income tax** | $49.5 | $69.7 | $100.2 | $137.1 | $178.6 | $163.7 | $187.2 | $45.4 | $21.7 | $58.9 | $51.1 | $177.2 | $167.7 | $153.7 | ($24.7) | ($38.0) | $258.8 | $169.2 | $434.6 |
| Provision (benefit) for income tax | ($4.2) | $6.3 | $16.1 | $8.3 | $33.6 | $23.3 | $18.1 | $12.3 | $6.6 | $34.2 | $30.3 | $83.4 | $29.3 | $34.2 | ($4.9) | ($7.6) | $51.0 | $33.8 | $86.9 |
| Non-Controlling Interest | | | | | | $1.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Net income (loss) attributable to common shareholders** | $53.8 | $63.5 | $84.2 | $128.8 | $146.5 | $140.3 | $169.2 | $33.1 | $15.1 | $24.7 | $20.8 | $93.8 | $138.4 | $119.5 | ($19.7) | ($30.4) | $207.8 | $135.4 | $347.7 |
| **Net Income (Non-GAAP)** | $58.6 | $78.9 | $115.0 | $157.3 | $233.2 | $224.4 | $272.9 | $68.8 | $56.7 | $54.1 | $171.5 | $351.2 | $174.5 | $158.5 | $17.3 | $8.2 | $361.6 | $289.2 | $501.5 |
| Diluted O/S in millions | 35.0 | 44.2 | 45.4 | 48.0 | 50.5 | 52.8 | 56.0 | 56.3 | 58.6 | 58.7 | 58.7 | 58.1 | 59.2 | 59.2 | 59.2 | 59.2 | 59.2 | 59.3 | 59.4 |
| Diluted O/S used in Non-GAAP EPS | | 45.8 | 47.3 | 49.6 | 52.2 | 54.6 | 56.7 | 57.2 | 59.5 | 59.9 | 60.0 | 59.2 | 60.1 | 60.2 | 60.2 | 60.2 | 60.2 | 60.3 | 60.4 |
| **Diluted EPS (GAAP)** | $1.54 | $1.43 | $1.85 | $2.69 | $2.90 | $2.66 | $3.06 | $0.60 | $0.26 | $0.42 | $0.35 | $1.65 | $2.35 | $2.02 | ($0.33) | ($0.51) | $3.51 | $2.28 | $5.85 |
| **Diluted EPS (Non-GAAP)** | $1.72 | $2.43 | $3.17 | $4.44 | $4.11 | $4.81 | $1.20 | $0.95 | $0.90 | $2.86 | | $5.95 | $2.90 | $2.63 | $0.29 | $0.14 | $6.01 | $4.80 | $8.31 |
| Revenue | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 29.2% | 32.8% | 35.4% | 34.1% | 33.6% | 31.6% | 32.0% | 27.3% | 25.1% | 26.5% | 29.3% | 27.2% | 31.8% | 32.0% | 19.5% | 19.0% | 26.7% | 25.7% | 28.0% |
| R&D | 6.5% | 7.8% | 9.1% | 8.8% | 8.5% | 11.2% | 11.2% | 10.1% | 10.3% | 8.3% | 8.9% | 9.3% | 8.5% | 8.7% | 11.3% | 12.0% | 9.8% | 10.0% | 8.6% |
| Sales and Marketing | 7.3% | 7.8% | 8.2% | 7.3% | 6.2% | 6.6% | 6.1% | 5.4% | 5.4% | 5.1% | 4.8% | 5.1% | 4.3% | 4.5% | 6.5% | 7.0% | 5.4% | 5.6% | 5.0% |
| General and Administrative | 2.3% | 2.7% | 3.1% | 3.1% | 3.5% | 4.3% | 4.2% | 4.0% | 3.9% | 3.3% | 3.4% | 3.6% | 3.9% | 3.7% | 5.1% | 6.0% | 4.5% | 4.8% | 4.0% |
| Operating Margin | 13.1% | 14.5% | 15.0% | 14.9% | 13.3% | 9.8% | 10.5% | 7.8% | 5.0% | 10.1% | -0.6% | 5.3% | 15.3% | 15.2% | -3.4% | -6.0% | 7.0% | 5.3% | 10.4% |
| Other inc (exp) | -1.5% | -0.3% | 1.5% | -0.3% | -0.8% | 1.4% | -1.0% | -0.8% | -2.0% | -3.0% | 6.3% | 0.4% | 2.5% | 0.3% | 0.0% | 0.0% | 0.8% | 0.0% | 0.0% |
| Pretax Margin | 11.7% | 14.2% | 16.5% | 14.6% | 12.5% | 11.2% | 9.5% | 10.4% | 3.0% | 7.0% | 5.7% | 5.7% | 10.4% | 15.5% | -3.4% | -6.0% | 7.9% | 5.3% | 10.4% |
| Tax Rate | -8.5% | 9.0% | 16.0% | 6.0% | 18.8% | 14.3% | 9.6% | 27.1% | 30.5% | 58.0% | 59.3% | 47.1% | 17.5% | 22.3% | 20.0% | 20.0% | 19.7% | 20.0% | 20.0% |
| Net Margin | 12.7% | 13.0% | 13.9% | 13.7% | 10.3% | 9.6% | 8.6% | 5.1% | 2.1% | 3.0% | 2.3% | 3.0% | 14.7% | 12.1% | -2.7% | -4.8% | 6.3% | 4.2% | 8.3% |

Source: Company documents, Oppenhemier & Co. estimates



emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

SEDG (PERFORM) - NA                                                                 SolarEdge Technologies, Inc.

**SolarEdge Technologies, Inc.**
**Balance Sheet**
Last Reported Quarter: 6/30/2023
Last Updated: 10/20/2023

| FY end: Jun (in $M, except per share data) | FY 2015A | FY 2016A | FY 2017A | FY 2018A | FY 2019A | FY 2020A | FY 2021A | FY 2022A | FY 2023E | FY 2024E | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 133.3 | 104.7 | 163.2 | 191.6 | 223.9 | 827.1 | 530.1 | 783.1 | 1,384.4 | 1,394.0 | 1,774.0 |
| Short-term bank deposits | - | - | - | 6.0 | 5.0 | 60.1 | - | - | - | - | - |
| Restricted cash | 3.4 | 0.9 | 1.5 | 1.6 | 27.6 | 2.6 | - | - | - | - | - |
| Marketable Securities | - | 74.5 | 77.3 | 118.7 | 91.8 | 143.7 | 167.7 | 241.1 | 493.2 | 493.2 | 493.2 |
| Trade receivable | 46.7 | 71.0 | 109.5 | 173.6 | 298.4 | 218.7 | 456.3 | 905.1 | 645.0 | 968.1 | 1,166.8 |
| Prepaid expenses and other current assets | 24.2 | 21.3 | 42.2 | 45.1 | 115.3 | 135.4 | 177.0 | 241.1 | 264.2 | 264.2 | 264.2 |
| Inventories | 87.4 | 67.4 | 83.0 | 141.5 | 170.8 | 331.7 | 380.1 | 729.2 | 595.4 | 772.2 | 957.4 |
| **Total current assets** | **$295.0** | **$339.8** | **$476.7** | **$678.1** | **$932.8** | **$1,719.3** | **$1,711.3** | **$2,899.7** | **$3,382.2** | **$3,891.6** | **$4,655.5** |
| Fixed assets & OL Right of Use Assets | 22.2 | 37.4 | 52.3 | 74.3 | 212.8 | 345.0 | 457.5 | 606.7 | 695.0 | 697.9 | 700.6 |
| LT marketable securities | 25.3 | 44.3 | 103.1 | 119.3 | 119.2 | 147.4 | 482.2 | 645.5 | 435.8 | 435.8 | 435.8 |
| LT prepaid expenses and lease deposits | 0.5 | 0.5 | 0.9 | - | - | - | - | - | - | - | - |
| Deferred tax assets & charges | 6.6 | 2.8 | 8.3 | 14.7 | 16.3 | 11.7 | 27.6 | 44.2 | 50.0 | 50.0 | 50.0 |
| Deferred issuance cost | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill and intangible assets | - | - | - | 73.4 | 203.7 | 208.3 | 188.5 | 51.1 | 86.0 | 86.0 | 86.0 |
| Other | - | - | - | 4.7 | 9.9 | 5.4 | 25.0 | 18.8 | 28.8 | 28.8 | 28.8 |
| **Total long-term assets** | **$54.6** | **$84.9** | **$164.6** | **$286.4** | **$561.9** | **$712.4** | **$1,180.8** | **$1,347.5** | **$1,266.8** | **$1,269.7** | **$1,272.4** |
| **Total assets** | **$349.6** | **$424.7** | **$641.3** | **$964.5** | **$1,494.6** | **$2,431.8** | **$2,892.1** | **$4,247.1** | **$4,649.0** | **$5,161.3** | **$5,927.9** |
| ST bank loan | - | - | - | 16.6 | 15.7 | 16.9 | - | (0.1) | - | - | - |
| Current portion of term loan | - | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | 62.0 | 34.0 | 69.5 | 107.1 | 157.1 | 162.1 | 252.1 | 459.8 | 338.1 | 438.5 | 543.6 |
| Employees & related payroll exp | 12.9 | 13.0 | 22.5 | 29.1 | 47.4 | 63.7 | 74.5 | 85.2 | 74.7 | 74.8 | 74.8 |
| Warranty obligations | 11.9 | 13.6 | 14.8 | 28.9 | 65.1 | 62.6 | 71.5 | 104.0 | 170.6 | 228.2 | 303.3 |
| Deferred revenues | 2.0 | 1.2 | 2.6 | 14.4 | 70.8 | 24.6 | 17.8 | 26.6 | 28.1 | 28.1 | 28.1 |
| Accrued expenses & other accounts payable | 7.2 | 8.6 | 20.4 | 29.7 | 80.6 | 106.2 | 109.4 | 214.1 | 214.1 | 214.1 | 214.1 |
| **Total current liabilities** | **$95.9** | **$70.5** | **$129.8** | **$225.7** | **$436.7** | **$436.1** | **$525.2** | **$889.6** | **$825.7** | **$983.7** | **$1,164.0** |
| LT warranty obligations | 29.0 | 44.8 | 64.0 | 93.0 | 107.5 | 142.4 | 193.7 | 281.0 | 369.6 | 433.6 | 517.1 |
| Convertible senior notes, net | - | - | - | - | - | 573.4 | 621.5 | 624.5 | 625.9 | 625.9 | 625.9 |
| Deferred revenues | 11.4 | 18.7 | 31.5 | 60.7 | 90.0 | 115.4 | 151.6 | 186.9 | 205.3 | 206.5 | 207.7 |
| Lease incentive obligation | 2.3 | 2.1 | 1.8 | - | 30.2 | 61.4 | 40.5 | 45.4 | 42.2 | 42.2 | 42.2 |
| Term loans | - | - | - | 3.5 | 0.2 | - | - | - | - | - | - |
| Warrants to purchase common stock | - | - | - | - | - | - | - | - | - | - | - |
| Non-current tax liabilities & Other | - | - | 16.8 | 10.9 | 18.4 | 22.8 | 49.6 | 62.0 | 63.4 | 63.4 | 63.4 |
| **Total long-term liabilities** | **$42.8** | **$65.5** | **$114.1** | **$168.0** | **$246.2** | **$915.3** | **$1,056.8** | **$1,199.9** | **$1,306.4** | **$1,371.6** | **$1,456.3** |
| **Total liabilities** | **$138.6** | **$136.0** | **$243.8** | **$393.7** | **$683.0** | **$1,351.4** | **$1,582.0** | **$2,089.4** | **$2,132.1** | **$2,355.2** | **$2,620.3** |
| Convertible preferred stock | - | - | - | - | - | - | - | - | - | - | - |
| Common stock, par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional paid-in capital | 292.7 | 307.1 | 331.9 | 371.8 | 475.8 | 603.9 | 687.3 | 1,505.6 | 1,621.4 | 1,881.8 | 2,383.3 |
| Accumulated other comprehensive income | (0.3) | (0.3) | (0.6) | (0.5) | (1.8) | 3.9 | (27.3) | (73.1) | (77.4) | (77.4) | (77.4) |
| Accumulated deficit | (81.5) | (18.0) | 66.2 | 191.1 | 337.7 | 478.0 | 650.1 | 743.8 | 1,001.7 | 1,001.7 | 1,001.7 |
| Non-Controlling Interest | - | - | - | - | - | - | - | - | - | - | - |
| **Total stockholders' equity** | **$210.9** | **$288.8** | **$397.5** | **$570.7** | **$811.7** | **$1,085.8** | **$1,310.0** | **$2,157.7** | **$2,516.9** | **$2,806.1** | **$3,307.6** |
| **Total liabilities and stockholders' equity** | **$349.6** | **$424.7** | **$641.3** | **$964.5** | **$1,494.6** | **$2,431.8** | **$2,892.1** | **$4,247.1** | **$4,649.0** | **$5,161.3** | **$5,927.9** |
| Current Ratio | 3.1 | 4.8 | 3.7 | 3.0 | 2.1 | 3.9 | 3.3 | 3.3 | 4.1 | 4.0 | 4.0 |
| Quick Ratio | 2.2 | 3.9 | 3.0 | 2.4 | 1.7 | 3.2 | 2.5 | 2.4 | 3.4 | 3.2 | 3.2 |
| Days Inventory | 106.1 | 74.7 | 77.2 | 83.6 | 65.9 | 121.3 | 104.0 | 117.5 | 90.0 | 118.7 | 116.2 |
| Days A/R | 40.1 | 52.9 | 65.9 | 67.6 | 76.4 | 54.7 | 84.8 | 106.2 | 71.5 | 110.5 | 101.9 |
| Accounts Receivables as a % of Annualized Sales | 11.0% | 14.5% | 18.0% | 18.5% | 20.9% | 15.0% | 23.2% | 29.1% | 19.6% | 30.3% | 27.9% |
| Days Payable | 75.2 | 37.7 | 64.7 | 63.2 | 60.6 | 59.3 | 68.9 | 74.1 | 51.1 | 67.4 | 66.0 |
| Accounts Payable as a % of Annualized Sales | 20.6% | 10.3% | 17.7% | 17.3% | 16.6% | 16.2% | 18.9% | 20.3% | 14.0% | 18.5% | 18.1% |
| Cash Conversion | 71.0 | 89.9 | 78.4 | 87.9 | 81.7 | 116.8 | 119.8 | 149.6 | 110.4 | 161.8 | 152.2 |
| Debt Ratio | 0.7% | 0.5% | 0.3% | 2.1% | 3.1% | 3.2% | 1.4% | 1.1% | 0.9% | 0.8% | 0.7% |
| Book Value/Share | $ 6.03 | $ 6.54 | $ 8.75 | $ 11.90 | $ 16.06 | $ 20.55 | $ 23.41 | $ 37.14 | $ 42.53 | $ 47.33 | $ 55.70 |
| Cash/Share | $ 3.90 | $ 4.08 | $ 5.33 | $ 6.50 | $ 6.79 | $ 18.42 | $ 12.47 | $ 17.63 | $ 31.72 | $ 31.83 | $ 38.18 |
| Debt/Share | $ 0.07 | $ 0.05 | $ 0.04 | $ 0.42 | $ 0.91 | $ 1.48 | $ 0.72 | $ 0.78 | $ 0.71 | $ 0.71 | $ 0.71 |
| Tangible BV/Share | $ 6.03 | $ 6.54 | $ 8.75 | $ 11.90 | $ 16.06 | $ 20.55 | $ 23.41 | $ 37.14 | $ 42.53 | $ 47.33 | $ 55.70 |

Source: Company documents, Oppenheimer & Co. estimates



emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

**SolarEdge Technologies, Inc.**                                                                                                    **SEDG (PERFORM) - NA**

**SolarEdge Technologies, Inc.**
**Cash Flow Statement**
Last Reported Quarter: 6/30/2023
Last Updated: 10/20/2023

| FY end: Jun<br>(in $M, except per share data) | FY<br>2015A | FY<br>2016A | FY<br>2017A | FY<br>2018A | FY<br>2019A | FY<br>2020A | FY<br>2021A | FY<br>2022A | FY<br>2023E | FY<br>2024E | FY<br>2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net income** | **$53.8** | **$63.5** | **$84.2** | **$128.0** | **$145.0** | **$140.3** | **$169.2** | **$93.8** | **$207.8** | **$135.4** | **$347.7** |
| Depreciation and amortization | 2.8 | 4.9 | 7.2 | 12.4 | $26.9 | 31.8 | 29.4 | 52.6 | 53.6 | 57.1 | 57.3 |
| Amortization of premiums on marketable securities | 0.0 | 1.2 | 2.1 | 2.4 | $0.1 | 4.4 | 9.5 | 9.3 | - | - | - |
| Interest expenses related to Bank Loan | - | - | - | - | $0.0 | - | - | - | - | - | - |
| Stock compensation | 6.2 | 11.6 | 17.6 | 30.6 | $60.4 | 67.3 | 102.6 | 145.5 | 153.8 | 153.8 | 153.8 |
| Financial expenses (income), net related to term loan | (0.3) | - | - | - | $0.0 | - | - | - | - | - | - |
| Remeasurement of warrants & other | 5.2 | 0.0 | - | 0.6 | $6.0 | (0.3) | 21.7 | 109.8 | (26.1) | - | - |
| **Changes in assets and liabilities** | | | | | | | | | | | |
| Inventories | (39.8) | 20.1 | (15.7) | (21.2) | ($22.5) | (149.7) | (43.1) | (341.1) | 142.6 | (176.8) | (185.1) |
| Prepaid expenses and other current assets | (2.4) | 3.7 | (21.9) | (2.7) | ($67.3) | (3.3) | (39.4) | (65.0) | (33.3) | - | - |
| Trade receivables | (21.7) | (24.4) | (38.1) | (60.5) | ($124.1) | 86.5 | (247.7) | (457.6) | 269.7 | (323.0) | (198.7) |
| Deferred tax assets, net | (6.5) | 3.8 | (5.5) | (7.1) | ($6.0) | - | - | - | - | - | - |
| Trade payables | (11.0) | (28.0) | 35.5 | 31.5 | $47.8 | 3.3 | 91.7 | 194.5 | (118.8) | 100.4 | 105.1 |
| Employees and payroll accruals | 7.4 | 0.2 | 9.4 | 4.6 | $18.6 | 18.3 | 26.5 | 26.2 | 8.3 | 0.0 | 0.0 |
| Warranty obligations | 16.6 | 17.5 | 20.4 | 41.9 | $50.8 | 32.3 | 60.5 | 120.2 | 155.1 | 121.5 | 158.7 |
| Deferred revenues | 5.7 | 6.5 | 14.1 | 37.0 | $83.1 | (21.4) | 29.9 | 44.4 | 17.8 | 1.2 | 1.2 |
| Accrued expenses and other accounts payable | 3.1 | 2.2 | 27.8 | (8.5) | $38.2 | 11.6 | 3.3 | 98.7 | (9.7) | - | - |
| Lease incentive obligation | 2.6 | (0.3) | (0.3) | - | $2.2 | 1.4 | - | - | - | - | - |
| **Net cash provided by (used in) operating activities** | **$21.7** | **$82.5** | **$136.7** | **189.1** | **$259.0** | **$222.7** | **$214.1** | **$31.3** | **$820.8** | **$69.6** | **$440.1** |
| Purchases of property and equipment | (14.3) | (21.1) | (21.4) | (38.6) | ($72.6) | (126.8) | (149.3) | (169.3) | (159.1) | (60.0) | (60.0) |
| Acquisitions and purchases of assets | (0.8) | (0.6) | - | (94.7) | ($38.4) | 141.8 | - | 24.4 | (16.7) | - | - |
| Investment in short term bank deposits | - | - | - | (6.0) | $4.9 | (54.8) | 60.9 | - | - | - | - |
| Decrease (increase) in restricted cash | (0.0) | 2.5 | (0.6) | - | ($26.1) | 25.3 | - | (0.2) | - | - | - |
| Increase (decrease) in lease deposits | (0.1) | (0.0) | - | - | $0.0 | 1.5 | (2.0) | - | - | - | - |
| Maturities (investment) in marketable securities | (52.9) | (67.4) | (63.4) | (13.3) | ($20.6) | (223.7) | (393.8) | (271.8) | (43.7) | - | - |
| **Net cash provided by (used in) investing activities** | **($68.0)** | **($86.5)** | **($85.4)** | **($152.6)** | **($152.9)** | **($236.6)** | **($484.2)** | **($417.0)** | **($219.5)** | **($60.0)** | **($60.0)** |
| Proceeds from short term bank loan | 17.0 | - | - | - | ($1.4) | 16.9 | - | - | - | - | - |
| Repayment of short term bank loan | (17.0) | - | - | (3.8) | ($9.3) | (15.6) | (16.1) | (0.1) | - | - | - |
| Proceeds from/repayments of term loan | (4.3) | - | - | - | $0.0 | 617.9 | - | - | - | - | - |
| Proceeds from issuance of conv. preferred stock | 0.2 | - | - | (14.2) | $0.0 | - | - | - | - | - | - |
| Proceeds from IPO (net) | 131.4 | (0.2) | - | - | $0.0 | - | - | 650.5 | - | - | - |
| Receipts on account of Convertible Preferred stock | - | - | - | - | $0.0 | - | - | - | - | - | - |
| Proceeds from the exercise of stock options | 1.5 | 2.8 | 7.2 | 10.0 | $9.1 | 21.5 | 2.2 | 7.1 | (8.8) | - | - |
| Change in Non-controlling interests & Other | - | - | - | - | ($71.5) | (0.2) | (1.3) | (2.8) | (1.3) | - | - |
| **Net cash provided by (used in) financing activities** | **$128.8** | **$2.6** | **$7.2** | **($8.0)** | **($73.0)** | **$640.5** | **($15.2)** | **$654.6** | **($10.1)** | **$0.0** | **$0.0** |
| Effect of currency translation on cash | ($0.1) | $0.0 | ($0.0) | $0.1 | $3.0 | ($23.3) | (11.8) | ($15.8) | $10.0 | $0.0 | $0.0 |
| **Change in cash and cash equivalents** | **$82.4** | **($1.5)** | **$58.5** | **$28.6** | **$36.1** | **$603.2** | **($297.1)** | **$253.0** | **$601.2** | **$9.6** | **$380.1** |
| **Cash and cash equivalents, beginning of period** | **$23.8** | **$106.2** | **$104.7** | **$164.7** | **$187.8** | **$223.9** | **$827.1** | **$530.1** | **$783.1** | **$1,384.4** | **$1,394.0** |
| **Cash and cash equivalents, end of period** | **$106.2** | **$104.7** | **$164.7** | **$193.3** | **$223.9** | **$827.1** | **$530.1** | **$783.1** | **$1,384.4** | **$1,394.0** | **$1,774.0** |

*Source: Company documents, Oppenheimer & Co. estimates*

OPPENHEIMER

emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



**Rating and Price Target History for: SolarEdge Technologies, Inc. (SEDG) as of 10-19-2023**

| 11/03/20 P:NA | 06/02/22 O:$334 | 08/03/22 O:$400 | 11/08/22 O:$379 | 02/14/23 O:$383 | 05/04/23 O:$400 | 08/02/23 O:$314 |

Created by: BlueMatrix

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**



emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide | | | | |
|---|---|---|---|---|
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 441 | 63.45 | 205 | 46.49 |
| PERFORM [P] | 253 | 36.40 | 97 | 38.34 |
| UNDERPERFORM [U] | 1 | 0.14 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to

8  OPPENHEIMER

emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.

Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report.

**ESG Scores:** ESG scores from Refinitiv are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. This covers 10 main themes including emissions, environmental product innovation, human rights, shareholders and so on. Ratings are available on close to 10,000 companies globally, with time-series data going back to 2002. The percentile rank scores are simple to understand and transparent. They are benchmarked against The Refinitiv Business Classifications (TRBC – Industry Group) for all environmental and social categories, as well as the controversies score. They are also measured against the country of incorporation for all governance categories.

Please note that all ESG ratings are independent of Oppenheimer stock ratings. They are intended to provide supplemental information regarding ESG for our covered companies. ESG ratings do not have any impact on the stock rating.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2023.



emannion@sapphireir.com Erica Mannion 10/20/23 10:52:50 AM Kaltura, Inc.