# EXHIBIT 35

FINAL TRANSCRIPT
SolarEdge Technologies Inc (SEDG US Equity)

2023-09-06

# Barclays CEO Energy-Power Conference

## Company Participants

- Erica L. Mannion, Investor Relations
- Ronen Faier, Chief Financial Officer

## Questions And Answers

### A - Erica L. Mannion  {BIO 16542185 <GO>}

Okay. I think we'll get started here. Good afternoon, everyone. Thank you for joining us today for the second day of our Barclays CEO Energy Power Conference, -- next up, we're going to do a fireside chat with SolarEdge. And here with me to have the chat as Ronen Faier, CFO.

### A - Ronen Faier  {BIO 17728323 <GO>}

Hello. Nice to have a -- nice to be invited and nice to be here.

### A - Erica L. Mannion  {BIO 16542185 <GO>}

So I have a whole bunch of questions prepared, and I probably would split it U.S., Europe and then commercial. So -- starting with the U.S. market, can you update us on the channel inventory situation for both your inverter and battery in the U.S.? And how long you expect it to work in US -- and then to solve for it, are you drastically withholding shipments? Or should we think you're continuing to ship out the product just at a slower pace than the sell-through?

### A - Ronen Faier  {BIO 17728323 <GO>}

So what we see in the U.S. is, first of all, starting from a market underlying demand that is not growing this year or maybe even declining and actually expectations to see further this kind of trend continuing at least into '24, where I think that we hear today more and more pessimistic talking about even a smaller market next year. With that said, I would say that our inventory levels are not very consistent because you do see some of the distributors that are sitting on relatively higher inventory. Sometimes you see 6 to 8 months of inventory days. But inventory days are a little bit tricky because usually, you look at level of inventories divided by the sell-through data. And what we see right now is that the sell-through is relatively low. It's not that I would say, absolute amount of inventory that is being, it's simply that the demand is relatively lower.

And -- it still doesn't say that the entire market is behaving exactly the same. In some cases, we do see because of the fact that we have both residential, commercial, various sizes. We have storage inverters batteries and inverters that are not designed to work with batteries. You do see that there is a continuing shipments into the

FINAL TRANSCRIPT
SolarEdge Technologies Inc (SEDG US Equity)

2023-09-06

United States. We're not holding the shipments, they continue at a smaller pace, at a slower pace than we used to see before. We are trying, by the way, as a company to direct the market a little bit more towards our energy hub inverters. These are inverters that are more ready for the future related to the ability to actually connect battery, we actually have EV chargers connected. But in general, we continue to see shipments coming into the United States, all -- a slower pace than we used to see before. And most likely in a slower pace compared to the installations that we actually see because we are seeing that the inventories are clearing.

## A - Erica L. Mannion {BIO 16542185 <GO>}

Okay. The market always likes to focus on market share dynamics. And so when we think about the ways that one can take market share in the inverter market, I'm curious to know what are some of the factors that are in your control, other than pricing? I'm sure in the past with supply chain constraints, it was just availability of product. But now that that's not a problem. Is it payment turns? -- better pricing in exchange for exclusivity? Just kind of can you walk us through?

## A - Ronen Faier {BIO 17728323 <GO>}

Sure. So the first thing that I would say is that we neglected a little bit the U.S. market during 2022 when we did a product simply because we had a greater belief in the growth of the European market. And therefore, we directed a lot of our shipments to Europe, which, by the way, turned to be a relatively good move given the fact that we see Europe growing relatively quickly. right now. What we do see in the U.S. is that, yes, we lost share mostly to Enphase around this. And when we're looking at pure dynamics, I think that there are 2 or 3 ways that we can actually improve our share position in the U.S. By the way, one of them is something that happens without our help. We do see that because of financing, TPOs are getting a little bit of a bigger weight within the overall market. And I would say that our positions with TPOs is usually a little bit better compared to our competition simply because of price. We're cheaper than our competition. And we believe that overall something that TPO tend to appreciate a little bit more.

The second thing that we do is actually education around the product. I think that today, if you look at name our competitor Enphase, these are 2 good companies with very good products that are very appealing to the customers. And I don't think that there is a major difference in the view of the customer of what both companies could bring. I think that there is one major differentiation between the 2 companies, and this is how we are looking at our storage connection to the system. The technology that we are using today allows us to do what's called DC-coupled battery attachment. And that means that the battery is connected to the inverter on the DC side. This creates a situation where, first of all, you are not doing too many of conversions between DC to AC. Actually, you do 1 compared to 3 in other batteries and that reduces energy losses.

The second thing is that once you put everything on the DC side, you usually can harvest more energy because when you have a 10-kilowatt inverter, for example, usually put 13 kilowatts of modules on the rooftop to collect more sunlight in the morning. But that means that at noon, you're basically generating much more

electricity on the rooftop and you're not utilizing all of it. It's completing. When you have a DC-coupled system, you can basically take this energy to the inverter, where still taking away 10-kilowatt in this example of energy out. And that means that we can provide more energy. On a calculation that we even (technical difficulty) we believe that it will be conservative enough to share, we feel that it's about 10% additional energy that we can create. When you take 10% energy, especially in NEM 3.0 situation and you look for the long term, this creates a very good advantage. So, one reason to take share in a market that becomes more and more battery inclined simply technology, we believe that our battery technology is better.

The second one, on pricing, I don't think that there's a lot to do in the U.S. It's a duopoly de facto. We took in the U.S. the position of being a price follower and not a price leader. And I think that here, competition will determine much more, whether they want to do it. But, that actually means that there is no reason either for us or a competitor to actually change pricing dramatically because if they reduce prices, we reduce prices, we're back in the same position, the only thing that's happening with the customer. When it comes to other terms, it's -- we are helping customers. As I said in our Q2 call, we did increase a little bit of payment terms. Some of our customers, especially on the large distribution side, where we felt that the risk of doing this is relatively small. We are trying to be helpful for our customers, not necessarily by just reducing the price (technical difficulty). It is something that collides today with are concern, that there will be some bankruptcy -- bankruptcies in this market. And that means that even when we help customers, we are looking also at the risk profile of the customer. Wherever we feel that the risk profile is low, we're happy to help our customers, we believe, that this is the type of partnership that we can show at this point of time. And if it helps us to take share, that's great, but also maintaining share is something that's very important. So, we try to take share, but these will be the measures, not pricing at this point at least.

## A - Erica L. Mannion {BIO 16542185 <GO>}

And then, just because you did touch upon battery. So, I wanted to move to California, specifically. Some of the larger installers have thrown out some really high touch rates, that they're seeing for recent originations. But, a couple of them seem to have their own batteries for pushing, or we'll push once they're out, while others have mentioned in Powerwall Plus. So, speaking (technical difficulty) to expand on that, -- what are your thoughts about California market? And then, if you could also opine on Tesla more aggressively, coming into the market, especially as they're now also selling through distributors? And, if we could get your view on whether or not using their positioning is different in a solar-only market? Is it a solar plus storage market?

## A - Ronen Faier {BIO 17728323 <GO>}

Okay. So, we do not sell a lot of batteries in the United States. That's the effect of life. Unfortunately, -- and the fact is, that the majority of the batteries that we're selling today are actually going to Europe. I think that the main reason is actually Tesla. We do see that Tesla batteries are -- a lot of them are installed with our inverters, which is something that we're happy because we do have our own open garden technology that allow us to connect other batteries to -- and of course, I would like to be a little bit more high batteries, but I'm also happy if I'm selling more inverters because Tesla

FINAL TRANSCRIPT
SolarEdge Technologies Inc (SEDG US Equity)

2023-09-06

is selling more batteries. We do not see yet any major change because of California, honestly speaking. We hear a lot about it. We are active amongst the TPOs, they are selling into California. We are selling batteries to those TPOs. I'm not sure what is our share among the batteries that they are selling. I'm not sure that we're always the best priced battery in this case. I believe that one thing that we need to do better work at is -- or job is basically to explain the decoupling technology because the DC coupling technology, even though we can be a little bit more expensive on day 1 is something that really provides a great advantage over the life of the system.

And this is usually, by the way, much bigger than just CapEx difference on day 1. And I'm not sure if we're doing good enough here. We will do much more effort, and we'll start to do is during also RE+ coming in. We see Tesla becoming more and more aggressive. We do see Tesla coming into distribution. And Tesla is a little bit of a hard opponent to compete with because the brand power is so big that sometimes they [ shine ] so brightly that it's hard to see some of the other effect in our view, at least. And I think that here, it will be our job to simply try to educate the market of the fact that, again, the DC Coupled is still so much more important. The fact that the Tesla inverter is a string inverter and there are a lot of benefits for distributed technologies. And I think that we will have basically to simply show over time why we have an advantage there. With that said, I do believe that -- all in all, if we open market today, there is no even there will be no players in this market. I think that given our position in the U.S. market today compared to where like years ago when we lost share because of the fact that send a lot to Europe. We have opportunities to take share even Tesla [ph] in the picture. And if you make us better in competing in (Inaudible)

## A - Erica L. Mannion {BIO 16542185 <GO>}

Okay. So let's move over to Europe. I think the market was generally a little surprised that your comments around the European inventory for both the inverters and batteries on the last quarter call. So now that it has been a couple of months. Can you give us an update on what you're seeing here today? Had sell-through moderated at all? And is distributor stress impacting how quickly you can close the receivables? I think you kind of touched upon that. But generally, how quickly do you expect for them to work on it?

## A - Ronen Faier {BIO 17728323 <GO>}

So I'll start by saying that -- nothing changed from our call with only colors being a little bit more vivid in where do we see things happening. So starting from the underlying demand, the underlying demand in Europe continues to be strong and continues to be very great. We are seeing every quarter the sell-through data coming from our distributors. You do see every week, by the way, the number of systems that are being connected to our monitoring portal. I can tell you that in both cases, we see a very nice uplift in all of Europe and also in specific countries in the [ph] countries, in Germany, Austria, Switzerland are leading this kind of growth but we feel almost everywhere. It's a very good underlying demand, not as good as we thought, also including every old participant in the market at the very beginning of the year. but we are still seeing something re-translate into 30% to 40% growth year-over-year of the marketing installations.

And this is something that is very much different in the U.S. because you do see a market that is working and growing you continue to see, by the way, government incentivizing solar, even though it's economically good without incentives, just last Thursday, there was an announcement of the German Ministry of Transportation, -- by the way, both ministries that they're going to provide up to EUR9600 grant, if you install a PV with a battery with an EV charging. And that means that, of course, this is also further increasing residential insulation in Europe, the underlying market is very good. What we do see in the distribution is that most distributors first of all got ready for a bigger uplift in demand. And at the same time, we're acting under the I would call it past 2 years' experience of not being able to get all of the products that they wanted. And therefore, they simply overstock, not just compared to the amount of revenues, but also because they thought that maybe they will not be able to get more products. This results in a situation where, although we see record high sell-through every month, -- we see that the channels are relatively packed. Some channels, by the way, even sometimes export products from us because we don't want the product (Inaudible) Europe because they will allocate them to other customers, you'll take them at your factory gate. Now they're getting products into Europe and they see that the (Inaudible) 3 months. This is, by the way, (Inaudible) would you see also another that it's clear from after the call that the installers usually used to own a lot of inventory, also stocked because of the fact that they were afraid that they will not be able to get enough inventories.

So we didn't have enough understanding how deep this inventory situation is continuing and I think now we have a lot better understanding. So what do we see right now? So first of all, we do see that, yes, the cash flow is something that is very much burdening distributors around Europe. In some cases, they ask for a little bit of help there. By the way, more important for them than reducing prices because this is where they feel the pain. We do see that in some cases, they ask to delay orders, sometimes even delay orders that they know that they will need in Q4, they will ask delay right now they're -- they do not to take any cash flow obligations they will not be able to meet -- and they're relying on the fact that we're able to actually provide inventory in a much quicker than we used to do before. Today, we can provide in Europe some products even within 2 to 3 weeks.

So we feel that this is something that will go away within the next Q3 and Q4, and we should see an improvement in Q1. Q3, we already guided. You see that the amounts are a little bit smaller. Q4, it's traditionally in Europe, a down quarter because of end of year, because in December, and -- everyone stops installing systems because of the snow and it's end of the year, so nobody would like to hold a lot of inventories. If we will see, for example, a flat Q4 in Europe, that means actually it's a little bit of an up quarter compared to Q3. But we believe that either Q4 this year or Q1 next year should basically signal the fact that Inventory levels have stabilized, that the inventory management of the new distributors, which will be most likely 1 month of inventory to make 6 weeks of inventories [Technical Difficulty] deadline, and then we will see a back growth between growth we'll see in Europe, believe [Technical Difficulty] again 30% to 40% to their shipment level that we're having through these channels. So the biggest difference between the U.S. and Europe right now is simply that the underlying market in Europe is growing and growing very nicely. And by the way, this is both for inverters and batteries. If in the U.S., we see that inverters are

growing batteries not too much. In Germany, for exactly about 80% of the systems are in only batteries. So here, actually, the growth is not just growth of revenue, it's growth revenues and batteries.

## A - Erica L. Mannion  {BIO 16542185 <GO>}

And then maybe if we move over to the commercial side. We've seen the commercial business become a larger part of the company. Given the headwinds we see on the resi side, at least in the U.S. in the near term, how much more growth can this segment see? I know you talked about 11 gigawatts this year. Is that going to continue to grow? And then just on the competition side as well, I would have thought the competition, especially on the Chinese side, would be actually more fierce here. Because I think that's actually how they enter the inverses(technical difficulty), if I'm not mistaken. So, what is the competitive advantage here?

## A - Ronen Faier  {BIO 17728323 <GO>}

Okay. So, starting from -- U.S. -- C&I is not very interesting because it's a relatively small market. But, whatever I say here is also true for the European market. In general, the C&I growth is usually following the same trends that you see in residential. So, that means, -- in fact (technical difficulty) U.S., you don't see a lot of growth because in residential, because of interest rates and electricity prices. This will basically be the same case for C&I in Europe, because a very good installation -- return on the installation when it comes to residential, (technical difficulty) you see the thing C&I. There is 1 factor that usually makes C&I a little bit better in growth compared to residential. And this is the fact, that ESG investors are pushing corporation to put more and more solars, in order to utilize their carbon emissions. Now -- when you go to Europe, it's a great economic investment. We invested (technical difficulty) on a system on our Italian manufacturing side. We're talking about 2 years, 9 months (technical difficulty) period for a system that will live for 25 years. A great (technical difficulty) for any company that wants to make financial investments, and especially if you have concerns about electricity (technical difficulty) availability. But, other than this, it helps us over to offset some of our carbon emissions. So, we see it in Europe, (technical difficulty) we see, by the way, outside of the United States. The potential here is (technical difficulty). The second reason that the potential is bigger is because of penetration. In Europe, if I'm not mistaken, Germany, around 18% of the homes that can actually accommodate solar, actually have solar on them. On the commercial side, only 6% of the groups that can accommodate rooftop solar, actually have solar on them. So, that is that the potential is very big there. And when you couple it, at least in our offering, with the fact, that we know being more expensive compared to Chinese on the inverter. But we know how to make the entire installation sometimes cheaper because we can save on other elements doing longer streams like combiner boxes, fuse boxes, cables and everything. We can basically provide a lower cost for the installation. The more important thing is the fact that technologically, we come today, first of all, with an energy management system, that allows the system to be a little bit more responsive to changes in tariffs. And we see that dynamic tariff changes in Europe are something that are becoming more and more prevalent. And that means, that we can actually decide, towards (technical difficulty) -- whether at this rate, you look to push specific green to actually store it in your battery or maybe to self-consume it or maybe -- by the way, if you get negative rate if you're pushing electricity to the grid,

stop reducing. And this is something that we know how to go out of the box with our StorEdge 1 capability. So that's a great advantage. The other advantage is the overall comprehensive solutions you know how to deal. We acquired the company in U.K. called Hark. Hark allows C&I campuses to very easily connect to their energy management systems, Schneider and Honeywell and in a very inexpensive project to be able to see through each and every socket, each and every application. What is the consumption of energy? Is it best use? Maybe by the way, we should change a little bit of consumption on the rates out there. For example, they are installing 500 supermarkets in the U.K. Just imagine that when rates are very high, if you change only refrigerator temperature, but by 1 Centigrade decrease in degree, it's 5% saving on energy. So the fact that we can come with a package that is so much comprehensive need storage with inverter with energy management systems and other software that allowed you to save energy is a very big advantage, and this is why we grow very nicely.

Another thing that we see, by the way, in Europe, that there is a little bit anti-Chinese sentiments mostly around C&I related to the fact that I don't know if it is the concerns about security of the systems. But you're right, also it seems to be that also the Chinese are pushing a little bit less when it comes to the segment, while they're more focused on residential at this point in time.

## A - Erica L. Mannion  {BIO 16542185 <GO>}

Very helpful. And then you've -- actually just going to put you try to (Inaudible) so 11 gigawatts, is that slated to go higher? Do you have the visibility to kind of (Inaudible).

## A - Ronen Faier  {BIO 17728323 <GO>}

Can go there. I think that for us, right now, the main question still remains our ability to manufacture. So this year, we believe that, yes, it can go higher for the future. Yes, we expect to see Europe growing at, as I said, tens of percentages. And since our biggest C&I market is U.S., definitely, you see (Inaudible).

## A - Erica L. Mannion  {BIO 16542185 <GO>}

Now I know you've talked no price cuts for this year. but could we see price cuts next year, especially if costs are coming down and you can still keep margins flat? And then what about price and we need to talk about that U.S. versus Europe, but then also just pricing pressures from general oversupply in Europe, especially on the Chinese side, as we've spoken about.

## A - Ronen Faier  {BIO 17728323 <GO>}

So as mentioned, we're not planning anything for this year. For the next year, we will need to look at each and every market. And again, the U.S. here is a little bit different than Europe because of the duopoly, I would call it moves that you see. I will edit that we will need to, We're a company that's more focused on EBITDA rather than gross margins or even revenues. I'm happy to get more profitability on the smaller revenues than that way around. So that's why we would need to look -- when you look at prices, what is going to be the overall impact that you see. Right now, by the way, you do not see elasticity of demand to pricing because, for example, in Europe,

FINAL TRANSCRIPT    2023-09-06
SolarEdge Technologies Inc (SEDG US Equity)

we do see that some distributors are carrying too many inverter brands, and they're trying sometimes to discount some of the other brands simply in order to get them out of the system and stop using them. We do see that in some cases, because of cash flow issues, you see discounts that distributors are giving across the board, even if they underlying companies like us or someone else is not giving to these distributors. So I'm not sure if pricing is the right tool right now to do it. But when we are looking at the overall, I would call it, stabilized situation, pricing is always one of the tools that we can use. And this is the tool that we're using. If we believe that we can either grow share that it can either change a little bit the dynamics related to what products we want to take.

So for example, in the U.S., we reduced the pricing of our energy hub inverters because we want people to take a battery and inverter that is ready for battery for EV because it will allow them, by the way, 3 or 4 years from now to be more ready for new things that will come even if it costs us a little bit more at the very beginning. So price is a tool that we do not see any reason why not to use if it brings the results that we want to bring, right now, at least in the markets as we see right now, we don't see a lot of pressure. If you will ask most of our distributors, given them more months of credit, we'll be much more beneficial from them than, I don't know, $0.02 on the [Technical Difficulty] Once we do see the price is [Technical Difficulty] that EBITDA is a legitimate tool as long as it increases profitability.

## A - Erica L. Mannion  {BIO 16542185 <GO>}

So one follow-up to that question. You mentioned how distributors might be cutting prices of products just to get them off your -- just to get them off the shelf. Do you have any say in how much they can cut the product?

## A - Ronen Faier  {BIO 17728323 <GO>}

No. Not necessarily, because once we sold it's theirs. We will try to help them not to do so, by the way, because I think that it's not healthy -- healthy. So if something like this will happen we'll try to understand why and where we can help this not to happen, but it's their decision. Maybe on the flip side, it helps us to sell a little bit more because if they're taking a price cut based on their margins, and I'm selling a little bit more I'm happy with it. But in general, well, first of all, try to understand what is the motivation and whether we can help supplier to ease some of their pain. It's the [Technical Difficulty] run. And once we will make sure that our partners are -- their well being, their financial well being is a little bit better, it is better for us than taking market right now or holding prices a little bit longer.

## A - Erica L. Mannion  {BIO 16542185 <GO>}

Right. You also mentioned that you like that pricing is a tool that you can use for potential share gains. So I wanted to understand when we think about the IRA 45x credit, -- in the past, you've noted that you would just generally produce the amount to satisfy U.S. demand. Have your thoughts changed here at all with respect to exporting it outside the U.S. and using the subsidy to offer lower pricing in new markets?

## A - Ronen Faier {BIO 17728323 <GO>}

So I think about it because it seems to us a little bit nonlogical [Technical Difficulty] the taxpayers' money. We go to subsidize go cheaper inverters in France. It simply doesn't make any sense for us. If this is the case [Technical Difficulty] , we're a company that is bottom line oriented. So -- we don't see any reason if this is legal and if it's possible to actually do it, we don't see any reason why not to do it. But we need to remember one more thing. Again, [Technical Difficulty] when you're manufacturing based on its logic, maybe the right thing to do is to close all of our manufacturing facilities worldwide, just put them in the U.S. and sell outside of the United States. I think the world is a little bit more complicated. I'm not sure if Europe will be able to get their activator and really to come with something effective as the IRA. But I assume that at a certain point, they will need to do so.

I think that from sourcing and even by the carbon footprint, I do not want to make things here and send them to Australia because of the carbon emissions. I think that we will look at this as part of our overall manufacturing strategy trying to capitalize, if possible on this as much as we can, but not forgetting that 8 years in this industry are just very quickly running and then in 8 or 9 years from now when the IRA benefits are gone, you will need to still look at what's going to be the overall manufacturing footprint, and we want to make sure that we have the right economical structure. So something that we can do, but we don't do everything here.

## A - Erica L. Mannion {BIO 16542185 <GO>}

And then do you have an expected timing on when you start to get treasury moving on the [Technical Difficulty]?

## A - Ronen Faier {BIO 17728323 <GO>}

So I've been wrong so many times that I'm not willing to bet right now. So I'd say that experiential beds are talking about October, I'm not sure yet.

## A - Erica L. Mannion {BIO 16542185 <GO>}

Okay. And then last question before I wrap it up. As we think about your manufacturing build out in the U.S., can you sort of give us an update on the timing for? You are initially starting with contract manufacturing, but then going to your own facilities and then just also the -- including commercial production as well.

## A - Ronen Faier {BIO 17728323 <GO>}

Sure. So we've started with contract manufacturing. Because right now, for us, it will take a while to build the factory, plus and it's always a better time to market. Plus right now, we do only inverters because we don't have clarity as on the optimizers. So everything we do right now is contract manufacturing, we'll have at least 30,000 inverters coming by Q3 -- Q4, sorry, coming from these contract manufacturers. -- the factory, once we get the clarification, we decide what size of the factory we want to build because it depends whether we do optimizer or not. I believe that should this happen, we will not see manufacturing ramping up -- starting to ramp up before the end of '24, beginning of '25, simply because of the time that it takes to build the

FINAL TRANSCRIPT
SolarEdge Technologies Inc (SEDG US Equity)

2023-09-06

factory. And we would like to hold everything. We would like to have here both C&I and residential products made. First of all, because we do believe in the potential of this market for the long term, and we believe that C&I will continue to grow. And second, because of the balancing of the lines themselves -- if we're able to do optimizers, inverters, both resi, commercial, we have a much more balanced line from production means, and that means that actually the cost of manufacturing is a little bit lower. So the answer [ph]

## A - Erica L. Mannion  {BIO 16542185 <GO>}

Thanks. With that, we are out of time.

## A - Ronen Faier  {BIO 17728323 <GO>}

Thank you very much.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*