# EXHIBIT 38

# GUGGENHEIM

# BEST IDEA

**Joseph Osha, CFA**
joseph.osha@guggenheimpartners.com
415 852 6468

**Hilary Cauley, CFA**
hilary.cauley@guggenheimpartners.com
212 378 6201

## SEDG                          BUY

**SolarEdge Technologies, Inc.**
**Sector: Energy Technology**

### Price Target Change

| | |
|---|---|
| Share Price | $239.47 |
| Price Target | $290.00 |
| *Prior* | *$400.00* |

**Revenue ($M)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2022** | 655.1 | 727.8 | 836.7 | 890.7 | 3,110.3 |
| **2023** | 943.9 | 991.3 | 909.4E | 945.5E | 3,790.2E |
| *Prior* | — | *1,035.7* | *1,069.6E* | *1,112.0E* | *4,161.2E* |
| **2024** | 955.2E | 1,106.8E | 1,162.3E | 1,262.7E | 4,486.9E |
| *Prior* | *1,185.5E* | *1,354.2E* | *1,370.5E* | *1,522.6E* | *5,432.8E* |

**EPS ($)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2022** | 0.60 | 0.26 | 0.43 | 0.36 | 1.65 |
| **2023** | 2.35 | 2.03 | 1.20E | 1.26E | 6.81E |
| *Prior* | — | *1.88* | *1.83E* | *1.89E* | *7.94E* |
| **2024** | 1.38E | 1.82E | 1.96E | 2.20E | 7.36E |
| *Prior* | *2.08E* | *2.45E* | *2.47E* | *2.90E* | *9.91E* |

**Market Data**

| | |
|---|---|
| 52-Week Range | $190.15 - $374.48 |
| Market Cap (M) | $13,493 |
| Enterprise Value (M) | $12,632 |
| Shares Out (M) | 56.3 |
| ADV (3 mo; 000) | 1,130 |

August 2, 2023

# SEDG: US Weakness Drives Disappointing Outlook

> **Key Message**: SEDG's Q2 results were reasonably close to our model, but the company's outlook was disappointing. We underestimated the impact that US weakness is having on the company's business, and to a lesser extent, there are more problems in Europe than we expected as well. Even so, we think SEDG is still the best way to participate in the growth of distributed solar globally, and the stock is attractively valued even on our lower estimates. We reiterate our Buy rating, although our price target has been reduced from $400 to $290.

- **Good Q2 outcome, but a disappointing outlook.** SolarEdge delivered results for the June quarter that showed the benefits of the company's higher exposure to Europe, and to commercial solar markets. The Q2 outcome was reasonably close to our forecasts, although we note that the company got there with European revenues that were substantially above what we had expected, while US revenues undershot our model. The Q3 outlook was, however, considerably below our model at both the revenue and margin level. The extent to which the US slowdown has impacted distribution channels has surprised us, and apparently has surprised SEDG's customers as well. Comments from the company suggest that SEDG now doesn't expect much of a recovery in the US residential market for the remainder of this year. In Europe, problems are more transitory in SEDG's view and ours, although we note that competitive pressure from Chinese vendors is clearly increasing. The company indicated during the call that it does not plan to cut prices in most of its European markets, but we are not convinced that stance is going to hold. Given SEDG's history of being willing to engage on price, we think that the company is likely to become more aggressive in Europe in order to hold on to market share. We note that we have an additional conversation scheduled with the management team this morning, which may throw some more light on the details of the company's Q3 outlook.

- **Our more upbeat outlook was wrong, but we still think SEDG is the best way to participate in distributed solar growth**. Looking at the stock, it's clear that disappointment over the magnitude of US weakness, and SEDG's margin outlook, may put some pressure on valuation for the near term. Our expectations were clearly too high, and we have taken our 2024 numbers down considerably, per the data in Figure 2. Even so, and even on our lower numbers, the fact remains that SEDG is positioned to see 20% + revenue growth this year, and low teens growth in 2024. We like SEDG's geographical and product positioning a lot better than competitor Enphase (ENPH, $150, Neutral), and we also see less risk to SEDG's margin structure going forward. Our revised estimates are, we believe, derisked at this point, which gives us some confidence in our valuation analysis. At the moment SEDG shares are trading on 21x our NTM EBITDA estimate and 17x our 2024 estimate, with those multiples likely to be lower when the stock opens this morning. We believe SEDG continues to be one of the best ways to participate in the growth of distributed solar generation globally. On that basis we are sticking with our 25x target multiple, which results in a reduced price target of $290. The disappointing news yesterday notwithstanding, SEDG also continues to be our Best Idea.

---

ENERGY TECHNOLOGY

**SOLAREDGE TECHNOLOGIES, INC.**                                                                                                                                        **August 2, 2023**

**Figure 1. SEDG: Summary of Changes to Key Financial Metrics**

|                       | Prior |        | New    |        | Variance |         |
|-----------------------|--------|--------|--------|--------|----------|---------|
|                       | FY2023E | FY2024E | FY2023E | FY2024E | FY2023E | FY2024E |
| Revenue ($m)          | 4,161.2 | 5,432.8 | 3,790.2 | 4,486.9 | -371.0 | -945.9 |
| EBITDA ($m)           | 861.4 | 1,097.2 | 693.6 | 786.6 | -167.8 | -310.6 |
| GAAP EPS              | $7.94 | $9.91 | $6.81 | $7.36 | -$1.13 | -$2.56 |
| Free cash flow ($m)   | 274.3 | 302.1 | 167.6 | 180.2 | -106.7 | -122.0 |

*Source: Guggenheim Securities, LLC estimates, FactSet, Company Reports*

**Figure 2. SEDG: Summary of Guggenheim and Consensus Estimates Vs. Actual Results**

| 2Q23              | Actual | GS | Consensus |
|-------------------|--------|------|-----------|
| Revenue ($m)      | 991.3 | 1,035.7 | 995.7 |
| EBITDA ($m)       | 202.6 | 222.3 | 208.1 |
| EBITDA Margin (%) | 20.4% | 21.5% | 20.9% |
| GAAP EPS ($)      | $2.03 | $1.88 | $1.99 |

*Source: Guggenheim Securities, LLC estimates, FactSet*

## SEDG - Valuation

Our valuation approach continues to center on a target EBITDA multiple, which we arrive at by examining revenue growth, earnings growth and free cash flow generation. In the case of SEDG this analysis supports a 25x target EBITDA multiple per the data in Figure 3 below, which is unchanged from our previous work– this also works out to a target EV/Revenue multiple of 4.2x. Our actual estimates are lower, however, the result being that our price target declines from $400 to $290. We reiterate our buy recommendation on that basis.

**Figure 3. SEDG: Valuation Analysis**

| Company | Ticker | NTM EV/Revenue | NTM EV/EBITDA | 2022-24E Revenue CAGR |
|---|---|---|---|---|
| Enphase Energy, Inc. | ENPH | 8.5x | 29.9x | 10.0% |
| Generac Holdings Inc. | GNRC | 2.6x | 14.9x | 0.6% |
| Itron, Inc. | ITRI | 2.0x | 38.6x | 9.0% |
| Hubbell Incorporated | HUBB | 3.5x | 19.2x | 4.6% |
| EnerSys | ENS | 1.4x | 12.1x | 15.1% |
| Badger Meter, Inc. | BMI | 7.7x | 37.0x | 6.1% |
| *Average* | | **4.3x** | **25.3x** | **7.6%** |
| | | | | |
| **SolarEdge** | | **3.4x** | **21.1x** | **19.7%** |
| | | | | |
| **SolarEdge @ 290 Price Target** | | **4.2x** | **25.0x** | **19.7%** |

*Source: FactSet and Guggenheim Securities, LLC estimates*

## SEDG – Investment Risks

- A drop in retail prices for electricity from the utility grid or other renewables could make the price of solar PV systems less attractive and slow the adoption of solar. Additionally, many end users depend on financing to fund the initial capital expenditures for solar – an increase in rates or reduction in available project debt financing or tax equity could materially impact demand.
- SEDG is undertaking several diversification efforts, notable including electric vehicle drivetrains. Financial performance from those efforts could differ from our expectations.
- SEDG depends on limited or single source suppliers for key components and raw materials which could leave it susceptible to quality issues, shortages, or price hikes.
- No exclusive arrangements with third-party distributors and installers are in place and could therefor choose to terminate or deprioritize its relationship with SEDG.
- As SEDG continues to work on diversifying its revenue base, growth in non-solar revenue will become increasingly important. Success in new markets, with new customers, can be a challenge.

ENERGY TECHNOLOGY

**SOLAREDGE TECHNOLOGIES, INC.**                                                                                                                                                                     **August 2, 2023**

**Figure 4. SEDG: Historical and Forecasted Income Statement**

| | CY2022 | % Rev | Mar-23 | % Rev | Jun-23 | % Rev | Sep-23E | % Rev | Dec-23E | % Rev | CY2023E | % Rev | CY2024E | % Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($m) | | | | | | | | | | | | | | |
| Revenue | $3,110.3 | 100.0% | $943.9 | 100.0% | $991.3 | 100.0% | $909.4 | 100.0% | $945.5 | 100.0% | $3,790.2 | 100.0% | $4,486.9 | 100.0% |
| Cost of revenue | $2,265.6 | 72.8% | $643.8 | 68.2% | $674.0 | 68.0% | $646.8 | 71.1% | $674.0 | 71.3% | $2,638.5 | 69.6% | $3,132.1 | 69.8% |
| Gross margin | $844.6 | 27.2% | $300.1 | 31.8% | $317.3 | 32.0% | $262.7 | 28.9% | $271.6 | 28.7% | $1,151.7 | 30.4% | $1,354.9 | 30.2% |
| Operating expenses | | | | | | | | | | | | | | |
| Research and development | $289.8 | | $79.9 | | $86.5 | | $87.0 | | $89.0 | | $342.4 | | $409.2 | |
| Sales and marketing | $159.7 | | $41.0 | | $44.2 | | $44.0 | | $45.0 | | $174.1 | | $206.7 | |
| General and administrative | $229.0 | | $35.1 | | $36.2 | | $37.0 | | $38.0 | | $146.3 | | $154.0 | |
| Total operating expenses | $678.5 | 21.8% | $156.0 | 16.5% | $166.9 | 16.8% | $168.0 | 18.5% | $172.0 | 18.2% | $662.9 | 17.5% | $769.9 | 17.2% |
| | | | | | | | | | | | | | | |
| Operating income (loss) | $166.1 | 5.3% | $144.2 | 15.3% | $150.4 | 15.2% | $94.7 | 10.4% | $99.6 | 10.5% | $488.8 | 12.9% | $585.0 | 13.0% |
| | | | | | | | | | | | | | | |
| Net financial expenses | -$11.0 | | -$23.5 | | -$3.4 | | $0.0 | | $0.0 | | -$26.9 | | $0.0 | |
| | | | | | | | | | | | | | | |
| Income before taxes | $177.2 | | $167.7 | | $153.7 | | $94.7 | | $99.6 | | $515.8 | | $585.0 | |
| Provision for income taxes | $83.4 | 47.1% | $29.3 | 17.5% | $34.2 | 22.3% | $23.7 | 25.0% | $24.9 | 25.0% | $112.1 | 21.7% | $146.2 | 25.0% |
| Net aftertax income | $93.8 | 3.0% | $138.4 | 14.7% | $119.5 | 12.1% | $71.0 | 7.8% | $74.7 | 7.9% | $403.6 | 10.6% | $438.7 | 9.8% |
| | | | | | | | | | | | | | | |
| EBITDA Calculations | | | | | | | | | | | | | | |
| Net income as reported | $93.8 | | $138.4 | | $119.5 | | $71.0 | | $74.7 | | $403.6 | | $438.7 | |
| Depreciation and amortization | $40.6 | | $13.5 | | $13.3 | | $10.8 | | $10.8 | | $48.3 | | $44.0 | |
| Stock-based compensation | $145.5 | | $39.2 | | $39.0 | | $39.1 | | $39.2 | | $156.4 | | $157.7 | |
| Net interest income | -$11.0 | | -$23.5 | | -$3.4 | | $0.0 | | $0.0 | | -$26.9 | | $0.0 | |
| Provision for income taxes | $197.4 | | $29.3 | | $34.2 | | $23.7 | | $24.9 | | $112.1 | | $146.2 | |
| Total EBITDA | $466.2 | 15.0% | $196.9 | 20.9% | $202.6 | 20.4% | $144.6 | 15.9% | $149.6 | 15.8% | $693.6 | 18.3% | $786.6 | 17.5% |
| | | | | | | | | | | | | | | |
| Net income per share | $1.65 | | $2.35 | | $2.03 | | $1.20 | | $1.26 | | $6.81 | | $7.36 | |
| | | | | | | | | | | | | | | |
| Shares outstanding | 55,088 | | 59,194 | | 59,183 | | 59,283 | | 59,383 | | 59,261 | | 59,633 | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

**SOLAREDGE TECHNOLOGIES, INC.**                                                                                          **August 2, 2023**

#### Figure 5. SEDG: Historical and Forecasted Balance Sheet

| ($m) | CY2022 | Mar-23 | Jun-23 | Sep-23E | Dec-23E | CY2023E | CY2024E |
|---|---|---|---|---|---|---|---|
| Assets | | | | | | | |
| Current assets | | | | | | | |
| Cash and cash equivalents | $783.1 | $727.8 | $557.7 | $767.5 | $871.0 | $871.0 | $1,106.9 |
| Restricted cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Marketable securities | $241.1 | $410.8 | $493.2 | $493.2 | $493.2 | $493.2 | $493.2 |
| Trade receivables | $905.1 | $969.5 | $1,149.8 | $1,034.9 | $1,056.0 | $1,056.0 | $1,319.1 |
| Prepaid expenses/other | $241.1 | $259.6 | $264.2 | $242.4 | $252.0 | $252.0 | $245.5 |
| Inventories | $729.2 | $874.2 | $984.2 | $924.4 | $943.3 | $943.3 | $1,169.4 |
| Total current assets | $2,899.7 | $3,242.1 | $3,449.1 | $3,462.3 | $3,615.4 | $3,615.4 | $4,334.2 |
| Non-current assets | | | | | | | |
| PP&E, net | $544.0 | $556.1 | $580.5 | $599.7 | $618.9 | $618.9 | $694.9 |
| Marketable securities, long term | $645.5 | $509.1 | $435.8 | $435.8 | $435.8 | $435.8 | $435.8 |
| Other long-term assets | $176.8 | $189.1 | $231.1 | $231.1 | $231.1 | $231.1 | $231.1 |
| Total non-current assets | $1,366.3 | $1,254.4 | $1,247.4 | $1,266.6 | $1,285.8 | $1,285.8 | $1,361.8 |
| Total assets | $4,265.9 | $4,496.4 | $4,696.5 | $4,728.9 | $4,901.2 | $4,901.2 | $5,696.0 |
| Liabilities and stockholder equity | | | | | | | |
| Current liabilities | | | | | | | |
| Accounts payable | $459.8 | $408.5 | $434.6 | $417.0 | $434.6 | $434.6 | $524.7 |
| Payroll accruals | $85.2 | $90.9 | $74.7 | $71.7 | $74.7 | $74.7 | $39.2 |
| Warranty obligations | $104.0 | $129.3 | $146.2 | $140.2 | $146.1 | $146.1 | $191.2 |
| Accrued expenses, other | $240.8 | $271.4 | $224.3 | $215.2 | $224.3 | $224.3 | $267.2 |
| Total current liabilities | $889.7 | $900.0 | $879.8 | $844.2 | $879.7 | $879.7 | $1,022.3 |
| Non-current liabilities | | | | | | | |
| Loans and borrowings | $624.5 | $625.2 | $625.9 | $625.9 | $625.9 | $625.9 | $625.9 |
| Warranty obligations | $281.1 | $313.7 | $342.4 | $314.2 | $326.6 | $326.6 | $350.5 |
| Deferred revenues | $186.9 | $196.9 | $204.7 | $187.8 | $195.2 | $195.2 | $215.1 |
| Other long-term liabilities | $107.4 | $109.8 | $105.6 | $103.6 | $101.6 | $101.6 | $93.6 |
| Total non-current liabilities | $1,199.9 | $1,245.6 | $1,278.6 | $1,231.5 | $1,249.4 | $1,249.4 | $1,285.2 |
| Total liabilities | $2,089.6 | $2,145.6 | $2,158.4 | $2,075.7 | $2,129.1 | $2,129.1 | $2,307.5 |
| Total equity | $2,176.4 | $2,350.8 | $2,538.1 | $2,653.2 | $2,772.1 | $2,772.1 | $3,388.5 |
| Total liabilities and equity | $4,265.9 | $4,496.4 | $4,696.5 | $4,728.9 | $4,901.2 | $4,901.2 | $5,696.0 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

**SOLAREDGE TECHNOLOGIES, INC.**                                                                                        August 2, 2023

**Figure 6. SEDG: Historical and Forecasted Operating Metrics**

| | CY2022 | Mar-23 | Jun-23 | Sep-23E | Dec-23E | CY2023E | CY2024E |
|---|---|---|---|---|---|---|---|
| ($m, $/w) | | | | | | | |
| Inverters shipped | 1,019,307 | 329,653 | 334,635 | 312,505 | 323,287 | 1,300,079 | 1,456,407 |
| Power optimizers shipped | 23,736,368 | 6,440,683 | 5,531,373 | 5,312,578 | 5,495,873 | 22,780,508 | 26,215,330 |
| Total inverter megawatts shipped (AC nameplate) | 10,490 | 3,608 | 4,324 | 4,063 | 4,203 | 16,197 | 18,362 |
| US inverter megawatts shipped (AC nameplate) | 3,396 | 975 | 666 | 653 | 653 | 2,946 | 2,871 |
| % of total | 32.4% | 27.0% | 15.4% | 16.1% | 15.5% | 18.2% | 15.6% |
| Seq/YoY Change | 36.1% | 10.8% | -31.7% | -2.0% | 0.0% | -13.2% | -2.5% |
| Non-US inverter megawatts shipped (AC nameplate) | 7,094 | 2,633 | 3,658 | 3,410 | 3,550 | 13,251 | 15,491 |
| % of total | 67.6% | 73.0% | 84.6% | 83.9% | 84.5% | 81.8% | 84.4% |
| Seq/YoY Change | 52.1% | 16.5% | 38.9% | -6.8% | 4.1% | 86.8% | 16.9% |
| Europe | 5,477 | 2,140 | 3,261 | 3,033 | 3,154 | 11,588 | 13,745 |
| % of total | 52.2% | 59.3% | 75.4% | 74.7% | 75.0% | 71.5% | 74.9% |
| ROW | 1,617 | 493 | 397 | 377 | 396 | 1,663 | 1,746 |
| % of total | 15.4% | 13.7% | 9.2% | 9.3% | 9.4% | 10.3% | 9.5% |
| Commercial megawatts shipped | 5,190 | 2,079 | 2,599 | 2,469 | 2,563 | 9,710 | 11,193 |
| % of total | 49.5% | 57.6% | 60.1% | 60.8% | 61.0% | 59.9% | 61.0% |
| Seq/YoY Change | 68.6% | 38.6% | 25.0% | -5.0% | 3.8% | 87.1% | 15.3% |
| Residential megawatts shipped | 5,300 | 1,529 | 1,725 | 1,594 | 1,640 | 6,488 | 7,170 |
| % of total | 50.5% | 42.4% | 39.9% | 39.2% | 39.0% | 40.1% | 39.0% |
| Seq/YoY Change | 29.9% | -6.8% | 12.8% | -7.6% | 2.9% | 22.4% | 10.5% |
| Kokam/Sella revenues (external sales) | $30.5 | $13.5 | $13.5 | $20.3 | $20.3 | $67.5 | $81.0 |
| MWh | $220.0 | $100.0 | $100.0 | $150.0 | $150.0 | $500.0 | $600.0 |
| Residential Storage Volume, in MwH | | | | | | | |
| MWh | 890.0 | 221.0 | 269.0 | 185.2 | 227.6 | 902.8 | 1,737.1 |
| Estimated Attach Rate (Resi Only) | 11.2% | 9.6% | 10.4% | 7.7% | 9.3% | 9.3% | 16.2% |
| Shipments recognized for revenue | 779.0 | 221.0 | 269.0 | 185.2 | 227.6 | 902.8 | 1,737.1 |
| Residential Storage Revenue ($m) | $496.1 | $105.0 | $128.9 | $88.0 | $108.1 | $429.9 | $781.7 |
| Other non-solar revenue | $158.4 | $21.9 | $30.4 | $45.0 | $55.0 | $152.3 | $252.0 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

ENERGY TECHNOLOGY

**SOLAREDGE TECHNOLOGIES, INC.**                                                          **August 2, 2023**

**ANALYST CERTIFICATION**

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

**IMPORTANT DISCLOSURES**

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from SolarEdge Technologies, Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



Rating and Price Target History for: SolarEdge Technologies, Inc. (SEDG) as of 08-01-2023

Created by: BlueMatrix

**RATINGS EXPLANATION AND GUIDELINES**

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**SOLAREDGE TECHNOLOGIES, INC.**                                                                      **August 2, 2023**

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

### RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| | | | Count | Percent |
| --- | --- | --- | --- | --- |
| BUY | 247 | 66.40% | 40 | 16.19% |
| NEUTRAL | 116 | 31.18% | 7 | 6.03% |
| SELL | 9 | 2.42% | 0 | 0.00% |

### OTHER DISCLOSURES

This research is for our clients and prospective clients only. This research was prepared by personnel who are associated with both Guggenheim Securities, LLC (a FINRA-registered broker-dealer, "Guggenheim Securities") and Guggenheim Securities Research Services, LLC (an investment adviser, "GSRS," and together with Guggenheim Securities, "Guggenheim"). If you are paying separately for this research, it is being provided to you by GSRS. Otherwise, it is being provided by Guggenheim Securities. Guggenheim does not create tailored or personalized research and all research provided by Guggenheim is impersonal advice. Other than disclosures relating to Guggenheim and our affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Guggenheim Securities' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to Guggenheim Securities' clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim and certain of our affiliates conduct an investment management business, trade for their own accounts, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim research and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them will fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person, or otherwise in a territory where it is not intended to, or may not, be distributed, should not act or rely on this document or any of its contents.

Copyright © 2023 by Guggenheim Securities, LLC, a FINRA registered broker-dealer, and by Guggenheim Securities Research Services, LLC, an investment adviser (together with, Guggenheim Securities, LLC, "Guggenheim"). All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

### Automotive
**Jonathan Elias** — 212.381.7573
Jonathan.Elias@guggenheimpartners.com

**Ron Jewsikow** — 212.823.6581
Ronald.Jewsikow@guggenheimpartners.com

### Food Retailers; Consumables Retail/Distribution
**John Heinbockel** — 212.381.4135
John.Heinbockel@guggenheimpartners.com

### Hardlines Retail
**Steven Forbes, CFA, CPA** — 212.381.4188
Steven.Forbes@guggenheimpartners.com

### Restaurants
**Gregory Francfort, CFA** — 212.518.9182
Gregory.Francfort@guggenheimpartners.com

### Retailing/Department Stores & Specialty Softlines
**Robert Drbul** — 212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

### Consumer Sector Specialist
**Carey Kaufman** — 504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Power and Energy Transition Equity Research

### Energy Technology & Industrial Technology
**Joseph Osha, CFA** — 415.852.6468
Joseph.Osha@guggenheimpartners.com

### Power & Utilities
**Shahriar Pourreza, CFA** — 212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology & Media Equity Research

### Entertainment & Digital Media
**Michael Morris, CFA** — 804.253.8025
Michael.Morris@guggenheimpartners.com

### Media & Live Entertainment
**Curry Baker** — 804.253.8029
Curry.Baker@guggenheimpartners.com

### Software
**John DiFucci** — 212.518.9670
John.DiFucci@guggenheimpartners.com

**Howard Ma** — 512.354.3458
Howard.Ma@guggenheimpartners.com

**Raymond McDonough, CFA** — 212.518.9704
Raymond.McDonough@guggenheimpartners.com

## Technology & Media Equities Team

### TMT Sector Specialist
**Seth Ostrie** — 212.518.9547
Seth.Ostrie@guggenheimpartners.com

## Healthcare Equity Research

### Biotechnology
**Debjit Chattopadhyay, Ph.D.** — 212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Kelsey Goodwin** — 617.859.4621
Kelsey.Goodwin@guggenheimpartners.com

**Eddie Hickman, Ph.D.** — 212.518.9904
Eddie.Hickman@guggenheimpartners.com

**Michael Schmidt, Ph.D.** — 617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja** — 212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.** — 212.518.9501
Charles.Zhu@guggenheimpartners.com

### Global Biopharmaceuticals
**Vamil Divan, M.D.** — 212.823.6543
Vamil.Divan@guggenheimpartners.com

**Seamus Fernandez** — 617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Evan Wang** — 212.651.9756
Evan.Wang@guggenheimpartners.com

### Healthcare IT & Services
**Sandy Draper, CFA** — 404.926.1021
Sandy.Draper@guggenheimpartners.com

**Jack Wallace** — 212.518.9620
Jack.Wallace@guggenheimpartners.com

## Healthcare Equities Team

### Healthcare Sector Specialist
**Whitney Wolfe** — 212.518.9630
Whitney.Wolfe@guggenheimpartners.com

## Equities Management

| | |
|---|---|
| Stefano Natella, Head of Equities | 212.292.4700 |
| Jeffrey Cohen, Head of Sales | 212.292.4762 |
| Dante Ferrarie, Head of Trading | 212.518.3331 |
| Craig Peckham, Head of Research | 212.292.4765 |

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Richmond | 804.253.8052 |

**GUGGENHEIM**