# EXHIBIT 39

# SolarEdge Technologies

# 2Q23 Preview: Diversification benefits propping up the outlook; Reiterate Buy

**Reiterate Rating: BUY | PO: 396.00 USD | Price: 253.96 USD**

## Despite recent underperformance, 2Q setup looks healthy

Into the final days of 2Q23, SEDG shares have underwhelmed, as investors remain concerned about the components outlook across geographies. The Street expects a roughly flat 2023 for US resi, which is consistent with communications from SEDG mgmt., but coming out of Intersolar Munich (renewable industry conference), investors are weary of the European growth story, following the collapse in polysilicon prices. We argue these concerns seem misplaced, and point to EBITDA acceleration in 2H23, driven by compounding operating leverage and further C&I and storage deployments.

## 2Q23 expectations intact, watch GM guidance

We model SEDG at the top end of revenue and GM guidance in 2Q23, driven by volumetric strength and price resiliency, despite investor concerns. We highlight that 2Q23 is expected to be a bit of a GM bright spot, given favorably lower storage mix, but we look for further operating margin expansion into 2H23. We look for another sequential guide up at the revenue line, stable GM, but op. margin improvement.

## European strength continues and drives fundamentals

We dig into historical growth trends across Europe and analyze key markets to understand SEDG's potential for sustained, impressive growth. Despite lofty growth targets, we remain confident in SEDG's ability to compete in these markets, given its technological value proposition and 5-10 year track record. SEDG reiterated its strong growth outlook for resi and C&I across Europe, and we look for continued growth, as SEDG de-bottlenecks its three-phase inverter capacity for storage applications (critical for German market and C&I storage deployments).

## Valuation MtM and estimate changes move PO to $396

We maintain our valuation methodology and MtM EV/EBITDA multiples. Our updated PO at $396 (vs. $379 prior) uses a 75/25 mix of EV/EBITDA (21.5x/18x vs. 19.5x/16x prior) and DCF (maintained assumptions). We tweak our sales mix expectations, lower our storage GM in the medium term, and maintain our assumption of operating margin expansion. With IRA benefit clarity on the follow, we continue to prefer this diversified structural growth story, we reiterate Buy, as SEDG's 2023 looks even better.

| Estimates (Dec) (US$) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| EPS | 4.77 | 5.92 | 12.69 | 15.51 | 18.33 |
| GAAP EPS | 3.08 | 3.88 | 9.85 | 12.28 | 14.59 |
| EPS Change (YoY) | 14.7% | 24.1% | 114.4% | 22.2% | 18.2% |
| Consensus EPS (Bloomberg) | | | 10.96 | 12.84 | 14.89 |
| DPS | 0 | 0 | 0 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | 53.2x | 42.9x | 20.0x | 16.4x | 13.9x |
| GAAP P/E | 82.5x | 65.5x | 25.8x | 20.7x | 17.4x |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | 40.2x | 29.9x | 14.7x | 12.1x | 10.3x |
| Free Cash Flow Yield* | 0.4% | -0.9% | 8.2% | 4.7% | 6.3% |

*\* For full definitions of iQmethod $^{SM}$ measures, see page 12.*

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 13 to 15. Analyst Certification on page 10. Price Objective Basis/Risk on page 10.**                    12574405

Timestamp: 30 June 2023 05:30AM EDT

---

**30 June 2023**

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 379.00 | 396.00 |
| 2023E Rev (m) | 4,409.9 | 4,350.9 |
| 2024E Rev (m) | 5,745.6 | 5,663.3 |
| 2025E Rev (m) | 6,993.3 | 6,902.2 |
| 2023E EPS | 12.90 | 12.69 |
| 2024E EPS | 16.11 | 15.51 |
| 2025E EPS | 19.36 | 18.33 |

**Julien Dumoulin-Smith**
Research Analyst
BofAS
+1 646 855 5855
julien.dumoulin-smith@bofa.com

**Morgan Reid**
Research Analyst
BofAS
+1 646 855 4329
morgan.reid@bofa.com

**Alex Vrabel**
Research Analyst
BofAS
+1 713 247 7751
alexander.vrabel@bofa.com

### Stock Data

| | |
|---|---|
| Price | 253.96 USD |
| Price Objective | 396.00 USD |
| Date Established | 29-Jun-2023 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 190.15 USD - 375.90 USD |
| Mrkt Val (mn) / Shares Out (mn) | 15,541 USD / 61.2 |
| Average Daily Value (mn) | 265.37 USD |
| BofA Ticker / Exchange | SEDG / NAS |
| Bloomberg / Reuters | SEDG US / SEDG.OQ |
| ROE (2023E) | 29.9% |
| Net Dbt to Eqty (Dec-2022A) | -36.0% |
| **ESGMeter™** | **High** |

**ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of BofA Global Research's equity investment rating, volatility risk rating, income rating, and price objective for that company.** For full details, refer to "BofA ESGMeter Methodology".

NEM = Net Energy Metering

CM = Contract Manufacturing

IRA = Inflation Reduction Act

Unauthorized redistribution of this report is prohibited. This report is intended for CR

# *iQprofile*<sup>SM</sup> SolarEdge Technologies

*iQ*method <sup>SM</sup> **– Bus Performance***

| (US$ Millions) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| Return on Capital Employed | 13.1% | 11.2% | 19.0% | 19.4% | 19.1% |
| Return on Equity | 22.8% | 20.2% | 29.9% | 27.8% | 25.6% |
| Operating Margin | 82.7% | 86.0% | 87.2% | 88.3% | 88.6% |
| Free Cash Flow | 65 | (138) | 1,279 | 736 | 976 |

*iQ*method <sup>SM</sup> **– Quality of Earnings***

| (US$ Millions) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 0.8x | 0.1x | 1.8x | 0.8x | 0.9x |
| Asset Replacement Ratio | 5.1x | 3.4x | 2.3x | 1.5x | 1.4x |
| Tax Rate | 15.0% | 28.0% | 27.0% | 24.0% | 22.0% |
| Net Debt-to-Equity Ratio | -40.5% | -36.0% | -70.6% | -72.7% | -76.0% |
| Interest Cover | 16.9x | NA | NA | NA | NA |

**Income Statement Data (Dec)**

| (US$ Millions) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| Sales | 1,943 | 3,110 | 4,351 | 5,663 | 6,902 |
| % Change | 33.2% | 60.1% | 39.9% | 30.2% | 21.9% |
| Gross Profit | 652 | 144 | 1,167 | 1,272 | 1,305 |
| % Change | 35.2% | -77.9% | 711.2% | 9.0% | 2.6% |
| EBITDA | 365 | 492 | 1,001 | 1,211 | 1,421 |
| % Change | 45.8% | 34.6% | 103.5% | 21.0% | 17.4% |
| Net Interest & Other Income | (20) | 3 | 0 | 0 | 0 |
| **Net Income (Adjusted)** | **273** | **352** | **761** | **941** | **1,129** |
| **% Change** | **21.6%** | **28.9%** | **116.4%** | **23.7%** | **19.9%** |

**Free Cash Flow Data (Dec)**

| (US$ Millions) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 187 | 214 | 578 | 730 | 880 |
| Depreciation & Amortization | 29 | 50 | 26 | 39 | 44 |
| Change in Working Capital | 0 | 0 | 558 | (181) | (133) |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | (2) | (233) | 176 | 208 | 245 |
| Capital Expenditure | (149) | (169) | (60) | (60) | (60) |
| **Free Cash Flow** | **65** | **-138** | **1,279** | **736** | **976** |
| **% Change** | **-32.3%** | **NM** | **NM** | **-42.5%** | **32.7%** |

**Balance Sheet Data (Dec)**

| (US$ Millions) | 2021A | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|
| Cash & Equivalents | 530 | 783 | 2,062 | 2,798 | 3,774 |
| Trade Receivables | 456 | 905 | 596 | 698 | 756 |
| Other Current Assets | 725 | 1,211 | 894 | 1,112 | 1,312 |
| Property, Plant & Equipment | 410 | 544 | 578 | 599 | 615 |
| Other Non-Current Assets | 770 | 822 | 822 | 822 | 822 |
| **Total Assets** | **2,892** | **4,266** | **4,953** | **6,029** | **7,280** |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 525 | 890 | 822 | 961 | 1,086 |
| Long-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Liabilities | 1,057 | 1,200 | 1,209 | 1,218 | 1,228 |
| **Total Liabilities** | **1,582** | **2,090** | **2,031** | **2,179** | **2,314** |
| **Total Equity** | **1,310** | **2,176** | **2,922** | **3,850** | **4,966** |
| **Total Equity & Liabilities** | **2,892** | **4,266** | **4,953** | **6,029** | **7,280** |

* For full definitions of *iQ*method <sup>SM</sup> measures, see page 12.

## Company Sector

Alternative Energy

## Company Description

Founded in 2006, SolarEdge Technologies (SEDG) is a leading global power electronics company headquartered in Israel. SEDG designs and sells semiconductor-based DC optimized inverter and battery systems - comprising of DC optimizers to regulate output at module level, a string inverter to convert DC electricity to AC, and a DC-coupled battery to store electricity. SEDG sells its products to solar installers, EPCs, and distributors globally with largest focus on North America and Europe.

## Investment Rationale

We are Buy rated on SEDG. It offers attractive exposure to critical end markets with leading positions across diversified markets. We argue that we have clear visibility into gross margin and operating margin expansion in the near and medium term, which drives earnings growth. Storage presents upside to top-line growth capacities 2023 forward, but we await further mgmt. commentary on capacity upsizing.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,046,964 |

## Quarterly Earnings Estimates

| | 2022 | 2023 |
|---|---|---|
| Q1 | NAA | 2.96A |
| Q2 | NAA | 2.78E |
| Q3 | NAA | 3.10E |
| Q4 | NAA | 3.83E |

# 2Q23 intact ahead of 2H23 inflection

Into 2Q23, we look for another relatively clean print from SEDG, lead with structurally strong GM and a 2H23 inflection characterized by operating margin expansion. Market health remains the fixation for the quarter, where competition and pricing power are areas of concern. As global component supply has returned to healthy and may even border on elevated levels across geographies, investors have grown cautious about component pricing trends against excess supply.

Our recent conversations with SEDG and the company's latest appearances on the conference circuit indicate a confidence in market growth and competitive strength. Mgmt. remains adamant that it does not see a need to cut pricing on products, irrespective of segment or geography. European competitive pressures are of an increasing concern, since this market is an outsized contributor to SEDG's near term growth, and now that the market is no longer capacity constrained, SEDG feels comfortable competing on the merits of its products and offerings. Mgmt. argues that it has effectively taken shares across key countries in Europe, many of which it has competed in for roughly a decade, and it believes it is poised to continue delivering in these markets.

We dig into several critical European markets for SEDG, looking at historical photovoltaic (PV) and storage growth. We remain comfortable with SEDG's ability to deploy volumes on the order of +80% growth in European resi, despite the heightened caution around Chinese competition. We reference SMA's (not covered) recent FY23 guidance raise as a vote of confidence in the broader continent's growth, where SMA's better than expected performance stems from its home products category.

## Estimate changes

We lower our US resi forecast for FY23 slightly to imply a roughly flat year, and we taper our 2Q23 estimates for US resi after latest channel checks have indicated continued market-wide softness. Moreover, we lower our 2023 storage deployment expectations slightly, as three phase inverter component tightness persists and Sella 2 capacity ramps throughout the year. Recall, SEDG expects to consume most of its Sella 2 cell production capacity throughout 2024. Based on mgmt.'s latest comments at a competitor conference, we lower our expectations for SEDG's storage GM long term. SEDG noted that it does not presently believe it can maintain storage GM in excess of 25%, so we reduce our MT expectations 150-200%.

### F/X a slight tailwind, again

Per mgmt. guidance, we average EURUSD movement in the quarter (1.088 for 2Q23), which results in a +$0.013 FX benefit. Using SEDG's rule of thumb that each $0.01 move in EURUSD move represents a 40 bps move in SEDG's GM, we reflect ~45 bps of benefit at the blended GM, which nudges our estimates toward the top of guidance.

**Exhibit 1: BofA Estimates for SEDG Key Metrics**
We refresh our estimates for SEDG to account for latest updates from mgmt. and macro factors

| | 2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Metrics** | | | | | | | | | | | | | |
| **Shipments & ASPs** | | | | | | | | | | | | | |
| Inverter Shipments (MWdc) | 7,159.0 | 2,130.0 | 2,516.0 | 2,703.0 | 3,141.0 | 10,490.0 | 3,608.0 | 3,504.5 | 3,930.9 | 4,691.4 | 15,759.7 | 19,450.3 | 24,288.6 |
| *VA Consensus* | | *2,130.6* | *2,515.5* | *2,703.9* | *3,141.4* | *10,491.3* | *3,608.0* | *3,685.9* | *3,901.9* | *4,192.7* | *15,386.2* | *19,116.5* | *23,177.5* |
| *Resi* | *4,081.0* | *1,131.0* | *1,245.0* | *1,284.0* | *1,640.0* | *5,300.0* | *1,529.0* | *1,667.6* | *1,812.2* | *2,317.1* | *7,325.9* | *8,563.9* | *10,062.8* |
| *VA Consensus* | | *1,131.0* | *1,245.0* | *1,284.0* | *1,640.0* | *5,294.3* | *1,529.0* | *1,667.6* | *1,812.2* | *2,317.1* | *6,683.2* | *7,968.1* | *9,524.1* |
| *Commercial* | *3,078.0* | *999.0* | *1,271.0* | *1,419.0* | *1,501.0* | *5,190.0* | *2,079.0* | *1,836.9* | *2,068.6* | *2,274.3* | *8,258.8* | *10,361.4* | *12,913.3* |
| *VA Consensus* | | *1,131.9* | *1,244.4* | *1,285.0* | *1,632.3* | *5,196.9* | *1,529.0* | *1,615.5* | *1,689.8* | *1,848.9* | *8,568.6* | *10,340.4* | *12,319.5* |
| Storage Shipments (MWh) | 63.0 | 100.0 | 251.0 | 320.7 | 217.6 | 889.3 | 221.0 | 230.0 | 315.0 | 350.0 | 1,145.0 | 1,795.0 | 3,136.8 |
| | | | | | | | | | | | | | |
| Blended Solar ASP ($/W) | $0.24 | $0.27 | $0.24 | $0.23 | $0.24 | $0.28 | $0.22 | $0.25 | $0.24 | $0.23 | $0.24 | $0.24 | $0.22 |
| *VA Consensus* | | *$0.28* | *$0.26* | *$0.26* | *$0.25* | *$0.27* | *$0.23* | *$0.25* | *$0.25* | *$0.25* | *$0.25* | *$0.26* | *$0.25* |
| Storage ASP ($/kWh) | $575 | $505 | $520 | $546 | $473 | $511 | $475 | $478 | $480 | $482 | $479 | $419 | $367 |



BofA GLOBAL RESEARCH

**Exhibit 1: BofA Estimates for SEDG Key Metrics**
We refresh our estimates for SEDG to account for latest updates from mgmt. and macro factors

| | 2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | |
| Revenue ($mn) | $1,943 | $655 | $728 | $837 | $891 | $3,110 | $944 | $1,008 | $1,101 | $1,298 | $4,351 | $5,663 | $6,902 |
| *Guidance* | | *$615-645mm* | *$710-740mn* | *$810-840mn* | *$855-885mn* | | *$915-945mn* | *$970-1010mn* | | | *+20-30% yoy* | *+20-30% yoy* | *+20-30% yoy* |
| *VA Consensus* | | *655* | *728* | *837* | *891* | *3,128* | *926* | *989* | *1,056* | *1,132* | *4,104* | *5,066* | *5,956* |
| *of which Storage (BofA Est)* | | $44 | $105 | $191 | $99 | $439 | $97 | $96 | $135 | $162 | $490 | $752 | $1,151 |
| Non-GAAP Gross Profit | $671.6 | $186.1 | $194.3 | $228.6 | $268.6 | $878.0 | $307.4 | $352.5 | $380.6 | $455.7 | $1,532.0 | $1,832.6 | $2,162.1 |
| *VA Consensus* | | *$186.1* | *$194.3* | *$228.6* | *$268.7* | *877.7* | *$298.7* | *$333.0* | *$349.6* | *$378.5* | *1,352.6* | *1,655.4* | *1,966.4* |
| % Margin | 35% | 28.4% | 26.7% | 27.3% | 30.2% | 28.2% | 32.6% | 35.0% | 34.6% | 35.1% | 35% | 32% | 31% |
| *VA Consensus (Implied)* | | *28.4%* | *26.7%* | *27.3%* | *30.2%* | *28.1%* | *32.3%* | *33.7%* | *33.1%* | *33.4%* | *33.0%* | *32.7%* | *33.0%* |
| *Guidance* | | *28-30%* | *26-29%* | *26-29%* | *27-30%* | | *28-31%* | *32-35%* | | | | | *29-31% target* |
| Non-GAAP Inverter Business Gross Margin | | 30% | 28% | 28% | 32% | 30% | 35% | 37% | 37% | 38% | 37% | 35% | 34% |
| *Guidance: 35-37% Inverter/Optimizer GM* | | | | | | | | *Better than 36% in 3Q23+* | | | | | |
| *Resi* | | 0% | 0% | 0% | 0% | 0% | 0% | 40% | 39% | 40% | 40% | 37% | 36% |
| *Commercial* | | 0% | 0% | 0% | 0% | 0% | 0% | 33% | 33% | 33% | 33% | 32% | 32% |
| *Utility Scale* | | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 21% | 21% | 21% | 22% | 22% |
| *Storage* | | 15% | 15% | 15% | 20% | 16% | 25% | 26% | 26% | 26% | 26% | 26% | 26% |
| *Non-Solar* | | 7% | 7% | 11% | -5% | 5% | 2% | 4% | 5% | 6% | 4% | 7% | 15% |
| Non-GAAP OpEx | 335.6 | 98.9 | 109.6 | 108.4 | 119.0 | 435.9 | 123.6 | 139.0 | 139.7 | 154.8 | 557.1 | 660.8 | 784.8 |
| *VA Consensus* | | | *110.0* | *108.3* | *127.4* | *444.0* | *123.5* | *134.1* | *139.9* | *146.6* | *544.7* | *651.3* | *723.5* |
| *% Revenue* | 17% | 15% | 15% | 13% | 13% | 14% | 13% | 14% | 13% | 12% | 13% | 12% | 11% |
| *Guidance: 11-13% Opex of Revenue (Core Solar)* | | | | | | | | | | | | | |
| Non-GAAP Operating Income | $336.0 | $87.2 | $84.7 | $120.2 | $149.6 | $442.1 | $183.8 | $213.5 | $240.9 | $300.9 | $974.9 | $1,171.8 | $1,377.3 |
| *VA Consensus* | | | *84.7* | *120.2* | *149.7* | *441.1* | *183.8* | *198.6* | *208.5* | *231.0* | *824.1* | *1,001.9* | *1,256.3* |
| *% Margin* | 17% | 13% | 12% | 14% | 17% | 14% | 19% | 21% | 22% | 23% | 22% | 21% | 20% |
| *Guidance: 20-23% operating income margin (Core Solar)* | | | | | | | | | | *Exit getting close to 20-22%* | | | |
| Adj. EBITDA | $365.3 | $98.9 | $97.1 | $129.7 | $165.7 | $491.8 | $197.3 | $213.5 | $240.9 | $300.9 | $1,000.6 | $1,210.8 | $1,421.2 |
| *VA Consensus* | | | *93.3* | *131.8* | *160.5* | *468.4* | *196.2* | *209.3* | *220.1* | *244.4* | *851.3* | *1,056.2* | *1,307.2* |
| *Adj. EBITDA Margin, %* | 19% | 15% | 13% | 15% | 19% | 16% | 21% | 21% | 22% | 23% | 23% | 21% | 21% |

**Source:** BofA Global Research, Visible Alpha

BofA GLOBAL RESEARCH

# European story is the story that matters

The European solar and storage growth opportunity remains the critical question for SEDG fundamentals for the foreseeable future. Coming out of Intersolar Munich, the renewable industry's latest product conference, investor fixation on the European outlook clearly increased. For the first time in recent memory, it seems investors have become concerned about the cadence of resi growth in Europe in the immediate term.

Against the significant decline in polysilicon prices, some investors are weary that solar installations may slow while distributors sit on out of the money solar panels. Given the rapid and consistent volumetric growth across several European markets for the last 6+ quarters, distributors heavily ordered solar modules, but today, these modules are worth much less after the collapse in Chinese polysilicon (-74% since February, today at ~$8/kg). The concern is that distributors are sitting on module inventory that is difficult to sell, and installations are slowing, as a consequence. In our conversations with components companies, we have not been able to validate this thesis. More specifically, from what we can see today, inverters are not facing the same over supply and pricing pressures that modules are experiencing in Europe.



BofA GLOBAL RESEARCH

Despite recent concerns, SEDG maintains that it is seeing robust growth across Europe in its resi and C&I segments, and mgmt. believes that it is out-growing the broader market. Based on Wood Mackenzie tabulations, Europe installed 4.22 GWh of storage in 2022, when SEDG shipped ~900 MWh, ~80% of which we estimate was deployed into the European market. This implies roughly 15% market share in storage alone, and we highlight SEDG's prevalence in rapidly growing storage markets like Germany, Italy, and Poland. We highlight C&I market as a novel outlet for SEDG's storage growth, especially as SEDG de-bottlenecks its three phase inverter for its storage solutions (recall, the three phase inverter is used in multiple European markets, including Germany, and is currently used for C&I storage installations).

## SEDG's European opportunity is more than solar

We estimate that Europe represents ~10 GW of SEDG's ~16 GW of total shipments in FY23 (i.e. both resi and C&I installations), so the latest fixation on this market is for good reason. Europe is also at the core of SEDG's storage growth, and SEDG emphasizes that the upcoming increase in storage deployments drives further operating margin expansion, especially in 2H23.

Latest Wood Mackenzie data suggests that storage attach rates are compelling across many key markets. In 2022, Italy had a 75% attach rate for new deployments and Germany had 65%. Other markets are distantly behind, with Denmark, UK, and Austria all having 25-30% attach rates last year. Markets like Sweden, Spain, Portugal, Belgium, and France are all more in line with the US residential storage market, which we suspect is between 7-15% on a full country basis.

**Exhibit 2: European Residential Storage Attach Rates in 2022**
The residential storage markets to watch remain Germany and Italy, with impressive +60% attachment rates, but we highlight several growing markets that are installing storage at a rate well ahead of the US.



**Source:** BofA Global Research, Wood Mackenzie

BofA GLOBAL RESEARCH

## Markets we're watching: a country-by-country analysis

Latest comments from mgmt. are that SEDG is still growing faster than the overall market in resi and C&I across Europe. To better understand the latest evolution in Europe, we look at many of the most relevant individual markets – Germany, Italy, Spain, Netherlands, and Poland, as well as Austria, Belgium, France, and United Kingdom.



BofA GLOBAL RESEARCH

**Exhibit 3: Annual PV Deployments by Country for <20 kW Systems**
We highlight solar deployments in the most prominent European markets over the last several years, where Poland, Germany, and the Netherlands are leading the way on a volumetric basis. Note, given the scale of systems, this data may include some small commercial installs, as well as the core residential systems.



**Source:** BofA Global Research, Wood Mackenzie

## Germany: The storage market to watch

Per the German Solar Industry Association (BSW), the last four years have seen a 5x increase in resi storage systems and 4x increase of standalone solar. In 2022, solar + storage installations +52% y/y and PV deployments increased +40% y/y. Moreover, Germany deployed 1.2 GW / 1.9 GWh of batteries in 2022, which moves cumulative residential battery capacity to 5.5 GWh as of the end of 2022, per RWTH Aachen University. C&I storage is an emerging opportunity, and Germany deployed 0.4 GW / 0.9 GWh of capacity in 2022.

As we understand it, Germany's residential solar market is split roughly 50/50 between western, module level power electronics (MLPE) and Chinese string inverters. SEDG has been deploying units in Germany since 2011, and this market has always been highly competitive, characterized by price and technology competition. We argue SEDG's extended track record in Germany is emblematic of its ability to compete across Europe, whose competition is increasingly fierce.

## Italy

In 2022, Italy added 1.1 GW of PV systems in its resi segment (i.e. systems sized <12 kW), per Italia Solare, its state agency. This represents ~300% y/y growth from 2021 in resi solar. Italy's robust growth is not isolated to solar alone; the country deployed 1,121 MW / 2,032 MWh of storage in 2022, following 431 MWh of storage deployments in 2021 vs. 112 MWh in 2020, 80 MWh in 2019 and 55 MWh in 2018.

Italy's impressive storage growth continued through 1Q23, adding 741 MW / 1,098 MWh of distributed storage capacity, 99% of which are connected to a PV system.

### Superbonus tax credit changes but growth expected to continue

In 2023, Italy changed its Superbonus tax credit scheme, which is also being referred to as Superbonus 90% vs. the more lucrative incentive that was introduced in 2020 called Ecobonus 110% or Superbonus 110%. Previously, the scheme enabled homeowners to deduct 110% of home renovation costs, including efforts to increase energy efficiency, install solar systems, or add e-mobility systems. This 110% incentive was valid until June 30, 2022.

The incentive changes include an immediate scale back of the Superbonus deduction to 90% from 110% of costs, which will be further phased down to 70% in 2024 and 65% in

BofA GLOBAL RESEARCH

2025. Also, credit transfers no longer apply, excluding systems already in progress unless the application was submitted by Feb. 16, 2023. There are further nuances for single-family buildings in 2023. The 2023 Superbonus with a 90% deduction is available throughout 2023 (qualify by owning a property used as the main home, have an income per resident of <EUR 15k, and hold usage rights), but for though who completed 30% of the work by September 30, 2022, the homeowner may be eligible for a 110% deduction until March 31, 2023.

### Local incentives reinforce robust national growth

Note, most of Italy's solar and storage growth is happening in Lombardy, in part because of the regional incentive scheme. In 2019, Lombardy awarded EUR 3k rebates for resi and C&I storage systems. Per PV magazine, this covered roughly 50% of the cost to buy and deploy a small scale storage system. In 2019, Lombardy allotted EUR 4 mn for these rebates, which was scaled to EUR 20 mn in 2020 and 2021. Initially this local incentive was for PV coupled storage systems (covered 50% of purchase and installation costs) but was later expanded to standalone storage (covered 100% of project costs with a staggered rebate scheme).

### Poland

Per Poland's Energy Regulatory Office (URE), small renewable systems (defined as those with capacity <50 kW) contributed 2x the power in 2022 vs. 2021, where solar installation growth is driving this change. Poland's Energy Regulatory Office reported that micro-installations supplied 5.77 TWh to the grid in 2022, which is +110% y/y growth.

This robust growth has been catalyzed by Moj Prad, Poland's subsidy scheme. Total benefits include PLN 58k with the possible division of funding to the micro-installation up to PLN 6k coupled with another subsidized device, PLN 7k for heat storage, and PLN 16k for electricity storage. Using PLNUSD of 0.244, that is roughly $14k of subsidies for a micro-installation and ~$4k for storage alone. Given significantly lower soft costs in European markets and smaller system sizes on average, we argue this subsidy is extremely meaningful and effectively catalyzes resi solar and storage growth across Poland, as demonstrated by the 2020-2022 data.

### Netherlands

In 2022, the Netherlands posted a record year for resi PV growth, deploying roughly 2 GW of resi capacity, per provisional data from Netbeheer Nederland (Dutch power network operator association). This represents ~40% y/y growth of total installed capacity, and as of YE21, estimates suggest 20% of all homes had a rooftop PV system. This growth is possible in part because of a net metering scheme, and our conversations suggest this market is still very healthy. As the market begins to reach higher penetration rates and the base of growth continues its extraordinary growth, we assume the market will see a nominal slowdown in the 2023 growth rate.

## Valuation: Shares still attractive vs. softer expectations

We raise our PO to $396 ($379 prior) on estimate revisions and MtM for stronger peer multiples. We tweak our volumetric growth outlook to align with our latest view of US resi softness and continued strength across European resi and C&I. We moderate our storage forecast, given continued components tightness, and we lower our storage outlook to reflect Sella 2 capacity ramp. We layer in the revenue and gross margin benefits of a stronger EURUSD and highlight the GM strength in 2Q23.

We maintain our 75-25 EV/EBITDA multiple/DCF weighting methodology to reflect the broader risk reward across cleantech with a greater weight on growth. We note SEDG remains levered to the most attractive themes in cleantech with a healthy liquidity profile and capability to self-fund its domestic manufacturing footprint. SEDG's geographical diversification and forthcoming, attractive operating leverage from growing C&I and storage drive this story that is poised to win from many angles. Watch



BofA GLOBAL RESEARCH

for further guidance around domestic manufacturing plans in the coming months, which presents material upside to current margin and EBITDA estimates and are not presently embedded in our model. We maintain our view that SEDG offers best in class growth with ratable improvement in operating margins ahead.

**Exhibit 4: SEDG 75-25 EV/EBITDA / DCF Valuation**
We maintain our 75-25 EV/EBITDA / DCF weighting methodology to account for growth and the more conservative case of the DCF

**SEDG Valuation**

| | Value/Sh | Weight | Weighted Value |
|---|---|---|---|
| EV/EBITDA | $440.00 | 75% | $330.00 |
| DCF | $264.00 | 25% | $66.00 |
| **SEDG Value/Share** | | | **$396.00** |
| *Share Price (As of 06/29/23)* | | | $253.96 |
| *Premium (Discount) to Unit Price* | | | 56.5% |
| *2023E Dividend Yield* | | | 0.0% |
| **Total Expected Return** | | | **55.9%** |

**Source:** BofA Global Research

BofA GLOBAL RESEARCH

We maintain our EBITDA framework and average 2024 / 2025 peer EV/EBITDA multiples. We MtM our peer multiples, and since our last update, cleantech and power electronics have recovered nicely. Balance of system (BOS) peers move to 12.5x / 11x on 2024 / 2025 EBITDA (vs. 10.5x / 9x prior), respectively. We maintain our lower relative premium after significant compression in growth stocks across our cleantech coverage and the broader market, and we apply a 9x / 7x premium to credit SEDG's premium growth and earnings profile. On a blended basis, we apply 21.5x / 18x multiples to SEDG's 2024 / 2025 EBITDA, respectively (19.5x / 16x prior). For reference, semis peers move to 15x / 13.5x on 2024 / 2025 (vs. 13.5x / 12x prior). Ultimately, our EV/EBITDA method implies a valuation of $440.

**Exhibit 5: SEDG EV/EBITDA Valuation**
Our updated valuation multiple reflects mark to market in peer group multiples in 2024/2025, following recent rebound in cleantech sector multiples

**SEDG EV/EBITDA Valuation**

| Revenues | 2024 | 2025 |
|---|---|---|
| Core Solar | $4,619 | $5,266 |
| Storage | $752 | $1,151 |
| Non-Core | $292 | $1,151 |
| Gross Margin | $1,788 | $2,111 |
| **EBITDA** | **$1,211** | **$1,421** |
| BOS Peer Group (A) | 12.5x | 11.0x |
| *Previous BOS Peer Group* | 10.5x | 9.0x |
| Relative Premium to BOS (SEDG vs. BoS Peers over ~1-yr) (B) | 9.0x | 7.0x |
| **EV/EBITDA (BOS Peer + BOS Premium, A+B)** | **21.5x** | **18.0x** |
| *Previous EV/EBITDA* | 24.0x | 19.0x |
| Consensus EV/EBITDA | 13.0x | 11.0x |
| Illustrative Comparables | | |
| Power Electronics & Semi Peer Group | 15.0x | 13.5x |
| *Previous Power Electronics & Semis Peer Group* | 13.5x | 12.0x |
| *Implied Relative Premium to Power Electronics, Semis* | 6.5x | 4.5x |
| **Enterprise Value (Implied)** | **$26,031** | **$25,581** |
| Net (Debt) Cash | $1,139 | $1,139 |
| **Equity Value** | **$27,170** | **$26,720** |
| Shares Outstanding | 61 | 61 |
| **EV/EBITDA Valuation** | **$444** | **$437** |
| | | |
| Dividend | 0% | 0% |
| Price Return | 75% | 72% |
| **Total Return** | **75%** | **72%** |
| | | |
| EPS | $12.69 | $15.51 |
| Implied P/E (excl. Net Cash) | 33.5x | 26.9x |
| SEDG Share Price | $253 | $253 |

**BofA GLOBAL RESEARCH**

**Exhibit 5: SEDG EV/EBITDA Valuation**
Our updated valuation multiple reflects mark to market in peer group multiples in 2024/2025, following recent rebound in cleantech sector multiples

| | |
|---|---|
| Average valuation | $440 |

**Source:** BofA Global Research, Bloomberg

BofA GLOBAL RESEARCH

We maintain our DCF input assumptions to account for current 10-Yr treasuries and elevated equity risk premiums (ERP). Our 4% risk free rate and 6.25% ERP are consistent with our assumptions across our cleantech coverage. On a blended basis, our discount rate is 14%. We maintain our assumption of a 17.5x terminal multiple, rewarding SEDG's outsized growth and history of execution in legacy and new business ventures; this compares to ENPH's 20x terminal multiple. We ultimately arrive at $264 from our DCxF method.

**Exhibit 6: SEDG DCF Value**
We maintain our DCF assumptions, where we use a 4% risk free rate assumption and ERP of 6.25%. Maintain our blended discount rate at 14% and 17.5x terminal multiple. We also incorporate model estimate revisions.

| SEDG - DCF Methodology | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|
| **DCF - less Stock Based Compensation and Debt Amortization** | | | | | | | | |
| **Free Cash Flows ($Mn) (CFO Minus CapEx)** | **$748** | **$976** | **$1,169** | **$1,405** | **$1,567** | **$1,721** | **$1,902** | **$2,041** |
| Less: Stock Based Compensation | $128 | $198 | $235 | $276 | $324 | $367 | $412 | $385 |
| **Adjusted Free Cash Flows ($Mn)** | **$620** | **$778** | **$934** | **$1,128** | **$1,243** | **$1,354** | **$1,490** | **$1,655** |
| **Free Cash Flows to Equity ($Mn)** | **$620** | **$778** | **$934** | **$1,128** | **$1,243** | **$1,354** | **$1,490** | **$1,655** |
| *Discount Rate- Cost of Equity* | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% |
| *Discount Factor* | 0.88 | 0.77 | 0.67 | 0.59 | 0.52 | 0.46 | 0.40 | 0.35 |
| **Discounted Free Cash Flows** | **$544** | **$599** | **$630** | **$668** | **$646** | **$617** | **$595** | **$580** |

| | |
|---|---|
| **DCF Value through '30** | **$4,879** |
| *DCF Value through 2025* | *$1,773* |
| | |
| **Terminal Value** | |
| *Terminal Multiple* | *17.5x* |
| Discount Factor | 0.35 |
| Terminal Value | $28,967 |
| Implied Perpetuity Growth Rate | 8% |
| **PV of Terminal FCFE Value** | **$10,155** |
| | |
| Less: Recourse Debt | (625) |
| More: Cash on Balance Sheet | 1,139 |
| Adjustment for Convertible Notes included in Shares | 625 |
| | |
| **Net Cash** | **1,139** |
| | |
| **Total FCFE** | **$16,173** |
| **DCF Value/Share** | **$264.00** |
| *Shares O/S (Fully Diluted) (Adj for Equity Issue)* | *61.194* |
| | |
| Price as of close 06/29/2023 | $253.05 |
| **Total Potential Return** | **4%** |
| | |
| **Discount Rate** | **14.0%** |

**Source:** BofA Global Research

BofA GLOBAL RESEARCH



BofA GLOBAL RESEARCH

# Price objective basis & risk

### SolarEdge Technologies (SEDG)

Our $396 PO is based on an 75/25 weighted EV/EBITDA multiple/DCF methodology. We use a 75/25 weighting noting that the sector broadly trades on a multiple basis, which is all the more appropriate in a high-growth backdrop. Our EV/EBITDA multiple valuation is $440 and our DCF valuation is $264.

EV/EBITDA approach:
- Comps based on Balance of System (BOS) solar peers
- We apply a 9x premium vs BOS peers to '24E EBITDA and 7x to '25, which is in line with where the stock has traded historically on a 1yr forward basis. This nets out to 21.5x 2024E and 18x 2025E EBITDA, respectively.

DCF approach:
- We derive FCFE by removing the contribution from stock-based compensation to FCF from 2020 through 2030
- FCFE discounted by 14% cost of capital based on 4% risk-free rate 6.25% risk premium and three-year weekly beta
- Given high growth and expanding opportunity set, we attribute a 17.5x terminal multiple on free cash flow

Downside risks: (1) execution risks around financial and growth targets, (2) product risks around performance, (3) competitive risk to maintain share, (4) partner risk for contract manufacturers, (5) policy risk around shifts in subsidy and incentives for solar.

Upside risks: (1) execution above financial and growth targets, (2) policy implementation supporting acceleration in adoption of solar and storage, (3) new opportunities exceed expectations, (4) reduction in discount rates attributed by equity investors

# Analyst Certification

I, Julien Dumoulin-Smith, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**North America - Utilities and Alt Energy Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Alliant Energy Corporation | LNT | LNT US | Julien Dumoulin-Smith |
| | Ameren Corporation | AEE | AEE US | Julien Dumoulin-Smith |
| | Ameresco | AMRC | AMRC US | Julien Dumoulin-Smith |
| | Array Technologies | ARRY | ARRY US | Julien Dumoulin-Smith |
| | Atlantica Sustainable Infrastructure | AY | AY US | Julien Dumoulin-Smith |
| | Atmos Energy Corporation | ATO | ATO US | Julien Dumoulin-Smith |
| | Bloom Energy | BE | BE US | Julien Dumoulin-Smith |
| | CenterPoint Energy | CNP | CNP US | Julien Dumoulin-Smith |
| | ChargePoint Holdings | CHPT | CHPT US | Alex Vrabel |
| | Cheniere Energy Inc | LNG | LNG US | Julien Dumoulin-Smith |
| | CMS Energy | CMS | CMS US | Julien Dumoulin-Smith |
| | DTE Energy | DTE | DTE US | Julien Dumoulin-Smith |
| | Duke Energy | DUK | DUK US | Julien Dumoulin-Smith |
| | Enlight Renewable Energy Ltd | ENLT | ENLT US | Julien Dumoulin-Smith |
| | Enlight Renewable Energy Ltd | XENLF | ENLT IT | Julien Dumoulin-Smith |
| | Exelon | EXC | EXC US | Paul Zimbardo |
| | FREYR Battery | FREY | FREY US | Julien Dumoulin-Smith |
| | FTC Solar | FTCI | FTCI US | Julien Dumoulin-Smith |
| | Hydro One | YH | H CN | Dariusz Lozny, CFA |

BofA GLOBAL RESEARCH

**North America - Utilities and Alt Energy Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| | Maxeon Solar Technologies | MAXN | MAXN US | Julien Dumoulin-Smith |
| | MDU Resources Group, Inc. | MDU | MDU US | Dariusz Lozny, CFA |
| | NiSource Inc | NI | NI US | Julien Dumoulin-Smith |
| | NorthWestern Corporation | NWE | NWE US | Julien Dumoulin-Smith |
| | NRG Energy | NRG | NRG US | Julien Dumoulin-Smith |
| | PG&E Corporation | PCG | PCG US | Julien Dumoulin-Smith |
| | PNM Resources Inc. | PNM | PNM US | Julien Dumoulin-Smith |
| | Portland General Electric Company | POR | POR US | Julien Dumoulin-Smith |
| | PPL Corporation | PPL | PPL US | Paul Zimbardo |
| | Public Service Enterprise Group | PEG | PEG US | Julien Dumoulin-Smith |
| | ReNew Power | RNW | RNW US | Julien Dumoulin-Smith |
| | Sempra Energy | SRE | SRE US | Julien Dumoulin-Smith |
| | SolarEdge Technologies | SEDG | SEDG US | Julien Dumoulin-Smith |
| | Sunnova Energy | NOVA | NOVA US | Julien Dumoulin-Smith |
| | SunRun | RUN | RUN US | Julien Dumoulin-Smith |
| | TPI Composites | TPIC | TPIC US | Julien Dumoulin-Smith |
| | Vistra Energy | VST | VST US | Julien Dumoulin-Smith |
| | WEC Energy Group Inc | WEC | WEC US | Julien Dumoulin-Smith |
| | Xcel Energy Inc | XEL | XEL US | Julien Dumoulin-Smith |
| **NEUTRAL** | | | | |
| | AES | AES | AES US | Julien Dumoulin-Smith |
| | Algonquin Power & Utilities Corp | AQN | AQN US | Dariusz Lozny, CFA |
| | Algonquin Power & Utilities Corp | YAQN | AQN CN | Dariusz Lozny, CFA |
| | AltaGas | YALA | ALA CN | Dariusz Lozny, CFA |
| | American Electric Power | AEP | AEP US | Julien Dumoulin-Smith |
| | Clearway Energy | CWENA | CWEN/A US | Julien Dumoulin-Smith |
| | Clearway Energy | CWEN | CWEN US | Julien Dumoulin-Smith |
| | Consolidated Edison | ED | ED US | Julien Dumoulin-Smith |
| | Constellation Energy Corp | CEG | CEG US | Paul Zimbardo |
| | Emera Inc | YEMA | EMA CN | Dariusz Lozny, CFA |
| | Entergy | ETR | ETR US | Paul Zimbardo |
| | Essential Utilities | WTRG | WTRG US | Julien Dumoulin-Smith |
| | First Solar, Inc. | FSLR | FSLR US | Julien Dumoulin-Smith |
| | Fluence Energy | FLNC | FLNC US | Julien Dumoulin-Smith |
| | Hannon Armstrong | HASI | HASI US | Julien Dumoulin-Smith |
| | Idacorp | IDA | IDA US | Paul Zimbardo |
| | New Fortress Energy | NFE | NFE US | Cameron Lochridge |
| | NextEra Energy | NEE | NEE US | Julien Dumoulin-Smith |
| | NextEra Energy Partners | NEP | NEP US | Julien Dumoulin-Smith |
| | Northwest Natural Holdings | NWN | NWN US | Julien Dumoulin-Smith |
| | OGE Energy Corp | OGE | OGE US | Julien Dumoulin-Smith |
| | ONE Gas, Inc. | OGS | OGS US | Julien Dumoulin-Smith |
| | Ormat Technologies | ORA | ORA US | Julien Dumoulin-Smith |
| | Pinnacle West | PNW | PNW US | Julien Dumoulin-Smith |
| | Southwest Gas Holdings | SWX | SWX US | Julien Dumoulin-Smith |
| | SunPower Corp. | SPWR | SPWR US | Julien Dumoulin-Smith |
| | TransAlta Corp | TAC | TAC US | Dariusz Lozny, CFA |
| | TransAlta Corporation | YTA | TA CN | Dariusz Lozny, CFA |
| | TransAlta Renewables Inc. | YRNW | RNW CN | Dariusz Lozny, CFA |
| **UNDERPERFORM** | | | | |
| | Allete Inc | ALE | ALE US | Julien Dumoulin-Smith |
| | American Water Works | AWK | AWK US | Julien Dumoulin-Smith |
| | Avangrid | AGR | AGR US | Paul Zimbardo |
| | Avista | AVA | AVA US | Julien Dumoulin-Smith |
| | Black Hills Corporation | BKH | BKH US | Julien Dumoulin-Smith |
| | Dominion Energy | D | D US | Paul Zimbardo |
| | Edison International | EIX | EIX US | Paul Zimbardo |
| | Enphase Energy | ENPH | ENPH US | Julien Dumoulin-Smith |
| | Evergy, Inc | EVRG | EVRG US | Julien Dumoulin-Smith |
| | Eversource Energy | ES | ES US | Paul Zimbardo |
| | EVgo Inc. | EVGO | EVGO US | Alex Vrabel |
| | FirstEnergy | FE | FE US | Julien Dumoulin-Smith |
| | Fortis | YFTS | FTS CN | Dariusz Lozny, CFA |
| | Fortis Inc | FTS | FTS US | Dariusz Lozny, CFA |



**North America - Utilities and Alt Energy Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| | Generac Holdings Inc. | GNRC | GNRC US | Julien Dumoulin-Smith |
| | Hawaiian Electric Industries | HE | HE US | Julien Dumoulin-Smith |
| | MGE Energy | MGEE | MGEE US | Julien Dumoulin-Smith |
| | New Jersey Resources Corp | NJR | NJR US | Julien Dumoulin-Smith |
| | Southern Company | SO | SO US | Julien Dumoulin-Smith |
| | Spire | SR | SR US | Julien Dumoulin-Smith |
| | Stem, Inc. | STEM | STEM US | Julien Dumoulin-Smith |
| | Tellurian Inc | TELL | TELL US | Julien Dumoulin-Smith |
| | UGI Corp. | UGI | UGI US | Julien Dumoulin-Smith |
| | Unitil Corporation | UTL | UTL US | Julien Dumoulin-Smith |
| **RSTR** | | | | |
| | Nextracker Inc | NXT | NXT US | Julien Dumoulin-Smith |

# *iQ*method ℠ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQ*method ℠is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQ*database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQ*profile ℠, *iQ*method ℠ are service marks of Bank of America Corporation. *iQ*database ® is a registered service mark of Bank of America Corporation.



BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**SolarEdge (SEDG) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Alternative Energy Group (as of 31 Mar 2023)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 11 | 64.71% | Buy | 10 | 90.91% |
| Hold | 4 | 23.53% | Hold | 2 | 50.00% |
| Sell | 2 | 11.76% | Sell | 2 | 100.00% |

**Equity Investment Rating Distribution: Global Group (as of 31 Mar 2023)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1869 | 53.01% | Buy | 1030 | 55.11% |
| Hold | 827 | 23.45% | Hold | 476 | 57.56% |
| Sell | 830 | 23.54% | Sell | 389 | 46.87% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. VOLATILITY RISK RATINGS, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. INVESTMENT RATINGS reflect the analyst's assessment of both a stock's absolute total return potential as well as its attractiveness for investment relative to other stocks within its Coverage Cluster (defined below). Our investment ratings are: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. An investment rating of 6 (No Rating) indicates that a stock is no longer trading on the basis of fundamentals. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2]Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.

BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: SolarEdge.

BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: SolarEdge.

BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel



BofA GLOBAL RESEARCH

expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for any recommendation in relation to an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report and in relation to a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

**"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.**

**Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:**

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). BofA Securities Europe SA ("BofASE") with registered address at 51, rue La Boétie, 75008 Paris is registered under no. 842 602 690 RCS Paris. In accordance with the provisions of French Code Monétaire et Financier (Monetary and Financial Code), BofASE is an établissement de crédit et d'investissement (credit and investment institution) that is authorised and supervised by the European Central Bank and the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers. BofASE's share capital can be found at www.bofaml.com/BofASEdisclaimer; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may



be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

## BofA ESGMeter Methodology:

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's Environmental, Social and Governance-related attributes. The ESGMeter is intended to indicate a company's likelihood of experiencing stronger financial stability (higher return on equity and lower earnings and price volatility) over the next three years relative to peer group. There are three ESGMeter levels - Low, Medium, and High - which indicate whether a company has attributes most likely to translate into superior financial stability (in the case of a High level) or weaker financial stability (in the case of a Low level) over the next three years relative to its peer group. A Medium level suggests that a company exhibits ESG characteristics that are likely associated with financial stability results in line with its peer group over the next three years. Full details of our methodology, financial stability definition and disclaimers are available at BofA ESGMeter methodology. ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.

## Copyright and General Information:

Copyright 2023 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

