**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW <br><br> **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | |

**NOTICE OF PLAINTIFFS' MOTION FOR**
**ISSUANCE OF LETTERS OF REQUEST PURSUANT TO THE HAGUE**
**CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL**
**OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

**PLEASE TAKE NOTICE**, that, upon the upon the accompanying Memorandum of Law in Support of their Motion for Issuance of Letters of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970, dated January 22, 2026, the accompanying Declaration of Brian Calandra, dated January 22, 2026, and the exhibits attached thereto, and all prior papers and proceedings herein, Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively "Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Gregory H. Woods, at 500 Pearl St., New York, New York 10007-1312, on a date and a time designated by the Court, for issuance of letters of request pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, dated March 18, 1970.

DATED:  January 22, 2026

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brian Calandra*
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: bcalandra@pomlaw.com

*Counsel for Lead Plaintiffs Mivtachim the
Workers Social Insurance Fund Ltd., Keren
Hgimlaot Hmerkazit Histadrut Central
Pension Fund Ltd., Kerren Makefet Pension
and Provident Center Cooperative Society
Ltd., the Hadassah Workers Pension Fund
Ltd., and Hachshara Insurance Company
Ltd., Named Plaintiff Javier Alcides
Cascallar, and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties whose counsel has appeared in this action, by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Brian Calandra*
Brian Calandra