**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW <br><br> **<u>CLASS ACTION</u>** |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST PURSUANT**
**TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN**
**CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar in this action (collectively "Plaintiffs"). I am personally involved in the representation of Plaintiffs and the putative class and submit this declaration in support of Plaintiffs' Motion for Issuance of Letters of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A is a proposed letter of request for Natec Sunergy BV.

1

3. Attached hereto as Exhibit B is a proposed letter of request for CCL Components Ltd.

4. Attached hereto as Exhibit C is a proposed letter of request for Segen Ltd.

5. Attached hereto as Exhibit D is a proposed letter of request for KENO Sp. z o.o.

6. Attached hereto as Exhibit E is a proposed letter of request for GreenSun s.r.l.

7. Attached hereto as Exhibit F is a proposed letter of request for Memodo GmbH.

8. Attached hereto as Exhibit G is a proposed letter of request for Baywa r.e. Solar Energy Systems GmbH.

9. Attached hereto as Exhibit H is a proposed letter of request for Krannich Solar GmbH & Co. KG.

10. Attached hereto as Exhibit I is a proposed letter of request for AliusEnergy.

11. Attached hereto as Exhibit J is a proposed letter of request for VDH Solar Groothandel B.V.

12. Attached hereto as Exhibit K is a proposed letter of request for Krannich Solar AG.

13. Attached hereto as Exhibit L is a proposed letter of request for Controles Electrics Diasa D.O.O.

14. Attached hereto as Exhibit M is a proposed letter of request for Sonepar.

15. Attached hereto as Exhibit N is a proposed letter of request for TucoEnergie.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January 2026, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra

2