**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

IN RE SOLAREDGE TECHNOLOGIES,
INC. SECURITIES LITIGATION

------------------------------------------------------- :

:

THIS DOCUMENT RELATES TO:
ALL ACTIONS

------------------------------------------------------- X

No. 1:23-cv-09748-GHW

**<u>CLASS ACTION</u>**

**DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR LETTERS OF REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE
CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL
OR CRIMINAL MATTERS**

I, Christopher D. Belelieu, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, which represents SolarEdge Technologies, Inc., Zvi Lando, Ronen Faier, J.B. Lowe, and Lior Danziger (collectively "Defendants") in the above-captioned matter. I am personally involved in the representation of Defendants and submit this declaration in opposition to Lead Plaintiffs' Motion for Issuance of Letters of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970. I have personal knowledge of the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed this 29th day of January, 2026 in New York, New York.

_/s/ Christopher D. Belelieu_
Christopher D. Belelieu

2