UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW<br><br>**CLASS ACTION** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**DECLARATION OF BRIAN CALANDRA IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar in this action (collectively "Plaintiffs"). I am personally involved in the representation of Plaintiffs and the putative class and submit this declaration in further support of Plaintiffs' Motion for Issuance of Letters of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of internal SolarEdge documents bates stamped SEDGE-Shen_0005883-85.

3.     Attached hereto as Exhibit 2 is a true and correct copy of internal SolarEdge documents bates stamped SEDGE-Shen_0006005-06.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents to Defendants, dated June 20, 2025.

5.     Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' First Interrogatory to Defendant SolarEdge, dated August 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February 2026, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra