# EXHIBIT 1

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED