# EXHIBIT 2

REDACTED

REDACTED

REDACTED

REDACTED