**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW<br><br>**CLASS ACTION** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**REPLY DECLARATION OF BRIAN CALANDRA IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS REPRESENTATIVES AND LEAD COUNSEL**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm Pomerantz LLP, which represents Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar in this action (collectively "Plaintiffs"). I am personally involved in the representation of Plaintiffs and the putative class and submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Reply Expert Report of Matthew D. Cain, Ph.D., together with exhibits.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the February 10, 2026 deposition of Dr. Mark Garmaise.

1

4.      Attached hereto as Exhibit 3 is a true and correct copy of the document produced by Defendants bearing the Bates range of SEDG-Shen_00307 to SEDG-Shen_000332.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the document produced by Defendants bearing the Bates range of SEDG-Shen_0005943 to SEDG-Shen_0005960.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the document produced by Defendants bearing the Bates range of SEDG-Shen_000385 to SEDG-Shen_000410.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the document produced by Defendants bearing the Bates range of SEDG-Shen_000333 to SEDG-Shen_000358.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an analyst report dated October 19, 2023 published by Deutsche Bank Research.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an analyst report dated October 19, 2023 published by Susquehanna Financial Group, LLLP.

10.      Attached hereto as Exhibit 9 is a true and correct copy of an analyst report dated October 19, 2023 published by BMO Capital Markets.

11.      Attached hereto as Exhibit 10 is a true and correct copy of a spreadsheet prepared at the direction of counsel displaying data obtained from S&P Capital IQ.

12.      Attached hereto as Exhibit 11 is a true and correct copy of a spreadsheet prepared at the direction of counsel displaying data obtained from S&P Capital IQ.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of February 2026, in New York, NY.

/s/ Brian Calandra
Brian Calandra