# EXHIBIT 2

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In Re SOLAREDGE TECHNOLOGIES, INC.    No.

    SECURITIES LITIGATION                1:23-cv-09748-GHW


------------------------------------x

                        February 10, 2026

                        9:08 a.m.


      Videotaped Deposition of MARK GARMAISE,

Ph.D., taken by Plaintiffs, pursuant to Notice,

held at the offices of Pomerantz LLP, 600 Third

Avenue, New York, New York, before Joseph R.

Danyo, a Shorthand Reporter and Notary Public

within and for the State of New York.

Garmaise

that in his report.

So I know that Dr. Cain does hold that opinion.  So this critique would be in the context of Dr. Cain's own analysis, and then the second point is I think that the general argument of this section could well apply under other hypotheticals.

It is the case that I chose to explore it under a hypothetical of market efficiency for corporation A in this particular case.

Q.   Would this hypothetical be meaningful if the market for SolarEdge's common stock was not efficient?

MR. BELELIEU:  Objection to the form.

A.   The particular form in which I explore the hypothetical here is that corporation A, this hypothetical company, is efficient.  I'm not saying that that is absolutely necessary for the point in this section.  It's a convenient hypothetical for making this point, and it's a hypothetical that Dr. Cain himself has endorsed in his own report.

Q.   Do you agree with Dr. Cain that the market for SolarEdge's common stock was efficient?

A.   I don't have a view on that matter, Counselor.  I wasn't asked to consider it, and I

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Garmaise

did not analyze it.

Q.   Are Defendants contesting whether the market for SolarEdge's common stock was efficient?

A.   I don't know, Counselor.

Q.   Do you have an understanding of Plaintiffs' claims in this action?

A.   I have a general nonlegal expert understanding of Plaintiffs' claims.  Yes, sir.

Q.   What is that understanding?

A.   Speaking generally, I believe Plaintiffs allege that SolarEdge engaged in misrepresentations on two main topics.  Demand in Europe and channel inventory in Europe and that as a result of those misrepresentations the share price of SolarEdge was inflated leading to damages for Plaintiffs.

Q.   What is the putative class period concerning Plaintiffs' claims in this action?

A.   As I recall --

MR. BELELIEU:  You said this wasn't a memory test.

MR. CALANDRA:  I have no problem with him consulting his report to refresh his recollection.

A.   As I recall, the putative class period

Garmaise

was the changes, specifically reductions or threats of reductions in subsidies to investments in solar systems. Clearly that is going to have a negative impact on whether or not homeowners wish to buy these systems.

Q. Would a decline of energy prices always be associated with a decline in the solar industry?

A. Well, this was a particularly market decline. So I show this in Exhibit 3. Natural gas price went from $70 per million British thermal units to 9.95. Then that had a spillover effect on electricity prices. The magnitudes are very large here.

So I think there is a linkage absolutely between energy prices and the attractiveness of investing in solar systems, but in this particular case the magnitudes are rather large.

Q. And my specific question was would this kind of decline always be associated with a decline in the solar industry?

A. Well, I think it's a contributing factor. Could there be offsetting factors? Yes. For example, there could be government subsidies. So, you know, there are multiple factors driving

Garmaise

consumer interest in solar products.  This is one meaningful factor.

Q.    What led you to conclude that this was a meaningful factor in this situation?

A.    Well, the spillover to electricity prices.  So that is described in Exhibit 4. Exhibit 4 I've got electricity prices in several European markets decreasing from 400 Euros per megawatt in August 2022 to around a hundred Euros per megawatt in May 2023.  That is going to have a first-order effect on the attractiveness of investing in a solar unit, because, by investing in a solar unit, you save these electricity costs.

So that has a direct impact on the payback period and the overall financial attractiveness of investing in a solar unit.

Q.    And that is true every time in the solar industry.  If there is a spillover effect that you just described, that's going to be a decline industrywide in the solar industry?

MR. BELELIEU:  Objection to form.

A.    No, Counselor.  I did not say that.  I said that this is one factor.  In this particular case, it's a very strong factor, but there are

Garmaise

multiple factors that influence.  Given industries, this is one particular important factor, and yes, it had -- this particular factor changed markedly.

Q.    And how did you conclude -- this is the nub of my question.  How did you conclude that in this case it was that strong -- in this particular case it is "a very strong factor"?

MR. BELELIEU:  Asked and answered.

A.    Well, I concluded that based on my analysis of the data.  That is point A.  So a 75 percent drop roughly in electricity prices is a large magnitude.  I provide an analysis of payback periods here.  I describe how payback periods changed over time with the change in electricity prices, and point B, this analysis of my own was endorsed and is found in analyst reports as well. This point is made by analysts.  They also discuss payback periods and the attractiveness of investing in a solar unit.

Q.    A few moments ago you described Exhibit 4, which you said that "I have got electricity prices in several European markets declining from 400 per megawatt in August '22 to around 100 per megawatt in May 2023."

Garmaise

Is that what Exhibit 4 reflects?

A.   Well, I mean Exhibit 4 reflects European wholesale electricity prices over a broad period. January 2020 to December 2023 in Germany, Italy and Netherlands.

Q.   And it shows a decline from August 2022 to May 2023?

A.   Yes, it does.

Q.   And this kind of a decline is associated with a decline in demand in Europe during this time?

MR. BELELIEU:  Objection to form.

A.   A decline in electricity prices, ceteris paribus, holding everything else constant will tend to reduce the attractiveness of investing in solar units.  There may be other factors that play as well, and I discuss some of those in my report.

Q.   And, in this factor, which you described as a very strong factor, shows a decline from August 2022 to May 2023, correct?

A.   Well, it does show that.  It just shows more than that.  That's my only hesitation here is that the graph is a bit broader than just that one fact, but, yes, that one fact is also supported by

Garmaise

this graph.

Q.   And that fact is indicative of a decline in demand in Europe solar energy between August 2022 and May 2023, correct?

MR. BELELIEU:  Objection to form.

A.   This is one driver of interest in solar products by consumers.  Yes.  Electricity prices are one driver of interest in solar products, because they affect the payback period, and they affect the incentives of consumers to invest in solar units.

Q.   And that driver, based on this portion of your report, is associated with a decline in demand?

MR. BELELIEU:  Objection.  Asked and answered.

A.   This is one factor that, ceteris paribus, everything else held constant would be expected to reduce demand.

Q.   And let's go to page 30.  Here I believe you describe a decline in prices for solar modules. Do I have that right?

A.   Paragraph 61, Counselor?

Q.   Yes.  Paragraph 61.  I'm sorry.

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Garmaise

**did see some discussion of the hypothetical corrective disclosure. I'm not sure. That's my general recollection. From the Plaintiffs' expert in that matter.**

Q. Let's look at paragraph 85 of your report. You quote or you write quoting a statement by Defendants, "In Europe, installation rates continue to be high in both residential and commercial." Actually I will read that from the beginning of the sentence as the fragment doesn't make sense the way I phrased it.

So paragraph 85 begins, "As another example, Plaintiffs claim that on the Q2 2023 earnings call on August 1, 2023, Defendants' statement that 'in Europe, installation rates continue to be high in both residential and commercial' was false and misleading. ▮▮▮▮

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

142

Garmaise

Is that right, or did I read that correctly?

A.   Yes, Counselor, I'm with you.

Q.   Is it your understanding that installation rates and point of sale data are synonymous?

A.   Well, they're definitely related.

Q.   How do you know they're related, and actually, before you answer that question, how are they related?

A.   In general, one would expect units that are being sold to be installed.

Q.   And that's just, that's just your common sense understanding of the relationship between point of sale data and installation rates?

MR. BELELIEU:   Objection to form.

A.   The company discusses this, and I reference this on page 18 of my report in footnote 66.  "Mr. Lando explained that SolarEdge had a much more live view of an indicator described as installation rates and connections to the monitoring, but noted that this indicator is less accurate."

Here Mr. Lando describes the

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

143

Garmaise

relationship between sales and installations. There's a relationship. It's not a perfect correlation, but there is a relationship.

Q.   And that's the basis for your understanding that point of sale data and installation rates are related?

A.   That is one basis. I would say that in general I would also typically assume that there would be a relationship between sales and installations unless there was some good reason to think that there wasn't.

Q.   And so you're also referring in footnote 66 where Mr. Lando explains, "We are looking at installation rates because the indicator of sell-through we receive it at a later date. All of the distributors collect their information and provide it to us. The indicator that is less accurate, but we have a much more live view is the indicator of installation rates and connection to the monitoring."

That's the statement where Mr. Lando connects installation rates to sell-through?

A.   Yes, Counselor.

Q.   Now back in paragraph 84 and, sorry,

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Garmaise

going back to footnote 66, that is a statement that Mr. Lando made to investors on November 1st, the Q3 2023 earnings call, correct?

A.    **I believe that is correct, Counselor.**

Q.    And so he's telling investors that there is a connection between installation rates and sell-through, correct?

A.    **I think that is implied by his statement, Counselor.**

Q.    Now, going back to paragraph 84, you write, beginning at the first line, "Further, as discussed above, my understanding of Plaintiffs' theory of liability with respect to the alleged misrepresentations about European demand is that SolarEdge's statements about strong demand in Europe were false and that instead the company knew that demand in Europe was weak."

That's what you wrote?

A.    **Yes.**

Q.    Then in paragraph 85, you write in the first sentence, "As another example, Plaintiffs claim that on the Q2 2023 earnings call on August 1, 2023, Defendants' statement that in Europe installation rates continue to be high in

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Garmaise

both residential and commercial was false and misleading."

As another example, are you stating that high installation rates are evidence of strong demand?

MR. BELELIEU:  Objection to form.

**A.    Demand is a general multifaceted term. I think it could refer to a number of different phenomena.  I think installation rates are relevant to an assessment of demand.**

Q.   Is point of sale data, not installation rates, point of sale data relevant to an assessment of demand?

**A.    I think that is another metric that one might consider in assessing demand.**

Q.   And installation rates are related to point of sale data as both Mr. Lando has said and as you represent here in your report?

**A.    Well, I'm not sure I would say I represent it in my report, but, yes, Mr. Lando does say that.**

Q.   And you write, "In Europe" -- I'm sorry. And you write in paragraph 85, ███████████

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Garmaise

MR. BELELIEU:  Objection.  Vague.

A.    Installation rates and point of sale data are informative about the state of demand. Yes.

Q.   If Defendants disclosed declining installation rates, would that communicate a decline in demand?

A.   I need a little more context.  The period over which it's measured, are there other factors driving it?  It is possible that could be informative about demand, but I wouldn't want to say too much in isolation.  There are various metrics for demand that could be considered.

Q.   Let's look at paragraph 32 of your report, and that is on page 14.

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078