# EXHBIIT 5

# [REDACTED]