# EXHBIIT 8

OCTOBER 19, 2023

# Alternative Energy

**LOWERING PRICE TARGET**



**SIG**
SUSQUEHANNA
FINANCIAL GROUP, LLLP

## SolarEdge Technologies

| | |
|---|---|
| Symbol | SEDG |
| Rating | Positive |
| Price | $113.98 |
| Price target | From $200.00 to $186.00 |
| Downside/Upside risk | $90.00 |
| Risk | Downside Risk |

## Company market data

| | |
|---|---|
| 52 week range | $345.80-$113.43 |
| Shares out. | 56.558mm |
| Market cap. | $6,446mm |
| Average daily trading volume | 1,836,320 |
| Beta | 1.49 |
| PT Upside/Downside ratio: | 3.00:1 |

## Calendar year December

| EPS | 2023e Prior | 2023e Current | 2024e Prior | 2024e Current | 2025e Prior | 2025e Current |
|---|---|---|---|---|---|---|
| Q1 | | 2.90A | 2.10 | 1.78 | 2.84 | 2.68 |
| Q2 | | 2.62A | 2.21 | 2.16 | 2.78 | 2.71 |
| Q3 | 1.65 | 0.38 | 2.39 | 2.08 | 2.90 | 2.53 |
| Q4 | 1.73 | 1.11 | 2.77 | 2.57 | 3.17 | 2.95 |
| FY EPS | 8.89 | 7.00 | 9.47 | 8.60 | 11.69 | 10.88 |

## Derivatives

| | |
|---|---|
| Volume (contracts) | 11,065 |
| Skew rank (2yr %-tile) | 65.87 |



# SolarEdge Technologies: 3Q Preannounce Well Below Guide

### Call to action
We are lowering estimates to reflect SEDG's 3Q preannouncement. European distributors are canceling orders in the face of excess inventory and lower demand, with installations not seeing their typical seasonal bounce in September. As a result, we took down numbers for the rest of '23 on lower growth in Europe, which we expect to also bleed into 2024 as distributors work down their elevated inventory positions. We maintain our Positive rating, but lower our price target to $186.

**Biju Perincheril**
Biju.Perincheril@sig.com
212 701 7128

Eric Clay
eric.clay@sig.com
212 510 4406

Tyler Bisset, CFA
Tyler.Bisset@sig.com
212 514 4849

### HIGHLIGHTS

Updating estimates to reflect 3Q preannounce

- We are updating our numbers to take into account the 3Q preannouncement. SEDG called out substantial unexpected cancellations from European distributors as they work through excess inventory in the channel and demand is lower than expected. Installation rates in 3Q were down significantly in September, which is typically one of its stronger installation months. As a result, 3Q revenue, margins, and operating income will all come in well below the prior guide. 3Q revenue is now anticipated to be $720-$730M (from $880-$920M), 3Q non-GAAP gross margin of 20.1-21.1% (from 28-31%), and 3Q non-GAAP operating income of $12-$31M (from $115-$135M). SEDG also expects weakness to persist into 4Q, as distributors continue to rationalize their inventory levels.

- Our 2023/24/25 earnings estimates are now $7.00/$8.60/$10.88 vs. $8.89/$9.47/$11.69 prior. We also lower our price target to $186, which is based on ~11x our 2025 EBITDA estimate.

### Catalysts
Improved demand visibility in the U.S., increased manufacturing capacity and improved margins, ramp-up in residential battery storage sales, increased market share within the C&I segment with new rollouts.

### Downside or Upside risk
Our downside risk is $90, which is based on ~4.5x our 2025E EV/EBITDA multiple

IMPORTANT DISCLOSURES AND CERTIFICATIONS.
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on page 3

Exhibit 1: SEDG Income Statement

| SolarEdge Technologies (SEDG) | 1Q '21 | 2Q '21 | 3Q '21 | 4Q '21 | 2021 | 1Q '22 | 2Q '22 | 3Q '22 | 4Q '22 | 2022 | 1Q '23 | 2Q '23 | 3Q '23E | 4Q '23E | 2023E | 1Q '24E | 2Q '24E | 3Q '24E | 4Q '24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement**  *(figures in $000s, except per share)* | | | | | | | | | | | | | | | | | | | | | |
| Revenue | $405,489 | $480,057 | $526,404 | $551,915 | $1,963,865 | $655,080 | $727,774 | $836,723 | $890,702 | $3,110,279 | $943,889 | $991,290 | $729,235 | $808,741 | $3,473,155 | $876,878 | $951,983 | $939,055 | $1,111,066 | $3,878,982 | $4,640,320 |
| Cost of revenue | $265,415 | $323,865 | $353,843 | $391,424 | $1,334,547 | $476,122 | $545,132 | $614,722 | $629,655 | $2,265,631 | $643,763 | $673,985 | $588,721 | $614,606 | $2,521,075 | $620,909 | $655,210 | $649,738 | $760,844 | $2,686,702 | $3,182,198 |
| Gross Profit | $140,074 | $156,192 | $172,561 | $160,491 | $629,318 | $178,958 | $182,642 | $222,001 | $261,047 | $844,648 | $300,126 | $317,305 | $140,513 | $194,135 | $952,080 | $255,969 | $296,773 | $289,316 | $350,222 | $1,192,280 | $1,458,122 |
| Operating expenses: | | | | | | | | | | | | | | | | | | | | | |
| Research & Development | $46,977 | $52,664 | $55,666 | $64,326 | 219,633 | $66,349 | $74,847 | $69,659 | $78,959 | 289,814 | $79,873 | $86,526 | $73,976 | $70,567 | 310,942 | $70,010 | $74,291 | $73,554 | $83,358 | 301,212 | 342,302 |
| Sales & Marketing | 26,911 | 29,458 | 29,383 | 33,248 | 119,000 | 35,316 | 38,975 | 42,726 | 42,663 | 159,680 | 40,966 | 44,222 | 44,113 | 45,227 | 174,528 | 49,266 | 52,796 | 52,188 | 60,273 | 214,522 | 247,975 |
| G&A | 19,849 | 19,370 | 21,098 | 21,879 | 82,196 | 26,429 | 28,121 | 27,933 | 30,013 | 112,496 | 36,567 | 36,199 | 39,000 | 34,000 | 145,766 | 34,500 | 34,500 | 36,500 | 37,500 | 143,000 | 161,000 |
| Restructuring/Other | 2,209 | (859) | - | - | 1,350 | - | 4,687 | (2,724) | 114,575 | 116,538 | (1,434) | - | - | - | (1,434) | - | - | - | - | - | - |
| Total operating expense | $95,946 | $100,633 | $106,147 | $119,453 | $422,179 | $128,094 | $146,630 | $137,594 | $266,210 | $678,528 | $155,972 | $166,947 | $157,089 | $149,794 | $629,802 | $153,775 | $161,586 | $162,242 | $181,131 | $658,734 | $751,276 |
| Operating Income | $44,128 | $55,559 | $66,414 | $41,038 | $207,139 | $50,864 | $36,012 | $84,407 | ($5,163) | $166,120 | $144,154 | $150,358 | ($16,576) | $44,341 | $322,277 | $102,193 | $135,187 | $127,075 | $169,091 | $533,546 | $706,846 |
| Other income (expense): | | | | | | | | | | | | | | | | | | | | | |
| Financial Expenses, net | 6,097 | 1,743 | 5,751 | 6,324 | 19,915 | 5,449 | 14,311 | 25,492 | 56,101 | 101,353 | (23,549) | 3,384 | 5,000 | 5,000 | (10,165) | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 20,000 |
| **Pre-tax income** | **$38,031** | **$53,816** | **$60,663** | **$34,714** | **$187,224** | **$45,415** | **$21,701** | **$58,915** | **($61,264)** | **$64,767** | **$167,703** | **$146,974** | **($21,576)** | **$39,341** | **$332,442** | **$97,193** | **$130,187** | **$122,075** | **$164,091** | **$513,546** | **$686,846** |
| Income tax expense | 7,955 | 8,724 | 7,615 | (6,240) | 18,054 | 12,292 | 6,617 | 34,172 | (30,295) | 22,786 | 29,325 | 34,232 | (4,962) | 11,409 | 70,003 | 28,186 | 37,754 | 34,181 | 45,946 | 146,067 | 185,448 |
| GAAP Net Income | $30,076 | $45,092 | $53,048 | $40,954 | $169,170 | $33,123 | $15,084 | $24,743 | ($30,969) | $41,981 | $138,378 | $112,742 | ($16,614) | $27,932 | $262,439 | $69,007 | $92,432 | $87,894 | $118,146 | $367,479 | $501,397 |
| Adjustments, net of taxes | 25,413 | 27,423 | 29,063 | 21,815 | 103,714 | 35,670 | 41,663 | 29,394 | 202,487 | 309,214 | 36,121 | 44,624 | 39,500 | 39,500 | 159,745 | 39,000 | 39,000 | 39,000 | 39,000 | 156,000 | 168,000 |
| **Non-GAAP Net Income** | **$55,489** | **$72,515** | **$82,111** | **$62,769** | **$272,884** | **$68,793** | **$56,747** | **$54,137** | **$171,518** | **$351,195** | **$174,499** | **$157,366** | **$22,886** | **$67,432** | **$422,184** | **$108,007** | **$131,432** | **$126,894** | **$157,146** | **$523,479** | **$669,397** |
| **Non-GAAP EPS - Diluted** | **$0.98** | **$1.28** | **$1.45** | **$1.10** | **$4.81** | **$1.20** | **$0.95** | **$0.91** | **$2.86** | **$5.95** | **$2.90** | **$2.62** | **$0.38** | **$1.11** | **$7.00** | **$1.78** | **$2.16** | **$2.08** | **$2.57** | **$8.60** | **$10.88** |
| Diluted shares (non-gaap) | 56,763 | 56,711 | 56,583 | 56,905 | 56,741 | 57,242 | 59,470 | 59,532 | 59,972 | 59,054 | 60,133 | 60,170 | 60,329 | 60,487 | 60,280 | 60,644 | 60,800 | 60,957 | 61,113 | 60,878 | 61,534 |
| EBITDA | $78,620 | $88,254 | $102,551 | $90,119 | $359,544 | $96,086 | $89,150 | $136,623 | $173,263 | $495,122 | $194,232 | $203,517 | $38,454 | $100,708 | $536,911 | $159,043 | $192,460 | $183,612 | $229,355 | $764,470 | $961,309 |

Source: SFG Estimates, Company Financials

Case 1:23-cv-09748-GHW-OTW   Document 142-8   Filed 02/20/26   Page 3 of 5

**Price target valuation and risks**

SolarEdge Technologies (SEDG, Price: $113.98, Price Target: $186.00):
Our price target of $186 is based on ~11x our 2025E EBITDA

Downside risks include higher yields and its impact on valuation; incremental manufacturing and supply chain constraints; increased competition in the US residential inverter segment; execution of storage product/utility inverter rollout; and margin pressure from continued Euro weakness.

## Analyst Certification

I, Biju Perincheril, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Important Disclosures

SFG and/or its affiliates beneficially own 1% or more of the securities of SolarEdge Technologies (SEDG).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

**Positive:** We expect this stock to appreciate by at least 15% over the next 12 months.

**Neutral:** We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

**Negative:** We expect this stock to depreciate by at least 15% over the next 12 months. .

**Suspended:** The previously published rating and/or estimates are currently suspended and under review.

Prior to July 2015 our rating system also required a 20% +/- expected return over 12 months to initiate with a Positive/Negative rating.

Defined Credit Terms

**Gross debt + preferred TEV**: (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

**Net debt/EBITDA**: Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

**Free cash flow**: Forward EBITDA estimate less cash taxes less cash interest less total capex.

**FCF yield**: FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

**YTM**: Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

**5-yr treasury yield**: 5-year US Treasury yield (expressed as a %).

Volatility Definitions

**Volume**: The 20-day average option contract volume for the symbol.

**Skew Rank**: The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day.

**Implied Volatility**: Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

**Realized Volatility**: It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

## Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 64.62% (137) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 33.49% (71) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 1.89% (4) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country.

Copyright © 2023 Susquehanna Financial Group, LLLP. All rights reserved.

### Rating and Price Target History for: SolarEdge Technologies (SEDG) as of 10-18-2023

