# EXHIBIT 11

| Institutional Holder | Total Shares held as of: | | | Change September to December | Increased Holdings |
|---|---|---|---|---|---|
| | June 30, 2023 | September 30, 2023 | December 31, 2023 | | |
| BlackRock, Inc. | 5,860,792 | 5,469,426 | 8,953,255 | 3,483,829 | 1 |
| Swedbank Robur Fonder AB | 1,567,394 | 3,291,850 | 4,273,706 | 981,856 | 1 |
| The Vanguard Group, Inc. | 2,437,044 | 2,529,274 | 2,284,454 | -244,820 | 0 |
| FMR LLC | 967,641 | 1,612,696 | 2,219,449 | 606,753 | 1 |
| Grantham Mayo Van Otterloo & Co. LLC | 717,035 | 1,495,069 | 1,976,242 | 481,173 | 1 |
| Invesco Capital Management LLC | 1,402,915 | 2,237,996 | 1,955,853 | -282,143 | 0 |
| Baillie Gifford & Co. | 935,211 | 1,770,501 | 1,729,330 | -41,171 | 0 |
| State Street Global Advisors, Inc. | 2,296,327 | 2,230,210 | 1,421,746 | -808,464 | 0 |
| Schroder Investment Management Limited | 1,211,587 | 1,022,039 | 1,358,099 | 336,060 | 1 |
| Two Sigma Investments, LP | - | - | 1,154,028 | 1,154,028 | 1 |
| Two Sigma Advisers, LP | - | - | 1,104,600 | 1,104,600 | 1 |
| Harel Insurance Investments and Finances Services Ltd, Asset Management Arm | 776,975 | 895,622 | 984,901 | 89,279 | 1 |
| Impax Asset Management Group Plc | 642,297 | 939,386 | 954,264 | 14,878 | 1 |
| Morgan Stanley, Investment Banking and Brokerage Investments | 561,276 | 822,028 | 735,648 | -86,380 | 0 |
| UBS Asset Management AG | 545,080 | 764,247 | 723,436 | -40,811 | 0 |
| Legal & General Investment Management Limited | 454,966 | 425,740 | 722,591 | 296,851 | 1 |
| Qube Research & Technologies Ltd | 31,443 | 209,780 | 696,900 | 487,120 | 1 |
| Coatue Management, L.L.C. | 127,384 | 676,475 | 676,475 | 0 | 0 |
| Voloridge Investment Management, LLC | - | 141,048 | 665,524 | 524,476 | 1 |
| Geode Capital Management, LLC | 1,005,554 | 1,034,150 | 632,839 | -401,311 | 0 |
| Total (% of Top 20) | | | | | 12 (60%) |

Source: S&P Capital IQ