UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW<br><br>CERTIFICATE OF SERVICE |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

I, Brian Calandra, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 20th day of February 2026, I served true and correct, unredacted copies of (i) Plaintiffs'[1] Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Class Certification and Appointment of Class Representatives and Lead Counsel, (ii) Reply Declaration of Brian Calandra in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Lead Counsel, and (iii) the exhibits to the Reply Declaration, by email, without any undelivered mail messages, upon Defendants SolarEdge Technologies, Inc., Zvi Lando, Ronen Faier, Lior Danziger, and J.B. Lowe's counsel of record at the following email addresses:

Christopher Daniel Belelieu, cbelelieu@gibsondunn.com

Bethany Jade Saul, bsaul@gibsondunn.com

Nathan Charles Strauss, nstrauss@gibsondunn.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of February, 2026, in New York, NY.

---

[1] "Plaintiffs" are collectively Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar.

1

*/s/ Brian Calandra*
Brian Calandra
