UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

                                             :

  IN RE SOLAREDGE TECHNOLOGIES, INC.  :
  SECURITIES LITIGATION                     :

                                             :

----------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

1:23-cv-9748-GHW-OTW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of the parties' March 27, 2026 letter informing the Court that a settlement has been reached. Dkt. No. 148. Accordingly, the Court treats the pending motions to seal and for class certification as withdrawn. The parties may resubmit their motions in the event that the settlement is not consummated. The Court that expects that Plaintiffs will move for preliminary approval of the settlement no later than April 21, 2026. Should the motion not be filed by that date, the Court orders the parties to file a letter updating the Court on the status of the settlement.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 109, Dkt. No. 116, Dkt. No. 121, Dkt. No. 130, Dkt. No. 136, and Dkt. No. 140.

SO ORDERED.

Dated: March 30, 2026
       New York, New York

                                 _____
                                  GREGORY H. WOODS
                              United States District Judge