**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs"), through Lead Counsel, on behalf of themselves and the Settlement Class (as defined below), hereby move this Court under Federal Rule of Civil Procedure 23 for the entry of an order (the "Proposed Order"), substantially in the form attached as Exhibit A to the Stipulation and Agreement of Settlement dated April 21, 2026 (the "Stipulation")[1]:

(1)     preliminarily approving the proposed settlement as set forth in the Stipulation, attached as Exhibit 1 to the Declaration of Brian Calandra in support of this Motion ("Calandra Declaration"), resolving this Action with prejudice against all

---

[1] All capitalized terms not defined herein have the definitions set forth in the Stipulation.

Defendants in exchange for the payment of fifty-five million U.S. dollars and zero cents ($55,000,000.00) for the benefit of the Settlement Class;

(2)    preliminarily certifying a class (the "Settlement Class"), for settlement purposes only, of all persons and entities other than Defendants, Immediate Family Members of the Individual Defendants, any person who is, or was during the Class Period, an officer or director of SolarEdge and any of their Immediate Family Members, any affiliates or subsidiaries of SolarEdge, any entity in which Defendants have or had a controlling interest, and the legal representatives, heirs, agents, affiliates, successors or assigns of any such excluded persons or entities, who purchased or otherwise acquired SolarEdge common stock between February 13, 2023 and October 19, 2023, inclusive, and also excluded from the Settlement Class are any persons who exclude themselves by submitting a request for exclusion that is accepted by the Court;

(3)    appointing Angeion Group, LLC, as Claims Administrator;

(4)    approving the form and manner of disseminating notice to the Settlement Class;

(5)    scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses and compensatory awards to Plaintiffs; and

(6)    setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of Plaintiffs' and Lead Counsel's motion for final approval of the Settlement and applications for attorneys' fees and expenses and compensatory awards to Plaintiffs.

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Calandra Declaration, the Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief Plaintiffs seek. Accordingly, Plaintiffs request that the Court enter the Proposed Order.

DATED:  April 21, 2026

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brian Calandra*
Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: bcalandra@pomlaw.com
E-mail: jalieberman@pomlaw.com

*Counsel for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., Named Plaintiff Javier Alcides Cascallar, and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of April 2026, a true and correct copy of the foregoing was filed electronically and will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brian Calandra*
Brian Calandra