**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SOLAREDGE TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:23-cv-09748-GHW |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* |  |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Brian Calandra, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a Partner of the law firm of Pomerantz LLP, which is court-appointed Lead Counsel for Lead Plaintiffs Mivtachim the Workers Social Insurance Fund Ltd., Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd., Kerren Makefet Pension and Provident Center Cooperative Society Ltd., the Hadassah Workers Pension Fund Ltd., and Hachshara Insurance Company Ltd., and Named Plaintiff Javier Alcides Cascallar (collectively, "Plaintiffs"). I am admitted to practice before this Court. I respectfully submit this declaration in support of the Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2.      I hereby certify that I conferred with counsel for Defendants SolarEdge Technologies, Inc. ("SolarEdge") and Zvi Lando, Ronen Faier, Lior Danziger, and J.B. Lowe (together, the "Individual Defendants," and collectively with SolarEdge, the "Defendants"), regarding the relief requested in the Motion. This Motion is unopposed.

3.      The proposed deductions from the Settlement Fund included in Section VI of Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement for claims administrator fees, costs, and expenses and the broker reimbursement are based on communications, at my direction, with the Claims Administrator, Angeion Group, LLC.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated as of April 21, 2026 ("Stipulation"). The exhibits to the Stipulation are as follows:

- Exhibit A: [Proposed] Order Granting Preliminarily Approval of Class Action Settlement.

- Exhibit A-1: Notice of Pendency and Proposed Settlement of Class Action.

1

- Exhibit A-2: Proof of Claim and Release Form.

- Exhibit A-3: Summary Notice of Pendency and Proposed Class Action Settlement.

- Exhibit A-4: Postcard Notice.

- Exhibit B: [Proposed] Final Order and Judgment.

5.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, authored by Laarni Bulan and Eric Tam, and titled *2025 Review & Analysis, Securities Class Action Settlements* (2026).

6.      Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Pomerantz LLP.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 21st day of April 2026 at New York, New York.

*/s/ Brian Calandra*
Brian Calandra

2