USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
IN RE SOLAREDGE TECHNOLOGIES, INC. :
SECURITIES LITIGATION :
:
---------------------------------------------------------------- X

1:23-cv-9748-GHW-OTW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 10, 2026, Mr. Senderovic filed an objection to Lead Counsel's application for attorneys' fees, litigation expenses, and plaintiff compensatory awards, Dkt. No. 171, as well as a corresponding motion for an objector service award. Dkt. No. 170. The Court's August 26, 2026 Final Order and Judgment denied Mr. Senderovic's objection because he lacked standing to object and filed the objection after the deadline had passed. Accordingly, Mr. Senderovic's motion for an objector service award is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444– 45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 170.

SO ORDERED.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge